| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | JOHN W. KEKER - #49092 |
| 2 | JON B. STREETER - #101970 |
| | DARALYN J. DURIE - #169825 |
| 3 | MICHAEL S. KWUN - #198945 |
| | 710 Sansome Street |
| 4 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 5 | Facsimile: (415) 397-7188 |
| 6 | Attorneys for Defendant |
| | GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC., a California corporation,<br><br>　　　　　　　　　　Defendant. | Case No. C 02-01991 BZ ADR<br><br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Date Comp. Filed:   April 23, 2002 |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 3, 2002　　　　　　　　　　　　　　　KEKER & VAN NEST, LLP

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　MICHAEL S. KWUN
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　GOOGLE INC.

290318.02

1

REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT COURT JUDGE
CASE NO. C 02-01991 BZ ADR