UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Overture Services, Inc.,

        Plaintiff(s).                       No. C02-1991 BZ

    v.                             NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

Google Inc.,

        Defendant(s).
_____/

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The **CASE MANAGEMENT CONFERENCE** previously scheduled for **August 26, 2002**, at 4:00 p.m. on Magistrate Judge Zimmerman's calendar will **NOT** be held.

Dated: May 6, 2002

                                                      Richard W. Wieking, Clerk
                                                      United States District Court

                                                      /s/ LS
                                                      By: Lashanda Scott - Deputy Clerk to
                                                      Magistrate Judge Bernard Zimmerman

reassign.DCT                            1