**PROOF OF SERVICE OF ELECTRONICALLY FILED DOCUMENT HAND MAILED TO PARTIES NOT ELECTRONICALLY SERVED**:

**DOCUMENT NO**: Electronic Document **No.** 10
**DOCUMENT SENT**:
served by mail on counsel not electronically notified.

**CASE NAME**: Overture Services v. Google Inc.

Notice of Electronic Filing

The following transaction was received from ls, on 5/6/2002 at 11:26 AM

Case Name:
    Overture Services, Inc. v. Google Inc.
Case Number:
    3:02-cv-01991
Document Number:
    10

Docket Text:
CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE. (ls, )

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:N:/PDF/Reassign.pdf
Electronic document Stamp:
[STAMP candStamp_ID=977336130 [Date=5/6/2002] [FileNumber=293383-0] [1 1878c2879e1d36102485659217d412ec6eb6142bad4d3b3595252d49cd85097a33389c a4c0bd508793f024d53cd9f396a20d03b57d2dc4f846e6dc9aa0b9175]]

3:02-cv-01991 Notice will be electronically mailed to:

Anthony I. Fenwick    anthony.fenwick@lw.com

Michael S. Kwun    msk@kvn.com

Allon Stabinsky    allon.stabinsky@lw.com

Dockets.Justia.com

3:02-cv-01991 Notice will not be electronically mailed to:

Jack C. Berenzweig
Brinks Hofer Gilson & Lione
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611

William H. Frankel
Brinks Hofer Gilson & Lione
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611

Charles M. Mcmahon
Brinks Hofer Gilson & Lione
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611

Jason C. White
Brinks Hofer Gilson & Lione
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611