OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking, Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

**CASE NUMBER: C02-1991BZ**
CASE TITLE: OVERTURE SERVICES v. GOOGLE INC.

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the

**Honorable CHARLES R. BREYER** for all further proceedings, at the San Francisco division.

Counsel are instructed that all future filings shall bear the initials **CRB** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date:     5/7/02

FOR THE EXECUTIVE COMMITTEE:

_Richard W. Wieking_
Clerk

NEW CASE FILE CLERK:
    Copies to: Courtroom Deputies    Special Projects
    Log Book Noted    Entered in Computer 5/7/02 as

CASE SYSTEMS ADMINISTRATOR:
    Copies to: All Counsel    Transferor CSA

NDC CSA-20