**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   OVERTURE SERVICES, INC.,                          No. C 02-01991 CRB

12                Plaintiff,                            **Clerk's Notice**

13      v.

14   GOOGLE INC.,

15                Defendant.
                                                /

16

17   YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday,

18   August 30, 2002 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling
     order shall remain the same. Counsel for plaintiff shall notify all counsel as to the new time and date. This

19   matter is assigned as an ECF (Electronic Case Filing) case.

20

21   Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San
     Francisco, CA 94102.

22

23   Dated: May 16, 2002                               FOR THE COURT,

24                                                     Richard W. Wieking, Clerk

25                                                     By:_____/s/_____

26                                                          Mary Constantino-Feria
                                                            Courtroom Deputy

27

28