UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GOOGLE INC., a California Corporation,<br><br>　　　　　Defendant. | No. C02-01991 CRB<br><br>**STIPULATION SELECTING ADR PROCESS [ADR L.R. 3-5]**<br><br>**ADR CERTIFICATION** |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

　____ Arbitration　　　　____ ENE　　　　____ Mediation

**Private Processes:**

　_X_ Private ADR (Private Mediation)

The parties agree that mediation would be most useful if scheduled around the time of, but prior to, the Court's claim construction hearing.

Dated: August 5, 2002　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　Jack C. Berenzweig
　　　　　　　　　　　　　　　　　BRINKS HOFER GILSON & LIONE
　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　OVERTURE SERVICES, INC.

Dated: August 5, 2002　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　Jon B. Streeter
　　　　　　　　　　　　　　　　　KEKER & VAN NEST, L.L.P.
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　GOOGLE INC.

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: August 5, 2002   By: _____/s/_____
Jeanine Hayes
OVERTURE SERVICES, INC.

Dated: August 5, 2002   By: _____/s/_____
Jack C. Berenzweig
BRINKS HOFER GILSON & LIONE
Attorney for Plaintiff
OVERTURE SERVICES, INC.

Dated: August 5, 2002   By: _____/s/_____
David Drummond
GOOGLE INC.

Dated: August 5, 2002   By: _____/s/_____
Jon B. Streeter
KEKER & VAN NEST, L.L.P.
Attorney for Defendant
GOOGLE INC.

I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of this document has been obtained from Jeanine Hayes, David Drummond, and Jon B. Streeter.

Dated: August 5, 2002   By: _____/s/_____
Jack C. Berenzweig
BRINKS HOFER GILSON & LIONE
Attorney for Plaintiff
OVERTURE SERVICES, INC.