# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a California Corporation,<br><br>Defendant. | No. C02-01991 CRB<br><br>**STIPULATION SELECTING ADR PROCESS [ADR L.R. 3-5]**<br><br>**ADR CERTIFICATION** |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

\_\_\_\_ Arbitration      \_\_\_\_ ENE      \_\_\_\_ Mediation

**Private Processes:**

_X_ Private ADR (Private Mediation)

The parties agree that mediation would be most useful if scheduled around the time of, but prior to, the Court's claim construction hearing.

Dated: August 5, 2002    By: _____/s/_____
                                               Jack C. Berenzweig
                                               BRINKS HOFER GILSON & LIONE
                                               Attorney for Plaintiff
                                               OVERTURE SERVICES, INC.

Dated: August 5, 2002    By: _____/s/_____
                                               Jon B. Streeter
                                               KEKER & VAN NEST, L.L.P.
                                               Attorney for Defendant
                                               GOOGLE INC.

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: August 5, 2002    By: _____/s/_____
Jeanine Hayes
OVERTURE SERVICES, INC.

Dated: August 5, 2002    By: _____/s/_____
Jack C. Berenzweig
BRINKS HOFER GILSON & LIONE
Attorney for Plaintiff
OVERTURE SERVICES, INC.

Dated: August 5, 2002    By: _____/s/_____
David Drummond
GOOGLE INC.

Dated: August 5, 2002    By: _____/s/_____
Jon B. Streeter
KEKER & VAN NEST, L.L.P.
Attorney for Defendant
GOOGLE INC.

I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of this document has been obtained from Jeanine Hayes, David Drummond, and Jon B. Streeter.

Dated: August 5, 2002    By: _____/s/_____
Jack C. Berenzweig
BRINKS HOFER GILSON & LIONE
Attorney for Plaintiff
OVERTURE SERVICES, INC.