IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OVERTURE SERVICES, INC.,                        No. C 02-01991 CRB

    Plaintiff,                                **ORDER**

v.

GOOGLE INC.,

    Defendant.
_____/

Pursuant to stipulation [doc #21] filed August 05, 2002, selecting Private ADR.

**IT IS SO ORDERED.**

Dated: August 06, 2002                      /s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California