**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **AUGUST 30, 2002**

**C-02-1991 CRB**

**OVERTURE SERVICES, INC.  v.  GOOGLE INC.**

Attorneys:     Jack C. Bernzweig, Anthony I.          Andrea C. Evans,

                    Fenwick, Charles M. McMahon          Jon Straden

Deputy Clerk: **BARBARA ESPINOZA**          Reporter:  **NA**

**PROCEEDINGS:**                                                                **RULING:**

1.  Initial Case Management Conference - held

2.  

3.  

4.  
   ( ) Status Conference  ( ) P/T Conference       ( )Case Management Conference

**ORDERED AFTER HEARING:**



( ) ORDER TO BE PREPARED BY:    Plntf ____ Deft ____ Court ____

( ) Referred to Magistrate Judge For: ____
         ( )By Court          ( )Parties to approach Chief Magistrate in future

(X) CASE CONTINUED TO March 24, 2003 @ 2:30 p.m.  for  Tutorial

Discovery Cut-Off ____                    Expert Discovery Cut-Off ____

Plntf to Name Experts by ____              Deft to Name Experts by ____

P/T Conference Date ____     Trial Date ____   Set for ____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes:  Claim Construction hearing 03/25/03 @ 2:30 p.m.