1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  JON B. STREETER - #101970
   DARALYN J. DURIE - #169825
3  MICHAEL S. KWUN - #198945
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6  Attorneys for Defendant
   GOOGLE INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | OVERTURE SERVICES, INC., a Delaware | Case No. C 02-01991 CRB ADR
   | corporation,
13 |                                      | **[PROPOSED] ORDER GRANTING**
   |                          Plaintiff,  | **DEFENDANT GOOGLE INC.'S MOTION**
14 |                                      | **FOR AN ORDER EXTENDING**
   | v.                                   | **GOOGLE'S TIME TO SERVE INITIAL**
15 |                                      | **INVALIDITY CONTENTIONS**
   | GOOGLE INC., a California corporation,
16 |
   |                          Defendant.
17

18

19
        Before the Court is defendant Google Inc.'s ("Google's") motion, pursuant to Civil L.R.
20
   6-1 and 6-3, and paragraph 4 of the Court's Standing Order, for an order extending its time to
21
   serve its Preliminary Invalidity Contentions. Having considered all of the papers filed in support
22
   of and opposition to the motion, and good cause appearing, the Court GRANTS Google's
23
   motion.
24
        Plaintiff Overture Services, Inc. ("Overture") is ORDERED to serve forthwith a revised
25
   version of its Disclosure of Asserted Claims and Preliminary Infringement Contentions
26
   (hereinafter, "Preliminary Infringement Contentions") that fully complies with Patent L.R. 3-1.
27
   Overture's claim chart in its revised Preliminary Infringement Contentions must specifically
28

                                              1

1  point out what aspects of the accused instrumentality satisfy each element of each asserted claim
2  of the patent-in-suit. Conclusory assertions that a given element is present in the accused
3  instrumentality are not sufficient.
4        The Court FURTHER ORDERS that Google's deadline for serving its Preliminary
5  Invalidity Contentions is extended to forty-five days after the date on which Overture serves
6  revised Preliminary Infringement Contentions that fully comply with Patent L.R. 3-1.
7        The parties are ORDERED to meet and confer about the case management schedule, and
8  to file with the Court within ten court days of the date of this Order a joint case management
9  statement addressing any scheduling modifications that may be necessary in light of this Order.
10        IT IS SO ORDERED.

13  Dated:

HON. CHARLES R. BREYER
United States District Judge