LATHAM & WATKINS
   Anthony I. Fenwick (Bar No. 158667)
   Allon Stabinsky (Bar No. 197642)
135 Commonwealth Drive
Menlo Park, California 94025
Telephone:   (650) 328-4600
Facsimile:   (650) 463-2600

BRINKS HOFER GILSON & LIONE
   Jack C. Berenzweig (Admitted *Pro Hac Vice*)
   William H. Frankel (Admitted *Pro Hac Vice*)
   Jason C. White (Admitted *Pro Hac Vice*)
   Charles M. McMahon (Admitted *Pro Hac Vice*)
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone:   (312) 321-4200
Facsimile:   (312) 321-4299

Attorneys for Plaintiff
OVERTURE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a California Corporation,<br><br>    Defendants. | No. C02-01991 CRB<br><br>**OVERTURE SERVICES' DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS** |

    Pursuant to Patent Local Rule 3-1, Plaintiff Overture Services, Inc. ("Overture") makes the following Disclosure of Asserted Claims and Preliminary Infringement Contentions against Defendant Google Inc. ("Google"). Overture reserves the right to supplement these preliminary infringement contentions as it learns additional

information about Google's presently accused AdWords Select search system and other infringing programs through discovery.

### A. Claims Infringed By Google

Upon present information and belief, Google infringes each of the following claims of U.S. Patent No. 6,269,361: claims 1-2, 4-5, 7-18 and 20-67.

### B. Accused System and Method – Claim Chart and Method

Overture maintains that Google infringes the system and method of the '361 patent through its own use, and promotion through partner sites, of the AdWords Select ("AWS") search system and method. Attached as Exhibit A is a claim chart identifying where each asserted claim element is found in AWS. *See, also,* https://adwords.google.com/select/overview.html (+~compare.html +~terms.html +~tips.html +~faq/index.html +~guidelines.html +~main?cmd = Login), and Google partners' sites, (*e.g.*, www.earthlink.com).

### C. Type of Infringement

Each element of each asserted claim is literally present in the AWS search system and method. In the event that there is any ruling of the Court that the facts or law do not support the present allegations of literal infringement, Overture intends to pursue its infringement allegations under the doctrine of equivalents.

### D. Priority Dates

Each asserted claim in U.S. Patent No. 6,269,361 is entitled to a priority date of May 28, 1999, the filing date of application number 09/322,677.

OVERTURE SERVICES' DISCLOSURE
OF ASSERTED CLAIMS AND PRELIMINARY
INFRINGEMENT CONTENTIONS

- 2 -

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile:  (312) 321-4299

**E.   Overture System And Method That Practice The Invention**

Overture intends to rely on the assertion that its own DirecTraffic Center® account management system and method, and those of its past and present affiliates, practice the inventions of the asserted claims.  *See,* http://www.overture.com/d/USm/adcenter/index.jhtml (and links therein).

Dated: September 16, 2002            BRINKS HOFER GILSON & LIONE

By: *[signature]*
Jack C. Berenzweig
William H. Frankel
Jason C. White
Charles M. McMahon

Attorneys for Plaintiff
OVERTURE SERVICES, INC.

OVERTURE SERVICES' DISCLOSURE
OF ASSERTED CLAIMS AND PRELIMINARY
INFRINGEMENT CONTENTIONS
- 3 -
BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611-5599
Telephone:  (312) 321-4200
Facsimile:   (312) 321-4299

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the foregoing OVERTURE'S DISCLOSURES OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS PURSUANT TO PATENT LOCAL RULE 3-1 was served this 16th day of September, 2002, by facsimile upon:

Michael S. Kwun, Esq.
KEKER & VAN NEST, L.L.P.
710 Sansome Street
San Francisco, CA 94111-1704
Facsimile: (415) 397-7188

Attorney for Defendant
GOOGLE INC.

Charles M. McMahon
BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
(312) 321-4200