# OVERTURE'S DISCLOSURE OF CLAIMS ASSERTED AGAINST GOOGLE AND PRELIMINARY INFRINGEMENT CONTENTIONS PURSUANT TO PATENT LOCAL RULE 3-1[1]

| U.S. Patent No. 6,269,361 Asserted Claims | Accused Google Products & Services (Google's AdWords Select – "AWS") |
|---|---|
| **Claim 1**<br><br>A method of generating a search result list substantially in real time in response to a search request from a searcher using a computer network, comprising: | Google's AWS is a system and method for enabling network information providers to use a computer network like the Internet to influence a position for a search listing within a search result list generated by a search engine in response to a searcher's request. |
| maintaining a database including a plurality of search listings, wherein each search listing is associated with a network location, at least one search term and a modifiable bid amount that is independent of other components of the search listing, the bid amount being associated with at least one of the search term and the network location, the bid amount corresponding to a money amount that is deducted from an account of a network information provider associated with the network location upon receipt of a retrieval request for the network location; | AWS provides a database having accounts for the network information providers. Each account contains at least one search listing associated with a network location, a search term and a modifiable bid amount. The bid amount is deducted from the network information provider's account when the AWS receives a searcher's retrieval request. |
| receiving a search request from the searcher; | AWS receives a search request from the searcher. |
| identifying the search listings having search terms generating a match with the search request; | AWS identifies the search listing having search terms generating a match with the search request. AWS provides multiple matching options, including broad matches, negative matches and exact matches. |
| ordering the identified search listings into a search result list in accordance with the values of the respective bid amounts for the identified search listings; | AWS gathers all search listings that match a particular search term and sorts the search listings in accordance with their respective bid amounts. |
| receiving a retrieval request from the searcher to retrieve information associated with a search listing in the search result list; and | AWS receives a retrieval request associated with a search listing. |
| recording a retrieval request event including account identification information corresponding to the network information provider, to permit maintenance of accurate account debit records. | AWS records a retrieval request event including account identification information to permit accurate account debit records. |
| **Claim 2**<br><br>The method of claim 1, further comprising the step of updating a search listing in the search listing database in response to a request from a network information provider. | AWS updates search listings in response to a network information provider's request. |
| **Claim 4**<br><br>The method of claim 1, wherein the account database comprises at least one account record for each of a plurality of network information providers, | AWS provides a database having accounts for the network information providers. |

---

[1] Overture reserves the right to supplement these preliminary infringement contentions as it learns additional information about Google's presently accused AdWords Select search system and other infringing programs through discovery.

| U.S. Patent No. 6,269,361 Asserted Claims | Accused Google Products & Services (Google's AdWords Select – "AWS") |
|---|---|
| said account record including at least one search listing having a search term and a bid amount; | Each AWS account record includes at least one search listing having a search term and a bid amount. |
| an account balance; and | Each AWS account record is believed to include an account balance. |
| a unique account identifier. | Each AWS account record is believed to include a unique account identifier. |
| **Claim 5**<br><br>The method of claim 4, wherein the search listings in the account record are organized into at least one subaccount within the account record. | AWS organizes account records into subaccounts in the form of ad groups. |
| **Claim 7**<br><br>The method of claim 4, wherein the retrieval request event comprises the search term and the bid amount of the search listings, and an account identifier associated with the search listing. | AWS is believed to record each click-through, along with retrieval request information such as search term, bid amount and an account identifier. This information facilitates accurate account debit. |
| **Claim 8**<br><br>The method of claim 7, wherein the retrieval request event further includes a rank value. | The AWS retrieval request event is believed to include a rank value as such can be seen in the advertiser's hyperlink that appears on the search results page. |
| **Claim 9**<br><br>The method of claim 7, wherein the retrieval request event is linked to the account record having an account identifier that corresponds to the account identifier listed on the retrieval request event. | AWS is believed to include account identifier information in its account records, such information being linked to corresponding information in the retrieval request event. |
| **Claim 10**<br><br>The method of claim 9, wherein the bid amount of the retrieval request event is charged to the account balance of the account record having an account identifier that matches the account identifier of the retrieval request event. | AWS charges click-throughs for their respective bid amounts against an account balance. |
| **Claim 11**<br><br>A method of generating a search result list substantially in real time in response to a search request from a searcher using a computer network, comprising: | Google's AWS is a system and method for enabling network information providers to use a computer network like the Internet to influence a position for a search listing within a search result list generated by a search engine in response to a searcher's request. |
| maintaining a database including a plurality of search listings, wherein each search listing is associated with a search term and a modifiable bid amount that is independent of other components of the search listing, each search listing being searchable in response to a received search request; | AWS provides a database having accounts for the network information providers. Each account contains at least one search listing associated with a network location, a search term and a modifiable bid amount. |
| receiving a search request from the searcher; | AWS is a search system that receives a search request from a searcher. |
| identifying the search listings having search terms generating a match with the search request; | AWS identifies the search listing having search terms generating a match with the search request. AWS provides multiple matching options, including broad matches, negative matches and exact matches. |

