LAW OFFICES
# KEKER & VAN NEST
### LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188

MICHAEL S. KWUN
msk@kvn.com

September 17, 2002

**VIA FACSIMILE**

Jack C. Berenzweig, Esq.
Brinks Hofer Gilson & Lione
NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL 60611

Re:   *Overture v. Google*

Dear Jack:

I am writing to follow up on our telephone conversation today. As you requested, we discussed Google's document production and the status of the protective order. We also discussed several issues that Jon and I raised, including a proposed protocol for handling email discovery, the Rule 30(b)(6) deposition notice you served, the possibility of phasing discovery on damages and willfulness, and our request that Overture supplement its claim charts. As discussed, Jon will be sending you under separate cover our proposed email discovery protocol.

Sincerely,

Michael S. Kwun

MSK/jlc
cc:   Jon B. Streeter, Esq.

298470.01

dockets.Justia.com

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                 0810
CONNECTION TEL           913123214299#5784
SUBADDRESS
CONNECTION ID
ST. TIME                 09/17 15:34
USAGE T                  00'38
PGS. SENT                2
RESULT                   OK
```

LAW OFFICES

# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188

## FACSIMILE TRANSMISSION COVER SHEET

September 17, 2002

| To | Telephone | Facsimile |
|---|---|---|
| Jack C. Berenzweig, Esq.<br>Brinks Hofer Gilson & Lione | (312) 321-4200 | (312) 321-4299 |

| From | Telephone | Code |
|---|---|---|
| Michael S. Kwun | (415) 391-5400 | 5784/jlc |

Re   Overture v. Google

Number of Pages (Including Cover): 2

NO ORIGINAL WILL FOLLOW THIS TRANSMISSION

### COMMENTS

Please see attached correspondence.