KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
JON B. STREETER - #101970
DARALYN J. DURIE - #169825
MICHAEL S. KWUN - #198945
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a California corporation,<br><br>Defendant. | Case No. C 02-01991 CRB ADR<br><br>ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION FOR AN ORDER EXTENDING GOOGLE'S TIME TO SERVE INITIAL INVALIDITY CONTENTIONS |

Before the Court is defendant Google Inc.'s ("Google's") motion, pursuant to Civil L.R. 6-1 and 6-3, and paragraph 4 of the Court's Standing Order, for an order extending its time to serve its Preliminary Invalidity Contentions. Having considered all of the papers filed in support of and opposition to the motion, and good cause appearing, the Court GRANTS Google's motion.

Plaintiff Overture Services, Inc. ("Overture") is ORDERED to serve forthwith a revised version of its Disclosure of Asserted Claims and Preliminary Infringement Contentions (hereinafter, "Preliminary Infringement Contentions") that fully complies with Patent L.R. 3-1. Overture's claim chart in its revised Preliminary Infringement Contentions must specifically point out what aspects of the accused instrumentality satisfy each element of each asserted claim of the patent-in-suit. Conclusory assertions

that a given element is present in the accused instrumentality are not sufficient.

The Court FURTHER ORDERS that Google's deadline for serving its Preliminary Invalidity Contentions is extended to forty-five days after the date on which Overture serves revised Preliminary Infringement Contentions that fully comply with Patent L.R. 3-1.

The parties are ORDERED to meet and confer about the case management schedule, and to file with the Court within ten court days of the date of this Order a joint case management statement addressing any scheduling modifications that may be necessary in light of this Order.

IT IS SO ORDERED.

Dated: October 8, 2002

/s/
HON. CHARLES R. BREYER
United States District Judge