1  LATHAM & WATKINS
      Anthony I. Fenwick (Bar No. 158667)
2     Allon Stabinsky (Bar No. 197642)
   135 Commonwealth Drive
3  Menlo Park, California 94025
   Telephone:   (650) 328-4600
4  Facsimile:   (650) 463-2600

5  BRINKS HOFER GILSON & LIONE
      Jack C. Berenzweig (Admitted *Pro Hac Vice*)
6     William H. Frankel (Admitted *Pro Hac Vice*)
      Jason C. White (Admitted *Pro Hac Vice*)
7     Charles M. McMahon (Admitted *Pro Hac Vice*)
   NBC Tower - Suite 3600
8  455 North Cityfront Plaza Drive
   Chicago, Illinois 60611
9  Telephone:   (312) 321-4200
   Facsimile:   (312) 321-4299

10 Attorneys for Plaintiff
11 OVERTURE SERVICES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a California Corporation,<br><br>Defendant. | No. C02-01991 CRB<br><br>**[PROPOSED] ORDER** |

Before the Court is defendant Google Inc.'s ("Google's") motion, pursuant to Civil L.R. 6-1 and 6-3, and paragraph 4 of the Court's Standing Order, for an order extending its time to serve its Preliminary Invalidity Contentions. Having considered all of the papers filed in support of and opposition to the motions, the Court DENIES Google's motion.

1   The Court, however, ORDERS that Google's deadline for serving its Preliminary
2   Invalidity Contentions is extended by fourteen days.
3   The parties are ORDERED to meet and confer about the case management
4   schedule, and to file with the Court within ten court days of the date of this Order a joint
5   case management statement addressing any scheduling modifications that may be
6   necessary in light of this Order.

8   Dated: _____
         HON. CHARLES R. BREYER
9        United States District Judge

[PROPOSED] ORDER
C 02-01991 CRB
- 2 -

**BRINKS HOFER GILSON & LIONE**
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611-5599
Telephone: (312) 321-4200
Facsimile:  (312) 321-4299