1  LATHAM & WATKINS
     Anthony I. Fenwick (Bar No. 158667)
2    Allon Stabinsky (Bar No. 197642)
   135 Commonwealth Drive
3  Menlo Park, California 94025
   Telephone:   (650) 328-4600
4  Facsimile:   (650) 463-2600

5  BRINKS HOFER GILSON & LIONE
     Jack C. Berenzweig (Admitted *Pro Hac Vice*)
6    William H. Frankel (Admitted *Pro Hac Vice*)
     Jason C. White (Admitted *Pro Hac Vice*)
7    Charles M. McMahon (Admitted *Pro Hac Vice*)
   NBC Tower - Suite 3600
8  455 North Cityfront Plaza Drive
   Chicago, Illinois 60611
9  Telephone:   (312) 321-4200
   Facsimile:   (312) 321-4299
10
   Attorneys for Plaintiff
11 OVERTURE SERVICES, INC.

12               UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15

16 | OVERTURE SERVICES, INC., a Delaware Corporation, | No. C02-01991 CRB |
|---|---|
| Plaintiff, | **DECLARATION OF CHARLES M. MCMAHON IN OPPOSITION TO GOOGLE'S MOTION FOR AN ORDER EXTENDING GOOGLE'S TIME TO SERVE PRELIMINARY INVALIDITY CONTENTIONS** |
| vs. | |
| GOOGLE INC., a California Corporation, | |
| Defendant. | |

I, Charles M. McMahon, declare as follows:

1.  I am an associate at the law firm of Brinks Hofer Gilson & Lione, counsel of record for plaintiff Overture Services, Inc. ("Overture") in this matter. I make this declaration in opposition to Google's Motion for an Order Extending Google's Time to Serve Initial Invalidity Contentions. I make the following declaration based upon my personal knowledge, and I could and would testify thereto under oath if called upon to do so.

2.  Pursuant to Patent L..R. 3-1, Overture served Google with a copy of Overture's Disclosure of Asserted Claims and Preliminary Infringement Contentions on September 16, 2002. A true and correct copy of the Disclosure is attached as Exhibits 3 and 4 to the declaration of Mr. Michael S. Kwun. On page 2 of its Disclosure, Overture directed Google to certain pages from Google's website in which Google explains the operation of its AdWords Select system. True and correct copies of these website pages are attached as Exhibit 1 to this declaration.

3.  On September 17, 2002, I participated in a telephone conversation during which counsel for defendant Google Inc. ("Google") requested that Overture supplement the claim chart included in its Disclosure of Asserted Claims and Preliminary Infringement Contentions.

4.  On September 19, 2002, Mr. Jack C. Berenzweig, a partner at Brinks Hofer Gilson & Lione, sent a letter to counsel for Google in response to the concerns raised during the September 17 telephone call. A true and correct copy of Mr. Berenzweig's September 19 letter is attached as Exhibit 6 to Mr. Kwun's declaration in support of Google's motion. In the letter, Mr. Berenzweig invited Google's counsel to identify particular entries in Overture's claim chart that allegedly lacked sufficient specificity. Mr. Berenzweig offered to review any identified entries and consider supplementation.

5.  In a letter dated September 19, 2002, counsel for Google responded to Mr. Berenzweig's letter and identified two specific, allegedly deficient entries in

DECLARATION OF CHARLES M. MCMAHON
C 02-01991 CRB                                - 2 -

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

1  Overture's claim chart.  A true and correct copy of this letter is attached as Exhibit 7 to
2  Mr. Kwun's declaration.
3       6.    On September 24, 2002, Mr. Berenzweig sent another letter to counsel for
4  Google.  In this letter, Mr. Berenzweig provided additional information about the two
5  specific claim chart entries that counsel for Google identified on September 19.  A copy
6  of Mr. Berenzweig's September 24 letter is attached as Exhibit 8 to Mr. Kwun's
7  declaration.
8       7.    On September 27, 2002, I participated in another telephone call with
9  counsel for Google.  During the conversation, counsel for Google asserted that
10 Overture's claim chart still lacked sufficient specificity.  Mr. Berenzweig again invited
11 counsel for Google to identify other specific claim chart entries that allegedly were
12 deficient.  However, Google's counsel declined Mr. Berenzweig's offer and instead filed
13 the present motion for extension of time.
14    I declare under penalty of perjury under the laws of the United States of America
15 that the foregoing is true and correct.  Executed on this 10th day of October 2002 at
16 Chicago, Illinois.

18                                         /s/
19                           Charles M. McMahon

DECLARATION OF CHARLES M. MCMAHON  - 3 -
C 02-01991 CRB

**BRINKS HOFER GILSON & LIONE**
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611-5599
Telephone: (312) 321-4200
Facsimile:  (312) 321-4299