Exhibit 1

to

Declaration of Charles M. McMahon
October 10, 2002

C 02-01991 CRB

 AdWords Select™ - It's All About Results™　　　Contact Us - Help

**Program Overview**　　　Compare　　　Quick Answers　　　Tips　　FAQ　　　Editorial Guidelines　　　Login



**Start your AdWords Select campaign by clicking here**

©2002 Google - AdWords Select Home - Terms and Conditions - Contact Us

 **AdWords Select™ - It's All About Results™**   Contact Us - Help

Overview | **Compare Programs** | Quick Answers | Tips | FAQ | Editorial Guidelines | Login

AdWords Select is uniquely useful because:

- Your **price is automatically lowered** to one cent more than your closest competitor.
- **No one can lock in the top position** because user clickthrough rates and CPC determine where your ad is shown. The most relevant ads rise to the top.
- Google offers **a unique set of tools** to forecast your budget and select target keywords.
- You can **target your ads to users in a specific country** or only to speakers of a specific language.

Compare for yourself. Here are the top reasons AdWords Select is the best ad program on the Internet.

|  | **Typical cost-per-click Advertising Site** | **Google AdWords Select** | **Google Advantage to You** |
|---|---|---|---|
| **Competitive Pricing** | Static CPC leaves a gap between your price and your closest competitor. | AdWords Discounter automatically monitors your competition and lowers your CPC to one cent above theirs. | You **save money** by minimizing your price. |
| **Ranking** | Ads assigned positions based solely on CPC. Allows for "squatting" in the top positions by irrelevant advertisers. | Rank is determined by combination of CPC and clickthrough rate. If an ad is irrelevant to users, they won't click on it and it will move down the page. Your relevant ads will rise, at no extra cost to you. | **Your ad can rise above someone paying more** if it is highly relevant for a specific keyword. |
| **Campaign Management** | Only one ad per keyword you select. | Multiple ads per keyword. Best performer will automatically be shown most often. | **Saves you time** setting up your campaign and monitoring it. |
|  | Must actively monitor your campaign to ensure you're not overpaying for your position. | AdWords Discounter takes care of your campaign for you, dynamically raising and lowering your CPC within the range you specify to keep you in the position you want. | **Saves you time AND money.** |
| **Timing** | Ads go live 3-5 days after you submit them. | Ads go live instantly once you create them. | **No waiting for your ads to show up.** |
| **Minimum Deposit to Start** | $50.00 minimum deposit at initiation | $5.00 total startup cost | **$45.00 savings** right from the start. |
| **Monthly Minimum Fee** | $20.00+ | None | You **never pay $20.00 for five cents** in clickthroughs. |
| **When Billed** | Pay deposit upfront and monthly minimum. | Billed only for clicks received, after they're received. | You **pay only for clicks you've already received**. |

| | | | |
|---|---|---|---|
| **Budgeted Delivery** | No way to schedule ad delivery evenly over a set period of time. | Set daily budget for your campaign. Continuous delivery each day over the time period at that level. | You **control the timing** of your ad deliveries. |
| **Target by Country or Language** | Automatically displays your ads to anyone who searches on your keywords, regardless of what country they're in or language they speak. | You choose who should see your ads from among 250+ countries and 5 languages. | You have **more control over your ads** so you can be sure they are only shown to a highly targeted audience. |
| **Tools** | Keyword tool only suggests other phrases containing your keyword. | Enhanced keyword tool suggests other phrases AND most popular synonyms based on billions of searches. Results in better targeting and higher clickthroughs. | Expands your reach and **gives you more new customers.** |
| **Ad Groups** | Must set & monitor price for each keyword. Not possible to group ads or create campaigns. | Set a maximum price for a group of keywords or create many different Ad Groups, each at a different price. | **Greater flexibility** in how you set up your ad campaign. |

**Start your AdWords Select campaign by [clicking here](#)**

---

©2002 Google - [AdWords Select Home](#) - [Terms and Conditions](#) - [Contact Us](#)



AdWords Select™ - It's All About Results™     Contact Us - Help

**Overview**     Compare     **Common Terms**     Tips     FAQ     Editorial Guidelines     Login

**A   C   D   E   G   I   K   M   O   S   T**

### A
⬆ back to top

**Account Activation** - After signing up for AdWords Select, you'll receive an email to verify your email address. You can then activate your account by logging in and submitting your credit card information. At that point, your ads start running.

