IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVERTURE SERVICES, INC, | No. C 02-01991 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

On October 8, 2002 the Court inadvertently granted defendant's motion styled as a motion for an extension of time. Accordingly, that order is hereby VACATED. Although styled as a motion for an extension of time, defendant's motion is more properly characterized as a motion to compel supplementary Preliminary Infringement Contentions. The Court will therefore refer the motion to a Magistrate Judge.

**IT IS SO ORDERED.**

Dated: October 17, 2002

/s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2002\1991\order1revacating.wpd