1  BRINKS HOFER GILSON & LIONE
   JACK C. BERENZWEIG (Admitted Pro Hac Vice)
2  WILLIAM H. FRANKEL (Admitted Pro Hac Vice)
   JASON C. WHITE (Admitted Pro Hac Vice)
3  CHARLES M. MCMAHON (Admitted Pro Hac Vice)
   Nbc Tower - Suite 3600
4  455 North Cityfront Plaza Drive
   Chicago, Illinois  60611
5  Telephone:    (312) 321-4200
   Facsimile:    (312) 321-4299
6
7  Attorneys For Plaintiff
   OVERTURE SERVICES, INC.
8
9  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
   JON B. STREETER - #101970
10 DARALYN J. DURIE - #169825
   MICHAEL S. KWUN - #198945
11 710 Sansome Street
   San Francisco, CA  94111-1704
12 Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
13
   Attorneys for Defendant
14 GOOGLE INC.

15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>GOOGLE INC., a California corporation,<br><br>           Defendant. | Case No. C 02-01991 CRB ADR<br><br>**STIPULATED REQUEST FOR AN ORDER CHANGING TIME; DECLARATION OF MICHAEL S. KWUN IN SUPPORT THEREOF** |

**STIPULATED REQUEST FOR ORDER CHANGING TIME**

Plaintiff Overture Services, Inc. ("Overture") and defendant Google Inc. ("Google")

1

1  jointly request, pursuant to Civil L.R. 6-2, that the Court modify the case management schedule
2  applicable to this case as follows:
3      (1)    Google's deadline for serving Preliminary Invalidity Contentions pursuant to
4  Patent L.R. 3-3, as well as the other deadlines set by the Patent Local Rules, shall be **stayed**
5  pending resolution by a Magistrate Judge of Google's motion for an extension of time (filed on
6  October 7, 2002).
7      (2)    Within ten court days of the date of the order by the Magistrate Judge resolving
8  Google's motion, the parties shall file with the Court a joint case management statement
9  addressing any scheduling modifications that may be necessary in light of the Magistrate Judge's
10 order.
11     The Declaration of Michael S. Kwun, below, provides the information required by Civil
12 L.R. 6-2(a)(1)-(3), as well as the attestation required by Section X(B) of the General Order 45.

13 Dated: October 18, 2002                  BRINKS HOFER GILSON & LIONE

16                                     By:  /s/ Charles M. McMahon
                                         CHARLES M. MCMAHON
                                         Attorneys for Plaintiff
17                                          OVERTURE SERVICES, INC.

19 Dated: October 18, 2002                  KEKER & VAN NEST, LLP

21                                          By:  /s/ Michael S. Kwun
22                                          MICHAEL S. KWUN
                                         Attorneys for Defendant
23                                          GOOGLE INC.

24 **DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF STIPULATED REQUEST**
25                           **FOR ORDER CHANGING TIME**
26     I, Michael S. Kwun, declare as follows:
27     1.    I am an associate at the law firm of Keker & Van Nest, LLP, counsel of record for
28 Google in the above-captioned matter. I make this declaration in support of the parties'

1  Stipulated Request for an Order Changing Time.  I make the following declaration based upon
2  my personal knowledge, and could and would testify thereto under oath if called upon to do so.
3      2.    The parties request the foregoing modifications in order to allow the Magistrate
4  Judge time to consider Google's Motion for an Extension of Time.
5      3.    The only previous time modification, whether by stipulation or Court order, was
6  the Court's October 8, 2002 Order Granting Google's Motion for an Extension of Time.  The
7  Court vacated that order on October 17, 2002, and informed the parties that Google's motion
8  would be referred to a Magistrate Judge.
9      4.    The modification requested by the parties in the above Stipulated Request for an
10 Order Changing Time may require rescheduling of the claim construction tutorial and hearing,
11 which are currently scheduled for March 24 and 25, 2003, respectively, and other associated
12 dates.  The parties intend to address those issues in the joint case management conference
13 statement described in the above Stipulated Request for an Order Changing Time.
14     5.    Prior to filing the above Stipulated Request for an Extension of Time, I sent it to
15 Charles M. McMahon for his review, and he authorized me to file the Stipulated Request on his
16 behalf.
17     I declare under penalty of perjury under the laws of the United States of America that the
18 foregoing is true and correct.  Executed on this 18th day of October 2002 at San Francisco,
19 California.

          /s/ Michael S. Kwun
          MICHAEL S. KWUN