1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                           NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11

12   OVERTURE SERVICES, INC., a Delaware          Case No. C 02-01991 CRB ADR
     corporation,
13                                                **[PROPOSED] ORDER GRANTING
                                    Plaintiff,     STIPULATED REQUEST FOR AN
14                                                ORDER CHANGING TIME**
            v.
15
     GOOGLE INC., a California corporation,
16
                                   Defendant.
17

18

19

20          The Court having considered the October 18, 2002 joint request by plaintiff Overture

21   Services, Inc. ("Overture") and defendant Google Inc. ("Google") for an order changing time,

22   and good cause appearing, the Court GRANTS the parties' joint request, and modifies the case

23   management schedule applicable to this case as follows:

24          (1)     Google's deadline for serving Preliminary Invalidity Contentions pursuant to

25   Patent L.R. 3-3, as well as the other deadlines set by the Patent Local Rules, are **stayed** pending

26   resolution by a Magistrate Judge of Google's motion for an extension of time (filed on October

27   7, 2002).

28          (2)     Within ten court days of the date of the order by the Magistrate Judge resolving

1

300155.01

Dockets.Justia.com

1  Google's motion, the parties shall file with the Court a joint case management statement

2  addressing any scheduling modifications that may be necessary in light of the Magistrate Judge's

3  order.

4          IT IS SO ORDERED.

5

6

7  Dated:

8                                        _____
                                         HON. CHARLES R. BREYER
                                         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
CASE NO. C 02-01991 CRB ADR

300155.01