# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC., a California corporation,<br><br>　　　　　　　　　　　　　Defendant. | Case No. C 02-01991 CRB ADR<br><br>**ORDER GRANTING STIPULATED REQUEST FOR AN ORDER CHANGING TIME** |

The Court having considered the October 18, 2002 joint request by plaintiff Overture Services, Inc. ("Overture") and defendant Google Inc. ("Google") for an order changing time, and good cause appearing, the Court GRANTS the parties' joint request, and modifies the case management schedule applicable to this case as follows:

(1) Google's deadline for serving Preliminary Invalidity Contentions pursuant to Patent L.R. 3-3, as well as the other deadlines set by the Patent Local Rules, are **stayed** pending resolution by a Magistrate Judge of Google's motion for an extension of time (filed on October 7, 2002).

(2) Within ten court days of the date of the order by the Magistrate Judge resolving Google's motion, the parties shall file with the Court a joint case management statement addressing any

1
[PROPOSED] ORDER
CASE NO. C 02-01991 CRB ADR

300155.01

Dockets.Justia.com

1 | scheduling modifications that may be necessary in light of the Magistrate Judge's order.

2 |     IT IS SO ORDERED.

Dated:  October 21, 2002

/s/
HON. CHARLES R. BREYER
United States District Judge