

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OVERTURE SERVICES, INC.

Plaintiffs,

v.

GOOGLE INC.

Defendants.
_______________________________________/

No. C-02-1991 CRB (EDL)

**ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO COMPEL SUPPLEMENTARY PRELIMINARY INFRINGEMENT CONTENTIONS**

The Court is in receipt of Defendant's Motion to Compel Supplementary Preliminary Infringement Contentions. Plaintiff shall file an opposition no later than December 9, 2002. Defendant shall file a reply no later than December 12, 2002. It appears unlikely that a hearing will be necessary. If, however, the Court deems a hearing necessary, it shall be specially set for December 18, 2002 at 3:00 p.m.

IT IS SO ORDERED.

Dated: December 2, 2002

/s/
ELIZABETH D. LAPORTE
United States Magistrate Judge

Dockets.Justia.com