IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVERTURE SERVICES, INC.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE INC.<br><br>　　　　Defendants. | No. C-02-1991 CRB (EDL)<br><br>**ORDER SETTING HEARING FOR DEFENDANT'S MOTION TO COMPEL SUPPLEMENTARY PRELIMINARY INFRINGEMENT CONTENTIONS** |

The Court has reviewed Defendant's Motion to Compel Supplementary Preliminary Infringement Contentions and Plaintiff's Opposition thereto. Pursuant to the Court's December 2, 2002 Order, this matter shall be heard on December 18, 2002 at 3:00 p.m.

IT IS SO ORDERED.

Dated: December 12, 2002

　　　　　　　　　　　　　　　　　　　　/s/ Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge