```
 1  KEKER & VAN NEST, LLP
    JOHN W. KEKER - #49092
 2  JON B. STREETER - #101970
    DARALYN J. DURIE - #169825
 3  MICHAEL S. KWUN - #198945
    710 Sansome Street
 4  San Francisco, CA  94111-1704
    Telephone:  (415) 391-5400
 5  Facsimile:  (415) 397-7188

 6  Attorneys for Defendant
    GOOGLE INC.
 7
```

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  OVERTURE SERVICES, INC., a Delaware corporation, | Case No. C 02-01991 CRB (EDL) |
| 13 | **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION FOR AN ORDER EXTENDING GOOGLE'S TIME TO SERVE INITIAL INVALIDITY CONTENTIONS** |
| 14  Plaintiff, | |
| 15  v. | |
| 16  GOOGLE INC., a California corporation, | |
| 17  Defendant. | |

18

19     Before the Court is defendant Google Inc.'s ("Google's") motion to compel plaintiff

20 Overture Services, Inc. ("Overture") to supplement its Disclosure of Asserted Claims and

21 Preliminary Infringement Contentions (hereinafter, "Preliminary Infringement Contentions") and

22 accordingly to extend Google's time to serve its Preliminary Invalidity Contentions.  Having

23 considered all of the papers filed in support of and opposition to the motion, and good cause

24 appearing, the Court GRANTS Google's motion.

25     Overture is ORDERED to serve forthwith a revised version of its Disclosure of Asserted

26 Claims and Preliminary Infringement Contentions (hereinafter, "Preliminary Infringement

27 Contentions") that fully complies with Patent L.R. 3-1.  Overture's claim chart in its revised

28 Preliminary Infringement Contentions must specifically point out what aspects of the accused

instrumentality satisfy each element of each asserted claim of the patent-in-suit. Conclusory assertions that a given element is present in the accused instrumentality are not sufficient.

The Court FURTHER ORDERS that Google's deadline for serving its Preliminary Invalidity Contentions is extended to forty-five days after the date on which Overture serves revised Preliminary Infringement Contentions that fully comply with Patent L.R. 3-1.

As required by the Stipulated Order entered by Judge Breyer on October 21, 2002, the parties are ORDERED to meet and confer about the case management schedule, and to file with within ten court days of the date of this Order a joint case management statement addressing any scheduling modifications that may be necessary in light of this Order.

IT IS SO ORDERED.

Dated: _____

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge