Jack C. Berenzweig
312-321-4212
E-mail jberenzweig@brinkshofer.com

**BRINKS**
**HOFER**
**GILSON**
**& LIONE**

A PROFESSIONAL CORPORATION
INTELLECTUAL PROPERTY ATTORNEYS

NBC TOWER · SUITE 3600
455 N. CITYFRONT PLAZA DRIVE
CHICAGO, ILLINOIS 60611-5599
brinkshofer.com
FAX 312-321-4299
TELEPHONE 312-321-4200

SAN JOSE, CA
INDIANAPOLIS, IN
ANN ARBOR, MI
ARLINGTON, VA

*CONFIRMATION COPY*

October 8, 2002

<u>**VIA FACSIMILE (415) 397-7188**</u>

John W. Keker
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, California 94111-1704

Re:    *Overture v. Google*
       <u>Our Reference No. 9623/408</u>

Dear John:

In reviewing Overture's September 16, 2002 Preliminary Infringement Contentions, we note that we inadvertently asserted two claims that we had not intended to assert against Google, and we wanted to bring this to your attention.

In particular, Overture is not asserting claims 31 and 32 of the '361 patent against Google in the pending litigation.

Very truly yours,

Jack C. Berenzweig

JCB/bel
CC: Jeanine Hayes