SearchUP.com - Internet Di_ _ory. Automated Bid Placement Syste_.                              Page 1 of 3



  

Web Sites  ◯ Categories  ◯ All                              Wednesday, August 25, 1999

Web Sites with "cars"...                                    About  Benefits  Referral  Map  Help
                                                            TIPS & TRICKS
                                                            ClassicHits
                                                            Low Cost Advertising

- **Hot Product News** – Electronics: Consumer Information - $20/year
  Easy to find information on the latest and greatest new products and services recently announced. Information direct from the manufacturers along with links to their Web site.
- **Shopping Sites** – Shopping: Stores & Malls: Online - $10/year
  Here is your quick and easy index to lots of great shopping on the Internet. Save time, save money, save tax and forget the hassle of store shopping. Shop now on the Internet
- **The fast & friendly way to buy or sell a vehicle!** – Classifieds: Automotive: Cars - $10/year
  Want an easy way to find your next vehicle? Tired of slow sites with logins and inflexible searching? 2Cool classifieds makes looking for your next car, truck or vehicle 2easy.
- **The fast & friendly way to buy or sell a vehicle!** – Classifieds: Automotive: General - $10/year
  Want an easy way to find your next vehicle? Tired of slow sites with logins and inflexible searching? 2Cool classifieds makes looking for your next car, truck or vehicle 2easy.
- **Griffin Gear, Inc.** – Computer Software: Year 2000 (Y2K): Crisis Preparation - $0/year
  Alternative transportation needs from Rhoades Cars(tm).
- **Busy Bee Auto Sales** – Automotive: Dealers: Used - $0/year
  Visit our showroom! or search for a particular car using our search form. Financing Available !!
- **Albion Motors Chrysler Dodge Plymouth Eagle Viper** – Automotive: General Items: General - $0/year
  25 Years As America's Lowest-Price Chrysler Corporation Dealer! If you want the absolute lowest price, period!
- **Welcome To Continental Watch** – Arts: Fashion: General - $0/year
  Continental Watch has in stock selected Rolex wristwatches. We take pride in our ability to locate the finest in pre-owned watches and do it affordably. We can fill any special r
- **Automotive - Car Info Source** – Automotive: Dealers: Services - $0/year
  Information on cars, trucks, and sport utilities, has links
- **Government Auctions seized sports cars** – Automotive: General Items: General - $0/year
  Find seized sports cars at government auctions in your area.
- **Trusted supplier of 1950-75 NOS GM parts** – Automotive: Parts: General - $0/year
  Over 40,000 NOS GM parts for Classic GM Automobiles
- **TravelNow** – Travel: Budget: General - $0/year
  Shop at TRAVELNOW for the cheapest flights - Airfares Hotels & Car Rental. Best rates on car rental, hotels & airfares on the net
- **Jules Homepage - Classic cars & Acorn BBC computin** – Personal Web Sites: Individual Web Sites: J's Last Name - $0/year
  Main features classic and vintage cars - MKII Escort rebuild, Acorn BBC computers and games. Other features too.

http://www.searchup.com/search.cfm                                                      8/25/99

SearchUP.com - Internet D[irec]tory, Automated Bid Placement Syste..    Page 2 of 3

- **Traffix Car Sharing Organisation Ltd** – Business: Small Business, General - $0/year.
  Traffix Car Sharing a UK Based Car Sharing Organisation working nationwide.
- **BudgetMall** – Shopping: Stores & Malls: General - $0/year.
  the BudgetMall, Network of Stores provides a shopping arena of some great on line stores.
- **Jules Homepage - Classic cars & Acorn BBC computin** - Category - Suggested.
- **Government Auctions seized sports cars** - Category - Suggested
- **GTO Heaven, Pontiac GTO, Lemans, Tempest parts** - Category - Suggested
- **Automotive - Car Info Source** - Category - Suggested
- **Busy Bee Auto Sales** - Category - Suggested.
- **Used Cars On-Line** - Category - Suggested
- **Griffin Gear, Inc.** - Category - Suggested.
- **Shopping Sites** - Category - Suggested
- **Hot Product News** - Category - Suggested
- **Headlight & Foglight Upgrades** - Category - Suggested
- **Sutherlin Olds-Cadillac-Nissan-Isuzu .car sales** - Category - Suggested.
- **TravelNow** - Category - Suggested
- **Learn about Cambridge in Southern Ontario** - Category - Suggested.
- **Learn about Cambridge in Southern Ontario** - Category - Suggested
- **welcome to Axos Rent a Car** - Category - Suggested
- **4* Classifieds** - Category - Suggested.
- **Trusted supplier of 1950-75 NOS GM parts** - Category - Suggested
- **Welcome To Continental Watch** - Category - Suggested
- **Albion Motors Chrysler Dodge Plymouth Eagle Viper** - Category - Suggested.
- **Platipus home page** - Category - Suggested.
- **Type A Pedal Cars** - Category - Suggested
- **Pedal Cars by George Medinilla** - Category - Suggested.
- **Pedal Cars by George Medinilla** - Category - Suggested
- **Pedal Cars by George Medinilla** - Category - Suggested
- **Rolls-Royce and Bentley Motor Cars** - Category - Suggested
- **Zumbach Sports Cars** - Category - Suggested.
- **Tom Vail Jr's World Cars, Inc.** - Category - Suggested
- **Used Cars Tyler** - Category - Suggested
- **Key Cars, Inc.** - Category - Suggested.
- **Diffee Motor Cars South** - Category - Suggested.
- **House of Cars** - Category - Suggested
- **Proctor Cars** - Category - Suggested
- **Paul Koperna Used Cars** - Category - Suggested.
- **New Cars Inc** - Category - Suggested
- **New Country Motor Cars** - Category - Suggested.

Listing 50 top web sites

Top 50 | Top 100 | All (1000 Cap)

Home | URL Position Manager - ADD URL | Tell-A-Friend | Suggest URL | Advertisements | Privacy
Copyright © 1997-99 SearchUP, Inc. All rights reserved. service@searchup.com

http://www.searchup.com/search.cfm                                           8/25/99

OVG_000109

SearchUP.com - Internet D'tory, Automated Bid Placement Syste... Page 3 of 3

http://www.searchup.com/search.cfm 8/25/99

OVG_000110