SearchUP: URL Position Manager



Page 1 of 1





**PLEASE LOGIN TO ACCESS THE URL POSITION MANAGER™**

SEARCHUP.COM AUTOMATICALLY TERMINATES YOUR SESSION AFTER 20 MINUTES OF INACTIVITY

Click Here To Create A Free Account

Account Email address: _____

Account Password: _____ [LOGIN]

[CLICK HERE TO CREATE A FREE ACCOUNT]

Forgot your Password?

URL Position Manager™ | Main Menu | Logout
Copyright © 1997-99 SearchUP, Inc. All rights reserved. service@searchup.com

https://www.securearea.net/searchup/login.cfm       8/25/99

OVG_000111
Dockets.Justia.com