hitsgalore.com | Search Results                                                           Page 1 of 2





**Search Results:** Your search for cars returned the maximum of 10 hits. Next Hits.

**1) WixTools.Com**
Tools, Classic Cars, Cars, Hotrods, Car Tshirts, Posters, Online shopping. If you like Cool Cars, your gonna love our site, at the crossroads of the auto enthusiast, builder and restorer.
http://www.wixtools.com
  e-mail: cars@wixtools.com   phone:
  (ranking bid: 0.05)

**2) MEF International Corp.**

http://www.IDTPlates.com/partner/100893/
  e-mail: more2761@webtv.net   phone:
  (ranking bid 0.04)

**3) Cars 4 Sale**

http://www.freeyellow.com/members5/car4sale
  e-mail: chybwbe@aol.com   phone:
  (ranking bid: 0.04)

**4) Papareeds AutoZone**
Find new and used car prices, Locate cars and trucks
http://www.autoworld.com/scripts/criteria.asp?papareed
  e-mail: breed@brightok.net   phone: 580-223-5474
  (ranking bid: 0.04)

**5) Superior Insurance Group**
Compare, quote and purchase automobile insurance on-line in the state of California. Compare prices and save
http://www.automatedins.com
  e-mail: e_quad@yahoo.com   phone:
  (ranking bid: 0.02)

**6) Restoration Publications**

http://
  e-mail: jlorick@aol.com   phone:
  (ranking bid: 0.01)

**7) DOUGLAS MACHINE WORKS**
We build engines of all types: street rods, drag, dirt oval, motorcycles, jetskis, inboard/outboard boats, etc.
http://www.speed-demons.com


EXHIBIT 11

http://www.hitsgalore.com/sys/search.cgi?keyword=cars                                     9/8/99

OVG_000129

Dockets.Justia.com

hitsgalore.com | Search Results                                                          Page 2 of 2



e-mail:      phones
(ranking bid: 0.01)

**8) Clean Earth Inc.**
Eliminates instantly ALL odors in the air, on ALL fabrics, ALL surfaces and ALL pets. Takes out Skunk odors, cat urine, dog urine & smells, cigarette smoke, chemical smells & much more. All Natural. FOOD-GRADE ingredients. Child & Pet safe. 100%Guaranteed
http://www.pureayre.com
    e-mail: cannau@clean-earth.com    phone: 877-787-3297
(ranking aid: 0.01)



**9) Caruth Enterprises**

http://www.hotyellow98.com/pavelow/index.html
    e-mail: caruthj@kda.zttmil.ne.jp.com    phone:
(ranking bid 0.01)

**10) FordsDirect.com**
Your internet link to great deals on Ford autos and trucks. Get special automotive fleet pricing, details on Ford incentive programs, and 1st hand look at 2000 models!!
http://www.fordsdirect.com
    e-mail: direcon@aol.com    phone: 619.247.5244
(ranking bid: 0.01)

**Next Hits**

Keyword Search



[ home | about us  press releases  contact us | LinkPOWER(tm) ]
Copyright © 1999 hitsgalore.com, Inc. All Rights Reserved.

http://www.hitsgalore.com/sys/search.cgi?keyword=cars                                    9/8/99