Books                                                                 Page 1 of 2



# Books

I Seek Links to: [          ]

Home

New Age Books (with excerpts) - Visit Peaceful Paths for books aimed at spiritual growth, inner peace & enlightenment. Read excerpts or suggest a book you'd like to see excerpted; even post your thoughts on a book. (cost for placement $0.10)

Barnes and Noble.com - You can now order 1,000s of books online from the industry leader of bookstores. (cost for placement $0.09)

Amazon.com: Find any Book or CD - Books music & more, all at discount prices.
(cost for placement $0.08)

Market Galaxy.com - Not a bunch of links, this is a true mall with shopping, news, entertainment and fun. Sign up to win 1,000,000 dollars. (cost for placement $0.05)

Bach Systems Free Associate Program - Webmasters, make money by giving away free items. Earn commissions on free giveaways, magazines, contests, books, etc. (cost for placement $0.05)

UTrade Auctions - The best way to buy or sell collectibles, household items, tickets, toys, cars, commercial services and much more. (cost for placement $0.02)

Computer Books at Half Price or Less! - We stock a wide selection of computer books at half the listed retail price or less, plus we offer free shipping in North America for most books. (cost for placement $0.01)



EXHIBIT 17

http://www.iseekit.com/books.htm                                       9/8/99

OVG_000147
dockets.Justia.com

Books

Page 2 of 2

TradersPage Book Auctions - Buy and sell all kinds of new, used and rare books here. Highly recommended site! (cost for placement $0.00!)

http://www.iseekit.com/books.htm

9/8/99

OVG_000148