Overture Services, Inc. v. Google Inc. Doc. 37 Att. 8
Case 3:02-cv-01991-JSW   Document 37-9   Filed 12/12/2002   Overture v. Google, N.D.Cal. C02-01991

What we found... Page 1 of 3



1. **Ohio.com's Cars.com**
   Go to Cars.com at http://www.cars.com/ohiocom
   http://www.ohio.com/cars

2. **CircleCity.com - Your Guide To Indianapolis**
   CircleCity.com. The best online guide for metro Indianapolis - a service of StarNews Online of Indianapolis
   http://www.circlecity.com/cars

3. **Sprint Cars SPRINT CARS**
   sprint cars @ zipee.com SPRINT CARS sprint-car
   http://sprint-cars.com/

4. **Sprint Cars SPRINT CARS**
   sprint cars @ zipee.com SPRINT CARS sprint-car
   http://sprint-cars.com/

5. **Jaguar Cars Global Home Page**
   Jaguar Cars Official Web Site
   http://www.jaguarcars.com/

6. **Saab Global, Saab Cars**
   Saab Worldwide, Saab Car
   http://www.saabusa.com/

7. **Ohio.com's Cars.com**
   Go to Cars.com at http://www.cars.com/ohiocom
   http://www.ohio.com/cars

8. **Jaguar Cars Global Home Page**
   Jaguar Cars Official Web Site
   http://www.jaguarvehicles.com/

9. **JERRY'S MOTOR CARS KENILWORTH , NJ**
   JERRY'S MOTOR CARS , Auto Care, European Cars, Repair Domestic And Asian Cars, . . .
   KENILWORTH , N
   http://jerrysmotorcars.bizonline.net/

10. **Lotus Cars USA**
    http://www.lotuscars.com/

EXHIBIT 23

http://www.findwhat.com/default.asp?MT=cars&DB=w&SM=MC&DC=-25&DE=-2&x=45&y=38 9/3/99

OVG_000161
Dockets.Justia.com

What we found... Page 2 of 3

11. Autoweb.com - Buy new and used cars, sell your car, auto financing & insurance, auto products and services
    Autoweb.com is the most comprehensive automotive site on the Internet
    http://www.autoweb.com/

12. Classic Auto Locators: classic cars and classic car parts locators
    We locate classic cars and parts sources for your classic automobile
    http://www.classic-autolocators.com/

13. GM muscle cars
    GM muscle cars [ Follow Ups ] [ Post Followup ] [ The GLOBAL CAR LOCATOR Import/Export Forum ] Posted by American Muscle Cars on October 01, 1997 at 20:44:10: We are San Diego's premier restoration shop specializing in GM muscle cars. We also offer
    http://www.globalcar.com/l_legal/170.htm

14. sports cars! The ULTIMATE sports cars Homepage!
    The ULTIMATE sports cars homepage! THIS IS THE PAGE YOU ARE LOOKING FOR! Everything you could possibly want is right here
    http://www.webcom.com/upskirt/voyeur/index01401.html

15. Nicholson Motorsports Racemall classifieds for race cars, parts, sprint cars, manufacturers and vendors
    Classifieds for race cars, racing parts new and used sprint cars, stock cars, midgets, mini sprints, modified midgets, go carts, trucks, trailers, manufacturers and vendor
    http://www.racemall.com/

16. Kick Ass Cars
    KickAss Cars - The Muscle Car Store in the CaltButt Mall
    http://homepages.packet.net/rbenjami/CaltButt/kickass.html

17. GM muscle cars
    GM muscle cars [ Follow Ups ] [ Post Followup ] [ The GLOBAL CAR LOCATOR Import/Export Forum ] Posted by American Muscle Cars on October 01, 1997 at 20:46:40: We are San Diego's premier restoration shop specializing in GM muscle cars. We also offer
    http://www.globalcar.com/l_legal/171.htm

18. News groups "uk.rec.cars.*"
    uk.rec.cars.* [News Top |News Info |Search |FAQ] .. [Home] uk.rec.cars.4x4 (11) Discussions about 4 Wheel Drive & Off-Road Cars uk.rec.cars.kit-car (13) Construction, use, and repair of Kit-Cars in the UK uk.rec.cars.maintenance (13) General car.
    http://www.zcu.cz/services/news2/www/groups/uk.rec.cars.html

19. CINECA: Gruppi disponibili nella gerarchia fido7.ru.cars
    Newsserver CINECA. gruppi disponibili nella gerarchia fido7.ru.cars Torna al livello 0 fido7.ru.cars.chainik Fidonet RU.CARS.CHAINIK (Moderated) fido7.ru.cars.custom Fidonet RU.CARS.CUSTOM (Moderated) fido7.ru.cars.f4x4 Fidonet RU.CARS.4X4
    http://news.cineca.it/usenet/gruppi/fido7.ru.cars.html

20. MG Cars Enthusiasts' Club
    MG The Classic Marque This site is hosted in the UK. For faster access from America and Canada try our USA MIRROR hosted by Information Providers Limited Tel. 44 (0) 1689 860000 Fax 44 (0) 1689 860330 Email: webmaster@ipl.co.uk News and Articles
    http://www.mgcars.org.uk/

http://www.findwhat.com/default.asp?MT=cars&DB=w&SM=MC&DC=25&DE=2&x=45&y=38 9/3/99

What we found...                                                    Page 3 of 3

21. **RAY'S USED CARS INC DADE CITY ,FL**
    RAY'S USED CARS INC , 30 Years Experience, Foreign Autos, Financing, Domestic Autos,
    Used Cars, , DADE CITY , F
    http://raysusedcars2.bizonthe.net/

22. **CALIFORNIA USED CARS LOS ANGELES ,CA**
    CALIFORNIA USED CARS , Fast Friendly Services, Finance Everyone, Competitive Prices, . . .
    LOS ANGELES , C
    http://californiausedcars.bizonthe.net/

23. **GEORGE'S USED CARS ORISONIA ,PA**
    GEORGE'S USED CARS , Buy/ Sell/ Trade Autos, Cars, Domestic Vehicles, Trucks  Vans, ,
    ORISONIA , P
    http://georgesusedcars.bizonthe.net/

24. **used cars Free-Sex-Porn used cars Sex**
    We have It All! Lesbians, used cars Sex, used cars, Live Porn, Free Sex Pictures, Fucking,
    Stories
    http://www.webcom.com/upshirt/upskirt/01234.html

25. **Nudehollywood.com!! Check This OnE OuT and Get free used cars!**
    used cars pics totaly free!
    http://www.membership4free.com/upkirtpics/index01547.html

                              1 - 25  



http://www.findwhat.com/default.asp?MT=cars&DD=w&SM=MC&DC=25&DE=2&x=45&y=389/3/99

OVG_000163