**Google**™   Advanced Search   Preferences   Language Tools   Search Tips

[flowers]   [Google Search]

Web · Images · Groups · Directory · News-New! ·

Searched the web for **flowers**.   Results **1 - 10** of about **13,800,000**. Search took **0.10** seconds.

→ **Type 2**

**FLOWERS** - Fresh **Flowers** Delivered by Local Florists     Sponsored Link
JustFlowers.com     Online Florist - JustFlowers.com

Send **FLOWERS** from 1-800-**FLOWERS**.COM for any occasion. Order Today!     Sponsored Link
www.1800flowers.com     100% Satisfaction & 7 Day Freshness Guaranteed! - Order Now

Category:   Shopping > Flowers > Wire Services

→ **Type 1** (Cont'd on next page)      **Type 3** (Cont'd on next page)

**The Original VirtualFlowers.Com® - Welcome!**
Virtual **Flowers**® (VirtualFlowers.Com®)- Welcome! ... Virtual **Flowers** is the home
of the Original FREE Virtual Bouquet! My Account, My Cart, - 0 items in cart.
...
www.virtualflowers.com/ - 20k - Dec. 9, 2002 - Cached - Similar pages

**Untitled**
1-800-FLOWERS.COM, welcome to our store
www.1800flowers.com/ - 2k - Cached - Similar pages

**VIRTUAL FLORIST - Send a FREE Virtual Card or buy fresh FLOWERS.**
... Send a Free Virtual Card to invite the family over, then order a Fresh
Bouquet of
**Flowers** for a centerpiece that adds the perfect finishing touch to the table! ...
Description: Send free virtual **flowers** to that special someone, or send a
fresh arrangement of **flowers**.
Category:
Computers > Internet > ... > Electronic Postcards > Virtual Presents
www.virtualflorist.com/ - 13k - Dec. 9, 2002 - Cached - Similar pages

**FTD.COM - Welcome to FTD.COM - Flower Bouquets and Gifts for All ...**
... Extras FREE Greetings Cruise to the Bahamas Living Virtual Flower FREE
Screensavers **Flowers** & Plant Care, Product Search Keyword or Item #. ...
Description: Operates web site and toll-free telephone number, both of which
market **flowers** and specialty gifts,...
Category: Business > Major Companies > Publicly Traded > F
www.ftd.com/ - 30k - Dec. 9, 2002 - Cached - Similar pages

**Wildflowers**
If you'd like to hear about updates, please be sure you are on the
GardenWeb mailing list. Simply fill in your email address below ...
Description: The Wildflowers page provides links to native plant forums,
events on wildflowers and catalogs.
Category: Home > Gardens > Plants > Wildflowers
www.wild-flowers.com/ - 6k - Cached - Similar pages

Sponsored Links

FTD **flowers** delivered
same day nationwide
100% satisfaction guaranteed
www.florist.ftd.com
Interest: ▬▬▬▬

**Flowers**
Fresh Flowers Delivered
No Added Fees and Low Prices
http://www.floristconnection.com
Interest: ▬▬▬▬

**Flowers** This Afternoon
Have your order Hand Delivered
Call Now 1-888-269-5297
www.coasttocoastflowers.com
Interest: ▬▬▬▬

Send **flowers** for $24.99
Guaranteed fresh for 7 days.
Save 30 - 55% off retail prices!
www.proflowers.com
Interest: ▬▬▬▬

Florist.com Save $7.50
Fresh Flowers, Gift Baskets & More!
Same Day & 3-hr Delivery,Order Now
www.florist.com
Interest: ▬▬▬▬

FTD **Flowers** Same Day Del.
10% Off - Use The Code "coupon".
Large Selection, Secure, Nationwide
BestFlowersOnline.com
Interest: ▬▬▬▬

Order **Flowers** at FTD.com
Same Day Delivery Available!
Satisfaction Guaranteed-Order Now!
www.FTD.com
Interest: ▬▬▬▬

**Type 1 (Cont'd)**

**Type 3 (Cont'd)**

1-800-**FLOWERS**.COM - **Flowers**, Plants, Gourmet and Sweets, Unique ...
**Flowers**, unique gifts, gourmet foods, sweets, plants and Specialty Boutique items
presented by 1-800-**FLOWERS**.COM, a leading online provider of fresh-cut **flowers** ...
www.flowers.com/ - 34k - Cached - Similar pages

Aboutflowers.com Home Page
... Quiz: Find your floral signature Reminder service **Flowers** make us happier Mother nature's social security. ... A guy's guide to giving **flowers**. ...
Description: An informative site sponsored by the Society of American Florist. Features buying advise, a guide...
Category: Home > Consumer Information > Gifts and Greetings > Florists
www.aboutflowers.com/ - 32k - Dec. 9, 2002 - Cached - Similar pages

**FLOWERS**
☐

plan-d.pobox.ne.jp/flowers/ - 1k - Dec. 9, 2002 - Cached - Similar pages

GT **Flowers**
Welcome to GT **Flowers**! What started out as a little personal research project has turned into a directory with hundreds of **Flowers** ...
www.gtflowers.com/ - 2k - Cached - Similar pages

Free Virtual **Flowers** & Cards by 1-800-FLORALS
Send free virtual **flowers** and ecards by email to anyone on the Internet. It's fun, fast, easy, and free! ... Add Free Virtual **Flowers** to your site! ...
www.800florals.com/virtual/ - 10k - Dec. 9, 2002 - Cached - Similar pages

**Flowers** Across America
FTD and Teleflora **Flowers**
Same Day Delivery Across America
www.flowersacrossamerica.com/
Interest: ▬▬▬▬

See your message here...

Gooooooooogle ▶

Result Page:        **1** 2 3 4 5 6 7 8 9 10        **Next**

[flowers]    [Google Search]    Search within results

Dissatisfied with your search results? Help us improve.

Google Home - Advertise with Us - Search Solutions - Services & Tools - Jobs, Press, & Help

©2002 Google