```
 1  LATHAM & WATKINS
        Anthony I. Fenwick (Bar No. 158667)
 2      Allon Stabinsky (Bar No. 197642)
    135 Commonwealth Drive
 3  Menlo Park, California  94025
    Telephone:    (650) 328-4600
 4  Facsimile:    (650) 463-2600

 5  BRINKS HOFER GILSON & LIONE
        Jack C. Berenzweig (Admitted Pro Hac Vice)
 6      William H. Frankel (Admitted Pro Hac Vice)
        Jason C. White (Admitted Pro Hac Vice)
 7      Charles M. McMahon (Admitted Pro Hac Vice)
    NBC Tower - Suite 3600
 8  455 North Cityfront Plaza Drive
    Chicago, Illinois  60611
 9  Telephone:    (312) 321-4200
    Facsimile:    (312) 321-4299
10
    Attorneys for Plaintiff OVERTURE SERVICES, INC.
11
    KEKER & VAN NEST, L.L.P.
12      John W. Keker (Bar No. 49092)
        Jon B. Streeter (Bar No. 101970)
13      Daralyn J. Durie (Bar No. 169825)
        Michael S. Kwun (Bar No. 198945)
14
    710 Sansome Street
15  San Francisco, California 94111
    Telephone: (415) 391-5400
16  Facsimile:  (415) 397-7188

17  Attorneys for Defendant GOOGLE INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware Corporation,<br><br>       Plaintiff,<br><br>    vs.<br><br>GOOGLE INC., a California Corporation,<br><br>       Defendant. | No.  C02-01991 CRB<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

1  Plaintiff Overture Services, Inc. ("Overture"), and defendant Google Inc. ("Google")
2  jointly move pursuant to FED. R. CIV. P. 26(c)(7) for entry of a Stipulated Protective Order,
3  attached hereto as Exhibit 1.
4  The parties to this action believe that the conduct of this matter requires disclosure of
5  trade secret and confidential information, including research, development, commercial,
6  financial, and personnel information within the meaning of Rule 26(c)(7) of the Federal
7  Rules of Civil Procedure. Therefore, to ensure that no unfair advantage is gained by a party
8  through disclosure or use of confidential information that may be provided to the opposing
9  party or parties, Overture and Google jointly move for and request entry of the attached
10 Stipulated Protective Order.

12  Dated: December 13, 2002    BRINKS HOFER GILSON & LIONE

14                               By:  /s/ Charles M. McMahon
                                 Charles M. McMahon
15                               Attorney for Plaintiff
                                 OVERTURE SERVICES, INC.

16  Dated: December 13, 2002    KEKER & VAN NEST, L.L.P
17

19                               By:  /s/ Michael S. Kwun
                                 Michael S. Kwun
                                 Attorney for Defendant
20                               GOOGLE INC.

22  I hereby attest, pursuant to section X of General Order 45, that concurrence in the
23  filing of this document has been obtained from Michael S. Kwun.

25  Dated: December 13, 2002    By:  /s/ Charles M. McMahon
                                 Charles M. McMahon
26                               BRINKS HOFER GILSON & LIONE
                                 Attorney for Plaintiff
27                               OVERTURE SERVICES, INC.
28