BRINKS HOFER GILSON & LIONE
JACK C. BERENZWEIG (Admitted Pro Hac Vice)
WILLIAM H. FRANKEL (Admitted Pro Hac Vice)
JASON C. WHITE (Admitted Pro Hac Vice)
CHARLES M. MCMAHON (Admitted Pro Hac Vice)
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys For Plaintiff
OVERTURE SERVICES, INC.


KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
JON B. STREETER - #101970
DARALYN J. DURIE - #169825
MICHAEL S. KWUN - #198945
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation,<br><br>                            Plaintiff,<br><br>     v.<br><br>GOOGLE INC., a California corporation,<br><br>                            Defendant. | Case No. C 02-01991 CRB ADR<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Judge:           Hon. Charles R. Breyer |

On October 21, 2002, the Court entered a stipulated order staying Google's deadline for serving Preliminary Invalidity Contentions pursuant to Patent L.R. 3-3, as well as the other deadlines set by the Patent Local Rules, pending resolution by a Magistrate Judge of Google's

1

motion for an extension of time. The stipulated order further provided, "Within ten court days of the date of the order by the Magistrate Judge resolving Google's motion, the parties shall file with the Court a joint case management statement addressing any scheduling modifications that may be necessary in light of the Magistrate Judge's order."

Magistrate Judge Laporte heard argument on Google's motion on December 18, 2002. The Magistrate Judge ordered that, among other things, Overture should serve revised versions of its Preliminary Infringement contentions in part by January 14, 2003 and in part by January 31, 2003, and that Google should serve its Preliminary Infringement Contentions by February 14, 2003. The Magistrate Judge also entered a minute order later that day stating that Google's motion had been granted. As directed by the Magistrate Judge, the parties met and conferred and reached an agreement as to form for a written order, and counsel for Google submitted the order to the Magistrate Judge by electronic mail on December 19, 2002, and by messenger on December 20, 2002. The written order has not yet entered, but the parties expect that it will enter shortly in the form agreed upon by the parties.

Based on the dates in Magistrate Judge Laporte's ruling, the parties hereby jointly propose the following modifications to the case management schedule in this case:

| Event | Patent L.R. | Old Date | New Date |
|---|---|---|---|
| Last Day for Simultaneous Exchange of Proposed Terms and Claim Elements for Construction and/or Governed by 35 U.S.C. § 112 ¶ 6 | 4-1 | 11/14/02 | 3/3/03 |
| Last Day for Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence | 4-2 | 12/4/02 | 3/24/03 |
| Last Day for Parties to File Joint Claim Construction and Prehearing Statement | 4-3 | 12/30/02 | 4/15/03 |
| Last Day to Take Discovery Relating to Claim Construction | 4-4 | 1/29/03 | 5/15/03 |
| Last Day for Overture to File Opening Claim Construction Brief and Supporting Evidence | 4-5 | 2/13/03 | 5/30/03 |
| Last Day for Google to File Responsive Claim Construction Brief and Supporting Evidence | 4-5 | 2/27/03 | 6/13/03 |

| Event | Patent L.R. | Old Date | New Date |
|---|---|---|---|
| Last Day for Overture to File Reply Claim Construction Brief and Rebuttal Evidence | 4-5 | 3/10/03 | 6/24/03 |
| Technology Tutorial for Court and Claim Construction Prehearing Conference | | 3/24/03 | On or after 7/8/03 |
| Claim Construction Hearing | 4-6 | 3/25/03 | On or after 7/9/03 |

If Magistrate Judge Laporte revises the order agreed upon by the parties prior to signing it, and if the changes necessitate further modifications to the case management schedule, the parties will submit a further joint case management schedule.

Dated: January 3, 2003                         BRINKS HOFER GILSON & LIONE


By: s/ Charles M. McMahon
    CHARLES M. MCMAHON
    Attorneys for Plaintiff
    OVERTURE SERVICES, INC.

Dated: January 3, 2003                         KEKER & VAN NEST, LLP


By: s/ Michael S. Kwun
    MICHAEL S. KWUN
    Attorneys for Defendant
    GOOGLE INC.

Good cause appearing, the foregoing modifications to the case management schedule in this case are hereby adopted by the Court.

IT IS SO ORDERED.

Dated:


By: _____
    THE HON. CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE

1  I hereby attest that concurrence in the filing of this document has been obtained from
2  Charles M. McMahon.
3  Dated:  January 3, 2003                              KEKER & VAN NEST, LLP
4
5
6                                          By:  s/ Michael S. Kwun
                                                MICHAEL S. KWUN
                                                Attorneys for Defendant
7                                               GOOGLE INC.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4
JOINT CASE MANAGEMENT STATEMENT
CASE NO. C 02-01991 CRB ADR