IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVERTURE SERVICES, INC. | No. C-02-1991 CRB (EDL) |
| Plaintiffs, | **NOTICE OF NEW STANDING ORDER** |
| v. | |
| GOOGLE INC. | |
| Defendants. / | |

    Please take notice that the Court has adopted a new standing order, a copy of which is attached to this notice. This new standing order requires the parties to deliver to chambers a paper copy of all electronically filed documents, in matters that have been referred to this Court, no later than 12:00 noon on the day after the document is electronically filed.

United States District Court
For the Northern District of California

1  Dated: January 6, 2003                        /s/ Elizabeth D. Laporte
                                                 ELIZABETH D. LAPORTE
2                                                United States Magistrate Judge

3

4  Copies mailed to
   counsel of record