KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
JON B. STREETER - #101970
DARALYN J. DURIE - #169825
MICHAEL S. KWUN - #198945
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation,<br><br>                                    Plaintiff,<br><br>        v.<br><br>GOOGLE INC., a California corporation,<br><br>                                    Defendant. | Case No. C 02-01991 CRB (EDL)<br><br>**NOTICE OF ENTRY OF ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION RE INFRINGEMENT CONTENTIONS AND INVALIDITY CONTENTIONS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

        PLEASE TAKE NOTICE that the Order attached hereto was signed and filed on January 6, 2003.

Dated: January 7, 2003                              KEKER & VAN NEST, LLP


                                                    By:  /s/ Michael S. Kwun_____
                                                        MICHAEL S. KWUN
                                                        Attorneys for Defendant
                                                        GOOGLE INC.