KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
JON B. STREETER - #101970
DARALYN J. DURIE - #169825
MICHAEL S. KWUN - #198945
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation, | Case No. C 02-01991 CRB (EDL) |
| Plaintiff, | **NOTICE OF ENTRY OF ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION RE INFRINGEMENT CONTENTIONS AND INVALIDITY CONTENTIONS** |
| v. | |
| GOOGLE INC., a California corporation, | |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Order attached hereto was signed and filed on January 6, 2003.

Dated: January 7, 2003                              KEKER & VAN NEST, LLP


                                        By: /s/ Michael S. Kwun
                                            MICHAEL S. KWUN
                                            Attorneys for Defendant
                                            GOOGLE INC.