1  BRINKS HOFER GILSON & LIONE
   JACK C. BERENZWEIG (Admitted Pro Hac Vice)
2  WILLIAM H. FRANKEL (Admitted Pro Hac Vice)
   JASON C. WHITE (Admitted Pro Hac Vice)
3  CHARLES M. MCMAHON (Admitted Pro Hac Vice)
   NBC Tower - Suite 3600
4  455 North Cityfront Plaza Drive
   Chicago, Illinois  60611
5  Telephone:    (312) 321-4200
   Facsimile:    (312) 321-4299
6
   Attorneys for Plaintiff
7  OVERTURE SERVICES, INC.

8

   KEKER & VAN NEST, LLP
9  JOHN W. KEKER - #49092
   JON B. STREETER - #101970
10 DARALYN J. DURIE - #169825
   MICHAEL S. KWUN - #198945
11 710 Sansome Street
   San Francisco, CA  94111-1704
12 Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
13
   Attorneys for Defendant
14 GOOGLE INC.

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17
                        SAN FRANCISCO DIVISION
18

19

20 OVERTURE SERVICES, INC., a Delaware    Case No. C 02-01991 CRB ADR
   corporation,
21                                        **JOINT MOTION FOR ENTRY OF
                              Plaintiff,  STIPULATED SUPPLEMENTAL
                                          PROTECTIVE ORDER RE OUTSIDE
22         v.                             COUNSEL ONLY SOURCE CODE**

23 GOOGLE INC., a California corporation,  Judge:            Hon. Charles R. Breyer

24                            Defendant.

25

26      Plaintiff Overture Services, Inc. ("Overture"), and defendant Google Inc. ("Google")

27 jointly move pursuant to Rule 26(c)(7) of the Federal Rules of Civil Procedure for entry of a

28 supplemental protective order regarding "Outside Counsel Only" source code.  The proposed

                                           1
304546.02    JT. MOT. FOR ENTRY OF STIPULATED PROT. ORDER RE OUTSIDE COUNSEL ONLY SOURCE CODE
                                  CASE NO. C 02-01991 CRB ADR

order, to which the parties stipulate, is attached hereto as an exhibit.

The Court has previously entered a stipulated protective order generally governing the disclosure of confidential information in this case. That order contemplated the entry of a further order addressing issues specific to source code designated Outside Counsel Only. The parties to this action believe that the conduct of this matter requires disclosure of highly proprietary source code. Due to the extremely sensitive nature of this material, and to ensure that no unfair advantage is gained by a party through disclosure or use of such information, Overture and Google jointly move for and request entry of the attached order.

Dated: January 8, 2003                      BRINKS HOFER GILSON & LIONE

By: _____/s/ *Charles M. McMahon*_____
CHARLES M. MCMAHON
Attorneys for Plaintiff
OVERTURE SERVICES, INC.

Dated: January 8, 2003                      KEKER & VAN NEST, LLP

By: _____/s/ *Michael S. Kwun*_____
MICHAEL S. KWUN
Attorneys for Defendant
GOOGLE INC.

I hereby attest that concurrence in the filing of this document has been obtained from Charles M. McMahon.

Dated: January 8, 2003                      KEKER & VAN NEST, LLP

By: _____/s/ *Michael S. Kwun*_____
MICHAEL S. KWUN
Attorneys for Defendant
GOOGLE INC.