1  BRINKS HOFER GILSON & LIONE
   JACK C. BERENZWEIG (Admitted Pro Hac Vice)
   WILLIAM H. FRANKEL (Admitted Pro Hac Vice)
2  JASON C. WHITE (Admitted Pro Hac Vice)
   CHARLES M. MCMAHON (Admitted Pro Hac Vice)
3  NBC Tower - Suite 3600
   455 North Cityfront Plaza Drive
4  Chicago, Illinois 60611
   Telephone:   (312) 321-4200
5  Facsimile:   (312) 321-4299

6  Attorneys For Plaintiff
   OVERTURE SERVICES, INC.
7

8  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
9  JON B. STREETER - #101970
   DARALYN J. DURIE - #169825
10 MICHAEL S. KWUN - #198945
   710 Sansome Street
11 San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
12 Facsimile: (415) 397-7188

13 Attorneys for Defendant
   GOOGLE INC.
14

15
                  UNITED STATES DISTRICT COURT
16
                  NORTHERN DISTRICT OF CALIFORNIA
17
                       SAN FRANCISCO DIVISION
18

19 | OVERTURE SERVICES, INC., a Delaware | Case No. C 02-01991 CRB ADR
   | corporation,                        |
20 |                                     | **JOINT CASE MANAGEMENT
   |                          Plaintiff, | STATEMENT AND ORDER**
21 |                                     |
   |      v.                             | Judge:       Hon. Charles R. Breyer
22 |                                     |
   | GOOGLE INC., a California corporation, |
23 |                                     |
   |                          Defendant. |
24

25

26    On October 21, 2002, the Court entered a stipulated order staying Google's deadline for

27 serving Preliminary Invalidity Contentions pursuant to Patent L.R. 3-3, as well as the other deadlines set

28

                                    1
304245.02                JOINT CASE MANAGEMENT STATEMENT
                           CASE NO. C 02-01991 CRB ADR

1  by the Patent Local Rules, pending resolution by a Magistrate Judge of Google's motion for an
2  extension of time.  The stipulated order further provided, "Within ten court days of the date of the order
3  by the Magistrate Judge resolving Google's motion, the parties shall file with the Court a joint case
4  management statement addressing any scheduling modifications that may be necessary in light of the
5  Magistrate Judge's order."

6  Magistrate Judge Laporte heard argument on Google's motion on December 18, 2002.  The
7  Magistrate Judge ordered that, among other things, Overture should serve revised versions of its
8  Preliminary Infringement contentions in part by January 14, 2003 and in part by January 31, 2003, and
9  that Google should serve its Preliminary Infringement Contentions by February 14, 2003.  The
10 Magistrate Judge also entered a minute order later that day stating that Google's motion had been
11 granted.  As directed by the Magistrate Judge, the parties met and conferred and reached an agreement
12 as to form for a written order, and counsel for Google submitted the order to the Magistrate Judge by
13 electronic mail on December 19, 2002, and by messenger on December 20, 2002.  The written order
14 has not yet entered, but the parties expect that it will enter shortly in the form agreed upon by the
15 parties.

16 Based on the dates in Magistrate Judge Laporte's ruling, the parties hereby jointly propose the
17 following modifications to the case management schedule in this case:

| Event | Patent L.R. | Old Date | New Date |
|---|---|---|---|
| Last Day for Simultaneous Exchange of Proposed Terms and Claim Elements for Construction and/or Governed by 35 U.S.C. § 112 ¶ 6 | 4-1 | 11/14/02 | 3/3/03 |
| Last Day for Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence | 4-2 | 12/4/02 | 3/24/03 |
| Last Day for Parties to File Joint Claim Construction and Prehearing Statement | 4-3 | 12/30/02 | 4/15/03 |
| Last Day to Take Discovery Relating to Claim Construction | 4-4 | 1/29/03 | 5/15/03 |
| Last Day for Overture to File Opening Claim Construction Brief and Supporting Evidence | 4-5 | 2/13/03 | 5/30/03 |
| Last Day for Google to File Responsive Claim Construction Brief and Supporting Evidence | 4-5 | 2/27/03 | 6/13/03 |
| Last Day for Overture to File Reply Claim Construction Brief and Rebuttal Evidence | 4-5 | 3/10/03 | 6/24/03 |

| Event | Patent L.R. | Old Date | New Date |
|---|---|---|---|
| Technology Tutorial for Court and Claim Construction Prehearing Conference | | 3/24/03 | On or after 7/8/03 |
| Claim Construction Hearing | 4-6 | 3/25/03 | On or after 7/9/03 |

If Magistrate Judge Laporte revises the order agreed upon by the parties prior to signing it, and if the changes necessitate further modifications to the case management schedule, the parties will submit a further joint case management schedule.

Dated: January 3, 2003         BRINKS HOFER GILSON & LIONE


By: s/ Charles M. McMahon
    CHARLES M. MCMAHON
    Attorneys for Plaintiff
    OVERTURE SERVICES, INC.

Dated: January 3, 2003         KEKER & VAN NEST, LLP


By: s/ Michael S. Kwun
    MICHAEL S. KWUN
    Attorneys for Defendant
    GOOGLE INC.

Good cause appearing, the foregoing modifications to the case management schedule in this case are hereby adopted by the Court.

IT IS SO ORDERED.

Dated: January 7, 2003


By: /s/
    THE HON. CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE

1   I hereby attest that concurrence in the filing of this document has been obtained from Charles
2   M. McMahon.

Dated: January 3, 2003                              KEKER & VAN NEST, LLP

                                                    By: s/ Michael S. Kwun_____
                                                        MICHAEL S. KWUN
                                                        Attorneys for Defendant
                                                        GOOGLE INC.