BRINKS HOFER GILSON & LIONE
JACK C. BERENZWEIG (Admitted Pro Hac Vice)
WILLIAM H. FRANKEL (Admitted Pro Hac Vice)
JASON C. WHITE (Admitted Pro Hac Vice)
CHARLES M. MCMAHON (Admitted Pro Hac Vice)
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone:    (312) 321-4200
Facsimile:    (312) 321-4299

Attorneys for Plaintiff
OVERTURE SERVICES, INC.


KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
JON B. STREETER - #101970
DARALYN J. DURIE - #169825
MICHAEL S. KWUN - #198945
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a California corporation,<br><br>Defendant. | Case No. C 02-01991 CRB ADR<br><br>**SUPPLEMENTAL PROTECTIVE ORDER RE OUTSIDE COUNSEL ONLY SOURCE CODE**<br><br>Judge:    Hon. Charles R. Breyer |

304373.01

[PROPOSED] SUPPLEMENTAL PROTECTIVE ORDER RE OUTSIDE COUNSEL ONLY SOURCE CODE
CASE NO. C 02-01991 CRB ADR

1    WHEREAS the parties on December 13, 2002 stipulated to a protective order governing the
2  disclosure of confidential information, the Honorable Charles R. Breyer signed that order on December
3  16, 2002, and the order was filed on December 18, 2002 (hereinafter, the "Stipulated Protective
4  Order");

5    WHEREAS Paragraph 4(e) of the Stipulated Protective Order states that, pending further
6  discussion regarding further restrictions applicable to source code, the parties need not produce source
7  code that would otherwise be designated Outside Counsel Only; and

8    WHEREAS the parties have met and conferred regarding further restrictions applicable to
9  source code, and have stipulated to the following further restrictions;

10    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED BY THE COURT as follows:

11    1. As used herein, the terms "Outside Counsel Only," "Outside Counsel Only information,"
12  "Producing Party," and "Receiving Party" have the same meaning as they do in the Stipulated
13  Protective Order.

14    2. Computer source code properly designated Outside Counsel Only is referred to herein as
15  Outside Counsel Only Source Code. All Outside Counsel Only Source Code, as well as all excerpts,
16  extracts, abstracts, charts, summaries, and notes made from Outside Counsel Only Source Code, shall
17  be Outside Counsel Only Source Code information as well as Outside Counsel Only information.

18    3. In addition to the restrictions set forth in the Stipulated Protective Order, the following
19  restrictions shall apply to the disclosure of any Outside Counsel Only Source Code information:

20    (a)   Any Outside Counsel Only Source Code shall be produced in text file format
21  (or another format agreed to by the Receiving Party) on a CD or other readily computer-accessible
22  media (the "Source Code Media").

23    (b)   The Receiving Party will not make any copies of the Source Code Media.

24    (c)   The Receiving Party may use the Source Code Media to install the source code
25  on a single, password-protected, non-networked computer at the offices of the Receiving Party's
26  outside counsel.

27    (d)   The Receiving Party may use the Source Code Media to install the source code
28

1  on a single, password-protected, non-networked computer at the offices of one independent expert or
2  independent consultant that it has designated pursuant to Paragraph 4(a)(i) of the Stipulated Protective
3  Order.
4      (e)  Except when it is being used for the purposes of installing the Outside Counsel
5  Only Source Code on computers, as allowed by subparagraphs (c) and (d), above, the Receiving Party
6  shall maintain the Source Code Media in a secure location at the offices of its outside counsel.
7      4. No Outside Counsel Only Source Code information shall be revealed or disclosed, in whole
8  or in part, directly or indirectly, to any individual described in Paragraphs 4(a) or 4(b) of the Stipulated
9  Protective Order, with the exception of outside counsel and the personnel of outside counsel as set forth
10 in Paragraph 4(a) of the Stipulated Protective Order, or to any individual who is otherwise authorized to
11 receive or view such information pursuant to Paragraph 5 of the Stipulated Protective Order, unless and
12 until that individual (a) is entitled, under the terms of the Stipulated Protective Order, to review Outside
13 Counsel Only information; (b) has been given a copy of this Order; and (c) has duly completed and
14 signed an undertaking in the form attached hereto as Exhibit A ("Source Code Undertaking"). Any and
15 all such signed Source Code Undertakings shall be retained in duplicate by outside counsel of record for
16 the Receiving Party.
17     5. In addition, prior to revealing or disclosing, in whole or in part, directly or indirectly, any
18 Outside Counsel Only Source Code information to any persons designated as independent expert
19 witnesses or independent consultants pursuant to Paragraph 4(a)(i) of the Stipulated Protective Order,
20 the disclosing party shall send to the other party by facsimile and first class mail a copy of the Source
21 Code Undertaking executed by the independent expert witness or independent consultant.
22     6. The restrictions in this Order are not intended to preclude the Receiving Party from using
23 reasonable excerpts of Outside Counsel Only Source Code in depositions exhibits, trial exhibits, expert
24 reports, and other documents for purposes of this action, subject to all of the restrictions set forth in the
25 Stipulated Protective Order that are applicable to Outside Counsel Only information. However, the
26 parties shall make best efforts to limit the number and size of excerpts of Outside Counsel Only Source
27 Code so used.
28

IT IS SO ORDERED.
Dated: January 9, 2002

By: /s/ _____
THE HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

SO STIPULATED.
Dated: January 8, 2003                BRINKS HOFER GILSON & LIONE

By: _____
CHARLES M. MCMAHON
Attorneys for Plaintiff
OVERTURE SERVICES, INC.

Dated: January 8, 2003                KEKER & VAN NEST, LLP

By: _____
MICHAEL S. KWUN
Attorneys for Defendant
GOOGLE INC.

I hereby attest that concurrence in the filing of this document has been obtained from Charles M. McMahon.

Dated: January 8, 2003                KEKER & VAN NEST, LLP

By: _____
MICHAEL S. KWUN
Attorneys for Defendant
GOOGLE INC.

[PROPOSED] SUPPLEMENTAL PROTECTIVE ORDER RE OUTSIDE COUNSEL ONLY SOURCE CODE
CASE NO. C 02-01991 CRB ADR

304373.01

**EXHIBIT A**

**UNDERTAKING**

1.  I have carefully read and understand the attached Supplemental Protective Order re Outside Counsel Only Source Code (the "Source Code Protective Order"), which has been entered by the United States District Court for the Northern District of California in an action captioned *Overture Services, Inc., v. Google Inc.*, Case No. C 02-01991 CRB ADR. The initially capitalized terms in this Undertaking shall have the meanings supplied in the Source Code Protective Order.

2.  Pursuant to the Source Code Protective Order, I may be given access to Outside Counsel Only Source Code information in the above-referenced action. As a condition of access to that Outside Counsel Only Source Code information, and in consideration of that access; (a) I agree that I shall be bound by and comply with all the terms of the Source Code Protective Order, including those limiting disclosure and use of the Outside Counsel Only Source Code information, and (b) I submit to the jurisdiction of the United States District Court for the Northern District of California for the enforcement of the Source Code Protective Order.

3.  By reason of this Undertaking, the obligations imposed on me by the Source Code Protective Order shall be enforceable by the Producing Party to redress any breach of the Source Code Protective Order or this Undertaking.

4.  I have executed this Undertaking in duplicate on _____ whereupon it becomes binding in accordance with its terms.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____day of _____, 200_ in _____.

_____