UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
* * * * * * * * * * *

CASE NO: **02-01991** CRB

TITLE: **OVERTURE SERVICES, INC** v. **GOOGLE INC.**

**REASSIGNMENT ORDER**
(Assignment Plan - Paragraph I)

IT IS ORDERED that this case is reassigned to the Honorable **Jeffrey S. White** for all further proceedings.

1. Counsel are instructed that all future filings shall bear the new initials **JSW** immediately after the case number.

2. All subsequent hearings will be held in Courtroom 2 on the 17th floor at the San Francisco courthouse.

3. All status and case management conference dates are VACATED and will be reset by the Court.

4. All matters previously referred to a magistrate judge shall remain before that magistrate judge.

5. Cases previously referred to an ADR process (at filing, by order of the previously assigned judge or by stipulation and order) shall proceed under the terms of the applicable ADR local rule.

6. Except for those already set before a magistrate judge, all other pending law and motion hearing dates are VACATED and will be reset by the Court. Papers previously filed regarding the motion need not be refiled except as follows. Upon resetting, each party shall submit to the Clerk a single copy of all papers filed by that party marked as a duplicate for the chambers of the reassigned judge. As dates fall due for any further responsive papers, they should be filed in accordance with the local rules. All chambers copies submitted to the Clerk should be on three-hole punched paper. For future motions, it is not necessary to clear a hearing date in advance but the Court may order that any motion be taken under submission without oral argument or reset it as the calendar requires.

7. All trials set before April 14, 2003, and related pretrial statement and conference schedules are VACATED; all other trial dates and related pretrial deadlines remain set as currently scheduled subject to further order of the Court. All final pretrial conferences for trials not vacated by this Order shall be reset for the Monday three weeks preceding the trial date (at 2:00 p.m.). The Clerk shall give further notice of the said date.

8. Any expedited motions previously submitted and not yet ruled on must be resubmitted in full.

Dockets.Justia.com

9.  Any other court settings not specifically addressed above are VACATED.

10. Should counsel need to contact the Court regarding this Order, please contact Jennifer Ottolini, Courtroom Deputy Clerk to Judge White, at (415) 522-4173.

DATED:  January 14, 2003                                FOR THE EXECUTIVE
                                                        COMMITTEE:


                                                        Richard W. Wieking, Clerk