BRINKS HOFER GILSON & LIONE
JACK C. BERENZWEIG (Admitted Pro Hac Vice)
WILLIAM H. FRANKEL (Admitted Pro Hac Vice)
JASON C. WHITE (Admitted Pro Hac Vice)
CHARLES M. MCMAHON (Admitted Pro Hac Vice)
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys For Plaintiff
OVERTURE SERVICES, INC.


KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
JON B. STREETER - #101970
DARALYN J. DURIE - #169825
MICHAEL S. KWUN - #198945
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation,<br><br>                            Plaintiff,<br><br>   v.<br><br>GOOGLE INC., a California corporation,<br><br>                           Defendant. | Case No. C 02-01991 JSW ADR<br><br>**[PROPOSED] CASE MANAGEMENT ORDER**<br><br>Judge:        Hon. Jeffrey S. White |

305458.01

JOINT CASE MANAGEMENT STATEMENT
CASE NO. C 02-01991 JSW ADR

The Court has considered the Joint Case Management Statement filed by plaintiff Overture Services, Inc. ("Overture") and defendant Google Inc. ("Google") on January 24, 2003. Good cause appearing, the Court hereby orders as follows:

The presumptive limit on the number of depositions shall be fifteen per party, exclusive of expert depositions. To the extent that one or both parties believes that any further relief from any other discovery limitations is necessary, including additional depositions, the party or parties may seek such relief by an appropriate stipulation or motion to the Court as warranted.

The Court defers the setting of any post-claim construction dates or a trial date. With respect to claim construction proceedings, the Court hereby adopts the following schedule:

| Event | Patent L.R. | Date |
|---|---|---|
| Last Day for the Parties to Exchange Source Code Responsive to Discovery Requests Served Prior to December 18, 2002, Subject to Any Appropriate Objections | | 1/24/03 |
| Last Day for Overture to Serve Revised Preliminary Infringement Contentions with Respect to Claim 14 of the '361 Patent | 3-1 | 2/7/03 |
| Last Day for Google to Serve Preliminary Invalidity Contentions | 3-3 | 2/21/03 |
| Last Day for Simultaneous Exchange of Proposed Terms and Claim Elements for Construction and/or Governed by 35 U.S.C. § 112 ¶ 6 | 4-1 | 3/10/03 |
| Last Day for Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence | 4-2 | 3/31/03 |
| Last Day for Parties to File Joint Claim Construction and Prehearing Statement | 4-3 | 4/22/03 |
| Last Day to Take Discovery Relating to Claim Construction | 4-4 | 5/22/03 |
| Last Day for Overture to File Opening Claim Construction Brief and Supporting Evidence | 4-5 | 6/6/03 |
| Last Day for Google to File Responsive Claim Construction Brief and Supporting Evidence | 4-5 | 6/20/03 |
| Last Day for Overture to File Reply Claim Construction Brief and Rebuttal Evidence | 4-5 | 7/1/03 |

| Event | Patent L.R. | Date |
|---|---|---|
| Technology Tutorial for Court and Claim Construction Prehearing Conference; Claim Construction Hearing | 4-6 | |

IT IS SO ORDERED.

Dated:

By: _____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE