1  BRINKS HOFER GILSON & LIONE
   JACK C. BERENZWEIG (Admitted Pro Hac Vice)
2  WILLIAM H. FRANKEL (Admitted Pro Hac Vice)
   JASON C. WHITE (Admitted Pro Hac Vice)
3  CHARLES M. MCMAHON (Admitted Pro Hac Vice)
   NBC Tower - Suite 3600
4  455 North Cityfront Plaza Drive
   Chicago, Illinois  60611
5  Telephone:     (312) 321-4200
   Facsimile:     (312) 321-4299
6
   Attorneys For Plaintiff
7  OVERTURE SERVICES, INC.

8

   KEKER & VAN NEST, LLP
9  JOHN W. KEKER - #49092
   JON B. STREETER - #101970
10 DARALYN J. DURIE - #169825
   MICHAEL S. KWUN - #198945
11 710 Sansome Street
   San Francisco, CA  94111-1704
12 Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
13
   Attorneys for Defendant
14 GOOGLE INC.

15

16                       UNITED STATES DISTRICT COURT

17                      NORTHERN DISTRICT OF CALIFORNIA

18                            SAN FRANCISCO DIVISION

19

20 | OVERTURE SERVICES, INC., a Delaware corporation, | Case No. C 02-01991 JSW ADR |
   | --- | --- |
21 |  | **CASE MANAGEMENT ORDER** |
   | Plaintiff, |  |
22 |  | Judge:         Hon. Jeffrey S. White |
   | v. |  |
23 | GOOGLE INC., a California corporation, |  |
24 | Defendant. |  |

25

26

27

28

305458.01

CASE MANAGEMENT ORDER
CASE NO. C 02-01991 JSW ADR

The Court has considered the Joint Case Management Statement filed by plaintiff Overture Services, Inc. ("Overture") and defendant Google Inc. ("Google") on January 24, 2003. Good cause appearing, IT IS HEREBY ORDERED that:

The presumptive limit on the number of depositions shall be fifteen per party, exclusive of expert depositions. To the extent that one or both parties believes that any further relief from any other discovery limitations is necessary, including additional depositions, the party or parties may seek such relief by an appropriate stipulation and motion to the Court as warranted.

The Court defers the setting of any post-claim construction dates or a trial date. With respect to claim construction proceedings, the Court hereby adopts the following schedule:

| Event | Patent L.R. | Date |
| --- | --- | --- |
| Last Day for the Parties to Exchange Source Code Responsive to Discovery Requests Served Prior to December 18, 2002, Subject to Any Appropriate Objections | | 1/24/03 |
| Last Day for Overture to Serve Revised Preliminary Infringement Contentions with Respect to Claim 14 of the '361 Patent | 3-1 | 2/7/03 |
| Last Day for Google to Serve Preliminary Invalidity Contentions | 3-3 | 2/21/03 |
| Last Day for Simultaneous Exchange of Proposed Terms and Claim Elements for Construction and/or Governed by 35 U.S.C. § 112 ¶ 6 | 4-1 | 3/10/03 |
| Last Day for Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence | 4-2 | 3/31/03 |
| Last Day for Parties to File Joint Claim Construction and Prehearing Statement | 4-3 | 4/22/03 |
| Last Day to Complete Mediation Before Private Mediator | | 4/28/03 |
| Last Day to Take Discovery Relating to Claim Construction | 4-4 | 5/22/03 |
| Case Management Conference | | 5/23/03 at 3:00 p.m. |
| Last Day for Overture to File Opening Claim Construction Brief and Supporting Evidence | 4-5 | 6/6/03 |

| Event | Patent L.R. | Date |
|---|---|---|
| Last Day for Google to File Responsive Claim Construction Brief and Supporting Evidence | 4-5 | 6/20/03 |
| Last Day for Overture to File Reply Claim Construction Brief and Rebuttal Evidence | 4-5 | 7/1/03 |
| Technology Tutorial for Court and Claim Construction Prehearing Conference | 4-6 | 7/16/03 at 8:30 a.m. |
| Claim Construction Hearing | 4-6 | 7/17/03 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: January 31, 2003

By: _____/s/_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE