BRINKS HOFER GILSON & LIONE
JACK C. BERENZWEIG (Admitted Pro Hac Vice)
WILLIAM H. FRANKEL (Admitted Pro Hac Vice)
JASON C. WHITE (Admitted Pro Hac Vice)
CHARLES M. MCMAHON (Admitted Pro Hac Vice)
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611
Telephone:     (312) 321-4200
Facsimile:     (312) 321-4299

Attorneys for Plaintiff
OVERTURE SERVICES, INC.


KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
JON B. STREETER - #101970
DARALYN J. DURIE - #169825
MICHAEL S. KWUN - #198945
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>GOOGLE INC., a California corporation,<br><br>                    Defendant. | Case No. C 02-01991 JSW ADR<br><br>**FURTHER JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge:          Hon. Jeffrey S. White |

Plaintiff Overture Services, Inc. ("Overture") and defendant Google Inc. ("Google") hereby submit this Further Joint Case Management Statement, and request that the Court adopt the proposed Case Management Order that is being filed herewith.  This Further Joint Case

1
FURTHER JOINT CASE MANAGEMENT STATEMENT
CASE NO. C 02-01991 JSW ADR

306636.02

Management Statement omits discussion of the background and procedural history of this case. Those matters were fully discussed in the parties' January 24, 2003 Joint Case Management Statement.

**Discovery and Claim Construction Schedule**

In the January 24, 2003 Joint Case Management Statement, the parties proposed a schedule for discovery and claim construction that was similar to the schedule set by the orders dated January 6 and 7, 2003 by Magistrate Judge Laporte and Judge Breyer. However, due to technical difficulties with Overture's production of source code, the dates in the schedule then proposed by the parties were one week later than the dates previously ordered by Magistrate Judge Laporte and Judge Breyer. The Court adopted the parties' proposed schedule in a Case Management Order dated January 31, 2003.

Since the submission of the January 24, 2003 Joint Case Management Statement, Google encountered similar technical difficulties with its production of source code. Google is in the process of correcting its source code production.

Due to the time necessary to make these corrections, the parties agree that a further extension of case management deadlines is necessary. The parties therefore jointly propose the following changes to the case management schedule:

| Event | Patent L.R. | Old Date | New Date |
|---|---|---|---|
| Last Day for the Parties to Exchange Source Code Responsive to Discovery Requests Served Prior to December 18, 2002, Subject to Any Appropriate Objections | | 1/24/03 | 2/14/03 |
| Last Day for Overture to Serve Revised Preliminary Infringement Contentions with Respect to Claim 14 of the '361 Patent | 3-1 | 2/7/03 | 2/28/03 |
| Last Day for Google to Serve Preliminary Invalidity Contentions | 3-3 | 2/21/03 | 3/14/03 |
| Last Day for Simultaneous Exchange of Proposed Terms and Claim Elements for Construction and/or Governed by 35 U.S.C. § 112 ¶ 6 | 4-1 | 3/10/03 | 3/31/03 |

| Event | Patent L.R. | Old Date | New Date |
|---|---|---|---|
| Last Day for Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence | 4-2 | 3/31/03 | 4/21/03 |
| Last Day for Parties to File Joint Claim Construction and Prehearing Statement | 4-3 | 4/22/03 | 5/13/03 |
| Last Day to Complete Mediation before a Private Mediator | | 4/28/03 | 5/19/03 |
| Last Day to Take Discovery Relating to Claim Construction | 4-4 | 5/22/03 | 6/12/03 |
| Case Management Conference | | 5/23/03, 3:00 p.m. | 6/13/03, 3:00 p.m. |
| Last Day for Overture to File Opening Claim Construction Brief and Supporting Evidence | 4-5 | 6/6/03 | 6/27/03 |
| Last Day for Google to File Responsive Claim Construction Brief and Supporting Evidence | 4-5 | 6/20/03 | 7/11/03 |
| Last Day for Overture to File Reply Claim Construction Brief and Rebuttal Evidence | 4-5 | 7/1/03 | 7/22/03 |
| Technology Tutorial for Court and Claim Construction Prehearing Conference | 4-6 | 7/16/03, 8:30 a.m. | On or after 8/5/03 |
| Technology Tutorial for Court and Claim Construction Prehearing Conference | 4-6 | 7/17/03, 8:30 a.m. | On or after 8/5/03 |

The parties do not, at this time, anticipate that there will be a need to extend these dates further, should the Court adopt the schedule proposed above.

Dated:  February 6, 2003                BRINKS HOFER GILSON & LIONE


By: /s/ *Charles M. McMahon*
      CHARLES M. MCMAHON
      Attorneys for Plaintiff
      OVERTURE SERVICES, INC.

1  Dated: February 6, 2003                    KEKER & VAN NEST, LLP

2

3
                                      By:  /s/ *Michael S. Kwun* _____
4                                          MICHAEL S. KWUN
                                           Attorneys for Defendant
5                                          GOOGLE INC.

6     I hereby attest that concurrence in the filing of this document has been obtained from

7  Charles M. McMahon.

8  Dated: February 6, 2003                    KEKER & VAN NEST, LLP

9

10
                                      By:  /s/ *Michael S. Kwun* _____
11                                         MICHAEL S. KWUN
                                           Attorneys for Defendant
12                                         GOOGLE INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4
FURTHER JOINT CASE MANAGEMENT STATEMENT
CASE NO. C 02-01991 JSW ADR

306636.02