BRINKS HOFER GILSON & LIONE
JACK C. BERENZWEIG (Admitted Pro Hac Vice)
WILLIAM H. FRANKEL (Admitted Pro Hac Vice)
JASON C. WHITE (Admitted Pro Hac Vice)
CHARLES M. MCMAHON (Admitted Pro Hac Vice)
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611
Telephone:    (312) 321-4200
Facsimile:     (312) 321-4299

Attorneys for Plaintiff
OVERTURE SERVICES, INC.


KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
JON B. STREETER - #101970
DARALYN J. DURIE - #169825
MICHAEL S. KWUN - #198945
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a California corporation,<br><br>Defendant. | Case No. C 02-01991 JSW ADR<br><br>**[PROPOSED] CASE MANAGEMENT ORDER**<br><br>Judge:            Hon. Jeffrey S. White |

The Court has considered the Further Joint Case Management Statement filed by plaintiff Overture Services, Inc. ("Overture") and defendant Google Inc. ("Google") on February 6, 2003. Good cause appearing, the Court hereby orders that the January 31, 2003 Case Management Order be modified as follows:

| Event | Patent L.R. | Date |
|---|---|---|
| Last Day for the Parties to Exchange Source Code Responsive to Discovery Requests Served Prior to December 18, 2002, Subject to Any Appropriate Objections | | 2/14/03 |
| Last Day for Overture to Serve Revised Preliminary Infringement Contentions with Respect to Claim 14 of the '361 Patent | 3-1 | 2/28/03 |
| Last Day for Google to Serve Preliminary Invalidity Contentions | 3-3 | 3/14/03 |
| Last Day for Simultaneous Exchange of Proposed Terms and Claim Elements for Construction and/or Governed by 35 U.S.C. § 112 ¶ 6 | 4-1 | 3/31/03 |
| Last Day for Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence | 4-2 | 4/21/03 |
| Last Day for Parties to File Joint Claim Construction and Prehearing Statement | 4-3 | 5/13/03 |
| Last Day to Complete Mediation before a Private Mediator | | 5/19/03 |
| Last Day to Take Discovery Relating to Claim Construction | 4-4 | 6/12/03 |
| Case Management Conference | | 6/13/03, 3:00 p.m. |
| Last Day for Overture to File Opening Claim Construction Brief and Supporting Evidence | 4-5 | 6/27/03 |
| Last Day for Google to File Responsive Claim Construction Brief and Supporting Evidence | 4-5 | 7/11/03 |
| Last Day for Overture to File Reply Claim Construction Brief and Rebuttal Evidence | 4-5 | 7/22/03 |
| Technology Tutorial for Court and Claim Construction Prehearing Conference | 4-6 | |
| Claim Construction Hearing | 4-6 | |

1

1          IT IS SO ORDERED.

2     Dated:

3

4                                              By: _____

5                                                  HONORABLE JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

306641.01