1  BRINKS HOFER GILSON & LIONE
   JACK C. BERENZWEIG (Admitted Pro Hac Vice)
2  WILLIAM H. FRANKEL (Admitted Pro Hac Vice)
   JASON C. WHITE (Admitted Pro Hac Vice)
3  CHARLES M. MCMAHON (Admitted Pro Hac Vice)
   NBC Tower - Suite 3600
4  455 North Cityfront Plaza Drive
   Chicago, Illinois 60611
5  Telephone:     (312) 321-4200
   Facsimile:     (312) 321-4299
6
   Attorneys For Plaintiff
7  OVERTURE SERVICES, INC.

8

   KEKER & VAN NEST, LLP
9  JOHN W. KEKER - #49092
   JON B. STREETER - #101970
10 DARALYN J. DURIE - #169825
   MICHAEL S. KWUN - #198945
11 710 Sansome Street
   San Francisco, CA 94111-1704
12 Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
13
   Attorneys for Defendant
14 GOOGLE INC.

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

19

20 OVERTURE SERVICES, INC., a Delaware        Case No. C 02-01991 JSW ADR
   corporation,
21                                            **SECOND CASE MANAGEMENT ORDER**
                         Plaintiff,
22                                            Judge:       Hon. Jeffrey S. White
          v.
23
   GOOGLE INC., a California corporation,
24
                         Defendant.
25

26

27

28

---

305458.01

SECOND CASE MANAGEMENT ORDER
CASE NO. C 02-01991 JSW ADR

1  The Court has considered the Further Joint Case Management Statement filed by plaintiff
2  Overture Services, Inc. ("Overture") and defendant Google Inc. ("Google") on February 6, 2003.
3  Good cause appearing, the Court hereby orders that the January 31, 2003 Case Management Order be
4  modified as follows:

| Event | Patent L.R. | Date |
|---|---|---|
| Last Day for the Parties to Exchange Source Code Responsive to Discovery Requests Served Prior to December 18, 2002, Subject to Any Appropriate Objections | | 2/14/03 |
| Last Day for Overture to Serve Revised Preliminary Infringement Contentions with Respect to Claim 14 of the '361 Patent | 3-1 | 2/28/03 |
| Last Day for Google to Serve Preliminary Invalidity Contentions | 3-3 | 3/14/03 |
| Last Day for Simultaneous Exchange of Proposed Terms and Claim Elements for Construction and/or Governed by 35 U.S.C. § 112 ¶ 6 | 4-1 | 3/31/03 |
| Last Day for Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence | 4-2 | 4/21/03 |
| Last Day for Parties to File Joint Claim Construction and Prehearing Statement | 4-3 | 5/13/03 |
| Last Day to Complete Mediation Before Private Mediator | | 5/19/03 |
| Last Day to Take Discovery Relating to Claim Construction | 4-4 | 6/12/03 |
| Case Management Conference | | 6/13/03 at 1:30 p.m. |
| Last Day for Overture to File Opening Claim Construction Brief and Supporting Evidence | 4-5 | 6/27/03 |
| Last Day for Google to File Responsive Claim Construction Brief and Supporting Evidence | 4-5 | 7/11/03 |
| Last Day for Overture to File Reply Claim Construction Brief and Rebuttal Evidence | 4-5 | 7/22/03 |

| Event | Patent L.R. | Date |
|---|---|---|
| Technology Tutorial for Court and Claim Construction Prehearing Conference | 4-6 | 8/6/03 at 8:30 a.m. |
| Claim Construction Hearing | 4-6 | 8/7/03 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: February 7, 2003

By: _____/s/_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE