United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVERTURE SERVICES, INC. | No. C 02-1991 JSW |
| Plaintiff, | |
| v. | **SUPPLEMENTAL PROTECTIVE ORDER RE OUTSIDE COUNSEL ONLY SOURCE CODE** |
| GOOGLE, INC., | |
| Defendant. | |

The parties' Joint Motion for Entry of the stipulated Supplemental Protective Order Re Outside Counsel Only Source Code is **GRANTED**. Good cause appearing, IT IS HEREBY ORDERED that the Supplemental Protective Order Re Outside Counsel Only Source Code filed on January 8, 2003 is entered.

**IT IS SO ORDERED**.

Dated:                 /s/
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE