1  BRINKS HOFER GILSON & LIONE
     Jack C. Berenzweig (Admitted *Pro Hac Vice*)
2    William H. Frankel (Admitted *Pro Hac Vice*)
     Jason C. White (Admitted *Pro Hac Vice*)
3    Charles M. McMahon (Admitted *Pro Hac Vice*)
   NBC Tower - Suite 3600
4  455 North Cityfront Plaza Drive
   Chicago, Illinois 60611
5  Telephone:   (312) 321-4200
   Facsimile:    (312) 321-4299
6
   Attorneys for Plaintiff
7  OVERTURE SERVICES, INC.

8
   KEKER & VAN NEST, LLP
9    John W. Keker (#49092)
     Jon B. Streeter (#101970)
10   Daralyn J. Durie (#169825)
     Michael S. Kwun (#198945)
11 710 Sansome Street
   San Francisco, CA 94111-1704
12 Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
13
   Attorneys for Defendant
14 GOOGLE INC.

15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                   SAN FRANCISCO DIVISION

19

20 OVERTURE SERVICES, INC., a         No. C02-01991 JSW
   Delaware Corporation,
21                                    **[PROPOSED] ORDER EXTENDING
                Plaintiff,            LAST DAY TO COMPLETE
22                                    MEDIATION BEFORE A
           vs.                        PRIVATE MEDIATOR**
23
   GOOGLE INC., a California Corporation,
24
                Defendant.
25

1  The Court has considered the parties' joint request to extend the last day to
2  complete mediation before a private mediator. Good cause appearing, the Court
3  hereby orders that the last day to complete mediation before a private mediator be
4  extended to July 31, 2003, and that the February 7, 2003 Second Case Management
5  Order be modified accordingly.

6

7  IT IS SO ORDERED.

8

9  Dated:

10                                              By: _____
                                                  HONORABLE JEFFREY S. WHITE
11                                                UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28