IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVERTURE SERVICES, INC.<br><br>　　　Plaintiff,<br><br>　v.<br><br>GOOGLE, INC.,<br><br>　　　Defendant. | No. C 02-1991 JSW<br><br>**ORDER GRANTING STIPULATION** |

The request in the stipulation submitted by the parties on March 7, 2003 **GRANTED**. Good cause appearing, IT IS HEREBY ORDERED that the last day to complete private mediation is July 31, 2003.

**IT IS SO ORDERED**.

Dated: March 7, 2003　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE