1  BRINKS HOFER GILSON & LIONE
     Jack C. Berenzweig (Admitted *Pro Hac Vice*)
2    William H. Frankel (Admitted *Pro Hac Vice*)
     Jason C. White (Admitted *Pro Hac Vice*)
3    Charles M. McMahon (Admitted *Pro Hac Vice*)
   NBC Tower - Suite 3600
4  455 North Cityfront Plaza Drive
   Chicago, Illinois  60611
5  Telephone:   (312) 321-4200
   Facsimile:    (312) 321-4299
6
   Attorneys for Plaintiff
7  OVERTURE SERVICES, INC.

8  KEKER & VAN NEST, LLP
     John W. Keker – #49092
9    Jon B. Streeter – #101970
     Daralyn J. Durie – #169825
10   Michael S. Kwun – #198945
   710 Sansome Street
11 San Francisco, California 94111
   Telephone:   (415) 391-5400
12 Facsimile:    (415) 397-7188

13 Attorneys for Defendant
   GOOGLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a California Corporation,<br><br>Defendant. | No.  C02-01991 JSW<br><br>**STIPULATION RE OVERTURE'S AMENDED COMPLAINT** |

**STIPULATION**

Plaintiff Overture Services, Inc. ("Overture") and defendant Google, Inc. ("Google") stipulate that, pursuant to Rule 15 of the Federal Rules of Civil Procedure, Overture may file the Amended Complaint that is filed concurrently herewith. In the Amended Complaint, Overture adds an allegation that it has complied with the marking and notice requirements of 35 U.S.C. § 287 for the '361 patent. Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Google has consented in writing to Overture's filing of the Amended Complaint.

| Dated: March 28, 2003 | BRINKS HOFER GILSON & LIONE<br><br>By: _____/s/_____<br>CHARLES M. MCMAHON<br>Attorneys for Plaintiff<br>OVERTURE SERVICES, INC. |
|---|---|
| Dated: March 28, 2003 | KEKER & VAN NEST, LLP<br><br>By: _____/s/_____<br>MICHAEL S. KWUN<br>Attorneys for Defendant<br>GOOGLE, INC. |

I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of this document has been obtained from Michael S. Kwun.

| Dated: March 28, 2003 | By: _____/s/_____<br>CHARLES M. MCMAHON |
|---|---|