| | |
|---|---|
| 1 | LATHAM & WATKINS<br>  Anthony I. Fenwick (Bar No. 158667) |
| 2 |   Allon Stabinsky (Bar No. 197642)<br>135 Commonwealth Drive |
| 3 | Menlo Park, California 94025<br>Telephone: (650) 328-4600 |
| 4 | Facsimile: (650) 463-2600 |
| 5 | BRINKS HOFER GILSON & LIONE<br>  Jack C. Berenzweig (Admitted *Pro Hac Vice*) |
| 6 |   William H. Frankel (Admitted *Pro Hac Vice*)<br>  Jason C. White (Admitted *Pro Hac Vice*) |
| 7 |   Charles M. McMahon (Admitted *Pro Hac Vice*)<br>NBC Tower - Suite 3600 |
| 8 | 455 North Cityfront Plaza Drive<br>Chicago, Illinois 60611 |
| 9 | Telephone: (312) 321-4200<br>Facsimile: (312) 321-4299 |
| 10 | |
| 11 | Attorneys for Plaintiff<br>OVERTURE SERVICES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware Corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a California Corporation,<br><br>      Defendant. | Case No. C 02-01991 JSW<br><br>**AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, Overture Services, Inc. (hereinafter "Overture"), for its complaint against Defendant, Google Inc. (hereinafter "Google"), avers and alleges as follows:

## JURISDICTION AND VENUE

1. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 100 *et. seq.*, for infringement of United States Patent No. 6,269,361 (hereinafter "the '361 patent"), entitled "System and Method For Influencing a Position on a Search Result List Generated by a Computer Network Search Engine," a copy of which is attached as Exhibit 1. Jurisdiction is conferred upon this Court by 28 U.S.C. § 1338(a). Venue is proper in this district pursuant to 28 U.S.C. § 1400(b) and 28 U.S.C. § 1391(b) and (c), as Google resides in and is subject to personal jurisdiction in this judicial district.

## THE PARTIES

2. Overture is a Delaware corporation with its principal place of business at 74 North Pasadena Avenue, Pasadena, California 91103.

3. Google is a California corporation with its principal place of business at 2400 Bayshore Parkway, Mountain View, California 94043.

## INFRINGEMENT

4. On July 31, 2001, the '361 patent was duly and legally issued to GoTo.com, the assignee of all right, title, and interest in the '361 patent. On October 8, 2001, GoTo.com changed its name to Overture Services, Inc. Overture is the owner of the '361 patent and has the legal right to enforce the '361 patent and seek equitable relief and damages for infringement of the '361 patent. Since its issuance, the '361 patent has been in full force and effect. Overture has complied with the marking and notice requirements of 35 U.S.C. § 287 for the '361 patent.

5. Overture operates a search engine located at www.overture.com that generates search results ordered, at least in part, on bids submitted by web site promoters.

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
C 02-01991 JSW
- 2 -
**BRINKS HOFER GILSON & LIONE**
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

6. Google operates a search engine located at www.google.com that generates search results ordered, at least in part, on bids submitted by web site promoters.

7. On information and belief, Google was aware of Overture's '361 patent when it introduced search results ordered, at least in part, on bids submitted by web site promoters.

8. Google is directly infringing, inducing infringement by others, and/or contributorily infringing one or more claims of the '361 patent within this district and elsewhere within the United States by operating a search engine incorporating Overture's patented systems and methods, and will continue to do so unless enjoined by the Court. Google's infringement of the '361 patent has been, and remains, willful and deliberate, as Google has committed, and continues to commit, the acts alleged with previous notice and knowledge of the '361 patent.

9. As a direct result of said infringement, Google has caused, and will continue to cause, Overture irreparable injury and financial damage.

**WHEREFORE**, Overture prays for a judgment:

(a) adjudging that Google has infringed the '361 patent;

(b) granting a permanent injunction restraining and enjoining Google, and its officers and representatives, from further infringement of the '361 patent during the remaining term thereof;

(c) awarding Overture damages for Google's infringement of the '361 patent, in an amount to be determined at trial, together with prejudgment interest, and that such damages be trebled pursuant to 35 U.S.C. § 284 because of the willful and deliberate character of the infringement;

(d) awarding Overture its costs and attorneys' fees, and adjudging this case to be an exceptional case pursuant to 35 U.S.C. § 285;

(e) awarding such other and further relief as the Court may deem proper and just.

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
C 02-01991 JSW
- 3 -
**BRINKS HOFER GILSON & LIONE**
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611-5599
Telephone:  (312) 321-4200
Facsimile:   (312) 321-4299

## DEMAND FOR JURY TRIAL

Overture hereby demands trial by jury as to all issues in this action triable by a jury.

## CERTIFICATION OF INTERESTED PARTIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 28, 2003         By: _____/s/_____
                              Charles M. McMahon
                              BRINKS HOFER GILSON & LIONE
                              NBC Tower - Suite 3600
                              455 North Cityfront Plaza Drive
                              Chicago, Illinois  60611
                              Telephone:    (312) 321-4200
                              Facsimile:    (312) 321-4299

                              Attorneys for Plaintiff
                              OVERTURE SERVICES, INC.

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
C 02-01991 JSW
- 4 -
BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611-5599
Telephone:  (312) 321-4200
Facsimile:   (312) 321-4299