1  BRINKS HOFER GILSON & LIONE
   JACK C. BERENZWEIG (Admitted Pro Hac Vice)
2  WILLIAM H. FRANKEL (Admitted Pro Hac Vice)
   JASON C. WHITE (Admitted Pro Hac Vice)
3  CHARLES M. MCMAHON (Admitted Pro Hac Vice)
   Nbc Tower - Suite 3600
4  455 North Cityfront Plaza Drive
   Chicago, Illinois  60611
5  Telephone:    (312) 321-4200
   Facsimile:    (312) 321-4299
6
   Attorneys For Plaintiff
7  OVERTURE SERVICES, INC.

8

9  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
   DARALYN J. DURIE - #169825
10 MICHAEL S. KWUN - #198945
   710 Sansome Street
11 San Francisco, CA  94111-1704
   Telephone: (415) 391-5400
12 Facsimile: (415) 397-7188

13 Attorneys for Defendant
   GOOGLE INC.
14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

18

19 OVERTURE SERVICES, INC., a Delaware    Case No. C 02-01991 JSW ADR
   corporation,
20                                        **STIPULATED REQUEST FOR AN
                       Plaintiff,         ORDER CHANGING TIME;
21                                        DECLARATION OF MICHAEL S. KWUN
        v.                                IN SUPPORT THEREOF**
22
   GOOGLE INC., a California corporation,
23
                       Defendant.
24

25

26
              **STIPULATED REQUEST FOR ORDER CHANGING TIME**
27
   Plaintiff Overture Services, Inc. ("Overture") and defendant Google Inc. ("Google")
28

                                    1
309747.02            STIPULATED REQUEST FOR AN ORDER CHANGING TIME
                              CASE NO. C 02-01991 JSW ADR

jointly request, pursuant to Civil L.R. 6-2, that the Court modify the case management schedule applicable to this case, for the following reasons:

(1) Pursuant to the current Case Management Schedule and Patent L.R. 3-3 and 3-4, Google served its Preliminary Invalidity Contentions on Overture on March 14, 2003.

(2) On March 21, 2003, Overture requested that Google supplement its Preliminary Invalidity Contentions by no later than March 28, 2003, so that they comply with Patent Local Rule 3-3.

(3) On March 26, 2003, Google stated that it would be willing to supplement its Preliminary Invalidity Contentions as requested, so long as it was given thirty days to do so, consistent with the thirty days Overture was given to supplement its Preliminary Infringement Contentions after Magistrate Judge Laporte granted Google's motion regarding Overture's Preliminary Infringement Contentions.

(4) On March 28, 2003, Overture offered to stipulate that Google could have until April 25, 2003 to supplement its Preliminary Invalidity Contentions, so long as Google stipulated to a similar extension of all related case management dates, which are dependent upon Google's Preliminary Invalidity Contentions, subject to Court approval.

In order to resolve the parties' respective concerns regarding Google's Preliminary Invalidity Contentions, the parties therefore request that the Court adopt the following changes to the Court's February 7, 2003 Second Case Management Order, as amended by the Court's March 7, 2003 Order Granting Stipulation, which extended the last day to complete private mediation to July 31, 2003. Specifically, the parties request that the Court adopt the following modifications to the Case Management Schedule:

| Event | Old Date | New Date |
| --- | --- | --- |
| Last Day for Google to Supplement Its Preliminary Invalidity Contentions | | 4/25/03 |
| Last Day for Simultaneous Exchange of Proposed Terms and Claim Elements for Construction and/or Governed by 35 U.S.C. § 112 ¶ 6 | 3/31/03 | 5/12/03 |

| Event | Old Date | New Date |
|---|---|---|
| Last Day for Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence | 4/21/03 | 6/2/03 |
| Last Day for Parties to File Joint Claim Construction and Prehearing Statement | 5/13/03 | 6/24/03 |
| Last Day to Take Discovery Relating to Claim Construction | 6/12/03 | 7/24/03 |
| Case Management Conference | 6/13/03, 3:00 p.m. | 7/25/03, 3:00 p.m. |
| Last Day for Overture to File Opening Claim Construction Brief and Supporting Evidence | 6/27/03 | 8/8/03 |
| Last Day for Google to File Responsive Claim Construction Brief and Supporting Evidence | 7/11/03 | 8/22/03 |
| Last Day for Overture to File Reply Claim Construction Brief and Rebuttal Evidence | 7/22/03 | 9/3/03 |
| Last Day to Complete Mediation before a Private Mediator | 7/31/03 | 9/22/03 |
| Technology Tutorial for Court and Claim Construction Prehearing Conference | 8/6/03, 8:30 a.m. | On or after 9/29/03 |
| Claim Construction Hearing | 8/7/03, 8:30 a.m. | On or after 9/29/03 |

The Declaration of Michael S. Kwun, below, provides the information required by Civil L.R. 6-2(a)(1)-(3), as well as the attestation required by Section X(B) of the General Order 45.

Dated:  March 31, 2003                                    BRINKS HOFER GILSON & LIONE


                                    By:  /s/ *Jason C. White* _____
                                          JASON C. WHITE
                                          Attorneys for Plaintiff
                                          OVERTURE SERVICES, INC.

Dated: March 31, 2003                           KEKER & VAN NEST, LLP


By: /s/ Michael S. Kwun
MICHAEL S. KWUN
Attorneys for Defendant
GOOGLE INC.

**DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME**

I, Michael S. Kwun, declare as follows:

1. I am an associate at the law firm of Keker & Van Nest, LLP, counsel of record for Google in the above-captioned matter. I make this declaration in support of the parties' Stipulated Request for an Order Changing Time. I make the following declaration based upon my personal knowledge, and could and would testify thereto under oath if called upon to do so.

2. The parties request the foregoing modifications in order to resolve the parties' respective concerns regarding Google's Preliminary Invalidity Contentions, as set forth in the above Stipulated Request for an Order Changing Time.

3. The following previous time modifications have been made by stipulation or Court order:

    (a) Judge Breyer's October 8, 2002 Order Granting Google's Motion for an Extension of Time, which subsequently was vacated on October 17, 2002.

    (b) Judge Breyer's October 21, 2002 Order granting the parties' stipulated request to stay case management dates pending resolution by a Magistrate Judge of Google's motion regarding Overture's Preliminary Infringement Contentions.

    (c) Magistrate Judge Laporte's December 18, 2002 Minute Order and January 7, 2003 Order granting Google's motion regarding Overture's Preliminary Infringement Contentions.

    (d) The Court's January 9, 2003 Case Management Order.

    (e) The Court's February 7, 2003 Second Case Management Order.

    (f) The Court's March 7, 2003 Order Granting Stipulation, which extended

1  the last day to complete private mediation to July 31, 2003.

2      4.    The modification requested by the parties in the above Stipulated Request for an
3  Order Changing Time would reschedule the claim construction tutorial and hearing, and other
4  associated dates.

5      5.    Prior to filing the above Stipulated Request for an Extension of Time, I sent it to
6  Jason C. White for his review, and he authorized me to file the Stipulated Request on his behalf.

7      I declare under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct. Executed on this 31st day of March 2003 at San Francisco,
9  California.

                                                                 /s/ Michael S. Kwun
                                                                 MICHAEL S. KWUN