UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a California corporation,<br><br>Defendant. | Case No. C 02-01991 JSW ADR<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR AN ORDER CHANGING TIME** |

The Court having considered the March 31, 2003 joint request by plaintiff Overture Services, Inc. ("Overture") and defendant Google Inc. ("Google") for an order changing time, and good cause appearing, the Court GRANTS the parties' joint request, and modifies the case management schedule applicable to this case as follows:

| Event | Old Date | New Date |
|---|---|---|
| Last Day for Google to Supplement Its Preliminary Invalidity Contentions | | 4/25/03 |
| Last Day for Simultaneous Exchange of Proposed Terms and Claim Elements for Construction and/or Governed by 35 U.S.C. § 112 ¶ 6 | 3/31/03 | 5/12/03 |

| Event | Old Date | New Date |
|---|---|---|
| Last Day for Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence | 4/21/03 | 6/2/03 |
| Last Day for Parties to File Joint Claim Construction and Prehearing Statement | 5/13/03 | 6/24/03 |
| Last Day to Take Discovery Relating to Claim Construction | 6/12/03 | 7/24/03 |
| Case Management Conference | 6/13/03, 3:00 p.m. | 7/25/03, 3:00 p.m. |
| Last Day for Overture to File Opening Claim Construction Brief and Supporting Evidence | 6/27/03 | 8/8/03 |
| Last Day for Google to File Responsive Claim Construction Brief and Supporting Evidence | 7/11/03 | 8/22/03 |
| Last Day for Overture to File Reply Claim Construction Brief and Rebuttal Evidence | 7/22/03 | 9/3/03 |
| Last Day to Complete Mediation before a Private Mediator | 7/31/03 | 9/22/03 |
| Technology Tutorial for Court and Claim Construction Prehearing Conference | 8/6/03, 8:30 a.m. | |
| Claim Construction Hearing | 8/7/03, 8:30 a.m. | |

IT IS SO ORDERED.

Dated: _____

HON. JEFFREY S. WHITE
United States District Judge

2
[PROPOSED] ORDER
CASE NO. C 02-01991 JSW ADR

309749.01