LATHAM & WATKINS
  Anthony I. Fenwick (Bar No. 158667)
  Allon Stabinsky (Bar No. 197642)
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

BRINKS HOFER GILSON & LIONE
  Jack C. Berenzweig (Admitted *Pro Hac Vice*)
  William H. Frankel (Admitted *Pro Hac Vice*)
  Jason C. White (Admitted *Pro Hac Vice*)
  Charles M. McMahon (Admitted *Pro Hac Vice*)
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys for Plaintiff
OVERTURE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a California Corporation,<br><br>    Defendant. | No. C02-01991 JSW<br><br>**PLAINTIFF OVERTURE SERVICES'S REPLY TO DEFENDANT'S AMENDED COUNTERCLAIMS** |

    Plaintiff, Overture Services, Inc., ("Overture"), replies to the counterclaims of Defendant Google Technology, Inc. ("Google") as follows:

**General Allegations**

27. Admitted.

28. Admitted.

29. Admitted.

30. Overture is informed and believes that Google is a California corporation with its principal place of business in Mountain View, California. Overture is further informed and believes that at the time Google's counterclaims were originally filed, Google's corporate name was Google Inc. Overture is without sufficient information to form a belief as to the remaining allegations of paragraph 33, and therefore denies those allegations.

31. Overture admits that Overture is a Delaware corporation with its principal place of business in Pasadena, California. Overture cannot respond to Google's information and belief.

**First Counterclaim**
**(Declaratory Judgment of Non-Infringement)**

32. No response is necessary to the allegations incorporated from paragraphs 1 through 9. With respect to the allegations incorporated from paragraphs 10 and 26, denied. With respect to the allegations incorporated from paragraphs 27 through 31, Overture repeats and realleges by reference its responses set forth above.

33. Denied.

34. Denied.

**Second Counterclaim**
**(Declaratory Judgment of Invalidity)**

35. No response is necessary to the allegations incorporated from paragraphs 1 through 9. With respect to the allegations incorporated from paragraph 11, admitted. With respect to the allegations incorporated from paragraphs 12 through 16, denied. As of April 28, 1998, GoTo.com operated a beta or test version of a system then under development, and the beta or test version of a system then under development hosted

OVERTURE REPLY TO GOOGLE
AMENDED COUNTERCLAIMS
C 02-01991 JSW
- 2 -
**BRINKS HOFER GILSON & LIONE**
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

advertisements as of April 28, 1998, but the beta or test version of a system then under development was not the system claimed by the '361 patent. In addition, Overture cannot respond to Google's information and belief. With respect to the allegations incorporated from paragraphs 27 through 31, Overture repeats and realleges by reference its responses set forth above.

36. Denied.

37. Denied.

### Third Counterclaim
### (Declaratory Judgment of Unenforceability)

38. No response is necessary to the allegations incorporated from paragraphs 1 through 9. With respect to the allegations incorporated from paragraphs 11 and 17, admitted. With respect to the allegations incorporated from paragraphs 12 through 16 and 18 through 25, denied. As of April 28, 1998, GoTo.com operated a beta or test version of a system then under development, and the beta or test version of a system then under development hosted advertisements as of April 28, 1998, but the beta or test version of a system then under development was not the system claimed by the '361 patent. In addition, Overture cannot respond to Google's information and belief. With respect to the allegations incorporated from paragraphs 27 through 31, Overture repeats and realleges by reference its responses set forth above.

39. Denied.

40. Denied.

### OVERTURE'S AFFIRMATIVE DEFENSES TO
### GOOGLE'S COUNTERCLAIMS

### First Affirmative Defense
### (Failure to State a Claim)

1. Google's Counterclaims for Declaratory Judgment of Non-Infringement, Invalidity, and Unenforceability fail to state a claim upon which relief may be granted.

OVERTURE REPLY TO GOOGLE
AMENDED COUNTERCLAIMS
C 02-01991 JSW
- 3 -
BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611-5599
Telephone:  (312) 321-4200
Facsimile:   (312) 321-4299

### Second Affirmative Defense
### (Infringement)

2. Google is directly infringing, inducing infringement by others, and/or contributorily infringing one or more claims of the '361 patent.

### Third Affirmative Defense
### (Validity)

3. The claims of the '361 patent are valid and enforceable.

### Fourth Affirmative Defense
### (Truth of the Statements)

4. The statements made by Darren J. Davis in the declaration he submitted pursuant to 27 C.FR. § 1.132 are true.

5. The statements made by John G. Rauch in the Amendment and Remarks submitted with Mr. Davis's declaration also are true.

6. Because these statements are true, there are no false statements to support Google's allegation of inequitable conduct.

### Fifth Affirmative Defense
### (Lack of Intent to Deceive)

7. Mr. Davis did not intend to deceive the U.S. Patent and Trademark Office, including in connection with the submission of his declaration.

8. GoTo.com did not intend to deceive the U.S. Patent and Trademark Office, including in connection with the submission of Mr. Davis's declaration.

9. Counsel for GoTo.com did not intend to deceive the U.S. Patent and Trademark Office, including in connection with the submission of Mr. Davis's declaration or the accompanying Amendment and Remarks.

10. Because there was no intent to deceive the U.S. Patent and Trademark Office, there could be no acts of inequitable conduct.

OVERTURE REPLY TO GOOGLE
AMENDED COUNTERCLAIMS
C 02-01991 JSW

- 4 -

**BRINKS HOFER GILSON & LIONE**
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611-5599
Telephone:  (312) 321-4200
Facsimile:    (312) 321-4299

**PRAYER**

WHEREFORE, Overture prays for a judgment:

    (a)    adjudging that Google has infringed the '361 patent;

    (b)    adjudging that the '361 patent is enforceable and not invalid;

    (c)    granting a permanent injunction restraining and enjoining Google, and its officers and representatives, from further infringement of the '361 patent during the remaining term thereof;

    (d)    awarding Overture damages for Google's infringement of the '361 patent, in an amount to be determined at trial, together with prejudgment interest, and that such damages be trebled pursuant to 35 U.S.C. § 284 because of the willful and deliberate character of the infringement;

    (e)    awarding Overture its costs and attorneys' fees, and adjudging this case to be an exceptional case pursuant to 35 U.S.C. § 285;

    (f)    awarding such other and further relief as the Court may deem proper and just; and

    (g)    dismissing Google's counterclaims with prejudice.

OVERTURE REPLY TO GOOGLE
AMENDED COUNTERCLAIMS
C 02-01991 JSW

- 5 -

**BRINKS HOFER GILSON & LIONE**
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

## JURY DEMAND

Overture hereby demands trial by jury as to all issues in this action triable by a jury.

Dated: April 28, 2003        By: _____/s/_____
                                Charles M. McMahon
                                BRINKS HOFER GILSON & LIONE
                                NBC Tower - Suite 3600
                                455 North Cityfront Plaza Drive
                                Chicago, Illinois  60611
                                Telephone:   (312) 321-4200
                                Facsimile:   (312) 321-4299

                                Attorneys for Plaintiff
                                OVERTURE SERVICES, INC.

OVERTURE REPLY TO GOOGLE
AMENDED COUNTERCLAIMS
C 02-01991 JSW

- 6 -

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611-5599
Telephone:  (312) 321-4200
Facsimile:   (312) 321-4299