**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OVERTURE SERVICES, INC.,

    Plaintiff,

 v.

GOOGLE, INC.,

    Defendant.

No. C 02-1991 JSW

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of all further discovery.

The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: April 29, 2003

/s/
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom