# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CASE MANAGEMENT CONFERENCE MINUTES

**JUDGE:  JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: July 25, 2003              **Court Reporter**:  Leo Mankiewicz

**CASE NO. C- 02-1991 JSW**

**TITLE:**  Overture Services, Inc.  v.  Google Inc.

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**

Anthony Fenwick                      Daralyn Durie
Jack Berenzweig                      Michael Kwun
Charles McMahon

**PROCEEDINGS:**      Case Management Conference

**RESULTS:**      Private Mediation to be completed by 1-15-04.
The Claims Construction Tutorial (10/15/03 at 2:00 p.m.)  and the Claims Construction Hearing (10/22/03 at 2:00 p.m.)  to remain as set.
The Court will allow 20 depositions per side.