LATHAM & WATKINS
  Anthony I. Fenwick (Bar No. 158667)
  Allon Stabinsky (Bar No. 197642)
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

BRINKS HOFER GILSON & LIONE
  Jack C. Berenzweig (Admitted *Pro Hac Vice*)
  William H. Frankel (Admitted *Pro Hac Vice*)
  Jason C. White (Admitted *Pro Hac Vice*)
  Charles M. McMahon (Admitted *Pro Hac Vice*)
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys for Plaintiff
OVERTURE SERVICES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a California Corporation,<br><br>Defendant. | No. C02-01991 JSW<br><br>**[PROPOSED] PROTECTIVE ORDER PREVENTING EXCESSIVE THIRD PARTY DISCOVERY** |

Before the Court is plaintiff Overture Services, Inc.'s ("Overture's") Motion for a Protective Order Preventing Excessive Third Party Discovery. Having considered all of the papers filed in support and in opposition to the motion, and good cause appearing, the Court GRANTS Overture's motion.

1    Defendant Google Technology Inc. ("Google") is ORDERED to withdraw all third
2 party subpoenas served in this case on or after July 1, 2003, that seek documents
3 related to Overture's cost-per-click system prior to June 1998.
4    Defendant Google is FURTHER ORDERED to refrain from serving any additional
5 third party subpoenas seeking documents related to Overture's cost-per-click system
6 prior to June 1998.
7    IT IS SO ORDERED.
8    Dated:

                                        _____
                                        HON. ELIZABETH D. LAPORT
                                        United States Magistrate Judge

PROTECTIVE ORDER PREVENTING EXCESSIVE   - 2 -
THIRD PARTY DISCOVERY
C 02-01991 JSW

**BRINKS HOFER GILSON & LIONE**
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299