1  LATHAM & WATKINS
     Anthony I. Fenwick (Bar No. 158667)
2     Allon Stabinsky (Bar No. 197642)
   135 Commonwealth Drive
3  Menlo Park, California  94025
   Telephone:    (650) 328-4600
4  Facsimile:    (650) 463-2600

5  BRINKS HOFER GILSON & LIONE
     Jack C. Berenzweig (Admitted *Pro Hac Vice*)
6    William H. Frankel (Admitted *Pro Hac Vice*)
     Jason C. White (Admitted *Pro Hac Vice*)
7    Charles M. McMahon (Admitted *Pro Hac Vice*)
   NBC Tower - Suite 3600
8  455 North Cityfront Plaza Drive
   Chicago, Illinois  60611
9  Telephone:    (312) 321-4200
   Facsimile:    (312) 321-4299
10
   Attorneys for Plaintiff
11 OVERTURE SERVICES, INC.

12            UNITED STATES DISTRICT COURT

13         NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO DIVISION

15

16 OVERTURE SERVICES, INC., a              No.  C02-01991 JSW
   Delaware Corporation,
17                                          **[PROPOSED] ORDER SHORTENING
              Plaintiff,                    BRIEFING AND HEARING SCHEDULE**
18
         vs.
19
   GOOGLE INC., a California Corporation,
20
              Defendant.
21

22

23        Before the Court is plaintiff Overture Services, Inc.'s ("Overture's") Unopposed

24 Motion for a Shortened Briefing and Hearing Schedule Pursuant to Civil Local Rule 6-3..

25 Having considered all of the papers filed in support and in opposition to the motion, and

26 good cause appearing, the Court GRANTS Overture's motion.

27        IT IS ORDERED that the last day for defendant Google Technology Inc.

28 ("Google") to file an opposition to Overture's motion is August 11, 2003.

1      IT IS FURTHER ORDERED that a hearing on Overture's motion will take place

2 at 9:30 a.m. on August 19, 2003.

3      IT IS SO ORDERED.

4      Dated: _____

5                            HON. ELIZABETH D. LAPORTE
                            United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROTECTIVE ORDER PREVENTING EXCESSIVE
THIRD PARTY DISCOVERY
C 02-01991 JSW

- 2 -

**BRINKS HOFER GILSON & LIONE**
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611-5599
Telephone:  (312) 321-4200
Facsimile:   (312) 321-4299