KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
DARALYN J. DURIE - #169825
MICHAEL S. KWUN - #198945
CHRISTINE P. SUN - #218701
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant and Counterclaimant
GOOGLE TECHNOLOGY INC., sued under its former name
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation,<br><br>        Plaintiff and Counterdefendant,<br><br>    v.<br><br>GOOGLE INC., a California corporation,<br><br>        Defendant and Counterclaimant. | Case No. C 02-01991 JSW (EDL)<br><br>**GOOGLE TECHNOLOGY INC'S NON-OPPOSITION TO OVERTURE'S MOTION TO SHORTEN THE BRIEFING AND HEARING SCHEDULE PURSUANT TO CIVIL LOCAL RULE 6-3**<br><br>**DISCOVERY MATTER**<br><br>Judge:        Hon. Elizabeth D. Laporte |

        Google Technology Inc. does not oppose Overture Services, Inc.'s motion to shorten the

briefing and hearing schedule for Overture's motion for a protective order.

Dated:  August 6, 2003                                KEKER & VAN NEST, LLP


By: _____s/Michael S. Kwun_____
        MICHAEL S. KWUN
        Attorneys for Defendant and
        Counterclaimant GOOGLE
        TECHNOLOGY INC., sued under its
        former name GOOGLE INC.

1