LATHAM & WATKINS
  Anthony I. Fenwick (Bar No. 158667)
  Allon Stabinsky (Bar No. 197642)
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

BRINKS HOFER GILSON & LIONE
  Jack C. Berenzweig (Admitted *Pro Hac Vice*)
  William H. Frankel (Admitted *Pro Hac Vice*)
  Jason C. White (Admitted *Pro Hac Vice*)
  Charles M. McMahon (Admitted *Pro Hac Vice*)
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys for Plaintiff
OVERTURE SERVICES, INC.

FILED
AUG - 6 2003
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a California Corporation,<br><br>Defendant. | No. C02-01991 JSW<br><br>[PROPOSED] ORDER SHORTENING BRIEFING AND HEARING SCHEDULE |

Before the Court is plaintiff Overture Services, Inc.'s ("Overture's") Unopposed Motion for a Shortened Briefing and Hearing Schedule Pursuant to Civil Local Rule 6-3.. Having considered all of the papers filed in support and in opposition to the motion, and good cause appearing, the Court GRANTS Overture's motion.

IT IS ORDERED that the last day for defendant Google Technology Inc. ("Google") to file an opposition to Overture's motion is August 11, 2003.

1   IT IS FURTHER ORDERED that a hearing on Overture's motion will take place
2   at 9:30 a.m. on August 19, 2003.
3   IT IS SO ORDERED.
4   Dated: August 6, 2003

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

ORDER SHORTENING BRIEFING AND HEARING SCHEDULE
C 02-01991 JSW
- 2 -

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200