1  | LATHAM & WATKINS
    Anthony I. Fenwick (Bar No. 158667)
2  |     Allon Stabinsky (Bar No. 197642)
   135 Commonwealth Drive
3  | Menlo Park, California  94025
Telephone:   (650) 328-4600
4  | Facsimile:   (650) 463-2600

5  | BRINKS HOFER GILSON & LIONE
   Jack C. Berenzweig (Admitted *Pro Hac Vice*)
6  |    William H. Frankel (Admitted *Pro Hac Vice*)
   Jason C. White (Admitted *Pro Hac Vice*)
7  |    Charles M. McMahon (Admitted *Pro Hac Vice*)
NBC Tower - Suite 3600
8  | 455 North Cityfront Plaza Drive
Chicago, Illinois  60611
9  | Telephone:   (312) 321-4200
Facsimile:   (312) 321-4299

10

11 | Attorneys for Plaintiff
OVERTURE SERVICES, INC.

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA

14 | SAN FRANCISCO DIVISION

15

16 | OVERTURE SERVICES, INC., a Delaware Corporation,

No.  C02-01991 JSW (EDL)

17 | Plaintiff,

**DECLARATION OF CHARLES M. MCMAHON IN SUPPORT OF OVERTURE'S OPENING CLAIM CONSTRUCTION BRIEF**

18 | vs.

19

20 | GOOGLE INC., a California Corporation,

Defendant.

21

22

23

24

25

26

27

28

1 | I, Charles M. McMahon, declare as follows:

2 |     1.    I am an associate at the law firm of Brinks Hofer Gilson & Lione, counsel of

3 | record for plaintiff Overture Services, Inc. ("Overture") in this matter. I make this declaration in

4 | support of Overture's Opening Claim Construction Brief. I make the following declaration

5 | based upon my personal knowledge, and I could and would testify thereto under oath if called

6 | upon to do so.

7 |     2.    In connection with Overture's Opening Claim Construction Brief, Overture is

8 | filing two volumes of Exhibits to Overture's Opening Claim Construction Brief. These two

9 | volumes contain 28 exhibits, which are identified more fully below.

10 |     3.    Exhibit 1 is a true and correct copy of U.S. Patent No. 6,269,361 (the "'361

11 | patent").

12 |     4.    Exhibit 2 is a true and correct copy of the Joint Claim Construction Statement

13 | filed by the parties in this case.

14 |     5.    Exhibits 3, 5, 7, 10, 12, 14, 16, 18, 20, 22, 24, and 26 are sample claims from the

15 | '361 patent with relevant disputed claim terms emphasized.

16 |     6.    Exhibits 4, 6, 8, 11, 13, 15, 17, 19, 21, 23, 25, and 27 are true and correct copies

17 | of pages from the following dictionaries and treatises:

18 |     • Fundamentals of Database Systems, by Elmasri & Navathe,

19 |       Benjamin/Cummins, 1989;

20 |     • The Random House Dictionary of the English Language, Second Edition,

21 |       1987;

22 |     • Merriam Webster's Collegiate Dictionary, Tenth Edition, 1995;

23 |     • Webster's New World College Dictionary, Third Edition, 1997;

24 |     • The New Oxford Dictionary of English, 1998;

25 |     • The American Heritage College Dictionary, Fourth Edition, 2002; and

26 |     • Merriam Webster's Unabridged Dictionary, Online Edition, 2003.

27 |

28 |

DECLARATION OF CHARLES M. MCMAHON RE
OPENING CLAIM CONSTRUCTION BRIEF    - 2 -
C 02-01991 JSW (EDL)

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611-5599
Telephone:  (312) 321-4200
Facsimile:   (312) 321-4299

1    7.    Exhibit 9 is a true and correct copy of two frames from the microfiche appendix

2    to the '361 patent, numbered frames 81-82 on the microfiche sheet Overture produced as OVG

3    022003.

4    8.    Exhibit 28 is a true and correct copy of the official file history of the '361 patent.

5    I declare under penalty of perjury under the laws of the United States of America that the

6    foregoing is true and correct.  Executed this 8th day of August 2003 in Chicago, Illinois.

7

8    .

9

10                                          *s/ Charles M. McMahon*

11                                          Charles M. McMahon

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CHARLES M. MCMAHON RE        - 3 -
OPENING CLAIM CONSTRUCTION BRIEF
C 02-01991 JSW (EDL)

**BRINKS HOFER GILSON & LIONE**
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611-5599
Telephone:  (312) 321-4200
Facsimile:   (312) 321-4299