1  LATHAM & WATKINS
     Anthony I. Fenwick (Bar No. 158667)
2    Allon Stabinsky (Bar No. 197642)
   135 Commonwealth Drive
3  Menlo Park, California  94025
   Telephone:   (650) 328-4600
4  Facsimile:   (650) 463-2600

5  BRINKS HOFER GILSON & LIONE
     Jack C. Berenzweig (Admitted *Pro Hac Vice*)
6    William H. Frankel (Admitted *Pro Hac Vice*)
     Jason C. White (Admitted *Pro Hac Vice*)
7    Charles M. McMahon (Admitted *Pro Hac Vice*)
   NBC Tower - Suite 3600
8  455 North Cityfront Plaza Drive
   Chicago, Illinois  60611
9  Telephone:   (312) 321-4200
   Facsimile:   (312) 321-4299

10
   Attorneys for Plaintiff
11 OVERTURE SERVICES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a California Corporation,<br><br>Defendant. | No.  C02-01991 JSW (EDL)<br><br>**NOTICE REGARDING EXHIBIT ATTACHMENTS** |

Exhibits 1-28 to Overture's Opening Claim Construction Brief (Volumes I & II) are in paper form only and are being maintained in the case file in the Clerk's office.

Reason for manual filing:  Exhibits were too large for scanning to PDF format.

Dated: August 8, 2003            By:     *s/ Charles M. McMahon*
                                         Charles M. McMahon
                                         BRINKS HOFER GILSON & LIONE

                                         Attorneys for Plaintiff
                                         OVERTURE SERVICES, INC.