1  LATHAM & WATKINS
      Anthony I. Fenwick (Bar No. 158667)
2  135 Commonwealth Drive
   Menlo Park, California  94025
3  Telephone:   (650) 328-4600
   Facsimile:   (650) 463-2600
4
   BRINKS HOFER GILSON & LIONE
5    Jack C. Berenzweig (Admitted *Pro Hac Vice*)
     William H. Frankel  (Admitted *Pro Hac Vice*)
6    Jason S. White  (Admitted *Pro Hac Vice*)
     Charles M. McMahon  (Admitted *Pro Hac Vice*)
7  NBC Tower - Suite 3600
   455 North Cityfront Plaza Drive
8  Chicago, Illinois  60611
   Telephone:   (312) 321-4200
9  Facsimile:   (312) 321-4299

10 Attorneys for Plaintiff
   OVERTURE SERVICES, INC.
11
   KEKER & VAN NEST, LLP
12   John W. Keker (Bar No. 49092)
     Daralyn J. Durie (Bar No. 169825)
13   Michael S. Kwun (Bar No. 198945)
   710 Sansome Street
14 San Francisco, California  94111
   Telephone:   (415) 391-5400
15 Facsimile:   (415) 397-7188

16 Attorneys for Defendant
   GOOGLE TECHNOLOGY INC.,
17 sued under its former name GOOGLE INC.

18                  UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA

20                       SAN FRANCISCO DIVISION

21

22 OVERTURE SERVICES, INC., a         | No.  C02-01991 JSW (EDL)
   Delaware Corporation,
23                                    | **JOINT MOTION FOR ENTRY OF
           Plaintiff,                   STIPULATED SUPPLEMENTAL
24                                      PROTECTIVE ORDER RE EMAIL**
       vs.
25                                    | DISCOVERY MATTER
   GOOGLE INC., a California Corporation,
26
           Defendant.
27

28

Plaintiff Overture Services, Inc. ("Overture") and defendant Google Technology, Inc. ("Google") jointly move pursuant to Rule 26(c)(7) of the Federal Rules of Civil Procedure for entry of a supplemental protective order regarding email. The proposed order, to which the parties stipulate, is attached hereto as an exhibit.

In light of the volume of email currently used in the normal course of business, and in light of the conventions for electronic storage of such email, the parties recognize and agree that the process of identifying and reviewing email for potential production in response to document requests presents special burdens. Accordingly, the parties agree to adopt and follow the protocol set forth in the attached proposed order governing responses to document requests seeking email in this case.

Dated: August 11, 2003         BRINKS HOFER GILSON & LIONE

                               By:   *s/ Charles M. McMahon*
                                     Charles M. McMahon
                                     Attorneys for Plaintiff
                                     OVERTURE SERVICES, INC.

Dated: August 11, 2003         KEKER & VAN NEST, LLP

                               By:   *s/ Michael S. Kwun*
                                     Michael S. Kwun
                                     Attorneys for Defendant
                                     GOOGLE TECHNOLOGY, INC.,
                                     sued under its former name GOOGLE, INC.

### DECLARATION OF CHARLES M. MCMAHON

I, Charles M. McMahon, declare that prior to filing the above Joint Motion for Entry of Stipulated Supplemental Protective Order re Email, I sent it to Michael S. Kwun for his review, and he authorized me to file the Joint Motion on his behalf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 11th day of August 2003 at Chicago, Illinois.

                               *s/ Charles M. McMahon*
                               Charles M. McMahon

JOINT MOTION FOR ENTRY OF SUPPLEMENTAL   - 2 -
PROTECTIVE ORDER RE EMAIL
C 02-01991 JSW (EDL)