KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
DARALYN J. DURIE - #169825
CHRISTINE P. SUN - #218701
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant and Counterclaimant
GOOGLE TECHNOLOGY INC., sued under its former name
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>　　v.<br><br>GOOGLE INC., a California corporation,<br><br>　　　　Defendant and Counterclaimant. | Case No. C 02-01991 JSW (EDL)<br><br>**GOOGLE'S NOTICE OF MANUAL FILING OF UNREDACTED VERSIONS OF ITS OPPOSITION TO OVERTURE'S MOTION FOR A PROTECTIVE ORDER AND DECLARATION OF CHRISTINE P. SUN**<br><br>**DISCOVERY MATTER**<br><br>Date:　　　　August 19, 2003<br>Time:　　　　9:30 a.m.<br>Courtroom:　E, 15th Floor<br>Judge:　　　 Hon. Elizabeth Laporte |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　An unredacted copy of Google Technology Inc.'s Opposition to Overture Services, Inc.'s motion for a protective order, and Volume 2 of the Declaration of Christine P. Sun ("Sun Decl.") in support thereof, are being filed in paper form only, and are being maintained, under seal, in the case file in the Clerk's office. Redacted versions of these documents are being publicly filed.

　　　The unredacted document and Volume 2 of the Sun Decl. are being manually filed because Google is required to filed them under seal under the terms of the December 18, 2002 protective order entered in this case.

///

1  The redacted version of the Opposition omits materials that have been designated confidential by
2  Overture Services Inc., quotations from those materials, and summaries of those materials.
3
4  Dated: August 11, 2003                    KEKER & VAN NEST, LLP
5
6
7                                     By:      /s/ Christine P. Sun
                                         CHRISTINE P. SUN
                                         Attorneys for Defendant and
8                                        Counterclaimant GOOGLE
                                         TECHNOLOGY INC., sued under its
9                                        former name GOOGLE INC.