

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|

EXAMINER

ART UNIT | PAPER NUMBER

DATE MAILED:

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev 2/95)   U S G P O 1999 460-693   1- File Copy

GOG 31624

Dockets.Justia.com

| Office Action Summary | Application No. 09/322,677 | Applicant(s) Davis et al. |
|---|---|---|
| | Examiner Cuong H. Nguyen | Group Art Unit 2764 |

☒ Responsive to communication(s) filed on  Oct 25, 1999

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters,   prosecution as to the merits is closed in accordance with the practice under  Ex parte Quayle 1935 C.D. 11, 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ____3____ month(s), or thirty days, whichever is longer, from the mailing date of this communication  Failure to respond within the period for response will cause the application to become abandoned  (35 U S C § 133). Extensions of time may be obtained under the provisions of 37 CFR 1 136(a)

**Disposition of Claim**

☒ Claim(s) _1-68_____ is/are pending in the applicat

Of the above, claim(s) _____ is/are withdrawn from consideration

☐ Claim(s) _____ is/are allowed

☒ Claim(s) _1-68_____ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ The drawing(s) filed on _____ is/are objected to by the Examiner

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved

☐ The specification is objected to by the Examiner

☐ The oath or declaration is objected to by the Examiner

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U S.C. § 119(a)-(d)

  ☐ All ☐ Some* ☒ None   of the CERTIFIED copies of the priority documents have been

    ☐ received.

    ☐ received in Application No. (Series Code/Serial Number) _____

    ☐ received in this national stage application from the International Bureau (PCT Rule 17 2(a))

  *Certified copies not received _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C § 119(e)

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s) _____

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

— SEE OFFICE ACTION ON THE FOLLOWING PAGES —

GOG 31625

S.N.: 09/322,677
Art Unit: 2764

### DETAILED ACTION

1. This Office Action is the answer to the communication received on 10/25/99 (the petition to make special paper).

2. Claims 1-68 are pending in this application. Claim 6 has been canceled.

### Drawings

3. This application has been filed with informal drawings which are acceptable for examination purposes only. Formal drawings will be required when the application is allowed.

The following rejections are based on the examiner's best interpretation of the claims.

### Claim Rejections - 35 USC § 102

> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

4. Because the claims in a pending application should be given their broadest reasonable interpretation; claims 1-68 are rejected on 35 U.S.C. 102(b) because the article published on May 19, 1998, about "GoTo.com announces first round of financing, totaling more than $6 million, led by Draper Fisher Jurvetson", indicates possession of that invention. It sets forth the mode contemplated by the inventor of carrying out his invention in "Bidding for higher placement offers big benefit to advertisers

GOG 31636

09/322,677
Art Unit 2764

... Any advertiser can increase a bid for a listing in order to obtain a higher ranking". Therefore, this article was published before the application date of the invention (May 28, 1999), in another word, the invention was described in a printed publication in this country, more than one year prior to the date of application for patent in the United States.

*Conclusion*

5. Claims 1-68 are rejected.

6. These references are considered pertinent to applicant's disclosure.

- US Pat. 5,724,521 (Dedrick) filing date 11/03/1994 for "Method and apparatus for providing electronic advertisements to end users in a consumer best-fit pricing manner".
- US Pat. 5,794,210 (Goldhaber, et al.) filing date 12/11/1995 for "Attention brokerage".
- US Pat. 5,848,397 (Marsh et al.) filing date 4/19/1996 for "Method and apparatus for scheduling the presentation of messages to computer user".
- US Pat. 5,852,820 (Burrows) filing date 8/09/1996 for "Method for optimizing entries for searching an index".
- US Pat. 5,855,008 (Goldhaber, et al.) filing date 8/28/1997 for "Attention brokerage".

