CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail, with sufficient postage, in an envelope addressed to Assistant Commissioner for Patents, Washington, D C 20231, on

August 27, 1999
Date of Deposit

Elaine K Lee, Reg No 41,936
Name of Applicant, Assignee or Registered Representative

_[Signature]_
Signature

August 27, 1999
Date of Signature

Our Case No. 9623/112

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: )
  Davis, et al. )
Serial No.  09/322,677 ) Examiner:  Not Assigned
 )
Filing Date.  May 28, 1999 ) Group Art Unit No.: 2771
 )
For:  SYSTEM AND METHOD FOR )
  INFLUENCING A POSITION ON A )
  SEARCH RESULT LIST )
  GENERATED BY A COMPUTER )
  NETWORK SEARCH ENGINE

## INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D C  20231

Sir

Pursuant to the requirements of 37 C.F.R §§1.56, 1.97, and 1 98, Applicants hereby disclose the references listed on the attached Form PTO-1449  Copies of these references are enclosed  Applicants request that the references listed in the attached Form PTO-1449 be reviewed and made of record in this application

This Information Disclosure Statement is being filed within three months after the filing date of the application, or before the mailing of the first office action on the merits, and no certification under 37 C.F.R. §1.97(e) or fee under 37 C.F.R. §1.17(p) is required.

Applicants believe that none of the listed references either alone or in combination, disclose or suggest Applicants' claimed invention. Applicants, however, wish to bring these documents to the attention of the Examiner for both the Examiner and the public to see  Applicants respectfully request that the Examiner review these documents and make these documents of record in the above-referenced application.

Respectfully submitted,

*[signature]*

Elaine K. Lee
Registration No. 41,936
Attorney for Applicant

BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO, ILLINOIS 60610
(312) 321-4200

GOG 31591

| FORM PTO 1449 | | | SERIAL NO. 09/322,677 | | CASE NO. 9623/112 | |
|---|---|---|---|---|---|---|
| LIST OF PATENTS AND PUBLICATIONS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT | | | FILING DATE May 28, 1999 | | GROUP ART UNIT 2764  2771 | |
| (use several sheets if necessary) | | | APPLICANT(S): Davis, et al. | | | |

REFERENCE DESIGNATION    U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS/ SUBCLASS | FILING DATE |
|---|---|---|---|---|---|---|
| CHN | A1 | 5,717,923 | 02/10/98 | Dedrick | 396/613 | 11/03/94 |
| CHN | A2 | 5,724,424 | 03/03/98 | Gifford | 380/24 | 11/29/95 |
| CHN | A3 | 5,724,521 | 03/03/98 | Dedrick | 395/226 | 11/03/94 |
| CHN | A4 | 5,752,238 | 05/12/98 | Dedrick | 705/14 | 11/03/94 |
| CHN | A5 | 5,768,521 | 06/16/98 | Dedrick | 395/226 | 02/02/96 |
| CHN | A6 | 5,794,210 | 08/11/98 | Goldhaber, et al. | 705/14 | 12/11/95 |
| CHN | A7 | 5,826,241 | 10/20/98 | Stein, et al. | 705/26 | 09/16/94 |
| CHN | A8 | 5,848,397 | 12/08/98 | Marsh, et al. | 705/14 | 04/19/96 |
| CHN | A9 | 5,848,407 | 12/08/98 | Ishikawa, et al. | 707/2 | 05/22/97 |
| CHN | A10 | 5,852,820 | 12/22/98 | Burrows | 707/2 | 08/09/96 |
| CHN | A11 | 5,855,008 | 12/29/98 | Goldhaber, et al. | 705/14 | 08/28/97 |
| CHN | A12 | 5,864,845 | 01/26/99 | Voorhees, et al. | 707/5 | 06/28/96 |
| CHN | A13 | 5,864,846 | 01/26/99 | Voorhees, et al | 707/5 | 06/28/96 |
| CHN | A14 | 5,918,014 | 06/29/99 | Robinson | 395/200.49 | 12/26/96 |
| CHN | A15 | 5,920,854 | 07/06/99 | Kirsch, et al | 707/3 | 08/14/96 |
| CHN | A16 | 5,920,859 | 07/06/99 | Li | 707/5 | 02/05/97 |

FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS/ SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| | A17 | | | | | | |
| | A18 | | | | | | |
| | A19 | | | | | | |
| | A20 | | | | | | |
| | A21 | | | | | | |

| EXAMINER INITIAL | | OTHER ART (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| CHN | A22 | Jeffrey Brewer, ClickZ Today, August 18, 1998, "Pay-For-Performance: Creating More And Better Value", obtained at the internet address http://www.clickz.com, August 18, 1998. |
| CHN | A23 | Jesse Berst, ZDNet, August 17, 1998, "Search Sites' Shocking Secret", obtained at the internet address http://www.zdnet.com/anchordesk/story/story_2432.html, August 17, 1998. |
| CHN | A24 | Sara Fisher, "Budding Internet Firm Finds Niche in Satisfaction", L.A. Business Journal, August 10, 1998. |
| CHN | A25 | "Disclosure Rules", The Industry Standard – The Newsmagazine of the Internet Economy, August 10, 1998. |
| | A26 | G. David Doran, "Pay to Play", Entrepreneur, July 1998, p. 18 |
| EXAMINER  CUONG  H.  NGUYEN | | DATE CONSIDERED  12/14/99 |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609, Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Rev Nov 98
F:\COMMON\EK1\9623-112\FORM PTO-1449.doc

GOG 31592

Page 2 of 4

| FORM PTO-1449 | | | SERIAL NO. 09/322,677 | CASE NO. 9623/112 |
|---|---|---|---|---|
| LIST OF PATENTS AND PUBLICATIONS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT | | | FILING DATE May 28, 1999 | GROUP ART UNIT 2771 |
| (use several sheets if necessary) | | | APPLICANT(S): Davis, et al. | |

| EXAMINER INITIAL | | OTHER ART (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| CHN | A27 | Advertising Age-Interactive Daily Homepage; obtained at the internet address http://www.adage.com/interactive/daily/index.html, June 8, 1998 |
| CHN | A28 | Kim Komando, "With About 320 Million Sites, Search Engines Offer Some Help", copyright 1998, Los Angeles Times Syndication. |
| CHN | A29 | Margot Williams, "How To Ease Your Online Searches", Lansing State Journal, June 1, 1998 |
| CHN | A30 | "GoTo.com Gets Venture Funding", Internet World Magazine, June 1, 1998. |
| CHN | A31 | Sasha Alyson, "Searching The Search Engines", Front Page, May 8, 1998. |
| CHN | A32 | Advertising Age-Interactive Daily Homepage, February 23, 1998, "Search Engine Startup To Auction Listings", obtained at the internet address http://www.adage.com/interactive/mdaily/index.html. |
| CHN | A33 | Brian McWilliams, PC World Online, February 23, 1998, "Search Engine To Sell Top Positions On Results Lists", obtained at the internet address http://www.pcworld.com/news/daily/data/0298/980223173204.html. |
| CHN | A34 | Jon Swatz, San Francisco Chronicle, February 23, 1998, "Browser Only Lists Paying Web Sites Critics Fear Approach Will Squeeze Out Most Small Internet Players", obtained at the internet address http://www.sfgate.com/cgi-bin/arti...le/archive/1998/02/21/BU102470.DTL |
| CHN | A35 | Nelson Wang, "Engines Battle Irrelevance of Results", obtained at the internet address http://www.internetworld.com/print/current/news/19980223-battle.html, February 23, 1998. |
| CHN | A36 | Search Engine Watch, February 21, 1998, "GoTo Sells Positions", obtained at the internet address http://www.searchenginewatch.com/news.html, February 23, 1998. |
| CHN | A37 | Jodi Mardesich, Mercury News Staff Writer, February 20, 1998, "Search Engine Charges Hit Sites", obtained at the internet address http://www.sjmercury.com/business/center/goto022198.htm, February 23, 1998. |
| CHN | A38 | Ken Glaser, OnlinePress com, "Who Will GoTo com?", February 20, 1998. |
| CHN | A39 | Jeff Pelline, Staff Writer, CNET News.com, February 19, 1998, "Pay-For-Placement Gets Another Shot", obtained at the internet address http://www.news.com/News/Item/0,4,19307,00.html, February 20, 1998 |
| CHN | A40 | The Wall Street Journal, "Going, Going ", April 2, 1998, p. B1. |
| CHN | A41 | David Coursey, "Coursey.com", March 18, 1998. |
| CHN | A42 | Don Clark, "Start-Up Plans Internet Search Service Tying Results To Advertising Spending", The Wall Street Journal, February 20, 1998 |
| CHN | A43 | Laurie J Flynn, "With GoTo com's Search Engine, The Highest Bidder Shall Be Ranked First", The New York Times, March 16, 1998, p C1 |
| CHN | A44 | Wyn Hilty, OCWeekly byte marks, "GoTo Hell", obtained at the internet address http://www.ocweekly.com/ink/archives/97/27byte-3.11 98-1.shtml , March 13, 1998. |
| CHN | A45 | Jodi Mardesich, "Web Site Operators Pay For Top Billing", The News – Herald (Willoughby, OH), March 2, 1998 |
| CHN | A46 | Laura Rich, Adweek Online IQ News Online, February 23, 1998, "New Search Engine Allows Sites to Pay Their Way to Top", obtained at the internet address http://www.adweek.com/iq/iqnews02.asp, February 23, 1998. |

