| Notice of Allowability | Application No. 09/322,677 | Applicant(s) Davis et al. |
|---|---|---|
| | Examiner Cuong H. Nguyen | Group Art Unit 2165 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course

☒ This communication is responsive to __the amendment, & interview on 3/16/2001__

☒ The allowed claim(s) is/are __1-13 15-68__

☐ The drawings filed on _____ are acceptable

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
   ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been
      ☐ received
      ☐ received in Application No. (Series Code/Serial Number) _____
      ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a))
   *Certified copies not received _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS
   ☒ because the originally filed drawings were declared by applicant to be informal.
   ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. __10__.
   ☐ including changes required by the proposed drawing correction filed on _____, which has been approved by the examiner.
   ☐ including changes required by the attached Examiner's Amendment/Comment.

Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)
   ☒ Notice of References Cited, PTO-892
   ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____
   ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948
   ☐ Notice of Informal Patent Application, PTO-152
   ☐ Interview Summary, PTO-413
   ☐ Examiner's Amendment/Comment
   ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
   ☒ Examiner's Statement of Reasons for Allowance

U.S. Patent and Trademark Office
PTO-37 (Rev. 9-95)    Notice of Allowability    Part of Paper No __19__

GOG 31824

S.N. 09/322,677
Art Unit. 2165

DETAILED ACTION

1. This Office Action is the answer to the interview on 3/18/2001, and the amendment submitted on 3/19/2001; which papers have been placed of record.

2. Claims 1-13, 15-68 are pending in this application. Claim 14 was canceled.

*Drawings*

3. Since allowable subject matter has been indicated, applicants are encouraged to submit formal drawings in response to this Office Action. The early submission of formal drawings will permit the Office to review the drawings for acceptability and to resolve any informalities remaining therein before the application is passed to issue. This will avoid possible delays in the issue process.

*Allowable Subject Matter and Reasons for Allowance*

4. During an interview including SPE Vincent A. Millin, the examiner of the record, applicants' representatives (Mr. John G. Rauch, and Mr. James P. Naughton), current claims 1-13, 15-68 are considered patentable distinct over closest references of Buck et al., (WO 200016218 A1), and Parsons et al., (WO 0041090 - published date is 7/13/2000), and RYAN et al., (WO 9948028 - published date is 9/23/1999), because the applicants disclose a

09/322,677
Art Unit 2165

modified concept of generating a search result list substantially in real time in response to a search request from a searcher using a computer network, the concept comprising a step which is non-obvious over above closest disclosures:

- maintaining a database including search listings, wherein each search listing is associated with a network location, a search term and a modifiable bid amount that is independent of other components of the search listing, the bid amount being associated with a search term and the network location, the bid amount corresponding to a money amount that is deducted from an account of a network information provider associated with the network location upon receipt of a retrieval request for the network location; recording a retrieval request event including account identification information corresponding to the network information provider to permit maintenance of accurate account debit records.

*Conclusion*

5.  Claims 1-13, 15-68 are allowed.

6.  The following references are considered pertinent to applicants' disclosure.

- Buck et al., (WO 200016218 A1, classification G06F 17/30- publishing date was 23/03/2000), about a web site searching and indexing system for Internet, provides search report of listings

GOG 31826

09/322,677
Art Unit 2165

relevant to search inquiry in which rank is assigned in order according to denominated values associated with listing (Buck et al. do not disclose about maintenance of debit records wherein the bid amount corresponding to a money amount that is deducted from an account of a network information provider).
- Buck et al., (PCT/WO US9920486, classification G06F 17/30- publishing date was 9/10/1999), about a web site searching and indexing system for Internet, provides search report of listings relevant to search inquiry in which rank is assigned in order according to denominated values associated with listing (Buck et al. do not disclose about maintenance of debit records wherein the bid amount corresponding to a money amount that is deducted from an account of a network information provider).
- Parsons et al., (WO 0041090 - published date is 7/13/2000), about a search engine database and interface base (Parsons et al., do not disclose about maintenance of debit records wherein the bid amount corresponding to a money amount that is deducted from an account of a network information provider).
- RYAN et al., (WO 9948028 - published date is 9/23/1999), about an improved search engine (Ryan et al., do not disclose about maintenance of debit records wherein the bid amount corresponding to a money amount that is deducted from an account of a network information provider).

GOG 31827

09/322,677
Art Unit 2165

7. Any inquiry concerning this communication or earlier communications from the examiner should be directed to examiner Cuong H. Nguyen, whose telephone number is (703)305-4553. The examiner can be reached on Mon.-Fri. from 7:00 AM-4:30 PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Vincent A. Millin, can be reached on (703)308-1065.

Any response to this action should be mailed to:

    Box Issue Fee
Commissioner of Patents and Trademarks
c/o Technology Center 2100
Washington, D.C. 20231

or faxed to:    (703) 308-9051

Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703)305-3900.

