Overture Services, Inc. v. Google Inc. Doc. 82 Att. 12


LATHAM & WATKINS
Anthony I. Fenwick (Bar No. 158667)
Allon Stabinsky (Bar No. 197642)
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

BRINKS HOFER GILSON & LIONE
Jack C. Berenzweig (Admitted *Pro Hac Vice*)
William H. Frankel (Admitted *Pro Hac Vice*)
Jason C. White (Admitted *Pro Hac Vice*)
Charles M. McMahon (Admitted *Pro Hac Vice*)
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys for Plaintiff
OVERTURE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a California Corporation,<br><br>Defendant. | No. C02-01991 CRB<br><br>**PLAINTIFF OVERTURE'S OBJECTIONS AND RESPONSE TO DEFENDANT GOOGLE INC.'S SECOND SET OF INTERROGATORIES (NOS. 7-8)** |

Pursuant to Federal Rules of Civil Procedure 33, Plaintiff Overture Services, Inc. ("Overture") hereby responds to Defendant Google Inc.'s ("Google") Second Set of Interrogatories.

Dockets.Justia.com

## GENERAL OBJECTIONS

The General Objections set forth in Overture's Objections and Response to Google Inc.'s First Set of Interrogatories (Nos. 1-6) are hereby incorporated by reference.

Overture hereby incorporates each and every one of these General Objections into its responses set forth below. A specific response may repeat a general objection for emphasis or for some other reason. The failure to include a general objection in any specific response does not waive any general objection to that request.

Without waiving these General Objections, Overture responds to Google's Second Set of Interrogatories as follows:

## RESPONSES

**INTERROGATORY NO. 7:**

Identify all attorneys who participated in the prosecution of the '361 patent, including but not limited to all attorneys who billed time in connection with the prosecution of the patent.

**RESPONSE:**

Overture objects to this interrogatory as being vague in that the term "prosecution of the '361 patent" is not defined. Subject to the foregoing objection and the general objections, and to the extent that this interrogatory is understood, Overture identifies the following attorneys: James P. Naughton; John G. Rauch; and Elaine K. Lee.

**INTERROGATORY NO. 8:**

Identify all customers and potential customers of the COST-PER-CLICK SYSTEM, including but not limited to the name, address, and contact person at each company, firm, or entity that has purchased, been approached to purchase, or considered purchasing services in connection with the COST-PER-CLICK SYSTEM.



BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

**RESPONSE:**

Overture objects to this interrogatory as being vague and confusing in that the terms "customers" and "potential customers" are vague and are not defined. Overture also objects to this interrogatory as being vague and confusing in that it is not clear which Overture system and what specific time frame are being referred to in the definition of the term "COST-PER-CLICK SYSTEM." Overture further objects to this interrogatory as being vague and confusing and calling for information not within the possession, custody, or control of Overture in that this interrogatory seeks an identification of "customers and potential customers . . . that . . . considered purchasing services . . . ." Subject to the foregoing objections and the general objections, and to the extent that this interrogatory is understood, Overture responds that the advertisers, or their predecessors, listed in the attached Exhibit 1 may have advertised with Overture's cost-per-click beta search system on or before May 28, 1998.



BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

As to the foregoing objections.

Dated: January 10, 2003

By: [signature]

Jack C. Berenzweig
William H. Frankel
Jason C. White
Charles M. McMahon
BRINKS HOFER GILSON & LIONE
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Anthony I. Fenwick
Allon Stabinsky
LATHAM & WATKINS
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Plaintiff
OVERTURE SERVICES, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing PLAINTIFF OVERTURE SERVICES, INC.'S RESPONSE TO DEFENDANT GOOGLE INC.'S SECOND SET OF INTERROGATORIES was served this 10th day of January, 2003, by facsimile and first class mail upon:

Michael S. Kwun, Esq.
KEKER & VAN NEST
710 Sansome Street
San Francisco, CA 94111-1704

Jason C White

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611-5599

# EXHIBIT 1

| Company Name | Last Known Address | | | | |
|---|---|---|---|---|---|
| @PAGE Internet Services | 86 Harvest Gate | Lake In The Hills | IL | 60102 | US |
| [big deal] | 5030 North Central Ave. | Phoenix | AZ | 85012 | US |
| 10-Best Company | 2298 N. Main St. #85 | Salinas | CA | 93906 | US |
| 1-800 PRESENT | 126 E. 16th St., Ste. 3a | NY | NY | 10003 | US |
| 1-800-FLORALS by Phillip's | 200 E. Fourth St. | Hinsdale | IL | 60521 | US |
| 1Nutrition | 1701 Roswell Street | Pascagoula | MS | 39581 | US |
| 1st Place Ranking | 415-a Penn Circle | Allentown | PA | 18102 | US |
| 3-D Safety | 1758 North El Molino Avenue | Pasadena | CA | 91104 | US |
| 888 Camcorder | 20700 Ventura Blvd. Suite 205 | Woodland Hills | CA | 91364 | US |
| A Basic Site | 9709 N. Woodridge Drive | Spokane | WA | 99208 | US |
| A Penny Saved Enterprises | 15117 SE Gladstone Drive | Portland | OR | 97236-2444 | US |
| A+ Printers | 73959 Franklin | Armada | MI | 48005 | US |
| A+ Quest IV Health | 636 Lewis Drive | Hurst | TX | 76054 | US |
| Aaron W. Beck & Co. | 14345 SW Walker Rd #C2 | Beaverton | OR | 97006 | US |
| Aaron's Sporting Goods Warehouse | P.O. Box 253 | Plover | WI | 54467 | US |
| ABACUSAmerica, Inc. | 5266EastgateMall | San Diego | CA | 92122 | US |
| Access Texas Properties | 5700 Westview Rd. | Austin | TX | 78749 | US |
| Accessible Directories | 9420-J Mira Mesa Blvd. | San Diego, | CA | 92126 | US |
| Accesspoint | 300 S. Harbor Blvd., Suite #700 | Anaheim | CA | 92805 | US |
| Action Internet Services | 1118 20th. Street, Suite 214 | Parkersburg | WV | 26101 | US |
| Ad Up Corporation | 520 Washington Blvd. #335 | Marina del Rey | CA | 90292 | US |
| Adam Taft | Box 231 | Monroe | UT | 84754 | US |
| Advanced Credit Systems | 3707 5th Avenue #505 | San Diego | CA | 92103 | US |
| Advanced Graphic Solutions | po box 502 | Whippany | NJ | 7981 | US |
| Advanced Networking Concepts, Inc. | 40 W. Cochran Street | Simi Valley | CA | 93065 | US |
| Advantage Books | 1575 Military Rd., Suite 13-209 | Niagara Falls | NY | 14304 | US |
| Advantage Products Inc. | 32625 West 7 Mile Road | Livonia | MI | 48152 | US |
| Advisory Business Clinic, Inc. | 540 Wendemere Dr. | Hubbard | OH | 44425 | US |
| Agri-Publications, Inc. | 605 N. Park Ave. | Tifton | GA | 31794 | US |
| AK-CAD Inc., | 82-911 Wonderland Rd., S. | Ontario | | N6K 2Y7 | CA |
| Alabama Live | 4975 Bradford Dr. | Huntsville | AL | 35805 | US |
| Alan K. Eads | 1211 Beanland Dr | Oxford | MS | 38655 | US |
| Alaska Top Dog Charters | P.O. Box 20424 | Alaska | AK | 99802 | US |
| Alea Enterprises | 4000 Merriman | Plano | TX | 75074 | US |
| All Knight Systems | 555 Bryant Street #468 | Palo Alto | CA | 94301 | US |
| All Printers MN | 4101 Cedar Av S | Minneapolis | MN | 55407 | US |
| Allen Samuels Dodge | 7900 N. E. Loop 820 | Fort Worth | TX | 76180 | US |
| Alyson Adventures | P.O. Box 180179 | Boston | MA | 2118 | US |
| Amber Computer Solutions, Inc | POB 5026 | Culver City | CA | 90231 | US |
| America Shopping Mall | 7 South Johnson Blvd | Gloucester | NJ | 8030 | US |
| American Boat Listing | 1003 Church Street | Baldwin | NY | 11510 | US |
| American Politics Journal Publications, Inc. | 28 Bayside Drive | Atlantic Highlands | NJ | 7716 | US |
| America's Florist | 303 Whittier Ave | Dunellen | NJ | 8805 | US |
| Amerisoft Inc. | 1770 Plummer Dr. | Rockwall | TX | 75087 | US |
| Andrews Worldwide Communications | 433 Flagler Blvd. | St. Augustine | FL | 32084 | US |
| Anger Institute of Chicago | 496 Michael Angelo Dr. | Bolingbrook | IL | 60440 | US |
| Annuity Shopper Brokerage Services | 8 Talmadge Dr. | Jamesburg | NJ | 8831 | US |
| An-ser Services | 2761 Allied Street | Green Bay | WI | 54304 | US |
| Antenna Group | 301 Howard Street #1440 | San Francisco | CA | 94105 | US |
| APEX Studio | PO Box 1614 | Glen Ellen | CA | 95442 | US |
| Arabica Interprises | 5072 ave de la plata | oceanside | CA | 92057 | US |
| Arial Marketing, Inc. | 1225 NW Murray Blvd #101 | Portland | OR | 97229 | US |



OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

| Company Name | Last Known Address | | | | |
|---|---|---|---|---|---|
| ARIS | 6720 Fort Dent Way Suite 250 | Seattle | WA | 98188-2589 | US |
| Art.com | 1321 Kirkland Rd. St. #101 | Raleigh | NC | 27603 | US |
| As Was | PO Box 8748 | Santa Fe | NM | 87504 | US |
| ASI Credit Reports | 3701 B Gallatin Pike | Nashville | TN | 37216 | US |
| Ask Jeeves, Inc. | 918 Parker Street | Berkeley | CA | 94710 | US |
| Astro-Space | Lot 863, 7 1/2 miles Cheras | Taman Cuepacs, Selangor | | 43200 | MY |
| Athletica Endurance, Inc. | 21641 NW Dairy Creek Road | Mountaindale | OR | 97113 | US |
| Attorneys Trust Service | 2491 San Ramon Valley Blvd #1-303 | San Ramon | CA | 94583-1601 | US |
| AtVenture LLC | 162 Texas St. | San Francisco | CA | 94107 | US |
| AutoZone | 20700 Ventura Blvd. Suite 205 | Woodland Hills | CA | 91364 | US |
| AVID Products | 72 Johnnycake Hill Road | Middletown | RI | 2842 | US |
| B & D Gourmet Coffee | 21 River Dr. | Crane | MO | 65633 | US |
| Baby Names! | 11901 Santa Monica Blvd. #644 | Los Angeles | CA | 90025 | US |
| BabyCenter | 357 Mississippi Street | San Francisco | CA | 94107 | US |
| Backcountry Equipment | 214 Southill | San Antonio | TX | 78201-6633 | US |
| Bartels Stamp Company | 2044 S Gordon | Mesa | AZ | 85208 | US |
| Batory Asset Mgmt | P.O. Box 396 | Fairport | NY | 14450 | US |
| Batson International | 1301 Dartmouth Drive | Glendale | CA | 91205 | US |
| Battery Outlet | 16350 Ventura Blvd., Suite 397 | Encino | CA | 91436 | US |
| Beanies By Liz | 305 Salem St | Haverhill | MA | 1835 | US |
| Bear Swamp Lumber Co. | 3585 Greenwood Drive | Conway | SC | 29527 | US |
| BellSouth Corp | 901 15th Street, NW | Washington | DC | 20005 | US |
| Benjamin D Fitts | 51 Presidential Dr. Apt. 3 | Quincy | MA | 2169 | US |
| Best Vaslue Golf Products, Inc. | 8408 Temple Terrace Hwy | Temple Terrace | | 33637 | US |
| BiblioBytes | 1130 Willow Ave. 3rd Floor | Hoboken | NJ | 07030-3222 | US |
| biggerfish | 441 summer street | stamford | CT | 6901 | US |
| BIMC | 220 Jamaica Way #12 | Jamaica Plain | MA | 2130 | US |
| BIT Software, Inc. | 210 Quail Ridge Drive | Westmont | IL | 60559 | US |
| Bizsol.com | 1018 Gold Cr., | Ottawa | ON | K2B8C5 | CA |
| Blackwater Decoy Company | 86 Fieldpoint Road | Heath | OH | 43056 | US |
| Blue Hawaii Weddings | PO Box 383556 | Waikoloa | HI | 96738 | US |
| BnB World | 206 E Beloit | Salina | KS | 67401 | US |
| boatbuilding.community | #203, 556 N. Nechako Rd. | Prince George | BC | V2K 1A1 | CA |
| Bob's Piscatorial Pursuits | PO Box 919 | Forks | WA | 98331 | US |
| BostonSearch.Com | 10 Maple St | Middleton | MA | 1949 | US |
| Bottom Dollar | 411 1st Avenue South suite 200 North | Seattle | WA | 98104 | US |
| Bowen Processing | 1061 Lafayette Ct. Apt. D. | Collinsville | IL | 62234 | US |
| Brad Haugaard | 130 W. Union St. | Pasadena | CA | 91103 | US |
| Brad Nickel | 3180 SW 23rd Street | Miami | FL | 33145 | US |
| Brave New Worlds, Inc | 620 South Raymond #5 | Pasadena | CA | 91105 | US |
| Brendan Triggs | PO Box 470964 | Charlotte | NC | 28247 | US |
| Brent Boerlage | 2315 Dunbar Street | Vancouver | BC | V6R 3N1 | CA |
| Brian Boyd | 1413 Hwy 17 South #136 | Surfside Beach | SC | 29575 | US |
| Brunching Shuttlecocks | 514 Washington St. #B | Santa Cruz | CA | 95060 | US |
| Business Assistance, Inc. | 1060 E County Line | Ridgeland | MS | 39157 | US |
| BuyStogies | 2385 Dorchester #105 | Troy | MI | 48084 | US |
| C4 Active Media | 485 7th Ave | NY | NY | 10018 | US |
| Canadian Yellow Pages Publishers Assoc | 325 Milner Avenue | Ontario | | M1B 5S8 | CA |
| Captain Farris House | 308 Old Main Street | South Yarmouth | MA | 02664-4530 | US |
| CareCounsel, LLC | 68 Mitchell Boulevard, Suite 200 | San Rafael | CA | 94903 | US |
| Carloga Web Publishing | 1575-I Spring Harbor Drive | Delray Beach | FL | 33445 | US |
| Cassava Enterprises Ltd. | Alexander Zeid 46 | Kiriat Hayim | | 26300 | IL |



OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

| Company Name | Last Known Address | | | | |
|---|---|---|---|---|---|
| CCS, Inc. | 15720 N. Greenway Hayden Loop, Suite 1 | Scottsdale | AZ | 85260 | US |
| CD Quest Music | 23011 Moulton Pkwy #C1 | Laguna Hills | CA | 92653 | US |
| Chapman Burnett | 1261 Standish Way | Lexington | KY | 40504 | US |
| Cheetah | 890 South Josephine | Denver | CO | 80209 | US |
| Cherry Valley Books, Inc. | 726 Cherryvale Rd. | Boulder | CO | 80303 | US |
| Chess Express Ratings, Inc. | 99-32 66th Road - apt. 9B | Forest Hills | NY | 11374 | US |
| CHI Associates | 217 Atslon Road | Medford | NJ | 8055 | US |
| Chip Shot Golf | PO Box 381001 | Cambridge | MA | 2238 | US |
| Chris Wade | 14107 Carriage Lake Drive | Charlotte | NC | 28273 | US |
| Christie's Matchmaker | PO BOX 5200 | Evanston | IL | 60204 | US |
| Circle R | PO BOX 72375 | Davis | CA | 95617 | US |
| City.co.za | B202 Portswood Square | Cape Town | CT | 51501 | ZA |
| CityAuction, Inc. | 790 E. Colorado Avenue Suite 200 | Pasadena | CA | 91103 | US |
| Citysbest | 700 Cherry Street | Missouri | | 65201 | US |
| CitySearch | 790 E. Colorado Blvd Suite 200 | Pasadena | CA | 91101 | US |
| Classic FX | 6754 Barbara | Sebastopol | CA | 95473 | US |
| Clearly Better Products by Howards | 303 South Mickey Mantle Blvd. | Miami | FL | 74339 | US |
| Clickforflowers.com | P.O. Box 5722 | Douglasville | GA | 30154-5722 | US |
| Clifford B. Fisch | 6475 amboy road | Staten Island | NY | 10309-3120 | US |
| Clip Art Connection | 211 Mass. Avenue | Boston | MA | 2115 | US |
| ClubComputer.com | 6 May Apple Lane | Nellysford | VA | 22958 | US |
| Coldwell Banker | 285 N. El Camino Real #101 | Encinitas | CA | 92024 | US |
| CommTouch Software Inc. | 298 S. Sunnyvale Ave., Suite 209 | Sunnyvale | CA | 94086 | US |
| CompleteHost | 5798 Northrop Rd. | Milton | FL | 32570 | US |
| Computeam USA - Epson printers | 73 Hegeman Ave | Colchester | VT | 05446-3113 | US |
| Computer Link NW | 9104 NE 25th Cr | Vancouver | | 98662 | US |
| Conroys 1-800-flowers | 729 West Ave. P | Palmdale | CA | 93551 | US |
| Contact Lumber Company | 1881 SW Front Avenue | Portland | OR | 97201 | US |
| Contract Employment Weekly | 11711 N. Creek Parkway S. #112 | Bothell | WA | 98011 | US |
| CookCo.Com | 1030 E Camorene | Springfield | MO | 65803 | US |
| CopyCaps | POBox284 | Provincetown | MA | 2657 | US |
| Corey C. Reed | TCU Box 293895 | Fort Worth | TX | 76129 | US |
| Corporate Agents | 20700 Ventura Blvd. Suite 205 | Woodland Hills | CA | 91364 | US |
| Craig Rogers | 3429 Riverside Dr. | Burbank | CA | 91505 | US |
| Creative Logo Designs | 113 Mayfair Circle West | Palm Harbor | FL | 34683 | US |
| Creative NetVentures, Inc. | 1706 Tree Corners Parkway | Atlanta | GA | 30092 | US |
| Credit.Com, L.L.C. | 87 Stillman Street | SF | CA | 94107 | US |
| Cro Consulting Group | 25399 The Old Road #11303 | Santa Clarita | CA | 91381 | US |
| Crucial Technology, a division of Micron | 8455 Emerald St. | Boise | ID | 83704 | US |
| Culinary Cafe | 7900 E. 8th Road | Plymouth | IN | 46563 | US |
| CyberPalate LLC | 20 West 20th Street | New York | NY | 10011 | US |
| DaBar Enterprises | 712 W. Devirian Pl. | Altadena | CA | 91001 | US |
| Daftek Communications | 166 S. Halifax Drive | Ormond Beach | FL | 32176 | US |
| Dailyherbs | 1627 Amazon Road | Mohegan Lake | NY | 10547 | US |
| Dale Ventures, Inc. | 2006 Maple Ave. suite 1R | Evanston | IL | 60201 | US |
| Damsel Software Group | 47 North Spring Street | Concord | NH | 03301-4231 | US |
| Danielle Sims | 16159 Edgewood | Livonia | MI | 48154 | US |
| Darwin Keyboards | 915 Bryant Street | San Francisco | CA | 94103 | US |
| Darwin Keyboards LTD. | 915 Bryant St. | San Francisco | CA | 94109 | US |
| Data Devices International | 2600 Mission Street | San Marino | CA | 91108 | US |
| David C. Repas | 1503 16th Avenue South | Nashville | TN | 37212 | US |
| David Pasternack | 55 Maple Avenue, STE.304 | Rockville Centre | NY | 11570 | US |



OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

| Company Name | Last Known Address | | | | |
|---|---|---|---|---|---|
| David W. Starling | 465 Corrydale Dr. | Pensacola | FL | 32506 | US |
| David Zenker, CPA | 4000 Ace Lane | Lewisville | TX | 75067 | US |
| DBK Internet Services | 1515 N. Warson,Ste.155 | St.Louis | MO | 63132 | US |
| Dean B. Mazzei | 118 dufour st | Santa cruz | CA | 95060 | US |
| Del Sol of Santa Rosa | 561 Buckeye Ct | Santa Rosa | CA | 95409 | US |
| Delaware Valley on the Web | 121 Llandovery Drive | Exton | PA | 19341 | US |
| Delong Foreign Exchange | 8421 W. Bryn Mawr | Chicago | IL | 60631 | US |
| Delphi Internet | 1030 Mass Ave | Cambridge | MA | 2138 | US |
| Dennis Lewis | 561 Valley Street | San Francisco | CA | 94131 | US |
| Destinations on Tape | 150 Pittsfield Rd | Lenox | MA | 1240 | US |
| DG Publishing | 12162 Topaz Cir | Garden Grove | CA | 92845 | US |
| Diamond Mortgage, LLC | 21115 Banbury Rd | Noblesville | In | 46060 | US |
| Diana L. Rattray | 356 Rankin Blvd | Tupelo | MS | 38801 | US |
| Did-it.com | 10-38 Jackson Avenue | New York City | NY | 11101 | US |
| Did-it.com | 4546 El Camino Real Suite D | Los Altos | CA | 94022 | US |
| Digital Color and Imaging | 45 East 20th street | New York | NY | 10003 | US |
| Digital Endeavors, Inc. | 295 Forest Avenue, Suite 307 | Portland | ME | 4101 | US |
| DiNetworks | 4567 Coventry Pkwy | Ft. Wayne | IN | 46804 | US |
| Direct Connect | 501 N. 900 E. | Provo | UT | 84606 | US |
| Directory of Resources for Large-Sized Women | 39 Ridgewood Terrace | Northampton | MA | 1060 | US |
| Disney | 20700 Ventura Blvd. Suite 205 | Woodland Hills | CA | 91364 | US |
| Distinct Corporation | 12900 Saratoga Avenue | Saratoga | CA | 95070 | US |
| Dot-Dot:Com Web Solutions | 1498 Buford Highway, Suite C-325 | Sugar Hill | GA | 30518 | US |
| Double A Venture, LLC | 1212 Howard Lane - Third Floor | Bellaire | TX | 77401 | US |
| Douglas H. Northrup | 303 South Hoffman St | Elmira | NY | 14904 | US |
| Draper Fisher Jurvetson | 400 Seaport Court #250 | Redwood City | CA | 94063 | US |
| DVD Express | 7083 Hollywood Blvd. Ste. 401 | Hollywood | CA | 90028 | US |
| Echo Software | P.O. Box 421 | Murfreesboro | TN | 37133 | US |
| Ecola Newsstand | 1560 NW Davenport Ave. | Bend | OR | 97701 | US |
| E-Com Resource Guide Gazette | 2340 Filbert Street #6 | San Francisco | CA | 94123 | US |
| Ecreations | 145 1st Avenue | Lasalle | | H8P 2E4 | CA |
| Edward J. Waddell, Jr. | 444 North Frederick Avenue | Gaithersburg | MD | 20877 | US |
| Edward Thompson & Associates | 5612 Farm Pond Lane #209 | Charlotte | NC | 28212-3713 | US |
| Effective Enterprise | 4213 Ostrom Ave. | Lakewood | CA | 90713 | US |
| Egghead | 20700 Ventura Blvd. Suite 205 | Woodland Hills | CA | 91364 | US |
| EGYCO LTD | 5 BENWELL COURT | MIDDX | | TW16 6RU | UK |
| Electronic Marketplace, Inc. | 9355 Windmill Pointe Drive | Frisco | TX | 75034 | US |
| EmapMedia | HampsteadRoad | London | | 7QZ | UK |
| Emerald Cruises | 3450 Ellicott Cntr Dr. #101 | Ellicott City | MD | 21043 | US |
| Emusic | 1437 7th Street Suite 300 | Santa Monica | CA | 90401 | US |
| Engineering Central | 3240 W. 15th Ave. | Vancouver | BC | V6K 3A9 | CA |
| engineerweb.com | 150 University Avenue | Los Altos | CA | 94022 | US |
| ENTER, Inc. | 12052 Wesley Court | Fishers | IN | 46038 | US |
| Entrepreneur Media Inc. | 2392 Morse Avenue | Irvine | CA | 92614 | US |
| E-Pub, Inc. | 375 W. Broadway | New York | NY | 10012 | US |
| Equine Art by Jensen | 1319 Altura | San Clemente | CA | 92673 | US |
| Eslamboly & Barlavi | 6500 Wilshire Blvd., Suite 450 | Los Angeles | CA | 90048 | US |
| eti | 6013 Linden St. | Spokane | WA | 99201 | US |
| EUREKA GRAPHICS LTD | HEATHFIELD HALL, TOWN ROW | E.SUSSEX | | TN6 3QX | UK |
| EuroSubmit | Salerstr. 21 | ZH | | 8050 | CH |
| Evolution's Voyage | 7020 W. 20th Ave #207 | Lakewood | CO | 80215-2251 | US |
| Excalibur Data Recovery Inc. | 101 Billerica Ave., Bldg. 5 | N. Billerica | MA | 01862-1256 | US |



OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

| Company Name | Last Known Address | | | | |
|---|---|---|---|---|---|
| EXPLORATIONS of the mind & spirit | P.O. Box 92396 | Nashville | TN | 37209 | US |
| Eye On You | 59 Gunning Lane | Langhorne | PA | 19047 | US |
| EZ Merchant Accounts | 1122 Spring Street | Michigan City | IN | 46360 | US |
| EZ Source, Inc. | 2800 Biscayne Blvd., 8th Floor | Miami Beach | FL | 33137 | US |
| Factory Mall.com | 20700 Ventura Blvd. Suite 205 | Woodland Hills | CA | 91364 | US |
| Family Resources | 21029 W. Richmond Rd. | Bothell | WA | 98021 | US |
| Fanwear | J.V. Mall, 650 Lee Blvd. | Yorktown Heights | NY | 10598 | US |
| FastFocus Systems, Inc. | 15100 SE 38th, Suite 828 | Bellevue | WA | 98008 | US |
| FBG Service Corporation | 407 South 27th Avenue | Omaha | NE | 68131 | US |
| Find-A-Pet | P.O. Box 1375 | Soap Lake | WA | 98851 | US |
| FindLaw | 3929 Penberton | Palo Alto | CA | 94306 | US |
| Fine Arts by Grandpa | 1000 Whitlock Ave. | Marietta | GA | 30064 | US |
| Fingertip Software | 433 Kitty Hawk Rd., Suite 216 | Universal City | TX | 78148 | US |
| FirstPlace Software | 2452 N. Malang Rd. | Joplin | MO | 64801 | US |
| Fishing Enthusiast Gift of the Month | 2579-C Telluride Trail | Green Bay | WI | 54313-3909 | US |
| Florence International | 84 Thomas Road | Ashland | MA | 1721 | US |
| Football365 | Flat 3, 3 Harrington Gardens | London | | SW7 4JJ | UK |
| Forever Maui Weddings | 1132 Ukiu Rd. | Makawao | HI | 96768 | US |
| Franchise Solutions, Inc. | 2456 Lafayette Place | Portsmouth | NH | 3801 | US |
| Free Stuff Central | 8501 Voigt | Grosse Ile | MI | 48138 | US |
| Freelance Works/DigiBand | 10040BarstonCt | Alpharetta | GA | 30022 | US |
| Fresh Flower Source, Inc. | PO Box 74 | Rye | NH | 3870 | US |
| Fridgedoor.com | 21 Dixwell Ave. | Quincy | MA | 2169 | US |
| Friendfinder, Inc. | 444 Castro #431 | Mountain View | CA | 94041 | US |
| Frodo.Com | 694 S. Cooper #A1 | Gilbert | AZ | 85234 | US |
| Full Moon Interactive Group | 1111 Tamarind Ave. | Hollywood | CA | 90038 | US |
| Futek Advanced Sensor Technology | 26052 Merit Circle #103 | Laguna Hills, Ca | CA | 92653 | US |
| future-fortune.com | 9 Wellfield Court | | | XX MK15 9HL | UK |
| Garden Gables Inn | 135 Main Street | Lenox | MA | 1240 | US |
| Garwood Laboratories, Inc. | 7829 Industry Ave. | Pico Rivera | CA | 90660 | US |
| GayBiz.com | 3236-301 Mercer Univ. Dr. | Chamblee | GA | 30341 | US |
| Gebbie Press Inc. | PO Box 1000 | New Paltz | NY | 12561 | US |
| GemKey | 849 Vorawat Building, 17th Floor, Unit 1701, Silom Road | Bangrak | | 10500 | TH |
| GenTek Solutions, Inc. | 513 E Wikieup Ln. | Phoenix | AZ | 85024 | US |
| GIC Inc. | P.O. Box 13081 | Overland Park | KS | 66282 | US |
| GiftTree | 400 E. Evergreen Blvd. Suite #222 | Vancouver | WA | 98660 | US |
| Gigastore, Inc. | 915 Broadway Suite 605 | New York | NY | 10010 | US |
| Glonata Mettifogo | 81 Lansing Street, Suite 411 | San Francisco | CA | 94105 | US |
| Glen R. Parker | 65 Westbourne Terrace | Brookline | MA | 2146 | US |
| Global Fortune | Leyweg 1136 | The Haque | | 2545 GZ | NL |
| Global Lottery Commission Ltd. | 146 Cross Street | Athenry, Co. Galway | | EIRE | IE |
| Global Passport and Visa Services, Inc. | 2601 S. Bayshore Dr, Suite 1140 | Miami | FL | 33133 | US |
| Go Racing! | | | | | US |
| Golf Guide | 1879 Route 9 | Cape May Court House | NJ | 8210 | US |
| GoodInk | 9007MearsStreet | Fairfax | VA | 22031 | US |
| Gospel Communications Network | 890 Ireland | Muskegon | MI | 49441 | US |
| Great Country | 171 Howell Mtn. Rd. | Rose Bud | AR | 72137 | US |
| Great Neon Art & Sign Co. | 12000 Park Shore Ct. | Woodbridge | VA | 22192 | US |
| Green Mountain Unlimited | 1463 Graham Farm | Severn | MD | 21144 | US |
| GT&A Strategic Marketing Inc. | 8135 Kentucky Cr. #1A | Minneapolis | MN | 55438 | US |
| HeadHunter.NET | 333 Research Court Suite 200 | Norcross | GA | 30092 | US |
| Henry & June | 3175 Greensburg Circle | Reno | NV | 89509 | US |



OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

| Company Name | Last Known Address | | | | |
|---|---|---|---|---|---|
| Herbalife Health Wise | 3822 Hanford Ave. | Yucca Valley | CA | 92284 | US |
| Hit The Net | 2005 Alden Court | Augusta | GA | 30906 | US |
| Holiday Group | 3605 Airport Way S. #200 | Seattle | WA | 98134 | US |
| Home Based | 6075 Franklin ave., Apt. 348 | Los Angeles | CA | 90028 | US |
| HomeCom Communications, Inc. | 1900 Gallows Road | Vienna | VA | 22182 | US |
| Homestore.com /Springstreet | 30700 Russell Ranch Road, Ste #100 | Thousand Oaks | CA | 91362 | US |
| Hometown Texas Network | 11412 Summertree Ln. | Texas | TX | 75243 | US |
| HotSpot | P.O. Box 4063 | Burbank | CA | 91503 | US |
| HPL Software | 305 Fifth St | Waunakee | WI | 53597-1305 | US |
| Hummer Winblad | 2 South Park - 2nd floor | San Francisco | CA | 94107 | US |
| I.S. Associates, Inc. | 1260 Rankin Suite L | Troy | MI | 48083 | US |
| Id, & Strategikonsulterna | Gibraltargatan 86:548 | G"teborg | | 41279 | SE |
| IDeal International, Inc. | PO Box 571188 | Salt Lake City | UT | 84157 | US |
| I-Frontier | attn: Kim Smith 417 N. 8th Street 2nd Floor | Philadelphia | PA | 19123 | US |
| IGo.com | 2301 Robb Drive | Reno | NV | 89523 | US |
| Impulse Communications | 60 Cohasset Street, #3 | Roslindale | MA | 2131 | US |
| Individual, Inc. | 8 New England Executive Park | Burlington | MA | 1803 | US |
| Inference Corporation | 100 Rowland Way | Novato | CA | 94945 | US |
| Info Marketer | 2030 F Street N.W. #111 | Washington | DC | 20006 | US |
| infohiway | 20700 Ventura Blvd. Suite 205 | Woodland Hills | CA | 91364 | US |
| Infon Corporation | PO Box 27740 | Las Vegas | NV | 89126-1740 | US |
| InfoQuest Technologies, Inc. | 571 Chesterfield Court | Harrisburg | PA | 17112 | US |
| Information Echo, Inc. | 8500 North Stemmons Freeway, Suite 4035 | Dallas | TX | 75247 | US |
| Information Technology Associates | 1111 Howard St. | Peekskill | NY | 10566 | US |
| Infotonic Interactive | 1234 Massachusetts Ave NW Suite 916 | Washington | DC | 20005 | US |
| InfoWest, Inc. | 1845 West Sunset Blvd. | St. George | UT | 84770 | US |
| Inns&Outs | 979 W. Moorhead Cir # G | Boulder | CO | 80303 | US |
| Insights-Corporate Selection Systems Inc. | 600 Kenrick Drive, Suite A2 | Houston | TX | 77060 | US |
| Intellectual Property Mangement | 21550 Oxnard Street, Third Floor | Woodland Hills | CA | 91367 | US |
| Interactive Commerce Group, Inc. | 10650 Kinnard Ave, Ste 104 | Los Angeles | CA | 90024 | US |
| Interfusion Internet Strategies, Inc. | 800 Rene-Levesque West #450 | Quebec | | H3B 1X9 | CA |
| Interlinx, L.L.C. | 49114 Fox Drive S. | Plymouth | MI | 48170 | US |
| International Cigar Club | 4401 Vineland Rd Ste A-5 | Orlando | FL | 32811 | US |
| International Commerce Exchange Systems, Inc. | 220 West 19th Street | New York | NY | 10011 | US |
| Internet Antique Shop Inc. | 9712 Old Katy Road, Suite 52 | Houston | TX | 77055 | US |
| Internet Capital Group | 44 Montgomery Street | San Francisco | CA | 94104 | US |
| Internet Services Corp | 1916 Pike Pl #12-367 | Seattle | WA | 98101 | US |
| Internet Tools, Inc. | 1436 W. Gray #438 | Houston | TX | 77019 | US |
| Internexis | 10141 SW 99 Ave | Miami | FL | 33176 | US |
| InterSource Solutions | 2090 Orr Road | Cumming | GA | 30041 | US |
| Interworld Translations | Chacabuco 1151 | Buenos Aires | | 1069 | AR |
| Investor's Advantage, Inc. | P.O. Box 6257 | Plymouth | MI | 48170 | US |
| InvoiceDealers | 445 Cambridge Ave. #D | Palo Alto | CA | 94306 | US |
| IPA, Inc. | 10650 Kinnard Ave 104 | Los Angeles | CA | 90024 | US |
| Isuzu | 20700 Ventura Blvd. Suite 205 | Woodland Hills | CA | 91364 | US |
| iVillage | 170 5th Avenue | New York | NY | 10010 | US |
| IWMI | 305 N. Tillotson Ave. | Muncie | IN | 47304-3956 | US |
| JaMar Galleries | 2066 Prosser Ave | Los Angeles | CA | 90025 | US |
| James Cashel | 2 Townsend Street 2-313 | San Francisco | CA | 94107 | US |
| Janor Web Node | 106 East Fairmont Drive | Tempe | AZ | 85282-3630 | US |
| Jason Data Systems | 455 Douglas Ave | Altamonte Springs | FL | 32714 | US |
| Jayson Vanzeipel | 1530 SE 40th Ave. | Portland | OR | 97214 | US |



OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

| Company Name | Last Known Address | | | | |
|---|---|---|---|---|---|
| JDD Publishing | 62 Columbus Ave | N Providence | RI | 2911 | US |
| Jealan Distributors, Inc. | 51 Champlain Ave. | Staten Island | NY | 10306 | US |
| Jed Shlackman | 15955 S.W. 280 Street | Homestead | FL | 33031 | US |
| Jeffery D. Field | 1042 Country Club Drive | Moraga | CA | 94556 | US |
| Jeremiah's International Trading | 421 South 9th Street | Leesburg | FL | 34748 | US |
| Jewelers Direct | 7491 N. Federal Hwy C-5, Suite 314 | Boca Raton | FL | 33487 | US |
| Jim Conova | 5255 Stevens Creek Blvd . Suite 285 | Santa Clara | CA | 95051 | US |
| JobLynx | 2797 Candle lane | Green Bay | WI | 54304 | US |
| Jobs In Healthcare | P. O. Box 3806 | Avon | CO | 81620 | US |
| John Fischer | 808 Pleasant Hill Road | Wallingford | PA | 19086 | US |
| John Fort | 12739 Roberto Way | Poway | CA | 92064 | US |
| John P. Fort | 6755 Mira Mesa Blvd. #123-301 | San Diego | CA | 92121 | US |
| John Prumatico & Associates | 1091 Park Lane Suite 2848 | Gulf Breeze | FL | 32561 | US |
| Jonathan Hubbard | 1340 Lombard Street, Apt 605 | San Franicsco | CA | 94109 | US |
| JSE Computers | 2817 Aaron Drive | Chesapeake | VA | 23323 | US |
| Jst Tri It Inc | 1992 Commerce Street Suite 8 | Yorktown Heights | NY | 10598 | US |
| Justin Segal | 8500 Stemmons Freeway 1000 | Dallas | TX | 75247 | US |
| Kaktus Productions | Post Office Box 71354 | Reno | NV | 89570-1354 | US |
| Kamm Co. | 1515 Chatsworth Blvd. | San Diego | CA | 92107 | US |
| KBCI BIZHOST | 1704 36th Ave | Seattle | WA | 98122 | US |
| Kent Gordon | 2700 Ygnacio Valley Road | Walnut Creek | CA | 94598 | US |
| Kenton L Ownbey | 1463 S. Jackson | Denver | CO | 80210 | US |
| Keyvision Technologies inc. | 1018 Gold Cr., | Ottawa | ON | K2B 8C5 | CA |
| KillerApp Solutions, Inc. | 34546 Felix Terrace | Fremont | CA | 94555 | US |
| Kim L. Brown | 1522 Holly Vista Drive | Snohomish | WA | 98290 | US |
| Kimage Oy | Vilkkupoiju 9A | Espoo | | 2320 | FI |
| Knoxville News-Sentinel, E.W. Scripps | 208 W. Church Ave. | Knoxville | TN | 37902 | US |
| Kristull Products Inc. | 8708 Grelle Lane | Austin | TX | 78744 | US |
| L.H. Selman Ltd. | 761 Chestnut Street | Santa Cruz | CA | 95050 | US |
| LA Enterprises | 1036 W. barre St. | Baltimore | MD | 21230 | US |
| Lang Co | 12882 Joy St Ste K | Garden Grove | CA | 92840 | US |
| Larry's RV | 2115 N.E. Hwy. 20 | Bend | OR | 97701 | US |
| League of American Investors | 254 Camino Toluca | Camarillo | CA | 93010 | US |
| LeRette Design Associates | 1304 Sterling Oaks Drive | Casselberry | FL | 32707 | US |
| Life Extension Foundation | 1881 NE 26th Street, ste 237 | Fort Lauderdale | FL | 33305 | US |
| Lisa Longs Creative Communications | PO Box 369 | Holualoa | HI | 96725 | US |
| Living Wholeness | 1565 Gatehouse Cir N, #C2 | Colorado Springs | CO | 80907 | US |
| Logos Research Systems, Inc. | 715 SE Fidalgo Ave | Oak Harbor | WA | 98277-4049 | US |
| Long Island Globalink | 380 Town Line Road | Hsuppauge | NY | 11788 | US |
| LoVEART Ltd. | 3645 Keele Street Suite #106 | Ontario | | M3J 1M6 | CA |
| Lowestfare.com | 20700 Ventura Blvd. Suite 205 | Woodland Hills | CA | 91364 | US |
| M. May Internet & Business Consulting | 16934 Antwerp Road | Harlan | IN | 46743 | US |
| Mac Nuts of Hawaii | PO Box 833 | Kealakekua | HI | 96750 | US |
| Mad Phat Enterprises, Inc. | 54 Hazel Street | Clifton | NJ | 07011-3409 | US |
| Management Mentors | 69 Brayton Road | Brighton, | MA | 02135-3041 | US |
| MANMACHINE | 44 E. Main, Suite 421 | Champaign | IL | 61820 | US |
| Manual Labor | 40006 Cambridge St. #202 | Canton | MI | 48187 | US |
| Marafi Media International | P.O. Box 53282 | Riyadh | | 11583 | SA |
| Marc Philips | 1918 Main Street, 3rd Fl. | Santa Monica | CA | 90405 | US |
| Marker Express, Inc. | 2170 NW 82 Ave | Miami | FL | 33126 | US |
| Marketing Excellence, Inc. | 1112 Highland Oaks | Arcadia | CA | 91006 | US |
| Marketplace Specialty Wholesalers | 2100 CR 807 | Cleburne | TX | 76031 | US |



OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

| Company Name | Last Known Address | | | | |
|---|---|---|---|---|---|
| Mark's Custom Music and Media Services | 730 Clayton Drive | Clarksville | TN | 37040 | US |
| Marshville Enterprises | 36463 Ames Terrace | Fremont | CA | 94536 | US |
| Martha Brandon | 14491 Madison Ave NE | Miami | WA | 98110 | US |
| MASK D.S. | Rua das Laranjeiras, 24. Bosque das Ma | Sao Jose | SC | 88108-370 | BR |
| MatchMaker Networks | 3509 Ridge Haven Circle | Bedford | TX | 76021 | US |
| Matt Schmoeckel | 2115 Summit Ave. Mail #2179 | St. Paul | MN | 55082 | US |
| MBA Careers | 1881 SW Front Avenue | Portland | OR | 97201 | US |
| MBNA | 91 Tulip St. | Bergenfield | NJ | 7621 | US |
| McArch Productions dba Genesis Art Line | 2611 8th Avenue | NY | NY | 10030 | US |
| Media SuperCollider | 13953 Panay Way | Marina del Rey | CA | 90292 | US |
| Mediaflex | | | | | US |
| Mediation Training Institute International | 10210 Robinson St | Overland Park | KS | 66212 | US |
| Medpatients Network, Inc. | 3086 Bird Rock Rd | Pebble Beach | CA | 93953 | US |
| Metabolife 356 distributor | 17713 Oakwood Drive | Tinley Park | IL | 60477 | US |
| Michael A. Keesling | 7017 1/2 Trolleyway | Playa Del Rey | CA | 90293 | US |
| Michael Barber | 4798 Mallard Common | Fremont | CA | 94555 | US |
| Michelle L Kennedy | 5618 Duck Creek #S | Garland | TX | 75043 | US |
| Microteam | Am Wolfsberg 17 | G | | 28865 | GR |
| Mike Laidlaw | 46 Metcalfe Road | Regina | | S4V0H8 | CA |
| Millennium Sourcing Group, Inc. | 540 E. Franklyn Ave. | Indialantic | FL | 32903 | US |
| Milligan&Associates | POBox345 | Moore | SC | 29369 | US |
| Mindbridge | 275 Commerce Drive, Suite 202 | Fort Washington | PA | 19034 | US |
| MJourney Communications | SMC 5061, PO Box 3015 | Pittsburgh | PA | 15230 | US |
| Mommy Mall, the | 29731 Cresthaven Drive | Willowick | OH | 44095 | US |
| Monopoly Investment Properties | #708-207 West Hastings Street | Vancouver | BC | V6B 1H7 | CA |
| Morales Art Gallery | 207 E. Gallery Row | Nags Head | NC | 27959 | US |
| Morris Paralegal Services | 2470 Lake Tekawitha | Pacific | MO | 63018 | US |
| Mountain Bike Resources | 2434 Lorentz Pl. N. | Seattle | WA | 98109 | US |
| Move.com | 795 Folsom Street 64 | San Francisco | CA | 94107 | US |
| Mr. D. R Carter | 20 Lilburn Close | Lancs | | BL0 9LY | GR |
| Multiplex Media Corporation | PO Box 543 | Murrieta | CA | 92563 | US |
| MURAL | PO Box 3706 | Dana Point | CA | 92629 | US |
| Musclemaster.com | 153 Northboro Rd, Suite 15 | Southborough | MA | 1772 | US |
| Musician Store | 1322 Pacific Avenue | San Francisco | CA | 94109 | US |
| MyDesktop Network | 350 Abrams-Forest Suite 450 | Dallas | TX | 75243 | US |
| myLaunch | 20700 Ventura Blvd. Suite 205 | Woodland Hills | CA | 91364 | US |
| NAPA Software Inc. | 5334 Yonge Street, Suite 1509 | Ontario | | M2N 6V1 | CA |
| Narrowsearch LLC | 915 Cole St. Suite 123 | San Francisco | CA | 94117 | US |
| National Career Search, Inc. | 4775 Walnut St Suite 2A | Boulder | CO | 80301 | US |
| National Mortgage | 2095 Emery Ct. | East Troy | WI | 53120 | US |
| Natural Connections, Inc. | 301 West Harford | Milford | PA | 18337 | US |
| Natural Heritage Enterprises | 4118 Montrose Ct. | Orlando | FL | 32812 | US |
| Naturalight Productions | Box 14 | Dangriga | | 0 | BZ |
| Neil Hirsch | 5811 12th Ave. | Brooklyn | NY | 11219 | US |
| Net Data Systems | 2235 S. Treelane | Monrovia | CA | 91016 | US |
| netaweb | 33 Webster Court | Newington | CT | 6111 | US |
| NetCent Communications | 74 MacDermott Drive | Ajax | ON | L1T 3T9 | CA |
| NetCreations, Inc. | 47 Joralemon St | Brooklyn | NY | 11201 | US |
| NetGambit | 5854 N. Keating Ave. | Chicago | IL | 60646 | US |
| NetGrocer | 333 7th Avenue, 11th Floor | New York | NY | 10001 | US |
| netImpact, Inc. | 3355 Kemptown Church Rd | Monrovia | MD | 21770-8709 | US |
| NetNames | 180-182 Tottenham Court Road | W1P | | 9LE | UK |



OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

| Company Name | Last Known Address | | | | |
|---|---|---|---|---|---|
| Network Legal Solutions,Inc. | 5430 Lynx Lane, Suite 135 | Columbia, | MD | 21044 | US |
| New Adventures | 1681 NE105 Lane | Anthony | FL | 32617 | US |
| new body new york | P.O. Box 1021 | Milford | PA | 18337 | US |
| New Era Chintz | PO Box 450562 | Garland | TX | 75045-0562 | US |
| New Reality Entertainment | 650 Woodlawn Ave. | Venice | CA | 90291 | US |
| Numen Lumen | 2525 Arapahoe Ave E4-288 | Boulder | CO | 80302 | US |
| NYJAM Inc. | 1950 Stemmons Fwy. Ste. 3054 | Dallas | TX | 75207 | US |
| Oak Tree Publishing Inc | 18797 Winston Churchill Blvd., RR #1 | Ontario | | N0B 1T0 | CA |
| Ohm Acoustics | 241 Taaffe Place | Brooklyn | NY | 11205 | US |
| Old/Infonautics | 590 North Gulph Road | King of Prussia | PA | 19406 | US |
| Olympia & Chase | 16835 W. Bernardo Dr. Ste. 209 | San Diego | CA | 92127 | US |
| Onerom | 1 arden street #207 | new york | NY | 10040 | US |
| Online Columbia | 700 Cherry Street | Missouri | | 65201 | US |
| Online Partners.com, Inc. | 1700 17th Street, Suite 202 | San Francisco | CA | 94103 | US |
| Online-Europe Shopping Mall | 13A, rue de Luxembourg | Roedgen | | 3392 | LU |
| OnlineHost.com | 17 Beltane Drive | Dix Hills | NY | 11746 | US |
| ONSALE, Inc. | 1350 Willow Road | Menlo Park | CA | 94025 | US |
| Orthodox Union | 333 Seventh Ave | New York | NY | 10001 | US |
| Outdoor International | PO Box 224886 | Dallas | TX | 75222-4886 | US |
| Outfitters Ontario | 2299 Kingston Rd | White Lake | MI | 48386 | US |
| Overseas Jobs Web | 1050 Cemetery Lane | Aspen | CO | 81611 | US |
| Oyster Bay Holding, LTD | 11911 US Highway One | North Palm Beach | FL | 33408 | US |
| Paradigm Consulting | 4503 Aspenbrook | Spring | TX | 77388 | US |
| Parfum-USA, Inc. | 2295 West 11th Street, Suite 6D | Brooklyn | NY | 11223 | US |
| Park Avenue Jewelry | P.O. Box 10056 | Greensboro | NC | 27404 | US |
| PEACH Personal Security Products | 113 Byway Road | Owings Mills | MD | 21117 | US |
| Pearsall's Garden Center and Nursery | 3100 Market Street | Wilmington | NC | 28403 | US |
| Penny A. Edlund | 13926 Williams Way | Whittier | CA | 90602 | US |
| Penweb Services | 722 W Anderson Rd | Sequim | WA | 98382 | US |
| PeopleLink | 2950 31st Street, Suite 364 | Santa Monica | CA | 90405 | US |
| PeopleLink | 2950 31st Street Suite 364 | Santa Monica | CA | 90405 | US |
| PepeSearch | Egebakken 7 | | | | DK |
| Perseus Development Corporation | 222 Forbes Road, Suite 208 | Braintree | MA | 2184 | US |
| Peter A. Moulton & Co. | 10568 Owen Brown Road | Columbia | MD | 21044 | US |
| Peter J. Hudson | 5406 Kirkwood Pl N | Seattle | WA | 98103 | US |
| Phillip Codrington | 26 Caversham Drive | Torbay Heights, Auckland | | 1310 | NZ |
| PhotoHouse.Com | 10820 Abbotts Bridge Rd, Suite 220-201 | Duluth | GA | 30097 | US |
| Photos To Go | 23 West 18th Street 3rd Floor | New York | NY | 10011 | US |
| Pinehealth | P.O. Box 1258 | Darby | MT | 59829 | US |
| Pinnacle Inc of Michigan | PO BOX 79 | East Lansing | MI | 48826 | US |
| PinPoint Communications, Ltd. | 409 East Lancaster Avenue | Wayne | PA | 19087 | US |
| Platinum Software | 8100 Nyberg Road | Tualatin | OR | 97062 | US |
| Play-A-Game.com | 3463 Genesee Street | Cheektowaga | NY | 14225 | US |
| PMG Marketing, Inc. | 500 Australian Ave. South- Ste. 850 | West Palm Beach | FL | 33401 | US |
| Point2 Internet Systems | E-2917 Early Dr | Saskatoon | SK | S7H 3K5 | CA |
| POSTAPRINT | Taidswood House | BUCKS | | SL0 0PQ | UK |
| Postweb | 19 Botrous Ghali Street | Heliopolis, Cairo 11341 | | 11341 | EG |
| Power Incorporated | 4403 46th Ave SW | Seattle | WA | 98116 | US |
| PR Asia | 1450 Massachusets Ave | Washington | DC | 10024 | US |
| Praise Relocation Services | po box 560 | Lk Stevens | WA | 98258 | US |
| Presenting Solutions | 245 Calle Pueblo | San Clemente | CA | 92672 | US |
| Pricedrop.Com | 3613 Lafayette Road | Portsmouth | NH | 3801 | US |



OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

| Company Name | Last Known Address | | | | |
|---|---|---|---|---|---|
| Private Villas Ltd | 28 Wyndham Street | Hong Kong, SAR | | | CN |
| Pro Host, Inc. | 1211 Yonkers Ave. | Yonkers | NY | 10704 | US |
| ProDJ.Com Internet Services | 2513 33rd Street | Des Moines | IA | 50310 | US |
| Promo-T | 816 Fremont Street | Menlo Park | CA | 94025 | US |
| ProNet GmbH | 50 Karlstr. | Villingen-Schwenningen | | 78055 | DE |
| Prophet | 555 Bryant Avenue 150 | Palo Alto | CA | 94301 | US |
| ProSavvy | 9510 Meridian Blvd, Suite 200 | Englewood | CO | 80112 | US |
| Prudential 1st Choice Real Estate | 5202 Freeway Park Dr. Suite 101 | Riverdale | UT | 84405 | US |
| PS Personals | 1001 East Harris Blvd. Suite P-225 | Charlotte | NC | 28213 | US |
| Qualcomm | 20700 Ventura Blvd. Suite 205 | Woodland Hills | CA | 91364 | US |
| Rabbitbrush | 345 N. Buffside Ct. | Elko | NV | 89801 | US |
| RAD Enterprises | 33 D Street | Dracut | MA | 1826 | US |
| Rainbow Expressions, Inc. | 6662 Sunset Strip | Sunrise | FL | 33313 | US |
| Randolph T. Times | 1537 15th Street | Santa Monica | CA | 90404 | US |
| Rask Inc. | 9784 Indian Key Trail | Seminole | FL | 33776 | US |
| RCE Information Services | 7318 Osceola Drive | Cincinnati | OH | 45243 | US |
| RE/MAX Properties Inc. | 265 E. Cheyenne Mtn Blvd | Colorado Springs | CO | 80906 | US |
| Real World Games | 9904 Rainbow Dr. | Knoxville | TN | 37922 | US |
| RealEmail | 1373 Serena Cir. #1 | Chula Vista | CA | 91910 | US |
| REMAX Fifth Avenue | 593 N 5th Ave | Sequim | WA | 98382 | US |
| Rent Net | 795 Folsom St. 6th floor | San Francisco | CA | 94107 | US |
| Retroscreen Ltd | 64 Turner St | London | | 2AD | UK |
| Rhoades National Corp. | 125 Rhoades Ln | Hendersonville | TN | 37075 | US |
| Richard Comer | 981 Springdale Dr. | Hobart | IN | 46342-5345 | US |
| Richard T. Demulling | 2675 Ryan Dr. | Maplewood | MN | 55119 | US |
| Richland Technical Services | 532 Montreal Rd, Suite 371 | Ottawa | ON | K1K0T9 | CA |
| RightLife | 1911 SW Campus Dr. #224 | Federal Way | WA | 98023 | US |
| Ringdale | 7 Woodgate Meadow | Sussex | | BN73BD | UK |
| Robert J. Janacek | 140 Mountain Avenue | Springfield | NJ | 7081 | US |
| Robert Kociubinski | P.O. Box 34996 | Chicago | IL | 60634 | US |
| Robert L. Cook | 227 Temple View Dr | Logan | UT | 84321 | US |
| Robert M. Debaun | 280 Quincy Street | Port Townsend | WA | 98368 | US |
| Robert S. Steenbeke | 212 Judith Ann | Schertz | TX | 78154 | US |
| Robert Stukowski | 512 Doat Street | Buffalo | NY | 14211 | US |
| Robert Vinet | 527 Beaverbrook Court | Frederiction | NB | E3B1X6 | CA |
| Rosemary Gray Children's Wear | 357 Commercial Street #301 | Boston | MA | 2109 | US |
| Russ Lyon Realty Co. | 8 Sundial Circle | Carefree | AZ | 85377 | US |
| RVB Enterprises | 1940 Garnet Ave. | San Diego | CA | 92109 | US |
| Rwoof!, Inc. | 1872 Fell St. | San Francisco | CA | 94117 | US |
| Ryley & Associates | 4065 S. Braeswood Blvsd. #275 | Houston | TX | 77025 | US |
| S&S Southwest Enterprises | 518 Hacienda Drive | Austin | TX | 78748 | US |
| S.R.M. Enterprises | 131 Oakridge Dr. | Forest City | IA | 50436 | US |
| Safe & Sound Children | 30 Dole St | Staten Island | NY | 10312-5906 | US |
| Sager & Tompkins, LLP | 1828 L Street, NW Suite 402 | Washington | DC | 20036 | US |
| Sarraf Jewelry | 650 S. Hill St., #728 | Los Angeles | CA | 90014 | US |
| Sassafras Inn Bed & Breakfast | PO BOX 429 | Nesbin | | 38651 | US |
| Satterlee Marketing | 2008 College Green Drive | Elgin | IL | 60123 | US |
| ScharPat Company | 1200 New Rodgers Rd | Bristol | PA | 19007 | US |
| SCN7 | Box 3282 | Olathe | KS | 66063 | US |
| Scott Philatelics | 116 Bassett Gardens | TW7 | | 4QY | UK |
| Searching 4U | 12 Payne Ave | North Tonawnada | NY | 14120 | US |
| Second Spin | 1485 S. Colorado Blvd. | Denver | CO | 80222 | US |



OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

| Company Name | Last Known Address | | | | |
|---|---|---|---|---|---|
| Self Improvement Online | 250 Gorge Road, Apt 16J | Cliffside Park | NJ | 7010 | US |
| Self Improvement Online, Inc. | 96 Linwood Plaza, Suite 264 | Fort Lee | NJ | 7024 | US |
| SendTraffic | PMB #342 705-2 East Bidwell St | Folsom | CA | 95630 | US |
| Sergei Geler | 1535 21st Ave., | San Francisco | CA | 94122 | US |
| Shareholder Development & Consulting Services | 1501 S.W. 6TH Court | Boca Raton | FL | 33486 | US |
| Sharief Website Hosting Services | 19106 Highstream Drive | Germantown | MD | 20874 | US |
| Sharon Johnson-Smith | PO Box 90268 | Phoenix | AZ | 85066 | US |
| ShipsStore.com | 13040 Gandy Blvd | St. Petersburg | FL | 33702 | US |
| Shopping.com | 111 Theory | Irvine | CA | 92612 | US |
| Sierra Del Sol Enterprises | 101 S. Spruce Street #205 | Escondido | CA | 92025 | US |
| Sighthound Designs | 51G Beacon Hill Road | West Milford | NJ | 7480 | US |
| Silicon Alley Reporter | 22 West 19th Street 9th floor | NY | NY | 10011 | US |
| Single Search National | 13176 N. Dale Mabry, Suite 202 | Tampa | FL | 33618 | US |
| Site See | 907 South 1540 East | Provo | UT | 84606 | US |
| Sitematic Corporation | 433 G Street, Suite 203 | San Diego | CA | 92101 | US |
| SiteUp Internet Promotions | 34 Appletree Drive | Hauppauge | NY | 11788 | US |
| Sky Island Systems | POBOX 9123 | San Diego | CA | 92169 | US |
| Snappy Graffix Web Design | 28 Hill Lawn | Brislington, Bristol | | 4PH | UK |
| Softword Technology | 39 Brookstone DR. | Falmouth | VA | 22405 | US |
| Spartan School of Aeronautics | 8820 E. Pine St., P.O. Box 582833 | Tulsa | OK | 74158-2833 | US |
| Speedware Motorsports | 20700 Ventura Blvd. Suite 205 | Woodland Hills | CA | 91364 | US |
| Sports Hotline | 450 S. Washington St. | Waterloo | IN | 46793 | US |
| SpotMedia Communications | 224 Clement St. | San Francisco | CA | 94118 | US |
| Stained Glass Warehouse | 1254 The Grove Rd | Orange Park | FL | 32073 | US |
| Stamp Galleries | Scheffelstr. 10 a | Veitshoechheim | | D-97209 | DE |
| State Street Discount | 3613 Lafayette Road | Portsmouth | NH | 3801 | US |
| Statewide Car Connection | 707 W. Palo Verde | Gilbert | AZ | 85234 | US |
| Stephen Cole | 6 Temple Close, Maidenbower | Wesy Sussex | | RH10 7WW | UK |
| Stephen Traino | 5694 Mission Center Road | San Diego | CA | 92108 | US |
| StephenD.Klein | 200West79thStreet#9S | New York | NY | 10024 | US |
| Steve Olsher | 2835 N Sheffield #409 | Chicago | IL | 60657 | US |
| STI | 4 Concourse Parkway, Suite 290 | Atlanta | GA | 30328 | US |
| StockSmart | 2647HiddenRidgeDr. | Arlington | TX | 76006 | US |
| Storm Chasing Adventure Tours | 7591 Halleys Dr | Littleton | CO | 80125 | US |
| Streamline International | 433 W. 45 | New York | NY | 10036 | US |
| Submit Itl, Inc. | 23 Crosby Drive | Bedford | MA | 1730 | US |
| Success Learning Systems | 8490 Mukilteo Speedway #108 | Mukilteo | WA | 98275 | US |
| Success Solutions | 2657 Windmill Pkwy. Suite 207 | Henderson | NV | 89014 | US |
| Summers MBM | 1464 Hite St. | Akron | OH | 44314 | US |
| Sun Country Realty | PO Box 886 | Twisp | WA | 98856 | US |
| Supreme Video | 1562 Coney Island Avenue | Brooklyn | NY | 11230 | US |
| Susan L. St.Cyr | 19950 Choctaw Court | Germantown | MD | 20876 | US |
| TaoTree, Inc. | 150 NW Shadow Lane | White Salmon | WA | 98672 | US |
| Tarot by Andrea | PO Box 26861 | Columbus | OH | 43229 | US |
| TDK Semiconductors Corp. | 2642 Michelle Dr. | Tustin | CA | 92780-7018 | US |
| techexchange.com | 2229 Sherwood Ct. | Minnetonka | MN | 55305 | US |
| Technews Corp. | 7840 Madison Ave, Suite 185 | Fair Oaks | CA | 95628 | US |
| TechnoSol | 4509 Lexington Ct. | Hudsonville | MI | 49426 | US |
| Tecra Tools, Inc. | 2452 S. Trenton Way | Denver | CO | 80231 | US |
| Ted H. Vera | 628 E. Fountain Blvd. | Colorado Springs | CO | 80903 | US |
| Tehabi Books | 1201 Camino del Mar, Suite 100 | Del Mar | CA | 92014-2568 | US |
| TeleCom Associates | 26 Princess Ave | Marlton | NJ | 8053 | US |



OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

| Company Name | Last Known Address | | | | |
|---|---|---|---|---|---|
| TeleSouth Network Inc | 2562 Beach Blvd, Suite 1304 | Biloxi | MS | 39531 | US |
| Tennessee Web Inc. | PO Box 376 | Shelbyville | TN | 37162 | US |
| Thai & Lao Language Services | 1442A Walnut Street | Berkeley | CA | 94709 | US |
| The Cholester-Rid Company, Inc. | P.O. Box 51123 | Pasadena | CA | 91115-1123 | US |
| The Clayton Wallis Company | P.O. Box 310 | El Verano | CA | 95433 | US |
| The Davis Company | PO Box 230708 | Anchorage | AK | 99523 | US |
| The Garlic Store, Inc. | 46050 Weld County Road 13 | Fort Collins | CO | 80524 | US |
| The GPS Store | P.O. Box 7659 | South Brunswick | NC | 28470 | US |
| The Green Pages | 3065 Dona Susana_ | Studio City | CA | 91604 | US |
| The Learning Kingdom, Inc. | 22 Coleman Place, #21 | Menlo Park | CA | 94025 | US |
| The Most Unusual Store | 23117 Mariano Street | Woodland Hills | CA | 91367 | US |
| The Premiere Internet Casino | | | | | US |
| The Search Beat | 2102 Middle Creek | kingwood | TX | 77339 | US |
| The Spa Depot | 1146 88th Ave SE | Olympia | WA | 98501-5759 | US |
| Third Age | 20700 Ventura Blvd. Suite 205 | Woodland Hills | CA | 91364 | US |
| Thumbs Up | 8544 Sunset Blvd. | Los Angeles | CA | 90069 | US |
| Thunderbeam.com | 475 17th Street Suite 540 | Denver | CO | 80202 | US |
| Tig Industries Inc | 1161 South Main St. | Moultrie | GA | 31768 | US |
| Tiger Tiger | PO Box 7341 | Berkeley | CA | 94707 | US |
| TimeValue Software | 4 Jenner, Suite 100 | Irvine | CA | 92618 | US |
| Timothy C. Fredel | 594 Howard Street | San Francsico | CA | 94105 | US |
| TMP Worldwide | 600 NW 14th Ave Suite 100 | Portland | OR | 97209 | US |
| TMT Services Corp | P.O. Box 11398 | Torrance | CA | 90510-1398 | US |
| Top Hosts | 46 Metcalfe Rd. | Regina | | S4V0H8 | CA |
| Total Sports | 162 Fayetteville St. | Raleigh | NC | 27601 | US |
| Townsend & O'Leary | 23282 Mill Creek Dr. | Laguna Hills | CA | 92653 | US |
| Toyota | 20700 Ventura Blvd. Suite 205 | Woodland Hills | CA | 91364 | US |
| Traffic Talk | PO Box 9142 | Brea | CA | 92822 | US |
| TrainWeb | 124 East Santa Fe Avenue | Fullerton | CA | 92832 | US |
| Trapp's Classic Humidors | 2138 Eagle Court | Cincinnati | OH | 45237 | US |
| Triple International Ltd. | 72 New Bond Street | London | | W1Y 9DD | UK |
| TSM Co. | 211 Pulteny Street Apt. #7 | Geneva | NY | 14456 | US |
| TSNN | 485 7th Avenue Suite 1400 | New York | NY | 10018 | US |
| Turboweb.Net | 707 W. Palo Verde | Gilbert | AZ | 85234 | US |
| Underworld Software | 520 Washington Blvd., #247 | Marina Del Rey | CA | 90292 | US |
| United Advertising Publications, Inc. | 15400 Knoll Trail, Suite 400 | Dallas | TX | 75248 | US |
| United Baseball Fan Association, Inc. | 319 North Naperville Road Suite 234 | Bolingbrook | IL | 60490 | US |
| Uptown Enterprises | PO BOX 8066 | Texas | TX | 77387-8066 | US |
| US Web Design | 707 W. Palo Verde | Gilbert | AZ | 85234 | US |
| Vacation of a Lifetime | 444 Township Line Rd | Havertown | PA | 19083-0341 | US |
| vacationweb.com | 31 Flood Circle | Atherton | CA | 94027 | US |
| Vaden Research, Inc. | 321 High School RD NE #147 | Bainbridge Island | WA | 98110 | US |
| ValueTech Communications | 407 Holly Lane | Mauldin | SC | 29662 | US |
| vanBasco Software | Zugspitzstr. 23 | Bayern | | 82054 | DE |
| Vandelay Enterprises | 26075 Donegal Lane | Lake Forest | CA | 92630 | US |
| VFX Technologies | 580 American Ave. Suite 515 | King of Prussia | PA | 19406 | US |
| Virtual Vegas Inc. | 1850 Union St Suite 1290 | San Francisco | CA | 94123 | US |
| VitaminQuest | 4230 Village Pkwy Suite 5 | Indianapolis | IN | 46254 | US |
| Vitamins Network | 223 Wall Street | Huntington | NY | 11743 | US |
| VitaSave | 225 East 46th Street | New York | NY | 10017 | US |
| Voodoo2 | P.O.Box 116/5401 | | | | LB |
| Wagner WebWorks | PO BOX 462 | Nevada | NV | 50201 | US |



OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

| Company Name | Last Known Address | | | | |
|---|---|---|---|---|---|
| Waikiki.Com | 444 Hobron Lane Suite 208 | Honolulu | HI | 96815 | US |
| Waiter.Com | 2 North First Street, 4th Floor | San Jose | CA | 95113-1201 | US |
| Watanabe Consulting Ltd. | 162 Pumpridge Pl. S.W. | Calgary | AB | T2V5E6 | CA |
| Wayne E. Schulz | 54 South Main Street | Marlborough | CT | 6447 | US |
| Web Academy | 19672 Stevens Creek Blvd. #244 | Cupertino | CA | 95014 | US |
| Web Advanced Products | 775 West 1100 South | Woods Cross, | UT | 84087 | US |
| Web Professionals Inc. | 20111 Stevens Creek Blvd., Suite 145 | Cupertino | CA | 95014 | US |
| Web Yes, Inc. | 220 Broadway Suite 104 | Lynnfield | MA | 1940 | US |
| Webheads | 10958 Weyburn Ave | Los Angeles | CA | 90024 | US |
| WebPromote | 1580 S. Milwaukee Ave, Suite 320 | Libertyville | IL | 60048 | US |
| Webscape Internet Management | 403-425 Carrall St. | Vancouver | BC | V6E 2B6 | CA |
| WeddingChannel | WedCom, Inc 888 S. Figueroa Street, Ste. 700 | Los Angeles | CA | 90017 | US |
| WedServ | 7853E.ArapahoeCt,Ste3100 | Englewood | CO | 80112 | US |
| Western Electronic Prodcuts Co. | 208 Calle de los Molinos | San Clemente | CA | 92672 | US |
| Where To Bet Online | PO Box 2384 | Queensland | | 4122 | AU |
| William D Henniger | 620 Thayer Drive | Richland | WA | 99352 | US |
| William H. Leachman | PO Box 316 | markham | VA | 22643 | US |
| William Vick | 3325 Landershrire Lane | Plano | TX | 75023 | US |
| Wired 2000 Corporation | 29 Philip Place | Ontario | | N2Z 2E7 | CA |
| Wise Owl Ceramics | 400 West Crawford Street | Elkhart | IN | 46514 | US |
| WorldPages | 4515 So Georgia #118 | Amarilo | TX | 79110 | US |
| Worldwidesingles.com | 81 Hansen road North, Unit 87 | Brampton | | L6V 3C7 | CA |
| WR2000 Group LLC | PO Box 253(Credit Card is 126 Silver Dr) | Reedsburg | WI | 53959 | US |
| Wyzer Systems | P.O. Box 169 | Evanston | IL | 60202 | US |
| Xkaliber Online Casino | | | | | US |
| X-L' Network Corporation | 7813 NE 56th St | Kansas City | MO | 64119 | US |
| You Bet! Inc. | 1950 Sawtelle Blvd. Suite 180 | Los Angeles | CA | 90025 | US |
| Yoyodyne Entertainment | 1 Bridge Street | Irvington | NY | 10533 | US |
| Z-Auction | 20700 Ventura Blvd. Suite 205 | Woodland Hills | CA | 91364 | US |
| ZEEGAR | 6210 East Quartz Drive | Mesa | AZ | 85215 | US |
| Zenation | PO Box 2758 | Tifton | GA | 31793 | US |
| Zoie Films | 2865 Lenox Road Suite 211 | Atlanta | GA | 30324 | US |



OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

## VERIFICATION

I, Jeanine L. Hayes, declare that:

I am in-house counsel to Overture Services, Inc. ("Overture"), the plaintiff in this lawsuit, and I am authorized to make this verification on behalf of Overture.

I have read Overture's Objections and Response to Google's Second Set of Interrogatories (Nos. 7-8). The information included in Overture's Response was obtained from employees of Overture and from documents in Overture's possession, custody, or control, but no one person within Overture has knowledge of all the information included in Overture's Response. To the best of my knowledge, information, and belief, the Response provided herein is true and correct.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

## DECLARATION

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: 10 Jan 03
Date

Jeanine L. Hayes



BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299