LAW OFFICES
# KEKER & VAN NEST
L L P

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

CHRISTINE P. SUN
CPS@KVN.COM

July 8, 2003

**VIA HAND DELIVERY**

Legal Department
Egghead
c/o C.T. Corporation
818 W. 7th Street
Los Angeles, CA 90017

      Re:    *Overture Services, Inc. v. Google*, Case No. C 02-01991 JSW, pending in the United States District Court for the Northern District of California

To the Legal Department:

      I am writing on behalf of my client Google Technology, Inc. ("Google") to seek your assistance in obtaining information regarding services offered by GoTo.com, now Overture Services, Inc., as part of its search engine prior to June 1998. *See* April 28, 1998 article from Electronic Advertising and Marketplace Report (attached). Overture has sued Google for patent infringement.

      Based on information produced by Overture, Google believes Egghead purchased, was approached to purchase, or considered purchasing search engine services wherein listings are ranked through an auction process ("GoTo's system") during the 1997 to mid-1998 time frame. Google seeks copies of marketing and sales materials, presentations, correspondence, notes, invoices, and other documents that relate to GoTo's system prior to June 1998.

      Please find attached a subpoena seeking the production of documents related to GoTo's system. Because this matter is proceeding on a fairly limited time frame, I have set the return date for August 5, 2003. However, Google will try to make every effort to minimize any inconvenience to Egghead. Thus, if Egghead would like more time to respond to the subpoena, Google will try to work out a reasonable extension of time.

July 8, 2003
Page 2

     If you would like to discuss an extension of time to respond to the subpoena or have any other questions or concerns, please contact Richard Giron at Compex Legal Services, Inc. Compex Legal Services, Inc.'s telephone number is (510) 986-1724. I may also be contacted at (415) 391-5400.

                                Very truly yours,

                                CHRISTINE P. SUN

CPS/kxs

Enclosure

311294.01