FROM : ATTORNEYS TRUST SERVICE      PHONE NO. : 9257439259      Jul. 10 2003 12:16PM P1

TO: NATALIE

# GOTO.COM
## CLIENT ACTIVITY REPORT
### REPORT PERIOD: MONTH ENDING 01/31/2000

COMPANY: Attorneys Trust Service
NAME: James N. Wood
EMAIL: jwoodats@msn.com
ACCOUNT #: 3513fdff7685

TOTAL CLICKTHROUGH CHARGES FOR JANUARY 2000:     $0.90

Balance as of December 31, 1999:              $8.88
Deposits in January 2000:                     $0.00
Total Clickthrough Charges in January 2000:   ($0.90)

Balance as of January 31, 2000:               $7.98

For an even more detailed summary of your account activity, please use our DirecTraffic Center, which can be accessed 24 hours a day, 7 days a week. Also, log in to DirecTraffic Center for a list of our upcoming Popular Searches. Click here to log in: https://secure.goto.com/s/dtc/center/

Suggested Search Terms Tool:    http://inventory.go2.com/inventory/searchInventory.mp

Want More Traffic? Chances are you can drastically increase traffic to your site if you optimize your account. Click here for a list of 10 ways you can maximize clickthroughs to your site:
http://www.goto.com/d/about/advertisers/tips/

GoTo.com, 74 N. Pasadena Ave., 3rd Floor, Pasadena, CA 91103 - Tel: (626) 584-4690, Fax: (626) 584-7691

THD 00010

FROM : ATTORNEYS TRUST SERVICE      PHONE NO. : 9257439259      Jul. 10 2003 12:16PM P2

GOTO.COM - CLIENT ACTIVITY REPORT
REPORT PERIOD: MONTH ENDING 01/31/2000

PAGE 2 OF 2

**COMPANY:** Attorneys Trust Service
**ACCOUNT #:** 3513fdff7885

| SEARCH TERMS | URL | BID AMOUNT | # OF CLICKS | TOTAL COST |
|---|---|---|---|---|
| living trust | http://www.attorneystrust.com/ | 0.05 | 12 | $0.60 |
| livingtrust | http://www.attorneystrust.com/ | 0.01 | 5 | $0.05 |
| trust | http://www.attorneystrust.com/ | 0.05 | 5 | $0.25 |
| | TOTALS FOR THIS REPORT PERIOD: | | 22 | $1.90 |

If your search term is listed but a zero appears in the # OF CLICKS column, this means that a results page was displayed but your web site did not receive a click. Note: If you have search terms that are not listed here, it is because there was no activity for those particular terms.

GoTo.com, 74 N. Pasadena Ave., 3rd Floor, Pasadena, CA 91103 - Tel: (626) 685-5600, Fax: (626) 685-5601

THD 00009