

LAW OFFICES
# KEKER & VAN NEST
L.L.P.

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188

August 5, 2003

**VIA FACSIMILE AND FIRST CLASS MAIL**

Charles M. McMahon, Esq.
Brinks Hofer Gilson & Lione
NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL  60611

Re:  *Overture Services, Inc. v. Google Inc.*

Dear Mr. McMahon:

Enclosed please find copies of documents bates numbered THD 00001 through THD 00021.
These documents were received in response to document subpoenas relating to GOTO's System
prior to June 1998.

Thank you.

Sincerely,

Amy Zeller
Paralegal

Enclosure

316628.01

Dockets.Justia.com

**CareCounsel**
EXPERT HELP WHEN YOU NEED IT MOST

RECEIVED

JUL 0 8 2003

KEKER & VAN NEST

July 7, 2003

Christine P. Sun
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111

Dear Ms. Sun:

We received the subpoena from you requesting documents and financial records relating to our relationship with GOTO.com. We have searched old emails and invoices in our accounting system. It appears that we did not do business with GOTO.com before September 1998 (the date of the first bill paid by CareCounsel, LLC to GOTO.com for advertising).

Based on our recent phone conversation, this letter acknowledges that fact.

Sincerely,

Lawrence N. Gelb
President and CEO

THD 00001

CareCounsel, LLC  68 Mitchell Boulevard  Suite 200  San Rafael, California  94903
Phone: 415-472-2366  Fax: 415-472-5528  E-mail: staff@carecounsel.com



## COMPEX
*Legal Services, Inc.*

# Certification of No Records

Record Subject: __Goto's Systems__

I, the undersigned, being the duly authorized custodian of records or other qualified witness for the following entity:

__Ad Up Corporation__

__520 Washington Boulevard__

With personal knowledge of the facts set forth below, and authority to certify said facts, do hereby attest as follows:

|  |  | Yes | No |
|---|---|---|---|
| 1) | A complete and thorough search of all active, inactive, and stored files has been made for the records. | ☒ | ☐ |
| 2) | All identifying information provided, including but not limited to dates of birth, social security numbers, file numbers, dates of treatment or service, and names of involved parties was used in the search. | ☒ | ☐ |
| 3) | All possible information that can be used to search for the records of the record subject named above was provided, and no further search with additional information is possible. | ☒ | ☐ |
| 4) | All branch offices and other business locations for the entity listed above have been searched. | ☒ | ☐ |
| 5) | The entity listed above has no separate private records or other separate files, including consultations, treatment classifications, or chronological files, that were in any way excluded from the search for these records. | ☒ | ☐ |
| 6) | To the best of my knowledge and belief, the entity listed above does not now and never has operated under other names or at other locations that were in any way excluded from the search for these records. | ☒ | ☐ |
| 7) | To the best of my knowledge and belief, none of the requested records currently exist. | ☒ | ☐ |

For any "No" answers, please provide a detailed explanation: _____

_____

The records called for and described cannot be produced for the following specific reasons:

| Record(s) Requested | Never Existed | Lost | Destroyed | Retention Policy | Other (please explain) |
|---|---|---|---|---|---|
| _All records described in_____ | ☒ | ☐ | ☐ | | |
| _"Attachment A"_____ | ☐ | ☐ | ☐ | _____ | |
| _____ | ☐ | ☐ | ☐ | _____ | |
| _____ | ☐ | ☐ | ☐ | _____ | |
| _____ | ☐ | ☐ | ☐ | _____ | |
| _____ | ☐ | ☐ | ☐ | _____ | |
| _____ | ☐ | ☐ | ☐ | _____ | |

I hereby declare under penalty of perjury, pursuant to the laws of the State of __CA__ that the foregoing is true and correct.

Executed on: __7/10/03__ in __Marina Del Rey__ , __CA__

Signature: _____   Print name: _Steven Robiner_

> As an agent of Compex Legal Services, Inc., I hereby declare that all
> information provided to Compex regarding these records was communicated
> to the custodian prior to the execution of this Certificate of No Records.
>
> ☐ NOTE: The Custodian was requested to sign this certificate and
> refused, electing instead to generate a similar document
>
> Agent's signature: _____
>
> Date: __7/10/03__
>
> Compex Order #: __A879915-003__

THD 00002

# com_m_touch

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: COMPEX LEGAL SERVICES, INC. C/O KEKER & VAN NEST LLP, ATTN: CHRISTINE P. SUN | FROM: GARY DAVIS |
| FAX NUMBER: 415-397-7188 | JULY 13, 2003 |
| COMPANY: | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER: | SENDER'S PHONE NUMBER: 650-864-2290 |
| RE: Letter of June 19, 2003 (Subpoena in Case No. C 02-01991 JSW (EDL) – Overture v. Google) | SENDER'S FAX NUMBER: 650-864-2006 |

☐ URGENT   ☑ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS

Dear Ms. Sun,

Attached is the Declaration we have been asked to sign on. Please note that, following a review of our files, we were not able to find anything relating to Goto, either as a vendor or customer of Commtouch.

