1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  DARALYN J. DURIE - #169825
   MICHAEL S. KWUN - #198945
3  710 Sansome Street
   San Francisco, CA 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5
   Attorneys for Defendant and Counterclaimant
6  GOOGLE TECHNOLOGY INC., sued under its former name
   GOOGLE INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 | OVERTURE SERVICES, INC., a Delaware corporation, | Case No. C 02-01991 JSW (EDL)
13 | Plaintiff and Counter Defendant, | **PROOF OF SERVICE**
14 |                                  |
15 | v.                               |
16 | GOOGLE INC., a California corporation, |
17 | Defendant and Counter Claimant. |

316975.01

Proof Of Service
Case No. C 02-01991 JSW (EDL)

1

Dockets.Justia.com

**PROOF OF SERVICE**

I, Rhonda Andrew, declare and state as follows:

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On August 11, 2003, I served the following document(s):

**GOOGLE'S REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER - DISCOVERY MATTER**

**GOOGLE'S OPPOSITION TO OVERTURE'S MOTION FOR PROTECTIVE ORDER - <u>CONFIDENTIAL VERSION</u>**

**DECLARATION OF CHRISTINE P. SUN IN SUPPORT OF GOOGLE'S OPPOSITION TO OVERTURE'S MOTION FOR PROTECTIVE ORDER, VOLUME 2 - <u>CONFIDENTIAL PORTIONS</u>**

☒ by **FACSIMILE TRANSMISSION (IKON) AND UNITED STATES MAIL**, by placing a true and correct copy with IKON Office Solutions, the firm's in-house facsimile transmission center provider, for transmission on this date. The transmission was reported as complete and without error. Additionally, a true and correct copy was placed in a sealed envelope addressed as shown below. I personally delivered said envelopes to the U.S. Postal Service at Oakland, California. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

| | |
|---|---|
| Jack C. Berenzweig, Esq. | Anthony I. Fenwick, Esq. |
| Brinks Hofer Gilson & Lione | Latham & Watkins |
| NBC Tower - Suite 3600 | 135 Commonwealth Drive |
| 455 N. Cityfront Plaza Drive | Menlo Park, CA 94025 |
| Chicago, IL 60611 | Facsimile No.: (650) 463-2600 |
| Facsimile No.: (312) 321-4299 | |

Executed on August 11, 2003, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                                            /s/ Rhonda Andrew
                                                           Rhonda Andrew

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28