KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
DARALYN J. DURIE - #169825
CHRISTINE P. SUN - #218701
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant and Counterclaimant
GOOGLE TECHNOLOGY INC., sued under its former name
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>GOOGLE INC., a California corporation,<br><br>Defendant and Counterclaimant. | Case No. C 02-01991 JSW (EDL)<br><br>**GOOGLE'S REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER**<br><br>**DISCOVERY MATTER** |

Google Technology Inc. ("Google") hereby submits this Request to File Documents Under Seal in connection with its Opposition to Overture Services, Inc.'s ("Overture's") Motion for a Protective Order. Google requests that the Court allow Google to file under seal an unredacted version of its Opposition, and Volume 2 of the Declaration of Christine P. Sun in support thereof.

The unredacted version of the Opposition contains quotations from and summaries of the deposition transcript excerpts that Overture has designated confidential. A redacted version of the Opposition is being publicly filed.

Volume 2 of the Sun Declaration contains excerpts from the transcripts of the depositions of Darren Davis and John Rauch. Those materials have been designated confidential by

1  Overture, and under the terms of the protective order entered in this case on December 18, 2002,
2  Google cannot file these materials publicly.  *See* Protective Order ¶ 6.
3      In light of the foregoing, Google respectfully submits that this Request to File Documents
4  Under Seal is narrowly tailored within the meaning of Civil Local Rule 79-5 and the Honorable
5  Elizabeth D. Laporte's Standing Order on Confidential and Sealed Documents.  Google therefore
6  requests that the Court permit the sealing of the documents set forth above, and order that the
7  Clerk of the Court maintain them in accordance with the provisions of Local Civil Rule 79-5(e).

Dated:  August 11, 2003                                      KEKER & VAN NEST, LLP

                                                             By:    /s/ Christine P. Sun
                                                             CHRISTINE P. SUN
                                                             Attorneys for Defendant and
                                                             Counterclaimant GOOGLE
                                                             TECHNOLOGY INC., sued under its
                                                             former name GOOGLE INC.

### [PROPOSED] ORDER

Pursuant to Civil Local Rules 7-10 and 79-5, Google has applied to this Court for an order permitting them to file under seal certain documents in connection with their opposition to Overture's motion for a protective order.

GOOD CAUSE APPEARING, Google's request is granted.  The Clerk is directed to maintain the unredacted versions of the following documents, submitted by Google on or about August 11, 2003, in accordance with the provisions of Civil Local Rule 79-5(e):

(1)   Google's Opposition to Overture's Motion for Protective Order

(2)   Volume 2 of the Declaration Of Christine P. Sun in Support of Google's Opposition to Overture's Motion for Protective Order

IT IS SO ORDERED.

Dated:                                                       HON. ELIZABETH D. LAPORTE
                                                             United States Magistrate Judge