| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | JOHN W. KEKER - #49092 |
| 2 | DARALYN J. DURIE - #169825 |
| | CHRISTINE P. SUN - #218701 |
| 3 | 710 Sansome Street |
| | San Francisco, CA 94111-1704 |
| 4 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 5 | |
| | Attorneys for Defendant and Counterclaimant |
| 6 | GOOGLE TECHNOLOGY INC., sued under its former name |
| | GOOGLE INC. |
| 7 | |

8   UNITED STATES DISTRICT COURT

9   NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11

| | | |
|---|---|---|
| 12 | OVERTURE SERVICES, INC., a Delaware corporation, | Case No. C 02-01991 JSW (EDL) |
| 13 | | **GOOGLE'S REQUEST TO FILE** |
| | Plaintiff and Counterdefendant, | **DOCUMENTS UNDER SEAL; ORDER** |
| 14 | | |
| | v. | **DISCOVERY MATTER** |
| 15 | | |
| | GOOGLE INC., a California corporation, | |
| 16 | | |
| | Defendant and Counterclaimant. | |
| 17 | | |

18

19      Google Technology Inc. ("Google") hereby submits this Request to File Documents

20  Under Seal in connection with its Opposition to Overture Services, Inc.'s ("Overture's") Motion

21  for a Protective Order. Google requests that the Court allow Google to file under seal an

22  unredacted version of its Opposition, and Volume 2 of the Declaration of Christine P. Sun in

23  support thereof.

24      The unredacted version of the Opposition contains quotations from and summaries of the

25  deposition transcript excerpts that Overture has designated confidential. A redacted version of

26  the Opposition is being publicly filed.

27      Volume 2 of the Sun Declaration contains excerpts from the transcripts of the depositions

28  of Darren Davis and John Rauch. Those materials have been designated confidential by

1  Overture, and under the terms of the protective order entered in this case on December 18, 2002,
2  Google cannot file these materials publicly.  *See* Protective Order ¶ 6.
3       In light of the foregoing, Google respectfully submits that this Request to File Documents
4  Under Seal is narrowly tailored within the meaning of Civil Local Rule 79-5 and the Honorable
5  Elizabeth D. Laporte's Standing Order on Confidential and Sealed Documents.  Google therefore
6  requests that the Court permit the sealing of the documents set forth above, and order that the
7  Clerk of the Court maintain them in accordance with the provisions of Local Civil Rule 79-5(e).
8
9  Dated:  August 11, 2003                                             KEKER & VAN NEST, LLP
10
11
12                                              By:     /s/ Christine P. Sun
                                                  CHRISTINE P. SUN
13                                                Attorneys for Defendant and
                                                  Counterclaimant GOOGLE
14                                                TECHNOLOGY INC., sued under its
                                                  former name GOOGLE INC.

15  **[PROPOSED] ORDER**
16       Pursuant to Civil Local Rules 7-10 and 79-5, Google has applied to this Court for an
17  order permitting them to file under seal certain documents in connection with their opposition to
18  Overture's motion for a protective order.
19       GOOD CAUSE APPEARING, Google's request is granted.  The Clerk is directed to
20  maintain the unredacted versions of the following documents, submitted by Google on or about
21  August 11, 2003, in accordance with the provisions of Civil Local Rule 79-5(e):
22       (1)    Google's Opposition to Overture's Motion for Protective Order
23       (2)    Volume 2 of the Declaration Of Christine P. Sun in Support of Google's
24  Opposition to Overture's Motion for Protective Order
25       IT IS SO ORDERED.
26
27  Dated: August 13, 2003                                              /s/ Elizabeth D. Laporte
                                                                       HON. ELIZABETH D. LAPORTE
28                                                                     United States Magistrate Judge