**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: August 19, 2003

Case No: **C-02-01991 JSW (EDL)**

Case Name: **OVERTURE SERVICES, INC v. GOOGLE INC.**

Attorneys:   Pltf: Jason White   Dft: Christine Sun

Deputy Clerk: Dennis King        Reporter: Debra Pas

**PROCEEDINGS:**
  Plaintiff's motion for protective order – denied without prejudice

**ORDERED AFTER HEARING:**


**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

cc: EDL, JSW

# In the United States District Court
# for the Northern District of California
# Magistrate Judge Elizabeth D. Laporte

## CIVIL MINUTES

Date: August 19, 2003

Case No: **C-02-01991 JSW (EDL)**

Case Name: **OVERTURE SERVICES, INC v. GOOGLE INC.**

    Attorneys:    Pltf: Jason White    Dft: Christine Sun

    Deputy Clerk: Dennis King    Reporter: Debra Pas

**PROCEEDINGS**:
    Plaintiff's motion for protective order – denied without prejudice

**ORDERED AFTER HEARING:**


**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court


cc: EDL, JSW

2