1 | KEKER & VAN NEST, LLP
  | JOHN W. KEKER - #49092
2 | DARALYN J. DURIE - #169825
  | MICHAEL S. KWUN - #198945
3 | CHRISTINE P. SUN - #218701
  | 710 Sansome Street
4 | San Francisco, CA 94111-1704
  | Telephone: (415) 391-5400
5 | Facsimile: (415) 397-7188

6 | Attorneys for Defendant and Counterclaimant
  | GOOGLE TECHNOLOGY INC., sued under its former name
7 | GOOGLE INC.

8

                        UNITED STATES DISTRICT COURT

9

                     NORTHERN DISTRICT OF CALIFORNIA

10

                        SAN FRANCISCO DIVISION

11

12

13 | OVERTURE SERVICES, INC., a Delaware      | Case No. C 02-01991 JSW (EDL)
   | corporation,                             |
                                             | **DECLARATION OF MICHAEL S. KWUN**
14 |        Plaintiff and Counterdefendant,   | **IN SUPPORT OF GOOGLE'S**
                                             | **RESPONSIVE CLAIM CONSTRUCTION**
15 |        v.                                | **BRIEF**

16 | GOOGLE INC., a California corporation,    | Tutorial:    October 15, 2003, 2 p.m.
                                             | Hearing:     October 22, 2003, 2 p.m.
17 |        Defendant and Counterclaimant.    | Courtroom:   2, 17th Floor
                                             | Judge:       Hon. Jeffrey S. White

18

19

20

21

22

23

24

25

26

27

28

317397.02

DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF RESPONSIVE CLAIM CONSTRUCTION BRIEF
CASE NO. C 02-01991 JSW (EDL)

Dockets.Justia.com

I, Michael S. Kwun, declare as follows:

1.      I am an associate at the law firm of Keker & Van Nest, LLP, counsel of record for Google Technology Inc. ("Google") in the above-captioned matter.  I make this declaration in support of Google's Responsive Claim Construction Brief.  I make the following declaration based upon my personal knowledge, and could testify thereto under oath if called upon to do so.

2.      The Exhibits attached hereto Bates-stamped with "OVG" numbers are documents produced by Overture in discovery in this action.

3.      The Exhibits attached hereto Bates-stamped with "GOG" numbers are documents produced by Overture in discovery in this action.

4.      The Exhibits attached hereto that are not Bates-stamped are documents identified by the parties during the claim construction proceedings in this action.

5.      Attached hereto as Exhibit 1 is a true and correct copy of an article from C/Net News.com entitled, "Engine sells results, draws fire," dated June 21, 1996 (OVG 1371-72).

6.      Attached hereto as Exhibit 2 is a true and correct copy of an article from C/Net News.com entitled, "New ad model charges by the click," dated April 29, 1996 (OVG 1216-17).

7.      Attached hereto as Exhibit 3 is a true and correct copy of an article from Electronic Advertising & Marketplace Report entitled, "New Service Puts Auction, Search Engine Under One Roof," dated April 28, 1998, Vol. 12 Issue 8 (OVG 1124-25).

8.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts from The American Heritage Dictionary of the English Language, 4th edition, 2000 (GOG 032273-77).

9.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts from The New Oxford English Dictionary 1998.

10.      Attached hereto as Exhibit 6 is a true and correct copy of an article from the website SearchEngineOptimism.com entitled, "Google Adwords and Overture" (GOG 32242-250), as printed out on a date between March and June 2003.  The URL is: http://searchengineoptimism.com/SEO_Tutorial/google_adwords_overture.html, as noted in the footer of the document.

11.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts from The

2

317397.02

1    Random House Dictionary of the English Language 2nd edition, Unabridged, 1987.

2          12.    Attached hereto as Exhibit 8 is a true and correct copy of excerpts from Webster's

3    New World College Dictionary 3rd edition, 1997.

4          13.    Attached hereto as Exhibit 9 is a true and correct copy of excerpts from Merriam-

5    Websters's Collegiate Dictionary 10th edition, 1995.

6          14.    Attached hereto as Exhibit 10 is a true and correct copy of excerpts from The

7    New Oxford English Dictionary 1998.

8          15.    Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the

9    microfiche that was submitted as an appendix to Patent Application No. 09/322,677.

