# The American Heritage® Dictionary

## of the English Language

FOURTH EDITION



HOUGHTON MIFFLIN COMPANY
Boston  New York

GOG 032273



CHINATOWN BRANCH
SAN FRANCISCO PUBLIC LIBRARY

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our Web site: www.hmco.com/trade.

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.—4th ed.
    p.   cm.
   ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1
   (hardcover with CD ROM)
   1. English language—Dictionaries
PE1628 .A623 2000
423—dc21
                                00-025369

Manufactured in the United States of America

GOG 032274

**liquid crystal** *n.* Any of various liquids in which the atoms or molecules are regularly arrayed in either one dimension or two dimensions, the order giving rise to optical properties, such as anisotropic scattering, associated with the crystals.

**liq·uid-crys·tal display** (lĭk'wĭd-krĭs'tal) *n. Abbr.* **LCD** A low-power flat-panel display used in many laptop computers, calculators and digital watches, made up of a liquid crystal that is sandwiched between layers of glass or plastic and becomes opaque when electric current passes through it. The contrast between the opaque and transparent areas forms visible characters.

**li·quid·i·ty** (lĭ-kwĭd'ĭ-tē) *n.* **1.** The state of being liquid. **2.** The quality of being readily convertible into cash: *an investment with high liquidity.* **3.** Available cash or the capacity to obtain it on demand: *a bank that is increasing its liquidity by shortening the average term of its loans.*

**liq·ui·dize** (lĭk'wĭ-dīz') *tr.v.* **-dized, -diz·es, -diz·ing** To make liquid.

**liquid measure** *n.* **1.** The measurement of liquid capacity. **2.** A unit or system of units of liquid capacity.

**liq·ui·fy** (lĭk'wə-fī') *v.* Variant of **liquefy.**

**liq·uor** (lĭk'ər) *n.* **1.** An alcoholic beverage made by distillation rather than by fermentation. **2.** A rich broth resulting from the prolonged cooking of meat or vegetables, especially greens. Also called *pot liquor.* **3.** An aqueous solution of a nonvolatile substance. **4.** A solution, emulsion, or suspension for industrial use. ✧ *tr.v.* **-uored, -uor·ing, -uors 1.** To steep (malt, for example). **2.** *Slang* To make drunk with alcoholic liquor. Often used with *up: was all liquored up.* [Middle English *licour*, a liquid, from Old French, from Latin *liquor*, from *liquēre*, to be liquid.]

**li·quo·rice** (lĭk'ər-ĭs, -ĭsh) *n. Chiefly British* Variant of **licorice.**

**li·ra** (lîr'ə, lē'rə) *n., pl.* **li·re** (lîr'ā, lē'rā) or **li·ras** *Abbr.* **l.** See table at **currency.** [Italian, from Old Italian, from Old Provençal *liura*, from Latin *libra*, a unit of weight, pound.]

**lir·i·pipe** (lîr'ə-pīp') *n.* A long scarf or cord attached to and hanging from a hood. [Medieval Latin *liripipium.*]

**Lis·bon** (lĭz'bən) The capital and largest city of Portugal, in the western part of the country on the Tagus River estuary. An ancient Iberian settlement, it was held by the Phoenicians and Carthaginians, taken by the Romans in 205 B.C., and conquered by the Moors c. A.D. 714. Reconquered by the Portuguese in 1147, it flourished in the 16th century during the heyday of colonial expansion in Africa and India. The city was devastated by a major earthquake in 1755. Population: 663,315.

**li·sen·te** (lē-sĕn'tā) *n.* Plural of **sente.**

**lisle** (līl) *n.* **1.** A fine, smooth, tightly twisted thread spun from long-stapled cotton. **2.** Fabric knitted of this thread, used especially for hosiery and underwear. [After *Lisle* (Lille), France.]

**sp** (lĭsp) *n.* **1.** A speech defect or mannerism characterized by mispronunciation of the sounds (s) and (z) as (th) and (*th*). **2.** A sound of or like a lisp: *"The carpenter['s] . . . plane whistles its wild ascending lisp"* (Walt Whitman). ✧ *v.* **lisped, lisp·ing, lisps** *—intr.* **1.** To speak with a lisp. **2.** To speak imperfectly, as a child does. *—tr.* To pronounce with a lisp. [From Middle English *lispen*, to lisp, from Old English *-wlyspian* (in *āwlyspian*, to lisp), from *whisp*, lisping.] **—lisp'er** *n.*

**LISP** (lĭsp) *n.* A programming language designed to process data consisting of lists. It is widely used in artificial intelligence research. [*lis(t) p(rocessing).*]

**lis·some** also **lis·som** (lĭs'əm) *adj.* **1.** Easily bent; supple. **2.** Having the ability to move with ease; limber. [Alteration of LITHESOME.] **—lis'some·ly** *adv.* **—lis'some·ness** *n.*

