# Webster's New World™ College Dictionary

## Third Edition

*Dedicated
to David B. Guralnik
lexicographical mentor and friend*

Webster's New World™ College Dictionary, Third Edition
Copyright © 1997, 1996, 1994, 1991, 1988 by Simon & Schuster, Inc.

This edition is a major revision of *Webster's New World Dictionary®,*
Second College Edition, copyright © 1986, 1984, 1982, 1980, 1979,
1978, 1976, 1974, 1972, 1970 by Simon & Schuster, Inc.

All rights reserved
including the right of reproduction
in whole or in part in any form

Macmillan General Reference
A Simon & Schuster Macmillan Company
1633 Broadway
New York, NY 10019-6785

A Webster's New World™ Book

MACMILLAN is a registered trademark of Macmillan, Inc.
WEBSTER'S NEW WORLD DICTIONARY is a
registered trademark of Simon & Schuster, Inc.

*Dictionary Editorial Offices:
New World Dictionaries
850 Euclid Avenue
Cleveland, Ohio 44114*

**Library of Congress Cataloging-in-Publication Data**
Webster's New World college dictionary / Victoria Neufeldt, editor in
　　chief, David B. Guralnik, editor in chief emeritus. — 3rd ed.
　　　p.　　cm.
　　ISBN 0-02-861673-1 (thumb-indexed). — ISBN 0-02-861675-8 (plain).
　— ISBN 0-02-861674-X (leatherkraft)
　　1. English language — Dictionaries.　　I. Neufeldt, Victoria.
II. Guralnik, David Bernard, 1920–
PE1628.W5629　1997
　　423–dc21　　　　　　　　　　　　　　　　　　　　　96-44362
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CIP

Database service and principal typesetting by Lexi-Comp, Inc., Hudson, Ohio.
Manufactured in the United States of America
　　3 4 5 6 7 8 9 10　　　97 98 99 00 01 02

Case 1:01-cv-12257-PBS Document 91-9 Filed 08/22/2003 Page 3 of 5

membrane of certain invertebrik) or **am′ni·on′ic** (-än′ik) *adj.*
**amn't** (ant, am′ənt) [Colloq.] *contr. of* am not: see AIN'T
**am·o·bar·bi·tal** (am′ō bär′bə tōl′, -tal″) *n.* [AM(YL)O- + BARBITAL] a colorless crystalline compound, $C_{11}H_{18}N_2O_3$, used as a sedative and hypnotic
**am·o·di·a·quin** (-dī′ə kwin′) *n.* [*am(in)o-di(hydrochloride)* + *-a-* + *quin(olin)e*] a compound, $C_{20}H_{22}ClN_3O$, whose hydrochloride form is used in treating malaria Also **am′o·di′a·quine′** (-kwin′, -kwēn′)
**a·moe·ba** (ə mē′bə) *n., pl.* **-bas** or **-bae** (-bē) [ModL < Gr *amoibē*, change < *ameibein*, to change] 1 a one-celled, microscopic organism belonging to any of several families of rhizopods that move and feed using pseudopodia and reproduce by fission; esp., any of a genus (*Amoeba*) found in soil or water or a parasitic genus (*Entamoeba*) found in higher animals and humans 2 something indefinite in shape or perpetually changing, like an amoeba See usage note at AMEBA —**a·moe′bic** (-bik), **a·moe′boid** (-boid′), or **a·moe′ban** (-bən) *adj.*
**a·moe·bae·an** or **a·moe·be·an** (am′i bē′ən) *adj.* [< L *amoebaeum (carmen)* < Gr (*asma*) *amoibaion*, responsive (song) < *amoibē*: see prec.] answering or responding to each other, as successive strophes of a verse dialogue
**a·moe·bi·a·sis** (am′i bī′ə sis) *n. alt. sp. of* AMEBIASIS
**amoebic dysentery** *alt. sp. of* AMEBIC DYSENTERY
**a·moe·bo·cyte** (ə mē′bō sīt′) *n.* [< AMOEBA + -CYTE] *alt. sp. of* AMEBOCYTE
**a·mok** (ə muk′, -mäk′) *n.* [< Malay *amuk*, attacking furiously; ult. < Old Javanese] in Indonesia and the Philippines, a condition of great emotional disturbance under which a person loses control and goes about killing indiscriminately —**run** (or **go**) **amok** 1 to rush about in a frenzy to kill 2 to lose control of oneself and behave outrageously or violently 3 to become wild or undisciplined
☆**a·mo·le** (ə mō′lā) *n.* [MexSp < Nahuatl *a:molli*, lit., soap-root] 1 the root of any of various plants of the SW U.S. and Mexico, used as a substitute for soap 2 any of these plants, esp. the soap plant
