# The New Oxford Dictionary of English

EDITED BY
Judy Pearsall

CHIEF EDITOR, CURRENT ENGLISH DICTIONARIES
Patrick Hanks

CLARENDON PRESS · OXFORD
1998

Oxford University Press, Great Clarendon Street, Oxford OX2 6DP

Oxford New York

Athens Auckland Bangkok Bogota Bombay Buenos Aires
Cape Town Chennai Dar es Salaam Delhi Florence Hong Kong Istanbul
Karachi Kuala Lumpur Madrid Melbourne Mexico City Mumbai
Nairobi Paris Singapore Taipei Tokyo Toronto Warsaw

and associated companies in
Berlin Ibadan

Oxford is a registered trade mark of Oxford University Press

© Oxford University Press 1998

First published 1998

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, without the prior permission in writing of Oxford University Press. Within the UK, exceptions are allowed in respect of any fair dealing for the purpose of research or private study, or criticism or review, as permitted under the Copyright, Designs and Patents Act 1988, or in the case of reprographic reproduction in accordance with the terms of the licences issued by the Copyright Licensing Agency. Enquiries concerning reproduction outside these terms and in other countries should be sent to the Rights Department, Oxford University Press, at the address above

This book is sold subject to the condition that it shall not, by way of trade or otherwise, be lent, re-sold, hired out or otherwise circulated without the publisher's prior consent in any form of binding or cover other than that in which it is published and without a similar condition including this condition being imposed on the subsequent purchaser

British Library Cataloguing in Publication Data

Data available

Library of Congress Cataloging in Publication Data

Data available

ISBN 0-19-861263-X

10 9 8 7 6 5 4 3 2 1

Designed by Andrew Boag, Typographic problem solving, London

Typeset in Swift and Arial
by Selwood Systems, Midsomer Norton, Bath

Printed in Spain
on acid-free paper by
Mateu Cromo Artes Graficas S.A.
Madrid

Case 3:02-cv-01991-JSW    Document 91-11    Filed 08/22/2003    Page 3 of 5

and 'transfer (land) to a corporation in mortmain. from Old French *amortiss-*, lengthened stem of *amortir*, based on Latin *ad* 'to, at' + *mors*, *mort-* 'death'.

**Amos** /ˈeɪmɒs/ a Hebrew minor prophet (*c*.760 BC), a shepherd of Tekoa, near Jerusalem.
■ a book of the Bible containing his prophecies.

**amosite** /ˈeɪməsʌɪt/ ▶ noun [mass noun] an iron-rich amphibole asbestos, mined in South Africa.
– ORIGIN early 20th cent.: from the initial letters of Asbestos Mines of South Africa + -ITE¹.

**amount** ▶ noun a quantity of something, especially the total of a thing or things in number, size, value, or extent: *sport gives an enormous amount of pleasure to many people* | *the substance is harmless if taken in small amounts.*
■ a sum of money: *they have spent a colossal amount rebuilding the stadium.*
▶ verb [no obj.] (**amount to**) come to be (the total) when added together: *losses amounted to over 10 million pounds.*
■ be the equivalent of: *their actions amounted to a conspiracy.*
– PHRASES **any amount of** a great deal or number of: *the second half produced any amount of action.* **no amount of** not even the greatest possible amount of: *no amount of talk is going to change anything.*
– ORIGIN Middle English (as a verb): from Old French *amunter*, from *amont* 'upward', literally 'uphill', from Latin *ad montem*. The noun use dates from the early 18th cent.

**amour** /əˈmʊə/ ▶ noun a love affair or lover, especially one that is secret: *he is enraged at this revelation of his past amours.*
– ORIGIN Middle English (originally in the sense 'love, affection'): via Old French from Latin *amor* 'love'. The current sense dates from the late 16th cent.

**amour courtois** /aˌmuə kɔːˈtwa/ French amuʀ kuʀtwa/ ▶ noun another term for **COURTLY LOVE**.
– ORIGIN French.

**amour fou** /əˌmuə ˈfuː/ French amuʀ fu/ ▶ noun [mass noun] uncontrollable or obsessive passion.
– ORIGIN 1970s: French, 'insane love'.

**amour propre** /aˌmuə ˈprɒprə/ French amuʀ pʀɔpʀ/ ▶ noun [mass noun] a sense of one's own worth; self-respect: *Pablo's amour propre must have been tested by his short stature.*
– ORIGIN French.

**Amoy** /əˈmɔɪ/ another name for **XIAMEN**.

**AMP** Biochemistry ▶ abbreviation for adenosine monophosphate.

**amp¹** ▶ noun short for **AMPERE**.

**amp²** ▶ noun informal short for **AMPLIFIER**.

**ampelopsis** /ˌampɪˈlɒpsɪs/ ▶ noun (pl. same) a bushy climbing plant of the vine family.
● Genus *Ampelopsis*, family Vitaceae: two species, especially the North American *A. cordata*.
– ORIGIN modern Latin, from Greek *ampelos* 'vine' + *opsis* 'appearance'.

