

## news

InfoSpace Adds Google's Award-Winning Search Results to its Industry-Leading Meta-Search Technology

InfoSpace, Inc. (Nasdaq: INSP) and Google Inc. today announced an agreement to bring Google's award-winning search technology to InfoSpace's network of Web search properties and affiliates, which include Excite (www.excite.com), Dogpile (www.dogpile.com), WebCrawler (www.webcrawler.com), MetaCrawler (www.metacrawler.com) and InfoSpace (www.infospace.com), among others.

In addition to providing Google's highly relevant search results from billions of Web pages, InfoSpace's meta-search technology, which searches multiple search engines at once, will also include results from the Google Sponsored Links Program, a paid advertising service that complements Google's objective search results with targeted text-based advertising listings.

"Google is a global leader in search and search monetization," said York Baur, InfoSpace executive vice president, Wireline and Broadband. "The addition of Google's search services is yet another example of our commitment to delivering the most comprehensive and relevant results to our users. InfoSpace's next generation meta-search product and results improved significantly with today's announcement."

"InfoSpace and its meta-search users can now access information through Google's comprehensive search results and carefully targeted ads," said Omid Kordestani, Google's senior vice president of Worldwide Sales and Field Operations. "This agreement represents further distribution of our advanced search technology, while exposing our growing base of advertisers to millions of new users."

InfoSpace's next generation meta-search technology highlights the strengths of many of the Web's major

URL: http://www.tundrawolfpromotions.com/news.htm

GOG 032230

Dockets.Justia.com

search properties and is designed to identify the intent of each user's search. Google's Web search results and paid listings will play important roles in this ongoing effort to deliver a blended mix of the most relevant commercial and non-commercial results for a given search.

The re-launch of MetaCrawler, also announced today, represents the first integration of Google's services into InfoSpace's network of Web search properties. Today's MetaCrawler re-launch press release can be viewed at http://www.businesswire.com/insp/index-ep.shtml. Google results are planned to be available throughout InfoSpace's properties and affiliates by the end of this month.

### New Overture Bidding System Unveiled

On June 26th Overture launched a new way of managing your bids. This
new method is called Auto Bidding.
One of the visible changes due to Auto Bidding is the way the Overture
listings appear. Instead of Cost to Advertiser, the listings now show Max Bid. The max bid is not always the actual bid price that an advertiser pays. You can still use the traditional method, which is now

called Fixed Bid, however you will not be able to determine who uses Fixed or Auto Bidding.
Auto Bidding will allow you to save money in most cases. For example, if you set your Max Bid to $0.45 and the next highest listing has a Max Bid of $0.40, you only pay $0.41 per click -- saving you $0.04 for every click. When other advertisers change their bids, Auto Bidding will change your bid price for you automatically up to the Max Bid amount you have selected and give you the best position available.
As we see it, this will help business save money and better control their positioning with less overall management of listings. On the other side of the coin, this program will eventually and inevitably create more competition and drive prices up. Due to the automated nature of this system, we believe this new program will pit advertisers against one another in a slightly different way that the prior "fixed" bidding process as companies will never really know exactly how much money their competitors are paying for click thrus. This program evidently launched with a bang as the first 48 hours after the launch of the program, the Direct Traffic Center was moving at a snails pace however the program seems to running smoothly now. The Auto Bidding Tutorial provides a simple and thorough overview of the new process. You can access it through the following page: http://www.overture.com/d/USm/adcenter

### FTC Asks Search Engines to Distinguish Paid Listings

The Federal Trade Commission has recommended that search engines

displaying paid search results to make their paid listings distinguishable or they could potentially face legal action.

FTC's action was in response to a complaint filed a year ago by consumer advocacy group Commercial Alert. The complaint specifically named AltaVista, AOL Search, Direct Hit, iWon, LookSmart, SN Search and Lycos.

The FTC has been contacting major search engines and asking them for "clear and conspicuous" disclosure of paid placement in search results.

AltaVista has already made the change from "Products and Services" to "Sponsored Matches" after receiving a letter from FTC.

AOL and Netscape may not need to make any changes as they made this change recently when they replaced Overture sponsored results with those provided by Google. The term "Partner Search Results" was replaced by the term "Sponsored Links."

A few months ago, Lycos also changed its labels to "Sponsored Search Listings," in response to both the Commercial Alert complaint and to independent focus group testing.

In April, a study by Consumer Reports publisher Consumers Union, found that 60 percent of U.S. Internet users were unaware that some search engines accepted paid advertising in their search results. 80 percent of the respondents said that it was important for a search engine to disclose such paid listings.

For more on this story, see below:

http://wire.ap.org/APnews/center_story.html?FRONTID=TECHNOLOGY&STORYID=APIS7KPC9981

---

### Ask Jeeves partners With Google

In another battle for the Pay-per-click market share between Overture and Google, Google won a major partnership with Ask Jeeves, replacing Overture. This was a very strange partnership, since Google and Ask Jeeves could be seen as big rivals, especially since Ask Jeeves owns

Teoma, which is comparable to Google in functionality and reputation as one of the better search engines.

The Google ads will start appearing on the Ask Jeeves and Teoma sites starting September 3rd in the sponsored sections. The deal with

GOG 032232

Google
will result in higher revenue for Ask Jeeves, almost double from what
Ask Jeeves would have made if they had stayed with Overture.
Although,
the specifics of how the revenue will be divided by the companies has

not been disclosed, the companies have stated that most of the share

will go to Ask Jeeves.

Overture CEO Ted Meisel downplayed the deal, stating: "We are still
winning more deals than we are losing and I think we are winning all
the right ones."

More on this story can be found below:
http://www.google.com/press/pressrel/askjeeves.html

---

© 2002, Tundra Wolf Promotions.
Site design and development by bill schick design.

GOG 032233