Topics > How to use eBay > How to Bid

# How to Bid

Once you find an item you're interested in, it's easy to place a bid. Here's how:

1. To bid on an item, you'll need to register first. Then carefully look over the item listing. In the example below, the high bid is currently $20.00.



2. Enter your maximum bid in the box at the **bottom** of the page. Then, click the Review Bid button. In this example, the minimum bid increment is $5, so you would need to bid at least $25.



3. Enter your User ID and password and then click the Place Bid button. That's it! eBay will now bid on your behalf up to your maximum.
You'll get an email confirming your bid. And at the end of the listing, you'll receive another email indicating whether you've won the item, with an explanation of next steps.

Next Step: How to Sell

**If you need more help**
- Learn more about buying with eBay's online help.
- Take a guided audio tour of bidding.
- Try an introductory tutorial on bidding—at your own pace.
- Or try placing a practice bid.
- Learn more about bidding on vehicles at eBay Motors.

**Related Help topics**
- Getting Started Overview
- How to Find Items
- How to Sell
- Why eBay Is Safe

If you have not found the information you are looking for, please ask a question.

URL: http://pages.ebay.com/help/new/bid.html

GOG 032225



**Address of this page:** http://pages.ebay.com/help/new/bid.html

eBay Home | Former Help System | Close window

GOG 032226

URL: http://pages.ebay.com/help/new/bid.html

Topics > Buying > Buying an Item > Bidding > Bid Confirmation Notice

## Bid Confirmation Notice

Each time you successfully bid on an item (meaning you're not immediately outbid and become the high bidder), you'll receive a bid confirmation message at your registered email address. You can also confirm this information from your My eBay page under the Bidding/Watching tab.

Here is an example:

```
We appreciate the trading you do on eBay and want to
confirm the details of your bid.

Item name:           Vipassana Buddhist Sharon Salzberg audio set
Item number:         1234545
Your current bid:    $7.50
Your maximum bid:    $8.00
End date:            Apr-30-02 15:51:12 PDT
Current price:       $7.50

To view the item you're bidding on, click here:
http://cgi.ebay.com/ws/eBayISAPI.dll?
ViewItem&item=1234545&ssPageName=ADME:B:BN:US:1
```

You can choose whether to receive this email and others by changing your notification preferences.

### Related Help topics
- Bidding Overview
- Changing Your Notification Preferences

If you have not found the information you are looking for, please ask a question.

Address of this page: http://pages.ebay.com/help/buy/bid-confirm.html

eBay Home | Former Help System | Close window

GOG 032227

URL: http://pages.ebay.com/help/buy/bid-confirm.html