| U.S. Patent No. 6,269,361<br>Asserted Claims | Accused Google Products & Services<br>(Google's AdWords Select – "AWS") |
|---|---|
| ordering the identified search listings into a search result list in accordance with the values of the respective bid amounts for the identified search listings; | AWS gathers all search listings that match a particular search term and sorts the search listings in accordance with their respective bid amounts. |
| receiving a retrieval request from the searcher to retrieve information associated with a search listing in the search result list; and | AWS is a search system that permits searchers to retrieve information associated with its search listings. |
| estimating the cost of including a search listing in the database for a specified time period upon receiving a request for an estimate from a network information provider. | AWS has a TrafficEstimator tool, accessible from the campaign management pages, that can be used to predict the cost of a campaign or ad over a specified period of time. |
| **Claim 12**<br><br>The method of claim 11, wherein the estimated cost of a search listing for the specified time period is calculated as a product of the current bid amount of the search listing and a projected number of times the search listing is expected to be selected by a searcher within a specified time period. | The AWS TrafficEstimator tool estimates the cost of a search listing in the manner recited in this claim. |
| **Claim 13**<br><br>A method of generating a search result list substantially in real time in response to a search request from a searcher using a computer network, comprising: | Google's AWS is a system and method for enabling network information providers to use a computer network like the Internet to influence a position for a search listing within a search result list generated by a search engine in response to a searcher's request. |
| maintaining a database including a plurality of search listings, wherein each search listing is associated with a search term and a modifiable bid amount that is independent of other components of the search listing; | AWS provides a database having accounts for the network information providers. Each account contains at least one search listing associated with a network location, a search term and a modifiable bid amount. |
| receiving a search request from the searcher; | AWS receives a search request from the searcher. |
| identifying the search listings having search terms generating a match with the search request; | AWS identifies the search listing having search terms generating a match with the search request. |
| ordering the identified search listings into a search result list in accordance with the values of the respective bid amounts for the identified search listings; | AWS gathers all search listings that match a particular search term and sorts the search listings in accordance with their respective bid amounts. |
| receiving a retrieval request from the searcher to retrieve information associated with a search listing in the search result list; and | AWS receives a retrieval request associated with a search listing. |
| generating a search listing activity report including information on retrieval requests received from searchers during a specified time period. | AWS provides full reports on performance by ad and keyword. |
| **Claim 14**<br><br>A system for enabling an advertising web site promoter using a computer network to update information relating to a search listing within a search result list generated by an Internet search engine comprising: | Google's AWS is a system and method for enabling network information providers to use a computer network like the Internet to influence a position for a search listing within a search result list generated by a search engine in response to a searcher's request. |
| a computer system having stored thereon | Google's AWS is a computer system. |