**Account Creation** - You can create an account with no obligation to purchase and without submitting a credit card. Simply complete the sign-up process and verify your email address. More...

**Activation Fee** - A one-time $5 fee applies when you activate your account. This amount is not credited toward the cost of clicks received.

**Actual cost-per-click** - This is the amount you'll actually pay for each click your ad receives. The AdWords Discounter automatically gives you the lowest possible price in order for you to maintain your ad's position. Your actual CPC will be equal to less than the maximum CPC you specify.

**Ad Group** - An Ad Group contains one or more ads targeting one set of keywords. You set a maximum cost-per-click (CPC) for an Ad Group keyword list or for individual keywords within the Ad Group. More...

**Ad Rank/Positioning** - An ad's position on a search results page is determined by a combination of its maximum cost-per-click (price) and clickthrough rate (performance).

**AdWords Discounter** - The AdWords Discounter monitors your competition and automatically reduces your actual cost-per-click so you pay the lowest price possible for your ad's position on the search results page.

### C
⬆ back to top

**Campaign** - A campaign consists of one or more Ad Groups. The ads in a given Ad Group share the same daily budget, language and country targeting, start and end dates, and syndication options. More...

**Clickthrough Rate** - Clickthrough rate (CTR) is the number of clicks your ad receives divided by the number of times your ad is shown (impressions).

**Control Center** - This is the online interface for your account. When you log in to AdWords Select, you're taken to the main page (the "Control Center") for your account, from which you can access and edit your campaigns and settings.

**Credit Limit** - When you first open an AdWords account, Google gives you an initial credit limit of $50 so your ads can start running right away. You will be billed within 30 days or when you reach this credit limit. If you reach the credit limit within 30 days, your limit will be raised for your next billing cycle. More...

**Cost-per-click** - The cost-per-click (CPC) is the amount you pay each time a user clicks on your ad. Google AdWords Select has a CPC pricing system.

**CPM** - This stands for Cost-Per-Thousand impressions. A CPM pricing model means advertisers pay for impressions received.

**D**  ⬆ back to top

**Daily Budget** - The amount you're willing to spend on a specific campaign each day. The daily budget helps to determine how often Google shows your ad: the higher your daily budget, the more likely it is that your ad will be displayed each time your keywords are searched. More...

**Destination URL** - This is the URL to which your ad will link. This is the page users see when they click through to your site from the search results page.

**Display URL** - This is the URL displayed on your ad to identify your site to users. This URL displayed is limited to 35 characters; it need not be the same as the URL your ad links to, but it should be an actual URL that is part of your site.

**E**  ⬆ back to top

**Editorial Guidelines** - These guidelines will help you create effective ads that generate sales. To run your ads on Google and our growing network of partner sites, please see that your ads follow these guidelines. More...

**G**  ⬆ back to top

**Geo-Targeting** - You can target your ads to specific countries and languages.

**Google Advertising** - Google offers three online advertising programs: Google AdWords Select, original Google AdWords, and Premium Sponsorships.

> **Google AdWords Select** - Google's advertising program based on cost-per-click pricing.
>
> **Original Google AdWords** - Google's CPM based advertising program.
>
> **Premium Sponsorship** - Premium Sponsorship ads run above the search results. These campaigns are handled through the Google Sales team and are CPM based.

**Google Partner Sites** - Google's growing network of advertising partners, including America Online, CompuServe, Netscape, AT&T Worldnet, EarthLink, and Sympatico-Lycos, display keyword-targeted Google AdWords Select ads on their search results pages.

**I**  ⬆ back to top

**Impression** - The number of impressions is the number of times an ad is displayed on Google or on Google's partner sites.

**Interest Bar** - The interest bar appears at the bottom of your ad and reflects your ad's clickthrough rate.

**IP Address** - Every computer connected to the Internet is assigned a unique number known as an Internet Protocol (IP) address. Since these numbers are usually assigned in country-based blocks, an IP address can often be used to identify the country from which a computer is connecting to the Internet.

**K**  ⬆ back to top

**Keyword** - Keywords are the words users type in to define a search. The keywords you choose for a given Ad Group are used to target users searching on those keywords and thus deliver your ads to potential customers. Keyword matching options also can be used to refine your keywords.

**Keyword Matching Options** - There are four types of keyword matching: broad matches, exact matches, phrase matches, and negative keywords. These options help you refine your ad targeting.