GOG 31637

09/322,677
Art Unit 2764

- US Pat. 5,864,845 (Voorhees, et al.) filing date 6/28/1996 for "Facilitating world-wide-web searches utilizing a multiple search engine query clustering fusion strategy".
- US Pat. 5,864,846 (Voorhees, et al.) filing date 6/26/1996 for "Method for facilitating world-wide-web searches utilizing a document distribution fusion strategy".
- US Pat. 5,918,014 (Robinson) filing date 12/26/1996 for "Automated collaborative filtering in world-wide-web advertising".
- US Pat. 5,920,854 (Kirsch, et al.) filing date 8/14/1996 for "Real-time document collection search engine with phrase indexing".
- US Pat. 5,920,859 (Li) filing date 2/02/1997 for "Hypertext document retrieval system and method".
- APS Search Tools - Patent Search Client Strategy publishing date 9/17/1997 by US Patent & Trademark Office.
- Frequently Asked Questions NT Image Search & Retrieval (IS&R) modified 12/04/1997 by US Patent & Trademark Office.
- Chapter 1 - Introduction to Dialog, pp.1-1 to 1-14 by Dialog Information Service, Inc.
- "Automated Patent System (APS) Workstation Reference Manual published on 7/01/1996 by US Patent and Trademark Office.

GOG 31638

Page 5 of 9 is missing from the file

GOG 31639

09/322,677
Art Unit 2764

- Riedman, "Search engine startup to auction listings" from Interactive - advertising, published on 2/23/1998.
- Rich, "New search engine allows sites to pay this way to top" from http://www.adweek.com/iq/iqnews02.asp, published on 2/23/1998.
- Mardesich, "Web site operators pay for top billing - Search engine allows site sponsors to buy place on special list", from Knight Ridder Newspapers or Alexander Communications, published on 3/02/1998.
- Hilty, "GoTo.Hell - What happens when an online search engine accepts cash from Web sites?", http://www.ocweekly.com/ink/archives/97/27byte-3.11.98-1.html, published on 3/11/1998.
- Flynn, "With Goto.com's Search Engine, the Highest Bidder Shall Be Ranked First", by the New York Times, published on 3/16/1998.
- Clark, "Start-up plans Internet search service tying results to advertising spending" from The Wall Street Journal, published on 2/20/1998.
- "Going, Going ..." from A closer look of The Wall Street Journal - Marketplace, published on 4/02/1998.
- "coursey.com" David Coursey's insider report on Personal Computing, the Internet, and Communications, published on 3/18/1998.

GOG 31640

09/322,677
Art Unit 2764

- Glaser, "Who will GoTo.com", from OnlinePress.com, published on 2/20/1998.

- Mardesich, "Search engine charges hit sites", http://www.sjmercury.com/business/center/goto022198.htm, published on 2/29/1998.

- "News About Search Engines", from http://searchenginewatch.com/ness.html, published on 2/23/1998.

- Wang, "Engines Battle Irrelevance of Results", from Internet world, published on 2/23/1998.

- Swartz, "Browser only lists paying Web sites. Critics fear approach will squeeze out most small Internet players", from http://www.sfgate.com/cgi-bin/, published on San Francisco Chronicle 2/21/1998.

- McWilliams, "Search engine to sell top positions on results lists", http://www.pcworld.com/news/daily/data/0298/...html, published on 2/23/1998.

- "Search engine startup to auction listings", from http://www.adage.com/interactive/daily/index.html, published on Feb. 1998.

- Alyson, "Searching the search engines", from Bacon's, published on 5/08/1998.

GOG 31641

09/322,677
Art Unit 2764

- Pelline, "Pay-for-placement gets another shot", http://www.news.com/News/Item/0,4,19307,00.html, published on 2/19/1998.

7.  Any inquiry concerning this communication or earlier communications from the examiner should be directed to examiner Cuong H. Nguyen, whose telephone number is (703)305-4553. The examiner can normally be reached on Monday-Friday from 7:00 AM-4:30 PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James P. Trammell, can be reached on (703)305-9768.

Any response to this action should be mailed to:

Box Issue Fee                 Amendments
    Commissioner of Patents and Trademarks
    c/o Technology Center 2700
    Washington, D.C. 20231

or faxed to:

        (703) 308-9051, (for formal communications
        intended for entry)

Or:

        (703) 305-0040  (for informal or draft communications,
        please label "PROPOSED" or "DRAFT")

09/322,677
Art Unit 2764

Hand-delivered responses should be brought to Crystal Park II, 2121 Crystal Drive, Arlington. VA.. Sixth Floor (Receptionist).

Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703)305-3900.


Cuong H. Nguyen
Jan. 17, 1999



GOG 31643