| EXAMINER CUONG H. NGUYEN | DATE CONSIDERED 12/14/99 |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609, Draw line through citation if not in conformance and not considered Include copy of this form with next communication to applicant

Rev Feb -97
F:\COMMON\EKL\9623-112\FORM PTO-1449.doc

AUG 30 1999

GOG 31593

Page 3 of 4

| FORM PTO-1449 | | SERIAL NO. 09/322,677 | CASE NO. 9623/112 |
|---|---|---|---|
| LIST OF PATENTS AND PUBLICATIONS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT | | FILING DATE May 28, 1999 | GROUP ART UNIT 2771 |
| (use several sheets if necessary) | | APPLICANT(S): Davis, et al. | |

| EXAMINER INITIAL | | OTHER ART (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| CHN | A47 | Patricia Riedman, "Search Engine Startup To Auction Listings", Advertising Age Magazine, February 23, 1998, p. 34 |
| CHN | A48 | Steven Vonder Haar, ZDNet.com, February 19, 1998, "Searching For The Highest Bidder", obtained at the internet address http://www.zdnet.com/intweek/daily/980219i.html, February 23, 1998. |
| CHN | A49 | Nelson Wang, "Engines Battle Irrelevance of Results", Internet World, February 10, 1998, p. 1. |
| CHN | A50 | Interactive Week Magazine, Garden City, NY, May 25, 1998. |
| CHN | A51 | Jeff Pelline, Staff Writer, CNET News.com, February 18, 1998, "New Search Engine Goes Commercial", obtained at the internet address http://www.news.com/News/Item/0,4,19281,00.html, February 20, 1998 |
| CHN | A52 | Nick Wingfield, Staff Writer, CNET News.com, June 21, 1996, "Engine Sells Results, Draws Fire", obtained at the internet address http://www.news.com/News/Item/Textonly/0,25,1635,00.html, July 29, 1999. |
| CHN | A53 | Nick Wingfield, Staff Writer, CNET News.com, May 22, 1996, "Another Engine Takes Ads By The Click", obtained at the internet address http://www.news.com/News/Item/0,4,1387,00.html, July 29, 1999 |
| CHN | A54 | Rose Aguilar, Staff Writer, CNET News.com, April 29, 1996, "New Ad Model Charges By The Click", obtained at the internet address http://www.news.com/News/Item/0,4,1199,00.html, July 29, 1999. |
| CHN | A55 | Alex Lash, Staff Writer, CNET News.com, December 11, 1996, "Open Text Updates Tools", obtained at the internet address http://www.news.com/News/Item/0,4,6118,00.html, July 29, 1999. |
| CHN | A56 | "About SearchUP, Inc ", July 15, 1999, obtained at the internet address http://www.searchup.com/about.cfm |
| CHN | A57 | "Testimonials"., July 15, 1999, obtained at the internet address http://www.searchup.com/testimonials.cfm |
| CHN | A58 | "Benefits", July 15, 1999, obtained at the internet address http://www.searchup.com/benefits.cfm. |
| CHN | A59 | "Information", July 15, 1999, obtained at the internet address http://www.searchup.com/information.cfm |
| CHN | A60 | "Tips & Tricks", July 15, 1999, obtained at the internet address http://www.searchup.com/tipsandtricks.cfm. |
| CHN | A61 | Correspondence from Bryan Buck, President of SearchUp.com, July 7, 1999. |
| CHN | A62 | Saul Hansell "Alta Vista Invites Advertisers to Pay for Top Ranking", The New York Times, April 15, 1999, p C2 |
| CHN | A63 | Galore – Super Search Engine, May 21, 1999, obtained at the internet address http://www.galore.com/1/mainframe.shtml. |
| CHN | A64 | hitsgalore.com Search Engine, May 21, 1999, obtained at the internet address http://www.hitsgalore.com |
| CHN | A65 | I Seek It "The Next Generation Search Engine", May 21, 1999, obtained at the internet address http://www.iseekit.com |

| EXAMINER CUONG H. NGUYEN | DATE CONSIDERED 12/14/99 |
|---|---|

EXAMINER Initial if reference considered, whether or not citation is in conformance with MPEP 609, Draw line through citation if not in conformance and not considered Include copy of this form with next communication to applicant

Rev Feb -97
F:\COMMON\EKL\9623-112\FORM PTO-1449 doc

GOG 31594

|  |  | Page 4 of 4 |
|---|---|---|
| FORM PTO-1449 | SERIAL NO. 09/322,677 | CASE NO. 9623/112 |
| LIST OF PATENTS AND PUBLICATIONS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT | FILING DATE May 28, 1999 | GROUP ART UNIT 2771 |
| (use several sheets if necessary) | APPLICANT(S): Davis, et al. | |

| EXAMINER INITIAL | | OTHER ART (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| CHN | A66 | Correspondence from Emilia F Cannella to Robert Brahms, CEO of BeFirst Internet Corporation regarding findwhat.com, July 20, 1999 |
| CHN | A67 | Correspondence from Emilia F Cannella to Michael Melcher, MC Services regarding SearchUP.com, July 1, 1999. |
| CHN | A68 | Correspondence from Emilia F Cannella to Robert G. Schuler, Esq., Kegler, Brown, Hill & Ritter regarding iseekit.com, July 1, 1999 |
| CHN | A69 | Correspondence from Emilia F. Cannella to Andrew Conru, Vote Publishing regarding galore.com, June 30, 1999 |
| CHN | A70 | SearchUP com – Internet Directory, Automated Bid Placement System, obtained at the internet address http://www.searchup.com/search.cfm, August 25, 1999. |
| CHN | A71 | SearchUP URL Position Manager, obtained at the internet address https //www securearea.net/searchup/login.cfm, August 25, 1999. |
| CHN | A72 | SearchUP URL Position Manager, obtained at the internet address https //www.securearea net/searchup/newaccount cfm, August 25, 1999. |
| CHN | A73 | SearchUP URL Position Manager, obtained at the internet address https://www securearea.net/getaccount/login.cfm, August 25, 1999. |
| CHN | A74 | Correspondence from Emilia F. Cannella to Mr. D Reed, Reports Galore, regarding hitsgalore.com, June 30, 1999. |
| CHN | A75 | "Improve Your Ranking", Karen L Miller, Home Office Computer, v16, n1, p51(2) Jan, 1998. |
| CHN | A76 | "Help for Getting the Word Out About Web Sites", Jeff Frentzen, PC Week, v14, n46, p27(1), Nov 3, 1997 |



| EXAMINER   CUONG  H. NGUYEN | DATE CONSIDERED   12/14/99 |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609, Draw line through citation if not in conformance and not considered Include copy of this form with next communication to applicant

Rev Feb -97
F:\COMMON\EKL\9623-112\FORM PTO-1449 doc

GOG 31595

| | | SERIAL NO. 09/322,677 | | CASE NO. 9623/112 |
|---|---|---|---|---|
| FORM PTO-1449 | | | | |
| LIST OF PATENTS AND PUBLICATIONS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT | | FILING DATE May 28, 1999 | | GROUP ART UNIT 2764  2771 |
| (use several sheets if necessary) | | APPLICANT(S): Davis, et al. | | |