Cuong H. Nguyen
Patent Examiner
Mar. 23, 2001

VINCENT MILLIN
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2100

Page 5

GOG 31828

| | | Notice of References Cited | | Application No. 09/322,677 | Applicant(s) Davis et al. | | |
|---|---|---|---|---|---|---|---|
| | | | | Examiner Cuong H. Nguyen | Group Art Unit 2165 | | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| X | A | 5,704,560 | 12/1997 | Del Monte | --- | --- |
|   | B | | | | | |
|   | C | | | | | |
|   | D | | | | | |
|   | E | | | | | |
|   | F | | | | | |
|   | G | | | | | |
|   | H | | | | | |
|   | I | | | | | |
|   | J | | | | | |
|   | K | | | | | |
|   | L | | | | | |
|   | M | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|---|
| X | N | JP 11316764A | 11/1999 | JPO | --- | G06F | 17/30 |
| X | O | WO 200,016,218 | 3/2000 | WIPO | BUCK et al. | G06F | 17/30 |
| X | P | WO 0,041,090 | 7/2000 | WIPO | PARSONS et al | --- | --- |
| X | Q | WO 9,948,028 | 9/1999 | WIPO | RYAN et al. | --- | --- |
| X | R | WO US9920486 | 9/1999 | PCT-US | BUCK et al. | G06F | 17/30 |
|   | S | | | | | | |
|   | T | | | | | | |

### NON-PATENT DOCUMENTS

| * | | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|---|
| | U | IBM Technical Disclosure Bulletin, Organizing a ranked list of search matches. | 11/1994 |
| | V | | |
| | W | | |
| | X | | |

* A copy of this reference is not being furnished with this Office action (See Manual of Patent Examining Procedure, Section 707 05(a))

Paper No. 19

U S Patent and Trademark Office
PTO-892 (Rev 9-95)          Notice of References Cited

GOG 31829



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

| APPLICATION NO | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| | | | | 2165 | |
| First Named Applicant | | | | | |
| TITLE OF INVENTION | | | | | |

GENERATED BY A COMPUTER-IMPLEMENTED SEARCH ENGINE (partial, illegible)

| ATTY'S DOCKET NO | CLASS-SUBCLASS | BATCH NO | APPLN TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| | | | | YES | $620.00 | |

*THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.*

*THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.*

**HOW TO RESPOND TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.
   If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

   A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
   B. If the status is the same, pay the FEE DUE shown above.

   If the SMALL ENTITY is shown as NO:

   A. Pay FEE DUE shown above, or
   B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
    Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

*IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance
fees when due.*

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV 10-96) Approved for use through 06/30/99 (0651-0033)

GOG 31830



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

| APPLICATION NO | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
|  |  |  |  |  |

| First Named Applicant |  |
|---|---|
| TITLE OF INVENTION |  |

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO | APPLN TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

*THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.*

*THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.*

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
   If the SMALL ENTITY is shown as YES, verify your
   current SMALL ENTITY status:

   A. If the status is changed, pay twice the amount of the
      FEE DUE shown above and notify the Patent and
      Trademark Office of the change in status, or
   B. If the status is the same, pay the FEE DUE shown
      above.

   If the SMALL ENTITY is shown as NO:

   A. Pay FEE DUE shown above, or

   B. File verified statement of Small Entity Status before, or with,
      payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your
    ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal
    should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part
    B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.
III. All communications regarding this application must give application number and batch number.
     Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

*IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
                     maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance
                     fees when due.*

PATENT AND TRADEMARK OFFICE COPY
PTOL-85 (REV 10-96) Approved for use through 06/30/99. (0651-0033)                    *U.S. GPO. 1999-454-457/24601

GOG 31831

PART B - ISSUE FEE TRANSMITTAL

Complete and mail this form, together with applicable fees, to: Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

[Stamp: OIPE APR 1 6 2001]

MAILING INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

TM11/0402
ELAINE K. LEE
BRINKS HOFER GILSON & LIONE
P O BOX 10395
CHICAGO IL 60610

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

Certificate of Mailing

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

John G. Rauch (Depositor's name)
[signature] (Signature)
4/13/01 (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 09/322,677 | 05/28/99 | 067 | NGUYEN, X  2165 | 03/29/01 |

First Named Applicant: DAVIS,  35 USC 154(b) term ext. = 0 Days.

TITLE OF INVENTION: SYSTEM AND METHOD FOR INFLUENCING A POSITION ON A SEARCH RESULT LIST GENERATED BY A COMPUTER NETWORK SEARCH ENGINE.

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 9623/112 | 707-003.000 | Z99 | UTILITY | YES | $620.00 | 06/29/01 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1. BRINKS HOFER GILSON & LIONE
2. _____
3. _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE  GoTo.com

(B) RESIDENCE: (CITY & STATE OR COUNTRY)  Pasadena, California

Please check the appropriate assignee category indicated below (will not be printed on the patent)
☐ Individual  ☒ corporation or other private group entity  ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☒ Issue Fee
☒ Advance Order - # of Copies 10

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER 23-1925
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☒ Issue Fee
☒ Advance Order - # of Copies 10

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature) [signature]  (Date) 4/13/2001

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

TRANSMIT THIS FORM WITH FEE

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033  Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

GOG 31832