Please notify Compex of our response.

Sincerely,

Gary Davis
General Counsel
Commtouch Inc.

1300 CRITTENDEN LANE, SUITE 102 • MOUNTAIN VIEW, CA 94043
PHONE: 650.864.2290 • FAX: 650.864.2006

THD 00003



146 SOUTH SPRUCE
SOUTH SAN FRANCISCO, CA 94080
(650)    246-1201
ORDER #:A879916 - 008

# NOTICE TO PARTY BEING SUBPOENAED

You may satisfy the provisions of this subpoena by following any of the following instructions:

**1.** **ALLOW COMPEX TO PHOTOCOPY THE REQUESTED RECORDS**

**2.** APPEAR AT THE SCHEDULED TIME AND PLACE, AND BRING WITH YOU THE
ORIGINALS OF ALL THE RECORDS DESCRIBED IN THE SUBPOENA

IF THE SUBPOENA CALLS FOR RECORDS TO BE PRODUCED, PLEASE COMPLETE THE
FOLLOWING DECLARATION AND INCLUDE IT WITH THE RECORDS.

**PLEASE FILL OUT THOROUGHLY.**

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## DECLARATION OF CUSTODIAN OF RECORDS

I, undersigned, being the duly authorized custodian of records for:
COMMTOUCH SOFTWARE, INC.
1300 CRITTENDON LANE, SUITE 102
MOUNTAIN VIEW, CA 94043
with personal knowledge of the facts set forth below, and authority to certify said records, do hereby attest to the following facts:

I am an employee of the organization listed above and have personal knowledge of the procedures and practices reflected in these records.

The records pertain to: GOTO'S SYSTEM
DATE OF BIRTH:    0/00/00    SOCIAL SEC.NO.:

Including this certificate, all the records called for in the attached Subpoena with which I was served have been provided to a COMPEX agent for the purpose of copying pursuant to Evidence Code 1560, with the exception of the attached list of documents:    (Items must be desribed in great enough specifity to identify such excluded items)

The records were prepared in the ordinary course of business, by the personnel of said business for which I am the custodian of records, at or near the time of the acts, conditions, or events depicted therein. As custodian, I testify to the records identity and method of preparation. The source of the information and method of preparation were such as to indicate their trustworthiness. If I were called as a witness in this matter, I could and would competently testify under oath to the foregoing facts.

I hereby declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

EXECUTED ON    :   _July 13, 2003_
                              (DATE)

EXECUTED AT    :   _Netanya, Israel   1A HAZORAN St._
                                          (ADDRESS)

                                          (CITY, STATE AND ZIP CODE)

SIGNED          :   X   _____
                                (SIGNATURE OF CUSTODIAN OF RECORDS)

PRINT NAME      :   _____

**Gary Davis**
**General Counsel and Secretary**
**Commtouch**

THD 00004


**COMPEX**
*Legal Services, Inc.*

## Certification of No Records

Record Subject:  Goto's System _____    Date of Birth:  N/A _____    Soc Sec #: N/A _____

AKA:  N/A _____

I, the undersigned, being the duly authorized custodian of records or other qualified witness for the following entity:

_____ Distinct Corporation _____

_____ 3315 Almaden Expressway, Suite 10 _____

With personal knowledge of the facts set forth below, and authority to certify said facts, do hereby attest as follows:

| | | Yes | No |
|---|---|:---:|:---:|
| 1) | A complete and thorough search of all active, inactive, and stored files has been made for the records. | ☒ | ☐ |
| 2) | All identifying information provided, including but not limited to dates of birth, social security numbers, file numbers, dates of treatment or service, and names of involved parties was used in the search. | ☒ | ☐ |
| 3) | All possible information that can be used to search for the records of the record subject named above was provided, and no further search with additional information is possible. | ☒ | ☐ |
| 4) | All branch offices and other business locations for the entity listed above have been searched. | ☒ | ☐ |
| 5) | The entity listed above has no separate private records or other separate files, including consultations, treatment classifications, or chronological files, that were in any way excluded from the search for these records. | ☒ | ☐ |
| 6) | To the best of my knowledge and belief, the entity listed above does not now and never has operated under other names or at other locations that were in any way excluded from the search for these records. | ☒ | ☐ |
| 7) | To the best of my knowledge and belief, none of the requested records currently exist. | ☒ | ☐ |

For any "No" answers, please provide a detailed explanation: _____

_____

_____

The records called for and described cannot be produced for the following specific reasons:

| Record(s) Requested | Never Existed | Lost | Destroyed | Retention Policy | Other (please explain) |
|---|:---:|:---:|:---:|---|---|
| __All documents requested in_____ | ☒ | ☐ | ☐ | _____ | _____ |
| __"Attachment A" for the any dates____ | ☒ | ☐ | ☐ | _____ | _____ |
| __prior to 06/01/98_____ | ☐ | ☐ | ☐ | _____ | _____ |
| _____ | ☐ | ☐ | ☐ | _____ | _____ |
| _____ | ☐ | ☐ | ☐ | _____ | _____ |
| _____ | ☐ | ☐ | ☐ | _____ | _____ |
| _____ | ☐ | ☐ | ☐ | _____ | _____ |

I hereby declare under penalty of perjury, pursuant to the laws of the State of ____CA_____ that the foregoing is true and correct.