10          16.    Attached hereto as Exhibit 12 is a true and correct copy of the Notice of

11    Allowability dated March 23,2001 regarding Patent Application No. 09/322,677 (GOG 31824-

12    28).

13          17.    Attached hereto as Exhibit 13 is a true and correct copy of United States Patent

14    Application No. US 2003/0101126A1, May 29, 2003, Cheung et al. (GOG 32207-224).

15          18.    Attached hereto as Exhibit 14 is a true and correct copy of an article from the

16    website SearchEnginesInfo.com entitled, "Pros and Cons of Overture's Auto Bidding," as

17    printed out on a date between March and June 2003 (GOG 32256).  The URL for this article is:

18    http://searchenginesinfo.com/microsites/newsarticle.asp?mode=print&newsarticleid=1700889&r

19    eleaseid=&srid=11271&magazineid=151&siteid=2, as noted in the footer of the document.

20          19.    Attached hereto as Exhibit 15 is a true and correct copy of an article from the

21    website SearchEngines.com entitled, "Pay-per-click search engines," as printed out on a date

22    between March and June 2003 (GOG 32254-55).  The URL for this article is:

23    http://www.searchengines.com/pay_per_click.html, as noted in the footer of the document.

24          20.    Attached hereto as Exhibit 16 is a true and correct copy of an article from the

25    website TundraWolfPromotions.com entitled, "InfoSpace Adds Google's Award-Winning

26    Search Results to its Industry-Leading Meta-Search Technology," as printed out on a date

27    between March and June 2003 (GOG 32230-33).  The URL for this article is:

28    http://www.tundrawolfpromotions.com/news.htm, as noted in the footer of the document.

21.     Attached hereto as Exhibit 17 is a true and correct copy of instructions from the eBay.com website on "How to Bid," as printed out on a date between March and June 2003. (GOG 03225-27)  The URL is: http://www.pages.ebay.com/new/bid.html, as noted in the footer of the document.

22.     Attached hereto as Exhibit 18 is a true and correct copy of excerpts from The Random House Dictionary of the English Language 2nd edition, Unabridged, 1987.

23.     Attached hereto as Exhibit 19 is a true and correct copy of excerpts from Webster's New World College Dictionary 3rd edition, 1997.

24.     Attached hereto as Exhibit 20 is a true and correct copy of an article from C/Net News.com entitled, "New search engine goes commercial," dated February 18,1998 (OVG 1222-23).

25.     Attached hereto as Exhibit 21 is a true and correct copy of an article from ZDNet News and Views entitled, "Searching For The Highest Bidder," dated February 19, 1998 (OVG 1226-27).

26.     Attached hereto as Exhibit 22 is a true and correct copy of an article from OCWeekly.com entitled, "GoTo.Hell," dated March 13,1998 (OVG 1232-34).

27.     Attached hereto as Exhibit 23 is a true and correct copy of an article from the Search Engine Report entitled, "Go To Sells Positions," dated March 5, 1998 (OVG 1366-70).

28.     Attached hereto as Exhibit 24 is a true and correct copy of excerpts from the textbook An Introduction to Database Systems, 3rd edition, 1981 (GOG 32264-69).

29.     Attached hereto as Exhibit 25 is a true and correct copy of excerpts from the Chambers and Technology Dictionary 1988 (GOG 32270-72).

30.     Attached hereto as Exhibit 26 is a true and correct copy of excerpts from the textbook Fundamentals of Database Systems 1989.

31.     Attached hereto as Exhibit 27 is a true and correct copy of excerpts from The New Oxford English Dictionary 1998.

32.     Attached hereto as Exhibit 28 is a true and correct copy of excerpts from Webster's New World College Dictionary 3rd edition, 1997.

317397.02

1         33.     Attached hereto as Exhibit 29 is a true and correct copy of a page from the on-line

2    edition of the Merriam-Webster Unabridged Dictionary 2003.

3         I declare under penalty of perjury that the foregoing is true and correct.  Executed on this

4    22nd day of August 2003 at San Francisco, California.

5

6

7                                          /s/ Michael S. Kwun

8                                          MICHAEL S. KWUN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28