**list¹** (lĭst) *n.* **1.** A series of names, words, or other items written, printed, or imagined one after the other: *a shopping list; a guest list; a list of things to do.* **2.** A considerable number; a long series: *recited a list of dates memorized.* ✧ *v.* **list·ed, list·ing, lists** *—tr.* **1.** To make a list of; itemize: *listed his previous jobs.* **2.** To enter in a list; register: *listed each item received.* **3.** To put (oneself) in a specific category: *lists herself as an artist.* **4.** *Archaic* To recruit. *—intr.* **1.** To have a stated list price: *a radio that lists for ten dollars over the sale price.* **2.** *Archaic* To enlist in the armed forces. [French *liste*, from Old French, from Old Italian *lista*, of Germanic origin.] **—list'er** *n.*

**list²** (lĭst) *n.* **1a.** A narrow strip, especially of wood. **b.** *Architecture* See **listel. c.** A border or selvage of cloth. **2.** A stripe or band of color. **3a.** An arena for jousting tournaments or other contests. Often used in the plural. **b.** A place of combat. **c.** An area of controversy. **4.** A ridge thrown up between two furrows by a lister in plowing. **5.** *Obsolete* A boundary; a border. ✧ *tr.v.* **list·ed, list·ing, lists 1.** To cover, line, or edge with list. **2.** To cut a thin strip from the edge of. **3.** To furrow or plant (land) with a lister. [Middle English, from Old English *līste.*]

**list³** (lĭst) *n.* An inclination to one side, as of a ship; a tilt. ✧ *intr. & tr.v.* **list·ed, list·ing, lists** To lean or cause to lean to the side: *The damaged ship listed badly to starboard. Erosion first listed, then toppled the spruce tree.* [Origin unknown.]

**list⁴** (lĭst) *intr. & tr.v.* **list·ed, list·ing, lists** *Archaic* To listen or listen to. [Middle English *listen*, from Old English *hlystan.* See **kleu-** in Appendix I.]

**list⁵** (lĭst) *Archaic* ✧ *v.* **list·ed, list·ing, lists** *—tr.* To be pleasing to; suit. *—intr.* To be disposed; choose. ✧ *n.* A desire or an inclination. [Middle English *listen*, to desire, please, from Old English *lystan.* See **las-** in Appendix I.]

**lis·tel** (lĭs'təl) *n. Architecture* A narrow border, molding, or fillet. Also called *list.* [French, from Italian *listello*, diminutive of *lista*, border, of Germanic origin.]

**lis·ten** (lĭs'ən) *intr.v.* **-tened, -ten·ing, -tens 1.** To make an effort to hear something: *listen to the radio; listening for the bell.* **2.** To pay attention; heed: *"She encouraged me to listen carefully to what country people*



*called mother wit"* (Maya Angelou). ✧ *n.* An act of listening. *Would you like to give the CD a listen before buying it?* **—phrasal verb: listen in 1.** To listen to a conversation between others; eavesdrop. **2.** To tune in and listen to a broadcast. [Middle English *listenen*, alteration (influenced by *listen*, to list, listen; see LIST⁴) of Old English *hlysnan*; see **kleu-** in Appendix I.] **—lis'ten·er** *n.*

**lis·ten·a·ble** (lĭs'ə-nə-bəl) *adj.* Being such that listening is pleasurable: *an undistinguished but listenable song.* **—lis'ten·a·bil'i·ty** *n.*

**lis·ten·er·ship** (lĭs'ə-nər-shĭp', lĭs'nər-) *n.* The people who listen to a radio program or station.

**list·er** (lĭs'tər) *n.* A plow equipped with a double moldboard that turns up the soil on each side of the furrow, often having an attached drill for seed planting. [From LIST².]

**Lis·ter** (lĭs'tər), **Joseph.** First Baron Lister. 1827–1912. British surgeon. He demonstrated in 1865 that carbolic acid was an effective antiseptic agent, decreasing postoperative fatalities from infection.

**lis·te·ri·a** (lĭ-stîr'ē-ə) *n.* Any of various rod-shaped, gram-positive bacteria of the genus *Listeria*, which includes the causative agent of listeriosis. [New Latin *Listeria*, genus name, after Joseph LISTER.]

**lis·te·ri·o·sis** (lĭ-stîr'ē-ō'sĭs) *n.* A bacterial disease caused by *Listeria monocytogenes*, affecting wild and domestic animals and sometimes humans and characterized by fever, meningitis, and encephalitis.

**list·ing** (lĭs'tĭng) *n.* **1.** An entry in a list or directory: *the first listing in the telephone book.* **2.** A list: *a listing of physicians.* **3.** *Computer Science* A printout of a program or data set.

**list·less** (lĭst'lĭs) *adj.* Lacking energy or disinclined to exert effort; lethargic: *reacted to the latest crisis with listless resignation.* [Middle English *listles*: probably from *liste*, desire (from *listen*, to desire; see LIST⁵) + *-les, -lesse, -less.*] **—list'less·ly** *adv.* **—list'less·ness** *n.*

**list price** *n.* A basic published or advertised price, often subject to discount.

**list·serv·er** (lĭst'sûr'vər) *n.* A file server that is used in the management of e-mail for members of a discussion group.