**A·mon** (ä′man) [Egypt *ymn Amūn*; ? akin to *ymn*, to hide] *Egypt. Myth.* orig., a local god of fertility and life in Egyptian Thebes; later associated with Re as the chief deity of Egypt (AMON-RE): identified by the Greeks (and Romans) with Zeus (and Jupiter) Also **A′mun** (-mən)
**a·mong** (ə muŋ′) *prep.* [ME < OE *on gemang*, in the company (of) < *on*, in + *gemang*, a mingling, crowd < *gemengan*, MINGLE] 1 in the company of; surrounded by; included with /you are *among* friends/ 2 from place to place in /he passed *among* the crowd/ 3 in the number or class of /fairest *among* women/ 4 by or with many of /popular *among* businessmen/ 5 as compared with /one *among* thousands/ 6 with a portion for each of /the estate was divided *among* the relatives/ 7 with one another /don't quarrel *among* yourselves/ 8 *a)* by the concerted action of *b)* in the joint possession of
**a·mongst** (ə muŋst′) *prep.* [prec. + adv. gen. -*s* + unhistoric *-t*] *var. of* AMONG
**A·mon-Re** (ä′man rā′) [Egypt *ymn-r²* < *Amun* + *r²*, sun] the ancient Egyptian sun god Also **A′mon-Ra′** (-rä′)
**a·mon·til·la·do** (ə män′tə lä′dō) *n.* [< Sp, after *Montilla*, town in Spain + -*ado*, -ATE²] a pale, relatively dry sherry
**a·mor·al** (ā môr′əl) *adj.* 1 not to be judged by criteria of morality; neither moral nor immoral 2 without moral sense or principles; incapable of distinguishing between right and wrong —**a′mo·ral′i·ty** (ā′ma ral′ə tē) *n.* —**a·mor′al·ly** *adv.*
**a·mo·ret·to** (am′ə ret′ō) *n., pl.* **-ret′ti** (-ret′ē) [It, dim. of *amore* < L *amor*, love] an infant cupid, as in Italian art of the 16th cent.
**am·o·rist** (am′ə rist) *n.* [L *amor*, love + -IST] a person much occupied with love and lovemaking
**Am·o·rite** (am′ə rīt′) *n.* [Heb *emori*] a member of an ancient Semitic people of c. 2000 B.C.: in the Bible, regarded as descended from Canaan, son of Ham: Gen. 10:16
**am·o·rous** (am′ə rəs) *adj.* [ME < OFr *amoureus* < LL *amorosus*, loving < L *amor*, love < *amare*, to love] 1 full of love or fond of making love 2 in love; enamored or fond (*of*) 3 full of or showing love or sexual desire /amorous words/ 4 of sexual love or lovemaking —**am′o·rous·ly** *adv.* —**am′o·rous·ness** *n.*
*amor pa·tri·ae* (ä′môr′ pä′trē ä′, -trē′ī′) [L] love of one's country; patriotism
**a·mor·phous** (ə môr′fəs) *adj.* [ModL *amorphus* < Gr *amorphos* < *a-*, without + *morphē*, form] 1 without definite form; shapeless 2 of no definite type; anomalous 3 unorganized; vague 4 *Biol.* without definite or specialized structure, as some lower forms of life 5 *Chem., Mineralogy* not crystalline —**a·mor′phism** (-fiz′əm) *n.* —**a·mor′phous·ly** *adv.* —**a·mor′phous·ness** *n.*
**am·or·tise** (am′ər tīz′, ə môr′-) *vt.* **-tised′**, **-tis′ing** *chiefly Brit. sp. of* AMORTIZE
**am·or·ti·za·tion** (am′ər ti zā′shən, ə môr′tə-) *n.* 1 an amortizing or being amortized 2 money put aside for amortizing a debt, etc.: also **a·mor′tize·ment** (ə môr′tiz mənt)
**am·or·tize** (am′ər tīz′, ə môr′-) *vt.* **-tized′**, **-tiz′ing** [ME *amortisen* < extended stem of OFr *amortir*, to extinguish, sell in mortmain (< ML *amortire*); or < ML *amortizare*; both ML forms < L *ad*, to + *mors*, death: see MORTAL] 1 to put money aside at intervals, as in a sinking fund, for gradual payment of (a debt, etc.) either at or before maturity 2 *Accounting* to write off (expenditures) by prorating over a fixed period 3 *Law* to reduce, transfer, or sell (property) in mortmain —**am·or·tiz′a·ble** *adj.*