**amperage** /ˈamp(ə)rɪdʒ/ ▶ noun the strength of an electric current in amperes.

**Ampère** /ˈampɛː, French ɑ̃pɛʀ/, André-Marie (1775–1836), French physicist, mathematician, and philosopher, who analysed the relationship between magnetic force and electric current.

**ampere** /ˈampɛː/ (abbrev.: **A**) ▶ noun a unit of electric current equal to a flow of one coulomb per second.
● The SI base unit of electric current, 1 ampere is precisely defined as that constant current which, if maintained in two straight parallel conductors of infinite length, of negligible circular cross section, and placed 1 metre apart in a vacuum, would produce between these conductors a force of 2 × 10⁻⁷ newton per metre.
– ORIGIN late 19th cent.: named after A-M **AMPÈRE**.

**ampersand** /ˈampəsand/ ▶ noun the sign & (standing for *and*, as in *Smith & Co.*, or the Latin *et*, as in *&c.*).
– ORIGIN mid 19th cent.: alteration of *and per se and* '& by itself is and', chanted as an aid to learning the sign.

**amphetamine** /amˈfɛtəmiːn, -ɪn/ ▶ noun [mass noun] a synthetic, addictive, mood-altering drug, used illegally as a stimulant.
■ [count noun] a tablet of this drug.
Alternative name: 1-phenyl-2-aminopropane (or one of its salts, especially **amphetamine sulphate**); chem. formula: C₆H₅CH₂CH(CH₃)NH₂.

– ORIGIN 1930s: abbreviation of its chemical name, a(lpha-)m(ethyl) phe(ne)t(hyl)amine.

**amphi-** /ˈamfɪ/ ▶ combining form **1** both: *amphibian.*
■ of both kinds: *amphipod.* ■ on both sides: *amphiprostyle.*
**2** around: *amphitheatre.*
– ORIGIN from Greek.

**amphibian** ▶ noun Zoology a cold-blooded vertebrate animal of a class that comprises the frogs, toads, newts, salamanders, and caecilians. They are distinguished by having an aquatic gill-breathing larval stage followed (typically) by a terrestrial lung-breathing adult stage.
● Class Amphibia: orders Urodela (newts and salamanders), Anura (frogs and toads), and Gymnophiona (caecilians).
■ a seaplane, tank, or other vehicle that can operate on land and on water.
▶ adjective Zoology of or relating to this class of animals: *amphibian eggs.*
– ORIGIN mid 17th cent. (in the sense 'having two modes of existence or of doubtful nature'): from modern Latin *amphibium* 'an amphibian', from Greek *amphibion* (noun use of *amphibios* 'living both in water and on land', from *amphi* 'both' + *bios* 'life').

**amphibious** /amˈfɪbɪəs/ ▶ adjective relating to, living in, or suited for both land and water: *an amphibious vehicle.*
■ (of a military operation) involving forces landed from the sea: *an amphibious assault.* ■ (of forces) trained for such operations.
– DERIVATIVES **amphibiously** adverb.
– ORIGIN mid 17th cent.: from modern Latin *amphibium*, from Greek *amphibion* (see **AMPHIBIAN**) + -OUS.

**amphibole** /ˈamfɪbəʊl/ ▶ noun any of a class of rock-forming silicate or aluminosilicate minerals typically occurring as fibrous or columnar crystals.
– ORIGIN early 19th cent.: from French, from Latin *amphibolus* 'ambiguous' (because of the varied structure of these minerals), from Greek *amphibolos*, from *amphi-* 'both, on both sides' + *ballein* 'to throw'.

**amphibolite** /amˈfɪbəlʌɪt/ ▶ noun [mass noun] Geology a granular metamorphic rock consisting mainly of hornblende and plagioclase.
– ORIGIN early 19th cent.: from **AMPHIBOLE** + -ITE¹.

**amphibology** /ˌamfɪˈbɒlədʒi/ ▶ noun (pl. **-ies**) a phrase or sentence that is grammatically ambiguous, such as *She sees more of her children than her husband.*
– ORIGIN late Middle English: from Old French *amphibologie*, from late Latin *amphibologia*, from Latin *amphibolia*, from Greek *amphibolos* 'ambiguous' (see **AMPHIBOLE**).

**amphiboly** /amˈfɪbəli/ ▶ noun (pl. **-ies**) another term for **AMPHIBOLOGY**.

**amphibrach** /ˈamfɪbrak/ ▶ noun Prosody a metrical foot consisting of a stressed syllable between two unstressed syllables or (in Greek and Latin) a long syllable between two short syllables.
– ORIGIN late 16th cent. (originally in the Latin forms *amphibrachus*, *amphibrachys*): via Latin from Greek *amphibrakhus* 'short at both ends'.

**amphimixis** /ˌamfɪˈmɪksɪs/ ▶ noun [mass noun] Botany sexual reproduction involving the fusion of two different gametes to form a zygote. Often contrasted with **APOMIXIS**.
– DERIVATIVES **amphimictic** adjective.
– ORIGIN late 19th cent.: from **AMPHI-** + Greek *mixis* 'mingling'.