3

| U.S. Patent No. 6,269,361 Asserted Claims | Accused Google Products & Services (Google's AdWords Select – "AWS") |
|---|---|
| a database having at least one account record for each of a plurality of advertising web site promoters using the computer network, the account record including: | AWS provides a database having accounts for the network information providers. |
| at least one search listing including a search term having at least one keyword, a modifiable bid amount that is independent of other components of the search listing, a Uniform Resource Locator (URL) corresponding to the address of a document residing on a network server, a description, and a title; | Each account contains at least one search listing associated with a network location, a search term and a modifiable bid amount. |
| an account balance; | AWS is believed to maintain an account balance. |
| a history of search listings included in the advertising web site promoter's account record; | AWS is believed to include a history of some search listings. |
| payment processing information, wherein said payment processing information is accessible to the computer system and isolated from public access via the computer network; and | AWS has such payment processing information. |
| a payment history; | AWS tracks payment history. |
| programming code for providing the advertising web site promoter with login access in response to authentication, wherein the advertising web site promoter's login access grants the advertising web site promoter access to modify the advertising web site promoter's account, the advertising web site promoter not being provided with access to modify the accounts of others; | AWS programming code provides the advertising web site promoter with login access to its own account in response to authentication. |
| programming code on said computer system for adding money to the account of an advertising web site promoter in substantially real time upon receiving a request from said advertising web site promoter; | AWS programming code permits web site promoters to add money to their account balances. Google advertisers agree that AWS can bill their credit card if they reach a set credit limit. |
| programming code on said computer system for adding a search listing to an account of an advertising web site promoter in substantially real time upon receiving a request from said advertising web site promoter; | Google advertises that new ads go live "instantly once you create them," AWS has programming code that facilitates this. |
| programming code on said computer system for deleting a search listing to an account of an advertising web site promoter in substantially real time upon receiving a request from said advertising web site promoter; | AWS has programming code that allows advertisers to log into their account and delete search listings. |
| programming code on said computer system for modifying in substantially real time the search listing of an advertising web site promoter upon receiving a request from said advertising web site promoter; | AWS has programming code that allows advertisers to log into their account and modify search listings. |
| programming code for receiving a search request from a remote computer, the search request including at least one keyword, the search request being received over the computer network from the remote computer through a web site that is publicly accessible without authentication; and | AWS has programming code for receiving a search request that includes a keyword from a publicly accessible web site. |

4

| U.S. Patent No. 6,269,361<br>Asserted Claims | Accused Google Products & Services<br>(Google's AdWords Select – "AWS") |
|---|---|
| programming code for generating in substantially real time a search result list in response to the search request, the search result list including search listings from the accounts on the database, wherein the search term for each search listing in the search result list generates a match with the search request, the search listings in the search result list arranged in an order determined using the bid amounts of the search listings. | AWS has programming code for generating in substantially real time a search result list in response to the search request. The search result list includes search listings from the accounts on the database. The search term for each search listing in the search result list generates a match with the search request, and the search listings are arranged in an order determined using the respective bid amounts of the search listings. |
| **Claim 15**<br><br>A method of enabling a network information provider to update information relating to a search listing on a search result list generated by a computer network search engine, comprising the steps of: | Google's AWS is a system and method for enabling network information providers to use a computer network like the Internet to influence a position for a search listing within a search result list generated by a search engine in response to a searcher's request. |
| maintaining an account database having at least one account record for each of a plurality of network information providers, | AWS provides a database having accounts for the network information providers. |
| said account record including at least one search listing having a search term and a modifiable bid amount that is independent of the other components of the search listing; and | Each account contains at least one search listing associated with a network location, a search term and a modifiable bid amount. |
| an account identifier; | Each AWS account record is believed to include a unique account identifier. |
| receiving from a network information provider a change request for a search listing in the network information provider's account; | AWS allows advertisers to log into their account and modify search listings. |
| updating the search listing in the network information provider's account record in response to the change request; and | AWS updates search listings in response to a change request from the network information provider. |
| determining a position substantially in real time for the updated search listing in a search result list generated by the search engine in response to a search request received from a searcher using the computer network, where the search term of the updated search listing generates a match with the search request and the position of the updated search listing in the search result list is determined using the bid amount. | AWS generates in substantially real time a search result list in response to the search request. The search result list includes search listings from the accounts on the database. The search term for each search listing in the search result list generates a match with the search request, and the position of the updated search listing in the search result list is determined using the bid amount. |
| **Claim 16**<br><br>The method of claim 15, where the search listing in the search list generates a match with the search request. | AWS identifies the search listing having search terms generating a match with the search request. AWS provides multiple matching options, including broad matches, negative matches and exact matches. |
| **Claim 17**<br><br>The method of claim 16, wherein the search listings in the search result list are sorted in order of decreasing bid amount. | AWS sorts search listings in order of decreasing bid amount. |
| **Claim 18**<br><br>The method of claim 17, further comprising the step of assigning an ordinal rank value to each search listing in the search result list in order of decreasing bid amount, with the smallest rank value assigned to the search listing in the search result list having the highest bid amount, and the largest rank value assigned to the search listing having the lowest bid amount. | AWS assigns ordinal rank values to each search listing, in order of decreasing bid amount, with the smallest rank value assigned to the search listing having the highest bid amount. |