> **Broad Match** - This is the default option. If you enter a keyword without special characters, such as *tennis shoes*, your ad will appear when a user includes both *tennis* and *shoes* in the search field, regardless of their order or other search terms included. Broad matches are often less targeted than exact or phrase matches. We recommend using at least a two-word phrase in order to target your ad more precisely.
>
> **Exact Match** - If you enter your keyword in brackets, as in [*tennis shoes*], your ad will appear when a user searches on the exact phrase *tennis shoes*, but will not appear when a user searches on *red tennis shoes*.
>
> **Negative Keyword** - If your keyword is *tennis shoes* and you add the negative keyword *-red*, your ad will not appear when a user searches on *red tennis shoes*.
>
> **Phrase Match** - If you enter your keyword in quotation marks, as in "*tennis shoes*", your ad will appear when a user searches on the phrase *tennis shoes*. In this case, the search can also contain other terms as long as it includes the exact phrase you've specified. For instance, your ad will appear for searches on *red tennis shoe*s but not for searches on *shoes for tennis*.

**Keyword Suggestion Tool** - This tool helps you refine your keywords. Submit a keyword, then choose other relevant words from among the results. Combine these relevant results with each other or with your current keywords to make them more specific. You can also identify phrases that don't pertain to your business and include them as negative keywords. More...

## M                                                                         ⬆ back to top

**Maximum cost-per-click** - You choose the maximum cost-per-click (CPC) you are willing to pay. Our Discounter automatically reduces this amount so that the actual CPC you are charged is just one cent more than the minimum necessary to keep your position on the page.

## O                                                                         ⬆ back to top

**Overdelivery Credit** - You will receive a credit to your account if Google delivers 20% more clicks than your daily budget allows. Google does not charge you for these extra clicks and automatically issues a credit on your invoice. The extra clicks will show on your reports so that you have accurate records of your total clicks.

## S                                                                         ⬆ back to top

**Start and End Date** - You control your campaign's duration. Unless you select an end date or pause your campaign, your ads will run continuously on Google. Your campaign begins at 12:00 AM Pacific Standard Time on your start date and ends at 11:59 PM Pacific Standard Time on your chosen end date.

**Syndication** - Through the Google syndication program, Google AdWords ads are displayed on Google partner sites, including America Online, CompuServe, Netscape, AT&T Worldnet, EarthLink, and Sympatico-Lycos. This expands your potential customer pool beyond the already extensive Google search audience.

**Syndication Preference** - Your syndication preference indicates whether you have chosen to participate in the syndication program. More...

## T                                                                         ⬆ back to top

**Traffic Estimator** - After you select your keywords, the AdWords Traffic Estimator automatically provides you with estimates for the number of clicks per day, average cost-per-click, cost per day, and average ad

position for each of your keywords.

Start your AdWords Select campaign by <u>clicking here</u>.

©2002 Google - <u>AdWords Select Home</u> - <u>Terms and Conditions</u> - <u>Contact Us</u>



**AdWords Select™ - It's All About Results™**

Contact Us - Help

| Overview | Compare | Quick Answers | Optimization Tips | FAQ | Editorial Guidelines | Login |

A successful advertising campaign on Google has two major components:

- **Effective keyword targeting** - Get tips on selecting the search terms that will trigger your ad.
- **Effective content** - Get tips on writing the text that Google users will see and click on.

### Tips for Effective Keyword Targeting

- **It's VERY important to choose keywords that are specific and relevant to your website.**

- **Pay close attention to the estimates when choosing your keywords.**

- **Use a variety of specific keywords.**

  High clickthrough rates are the product of relevant keywords. A campaign for a tennis equipment website should have specific and relevant keywords, like *tennis racquets* or *tennis shoes*.

  Keywords that are too general result in fewer clickthroughs, and will move your ad down in the order it appears on the results page. Non-performing ads are eventually removed altogether. To achieve the highest clickthrough rates, avoid vague and general terms.

  Because specific words will have fewer impressions than general terms, use a variety of specific keywords, including spelling variations and plurals.

  specific:
  · *tennis racquets*
  · *tennis shoes*

  vague:
  · *sports*
  · *athletics*

  variety:
  · *tennis racket*
  · *tennis rackets*
  · *tennis racquet*

- **Try searching for your keywords on Google.**

  Searching for "tennis racquets" on Google yields sites that sell racquets and sites that offer information about different kinds of racquets. Since these sites are relevant to tennis equipment sales, we know that this **would be an effective** keyword.