REFERENCE DESIGNATION    U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS/ SUBCLASS | FILING DATE |
|---|---|---|---|---|---|---|
| CHN | A1 | 5,717,923 | 02/10/98 | Dedrick | 396/613 | 11/03/94 |
| CHN | A2 | 5,724,424 | 03/03/98 | Gifford | 380/24 | 11/29/95 |
| CHN | A3 | 5,724,521 | 03/03/98 | Dedrick | 395/226 | 11/03/94 |
| CHN | A4 | 5,752,238 | 05/12/98 | Dedrick | 705/14 | 11/03/94 |
| CHN | A5 | 5,768,521 | 06/16/98 | Dedrick | 395/226 | 02/02/96 |
| CHN | A6 | 5,794,210 | 08/11/98 | Goldhaber, et al. | 705/14 | 12/11/95 |
| CHN | A7 | 5,826,241 | 10/20/98 | Stein, et al. | 705/26 | 09/16/94 |
| CHN | A8 | 5,848,397 | 12/08/98 | Marsh, et al. | 705/14 | 04/19/96 |
| CHN | A9 | 5,848,407 | 12/08/98 | Ishikawa, et al. | 707/2 | 05/22/97 |
| CHN | A10 | 5,852,820 | 12/22/98 | Burrows | 707/2 | 08/09/96 |
| CHN | A11 | 5,855,008 | 12/29/98 | Goldhaber, et al. | 705/14 | 08/28/97 |
| CHN | A12 | 5,864,845 | 01/26/99 | Voorhees, et al. | 707/5 | 06/28/96 |
| CHN | A13 | 5,864,846 | 01/26/99 | Voorhees, et al. | 707/5 | 06/28/96 |
| CHN | A14 | 5,918,014 | 06/29/99 | Robinson | 395/200.49 | 12/26/96 |
| CHN | A15 | 5,920,854 | 07/06/99 | Kirsch, et al. | 707/3 | 08/14/96 |
| CHN | A16 | 5,920,859 | 07/06/99 | Li | 707/5 | 02/05/97 |

FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS/ SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| | A17 | | | | | | |
| | A18 | | | | | | |
| | A19 | | | | | | |
| | A20 | | | | | | |
| | A21 | | | | | | |

| EXAMINER INITIAL | | OTHER ART (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| CHN | A22 | Jeffrey Brewer, ClickZ Today, August 18, 1998, "Pay-For-Performance: Creating More And Better Value", obtained at the Internet address http://www.clickz.com, August 18, 1998. |
| CHN | A23 | Jesse Berst, ZDNet, August 17, 1998, "Search Sites' Shocking Secret", obtained at the internet address http://www.zdnet.com/anchordesk/story/story_2432.html, August 17, 1998. |
| CHN | A24 | Sara Fisher, "Budding Internet Firm Finds Niche in Satisfaction", L.A. Business Journal, August 10, 1998. |
| CHN | A25 | "Disclosure Rules", The Industry Standard – The Newsmagazine of the Internet Economy, August 10, 1998. |
| | A26 | G. David Doran, "Pay to Play", Entrepreneur, July 1998, p. 18. |
| EXAMINER CUONG H. NGUYEN | | DATE CONSIDERED 12/14/99 |

EXAMINER. Initial if reference considered, whether or not citation is in conformance with MPEP 609, Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Rev. Nov. 98
F:\COMMON\EKL\9623-112\FORM PTO-1449.doc

**GOG 31596**

Page 2 of 4

| FORM PTO-1449 | SERIAL NO. 09/322,677 | CASE NO. 9623/112 |
|---|---|---|
| LIST OF PATENTS AND PUBLICATIONS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT | FILING DATE May 28, 1999 | GROUP ART UNIT 2771 2165 |
| (use several sheets if necessary) | APPLICANT(S): Davis, et al. | |

| EXAMINER INITIAL | | OTHER ART (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| CHN | A27 | Advertising Age-Interactive Daily Homepage; obtained at the internet address http://www.adage.com/interactive/daily/index.html, June 8, 1998. |
| CHN | A28 | Kim Komando, "With About 320 Million Sites, Search Engines Offer Some Help", copyright 1998, Los Angeles Times Syndication. |
| CHN | A29 | Margot Williams, "How To Ease Your Online Searches", Lansing State Journal, June 1, 1998. |
| CHN | A30 | "GoTo.com Gets Venture Funding", Internet World Magazine, June 1, 1998. |
| CHN | A31 | Sasha Alyson, "Searching The Search Engines", Front Page, May 8, 1998. |
| CHN | A32 | Advertising Age-Interactive Daily Homepage, February 23, 1998, "Search Engine Startup To Auction Listings", obtained at the internet address http://www.adage.com/interactive/mdaily/index.html. |
| CHN | A33 | Brian McWilliams, PC World Online, February 23, 1998, "Search Engine To Sell Top Positions On Results Lists", obtained at the internet address http://www.pcworld.com/news/daily/data/0298/9880223173204.html. |
| CHN | A34 | Jon Swatz, San Francisco Chronicle, February 23, 1998, "Browser Only Lists Paying Web Sites Critics Fear Approach Will Squeeze Out Most Small Internet Players", obtained at the internet address http://www.sfgate.com/cgi-bin/arti...le/archive/1998/02/21/BU102470.DTL. |
| CHN | A35 | Nelson Wang, "Engines Battle Irrelevance of Results", obtained at the internet address http://www.internetworld.com/print/current/news/19980223-battle.html, February 23, 1998. |
| CHN | A36 | Search Engine Watch, February 21, 1998, "GoTo Sells Positions", obtained at the internet address http://www.searchenginewatch.com/news.html, February 23, 1998. |
| CHN | A37 | Jodi Mardesich, Mercury News Staff Writer, February 20, 1998, "Search Engine Charges Hit Sites", obtained at the internet address http://www.sjmercury.com/business/center/goto022198.htm, February 23, 1998. |
| CHN | A38 | Ken Glaser, OnlinePress.com, "Who Will GoTo.com?", February 20, 1998. |
| CHN | A39 | Jeff Pelline, Staff Writer, CNET News.com, February 19, 1998, "Pay-For-Placement Gets Another Shot", obtained at the internet address http://www.news.com/News/Item/0,4,19307,00.html, February 20, 1998. |
| CHN | A40 | The Wall Street Journal, "Going, Going...", April 2, 1998, p. B1. |
| CHN | A41 | David Coursey, "Coursey.com", March 18, 1998. |
| CHN | A42 | Don Clark, "Start-Up Plans Internet Search Service Tying Results To Advertising Spending", The Wall Street Journal, February 20, 1998. |
| CHN | A43 | Laurie J. Flynn, "With GoTo.com's Search Engine, The Highest Bidder Shall Be Ranked First", The New York Times, March 16, 1998, p. C1. |
| CHN | A44 | Wyn Hilty, OCWeekly byte marks, "GoTo.Hell", obtained at the internet address http://www.ocweekly.com/ink/archives/97/27byte-3.11.98-1.shtml., March 13, 1998. |
| CHN | A45 | Jodi Mardesich, "Web Site Operators Pay For Top Billing", The News – Herald (Willoughby, OH), March 2, 1998. |
| CHN | A46 | Laura Rich, Adweek Online IQ News Online, February 23, 1998, "New Search Engine Allows Sites to Pay Their Way to Top", obtained at the internet address http://www.adweek.com/iq/iqnews02.asp, February 23, 1998. |

| EXAMINER CUONG H. NGUYEN | DATE CONSIDERED 12/14/99 |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Rev. Feb.-97
F:\COMMON\EKL\9623-112\FORM PTO-1449.doc