Executed on:  7/8/03  at  San Jose _____ ,  CA _____

Signature:  _T. Pedrotti____    Print name:  TARCISIO    PEDROTTI

As an agent of Compex Legal Services, Inc., I hereby declare that all information provided to Compex regarding these records was communicated to the custodian prior to the execution of this Certificate of No Records.

☐ **NOTE:** The Custodian was requested to sign this certificate and refused, electing instead to generate a similar document

Agent's signature: _____

Date:  7-11-03

Compex Order #:____A879916.011_____

THD 00005

**Citysearch** 3731 Wilshire Blvd., 3rd Floor, Los Angeles, CA 90010

Direct: (213) 739-3511
Fax: (213) 427-1502

VIA OVERNIGHT MAIL

July 16, 2003

Christine P. Sun
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704

Re: <u>Overture Services, Inc. v. Google, Subpoena dated June 19, 2003</u>

Dear Ms. Sun:

In response to the above-referenced subpoena, please be advised that after a diligent search we have determined Citysearch.com does not have any documents responsive to the above-referenced subpoena. If we do discover documents that we determine are responsive, we will contact you.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

Hisao Kushi
General Counsel

cc:    Beth Lovejoy-Corrigan
       Ed Weiss

THD 00006



RECEIVED
JUL 1 7 2003
KEKER & VAN NEST

July 15, 2003

**VIA U.S. Mail**

Christine P. Sun
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704

    Re: *Overture Services, Inc. v. Google*, Case No. C 02-01991 JSW

Dear Ms. Sun,

    Ask Jeeves has diligently conducted a review of its documents and records in response to the third-party subpoena propounded on it by Google Technology, Inc. in the above-captioned matter, and has found nothing responsive to produce.

Should you have any questions, I can be reached at 510-985-7509.

Sharon A. Anolik
Associate General Counsel and Chief Privacy Officer

**THD 00007**

**COMPEX**
*Legal Services, Inc.*

## Certification of No Records

Record Subject: __Goto's System__                    Date of Birth: __N/A__    Soc Sec #: N/A

AKA: __N/A__

I, the undersigned, being the duly authorized custodian of records or other qualified witness for the following entity:

__Classic FX__

__6754 Barbara__

| With personal knowledge of the facts set forth below, and authority to certify said facts, do hereby attest as follows: | Yes | No |
|---|:---:|:---:|
| 1) A complete and thorough search of all active, inactive, and stored files has been made for the records. | ☒ | ☐ |
| 2) All identifying information provided, including but not limited to dates of birth, social security numbers, file numbers, dates of treatment or service, and names of involved parties was used in the search. | ☒ | ☐ |
| 3) All possible information that can be used to search for the records of the record subject named above was provided, and no further search with additional information is possible. | ☒ | ☐ |
| 4) All branch offices and other business locations for the entity listed above have been searched. | ☒ | ☐ |
| 5) The entity listed above has no separate private records or other separate files, including consultations, treatment classifications, or chronological files, that were in any way excluded from the search for these records. | ☒ | ☐ |
| 6) To the best of my knowledge and belief, the entity listed above does not now and never has operated under other names or at other locations that were in any way excluded from the search for these records. | ☒ | ☐ |
| 7) To the best of my knowledge and belief, none of the requested records currently exist. | ☒ | ☐ |

**For any "No" answers, please provide a detailed explanation:** _____

_____

The records called for and described cannot be produced for the following specific reasons:

| Record(s) Requested | Never Existed | Lost | Destroyed | Retention Policy | Other (please explain) |
|---|:---:|:---:|:---:|---|---|
| __All documents requested in__ | ☒ | ☐ | ☐ | | |
| __"Attachment A" for the any dates__ | ☒ | ☐ | ☐ | | |
| __prior to 06/01/98__ | ☒ | ☐ | ☐ | | |
| | ☐ | ☐ | ☐ | | |
| | ☐ | ☐ | ☐ | | |
| | ☐ | ☐ | ☐ | | |
| | ☐ | ☐ | ☐ | | |

I hereby declare under penalty of perjury, pursuant to the laws of the State of __CA__ that the foregoing is true and correct.

Executed on: __7/10/03__ at __Sebastapol__ , __CA__

Signature: _____    Print name: __THOMAS__

---

As an agent of Compex Legal Services, Inc., I hereby declare that all information provided to Compex regarding these records was communicated to the custodian prior to the execution of this Certificate of No Records.