**Liszt** (lĭst), **Franz** 1811–1886. Hungarian composer and piano virtuoso. His best-known compositions include the *Dante Symphony* (1856) and the *Faust Symphony* (1853–1861).

**lit¹** (lĭt) *v.* A past tense and a past participle of **light¹.** See Usage Note at **light¹.** ✧ *adj. Informal* Drunk or drugged. Often used with *up.*

**lit²** (lĭt) *v.* A past tense and a past participle of **light².**

**lit³** (lĭt) *n. Informal* Literature: *enjoyed my course in French lit.*

**lit.** *abbr.* **1.** liter **2a.** literal **b.** literally **3.** literary **4.** literature

**lit·a·ny** (lĭt'n-ē) *n., pl.* **-nies 1.** A liturgical prayer consisting of a series of petitions recited by a leader alternating with fixed responses by the congregation. **2.** A repetitive or incantatory recital: *"the litany of layoffs in recent months by corporate giants"* (Sylvia Nasar). [Middle English *letanie*, from Old French, from Medieval Latin *letania*, from Late Latin *litania*, from Late Greek *litaneia*, from Greek, entreaty, from *litaneuein*, to entreat, from *litanos*, entreating, from *litē*, supplication.]

**lit·as** (lĭt'əs) *n.* See table at **currency.** [Lithuanian *litas.*]

**LitB** *abbr. Latin* Litterarum Baccalaureus (Bachelor of Letters; Bachelor of Literature)

**li·tchi** also **li·chee** or **ly·chee** (lē'chē) *n., pl.* **-tchis** also **-chees 1.** A Chinese tree *(Litchi chinensis)* that bears bright red fruits, each of which has a large single seed with a white, fleshy, edible aril. **2.** The nutlike fruit of this tree. Also called *litchi nut.* [Chinese (Mandarin) *lì zhī* : *lì*, litchi + *zhī*, twig.]

**lit crit** (krĭt) *n. Informal* Literary criticism.

**LitD** *abbr. Latin* Litterarum Doctor (Doctor of Letters; Doctor of Literature)

**lite** (līt) *adj. Slang* Having less substance or weight or fewer calories than something else: *"lite music, shimmering on the surface and squishy soft at the core"* (Mother Jones). [Alteration of LIGHT².]

**-lite** *suff.* Stone; mineral; fossil: *coprolite.* [French, alteration of *-lithe*, from Greek *lithos*, stone.]

**li·ter** (lē'tər) *n. Abbr.* **l** or **lit.** A metric unit of volume equal to approximately 1.056 liquid quarts, 0.908 dry quart, or 0.264 gallon. See table at **measurement.** [French *litre*, from obsolete *litron*, measure of capacity, from Medieval Latin *litra*, from Greek, unit of weight.]

**lit·er·a·cy** (lĭt'ər-ə-sē) *n.* **1.** The condition or quality of being literate, especially the ability to read and write. See Usage Note at **literate. 2.** The condition or quality of being knowledgeable in a particular subject or field: *cultural literacy; biblical literacy.*

**lit·er·al** (lĭt'ər-əl) *adj.* **1.** Being in accordance with, conforming to, or upholding the exact or primary meaning of a word or words. **2.** Word for word; verbatim: *a literal translation.* **3.** Avoiding exaggeration, metaphor, or embellishment; factual; prosaic: *a literal description, a literal mind.* **4.** Consisting of, using, or expressed by letters: *literal notation.* **5.** Conforming or limited to the simplest, nonfigurative, or most obvious meaning of a word or words. ✧ *n. Computer Science* A letter or symbol that stands for itself as opposed to a feature, function, or entity associated with it in a programming language: *$ can be a literal that refers to the end of a line, but as a literal, it is a dollar sign.* [Middle English, from Old French, from Late Latin *litterālis*, of letters, from Latin *littera*, *litera*, letter. See LETTER.] **—lit'er·al·ness** *n.*

**lit·er·al·ism** (lĭt'ər-ə-lĭz'əm) *n.* **1.** Adherence to the explicit sense of a given text or doctrine. **2.** Literal portrayal; realism. **—lit'er·al·ist** *n.* **—lit'er·al·is'tic** *adj.*

**lit·er·al·ize** (lĭt'ər-ə-līz') *tr.v.* **-ized, -iz·ing, -iz·es** To make literal.

**lit·er·al·ly** (lĭt'ər-ə-lē) *adv.* **1.** In a literal manner; word for word: *translated the Greek passage literally.* **2.** In a literal or strict sense: *Don't*



**liquid-crystal display**
*top:* When turned off, polarized light reflects off a mirror, passes through the liquid crystal layer, and leaves the display looking white.
*bottom:* When turned on, polarized light is blocked by the rear polarizer. Without the reflection of light, affected areas of the liquid crystal layer look black.



**Franz Liszt**
detail from an 1838 portrait by Henri Lehmann (1814–1882)



**litchi**
*Litchi chinensis*

GOG 032277

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ŏŏ boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

Stress marks: ' (primary), ' (secondary), as in dictionary (dĭk'shə-nĕr'ē)

1021