esp. insects —**am′ni·ot′ic** (-ät′ik)
**A·mos** (ā′məs) [< Heb *amos*, lit., borne (by God?)] 1 a masculine name 2 *Bible a)* a Hebrew prophet of the 8th cent. B.C. *b)* the book containing his prophecies: abbrev. *Am.*
**a·mount** (ə mount′) *vi.* [ME *amounten*, to ascend < OFr *amonter* < *amont*, upward < *a-* (L *ad*), to + *mont* < L *montem*, acc. sing. of *mons*, MOUNTAIN] 1 to add up; equal in total /the bill *amounts* to $4.50/ 2 to be equal in meaning, value, or effect /her failure to reply *amounts* to a refusal/ —*n.* 1 the sum of two or more quantities; total 2 the whole meaning, value, or effect 3 a quantity /a fair *amount* of resistance/ —*SYN.* SUM
**a·mour** (ə moor′, ä-, a-) *n.* [Fr < Prov *amor* < L *love*] a love affair, esp. of an illicit or secret nature
*a·mour-pro·pre* (à mōōr prō′pr′) *n.* [Fr] self-esteem
**A·moy** (ä moi′) old name of XIAMEN
☆**amp** (amp) *n.* short for: 1 AMPERE 2 AMPLIFIER
**AMP** [*a(denosine) m(ono)p(hosphate)*] a crystalline nucleotide, $C_{10}H_{14}N_5O_7P$, present in, and vital to the energy processes of, all living cells; also a major regulator of a cell's biochemical activity
**amp** *abbrev.* 1 amperage 2 ampere(s)
**am·pe·lop·sis** (am′pə läp′sis) *n.* [ModL < Gr *ampelos*, vine + -OPSIS] a climbing vine or shrub of a genus (*Ampelopsis*) in the grape family, widely grown as ornamentals
**am·per·age** (am′pər ij, am pir′-) *n.* the strength of an electric current, measured in amperes
**am·pere** (am′pir′) *n.* [after fol.] the standard unit for measuring the strength of an electric current; rate of flow of charge in a conductor or conducting medium of one coulomb per second
**Am·père** (än per′), **An·dré Ma·rie** (än drā mà rē″) 1775-1836; Fr. physicist & mathematician
**ampere-hour** (am′pir our′) *n.* a standard unit for measuring the quantity of electricity, equal to the flow of a current of one ampere for one hour, or to an elapsed current drain of 3,600 coulombs
**ampere turn** the amount of magnetomotive force produced by an electric current of one ampere flowing around one turn of a wire coil
**am·per·sand** (am′pər sand′) *n.* [< *and per se and*, lit., (the sign) & by itself (is) *and*] a sign (& or &), meaning *and*: it represents the Latin word *et* (and)
☆**am·phet·a·mine** (am fet′ə mēn′, -min) *n.* [*a(lpha-)m(ethyl-beta-)ph(enyl-)et(hyl-)amine*] a colorless, volatile liquid, $C_9H_{13}N$, used in its sulfate or phosphate form as a drug to treat narcolepsy and some forms of Parkinson's disease, and to lessen the appetite in dieting: these dangerous habit-forming stimulants are available by prescription only and are popular with chemical abusers in both legal and illegal forms
**amphi-** (am′fi, -fē, -fə) [< Gr *amphi*, around: see AMBI-] *combining form* 1 on both sides or on both ends /*amphistylar*/ 2 around or about 3 of both kinds /*amphibious*/
**am·phi·ar·thro·sis** (am′fē är thrō′sis) *n.* [ModL < prec. + Gr *arthrōsis*, a jointing < *arthron*, a joint: see ARTHRO-] *Anat.* a form of jointing in which cartilage connects the bones and allows only slight motion
**am·phi·as·ter** (am′fē as′tər) *n.* [AMPHI- + -ASTER¹] in mitosis, the long spindle with asters at either end that forms during the prophase, or first stage
**am·phib·i·an** (am fib′ē ən) *n.* [< ModL *Amphibia* < Gr *amphibia*, neut. pl. of *amphibios*: see AMPHIBIOUS] 1 any of a class (Amphibia) of coldblooded, scaleless vertebrates, consisting of frogs, toads, newts, salamanders, and caecilians, that usually begin life in the water as tadpoles with gills and later develop lungs 2 any amphibious animal or plant 3 any aircraft that can take off from and come down on either land or water 4 a tank or other vehicle that can travel on either land or water —*adj.* 1 of amphibians 2 AMPHIBIOUS
**am·phi·bi·ot·ic** (am′fi bī ät′ik) *adj.* [< Gr *amphibious* (see fol.) + -IC] *Zool.* that lives in water in one stage of development and on land in another
**am·phib·i·ous** (am fib′ē əs) *adj.* [Gr *amphibios*, living a double life < *amphi-*, AMPHI- + *bios*, life: see BIO-] 1 that can live both on land and in water 2 that can operate or travel on both land and water 3 designating, of, or for a military operation involving the landing of assault troops on a shore from seaborne transports 4 having two natures or qualities; of a mixed nature —**am·phib′i·ous·ly** *adv.*
**am·phi·bole** (am′fə bōl′) *n.* [Fr < LL *amphibolus*, ambiguous < Gr *amphibolos* < *amphiballein*, to throw around, doubt < *amphi-*, AMPHI- + *ballein*, to throw: see BALL²] any of a group of rock-forming minerals, as hornblende or actinolite, composed largely of silica, calcium, iron, and magnesium: they are common constituents of igneous and metamorphic rocks
**am·phib·o·lite** (am fib′ə līt′) *n.* [prec. + -ITE¹] a rock consisting largely of amphibole and plagioclase
**am·phi·bol·o·gy** (am′fə bäl′ə jē) *n., pl.* **-gies** [ME *amphibologie* < LL *amphibologia* (altered after words ending in *-logia*, -LOGY) < L *amphibolia* < Gr, ambiguity < *amphiballein*: see AMPHIBOLE] 1 double or doubtful meaning; ambiguity, esp. from uncertain grammatical construction 2 an ambiguous phrase, proposition, etc. Also **am·phib·o·ly** (am fib′ə lē), *pl.* **-lies** —**am′phi·bol′ic** (-bäl′ik) or **am·phib′o·lous** (-ə ləs) *adj.*
**am·phi·brach** (am′fə brak′) *n.* [L *amphibrachys* < Gr, lit., short before and after < *amphi-*, AMPHI- + *brachys*, short: see MERRY] a metrical foot consisting, in Greek and Latin verse, of one long syllable between two short ones, or, in English verse, of one accented syllable between two unaccented ones (Ex.: ĕxplōsĭŏn)
**am·phi·chro·ic** (am′fi krō′ik) *adj.* [< AMPHI- + Gr *chrōma*, color (see