**amphioxus** /ˌamfɪˈɒksəs/ ▶ noun a small lancelet which is caught for food in parts of Asia.
● Genus *Branchiostoma* (formerly *Amphioxus*), family Branchiostomidae.
– ORIGIN mid 19th cent.: modern Latin, from **AMPHI-** + Greek *oxus* 'sharp'.

**amphipathic** /ˌamfɪˈpaθɪk/ ▶ adjective Biochemistry (of a molecule, especially a protein) having both hydrophilic and hydrophobic parts.
– ORIGIN 1930s: from **AMPHI-** + Greek *pathikos* (from *pathos* 'experience').

**amphiphilic** /ˌamfɪˈfɪlɪk/ ▶ adjective Biochemistry another term for **AMPHIPATHIC**.

**Amphipoda** /amˈfɪpədə/ Zoology an order of chiefly marine crustaceans with a laterally compressed body and a large number of leg-like appendages.
– DERIVATIVES **amphipod** /ˈamfɪpɒd/ noun.
– ORIGIN modern Latin (plural), from **AMPHI-** 'of

both kinds' (because some legs are specialized for swimming and some for feeding) + Greek *pous*, *pod-* 'foot'.

**amphiprostyle** /amˈfɪprəstʌɪl/ ▶ adjective (of a classical building) having a portico at each end but not at the sides.
– ORIGIN early 18th cent.: via Latin from Greek *amphiprostulos*, from *amphi-* 'both, on both sides' + *prostulos* 'having pillars in front' (see **PROSTYLE**).

**amphisbaena** /ˌamfɪsˈbiːnə/ ▶ noun poetic/literary a mythical serpent with a head at each end.
– ORIGIN late Middle English: via Latin from Greek *amphisbaina*, from *amphis* 'both ways' + *bainein* 'go'.

**Amphisbaenia** /ˌamfɪsˈbiːnɪə/ Zoology a group of reptiles which comprises the worm lizards.
● Suborder Amphisbaenia, order Squamata.
– DERIVATIVES **amphisbaenian** noun & adjective.
– ORIGIN modern Latin, from Greek *amphisbaina*, from *amphis* 'both' + *bainein* 'go, walk'.

**amphitheatre** (US **amphitheater**) ▶ noun (especially in Greek and Roman architecture) a round building, typically unroofed, with a central space for the presentation of dramatic or sporting events surrounded by tiers of seats for spectators.
■ a semicircular seating gallery in a theatre.
– ORIGIN late Middle English: via Latin from Greek *amphitheatron*, from *amphi* 'on both sides' + *theatron* (see **THEATRE**).

**Amphitrite** /ˌamfɪˈtrʌɪti/ Greek Mythology a sea goddess, wife of Poseidon and mother of Triton.

**amphiuma** /ˌamfɪˈjuːmə/ ▶ noun a fully aquatic eel-like amphibian with very small limbs, occurring in stagnant water and swamps in the south-eastern US.
● Family Amphiumidae and genus *Amphiuma*: three species.
– ORIGIN modern Latin, probably formed irregularly from **AMPHI-** 'both' + Greek *pneuma* 'breath'.

**amphora** /ˈamf(ə)rə/ ▶ noun (pl. **amphorae** /-riː/ or **amphoras**) a tall ancient Greek or Roman jar or jug with two handles and a narrow neck.
– ORIGIN Latin, from Greek *amphoreus*, or from French *amphore*.

**amphoteric** /ˌamfəˈtɛrɪk/ ▶ adjective Chemistry (of a compound, especially a metal oxide or hydroxide) able to react both as a base and as an acid.
– ORIGIN mid 19th cent.: from Greek *amphoteros*, comparative of *amphō* 'both', + -IC.

**ampicillin** /ˌampɪˈsɪlɪn/ ▶ noun [mass noun] Medicine a semi-synthetic form of penicillin used chiefly to treat infections of the urinary and respiratory tracts.
– ORIGIN 1960s: blend of **AMINO** and a contraction of **PENICILLIN**.

**ample** ▶ adjective (**ampler**, **amplest**) enough or more than enough; plentiful: *there is ample time for discussion* | *an ample supply of consumer goods.*
■ large and accommodating: *he leaned back in his ample chair.* ■ used euphemistically to convey that someone is stout: *she stood with her hands on her ample hips.*
– DERIVATIVES **ampleness** noun, **amply** adverb.
– ORIGIN late Middle English: via French from Latin *amplus* 'large, capacious, abundant'.

**amplexus** /amˈplɛksəs/ ▶ noun [mass noun] Zoology the mating position of frogs and toads, in which the male clasps the female about the back.
– ORIGIN 1930s: from Latin, 'an embrace'.

**amplifier** ▶ noun an electronic device for increasing the amplitude of electrical signals, used chiefly in sound reproduction.
■ a device of this kind combined with a loudspeaker, used to amplify electric guitars and other musical instruments.