5

| U.S. Patent No. 6,269,361<br>Asserted Claims | Accused Google Products & Services<br>(Google's AdWords Select – "AWS") |
|---|---|
| **Claim 20**<br><br>The method of claim 15, wherein the account record further includes an account balance. | AWS is believed to maintain an account balance. |
| **Claim 21**<br><br>The method of claim 20, wherein the account balance is positive. | Google automatically sets a $50 credit limit for new AWS accounts. |
| **Claim 22**<br><br>The method of claim 20, further comprising the step of subtracting the bid amount from the account balance substantially in real time when a search listing is selected by the searcher from the search result list. | AWS subtracts the bid amount from the account balance when a search listing is selected by the searcher. |
| **Claim 23**<br><br>The method of claim 20, where the search listing further comprises a web site title, a web site description, and a web site Uniform Resource Locator (URL). | Each AWS search listing includes a web site title, a web site description and a URL. |
| **Claim 24**<br><br>The method of claim 23, further comprising the step of recording a retrieval request event substantially in real time when a search listing is selected by a remote searcher from the search result list. | AWS records a retrieval request event when a search listing is selected. |
| **Claim 25**<br><br>The method of claim 24, wherein the retrieval request event comprises an account identifier, and a bid amount. | AWS is believed to include an account identifier and a bid amount in the retrieval request event. |
| **Claim 26**<br><br>The method of claim 25, wherein the retrieval request event further comprises a search term. | AWS includes a search term in the retrieval request event. |
| **Claim 27**<br><br>The method of claim 25, wherein the retrieval request event further comprises a web site URL. | AWS includes a web site URL in the retrieval request event. |
| **Claim 28**<br><br>The method of claim 25, wherein the retrieval request event further comprises a rank value. | AWS includes a rank value in the retrieval request event. |
| **Claim 29**<br><br>The method of claim 25, further comprising the step of applying a charge to an account balance, where the charge corresponds to a bid amount recorded in a retrieval request event having an account identifier that matches the account identifier corresponding to the account balance. | AWS provides a database having accounts for the network information providers. Each account contains at least one search listing associated with a network location, a search term and a modifiable bid amount. The network information provider is charged its bid amount when the AWS receives a searcher's search listing retrieval request. |