  Searching for "sports" on Google yields sites that offer news about professional sports. Since these sites differ greatly from a site that sells tennis equipment, we know that the keyword "sports" **would not be effective** for our tennis equipment website.

### Tips for Writing Effective Content

Since this is the text that represents your site to Google users, it should be both relevant to the keyword that triggers it and compelling for users to click on it.

- **Put the keywords that trigger the ad in the ad's headline and description.**

  This lets our users know that your site is relevant to their search query. Notice in our sample how the keyword phrase "tennis shoes" is used in the ad text.

  Tennis Shoes from Google
  Wholesale prices - Racquets & Shoes
  From Brands You Trust!
  www.google.com

- **Give Google users a clear reason to click through to your site.**

  Ask yourself, "what is the benefit?" In our sample ad, the benefit is great prices on tennis equipment from quality brands. Words like "Wholesale" indicate your great prices.

  Tennis Shoes from Google
  Wholesale prices - Racquets & Shoes
  From Brands You Trust!
  www.google.com

- **Create multiple ads and write ad text that's relevant to your group of keywords.**

  Tennis Shoes from Google
  Great Prices on Top Brand Shoes

This greatly increases the likelihood that Google users will click on your ads.

Both of these ads are relevant for the keyword phrase "tennis shoes" and "tennis racquets." They're two different ads, but both drive customers to the same web site.

as well as Racquets and Clothing
www.google.com

Tennis Racquets at Google
Great Prices on Racquets & Shoes
From Brands You Trust!
www.google.com

- **Proof your ad text and check the links to your website.**

    A typo in your website address will cause the link to fail when a Google user clicks on it.

**Start your AdWords Select campaign by clicking here.**

---

©2002 Google - AdWords Select Home - Terms and Conditions - Contact Us

 **AdWords Select - It's All About Results**   <u>Contact Us</u> - <u>Help</u>

Overview | Compare | Common Terms | Tips | Full-Strength FAQ | Editorial Guidelines | Login

**Program Overview**
▶ Top 5 Questions
  The Basics
  Getting Started

**Account Set Up**
  Geo-Targeting
  Ad Creation
  Keywords
  Cost-Per-Click
  Daily Budget
  Billing

**Account Maintenance**
  Common Tasks
  Optimization

**AdWords Standards**
  Security
  Guidelines

*View all questions*

## Program Overview: Top 5 Questions

1. Why can't I see my ad?
2. How can I make sure my ads appear on Google partner sites?
3. How can I optimize my campaign performance?
4. Is there a minimum spending commitment?
5. How are ads ranked?

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

1. **Why can't I see my ad?**

   There are several common reasons you may be unable to see your ad. To help you understand the problem, you can:

   1. **Check back later.**
      Although in most cases your ad is up and running almost immediately after activating your account, sometimes there is a server upload delay and it takes more than a few minutes for your ads to start running. If you still cannot see your ad after an hour and you've checked all of the possibilities below, please <u>contact us</u> to let us know.

   2. **Check your daily budget.**
      When you create your ads and select your keywords, the Traffic Estimator displays a recommended daily budget amount for maximum ad delivery on Google. Note that unless you match the recommended amount, your ad may not appear every time you search for your keywords on Google.

      If your daily budget is set lower than the recommended amount, we spread the delivery of your ad throughout the day in order to stay within your budget. This means that your ad may not appear every time users search on your keywords. To learn how to increase your daily budget, <u>click here</u>.

   3. **Check your maximum cost-per-click (CPC) and the minimum CPCs for your keywords.**
      Each keyword has a minimum CPC associated with it. If your maximum CPC is lower than the minimum CPC for a keyword, the minimum CPC will be displayed in red next to that keyword when you click "Modify Price or Keywords" and view your keyword list. Your ad will not show when that keyword is searched unless you increase your maximum CPC to at least the minimum. To learn how to increase your maximum CPC, <u>click here</u>.

   4. **Check the status of your ad.**
      We review all Google AdWords ads. If an ad does not meet our Editorial Guidelines, you'll see the word "Disapproved" listed below that ad. This means your ad is not currently running and you will receive an email notification explaining the disapproval. Please review our Editorial Guidelines to ensure that your ad complies, or <u>contact us</u> so we can assist you. Once you've made the suggested edits, simply save your

      changes and your ad will be automatically resubmitted to us for review.