AUG 30 1999
PATENT & TRADEMARK OFFICE

GOG 31597

Page 3 of 4

| FORM PTO-1449 | | SERIAL NO. 09/322,677 | CASE NO. 9623/112 |
|---|---|---|---|
| LIST OF PATENTS AND PUBLICATIONS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT | | FILING DATE May 28, 1999 | GROUP ART UNIT 2771 2765 |
| (use several sheets if necessary) | | APPLICANT(S): Davis, et al. | |

| EXAMINER INITIAL | | OTHER ART (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| CHN | A47 | Patricia Riedman, "Search Engine Startup To Auction Listings", Advertising Age Magazine, February 23, 1998, p. 34. |
| CHN | A48 | Steven Vonder Haar, ZDNet.com, February 19, 1998, "Searching For The Highest Bidder", obtained at the internet address http://www.zdnet.com/intweek/daily/980219i.html, February 23, 1998. |
| CHN | A49 | Nelson Wang, "Engines Battle Irrelevance of Results", Internet World, February 10, 1998, p. 1. |
| CHN | A50 | Interactive Week Magazine, Garden City, NY, May 25, 1998. |
| CHN | A51 | Jeff Pelline, Staff Writer, CNET News.com, February 18, 1998, "New Search Engine Goes Commercial", obtained at the internet address http://www.news.com/News/Item/0,4,19281,00.html, February 20, 1998. |
| CHN | A52 | Nick Wingfield, Staff Writer, CNET News.com, June 21, 1996, "Engine Sells Results, Draws Fire", obtained at the internet address http://www.news.com/News/Item/Textonly/0,25,1635,00.html, July 29, 1999. |
| CHN | A53 | Nick Wingfield, Staff Writer, CNET News.com, May 22, 1996, "Another Engine Takes Ads By The Click", obtained at the internet address http://www.news.com/News/Item/0,4,1387,00.html, July 29, 1999. |
| CHN | A54 | Rose Aguilar, Staff Writer, CNET News.com, April 29, 1996, "New Ad Model Charges By The Click", obtained at the internet address http://www.news.com/News/Item/0,4,1199,00.html, July 29, 1999. |
| CHN | A55 | Alex Lash, Staff Writer, CNET News.com, December 11, 1996, "Open Text Updates Tools", obtained at the internet address http://www.news.com/News/Item/0,4,6118,00.html, July 29, 1999. |
| CHN | A56 | "About SearchUP, Inc.", July 15, 1999, obtained at the internet address http://www.searchup.com/about.cfm. |
| CHN | A57 | "Testimonials"., July 15, 1999, obtained at the internet address http://www.searchup.com/testimonials.cfm. |
| CHN | A58 | "Benefits", July 15, 1999, obtained at the internet address http://www.searchup.com/benefits.cfm. |
| CHN | A59 | "Information", July 15, 1999, obtained at the internet address http://www.searchup.com/information.cfm. |
| CHN | A60 | "Tips & Tricks", July 15, 1999, obtained at the internet address http://www.searchup.com/tipsandtricks.cfm. |
| CHN | A61 | Correspondence from Bryan Buck, President of SearchUp.com, July 7, 1999. |
| CHN | A62 | Saul Hansell "Alta Vista Invites Advertisers to Pay for Top Ranking", The New York Times, April 15, 1999, p. C2 |
| CHN | A63 | Galore – Super Search Engine, May 21, 1999, obtained at the internet address http://www.galore.com/1/mainframe.shtml. |
| CHN | A64 | hitsgalore.com Search Engine, May 21, 1999, obtained at the internet address http://www.hitsgalore.com |
| CHN | A65 | I Seek It "The Next Generation Search Engine", May 21, 1999, obtained at the internet address http://www.iseekit.com. |

| EXAMINER CUONG H. NGUYEN | DATE CONSIDERED 12/14/99 |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Rev. Feb.-97
F:\COMMON\EKL\9623-112\FORM PTO-1449.doc

GOG 31598

Page 4 of 4

| FORM PTO-1449 | | | SERIAL NO. 09/322,677 | CASE NO. 9623/112 |
|---|---|---|---|---|
| LIST OF PATENTS AND PUBLICATIONS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT | | | FILING DATE May 28, 1999 | GROUP ART UNIT ~~2771~~ 2165 |
| (use several sheets if necessary) | | | APPLICANT(S): Davis, et al. | |

| EXAMINER INITIAL | | OTHER ART (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| CHN | A66 | Correspondence from Emilia F. Cannella to Robert Brahms, CEO of BeFirst Internet Corporation regarding findwhat.com, July 20, 1999. |
| CHN | A67 | Correspondence from Emilia F. Cannella to Michael Melcher, MC Services regarding SearchUP.com, July 1, 1999. |
| CHN | A68 | Correspondence from Emilia F. Cannella to Robert G. Schuler, Esq., Kegler, Brown, Hill & Ritter regarding iseekit.com, July 1, 1999. |
| CHN | A69 | Correspondence from Emilia F. Cannella to Andrew Conru, Vote Publishing regarding galore.com, June 30, 1999. |
| CHN | A70 | SearchUP.com – Internet Directory, Automated Bid Placement System, obtained at the internet address http://www.searchup.com/search.cfm, August 25, 1999. |
| CHN | A71 | SearchUP: URL Position Manager, obtained at the internet address https://www.securearea.net/searchup/login.cfm, August 25, 1999. |
| CHN | A72 | SearchUP: URL Position Manager, obtained at the internet address https://www.securearea.net/searchup/newaccount.cfm, August 25, 1999. |
| CHN | A73 | SearchUP: URL Position Manager, obtained at the internet address https://www.securearea.net/getaccount/login.cfm, August 25, 1999. |
| CHN | A74 | Correspondence from Emilia F. Cannella to Mr. D. Reed, Reports Galore, regarding hitsgalore.com, June 30, 1999. |
| CHN | A75 | "Improve Your Ranking", Karen L. Miller, Home Office Computer, v16, n1, p51(2) Jan. 1998. |
| CHN | A76 | "Help for Getting the Word Out About Web Sites", Jeff Frentzen, PC Week, v14, n46, p27(1), Nov. 3, 1997. |



| EXAMINER  CUONG  H.  NGUYEN | DATE CONSIDERED  12/14/99 |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Rev. Feb.-97
F:\COMMON\EKL\9623-112\FORM PTO-1449.doc

GOG 31599

| FORM PTO | | | SERIAL NO. 09/322,677 | | CASE NO. 9623/112 | |
|---|---|---|---|---|---|---|
| LIST OF PATENTS AND PUBLICATIONS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT | | | FILING DATE May 28, 1999 | | GROUP ART UNIT 2764 | |
| (use several sheets if necessary) | | | APPLICANT(S): Davis, et al. | | | |

REFERENCE DESIGNATION        U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS/ SUBCLASS | FILING DATE |
|---|---|---|---|---|---|---|
| CHN | A1 | 5,717,923 | 02/10/98 | Dedrick | 396/613 | 11/03/94 |
| CHN | A2 | 5,724,424 | 03/03/98 | Gifford | 380/24 | 11/29/95 |
| CHN | A3 | 5,724,521 | 03/03/98 | Dedrick | 395/226 | 11/03/94 |
| CHN | A4 | 5,752,238 | 05/12/98 | Dedrick | 705/14 | 11/03/94 |
| CHN | A5 | 5,768,521 | 06/16/98 | Dedrick | 395/226 | 02/02/96 |
| CHN | A6 | 5,794,210 | 08/11/98 | Goldhaber, et al | 705/14 | 12/11/95 |
| CHN | A7 | 5,826,241 | 10/20/98 | Stein, et al. | 705/26 | 09/16/94 |
| CHN | A8 | 5,848,397 | 12/08/98 | Marsh, et al | 705/14 | 04/19/96 |
| CHN | A9 | 5,848,407 | 12/08/98 | Ishikawa, et al. | 707/2 | 05/22/97 |
| CHN | A10 | 5,852,820 | 12/22/98 | Burrows | 707/2 | 08/09/96 |
| CHN | A11 | 5,855,008 | 12/29/98 | Goldhaber, et al. | 705/14 | 08/28/97 |
| CHN | A12 | 5,864,845 | 01/26/99 | Voorhees, et al. | 707/5 | 06/28/96 |
| CHN | A13 | 5,864,846 | 01/26/99 | Voorhees, et al | 707/5 | 06/28/96 |
| CHN | A14 | 5,918,014 | 06/29/99 | Robinson | 395/200.49 | 12/26/96 |
| CHN | A15 | 5,920,854 | 07/06/99 | Kirsch, et al. | 707/3 | 08/14/96 |
| CHN | A16 | 5,920,859 | 07/06/99 | Li | 707/5 | 02/05/97 |

FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS/ SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| | A17 | | | | | | |
| | A18 | | | | | | |
| | A19 | | | | | | |
| | A20 | | | | | | |
| | A21 | | | | | | |

| EXAMINER INITIAL | | OTHER ART (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| CHN | A22 | Jeffrey Brewer, ClickZ Today, August 18, 1998, "Pay-For-Performance: Creating More And Better Value", obtained at the internet address http://www.clickz.com, August 18, 1998. |
| CHN | A23 | Jesse Berst, ZDNet, August 17, 1998, "Search Sites' Shocking Secret", obtained at the internet address http://www.zdnet.com/anchordesk/story/story_2432.html, August 17, 1998. |
| CHN | A24 | Sara Fisher, "Budding Internet Firm Finds Niche in Satisfaction", L.A. Business Journal, August 10, 1998. |
| CHN | A25 | "Disclosure Rules", The Industry Standard – The Newsmagazine of the Internet Economy, August 10, 1998. |
| | A26 | G. David Doran, "Pay to Play", Entrepreneur, July 1998, p. 18. |
| EXAMINER CUONG H. NGUYEN | | DATE CONSIDERED 12/14/99 |

EXAMINER Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant

Rev. Nov. 98
F:\COMMON\EKL\9623-112\FORM PTO-1449.doc

GOG 31600

Page 2 of 4

| FORM PTO-1449 | | SERIAL NO. 09/322,677 | CASE NO. 9623/112 |
|---|---|---|---|
| LIST OF PATENTS AND PUBLICATIONS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT | | FILING DATE May 28, 1999 | GROUP ART UNIT ~~2771~~ 2165 |
| (use several sheets if necessary) | | APPLICANT(S): Davis, et al. | |

| EXAMINER INITIAL | | OTHER ART (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| CHN | A27 | Advertising Age-Interactive Daily Homepage; obtained at the internet address http://www.adage.com/interactive/daily/index.html, June 8, 1998. |
| CHN | A28 | Kim Komando, "With About 320 Million Sites, Search Engines Offer Some Help", copyright 1998, Los Angeles Times Syndication |
| CHN | A29 | Margot Williams, "How To Ease Your Online Searches", Lansing State Journal, June 1, 1998. |
| CHN | A30 | "GoTo.com Gets Venture Funding", Internet World Magazine, June 1, 1998. |
| CHN | A31 | Sasha Alyson, "Searching The Search Engines", Front Page, May 8, 1998. |
| CHN | A32 | Advertising Age-Interactive Daily Homepage, February 23, 1998, "Search Engine Startup To Auction Listings", obtained at the internet address http://www.adage.com/interactive/mdaily/index.html. |
| CHN | A33 | Brian McWilliams, PC World Online, February 23, 1998, "Search Engine To Sell Top Positions On Results Lists", obtained at the internet address http://www.pcworld.com/news/daily/data/0298/9880223173204.html. |
| CHN | A34 | Jon Swatz, San Francisco Chronicle, February 23, 1998, "Browser Only Lists Paying Web Sites Critics Fear Approach Will Squeeze Out Most Small Internet Players", obtained at the internet address http://www.sfgate.com/cgi-bin/arti...le/archive/1998/02/21/BU102470.DTL |
| CHN | A35 | Nelson Wang, "Engines Battle Irrelevance of Results", obtained at the internet address http://www.internetworld.com/print/current/news/19980223-battle.html, February 23, 1998 |
| CHN | A36 | Search Engine Watch, February 21, 1998, "GoTo Sells Positions", obtained at the internet address http://www.searchenginewatch.com/news.html, February 23, 1998. |
| CHN | A37 | Jodi Mardesich, Mercury News Staff Writer, February 20, 1998, "Search Engine Charges Hit Sites", obtained at the internet address http://www.sjmercury.com/business/center/goto022198.htm, February 23, 1998. |
| CHN | A38 | Ken Glaser, OnlinePress.com, "Who Will GoTo.com?", February 20, 1998. |
| CHN | A39 | Jeff Pelline, Staff Writer, CNET News.com, February 19, 1998, "Pay-For-Placement Gets Another Shot", obtained at the internet address http://www.news.com/News/Item/0,4,19307,00.html, February 20, 1998 |
| CHN | A40 | The Wall Street Journal, "Going, Going...", April 2, 1998, p. B1. |
| CHN | A41 | David Coursey, "Coursey.com", March 18, 1998. |
| CHN | A42 | Don Clark, "Start-Up Plans Internet Search Service Tying Results To Advertising Spending", The Wall Street Journal, February 20, 1998. |
| CHN | A43 | Laurie J. Flynn, "With GoTo.com's Search Engine, The Highest Bidder Shall Be Ranked First", The New York Times, March 16, 1998, p. C1. |
| CHN | A44 | Wyn Hilty, OCWeekly byte marks, "GoTo.Hell", obtained at the internet address http://www.ocweekly.com/ink/archives/97/27byte-3 11 98-1.shtml., March 13, 1998. |
| CHN | A45 | Jodi Mardesich, "Web Site Operators Pay For Top Billing", The News – Herald (Willoughby, OH), March 2, 1998. |
| CHN | A46 | Laura Rich, Adweek Online IQ News Online, February 23, 1998, "New Search Engine Allows Sites to Pay Their Way to Top", obtained at the internet address http://www.adweek.com/iq/iqnews02.asp, February 23, 1998. |

| EXAMINER | CUONG H. NGUYEN | DATE CONSIDERED | 12/14/99 |
|---|---|---|---|

EXAMINER. Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Rev Feb -97
F:\COMMON\EKL\9623-112\FORM PTO-1449.doc

GOG 31601

Page 3 of 4

| FORM PTO-1449 | | | SERIAL NO. 09/322,677 | CASE NO. 9623/112 |
|---|---|---|---|---|
| LIST OF PATENTS AND PUBLICATIONS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT | | | FILING DATE May 28, 1999 | GROUP ART UNIT 2765 |
| (use several sheets if necessary) | | | APPLICANT(S): Davis, et al. | |

| EXAMINER INITIAL | | OTHER ART (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| CHN | A47 | Patricia Riedman, "Search Engine Startup To Auction Listings", Advertising Age Magazine, February 23, 1998, p. 34. |
| CHN | A48 | Steven Vonder Haar, ZDNet.com, February 19, 1998, "Searching For The Highest Bidder", obtained at the internet address http://www.zdnet.com/intweek/daily/980219i.html, February 23, 1998. |
| CHN | A49 | Nelson Wang, "Engines Battle Irrelevance of Results", Internet World, February 10, 1998, p. 1. |
| CHN | A50 | Interactive Week Magazine, Garden City, NY, May 25, 1998. |
| CHN | A51 | Jeff Pelline, Staff Writer, CNET News.com, February 18, 1998, "New Search Engine Goes Commercial", obtained at the internet address http://www.news.com/News/Item/0,4,19281,00.html, February 20, 1998. |
| CHN | A52 | Nick Wingfield, Staff Writer, CNET News.com, June 21, 1996, "Engine Sells Results, Draws Fire", obtained at the internet address http://www.news.com/News/Item/Textonly/0,25,1635,00.html, July 29, 1999. |
| CHN | A53 | Nick Wingfield, Staff Writer, CNET News.com, May 22, 1996, "Another Engine Takes Ads By The Click", obtained at the internet address http://www.news.com/News/Item/0,4,1387,00.html, July 29, 1999. |
| CHN | A54 | Rose Aguilar, Staff Writer, CNET News.com, April 29, 1996, "New Ad Model Charges By The Click", obtained at the internet address http://www.news.com/News/Item/0,4,1199,00.html, July 29, 1999. |
| CHN | A55 | Alex Lash, Staff Writer, CNET News.com, December 11, 1996, "Open Text Updates Tools", obtained at the internet address http://www.news.com/News/Item/0,4,6118,00.html, July 29, 1999. |
| CHN | A56 | "About SearchUP, Inc.", July 15, 1999, obtained at the internet address http://www.searchup.com/about.cfm |
| CHN | A57 | "Testimonials", July 15, 1999, obtained at the internet address http://www.searchup.com/testimonials.cfm. |
| CHN | A58 | "Benefits", July 15, 1999, obtained at the internet address http://www.searchup.com/benefits.cfm. |
| CHN | A59 | "Information", July 15, 1999, obtained at the internet address http://www.searchup.com/information.cfm. |
| CHN | A60 | "Tips & Tricks", July 15, 1999, obtained at the internet address http://www.searchup.com/tipsandtricks.cfm. |
| CHN | A61 | Correspondence from Bryan Buck, President of SearchUp.com, July 7, 1999. |
| CHN | A62 | Saul Hansell "Alta Vista Invites Advertisers to Pay for Top Ranking", The New York Times, April 15, 1999, p. C2 |
| CHN | A63 | Galore – Super Search Engine, May 21, 1999, obtained at the internet address http://www.galore.com/1/mainframe.shtml. |
| CHN | A64 | hitsgalore.com Search Engine, May 21, 1999, obtained at the internet address http://www.hitsgalore.com |
| CHN | A65 | I Seek It "The Next Generation Search Engine", May 21, 1999, obtained at the internet address http://www.iseekit.com. |