☐ **NOTE: The Custodian was requested to sign this certificate and refused, electing instead to generate a similar document**

Agent's signature: _____

Date: __7/15/__

Compex Order #: __A879916-007__

THD 00008

GOTO.COM - CLIENT ACTIVITY REPORT
REPORT PERIOD: MONTH ENDING 01/31/2000                                         PAGE 2 OF 2

**COMPANY:** Attorneys Trust Service
**ACCOUNT #:** 3513fdff7685

| SEARCH TERMS | URL | BID AMOUNT | # OF CLICKS | TOTAL COST |
|---|---|---|---|---|
| living trust | http://www.attorneystrust.com/ | 0.05 | 12 | $0.60 |
| livingtrust | http://www.attorneystrust.com/ | 0.01 | 5 | $0.05 |
| trust | http://www.attorneystrust.com/ | 0.05 | 5 | $0.25 |
| | | **TOTALS FOR THIS REPORT PERIOD:** | **22** | **$0.90** |

If your search term is listed but a zero appears in the # OF CLICKS column, this means that a results page was displayed but your web site did
not receive a click.  Note: If you have search terms that are not listed here, it is because there were no activity for those particular terms.

GoTo.com, 74 N. Pasadena Ave., 3rd Floor, Pasadena, CA 91103 - Tel: (626) 685-5606, Fax: (626) 685-5691

THD 00009

TO: NATALIE

# GOTO.COM
## CLIENT ACTIVITY REPORT
### REPORT PERIOD: MONTH ENDING 01/31/2000

**COMPANY:** Attorneys Trust Service
**NAME:** James N. Wood
**EMAIL:** jwoodats@msn.com
**ACCOUNT #:** 3513fdff7685

| TOTAL CLICKTHROUGH CHARGES FOR JANUARY 2000: | $0.90 |
|---|---|

| | |
|---|---|
| Balance as of December 31, 1999: | $8.88 |
| Deposits in January 2000: | $0.00 |
| Total Clickthrough Charges in January 2000: | ($0.90) |
| Balance as of January 31, 2000: | $7.98 |

For an even more detailed summary of your account activity, please use our DirecTraffic Center, which can be accessed 24 hours a day, 7 days a week. Also, log in to DirecTraffic Center for a list of our upcoming Popular Searches. Click here to log in: https://secure.goto.com/s/dtc/center/

Suggested Search Terms Tool:    http://inventory.go2.com/inventory/searchinventory.mp

Want More Traffic? Chances are you can drastically increase traffic to your site if you optimize your account. Click here for a list of 10 ways you can maximize clickthroughs to your site:
http://www.goto.com/d/about/advertisers/tips/

GoTo.com, 74 N. Pasadena Ave., 3rd Floor, Pasadena, CA 91103 - Tel: (626) 864-8690, Fax: (626) 696-5691

THD 00010

FROM : ATTORNEYS TRUST SERVICE          PHONE NO. : 9257439259          Jul. 10 2003 12:17PM P3



**COMPEX**
*Legal Services, Inc.*

2001 BROADWAY, SUITE 100
OAKLAND, CA 94612
(510)  986-1727
ORDER #:A879916 - 003

# NOTICE TO PARTY BEING SUBPOENAED

You may satisfy the provisions of this subpoena by following any of the following instructions:

1. **ALLOW COMPEX TO PHOTOCOPY THE REQUESTED RECORDS**

2. APPEAR AT THE SCHEDULED TIME AND PLACE, AND BRING WITH YOU THE ORIGINALS OF ALL THE RECORDS DESCRIBED IN THE SUBPOENA

IF THE SUBPOENA CALLS FOR RECORDS TO BE PRODUCED, PLEASE COMPLETE THE FOLLOWING DECLARATION AND INCLUDE IT WITH THE RECORDS.

**PLEASE FILL OUT THOROUGHLY.**

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## DECLARATION OF CUSTODIAN OF RECORDS

I, undersigned, being the duly authorized custodian of records for:
ATTORNEY'S TRUST SERVICE          *111 Deerwood Rd. # 375*
~~2491 SAN RAMON VALLEY BLVD., STE. 1-303~~
SAN RAMON, CA 94583~~-1601~~

with personal knowledge of the facts set forth below, and authority to certify said records, do hereby attest to the following facts:

I am an employee of the organization listed above and have personal knowledge of the procedures and practices reflected in these records.

The records pertain to:    GOTO'S SYSTEM
                           DATE OF BIRTH:    0/00/00    SOCIAL SEC.NO.:

Including this certificate, all the records called for in the attached Subpoena with which I was served have been provided to a COMPEX agent for the purpose of copying pursuant to Evidence Code 1560, with the exception of the attached list of documents:    (Items must be described in great enough specificity to identify such excluded items)

The records were prepared in the ordinary course of business, by the personnel of said business for which I am the custodian of records, at or near the time of the acts, conditions, or events depicted therein. As custodian, I testify to the records identity and method of preparation. The source of the information and method of preparation were such as to indicate their trustworthiness. If I were called as a witness in this matter, I could and would competently testify under oath to the foregoing facts.