Case 3:02-cv-01991-JSW    Document 91-9    Filed 08/22/2003    Page 4 of 5

absorbent 2 addicted to or dependent on alcoholic beverages —**bib′u·lous·ly** *adv.* —**bib′u·lous·n**[ess]

**bi·cam·er·al** (bī kam′ər əl) *adj.* [BI-¹ + CAMERAL] made up of or having two legislative chambers [*Congress is a bicameral legislature*] —**bi·cam′er·al·ism**′ *n.*

**bi·cap·su·lar** (bī kap′sə lər, -syōō lər) *adj. Bot.* having two capsules or a capsule with two cells

**bi·carb** (bī′kärb′) *n.* [Colloq.] SODIUM BICARBONATE

**bi·car·bon·ate** (bī kär′bən it, -āt′) *n.* an acid salt of carbonic acid containing the monovalent, negative radical HCO₃

**bicarbonate of soda** SODIUM BICARBONATE

**bi·cen·te·nary** (bī sen′tə ner′ē, bī′sen ten′ər ē) *adj., n., pl.* **-naries** BICENTENNIAL

**bi·cen·ten·nial** (bī′sen ten′ē əl) *adj.* 1 happening once in a period of 200 years 2 lasting 200 years 3 of a 200th anniversary —☆*n.* a 200th anniversary or its commemoration

**bi·ceph·a·lous** (bī sef′ə ləs) *adj.* [BI-¹ + CEPHALOUS] two-headed Also **bi·ce·phal·ic** (bī′sə fal′ik)

**bi·ceps** (bī′seps) *n., pl.* **-ceps**′ or **-ceps·es** [ModL < L *bis*, two + *caput*, HEAD] 1 a muscle having two heads, or points of origin; esp., the large muscle in the front of the upper arm or the corresponding muscle at the back of the thigh 2 loosely, strength or muscular development, esp. of the arm

**bi·chlo·ride** (bī klôr′īd′) *n.* 1 a binary compound containing two atoms of chlorine for each atom of another element; dichloride 2 MERCURIC CHLORIDE

**bichloride of mercury** MERCURIC CHLORIDE

*bi·chon frisé* (bē shōn frē zā′) [Fr *bichon*, lap dog + *frisé*, curly] a variety of toy spaniel with curly white hair, originally from Tenerife

**bi·chro·mate** (bī krō′māt) *n.* DICHROMATE

**bi·cip·i·tal** (bī sip′ət 'l) *adj.* [< ModL < L *biceps* (gen. *bicipitis*), BICEPS] *Anat.* 1 with two heads or points of origin, as a biceps muscle 2 of a biceps

**bick·er** (bik′ər) *vi.* [ME *bikeren*, ? akin to Fris *bikkern*, hack, gnaw] 1 to have a petty quarrel; squabble 2 to move with quick, rippling noises [*a bickering brook*] 3 to flicker, twinkle, etc. —*n.* 1 a petty quarrel 2 a rippling or pattering sound —**bick′er·er** *n.*

**bi·coastal** (bī kōst′əl) *adj.* of or involving both the east and west coasts of the U.S.; specif., *a*) traveling back and forth from coast to coast, or entailing such travel *b*) with offices, outlets, etc. on both coasts

**bi·col·or** (bī′kul′ər) *adj.* [L: see BI-¹ & COLOR] of two colors Also **bi′col·ored**

**bi·con·cave** (bī kän′kāv, bī′kän kāv′) *adj.* concave on both surfaces [*a biconcave lens*] See LENS, illus.

**bi·con·vex** (bī kän′veks′, bī′kän veks′) *adj.* convex on both surfaces [*a biconvex lens*]

**bi·corn** (bī′kôrn′) *adj.* [L *bicornis* < *bi-*, BI-¹ + *cornu*, HORN] 1 having two horns or hornlike parts 2 crescent-shaped Also **bi·cor·nu·ate** (bī kôr′nyōō it)

**bi·cron** (bī′krän′) *n.* [B(ILLION) + (MI)CRON] one billionth (.000000001) of a meter; nanometer: symbol nm

☆**bi·cul·tural** (bī kul′chər əl) *adj.* of or combining two distinct cultures in a single region —**bi·cul′tur·al·ism**′ *n.*

**bi·cus·pid** (bī kus′pid) *adj.* [ModL *bicuspis* < BI-¹ + L *cuspis* (gen. *cuspidis*), CUSP] having two points [*a bicuspid tooth*] Also **bi·cus′pi·date**′ (-pi dāt′) —*n.* any of eight adult teeth with two-pointed crowns; premolar tooth See TEETH, illus.

**bicuspid valve** MITRAL VALVE

**bi·cy·cle** (bī′sik′əl, -si kəl) *n.* [Fr: see BI-¹ & CYCLE] a vehicle consisting of a tubular metal frame mounted on two large, wire-spoked wheels, one behind the other, and equipped with handlebars, a saddlelike seat, and foot pedals —*vi.* **-cled**, **-cling** to ride or travel on a bicycle —*vt.* 1 to carry on or as on a bicycle 2 to travel over on a bicycle —**bi·cy·clist** (bī′sik′əl ist; -si kəl ist, -klist) or **bi·cy·cler** (bī′sik′əl ər, -si kəl ər, -klər) *n.*

**bi·cy·clic** (bī sik′lik) *adj.* 1 of or forming two cycles 2 *Chem.* containing only two fused rings in the molecule Also **bi·cy′cli·cal**

**bid¹** (bid) *vt.* **bade** or **bid**, **bid′den** or **bid**, **bid′ding**; for vt. 3, 6, 8 & for vi., the pt. & pp. are always **bid** [ME *bidden*, to ask, plead, pray < OE *biddan* < IE base **bheidh-*, to urge, compel; meaning and form merged with ME *beden*, to offer, present < OE *beodan*, to command, decree < IE base **bheudh-*, to be alert, announce] 1 orig., to beseech or implore 2 to command, ask, or tell [*do as you are bidden*] 3 to offer (a certain amount) as the price or fee that one will pay or accept 4 to declare openly [*to bid defiance*] 5 to express in greeting or taking leave [*bid farewell to your friends*] ☆6 [Colloq.] to offer membership to [*the fraternity may bid five new men*] 7 [Now Chiefly Dial.] to invite 8 *Card Games* to state (the number of tricks or points one proposes to take and, in bridge, whether one proposes to play the hand with a specified suit as trump or with no suit as trump) in an effort to win the right to name trump —*vi.* to make a bid —*n.* 1 a bidding of an amount 2 the amount bid 3 a chance to bid 4 an attempt or try [*a bid for fame*] ☆5 [Colloq.] an invitation, esp. to become a member 6 *Card Games a*) the act of bidding *b*) the number of tricks, suit, etc. stated in a bid *c*) a player's turn to bid —**bid fair** to seem likely (to be or do something) —☆**bid in** at an auction, to bid more than the best offer on one's own property in order to keep it —**bid up** to raise the amount bid —**bid′der** *n.*