**amplify** ▶ verb (**-ies**, **-ied**) [with obj.] (often **be amplified**) increase the volume of (sound), especially using an amplifier: *the accompanying chords have been amplified in our arrangement.*
■ increase the amplitude of (an electrical signal or other oscillation). ■ cause to become more marked or intense: *urban policy initiatives amplified social polarization.* ■ Genetics make multiple copies of (a gene or DNA sequence). ■ enlarge upon or add detail to (a story or statement): *the notes amplify information contained in the statement.*
– DERIVATIVES **amplification** noun.
– ORIGIN late Middle English (in the general sense 'increase, augment'): from Old French *amplifier*, from Latin *amplificare*, from *amplus* 'large, abundant'.

**amplitude** ▶ noun [mass noun] **1** Physics the maximum

■ a list of the books of a specific author or publisher, or on a specific subject. ■ [mass noun] the history or systematic description of books, their authorship, printing, publication, editions, etc. ■ any book containing such information.
- DERIVATIVES **bibliographer** noun. **bibliographic** /-əˈgrafɪk/ adjective. **bibliographical** /-əˈgrafɪk(ə)l/ adjective, **bibliographically** /-əˈgrafɪk(ə)li/ adverb.
- ORIGIN early 19th cent.: from French *bibliographie* or modern Latin *bibliographia*, from Greek *biblion* 'book' + *-graphia* 'writing'.

**bibliomancy** /ˈbɪblɪə(ʊ)mansi/ ▶ noun [mass noun] the practice of foretelling the future by interpreting a randomly chosen passage from a book, especially the Bible.

**bibliomania** ▶ noun [mass noun] passionate enthusiasm for collecting and possessing books.
- DERIVATIVES **bibliomaniac** noun & adjective.

**bibliometrics** ▶ plural noun [treated as sing.] statistical analysis of books, articles, or other publications.
- DERIVATIVES **bibliometric** adjective.

**bibliophile** ▶ noun a person who collects or has a great love of books.
- DERIVATIVES **bibliophilic** adjective, **bibliophily** /-ˈɒfɪli/ noun.
- ORIGIN early 19th cent.: from French, from Greek *biblion* 'book' + *philos* 'loving'.

**bibliopole** /ˈbɪblɪə(ʊ)pəʊl/ ▶ noun archaic a person who buys and sells books, especially rare ones.
- ORIGIN late 18th cent.: via Latin from Greek *bibliopōlēs*, from *biblion* 'book' + *pōlēs* 'seller'.

**Bibliothèque nationale** /ˌbɪblɪəʊˌtɛk ˌnasjɔˈnaːl/ French *bibljotɛk nasjɔnal*/ the national library of France, in Paris, which receives a copy of every book and periodical etc. published in France.

**bib tap** ▶ noun another term for **BIB COCK**.

**bibulous** /ˈbɪbjʊləs/ ▶ adjective formal excessively fond of drinking alcohol.
- DERIVATIVES **bibulously** adverb, **bibulousness** noun.
- ORIGIN late 17th cent. (in the sense 'absorbent'): from Latin *bibulus* 'freely or readily drinking' (from *bibere* 'to drink') + -OUS.

**bicameral** /bʌɪˈkam(ə)r(ə)l/ ▶ adjective (of a legislative body) having two chambers.
- DERIVATIVES **bicameralism** noun.
- ORIGIN mid 19th cent.: from BI- 'two' + Latin *camera* 'chamber' + -AL.

**bicarb** ▶ noun [mass noun] informal sodium bicarbonate.

**bicarbonate** /bʌɪˈkɑːbənɪt, -nət/ ▶ noun Chemistry a salt containing the anion HCO₃⁻.
■ (also **bicarbonate of soda**) [mass noun] sodium bicarbonate.

**bice** /bʌɪs/ ▶ noun [mass noun] dated a medium blue or blue-green pigment made from basic copper carbonate.
- ORIGIN Middle English (originally in the sense 'dark or brownish grey'): from Old French *bis* 'dark grey', of unknown ultimate origin.

**bicentenary** /ˌbʌɪsɛnˈtiːnəri, -ˈtɛn-/ ▶ noun (pl. -ies) the two-hundredth anniversary of a significant event.
▶ adjective of or relating to such an anniversary: *the huge bicentenary celebrations.*

**bicentennial** ▶ noun & adjective another term for **BICENTENARY**.

**bicephalous** /bʌɪˈsɛf(ə)ləs, -ˈkɛf-/ ▶ adjective having two heads.
- ORIGIN early 19th cent.: from BI- 'two' + Greek *kephalē* 'head' + -OUS.

**biceps** /ˈbʌɪsɛps/ ▶ noun (pl. same) any of several muscles having two points of attachment at one end, in particular:
■ (also **biceps brachii** /ˈbreɪkɪʌɪ/) a large muscle in the upper arm which turns the hand to face palm uppermost and flexes the arm and forearm: *he clenched his fist and exhibited his bulging biceps.* ■ (also **biceps femoris** /fɪˈmɔːrɪs/ or **leg biceps**) Anatomy a muscle in the back of the thigh which helps to flex the leg.
- ORIGIN mid 17th cent.: from Latin, literally 'two-headed', from *bi-* 'two' + *-ceps* (from *caput* 'head').