6

| U.S. Patent No. 6,269,361<br>Asserted Claims | Accused Google Products & Services<br>(Google's AdWords Select – "AWS") |
|---|---|
| **Claim 30**<br><br>A method of enabling a web site promoter using a computer network to update information relating to a search listing within a search result list generated by a search engine substantially in real time in response to a search request received from a remote computer over the computer network, comprising the steps of: | Google's AWS is a system and method for enabling network information providers to use a computer network like the Internet to influence a position for a search listing within a search result list generated by a search engine in response to a searcher's request. |
| maintaining an account database having at least one account record for each of a plurality of web site promoters of the computer network, | AWS provides a database having account records for the network information providers. |
| said account record including an account identifier, and at least one search listing having a search term and a modifiable bid amount that is independent of other components of the search listing; | AWS account records are believed to include an account identifier, and at least one search listing having a search term and a modifiable bid amount that is independent of other components of the search listing, |
| providing the web site promoter with authenticated login access, wherein the web site promoter's login access permits the web site promoter to modify the web site promoter's account record; | AWS allows advertisers to log into their account and modify search listings. |
| modifying a search listing of the account record upon receiving a request from said web site promoter; and | AWS updates search listings in response to a change request from the network information provider. |
| generating a search result list comprised of search listings wherein the search term for each search listing generates a match with the search request, the search listings in the search result list arranged in an order corresponding to the bid amounts of the search listings. | AWS generates a search result list comprised of search listings where the search term for each search listing generates a match with the search request. The search listings in the search result list are arranged in an order corresponding to the bid amounts of the search listings. |
| **Claim 31**<br><br>The method of claim 30, wherein the search result list further includes at least one search listing having a bid amount of zero. | AWS includes non-paid listings on a search results list. |
| **Claim 32**<br><br>The method of claim 30, wherein the search result list further includes at least one search listing that is not included in the account database. | AWS includes listings on a search result list which are not included in the account database. |
| **Claim 33**<br><br>The method of claim 30, wherein the step of modifying the search listing of the account record upon receiving a request from the web site promoter is performed substantially in real time. | AWS updates search listings in response to a change request from the network information provider. |
| **Claim 34**<br><br>The method of claim 30, wherein the search listing further includes a title, a description, and a Uniform Resource Locator (URL). | Each AWS search listing includes a web site title, a web site description and a URL. |
| **Claim 35**<br><br>The method of claim 30, further comprising the step of adding a search listing substantially in real time to an account record of a web site promoter upon receiving a request from said web site promoter. | AWS allows advertisers to log into their account and add a search listing. |

7

| U.S. Patent No. 6,269,361<br>Asserted Claims | Accused Google Products & Services<br>(Google's AdWords Select – "AWS") |
|---|---|
| **Claim 36**<br><br>The method of claim 30, further comprising the step of deleting a search listing substantially in real time from an account record of a web site promoter upon receiving a request from said web site promoter. | AWS allows advertisers to log into their account and delete a search listing. |
| **Claim 37**<br><br>The method of claim 30, wherein the account record further comprises an account balance. | AWS is believed to maintain an account balance. |
| **Claim 38**<br><br>The method of claim 37, wherein the account balance is positive. | AWS is believed to maintain positive account balances. Google automatically sets a $50 credit limit for new AWS accounts. |
| **Claim 39**<br><br>The method of claim 37, further comprising the step of adding substantially in real time a money amount to the account balance of the web site promoters upon receiving a request from the web site promoter. | AWS permits web site promoters to add money to their account balances. Google advertisers agree that AWS can bill their credit card if they reach a set credit limit. |
| **Claim 40**<br><br>The method of claim 39, wherein the money amount has been verified by an external financial authorization network. | Overture suspects that AWS employs an external financial authorization network. |
| **Claim 41**<br><br>The method of claim 30, wherein the search term and the search request each comprise at least one character string. | AWS search terms and requests each include at least one character string. |
| **Claim 42**<br><br>The method of claim 30, further comprising the step of generating an activity report for a web site promoter upon receiving a request from said web site promoter. | AWS provides full reports on performance by ad and keyword. |
| **Claim 43**<br><br>The method of claim 30, further comprising the step of estimating a cost of a search listing for a specified time period upon receiving a request from a web site promoter. | AWS has a TrafficEstimator tool, accessible from the campaign management pages, that can be used to predict the cost of a campaign or ad over a specified period of time. |
| **Claim 44**<br><br>The method of claim 43, wherein the estimated cost of a search listing for the specified time period is calculated as a product of the current bid amount of the search listing and a projected number of times the search listing is selected by a searcher at a remote computer in a specified time period. | The AWS TrafficEstimator tool estimates the cost of a search listing in the manner recited in this claim. |
| **Claim 45**<br><br>The method of claim 30, wherein the bid amount of a web site promoters search listing comprises a money amount that is deducted from the account balance of said web site promoter's account each time the search listing is selected by a remote searcher. | AWS deducts a money amount from the web site promoter's account balance when a search listing is selected by a searcher. |