5. **Check your Geo-Targeting.**
You can target your campaign to specific countries and languages. If you don't target your own country and language, you won't be able to see your ad. To learn how to view and edit your geo-targeting selection, click here.

2. **How can I make sure my ads show on Google partner sites?**

    1. **Check your ads.** If you choose to syndicate your ads, you must adhere to our Editorial Guidelines.

        Ads will not run on partner sites until they've been reviewed by our AdWords Specialists, so please ensure that you meet the standards in the Editorial Guidelines. You may notice your ads appearing on Google before they appear on AOL or other partner sites because of this review process. To learn how to edit your ads, click here.

    2. **Increase your daily budget.** If your ads qualify for our partner sites, you can expect more people to see your ads and more clicks to come your way. Make sure that you get the exposure you want by increasing your daily budget. Increasing your daily budget increases the likelihood that your ads will appear each time someone searches for your keywords on Google and on our partner sites. To learn how to increase your daily budget, click here.

    3. **Increase your maximum cost-per-click (CPC).** Your ad's position is determined by its clickthrough rate (CTR) and your maximum CPC, so you may want to increase your CPC to help improve your ad's position. Only the top three AdWords Select ads will be shown on AOL for any given search result, so raising your CPC increases your chance of consistently appearing on all the partner sites. To learn how to increase your CPC, click here.

    4. **Increase your clickthrough rate (CTR).** As mentioned above, your ad's position is partly determined by your CTR, so be sure your ads are optimized and ranked high enough to appear on AOL. You can increase your CTR by refining your ad text, using keyword matching options, and using the keyword suggestion tool to refine your keywords. To learn more about how to increase your CTR, visit our Optimization Tips page.

    5. **Check your syndication preference.** Make sure you haven't already opted out of the syndication program. To learn how, click here.

    6. If you have original AdWords ads, they may not appear on all of our partner sites.

    7. Finally, some of our partners may restrict advertising or keyword search terms based on their own policies regarding content and editorial standards. As a result, one or more of your ads may not appear on partner sites.

3. **How can I optimize my campaign performance?**

    To help you create the most effective advertising possible, we offer an Optimization Tips page. We suggest that you use this page for guidance when creating and refining your campaigns. However, these tips are not exhaustive,

and we encourage you to experiment with your own ad text and targeting techniques to find what works best for you.

4. **Is there a minimum spending commitment?**

   You can create an account for only a $5 activation fee. You have complete control over how much you spend and how you spend it. You choose the maximum cost-per-click (CPC) and the daily budget that fit your advertising goals.

   After you choose your keywords and your maximum CPC, the Traffic Estimator helps you predict the total cost of your Ad Group by estimating the number of clicks you will receive per day. This estimate is based on the maximum CPC you've specified and the average clickthrough rate (CTR) for the keywords you've chosen. You can then decide how much you're willing to spend and set your daily budget to reflect what you're comfortable paying.

5. **How are ads ranked?**

   Your ad is ranked on the search results page based on a combination of its maximum cost-per-click (CPC) and clickthrough rate (CTR). The higher your CPC or CTR, the higher your ad's position. Because this ranking system rewards well-targeted, relevant ads, you can't be locked out of the top position as you would be in a ranking system based solely on price. Click here to learn how to increase your CTR in order to improve your ad's position without having to raise your maximum CPC.

   When you choose a maximum CPC for your keywords, our Traffic Estimator gives you the estimated average ad position per keyword. This estimate is based on your maximum CPC and the average CTR for each of the keywords you've chosen.

©2002 Google - AdWords Select Home - Terms and Conditions - Contact Us



AdWords Select™ - It's All About Results™     Contact Us - Help

| Overview | Compare | Quick Answers | Tips | FAQ | Editorial Guidelines | Login |

**AdWords Editorial Guidelines**

The most effective advertising communicates a clear message to a targeted audience. Once you've determined whom you want to reach and selected appropriate keywords, you need to create ads that will inform your potential customers about the products and services you offer. The Google AdWords Editorial Guidelines will help you create effective ads to generate sales and meet your goals.

Underlying all the Editorial Guidelines are two simple principles that have worked for thousands of advertisers already in the program:

- Clearly and accurately describe your site.
- Emphasize the unique benefits of your product or service.