| EXAMINER CUONG H. NGUYEN | DATE CONSIDERED 12/14/99 |
|---|---|

EXAMINER Initial if reference considered, whether or not citation is in conformance with MPEP 609, Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Rev Feb-97
F:\COMMON\EKL\9623-112\FORM PTO-1449.doc

GOG 31602

| | | Page 4 of 4 |
|---|---|---|
| FORM PTO-1449 | SERIAL NO. 09/322,677 | CASE NO. 9623/112 |
| LIST OF PATENTS AND PUBLICATIONS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT | FILING DATE May 28, 1999 | GROUP ART UNIT 2771 2165 |
| (use several sheets if necessary) | APPLICANT(S): Davis, et al. | |

| EXAMINER INITIAL | | OTHER ART (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| CHN | A66 | Correspondence from Emilia F. Cannella to Robert Brahms, CEO of BeFirst Internet Corporation regarding findwhat.com, July 20, 1999. |
| CHN | A67 | Correspondence from Emilia F. Cannella to Michael Melcher, MC Services regarding SearchUP.com, July 1, 1999. |
| CHN | A68 | Correspondence from Emilia F. Cannella to Robert G. Schuler, Esq., Kegler, Brown, Hill & Ritter regarding iseekit.com, July 1, 1999. |
| CHN | A69 | Correspondence from Emilia F. Cannella to Andrew Conru, Vote Publishing regarding galore.com, June 30, 1999. |
| CHN | A70 | SearchUP.com – Internet Directory, Automated Bid Placement System, obtained at the internet address http://www.searchup.com/search.cfm, August 25, 1999. |
| CHN | A71 | SearchUP: URL Position Manager, obtained at the internet address https://www.securearea.net/searchup/login.cfm, August 25, 1999. |
| CHN | A72 | SearchUP: URL Position Manager, obtained at the internet address https://www.securearea.net/searchup/newaccount.cfm, August 25, 1999. |
| CHN | A73 | SearchUP: URL Position Manager, obtained at the internet address https://www.securearea.net/getaccount/login.cfm, August 25, 1999. |
| CHN | A74 | Correspondence from Emilia F. Cannella to Mr. D. Reed, Reports Galore, regarding hitsgalore.com, June 30, 1999. |
| CHN | A75 | "Improve Your Ranking", Karen L. Miller, Home Office Computer, v16, n1, p51(2) Jan, 1998. |
| CHN | A76 | "Help for Getting the Word Out About Web Sites", Jeff Frentzen, PC Week, v14, n46, p27(1), Nov. 3, 1997 |



| EXAMINER   CUONG   H.   NGUYEN | DATE CONSIDERED   12/14/99 |
|---|---|

EXAMINER. Initial if reference considered, whether or not citation is in conformance with MPEP 609, Draw line through citation if not in conformance and not considered Include copy of this form with next communication to applicant

Rev. Feb -97
F:\COMMON\EKL\9623-112\FORM PTO-1449 doc

GOG 31603



| FORM PTO-1449 | | | SERIAL NO. 09/322,677 | | CASE NO. 9623/112 |
|---|---|---|---|---|---|
| LIST OF PATENTS AND PUBLICATIONS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT | | | FILING DATE May 28, 1999 | | GROUP ART UNIT 2764 2771 |
| (use several sheets if necessary) | | | APPLICANT(S): Davis, et al. | | |

REFERENCE DESIGNATION    U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS/ SUBCLASS | FILING DATE |
|---|---|---|---|---|---|---|
| CHN | A1 | 5,717,923 | 02/10/98 | Dedrick | ~~306/613~~ 705/26 | 11/03/94 |
| CHN | A2 | 5,724,424 | 03/03/98 | Gifford | ~~380/24~~ 705/49 | 11/29/95 |
| CHN | A3 | 5,724,521 | 03/03/98 | Dedrick | ~~395/226~~ 705/26 | 11/03/94 |
| CHN | A4 | 5,752,238 | 05/12/98 | Dedrick | 705/14 | 11/03/94 |
| CHN | A5 | 5,768,521 | 06/16/98 | Dedrick | ~~395/226~~ 705/32 | 02/02/96 |
| CHN | A6 | 5,794,210 | 08/11/98 | Goldhaber, et al. | 705/14 | 12/11/95 |
| CHN | A7 | 5,826,241 | 10/20/98 | Stein, et al. | 705/26 | 09/16/94 |
| CHN | A8 | 5,848,397 | 12/08/98 | Marsh, et al. | 705/14 | 04/19/96 |
| CHN | A9 | 5,848,407 | 12/08/98 | Ishikawa, et al. | 707/2 | 05/22/97 |
| CHN | A10 | 5,852,820 | 12/22/98 | Burrows | 707/2 | 08/09/96 |
| CHN | A11 | 5,855,008 | 12/29/98 | Goldhaber, et al. | 705/14 | 08/28/97 |
| CHN | A12 | 5,864,845 | 01/26/99 | Voorhees, et al. | 707/5 | 06/28/96 |
| CHN | A13 | 5,864,846 | 01/26/99 | Voorhees, et al. | 707/5 | 06/28/96 |
| CHN | A14 | 5,918,014 | 06/29/99 | Robinson 709/219 | ~~395/200.49~~ | 12/26/96 |
| CHN | A15 | 5,920,854 | 07/06/99 | Kirsch, et al. | 707/3 | 08/14/96 |
| CHN | A16 | 5,920,859 | 07/06/99 | Li | 707/5 | 02/05/97 |

FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS/ SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| | A17 | | | | | | |
| | A18 | | | | | | |
| | A19 | | | | | | |
| | A20 | | | | | | |
| | A21 | | | | | | |

| EXAMINER INITIAL | | OTHER ART (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| CHN | A22 | Jeffrey Brewer, ClickZ Today, August 18, 1998, "Pay-For-Performance: Creating More And Better Value", obtained at the internet address http://www.clickz.com, August 18, 1998. |
| CHN | A23 | Jesse Berst, ZDNet, August 17, 1998, "Search Sites' Shocking Secret", obtained at the internet address http://www.zdnet.com/anchordesk/story/story_2432.html, August 17, 1998. |
| CHN | A24 | Sara Fisher, "Budding Internet Firm Finds Niche in Satisfaction", L.A. Business Journal, August 10, 1998. |
| CHN | A25 | "Disclosure Rules", The Industry Standard – The Newsmagazine of the Internet Economy, August 10, 1998. |
| | A26 | G. David Doran, "Pay to Play", Entrepreneur, July 1998, p. 18. |
| EXAMINER CUONG H. NGUYEN | | DATE CONSIDERED 12/14/99 |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Rev Nov. 98
F:\COMMON\EKL\9623-112\FORM PTO-1449.doc