I hereby declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.    *Attached 2 page Client Activity Report is all the documents in my possession.*

EXECUTED ON    :    *July 10, 2003*
                    (DATE)

EXECUTED AT    :    *111 Deerwood Road, Suite 375*
                    (ADDRESS)
                    *San Ramon, CA 94583*
                    (CITY, STATE AND ZIP CODE)

SIGNED         :  X  *James N. Wood*
                    (SIGNATURE OF CUSTODIAN OF RECORDS)

PRINT NAME     :    *James N. Wood*

THD 00011

# Custodian's Certification of Records

I, undersigned, being the duly authorized custodian of records for:

**ATTORNEY'S TRUST SERVICE**
2491 SAN RAMON VALLEY BLVD., STE. 1-303
SAN RAMON, CA 94583-1601

with personal knowledge of the facts set forth below, and authority to certify said records do hereby attest to the following facts:

I am an employee of the above organization and have personal knowledge of the procedures and practices reflected in the records.

The records pertain to:   **GOTO'S SYSTEM**
Date of Birth:  0/00/00          Social Security Number:

Including this certificate, all records called for and described in the attached subpoena with which I was served have been provided to a COMPEX agent pursuant to Evidence Code Section 1560, with the exception of the documents (if any) listed below.

These records were: ☑ Mailed to COMPEX on: _7-11-03_

☐ Presented to COMPEX on _____ for duplication.

The records were prepared in the ordinary course of business, by the personnel of said business for which I am the custodian of records, at or near the time of the acts, conditions, or events depicted therein. As custodian, I testify to the records identity and method of preparation. The source of the information and method of preparation were such as to indicate their trustworthiness. If I were called as a witness in this matter, I could and would competently testify under oath to these facts.

| Record Types | If any records were not provided, explain here |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Total number of pages provided: _____

I hereby declare, under penalty of perjury, pursuant to the laws of the State of California that the foregoing is true and correct.

Sign name: _____     Print Name: _____

Title: _____     Date Signed: _____

## Agent's Certification of Records

As an agent of Compex Services, Inc., I hereby declare that the attached are true and complete copies of documents provided to me on this date. All copies will be delivered to party that caused this request to be issued.

The total number of pages copied was: _____

Signed: _____

Date: _7-11-03_

NOTE: The Custodian was requested to sign this certificate at the time of document production, and refused to sign or generate a similar document.

Signed: _____

Date: _____

COMPEX Order Number: A879916-003-01

THD 00012

000004

AO 88 (Rev. 11/91) Subpoena In a Civil Case

# United States District Court

NORTHERN _____ DISTRICT OF _____ CALIFORNIA

OVERTURE SERVICES, INC.,

PLAINTIFF(S),

V.

## SUBPOENA IN A CIVIL CASE

GOOGLE INC.,

CASE NUMBER:[1]  C 02-01991 JSW (EDL)

DEFENDANT(S),

TO:
ATTORNEY'S TRUST SERVICE
2491 SAN RAMON VALLEY BLVD., STE. 1-303
SAN RAMON, CALIFORNIA 94583-1601

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
SEE ATTACHMENT A.

| PLACE | DATE AND TIME |
|---|---|
| COMPEX LEGAL SERVICES, INC.<br>146 SOUTH SPRUCE<br>SOUTH SAN FRANCISCO, CA  94080 | 7/21/03<br>9:00 AM |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to the suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| CHRISTINE P. SUN ATTORNEY-AT-LAW<br>ATTORNEY(S) FOR DEFENDANT,<br>GOOGLE INC. | 6/19/03 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
KEKER & VAN NEST
710 SANSOME STREET
SAN FRANCISCO, CA  94111                    (415)391-5400

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance state district under case number.

THD 00013

## Attachment A

## DEFINITIONS

A)    "YOU" or "YOUR" refers to Attorneys Trust Service, its subsidiaries, divisions, predecessor companies, any joint venture to which it may be a party, and/or each of its employees, agents, officers, directors, representatives, consultants, accountants, and attorneys, including any person who served in any such capacity at any time.

B)    "GOTO'S SYSTEM" means any GOTO system wherein paid search listings are ranked through an auction process.

C)    "GOTO" means GoTo.com, and/or each of its employees, agents, officers, directors, representatives, consultants, accountants, and attorneys, including any person who served in any such capacity at any time.

D)    "DOCUMENT(S)" means and includes any kind of written, typewritten, or printed material whatsoever, and any computer readable media, including, but without limitation, papers, agreements, contracts, notes, memoranda, presentations, presentation materials, correspondence, letters, emails, telegrams, statements, invoices, personal diaries, records, books, maps, blueprints, forms, transcriptions and recordings, translations to any language, magnetic tapes, discs, printed cards, programming instructions, assembly diagrams, schematic diagrams, data books, data sheets, application notes, brochures, specifications, and manuals of which YOU have knowledge or information, either in YOUR possession or under YOUR custody or control, relating to or pertaining in any way to the subject matters in connection with which it is used and includes, without limitation, originals, all file copies, and other copies, no matter how or by whom prepared, and all drafts prepared in connection with any such writings, whether used or not, regardless of whether the document still exists, and regardless of who has maintained custody of such documents.