**bid²** (bid) *vi. obs. pp. of* BIDE

**b.i.d.** [L *bis in die*] *Pharmacy abbrev.* twice daily

**bid·da·ble** (bid′ə bəl) *adj.* 1 ready to do as bidden; obedient 2 worth bidding on [*a biddable bridge hand*]

**bid·den¹** (bid′'n) *vt., vi. alt. pp. of* BID¹

**bid·den²** (bid′'n) *vi. obs. pp. of* BIDE

**bid·ding** (bid′iŋ) *n.* 1 a command or request 2 an invitation or summons 3 the act of offering a bid or the making of bids in a card game or auction —**do the bidding of** to be obedient to; carry out the orders of

**Bid·dle** (bid′'l) 1 **John** 1615-62; Eng. theologian: founder of Eng. Unitarianism 2 **Nicholas** 1786-1844; U.S. financier

**bid·dy** (bid′ē) *n., pl.* **-dies** [< ?] 1 a chicken or chick; esp., a hen 2 [Colloq.] a woman; esp., an elderly woman (usually old biddy) regarded contemptuously as annoying, gossipy, etc.

**bide** (bīd) *vi.* **bode** or **bid′ed**, **bid′ed**, **bid′ing** [ME *biden* < OE *bidan*, to stay, wait < IE base **bheidh-* (see BID¹), prob. in sense "compel oneself," hence, delay] [Now Chiefly Dial.] 1 to stay; continue 2 to dwell; reside 3 to wait —*vt.* [Now Chiefly Dial.] to endure or tolerate —**bide one's time** to wait patiently for a chance

**bi·den·tate** (bī den′tāt′) *adj.* [BI-¹ + DENTATE] having two teeth or toothlike parts

**bi·det** (bē dā′, bi-) *n.* [Fr, lit., small pony, nag (prob. < Gaul *bid*, small): fig. use from straddling stance assumed by the user] a low, bowl-shaped, porcelain bathroom fixture equipped with running water, used for bathing the crotch

**bi·di·rec·tion·al** (bī′də rek′shə nəl) *adj.* moving, functioning, or receiving signals in or from two, usually opposite, directions

*bi·don·ville* (bē′dōn vēl′) *n.* [Fr slang < *bidonner*, to guzzle, swig < *bidon*, wine jug, orig. soldier's water bottle + *ville*, city] a shantytown on the outskirts of a city, characterized by squalor and extreme poverty, as in France and formerly Algeria or Tunisia

**Bie·der·mei·er** (bē′dər mī′ər) *adj.* [Ger, after (*Gottlieb*) *Biedermeier*, fictitious author of stodgy poems published (1855-57, and later) by Ludwig Kussmaul and Ludwig Eichrodt to satirize Ger bourgeois tastes] designating or of a style of mid-19th-cent. German furniture design, essentially a heavy, stolid variation of French Empire

**Biel** (bēl) city in NW Switzerland: pop. 53,000

**Bie·le·feld** (bē′lə felt′) city in NW Germany, in North Rhine-Westphalia: pop. 304,000

**Bi·el·sko-Bi·a·la** (bē el′skō bē äl′ə) city in S Poland, at the foot of the Carpathian Mountains: pop. 172,000

*bien en·ten·du* (byan nän tän dü′) [Fr, lit., well understood] certainly; to be sure

**bi·en·na·le** (bē′än ä′lē) *n.* [It] a biennial show; esp., an art show held every two years

**Bienne** (byen) *Fr. name of* BIEL

**bi·en·ni·al** (bī en′ē əl) *adj.* [< L *biennium*, period of two years < *bi-*, BI-¹ + *annus*, year + -AL] 1 happening every two years 2 lasting or living two years —*n.* 1 a biennial event or occurrence 2 *Bot.* a plant that lasts two years, usually producing flowers and seed the second year —**bi·en′ni·al·ly** *adv.*

**bi·en·ni·um** (bī en′ē əm) *n., pl.* **-ni·ums** or **-ni·a** (-ə) [L, see prec.] a period of two years

*bien-pen·sant* (byan pän sän′) *adj.* [Fr < *bien*, well + prp. of *penser*, to think] right-minded; accepting or based on ideas regarded as sound or correct; orthodox, doctrinaire, conventional, etc.: also **bien pensant**

*bien·ve·nue* (byan və nü′) *n.* [Fr, lit., well come] a welcome

**Bien·ville** (byan vēl′), **Sieur de** (born *Jean Baptiste Le Moyne*) 1680-1768; Fr. colonizer & governor of Louisiana: founder of New Orleans

**bier** (bir) *n.* [ME *bere* < OE *bær*: for IE base see BEAR¹] 1 a platform or portable framework on which a coffin or corpse is placed 2 a coffin and its supporting platform