**bichir** /ˈbɪʃə/ ▶ noun an elongated African freshwater fish with an armour of hard shiny scales and a series of separate fins along its back.
● Genus *Polypterus*, family *Polypteridae*: several species, including *P. senegalus*.
- ORIGIN 1960s: via French from dialect Arabic *abu shir*.

**bicker** ▶ verb [no obj.] **1** argue about petty and trivial matters: *whenever the phone rings, they bicker over who must answer it.*
**2** poetic/literary (of water) flow or fall with a gentle repetitive noise: patter.
■ (of a flame or light) flash, gleam, or flicker.
- DERIVATIVES **bickerer** noun.
- ORIGIN Middle English: of unknown origin.

**bicky** (also **bikky**) ▶ noun (pl. -ies) informal a biscuit.
- PHRASES **big bickies** Austral. informal a large sum of money: *just showing up is worth big bickies.*
- ORIGIN 1930s: diminutive of **BISCUIT**.

**Bicol** ▶ noun & adjective variant spelling of **BIKOL**.

**bicolour** ▶ adjective having two colours: *a male bicolour damselfish.*
▶ noun a bicolour flower or breed.
- DERIVATIVES **bicoloured** adjective & noun.

**biconcave** ▶ adjective concave on both sides.

**biconvex** ▶ adjective convex on both sides.

**bicultural** ▶ adjective having or combining the cultural attitudes and customs of two nations, peoples, or ethnic groups.
- DERIVATIVES **biculturalism** noun.

**bicuspid** ▶ adjective having two cusps or points.
▶ noun a tooth with two cusps, especially a human premolar tooth.
- ORIGIN mid 19th cent.: from BI- 'two' + Latin *cuspis*, *cuspid-* 'sharp point'.

**bicuspid valve** ▶ noun Anatomy another term for **MITRAL VALVE**.

**bicycle** ▶ noun a vehicle composed of two wheels held in a frame one behind the other, propelled by pedals and steered with handlebars attached to the front wheel.
▶ verb [no obj., with adverbial of direction] ride a bicycle in a particular direction: *they had spent the holidays bicycling around the beautiful Devonshire countryside.*
- DERIVATIVES **bicyclist** noun.
- ORIGIN mid 19th cent.: from BI- 'two' + Greek *kuklos* 'wheel'.

**bicycle chain** ▶ noun a chain that transmits the driving power from the pedals of a bicycle to its rear wheel.

**bicycle clip** ▶ noun either of a pair of metal clips worn by a cyclist round their ankles to prevent their trouser legs from becoming entangled with the bicycle chain.

**bicycle pump** ▶ noun a portable pump for inflating bicycle tyres.

**bicycle rickshaw** ▶ noun another term for **CYCLE RICKSHAW**.

**bicyclic** /bʌɪˈsʌɪklɪk, -ˈsɪk-/ ▶ adjective Chemistry having two rings of atoms in its molecule.

**bid¹** ▶ verb (**bidding**; past and past participle **bid**) [with obj.] offer (a certain price) for something, especially at an auction: *a consortium of dealers bid a world record price for a snuff box | what am I bid? | [no obj.] guests will bid for pieces of fine jewellery.*
■ [no obj.] (**bid for**) (of a contractor) offer to do (work) for a stated price; tender for: *nineteen companies have indicated their intention to bid for the contract.* ■ [no obj.] (**bid for**) make an effort or attempt to achieve: *the two forwards are bidding for places in the England side.* ■ Bridge make a statement during the auction undertaking to make (a certain number of tricks with a stated suit as trumps) if the bid is successful and one becomes the declarer: *North bids four hearts | [no obj.] with this hand, South should not bid.*
▶ noun an offer of a price, especially at an auction: *at the fur tables, several buyers make bids for the pelts.*
■ an offer to buy the shares of a company in order to gain control of it: *a takeover bid.* ■ an offer to do work or supply goods at a stated price; a tender. ■ an attempt or effort to achieve something: *Edward helped him make a bid for the Scottish throne | [with infinitive] an investigation would be carried out in a bid to establish what had happened.* ■ Bridge an undertaking by a player in the auction to make a stated number of tricks with a stated suit as trumps.
- DERIVATIVES **bidder** noun.
- ORIGIN Old English *béodan* 'to offer, command', of Germanic origin; related to Dutch *bieden* and German *bieten*.

**bid²** ▶ verb (**bidding**; past **bid** or **bade**; past participle **bid**) [with obj.] **1** utter (a greeting or farewell) to: *a chance to bid farewell to their president and welcome the new man.*
**2** archaic or poetic/literary command or order (someone) to do something: *I did as he bade me.*
■ invite (someone) to do something: *he bade his companions enter.*
- PHRASES **bid fair to** archaic or poetic/literary seem likely to: *the girl bade fair to be pretty.*
- ORIGIN Old English *biddan* 'ask', of Germanic origin; related to German *bitten*.

**bidarka** /bʌɪˈdɑːkə/ ▶ noun a canoe covered with animal skins, used by the Inuit of Alaska and adjacent regions.
- ORIGIN early 19th cent.: from Russian *baidarka*, diminutive of *baidara* 'an umiak'.