| U.S. Patent No. 6,269,361<br>Asserted Claims | Accused Google Products & Services<br>(Google's AdWords Select – "AWS") |
|---|---|
| **Claim 46**<br><br>The method of claim 30, wherein the search listings of the web site promoters in the search result list are sorted in decreasing order from highest to lowest bid amounts. | AWS orders search listings in decreasing order from highest to lowest bid amount. |
| **Claim 47**<br><br>The method of claim 46, wherein an ordinal rank value is assigned in ascending order to each search listing of the search result list in the sorted order starting at the search listing with the highest bid amount, which is assigned the smallest rank value, and ending with the search listing with the lowest bid amount, which is assigned the largest rank value. | AWS assigns ordinal rank values to each search listing, in order of decreasing bid amount, with the smallest rank value assigned to the search listing having the highest bid amount. |
| **Claim 48**<br><br>The method of claim 25, further comprising the step of displaying data from the search result list at the remote computer. | AWS data from the search result list is displayed at the remote computer. |
| **Claim 49**<br><br>The method of claim 30, further comprising the step of displaying data from the search result liast [sic] at the remote computer. | AWS data from the search result list is displayed at the remote computer. |
| **Claim 50**<br><br>The method of claim 30, further comprising the step of suggesting alternative search terms for the creations of new search listings upon the request of the web site promoter. | AWS has a keyword tool that suggests other phrases and popular synonyms. |
| **Claim 51**<br><br>The method of claim 30, wherein said computer network is the Internet. | AWS uses the Internet. |
| **Claim 52**<br><br>A method of enabling a web site promoter using a computer network to update information relating to a search listing within a search result list generated by an Internet search engine, said method comprising the steps of: | Google's AWS is a system and method for enabling network information providers to use a computer network like the Internet to influence a position for a search listing within a search result list generated by a search engine in response to a searcher's request. |
| maintaining a database having at least one account record for at least one web site promoter using the computer network, | AWS provides a database having accounts for the network information providers. |
| said account record including: at least one search listing, where each search listing includes a search term field having at least one keyword, a modifiable bid amount that is independent of the other components of the search listing, a Uniform Resource Locator (URL) corresponding to the address of a document residing on a network web server, a description, and a title; | Each account contains at least one search listing associated with a network location, a search term and a modifiable bid amount. |
| an account balance; | AWS is believed to maintain an account balance. |
| payment processing information for the web site promoter, said payment processing information maintained isolated from public access via the computer network; | AWS has such payment processing information. |