To run your ads on Google and our growing network of partner sites, you must adhere to these guidelines. Our ultimate goal is your success and we believe that providing a great user experience is the best way to ensure it.

**Ad Style & Grammar**

## Use clear, direct language and avoid gimmicks.

### Use Standard Punctuation

- No repeated and unnecessary punctuation or symbols.
- Your title may not contain an exclamation point.

| Correct Ad | Correct because: |
|---|---|
| Advertise with Google<br>Want fast results?<br>Create your campaign today!<br>http://adwords.google.com | Question mark used appropriately.<br><br>One exclamation point at the end of ad text line. |
| **Incorrect Ad** | **Incorrect because:** |
| Advertise with Google!<br>Want fast results??<br>Create your campaign today!<br>http://adwords.google.com | Exclamation point in title.<br><br>Repeated question marks on second line. |

### Use Standard Capitalization

- Ad text must be written with normal sentence capitalization.
- No excessive capitalization such as "FREE" or "GOOGLE ADWORDS."

| Correct Ad | Correct because: |
|---|---|
| Google AdWords Select<br>Effective CPC Advertising.<br>Fast results within your budget!<br>http://adwords.google.com | Necessary capitalization for acronym, "CPC." |
| **Incorrect Ad** | **Incorrect because:** |

| | |
|---|---|
| Google AdWords Select<br>EFFECTIVE CPC Advertising.<br>Fast results within your budget!<br>http://adwords.google.com | Excessive capitalization of "EFFECTIVE." |

### No Repetition

- No repeated words or phrases.
- Do not repeat a geographic location.

| **Correct Ad** | **Correct because:** |
|---|---|
| Google AdWords Select<br>CPC Ad Campaigns:<br>Fast, easy, and effective!<br>http://adwords.google.com | Ad more clear without the repetition. |
| **Incorrect Ad** | **Incorrect because:** |
| Google AdWords Ads<br>Google AdWords Ads are:<br>Fast, easy, and effective!<br>http://adwords.google.com | Unnecessary repetition of "Google AdWords Ads" in 1st and 2nd lines. |

### Use Correct Spelling

- Check that you use correct spelling.

### Use Proper Grammar

- Your ad should use logical sentence and phrase structure.

## Ad and Keyword Relevancy

### Your keywords and ad text must be relevant to your site, products, or services.

#### Write Accurate Ad Text

- Your ad text must directly reflect the content on the web page to which your ad links.
- Distinguish your ad by including your company name, line of business, or product in your ad text or title.
- If you offer a local service or product, clearly indicate your location in your ad text.

    *Example:*
    If you mention that you are selling socks for 20% off only in San Francisco, you will need to include "San Francisco" in your ad text, and your link should direct people to a page that clearly displays socks at the discounted price.

#### Target Specific Keywords

- Use specific keywords that accurately reflect your site.

- Use keywords that reflect your location if you offer a location-specific product or service.

    *Example:*
    A San Francisco apartment rental agency would not be allowed to run on only the keyword "rentals." The agency would have to use keywords such as "San Francisco rental agency" or "Bay Area apartments."

## Ad Content

### Should be informative, targeted, and represent your uniqueness.

**Identify Affiliate Status**

- If you are an affiliate paid to send traffic to another site, you must identify yourself as an affiliate.

    *Example:*
    Insert the word "affiliate" in your ad text or title.

**Avoid Superlatives**

- Unless guaranteed by your business or verified by a third party, your ad cannot contain superlative or subjective phrases such as "Best," "Cheapest," "Top," or "#1."

**Limit Promotional Language**

- Your ad text cannot contain promotional language such as "Free" or "Limited Time Only," unless it directly relates to a product on the page displayed when a user clicks the URL link in your AdWords ad.
- The use of such terms must adhere to the true meaning of the words.

    *Examples:*
    To use "Free," you must offer a free service or product and link directly to the service or product.
    To use "New," you must be advertising a product or service that is 6 months or younger.

**No Unacceptable Phrases**

- Neither your ad text nor your ad title can contain universal call-to-action phrases such as "click here," "look here," "visit this link," "this site is," or other similar phrases that could apply to any ad, regardless of content.
- Use a call-to-action unique to the service or product you provide.
- The limited text space should be used for concise, informative language that sets you apart from your competition.