GOG 31604

Page 2 of 4

| FORM PTO-1449 | | SERIAL NO. 09/322,677 | CASE NO. 9623/112 |
|---|---|---|---|
| LIST OF PATENTS AND PUBLICATIONS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT | | FILING DATE May 28, 1999 | GROUP ART UNIT 2771 2165 |
| (use several sheets if necessary) | | APPLICANT(S): Davis, et al. | |

| EXAMINER INITIAL | | OTHER ART (Including Author, Title, Date, Pertinent Pages, etc.) | |
|---|---|---|---|
| CHN | A27 | Advertising Age-Interactive Daily Homepage; obtained at the internet address http://www.adage.com/interactive/daily/index.html, June 8, 1998. | O |
| CHN | A28 | Kim Komando, "With About 320 Million Sites, Search Engines Offer Some Help", copyright 1998, Los Angeles Times Syndication. | O |
| CHN | A29 | Margot Williams, "How To Ease Your Online Searches", Lansing State Journal, June 1, 1998. | O |
| CHN | A30 | "GoTo.com Gets Venture Funding", Internet World Magazine, June 1, 1998. | O |
| CHN | A31 | Sasha Alyson, "Searching The Search Engines", Front Page, May 8, 1998. | J |
| CHN | A32 | Advertising Age-Interactive Daily Homepage, February 23, 1998, "Search Engine Startup To Auction Listings", obtained at the internet address http://www.adage.com/interactive/mdaily/index.html. | O |
| CHN | A33 | Brian McWilliams, PC World Online, February 23, 1998, "Search Engine To Sell Top Positions On Results Lists", obtained at the internet address http://www.pcworld.com/news/daily/data/0298/9880223173204.html. | J |
| CHN | A34 | Jon Swatz, San Francisco Chronicle, February 23, 1998, "Browser Only Lists Paying Web Sites Critics Fear Approach Will Squeeze Out Most Small Internet Players", obtained at the internet address http://www.sfgate.com/cgi-bin/arti...le/archive/1998/02/21/BU102470.DTL | O |
| CHN | A35 | Nelson Wang, "Engines Battle Irrelevance of Results", obtained at the internet address http://www.internetworld.com/print/current/news/19980223-battle.html, February 23, 1998. | J |
| CHN | A36 | Search Engine Watch, February 21, 1998, "GoTo Sells Positions", obtained at the internet address http://www.searchenginewatch.com/news.html, February 23, 1998. | O |
| CHN | A37 | Jodi Mardesich, Mercury News Staff Writer, February 20, 1998, "Search Engine Charges Hit Sites", obtained at the internet address http://www.sjmercury.com/business/center/goto022198.htm, February 23, 1998. | J |
| CHN | A38 | Ken Glaser, OnlinePress.com, "Who Will GoTo.com?", February 20, 1998. | v |
| CHN | A39 | Jeff Pelline, Staff Writer, CNET News.com, February 19, 1998, "Pay-For-Placement Gets Another Shot", obtained at the internet address http://www.news.com/News/Item/0,4,19307,00.html, February 20, 1998. | J |
| CHN | A40 | The Wall Street Journal, "Going, Going...", April 2, 1998, p. B1. | V |
| CHN | A41 | David Coursey, "Coursey.com", March 18, 1998. | N |
| CHN | A42 | Don Clark, "Start-Up Plans Internet Search Service Tying Results To Advertising Spending", The Wall Street Journal, February 20, 1998. | V |
| CHN | A43 | Laurie J. Flynn, "With GoTo.com's Search Engine, The Highest Bidder Shall Be Ranked First", The New York Times, March 16, 1998, p. C1. | J |
| CHN | A44 | Wyn Hilty, OCWeekly byte marks, "GoTo.Hell", obtained at the internet address http://www.ocweekly.com/ink/archives/97/27byte-3.11.98-1.shtml., March 13, 1998. | J |
| CHN | A45 | Jodi Mardesich, "Web Site Operators Pay For Top Billing", The News – Herald (Willoughby, OH), March 2, 1998. | J |
| CHN | A46 | Laura Rich, Adweek Online IQ News Online, February 23, 1998, "New Search Engine Allows Sites to Pay Their Way to Top", obtained at the internet address http://www.adweek.com/iq/iqnews02.asp, February 23, 1998. | v |

| EXAMINER  CUONG H. NGUYEN | DATE CONSIDERED  12/14/99 |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Rev. Feb.-97
F:\COMMON\EKL\9623-112\FORM PTO-1449.doc

GOG 31605

Page 3 of 4

| FORM PTO-1449 | | SERIAL NO. 09/322,677 | CASE NO. 9623/112 |
|---|---|---|---|
| LIST OF PATENTS AND PUBLICATIONS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT | | FILING DATE May 28, 1999 | GROUP ART UNIT 2771 2165 |
| (use several sheets if necessary) | | APPLICANT(S): Davis, et al. | |

| EXAMINER INITIAL | | OTHER ART (Including Author, Title, Date, Pertinent Pages, etc.) | |
|---|---|---|---|
| CHN | A47 | Patricia Riedman, "Search Engine Startup To Auction Listings", Advertising Age Magazine, February 23, 1998, p. 34. | √ |
| CHN | A48 | Steven Vonder Haar, ZDNet.com, February 19, 1998, "Searching For The Highest Bidder", obtained at the internet address http://www.zdnet.com/intweek/daily/980219i.html, February 23, 1998. | √ |
| CHN | A49 | Nelson Wang, "Engines Battle Irrelevance of Results", Internet World, February 10, 1998, p. 1. | √ |
| CHN | A50 | Interactive Week Magazine, Garden City, NY, May 25, 1998. | |
| CHN | A51 | Jeff Pelline, Staff Writer, CNET News.com, February 18, 1998, "New Search Engine Goes Commercial", obtained at the internet address http://www.news.com/News/Item/0,4,19281,00.html, February 20, 1998. | v |
| CHN | A52 | Nick Wingfield, Staff Writer, CNET News.com, June 21, 1996, "Engine Sells Results, Draws Fire", obtained at the internet address http://www.news.com/News/Item/Textonly/0,25,1635,00.html, July 29, 1999. | √ |
| CHN | A53 | Nick Wingfield, Staff Writer, CNET News.com, May 22, 1996, "Another Engine Takes Ads By The Click", obtained at the internet address http://www.news.com/News/Item/0,4,1387,00.html, July 29, 1999. | ✓ |
| CHN | A54 | Rose Aguilar, Staff Writer, CNET News.com, April 29, 1996, "New Ad Model Charges By The Click", obtained at the internet address http://www.news.com/News/Item/0,4,1199,00.html, July 29, 1999. | ✓ |
| CHN | A55 | Alex Lash, Staff Writer, CNET News.com, December 11, 1996, "Open Text Updates Tools", obtained at the internet address http://www.news.com/News/Item/0,4,6118,00.html, July 29, 1999. | √ |
| CHN | A56 | "About SearchUP, Inc.", July 15, 1999, obtained at the internet address http://www.searchup.com/about.cfm. | O |
| CHN | A57 | "Testimonials"., July 15, 1999, obtained at the internet address http://www.searchup.com/testimonials.cfm. | O |
| CHN | A58 | "Benefits", July 15, 1999, obtained at the internet address http://www.searchup.com/benefits.cfm. | O |
| CHN | A59 | "Information", July 15, 1999, obtained at the internet address http://www.searchup.com/information.cfm. | O |
| CHN | A60 | "Tips & Tricks", July 15, 1999, obtained at the internet address http://www.searchup.com/tipsandtricks.cfm. | O |
| CHN | A61 | Correspondence from Bryan Buck, President of SearchUp.com, July 7, 1999. | O |
| CHN | A62 | Saul Hansell "Alta Vista Invites Advertisers to Pay for Top Ranking", The New York Times, April 15, 1999, p. C2 | O |
| CHN | A63 | Galore – Super Search Engine, May 21, 1999, obtained at the internet address http://www.galore.com/1/mainframe.shtml. | O |
| CHN | A64 | hitsgalore.com Search Engine, May 21, 1999, obtained at the internet address http://www.hitsgalore.com | O |
| CHN | A65 | I Seek It "The Next Generation Search Engine", May 21, 1999, obtained at the internet address http://www.iseekit.com. | O |

| EXAMINER CUONG H. NGUYEN | DATE CONSIDERED 12/14/99 |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant

Rev. Feb.-97
F:\COMMON\EKL\9623-112\FORM PTO-1449.doc

AUG 30 1999

GOG 31606

Page 4 of 4

| FORM PTO-1449 | | SERIAL NO. 09/322,677 | CASE NO. 9623/112 |
|---|---|---|---|
| LIST OF PATENTS AND PUBLICATIONS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT (use several sheets if necessary) | | FILING DATE May 28, 1999 | GROUP ART UNIT ~~2771~~ 2165 |
| | | APPLICANT(S): Davis, et al. | |

| EXAMINER INITIAL | | OTHER ART (Including Author, Title, Date, Pertinent Pages, etc.) | |
|---|---|---|---|
| CHN | A66 | Correspondence from Emilia F. Cannella to Robert Brahms, CEO of BeFirst Internet Corporation regarding findwhat.com, July 20, 1999. | O |
| CHN | A67 | Correspondence from Emilia F. Cannella to Michael Melcher, MC Services regarding SearchUP.com, July 1, 1999. | O |
| CHN | A68 | Correspondence from Emilia F. Cannella to Robert G. Schuler, Esq., Kegler, Brown, Hill & Ritter regarding iseekit.com, July 1, 1999. | O |
| CHN | A69 | Correspondence from Emilia F. Cannella to Andrew Conru, Vote Publishing regarding galore.com, June 30, 1999. | O |
| CHN | A70 | SearchUP.com – Internet Directory, Automated Bid Placement System, obtained at the internet address http://www.searchup.com/search.cfm, August 25, 1999. | O |
| CHN | A71 | SearchUP: URL Position Manager, obtained at the internet address https://www.securearea.net/searchup/login.cfm, August 25, 1999. | O |
| CHN | A72 | SearchUP: URL Position Manager, obtained at the internet address https://www.securearea.net/searchup/newaccount.cfm, August 25, 1999. | O |
| CHN | A73 | SearchUP: URL Position Manager, obtained at the internet address https://www.securearea.net/getaccount/login.cfm, August 25, 1999. | O |
| CHN | A74 | Correspondence from Emilia F. Cannella to Mr. D. Reed, Reports Galore, regarding hitsgalore.com, June 30, 1999. | O |
| CHN | A75 | "Improve Your Ranking", Karen L. Miller, Home Office Computer, v16, n1, p51(2) Jan, 1998. | ✓ |
| CHN | A76 | "Help for Getting the Word Out About Web Sites", Jeff Frentzen, PC Week, v14, n46, p27(1), Nov. 3, 1997. | ✓ |



| EXAMINER CUONG H. NGUYEN | DATE CONSIDERED 12/14/99 |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Rev. Feb.-97
F:\COMMON\EKL\9623-112\FORM PTO-1449.doc

GOG 31607

GAU27.

27
4 4

| TRANSMITTAL LETTER | | | Case No. 9623/112 |
|---|---|---|---|
| Serial No 09/322,677 | Filing Date May 28, 1999 | Examiner Not Assigned | Group Art Unit 2771 |
| Inventor(s) Davis, et al | | | |
| Title of Invention SYSTEM AND METHOD FOR INFLUENCING A POSITION ON A SEARCH RESULT LIST GENERATED BY A COMPUTER NETWORK SEARCH ENGINE | | | |

TO THE ASSISTANT COMMISSIONER FOR PATENTS

Transmitted herewith is <u>Information Disclosure Statement, Form PTO-1449; Copies of references cited; Post Card</u>

Small entity status of this application under 37 CFR § 1 27 has been established by verified statement previously submitted

☐ A verified statement to establish small entity status under 37 CFR §§ 1.9 and 1 27 is enclosed.

☐ Petition for a _____ month extension of time.

☒ No additional fee is required

☐ The fee has been calculated as shown below

|  | Claims Remaining After Amendment |  | Highest No Previously Paid For | Present Extra | Small Entity | | or | Other Than Small Entity | |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Rate | Add'l Fee |  | Rate | Add'l Fee |
| Total |  | Minus |  |  | x $9 = |  |  | x $18 = |  |
| Indep |  | Minus |  |  | x $39 = |  |  | x $78 = |  |
| First Presentation of Multiple Dep Claim |  |  |  |  | + $130 = |  |  | + $260 = |  |
|  |  |  |  |  | Total add'l fee | $ |  | total add'l fee | $ |

☐ Please charge Deposit Account No. 23-1925 (BRINKS HOFER GILSON & LIONE) in the amount of $_____ A duplicate copy of this sheet is enclosed

☐ A check in the amount of $_____ to cover the filing fee is enclosed

☒ The Assistant Commissioner is hereby authorized to charge payment of any additional filing fees required under 37 CFR § 1 16 and any patent application processing fees under 37 CFR § 1 17 associated with this communication or credit any overpayment to Deposit Account No. 23-1925 A duplicate copy of this sheet is enclosed.

☒ I hereby petition under 37 CFR § 1 136(a) for any extension of time required to ensure that this paper is timely filed Please charge any associated fees which have not otherwise been paid to Deposit Account No. 23-1925. A duplicate copy of this sheet is enclosed

Respectfully submitted,

Elaine K Lee
Registration No. 41,935
Attorney for Applicant

BRINKS HOFER GILSON & LIONE
P.O BOX 10395
CHICAGO, ILLINOIS 60610
(312) 321-4200

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail, with sufficient postage, in an envelope addressed to Assistant Commissioner for Patents, Washington, D C 20231, on August 27, 1999

Date August 27, 1999   Signature

rev Nov-98
F \COMMON\EKL\9623-112\TRANSMITTAL LETTER-IDS doc

GOG 31608

| TRANSMITTAL LETTER | | | Case No. 9623/112 |
|---|---|---|---|
| Serial No<br>09/322,677 | Filing Date<br>May 28, 1999 | Examiner<br>Not Assigned | Group Art Unit<br>2771 |
| Inventor(s)<br>Davis, et al. | | | |
| Title of Invention<br>SYSTEM AND METHOD FOR INFLUENCING A POSITION ON A SEARCH RESULT LIST GENERATED BY A COMPUTER NETWORK SEARCH ENGINE | | | |

TO THE ASSISTANT COMMISSIONER FOR PATENTS

Transmitted herewith is <u>Information Disclosure Statement, Form PTO-1449; Copies of references cited; Post Card</u>

Small entity status of this application under 37 CFR § 1.27 has been established by verified statement previously submitted

☐ A verified statement to establish small entity status under 37 CFR §§ 1.9 and 1.27 is enclosed.

☐ Petition for a _____ month extension of time.

☒ No additional fee is required.

☐ The fee has been calculated as shown below

| Claims Remaining After Amendment | | Highest No Previously Paid For | Present Extra | Small Entity | | or | Other Than Small Entity | |
|---|---|---|---|---|---|---|---|---|
| | | | | Rate | Add'l Fee | | Rate | Add'l Fee |
| Total | | Minus | | x $9 = | | | x $18 = | |
| Indep | | Minus | | x 39 = | | | x $78 = | |
| First Presentation of Multiple Dep. Claim | | | | + $130 = | | | + $260 = | |
| | | | | Total add'l fee | $ | | total add'l fee | $ |

☐ Please charge Deposit Account No 23-1925 (BRINKS HOFER GILSON & LIONE) in the amount of $_____. A duplicate copy of this sheet is enclosed

☐ A check in the amount of $_____ to cover the filing fee is enclosed.

☒ The Assistant Commissioner is hereby authorized to charge payment of any additional filing fees required under 37 CFR § 1.16 and any patent application processing fees under 37 CFR § 1.17 associated with this communication or credit any overpayment to Deposit Account No 23-1925. A duplicate copy of this sheet is enclosed.

☒ I hereby petition under 37 CFR § 1.136(a) for any extension of time required to ensure that this paper is timely filed. Please charge any associated fees which have not otherwise been paid to Deposit Account No. 23-1925. A duplicate copy of this sheet is enclosed

Respectfully submitted,

Elaine K. Lee
Registration No. 41,936
Attorney for Applicant

BRINKS HOFER GILSON & LIONE
P O BOX 10395
CHICAGO, ILLINOIS 60610
(312) 321-4200

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail, with sufficient postage, in an envelope addressed to Assistant Commissioner for Patents, Washington, D C 20231, on <u>August 27, 1999</u>

Date <u>August 27, 1999</u>   Signature _____

rev Nov-88
F:\COMMON\EKL\9623-112\TRANSMITTAL LETTER-IDS.doc

GOG 31609