E)    "RELATING TO" means concerning, referring to, summarizing, reflecting, constituting, containing, embodying, pertaining to, involved with, mentioning, discussing, consisting of, comprising, showing, commenting upon, evidencing, describing or otherwise RELATING TO the subject matter.

## INSTRUCTIONS

A)    In answering this subpoena, YOU are required to furnish all documents that are available to YOU, under YOUR custody or control, not merely

l

.such documents as the persons preparing the responses know of their own personal knowledge, but including, without limitation, documents in the possession of YOUR attorneys, employees, or other persons directly or indirectly employed by, or connected with YOU or YOUR attorneys or consultants, or anyone acting on YOUR behalf or otherwise subject to YOUR control. In answering this subpoena YOU are requested to make a diligent search of YOUR records and of other papers and materials in YOUR possession or control or in the possession or control of YOUR employees, attorneys, consultants, or other representatives.

B)   In the event any information is withheld on a claim of attorney-client privilege or work product doctrine, YOU are required to provide a privilege log which includes at least the following information: the nature of the information contained in the withheld document, the date of the document, its source and subject matter, and to whom that information was disclosed, such as would enable the privilege claim to be adjudicated and cite any authority which YOU assert supports any claim of privilege.

C)   If YOU cannot respond to this subpoena fully, after a diligent attempt to attain the requested information, YOU are required to answer the subpoena to the extent possible, specify the portion of the subpoena YOU are unable to answer, and provide whatever information YOU have regarding the unanswered portion.

## DOCUMENTS REQUESTED

1.   All DOCUMENTS RELATING TO GOTO'S SYSTEM prior to June 1998.

2.   All financial records reflecting any payments to GOTO RELATING TO GOTO'S SYSTEM prior to June 1998.

2

THD 00015

311314.01



**COMPEX**
*Legal Services, Inc.*

DECLARATION ESTABLISHING
PROOF OF SERVICE OF SUBPOENA

CASE NUMBER.: C 02-01991 JSW (EDL)

CASE CAPTION: OVERTURE SERVICES, INC.,
VS..........: GOOGLE INC.,

1.  I served the attached subpoena by personally delivering a copy
    to the person served as follows:

    PERSON SERVED.......: 1:50  KYRA L.

    ADDRESS WHERE SERVED: 2491 SAN RAMON VALLEY BLVD., STE. 1-303
                          SAN RAMON, CA  94583-1601

    PHONE NUMBER........: 925  8309431

    DATE OF DELIVERY....: 7/02/03

    TIME OF DELIVERY....: 0:00:00

    WITNESS FEES PAID...: $     15.00   CHECK NUMBER:   6545632

2.  I received the attached subpoena for service on...: 7/02/03

3.  Person serving:

    Is an employee or independent contractor of a registered
    California process server.

    Is a registered professional photocopier.

    Name, address, telephone number, county of registration, and
    registration number: ROBERTO DE LA FUENTE
                          2001 BROADWAY, SUITE 100
                          OAKLAND, CA  94612
                          LOS ANGELES COUNTY NUMBER 666
                          510  9861727

    I declare under penalty of perjury under the laws of the State
    of California that the foregoing is true and correct.

    EXECUTED AT: 2001 BROADWAY, SUITE 100
                 OAKLAND, CA  94612
    DATE.......: 7/02/03

    _____
            (SIGNATURE)

                                        ORDER# A87991600301

                                        **THD 00016**

**COMPEX**
*Legal Services, Inc.*

# Certification of No Records

Record Subject:  Goto's System

I, the undersigned, being the duly authorized custodian of records or other qualified witness for the following entity:

Brave New World, Inc.

221 East Walnut Street, Suite 215

With personal knowledge of the facts set forth below, and authority to certify said facts, do hereby attest as follows:

|  |  | Yes | No |
|---|---|---|---|
| 1) | A complete and thorough search of all active, inactive, and stored files has been made for the records. | ☒ | ☐ |
| 2) | All identifying information provided, including but not limited to dates of birth, social security numbers, file numbers, dates of treatment or service, and names of involved parties was used in the search. | ☒ | ☐ |
| 3) | All possible information that can be used to search for the records of the record subject named above was provided, and no further search with additional information is possible. | ☒ | ☐ |
| 4) | All branch offices and other business locations for the entity listed above have been searched. | ☒ | ☐ |
| 5) | The entity listed above has no separate private records or other separate files, including consultations, treatment classifications, or chronological files, that were in any way excluded from the search for these records. | ☒ | ☐ |
| 6) | To the best of my knowledge and belief, the entity listed above does not now and never has operated under other names or at other locations that were in any way excluded from the search for these records. | ☒ | ☐ |
| 7) | To the best of my knowledge and belief, none of the requested records currently exist. | ☒ | ☐ |