**Bierce** (birs), **Ambrose (Gwinett)** 1842-c. 1914; U.S. satirical writer

**Bier·stadt** (bir′stat), **Albert** 1830-1902; U.S. painter, born in Germany

**biest·ings** (bēs′tiŋz) *n.pl. alt. sp. of* BEESTINGS

**bi·fa·cial** (bī fā′shəl) *adj.* 1 having two faces or main surfaces 2 *Bot.* having two unlike opposite surfaces

**bi·far·i·ous** (bī fer′ē əs) *adj.* [L *bifarius*, twofold < *bifariam*, in two directions < *bis*, twice + *fas*, (divine) law, lawful, possible] *Bot.* arranged in two rows

☆**biff** (bif) *n.* [prob. echoic] [Old Slang] a blow; strike; hit —*vt.* [Old Slang] to strike; hit

**bi·fid** (bī′fid′) *adj.* [L *bifidus*, forked: see BI-¹ & -FID] divided into two equal parts by a cleft, as the end of a snake's tongue; forked —**bi·fid′i·ty** (-fid′ə tē) *n.* —**bi′fid·ly** (-fid′lē) *adv.*

**bi·fi·lar** (bī fī′lər) *adj.* [BI-¹ + FILAR] having two threads, wires, etc. as certain sensitive measuring instruments —**bi·fi′lar·ly** *adv.*

**bi·flag·el·late** (bī flaj′ə lit, -lāt′) *adj.* [BI-¹ + FLAGELLATE] *Biol.* having two whiplike parts, as certain protozoa

☆**bi·fo·cal** (bī fō′kəl, bī′fō-) *adj.* adjusted to two different focal lengths —*n.* a lens, esp. for eyeglasses, with one part ground for close focus, as for reading, and the other ground for distance

☆**bi·fo·cals** (bī fō′kəlz) *n.pl.* eyeglasses with bifocal lenses

**bi·fo·li·ate** (bī fō′lē it, -āt′) *adj.* [BI-¹ + FOLIATE] *Bot.* having two leaves

**bi·fo·li·o·late** (bī fō′lē ə lit, -lāt′) *adj.* [BI-¹ + FOLIOLATE] *Bot.* having two leaflets

**bi·form** (bī′fôrm′) *adj.* [L *biformis*: see BI-¹ & FORM] having, or incorporating the features of, two forms

**Bif·rost** (bēf′räst′) [ON *bifrǫst*, lit., the tremulous way: *bif-* < *bifask*, to tremble + *rǫst*, a distance] *Norse Myth.* the rainbow bridge of the gods from Asgard, their home, to Midgard, the earth

*bif·teck* (bēf tek′) *n.* BEEFSTEAK Also **bif′tek**

**bi·fur·cate** (bī′fər kāt′, bī fur′kāt′; *for adj. also*, -kit) *adj.* [ML *bifurcatus* < L *bifurcus* < *bi-*, BI-¹ + *furca*, FORK] having two branche[s]

partial or slight change in form ... product of such a change *c)* a slight reduction; moderation ... qualification or limitation of meaning *e) Biol.* a change in an organism caused by its environment and not inheritable *f) Linguis.* a change in the form of a morpheme (Ex.: *foot, feet, bath, bathe*) —**mod·i·fi·ca·to·ry** (mäd'ə fik'ə tôr'ē, -fi kə-; fī kāt'ər ē) *adj.*

**mod·i·fi·er** (mäd'ə fī'ər) *n.* a person or thing that modifies; esp. a word, phrase, or clause that limits the meaning of another word or phrase [adjectives and adverbs are *modifiers*]

**mod·i·fy** (mäd'ə fī) *vt.* **-fied', -fy'ing** [ME *modifien* < MFr < L *modificare*, to limit, regulate < *modus*, measure (see MODE) + *facere*, to make: see DO¹] **1** to change or alter; esp., to change slightly or partially in character, form, etc. **2** to limit or reduce slightly; moderate [*to modify* a penalty] **3** *Gram.* to limit the meaning of; qualify ["old" *modifies* "man" in "old man"] **4** *Linguis.* to change the form of a morpheme in its grammatical relations or derivation —*vi.* to be modified —SYN. CHANGE —**mod'i·fi'a·ble** *adj.*

**Mo·di·glia·ni** (mō'dēl yä'nē), **A·me·de·o** (ä'mā dā'ō) 1884-1920; It. painter, in France

**mo·dil·lion** (mō dil'yən) *n.* [It *modiglione* < LL *mutilus* < L *mutulus*, modillion, prob. < Etr base *mut-*, a projection] *Archit.* an ornamental block or bracket placed under a projecting cornice, esp. in the Corinthian order

**mo·di·o·lus** (mō dī'ə ləs) *n., pl.* **-o·li** (-lī) [ModL, dim. of L *modius*, measure for grain < *modus*, measure: see MODE] the central bony axis of the cochlea of the ear

**mod·ish** (mōd'ish) *adj.* in the current mode; in the latest style; fashionable —**mod'ish·ly** *adv.* —**mod'ish·ness** *n.*

**mo·diste** (mō dēst', mō-) *n.* [Fr < *mode* see MODE] [Old-fashioned] a person who makes or deals in fashionable clothes, hats, etc. for women

**ModL** Modern Latin

**Mo·dred** (mō'dred') *Arthurian Legend* treacherous nephew of King Arthur: they kill each other in battle

**mod·u·lar** (mäj'ə lər) *adj.* [ModL *modularis*] **1** of a module or modulus ☆**2** designating or of units of standardized size, design, etc. that can be arranged or fitted together in a variety of ways