**biddable** ▶ adjective **1** meekly ready to accept and follow instructions.
**2** Bridge strong enough to justify a bid.
- DERIVATIVES **biddability** /-ˈbɪlɪti/ noun.

**bidden** archaic or poetic/literary past participle of **BID¹**.

**bidding** ▶ noun [mass noun] **1** the offering of particular prices for something, especially at an auction.
■ the offers made in such a situation: *from a cautious opener of £30, the bidding soared to a top of £48.* ■ (in bridge and whist) the action of stating before play how many tricks one intends to make.
**2** the ordering or requesting of someone to do something: *women came running at his bidding | [in sing.] I never needed a second bidding.*
- PHRASES **do someone's bidding** do what someone orders or requests, especially in a way considered overly slavish.

**bidding paddle** ▶ noun a paddle-shaped baton, typically marked with an identifying number, used to signal bids at auctions.

**bidding prayer** ▶ noun (in church use) a prayer in the form of an invitation by a minister or leader to the congregation to pray about something.

**biddy** ▶ noun (pl. -ies) informal a woman, especially an elderly one, regarded as annoying or interfering: *the old biddies were muttering in his direction.*
- ORIGIN early 17th cent. (originally denoting a chicken): of unknown origin; probably influenced by the use of *biddy* denoting an Irish maidservant, from *Biddy*, pet form of the given name *Bridget*.

**bide** ▶ verb [no obj., with adverbial of place] archaic or dialect remain or stay somewhere: *how long must I bide here to wait for the answer?*
- PHRASES **bide one's time** wait quietly for a good opportunity to do something: *she patiently bided her time before making an escape bid.*
- ORIGIN Old English *bidan*, of Germanic origin.

**bidet** ▶ noun a low oval basin used for washing one's genital and anal area.
- ORIGIN mid 17th cent. (in the sense 'horse'): from French, literally 'pony', from *bider* 'to trot', of unknown origin.

**bidi** /ˈbiːdiː/ (also **beedi** or **biri**) ▶ noun (pl. **bidis**) (in the Indian subcontinent) a type of cheap cigarette made of unprocessed tobacco wrapped in leaves.
- ORIGIN from Hindi *bīdī* 'betel plug, cigar', from Sanskrit *vīṭikā*.

**bidirectional** ▶ adjective functioning in two directions.

**bidonville** /ˈbiːd(ə)nvɪl/ ▶ noun a shanty town built of oil drums or other metal containers, especially on the outskirts of a North African city.
- ORIGIN 1950s: from French, from *bidon* 'container for liquids' + *ville* 'town'.

**bid price** ▶ noun the price at which a market-maker or dealer is prepared to buy securities or other assets. Compare with **OFFER PRICE**.

**bidri** /ˈbɪdri/ ▶ noun [mass noun] an alloy of copper, lead, tin, and zinc, used as a ground for inlaying with gold and silver.
- ORIGIN late 18th cent.: from Urdu *bidrī*, from *Bidar*, the name of a town in India.

**Biedermeier** /ˈbiːdəˌmʌɪə/ ▶ adjective denoting or relating to a style of furniture and interior decoration current in Germany in the period 1815–48, characterized by restraint, conventionality, and utilitarianism.
- ORIGIN from the name of Gottlieb *Biedermaier*, a fictitious German provincial schoolmaster and poet created by L. Eichrodt (1854).

**Bielefeld** /ˈbiːləˌfɛlt/ an industrial city in North Rhine-Westphalia in western Germany; pop. 322,130 (1991).

**biennale** /ˌbiːɛˈnɑːleɪ, -li/ ▶ noun a large art

■ a Presbyterian minister presiding over an ecclesiastical body.
2 a person who reviews examination papers to ensure consistency, or otherwise oversees an examination.
3 Physics a substance used in a nuclear reactor to retard neutrons.
– DERIVATIVES **moderatorship** noun.

**modern** ▶ adjective of or relating to the present or recent times as opposed to the remote past: *the pace of modern life | modern Chinese history.*
■ characterized by or using the most up-to-date techniques, ideas, or equipment: *they do not have modern weapons.* ■ [attrib.] denoting the form of a language that is currently used, as opposed to any earlier form: *modern German.* ■ [attrib.] denoting a current or recent style or trend in art, architecture, or other cultural activity marked by a significant departure from traditional styles and values: *Matisse's contribution to modern art.*
▶ noun (usu. **moderns**) a person who advocates or practises a departure from traditional styles or values.
– DERIVATIVES **modernity** noun, **modernly** adverb, **modernness** noun.
– ORIGIN late Middle English: from late Latin *modernus*, from Latin *modo* 'just now'.

**modern dance** ▶ noun [mass noun] a free expressive style of dancing started in the early 20th century as a reaction to classical ballet. In recent years it has included elements not usually associated with dance, such as speech and film.

**moderne** /mə'dɑ:n/ ▶ adjective of or relating to a popularization of the art deco style marked by bright colours and geometric shapes.
■ often derogatory denoting an ultra-modern style.
– ORIGIN mid 20th cent.: French, 'modern'.