| U.S. Patent No. 6,269,361 Asserted Claims | Accused Google Products & Services (Google's AdWords Select – "AWS") |
|---|---|
| payment histories of the web site promoter; and | AWS tracks payment history. |
| search listing histories of the web site promoter; | AWS is believed to include a history of some search listings. |
| providing the web site promoter with login access in response to authentication, wherein the web site promoter's login access permits the web site promoter access to modify the web site promoter's account record, the web site promoter not being provided with access to modify account records of others; | AWS provides the advertising web site promoter with login access to its own account in response to authentication. |
| modifying substantially in real time the search listing of a web site promoter upon receiving a request from said web site promoter; | AWS allows advertisers to log into their account and modify search listings. |
| receiving a search request, the search request including at least one keyword, the search request being received over the Internet from a searcher at a remote computer; and | AWS receives a search request that includes a keyword from a publicly accessible web site. |
| generating a search result list in response to the search request, the search result list including search listings of the account records on the computer network, wherein the search term field for each search listing in the search result list generates a match with the search request, the search listings in the search result list arranged in an order determined using the bid amounts of the search listings. | AWS generates a search result list in response to the search request. The search result list includes search listings. The search term field for each search listing generates a match with the search request, and the search listings are arranged in an order determined using the bid amounts of the search listings. |
| **Claim 53**<br><br>The method of claim 52, further comprising the step of adding a search listing substantially in real time to an account of web site promoter upon receiving a request from said web site promoter. | Google advertises that new ads go live "instantly once you create them," AWS is believed to have programming code that facilitates this. |
| **Claim 54**<br><br>The method of claim 52, further comprising the step of deleting a search listing substantiall [sic] in real time from the account record of a web site promoter upon receiving a request from said web site promoter. | AWS allows advertisers to log into their account and delete search listings. |
| **Claim 55**<br><br>The method of claim 52, further comprising the step of adding a money amount to the account balance of a web site promoter substantially in real time upon receiving a request from said web site promoter. | AWS permits web site promoters to add money to their account balances. Google advertisers agree that AWS can bill their credit card if they reach a set credit limit. |
| **Claim 56**<br><br>The method of claim 55, wherein the money amount has been verified by an external financial authorization network. | Overture suspects that AWS employs an external financial authorization network. |
| **Claim 57**<br><br>The method of claim 52, wherein the keyword comprises a character string. | AWS search terms and requests each include at least one character string. |
| **Claim 58**<br><br>The method of claim 52, further comprising the step of generating an account activity report for a web site promoter upon receiving a request from said web site promoter. | AWS provides full reports on performance by ad and keyword. |

| U.S. Patent No. 6,269,361<br>Asserted Claims | Accused Google Products & Services<br>(Google's AdWords Select – "AWS") |
|---|---|
| **Claim 59**<br><br>The method of claim 52, further comprising the step of estimating a cost of a search listing for a specified time period upon receiving a request from a web site promoter. | AWS has a TrafficEstimator tool, accessible from the campaign management pages, that can be used to predict the cost of a campaign or ad over a specified period of time. |
| **Claim 60**<br><br>The method of claim 59, wherein the estimated cost is calculated as a product of the bid amount of the search listing and a projected number of times the search listing is selected in the specified time period. | The AWS TrafficEstimator tool estimates the cost of a search listing in the manner recited in this claim. |
| **Claim 61**<br><br>The method of claim 52, wherein the bid amount of a web site promoter's search listing comprises a money amount that will be deducted from the account balance of said web site promoter's account each time the search listing is selected. | AWS deducts a money amount from the web site promoter's account balance when a search listing is selected by a searcher. |
| **Claim 62**<br><br>The method of claim 52, wherein the rank value is an ordinal value. | AWS assigns an ordinal value to the rank value. |
| **Claim 63**<br><br>The method of claim 52, wherein the search listings of the search result list are sorted in decreasing order from highest to lowest bid amounts. | AWS orders search listings in decreasing order from highest to lowest bid amount. |
| **Claim 64**<br><br>The method of claim 63, wherein a rank value is assigned to each search listing of the search result list in the sorted order starting at the search listing with the highest bid amount, which is assigned the smallest rank value, and ending with the search listing with the lowest bid amount, which is assigned the largest rank value. | AWS assigns ordinal rank values to each search listing, in order of decreasing bid amount, with the smallest rank value assigned to the search listing having the highest bid amount. |
| **Claim 65**<br><br>The method of claim 64, further comprising the step of displaying data from the search result list at the remote computer. | AWS data from the search result list is displayed at the remote computer. |
| **Claim 66**<br><br>The method of claim 52, further comprising the step of generating a search listing activity report. | AWS provides full reports on performance by ad and keyword. |
| **Claim 67**<br><br>The method of claim 52, further comprising the step of suggesting alternative search terms upon the request of the web site promoter. | AWS has a keyword tool that suggests other phrases and popular synonyms. |

11