    *Example:*
    If you sell music, you could use "Buy music here" but not "Click here."

**No Unacceptable Title Phrases**

- Your ad title must not contain "welcome to," "online," or "homepage."

**No Inappropriate Language**

- Your ad cannot contain offensive or inappropriate language.

**Non-Family Safe & Adult Sexual Content**

- Ads are reviewed and categorized as "FamilySafe," "Non-FamilySafe," or "Adult Sexual Content" on a case-by-case basis.
- After our AdWords Specialists categorize the ads, Google generally allows ads containing adult themes, such as gambling or explicit sexual content, provided that they meet the conditions for AdWords advertising.
- These ads may not be accepted on our syndication partners' sites. Therefore, there is a possibility that your ads will appear only on Google.com search results pages.

**Links**

**Your URLs must work and accurately reflect your ad and site.**

### Display URL Must be Accurate

- Your "URL to display" must accurately reflect the URL of your web page. If your URL link is too long for your ad, use a shortened version that meets the character limit for this field.
- The displayed URL must be an actual working URL. You cannot use this field as another line of ad text.

### Landing Page Relevancy

- Your landing page must accurately reflect your ad content. We require your URL link directly to the web page that clearly displays the product, guarantee, warranty, or special offer you are advertising in your ad text.
- The linked page cannot be under construction. We require your "URL to link to" to link to an actual web page with content relevant to your ad. When your site is under construction or down for maintenance, you must pause your Ad Group(s).

### Link to URL Must Work

- Your "URL to link to" must work properly. Check your spelling and symbols for accuracy to make sure you type in the actual URL of the page you want users to visit.

### No Pop-ups

- We do not allow links that generate pop-ups when users enter or leave your site. We consider a pop-up to be any window, regardless of content, that opens in addition to the original window.

### Working Back Button

- Links to your website must allow users to return to the Google search results page by clicking once on the browser's "back" button.

**Next Steps**

- Please click here to learn how to edit your current AdWords Select campaigns.

- Please click here to create an AdWords Select account if you do not already have one. If you are currently an original AdWords CPM advertiser, please disable those ads after creating an AdWords Select account.

---

©2002 Google - AdWords Select Home - Terms and Conditions - Contact Us

# Google™

## AdWords Select™ - It's All About Results™

**NO OBLIGATION TO BUY**

[ Click here to start ]

**ADWORDS SELECT LOGIN**

Email: 
Password: 
[ Login ]

Forgot your password?

**ALREADY USE ADWORDS?**

If you already have ads running in the original AdWords program, click here.

**ADWORDS SELECT HELP**

- Program overview
- Compare programs
- 50 quick answers
- Optimize your ads
- Full-strength FAQ

### Start gaining new customers in less than 5 minutes.

More than 150 million times a day, people use Google to find what they're looking for. Make sure they find what you're selling.

Create a text ad that appears next to Google and partner search results. You decide which searches show your ad and what you're willing to pay for each new customer who clicks on it. **Google AdWords Select** program offers advantages not found in any other online ad program, but the most important one is the return you'll get on your investment. Because at the end of the day, it's all about results.

### AdWords Select advantages

**Pay only for results.**
With cost-per-click (CPC) pricing, you pay only when a customer clicks on your ad, regardless of how many times it's shown.

**Automatically get the lowest price.**
Pay the low minimum price for any keyword. Minimum CPC's start at 5 cents and vary by keyword. Or pay more to get more exposure. Either way, the AdWords Discounter ensures you pay the lowest amount possible to keep your position.

**Unlimited free changes.**
Change your ads as often as you like. It's easy to target multiple ads to one set of keywords or to create several campaigns. There's no cost no matter how many ads you create or modifications you make.

**Less time managing your campaign.**
Set up your campaign and forget about it. The AdWords Discounter monitors your competition and adjusts your ad costs accordingly. Not sure if your keywords will work? We will automatically disable any keywords with less than 0.5% clickthrough rates. You don't need to check in every day to be sure you're getting the lowest price and targeting the best keywords.

**Ads go up instantly.**

There's no 3 day posting delay with Google. Once your account is created, your ads appear within minutes, connecting new customers with your site immediately.

**You can't be locked out.**

Your clickthrough rate and CPC together determine where your ads are shown, so better ads rise to the top. That means no one can lock you out of the top position.

©2002 Google - AdWords Select Home - Terms and Conditions - Contact Us