**For any "No" answers, please provide a detailed explanation:** _____

_____

The records called for and described cannot be produced for the following specific reasons:

| Record(s) Requested | Never Existed | Lost | Destroyed | Retention Policy | Other (please explain) |
|---|---|---|---|---|---|
| Any and All records described in | ☐ | ☐ | ☐ | _____ | _____ |
| "Attachment A" | ☐ | ☒ | ☐ | _____ | _____ |
|  | ☐ | ☐ | ☐ | _____ | _____ |
|  | ☐ | ☐ | ☐ | _____ | _____ |
|  | ☐ | ☐ | ☐ | _____ | _____ |
|  | ☐ | ☐ | ☐ | _____ | _____ |
|  | ☐ | ☐ | ☐ | _____ | _____ |

I hereby declare under penalty of perjury, pursuant to the laws of the State of ___CA___ that the foregoing is true and correct.

**Executed on:** July 21 2003  at  Pasadena , CA

Date

**Signature:** _____  **Print name:** Brian DeSpa___

As an agent of Compex Legal Services, Inc., I hereby declare that all information provided to Compex regarding these records was communicated to the custodian prior to the execution of this Certificate of No Records.

☐ **NOTE: The Custodian was requested to sign this certificate and refused, electing instead to generate a similar document**

**Agent's signature:** _____

**Date:** _____

**Compex Order #:** ___A879915-006_____

THD 00017

## Certification of No Records

~~GoTo's System~~ (handwritten: GoTo's System)

Record Subject: ~~BRUNCHING SHUTTLECOCKS~~    Date of Birth: ~~6/21/1970~~    Soc Sec #: ~~N/A~~

AKA: _____

I, the undersigned, being the duly authorized custodian of records or other qualified witness for the following entity:

**BRUNCHING SHUTTLECOCKS    514 WASHINGTON ST. SUITE B**
**SANTA CRUZ, CA**

With personal knowledge of the facts set forth below, and authority to certify said facts, do hereby attest as follows:

| | | Yes | No |
|---|---|---|---|
| 1) | A complete and thorough search of all active, inactive, and stored files has been made for the records. | ☒ | ☐ |
| 2) | All identifying information provided, including but not limited to dates of birth, social security numbers, file numbers, dates of treatment or service, and names of involved parties was used in the search. | ☒ | ☐ |
| 3) | All possible information that can be used to search for the records of the record subject named above was provided, and no further search with additional information is possible. | ☒ | ☐ |
| 4) | All branch offices and other business locations for the entity listed above have been searched. | ☒ | ☐ |
| 5) | The entity listed above has no separate private records or other separate files, including consultations, treatment classifications, or chronological files, that were in any away excluded from the search for these records. | ☒ | ☐ |
| 6) | To the best of my knowledge and belief, the entity listed above does not now and never has operated under other names or at other locations that were in any away excluded from the search for these records. | ☒ | ☐ |
| 7) | To the best of my knowledge and belief, none of the requested records currently exist. | ☒ | ☐ |

For any "No" answers, please provide a detailed explanation: _____

The records called for and described cannot be produced for the following specific reasons:

| Record(s) Requested | Never Existed | Lost | Destroyed | Retention Policy | Other (please explain) |
|---|---|---|---|---|---|
| DOCUMENTS RELATING TO GOTO'S SYSTEM | ☒ | ☐ | ☒ | NONE | ALL RECORDS FOR THAT PERIOD RELATING TO BRUNCHING |
| FINANCIAL RECORDS RELATING TO GOTO'S SYSTEM | ☐ | ☐ | ☒ | NONE | SHUTTLECOCKS LOST, PROBABLY IN HARD DRIVE CRASH. |
| | ☐ | ☐ | ☐ | | ONLY REMAINING RECORD OF |
| | ☐ | ☐ | ☐ | | TRANSACTION AT: |
| | ☐ | ☐ | ☐ | | HTTP://BRUNCHING.COM/STELLEDORGASM.HTM |
| | ☐ | ☐ | ☐ | | |

I hereby declare under penalty of perjury, pursuant to the laws of the State of **CALIFORNIA** that the foregoing is true and correct.

Executed on: **21/July/2003** at **1583 ARCH ST.** , **BERKELEY, CA**

Signature: _____    Print name: **LORE SJÖBERG**

As an agent of Compex Legal Services, Inc., I hereby declare that all information provided to Compex regarding these records was communicated to the custodian prior to the execution of this Certificate of No Records.

☐ NOTE: The Custodian was requested to sign this certificate and refused, electing instead to generate a similar document.