**mod·u·late** (mäj'ə lāt') *vt.* **-lat'ed, -lat'ing** [< L *modulatus*, pp. of *modulari*, to regulate, measure off, arrange < *modulus*, dim. of *modus*: see MODE] **1** to regulate, adjust, or adapt to the proper degree **2** to vary the pitch, intensity, etc. of (the voice), often specif. to a lower degree **3** *Radio* to vary the amplitude, frequency, or phase of (an oscillation, as a carrier wave) in accordance with some signal —*vi.* to shift to another key within a musical composition —**mod'u·la'tor** *n.* —**mod'u·la·to'ry** *adj.*

**mod·u·la·tion** (mäj'ə lā'shən) *n.* [ME *modulacioun* < L *modulatio*] **1** a modulating or being modulated; specif., *a) Music* a shifting from one key to another *b) Radio* a variation in the amplitude, frequency, or phase of a wave in accordance with some signal **2** a variation in stress or pitch in speaking, as in distinguishing between the merely auxiliary and the lexical uses of a word (Ex.: "*There* is a post office on Main Street," as contrasted with "There is the post *office*")

**mod·ule** (mäj'oōl) *n.* [Fr *module* < L *modulus*, dim. of *modus*: see MODE] **1** a standard or unit of measurement; specif., *a)* in classical architecture, the diameter, or one half the diameter, of a column at the base of the shaft, used to determine the proportions or the structure *b)* any of several standardized units of measurement used in architectural planning, in the construction of building materials, etc. [4-inch *module*, 2-foot *module*] ☆**2** *a)* any of a set of units, as cabinets, designed to be arranged or joined in a variety of ways *b)* a detachable section, compartment, or unit with a specific purpose or function, as in a spacecraft *c) Electronics* a compact assembly that is a component of a larger unit

**mod·u·lus** (mäj'ə ləs) *n., pl.* **-u·li** (-lī) [ModL < L: see prec.] **1** *Math. a)* the absolute value of a complex number, computed by adding the squares of each part and taking the positive square root of the sum (i.e.: the modulus of $a + bi$ is $\sqrt{a^2 + b^2}$) *b)* a quantity which gives the same remainders when it is the divisor of two quantities *c)* the factor by which a logarithm to one base is multiplied to change it to a logarithm to another base **2** *Physics* a quantity expressing the response of a sample of material to an external stimulus, as mechanical stress: the response is usually expressed as a fractional change in the physical quantity being affected

**mo·dus op·e·ran·di** (mō'dəs ō'pə ran'dē) [L] a way of doing or accomplishing something

**mo·dus vi·ven·di** (mō'dəs vē ven'dē) [L] **1** a way of living or of getting along **2** a temporary agreement in a dispute pending final settlement; compromise

**Moe·bi·us strip** (mā'bē əs, mō'-) MÖBIUS STRIP: also **Moebius band**

**Moe·sia** (mē'shē ə, -shə) ancient Roman province in SE Europe, between the Danube & the Balkan Mountains

**Moe·so-Goth** or **Moe·so-goth** (mē'sō gäth', -gōth') *n.* a member of a Gothic tribe that lived in Moesia (c. 300 A.D.)

**Moe·so-Goth·ic** or **Moe·so-goth·ic** (mē'sō gäth'ik) *adj.* of the Moeso-Goths or their extinct, East Germanic language

*moeurs* (mers) *n.pl.* [Fr] the manners, customs, behavior, etc. of a given group

**mo·fette** or **mof·fette** (mō fet') *n.* [Fr < It *muffare*, to be moldy < Ger *muff*, mold] a vent or fissure in an area of recent volcanic activity, emitting steam, carbon dioxide, and, sometimes, other gases

**mog** (mäg) *vi.* **mogged, mog'ging** [< ?] [Dial.] **1** to plod (*along*) steadily **2** to decamp; move away

**Mo·ga·di·shu** (mō'gä dē'shoō) capital of Somalia, seaport on the Indian Ocean: pop. 371,000: It. name **Mo·ga·di'scio** (-shō)

**Mo·gen David** (mō'gən dä'vid, mō'gan dō'vid; *alt. sp.* of MAGEN...

**Mo·gi·lev** ...rg... in E. Belarus, on the Dnepr; pop. 343,000

**mo·gul** (mō'gəl) ...[ol. reason for use uncert.] *Skiing* a bump or ridge of closely packed snow, built up on a curve where skiers turn

**Mo·gul** (mō'gul', -gəl; mō gul') *n.* [Pers *Mughul* : Mongolian *Mongol*, a Mongol] **1** a Mongol, or Mongolian; esp. any of the Mongolian conquerors of India or their descendants **2** [m-] a powerful or important person, esp. one with autocratic power

**mo·hair** (mō'her') *n.* [altered (by assoc. with HAIR) < earlier *mocayare* < OIt *mocajarro* < Ar *mukhayyar*, fine cloth, lit., choice < pp. of *khayyara*, to select] **1** the long, silky hair of the Angora goat **2** yarn, or any of several fabrics for clothing or upholstery, made from this hair, often mixed with other fibers —*adj.* made of or upholstered with mohair

**Moham** Mohammedan

**Mo·ham·med** (mō ham'id) [Ar *Muhammad*, lit., praiseworthy] **1** c. A.D. 570-632; Arab prophet: founder of Islam **2 Mo·ham'med II** 1430-81; sultan of Turkey (1451-81); captured Constantinople (1453)

**Mohammed Ali** *var. of* MEHEMET ALI

**Mo·ham·me·dan** (mō ham'i dən) *adj.* of Mohammed or Islam —*n.* MUSLIM This term used, esp. formerly, by non-Muslims

**Mo·ham·med·an·ism** (mō ham'i dən iz'əm) *n.* ISLAM: term used, esp. formerly, by non-Muslims

**Mohammed Reza Pah·la·vi** (rē zä' pä'lə vē) 1919-80; shah of Iran (1941-79); deposed

**Mo·ha·ve** (mō hä'vē) *n.* [prob. self-designation < ?] **1** *pl.* **-ves** or **-ve** a member of a North American Indian people who live along the Colorado River in Arizona **2** the Yuman language of this people —*adj.* designating or of the Mohaves or their language or culture