**modern English** ▶ noun [mass noun] the English language as it has been since about 1500.

**Modern Greats** ▶ plural noun (at Oxford University) the school of philosophy, politics, and economics.

**modern history** ▶ noun [mass noun] history up to the present day, from some arbitrary point taken to represent the end of the Middle Ages. In some contexts it may be contrasted with 'ancient' rather than 'medieval' history, and start (e.g.) from the fall of the Western Roman Empire.

**modernism** ▶ noun [mass noun] modern character or quality of thought, expression, or technique: *when he waxes philosophical, he comes over as a strange mix of nostalgia and modernism.*
■ a style or movement in the arts that aims to break with classical and traditional forms. ■ a movement towards modifying traditional beliefs in accordance with modern ideas, especially in the Roman Catholic Church in the late 19th and early 20th centuries.

**modernist** ▶ noun a believer in or supporter of modernism, especially in the arts.
▶ adjective of or associated with modernism, especially in the arts.
– DERIVATIVES **modernistic** adjective.

**modernize** (also **-ise**) ▶ verb [with obj.] adapt (something) to modern needs or habits, typically by installing modern equipment or adopting modern ideas or methods: *he wanted to modernize the health service.*
– DERIVATIVES **modernization** noun, **modernizer** noun.

**modern jazz** ▶ noun [mass noun] jazz as developed in the 1940s and 1950s, especially bebop and the music that followed it.

**modern languages** ▶ plural noun European languages (especially French and German) as a subject of study, as contrasted with classical Latin and Greek.

**modern Latin** ▶ noun [mass noun] Latin as developed since 1500, used especially in scientific terminology.

**modern pentathlon** ▶ noun see **PENTATHLON**.

**modest** ▶ adjective 1 unassuming or moderate in the estimation of one's abilities or achievements: *he was a very modest man, refusing to take any credit for the enterprise.*
2 (of an amount, rate, or level of something) relatively moderate, limited, or small: *drink modest amounts of alcohol | employment growth was relatively modest.*
■ (of a place in which one lives, eats, or stays) not excessively large, elaborate, or expensive: *a modest flat in Fulham.*
3 (of a woman) dressing or behaving so as to avoid impropriety or indecency, especially to avoid attracting sexual attention.
■ (of clothing) not revealing or emphasizing the figure: *modest dress means that hemlines must be below the knee.*
– DERIVATIVES **modestly** adverb.
– ORIGIN mid 16th cent.: from French *modeste*, from Latin *modestus* 'keeping due measure', related to *modus* 'measure'.

**modesty** ▶ noun [mass noun] the quality or state of being unassuming or moderate in the estimation of one's abilities: *with typical modesty he insisted on sharing the credit with others.*
■ the quality of being relatively moderate, limited, or small in amount, rate, or level: *the modesty of his political aspirations.* ■ behaviour, manner, or appearance intended to avoid impropriety or indecency: *modesty forbade her to undress in front of so many people.*

**modicum** /'mɒdɪkəm/ ▶ noun [in sing.] a small quantity of a particular thing, especially something considered desirable or valuable: *his statement had more than a modicum of truth.*
– ORIGIN late 15th cent.: from Latin, neuter of *modicus* 'moderate', from *modus* 'measure'.

**modification** ▶ noun [mass noun] the action of modifying something: *the parts supplied should fit with little or no modification.*
■ [count noun] a change made: *a number of modifications are being carried out to the engines.*
– ORIGIN late 15th cent. (in Scots law, denoting the assessment of a payment): from French, or from Latin *modificatio(n-)*, from *modificare* (see **MODIFY**).

**modifier** ▶ noun a person or thing that makes partial or minor changes to something.
■ Grammar a word, especially an adjective or noun used attributively, that restricts or adds to the sense of a head noun (e.g. *good* and *family* in *a good family house*). ■ Genetics a gene which modifies the phenotypic expression of a gene at another locus.

**modify** ▶ verb (**-ies**, **-ied**) [with obj.] make partial or minor changes to (something), typically so as to improve it or to make it less extreme: *she may be prepared to modify her views | [as adj. **modified**] a modified version of the aircraft.*
■ Biology transform (a structure) from its original anatomical form during development or evolution. ■ Grammar (especially of an adjective) restrict or add to the sense of (a noun): *the target noun is modified by a 'direction' word.* ■ Phonetics pronounce (a speech sound) in a way that is different from the norm for that sound.
– DERIVATIVES **modifiable** adjective, **modificatory** adjective.
– ORIGIN late Middle English: from Old French *modifier*, from Latin *modificare*, from *modus* (see **MODE**).

**Modigliani** /ˌmɒdɪˈljɑːni/, Amedeo (1884–1920), Italian painter and sculptor, resident in France from 1906. His portraits and nudes are noted for their elongated forms, linear qualities, and earthy colours.

**modillion** /mə'dɪljən/ ▶ noun Architecture a projecting bracket under the corona of a cornice in the Corinthian and other orders.
– ORIGIN mid 16th cent.: from French *modillon*, from Italian *modiglione*, based on Latin *mutulus* 'mutule'.