Agent's signature: _____

Date: **7/25/03**    Compex Order #: **A879916·004**

This instrument was acknowledged before me this _____ day of _____ by _____
as _____ for _____

NOTARY PUBLIC
State of _____
My commission expires: _____

THD 00018

Record Subject: OOTD S SYSTEM     Date of Birth: _____     Soc Sec #: _____

AKA: _____

I, the undersigned, being the duly authorized custodian of records or other ___ ied witness for the following entity:

MARKETING EXCELLENCE, INC.
1112 HIGHLAND OAKS, ARCADIA (626) 446-1911

With personal knowledge of the facts set forth below, and authority to certify ___ hereby attest as follows:

|  |  | Yes | No |
|---|---|---|---|
| 1) | A complete and thorough search of all active, inactive, and stored files has been made for the records. | ☒ | ☐ |
| 2) | All identifying information provided, including but not limited to dates of birth, social security numbers, file numbers, dates of treatment or service, and names of involved parties was used in the search. | ☒ | ☐ |
| 3) | All possible information that can be used to search for the records of the record subject named above was provided, and no further search with additional information is possible. | ☒ | ☐ |
| 4) | All branch offices and other business locations for the entity listed above have been searched. | ☒ | ☐ |
| 5) | The entity listed above has no separate private records or other separate files, including consultations, treatment classifications, or chronological files, that were in any way excluded from the search for these records. | ☒ | ☐ |
| 6) | To the best of my knowledge and belief, the entity listed above does not now and never has operated under other names or at other locations that were in any way excluded from the search for these records. | ☒ | ☐ |
| 7) | To the best of my knowledge and belief, none of the requested records currently exist. | ☒ | ☐ |

For any "No" answers, please provide a detailed explanation: _____

The records called for and described cannot be produced for the following specific reasons:

| Record(s) Requested | Never Existed | Lost | Destroyed | Cannot Locate | Other (please explain) |
|---|---|---|---|---|---|
| REQUESTED RECORDS | ☐ | ☐ | ☐ |  | President died in horrible accident on 5/27/01 Records no long exist. Business closed immediately after |
|  | ☐ | ☐ | ☐ |  |  |
|  | ☐ | ☐ | ☐ |  |  |
|  | ☐ | ☐ | ☐ |  |  |
|  | ☐ | ☐ | ☐ |  |  |
|  | ☐ | ☐ | ☐ |  |  |

I hereby declare under penalty of perjury, pursuant to the laws of the State of CA that the foregoing is true and correct.

Executed on: 7-24-3   at Arcadia   CA

Signature: _____     Print name: Mary Boyer

As an agent of Compex Legal Services, Inc., I hereby declare that all information provided to Compex regarding these records was communicated to the custodian prior to the execution of this Certificate of No Records.

☐ NOTE: The Custodian was requested to sign this certificate ___ refused, electing instead to generate a similar document

Agent's signature: _____

Date: 7-24-7   Compex Order #: A818649028

This instrument was acknowledged before me this _____ day of _____ by _____ (Print Custodian Name) for _____ (Entity)

THD 00019

I have no Dealings with the two companys Described nor do I know who they Are. Sorry I can not help you.

Dean Mazzei

THD 00020

A 879916-009

# Custodian's Certification of Records

I, undersigned, being the duly authorized custodian of records for:

DEAN B. MAZZEI
118 DUFOUR STREET
SANTA CRUZ, CA 95060

with personal knowledge of the facts set forth below, and authority to certify said records do hereby attest to the following facts:

I am an employee of the above organization and have personal knowledge of the procedures and practices reflected in the records.

The records pertain to:  GOTO'S SYSTEM
Date of Birth:  0/00/00          Social Security Number:

Including this certificate, all records called for and described in the attached subpoena
with which I was served have been provided to a COMPEX agent pursuant to Evidence Code Section 1560, with the exception of the documents (if any) listed below.

These records were: ☑ Mailed to COMPEX on:    7/31/03
                    ☐ Presented to COMPEX on _____  for duplication.

The records were prepared in the ordinary course of business, by the personnel of said business for which I am the custodian of records, at or near the time of the acts, conditions, or events depicted therein. As custodian, I testify to the records identity and method of preparation. The source of the information and method of preparation were such as to indicate their trustworthiness. If I were called as a witness in this matter, I could and would competently testify under oath to these facts.

| Record Types | If any records were not provided, explain here |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Total number of pages provided: ___1_____

I hereby declare, under penalty of perjury, pursuant to the laws of the State of California that the foregoing is true and correct.

Sign name: _____          Print Name: _____

Title: _____          Date Signed: _____

## Agent's Certification of Records

As an agent of Compex Services, Inc., I hereby declare that the attached are true and complete copies of documents provided to me on this date. All copies will be delivered to party that caused this request to be issued.

The total number of pages copied was: _____1_____

Signed: _____

Date: ___7/31/03_____

NOTE: The Custodian was requested to sign this certificate at the time of document production, and refused to sign or generate a similar document.

THD 00021

Signed: _____

Date: _____

COMPEX Order Number: A879916-009-01