**Mohave Desert** *alt. sp. of* MOJAVE DESERT

**Mo·hawk** (mō'hôk') *n.* [Narragansett *mohowauûog*, lit., man-eaters: orig. so named by enemy tribes] **1** *pl.* **-hawks'** or **-hawk'** a member of a North American Indian people who lived in the Mohawk Valley, New York, and now live in Ontario, Quebec, and New York: see FIVE NATIONS **2** the Iroquoian language of this people —*adj.* designating or of the Mohawks or their language or culture

**Mo·hawk** (mō'hôk') [after prec.] river in central & E N.Y., flowing into the Hudson: c. 140 mi. (225 km)

**Mo·he·gan** (mō hē'gən) *n., pl.* **-gans** or **-gan** [earlier *Monahegan* < Massachusett, a local place name] a member of a North American Indian people who lived in Connecticut, along the Thames River —*adj.* designating or of the Mohegans or their culture

**mo·hel** (mō'əl; *Heb* mō häl') *n., pl.* **mo'he·lim** (-im; *Heb* mō'hä lēm') [Heb] *Judaism* a person qualified to perform the brith milah, or rite of circumcision

**Mo·hen·jo-Da·ro** (mō hen'jō dä'rō) an archaeological site in the Indus valley of Pakistan, NE of Karachi, containing ruins of cities from c. 3000 to c. 1500 B.C.

**Mo·hi·can** (mō hē'kən) *n., adj. var. of* MAHICAN

**Moho** (mō'hō') *short for* MOHOROVIČIĆ DISCONTINUITY

**Mo·hock** (mō'häk') *n.* [var. of MOHAWK] any of a gang of rowdy young men of fashion who attacked and terrorized people in the streets of London in the early 18th cent.

☆**Mo·hole** (mō'hōl') [MO(HO) + HOLE] a proposed hole to be drilled beneath the sea through the earth's crust and the Mohorovičić discontinuity to the mantle

**Mo·ho·ro·vi·čić discontinuity** (mō'hō rō'və chich') [after A. *Mohorovičić* (1857-1936), Yugoslav geologist] *Geol.* an irregular dividing line separating the earth's crust from its underlying mantle, situated c. 35 km (c. 21.7 mi) below the continents and c. 5 to 10 km (c. 3.1 to 6.2 mi.) below the ocean floor

**Mohs' scale** (mōz) [after F. *Mohs* (1773-1839), Ger mineralogist] *Mineralogy* **1** an arbitrary scale used to indicate relative hardness, arranged in 10 ascending degrees: 1, talc; 2, gypsum; 3, calcite; 4, fluorite; 5, apatite; 6, orthoclase; 7, quartz; 8, topaz; 9, corundum; 10, diamond **2** a modification of this scale, retaining its first six minerals and continuing: 7, pure silica glass; 8, quartz; 9, topaz; 10, garnet; 11, fused zircon; 12, corundum; 13, silicon carbide; 14, boron carbide; 15, diamond

**mo·hur** (mō'hər) *n.* [Hindi *muhur, muhr* < Pers *muhr*, a seal, akin to Sans *mudrā*, a seal] a former gold coin of India, equal to 15 rupees

**moi·dore** (moi'dôr') *n.* [Port *moeda d'ouro*, lit., coin of gold < L *moneta*, money + *aurum*, gold] a former gold coin of Portugal and Brazil

**moi·ety** (moi'ə tē) *n., pl.* **-ties** [ME *moite* < OFr < L *medietas*, the middle (in LL, half, moiety) < *medius*: see MID¹] **1** a half; either of two equal, or more or less equal, parts **2** an indefinite share or part **3** *Anthrop.* either of two primary subdivisions in some tribes

**moil** (moil) *vi.* [ME *moillen*, to moisten, make wet < OFr *moillier* < VL *\*molliare*, to soften < L *mollis*, soft: see MOLLIFY] [Dial.] to toil; drudge —*vt.* [Archaic] to moisten or soil —*n.* **1** drudgery; hard work **2** confusion; turmoil —**moil'er** *n.*

**Moira** (moi'rə) [Gr: see MERIT] *Gr. Myth.* fate or destiny

**moire** (mwär, môr) *n.* [Fr, watered silk < MOHAIR] a fabric, esp. silk, rayon, or acetate, having a watered, or wavy, pattern

**moi·ré** (mwä rā', mō-; môr'ā) *adj.* [Fr, pp. of *moirer*, to water < *moire*: see prec.] having a watered, or wavy, pattern, as certain fabrics, stamps, or metal surfaces —*n.* **1** a watered pattern pressed into cloth, etc. with engraved rollers **2** MOIRE

**moist** (moist) *adj.* [OFr *moiste* < VL *\*muscidus*, altered (prob. infl. by L *musteus*, of new wine, fresh < *mustum*, MUST³) < L *mucidus*, moldy < *mucus*, MUCUS] **1** slightly wet; damp **2** suggestive of the presence of liquid [a *moist* sound] **3** tearful —SYN. WET —**moist'ly** *adv.* —**moist'ness** *n.*

**mois·ten** (mois'ən) *vt., vi.* to make or become moist —**mois'ten·er** *n.*

**mois·ture** (mois'chər) *n.* [OFr *moisteur* < *moiste*: see MOIST] water...