**modiolus** /mə'dʌɪələs/ ▶ noun (pl. **modioli**) Anatomy the conical central axis of the cochlea of the ear.
– ORIGIN early 19th cent.: from Latin, literally 'nave of a wheel'.

**modish** /'məʊdɪʃ/ ▶ adjective often derogatory conforming to or following what is currently popular and fashionable: *it seems sad that such a scholar should feel compelled to use this modish jargon.*
– DERIVATIVES **modishly** adverb, **modishness** noun.

**modiste** /mɒ'di:st/ ▶ noun dated a fashionable milliner or dressmaker.
– ORIGIN mid 19th cent.: French, from *mode* 'fashion'.

**Mods** ▶ plural noun informal the Moderations examination at Oxford University.

**modular** ▶ adjective employing or involving a module or modules as the basis of design or construction: *modular housing units.*
■ of or relating to an educational course designed as a series of independent units of study that can be combined in a number of ways. ■ Mathematics of or relating to a modulus.
– DERIVATIVES **modularity** noun.
– ORIGIN late 18th cent.: from modern Latin *modularis*, from Latin *modulus* (see **MODULUS**).

**modulate** /'mɒdjʊleɪt/ ▶ verb [with obj.] exert a modifying or controlling influence on: *the state attempts to modulate private business's cash flow.*
■ vary the strength, tone, or pitch of (one's voice): *we all modulate our voice by hearing it.* ■ alter the amplitude or frequency of (an electromagnetic wave or other oscillation) in accordance with the variations of a second signal, typically one of a lower frequency: *radio waves are modulated to carry the analogue information of the voice.* ■ [no obj.] Music change from one key to another: *the first half of the melody, modulating from E minor to G.* ■ [no obj.] (**modulate into**) change from one form or condition into (another): *the fraught silence would modulate into conciliatory monosyllables.*
– DERIVATIVES **modulation** noun, **modulator** noun.
– ORIGIN mid 16th cent. (in the sense 'intone (a song)'): from Latin *modulat-* 'measured, made melody', from the verb *modulari*, from *modulus* 'measure' (see **MODULUS**).

**module** ▶ noun each of a set of standardized parts or independent units that can be used to construct a more complex structure, such as an item of furniture or a building.
■ each of a set of independent units of study or training that can be combined in a number of ways to form a course at a college or university. ■ [usu. with modifier] an independent self-contained unit of a spacecraft. ■ Computing any of a number of distinct but interrelated units from which a program may be built up or into which a complex activity may be analysed.
– ORIGIN late 16th cent. (in the senses 'allotted scale' and 'plan, model'): from French, or from Latin *modulus* (see **MODULUS**). Current senses date from the 1950s.

**modulo** /'mɒdjʊləʊ/ ▶ preposition Mathematics (in number theory) with respect to or using a modulus of a specified number. Two numbers are congruent modulo a given number if they give the same remainder when divided by that number.
■ [as modifier] using *moduli*: *modulo operations.*
– ORIGIN late 19th cent.: from Latin, ablative of *modulus* (see **MODULUS**).

**modulus** /'mɒdjʊləs/ Mathematics ▶ noun (pl. **moduli** /-lʌɪ, -liː/) 1 another term for **ABSOLUTE VALUE**.
■ the positive square root of the sum of the squares of the real and imaginary parts of a complex number.
2 a constant factor or ratio.
■ a constant indicating the relation between a physical effect and the force producing it.
3 a number used as a divisor for considering numbers in sets, numbers being considered congruent when giving the same remainder when divided by a particular modulus.
– ORIGIN mid 16th cent. (denoting an architectural unit of length): from Latin, literally 'measure', diminutive of *modus*.

**modus operandi** /ˌməʊdəs ɒpəˈrandiː, -dʌɪ/ ▶ noun (pl. **modi operandi** /ˌməʊdiː/) [usu. in sing.] a particular way or method of doing something, especially one that is characteristic or well-established: *every killer has his own special modus operandi.*
■ the way something operates or works.
– ORIGIN Latin, literally 'way of operating'.

**modus ponens** /ˌməʊdəs 'pəʊnenz/ ▶ noun the rule of logic which states that if a conditional statement ('if *p* then *q*') is accepted, and the antecedent (*p*) holds, then the consequent (*q*) may be inferred.
■ an argument using this rule.
– ORIGIN Latin, literally 'mood that affirms'.

**modus tollens** /ˌməʊdəs 'tɒlenz/ ▶ noun the rule of logic which states that if a conditional statement ('if *p* then *q*') is accepted, and the consequent does not hold (not-*q*) then the negation of the antecedent (not-*p*) can be inferred.
■ an argument using this rule.
– ORIGIN Latin, literally 'mood that denies'.

**modus vivendi** /ˌməʊdəs vɪˈvendiː, -dʌɪ/ ▶ noun (pl. **modi vivendi** /ˌməʊdiː/) [usu. in sing.] an arrangement or agreement allowing conflicting parties to coexist peacefully, either indefinitely or until a final settlement is reached.
■ a way of living.
– ORIGIN Latin, literally 'way of living'.

**Moesia** /'miːsɪə, 'miːʃə/ an ancient country of