# Webster's New World™ College Dictionary

THIRD EDITION

*Dedicated
to David B. Guralnik
lexicographical mentor and friend*

Webster's New World™ College Dictionary, Third Edition
Copyright © 1997, 1996, 1994, 1991, 1988 by Simon & Schuster, Inc.

This edition is a major revision of *Webster's New World Dictionary®*,
Second College Edition, copyright © 1986, 1984, 1982, 1980, 1979,
1978, 1976, 1974, 1972, 1970 by Simon & Schuster, Inc.

All rights reserved
including the right of reproduction
in whole or in part in any form

Macmillan General Reference
A Simon & Schuster Macmillan Company
1633 Broadway
New York, NY 10019-6785

A Webster's New World™ Book

MACMILLAN is a registered trademark of Macmillan, Inc.
WEBSTER'S NEW WORLD DICTIONARY is a
registered trademark of Simon & Schuster, Inc.

*Dictionary Editorial Offices:*
*New World Dictionaries*
*850 Euclid Avenue*
*Cleveland, Ohio 44114*

Library of Congress Cataloging-in-Publication Data
Webster's New World college dictionary / Victoria Neufeldt, editor in
    chief; David B. Guralnik, editor in chief emeritus. — 3rd ed.
      p.    cm.
    ISBN 0-02-861673-1 (thumb-indexed). — ISBN 0-02-861675-8 (plain).
   — ISBN 0-02-861674-X (leatherkraft)
    1. English language — Dictionaries.    I. Neufeldt, Victoria.
  II. Guralnik, David Bernard, 1920–
  PE1628.W5629    1997
  423—dc21                                                      96-44362
                                                                     CIP

Database service and principal typesetting by Lexi-Comp, Inc., Hudson, Ohio.
Manufactured in the United States of America
    3 4 5 6 7 8 9 10       97 98 99 00 01 02

**in·de·mon·stra·ble** (in'di r̄ ˌdemäns'trə bəl; in dem'ən-) *adj.* [LL *indemonstrabilis*] not demonstrable; that cannot be proved

**in·dene** (in'dēn') *n.* [INDO(LE) + -ENE] a colorless, oily hydrocarbon, $C_9H_8$, obtained from coal tar and used in the manufacture of synthetic resins

**in·dent¹** (*for v.* in dent'; *for n.* in'dent, in dent') *vt.* [ME *endenten* < OFr *endenter* or ML *indentare*, both < L *in-*, in + *dens*, TOOTH] 1 *a)* to cut toothlike points into (an edge or border); notch; also, to join by mating notches *b)* to make jagged or zigzag in outline 2 to sever (a written contract, etc.) along an irregular line, so that the parts may be identified 3 to write out (a contract, etc.) in duplicate 4 to bind (a servant or apprentice) by indenture 5 to space (the first line of a paragraph, an entire paragraph, a column of figures, etc.) in from the regular margin 6 to order by an indent —*vi.* 1 to form or be marked by notches, points, or a jagged border 2 to space in from the margin; make an indention 3 to draw up an order or requisition in duplicate or triplicate —*n.* 1 a notch or cut in an edge 2 an indenture, or written contract 3 *a)* a space in from the margin; indention *b)* an indented line, paragraph, etc. 4 *Business* an order form, used in foreign trade and usually drawn up in duplicate or triplicate; specif., *a)* any order for foreign merchandise *b)* an export order to buy certain goods at stated terms

**in·dent²** (*for v.* in dent'; *for n.* in'dent, in dent') *vt.* [IN-¹ + DENT¹] 1 to make a dent, or slight hollow, in 2 to apply (a mark, etc.) with pressure; impress; stamp in —*n.* a dent

**in·den·ta·tion** (in'den tā'shən) *n.* [INDENT¹ or prec. + -ATION] 1 an indenting or being indented 2 a result of indenting; specif., *a)* a notch, cut, or inlet on a coastline, etc. *b)* a dent, or slight hollow *c)* an indention; space in from a margin

**in·den·tion** (in den'shən) *n.* [INDENT¹ or INDENT² + -ION] 1 a spacing in from the margin 2 an empty or blank space left by this 3 *a)* a dent, or slight hollow *b)* the making of a dent

**in·den·ture** (in den'chər) *n.* [ME *endenture* < OFr & < ML *indentura*; see INDENT¹] 1 [Now Rare] INDENTATION 2 a written contract or agreement: originally, it was in duplicate, the two copies having correspondingly notched edges for identification 3 [*often pl.*] a contract binding a person to work for another for a given length of time, as an apprentice to a master, or an immigrant to service in a colony 4 an official, authenticated list, inventory, etc. 5 *Finance* a document containing the terms under which bonds are issued —*vt.* -tured, -turing 1 to bind by indenture 2 [Archaic] INDENT²

**in·de·pend·ence** (in'dē pen'dəns, -di-) *n.* [ML *independentia*] 1 the state or quality of being independent; freedom from the influence, control, or determination of another or others 2 [Now Rare] an income sufficient for a livelihood

**In·de·pend·ence** (in'dē pen'dəns, -di-) [in honor of Andrew JACKSON in allusion to his *independence* of character] city in W Mo.: suburb of Kansas City: pop. 112,000

☆**Independence Day** a legal holiday in the U.S., celebrated on July 4, the anniversary of the adoption of the Declaration of Independence in 1776

**in·de·pend·en·cy** (in'dē pen'dən sē, -di-) *n., pl.* -cies 1 INDEPENDENCE 2 [I-] the church polity of the Independents 3 an independent nation, province, etc.

**in·de·pend·ent** (in'dē pen'dənt, -di-) *adj.* [ML *independens*; see IN-² & DEPENDENT] 1 free from the influence, control, or determination of another or others; specif., *a)* free from the rule of another; controlling or governing oneself; self-governing *b)* free from influence, persuasion, or bias; objective /an *independent* observer/ *c)* relying only on oneself or one's own abilities, judgment, etc.; self-confident; self-reliant /*independent* in his thinking/ *d)* not adhering to any political party or organization /an *independent* voter/ *e)* not connected or related to another, to each other, or to a group; separate /an *independent* grocer/ 2 *a)* not depending on another or others, esp. for financial support *b)* large enough to enable one to live without working (said of an income, a fortune, etc.) *c)* having an independent income; not needing to work for a living 3 [I-] of or having to do with Independents —*n.* 1 a person who is independent in thinking, action, etc. ☆2 [*often* I-] a voter who is not an adherent of or committed to any political party 3 [I-] a member of a religious and political movement of the 17th cent. in England that advocated self-sufficiency of each local Christian church: the movement led to the organization of Congregationalists and Baptists —**independent of** apart from; regardless of —**in'de·pend'ent·ly** *adv.*

**independent clause** *Gram.* a clause that can function syntactically as a complete sentence by itself and that conveys a complete meaning; main clause; distinguished from DEPENDENT CLAUSE (Ex.: *she will visit us if she can fly*)

**independent school** a private school, not open to or controlled by the public, esp., one that is nonreligious and supported mainly by tuition and private funds

**independent variable** *Math.* a variable whose value may be determined freely without reference to other variables

**in-depth** (in'depth') *adj.* carefully worked out, detailed, profound, thorough, etc. /an *in-depth* study/

**in·de·scrib·a·ble** (in'di skrīb'ə bəl) *adj.* that cannot be described; beyond the power of description —**in'de·scrib·abil'i·ty** *n.* —**in'de·scrib'a·bly** *adv.*

**in·de·struct·i·ble** (in'di struk'tə bəl) *adj.* not destructible; that cannot be destroyed —**in'de·struct·i·bil'i·ty** *n.* —**in'de·struct'i·bly** *adv.*

**in·de·ter·mi·na·ble** (in'dē tur'mi nə bəl, -di-) *adj.* [LL *indeterminabilis*] not determinable; specif., *a)* that cannot be decided or settled *b)* that cannot be definitely learned or ascertained —**in'de·ter'mi·na·ble·ness** *n.* —**in'de·ter'mi·na·bly** *adv.*

**indeterminacy principle** UNCERTAINTY PRINCIPLE

**in·de·ter·mi·nate** (in'dē tur'mi nit, -di-) *adj.* [LL *indeterminatus*] 1 not determinate; specif., *a)* inexact in its limits, nature, etc.; indefinite; uncertain; vague /an *indeterminate* amount/ *b)* not yet settled, concluded, or known; doubtful or inconclusive 2 *Bot.* RACEMOSE —**in'de·ter'mi·nate·ly** *adv.* —**in'de·ter'mi·nate·ness** *n.*

**indeterminate cleavage** *Zool.* the division of an egg into cells, each of which has the potential of developing into a complete organism: cf. TWINNING (sense 1)

**in·de·ter·mi·na·tion** (in'dē tur'mi nā'shən, -di-) *n.* 1 lack of determination 2 an indeterminate state or quality

**in·de·ter·min·ism** (in'dē tur'mi niz'əm, -di-) *n.* [IN-² + DETERMINISM] 1 the doctrine that the will is free or to some degree free in that one's actions and choices are not altogether the necessary result of a sequence of causes 2 the quality or condition of being indeterminate —**in'de·ter'min·ist** *n., adj.* —**in'de·ter·min·is'tic** *adj.*

**in·dex** (in'deks) *n., pl.* -dex·es or -di·ces' (-di sēz') [L, informer, that which points out < *indicare*, INDICATE] 1 *short for* INDEX FINGER 2 a pointer or indicator, as the needle on a dial 3 a thing that points out; indication; sign; representation /performance is an *index* of ability/ 4 *a)* an alphabetical list of names, subjects, etc., together with the page numbers where they appear in the text, usually placed at the end of a book or other publication *b)* THUMB INDEX *c)* a list describing the items of a collection and where they may be found; catalog /a library *index*/ *d)* a periodical that lists books according to subject, with publishing information and summary of contents 5 *a)* the relation or ratio of one amount or dimension to another, or the formula expressing this relation /cranial *index*/ *b)* a number used to measure change in prices, wages, employment, production, etc.: it shows percentage variation from an arbitrary standard, usually 100, representing the status at some earlier time (in full **index number**) 6 *Math. a)* EXPONENT (sense 3) *b)* a subscript *c)* an integer or symbol placed above and to the left of a radical /$\sqrt[3]{8}$, $\sqrt[n]{x}$/ 7 *Printing* a sign ☞ calling attention to something; fist —*vt.* 1 *a)* to make an index of or for *b)* to include in an index *c)* to supply with a thumb index 2 to be an index, or sign, of; indicate 3 to adjust (wages, interest rates, etc.) automatically to changes in the cost of living —[I-] *a)* INDEX LIBRORUM PROHIBITORUM *b)* INDEX EXPURGATORIUS —**in'dex·er** *n.* —**in·dex'i·cal** *adj.*

**in·dex·a·tion** (in'deks ā'shən) *n.* the practice of indexing wages, interest rates, etc.

**In·dex Ex·pur·ga·to·ri·us** (in'deks' eks poor'gə tō'rē ōōs') [ModL, expurgatory index] a former list of books that the Roman Catholic Church forbade its members to read unless certain passages condemned as dangerous to faith or morals were deleted or changed

**index finger** the finger next to the thumb; forefinger

**index fossil** any fossil of wide geographical distribution and a short range in time, used to correlate and date rock strata and their associated fossils

**In·dex Li·bro·rum Pro·hi·bi·to·rum** (in'deks' lē brō'rōōm' prō hib'ē tō'rōōm') [ModL, index of prohibited books] a former list of books that the Roman Catholic Church forbade its members to read (except by special permission) because judged dangerous to faith or morals

**index of refraction** the ratio of the sine of the angle of incidence to the sine of the angle of refraction for a ray of light crossing from one medium into another

**In·di·a** (in'dē ə) [L < Gr < *Indos*, the Indus < OPers *Hindu*, India: see HINDU] 1 region in S Asia, south of the Himalayas, including a large peninsula between the Arabian Sea & the Bay of Bengal: it contains India (sense 2), Pakistan, Bangladesh, Nepal, & Bhutan 2 republic in central & S India: established by Act of British Parliament (1947), became a republic (1950): member of the Commonwealth: 1,269,000 sq. mi. (3,287,590 sq. km); pop. 783,940,000; cap. New Delhi: see also JAMMU AND KASHMIR 3 INDIAN EMPIRE

**India ink** 1 a black pigment, as of specially prepared lampblack, or carbon black, mixed with a gelatinous substance and dried into cakes or sticks 2 a liquid ink made from this, used in writing, drawing, etc.

**In·di·a·man** (in'dē ə mən) *n., pl.* -men [see MAN, n. 10] a large merchant ship formerly sailing regularly between England and India

**In·di·an** (in'dē ən, -dyən) *adj.* [LL *Indianus* < L *India*] 1 designating or of India or the East Indies, their peoples, or culture 2 designating or of American Indians or their languages or cultures 3 of a type used or made by Indians ☆4 made of maize, or Indian corn —*n.* 1 a native of India or the East Indies 2 AMERICAN INDIAN 3 [Now Rare] any of the languages spoken by American Indian peoples

**In·di·a·na** (in'dē an'ə) [ModL, "land of the Indians"] Middle Western State of the U.S.: admitted, 1816; 36,291 sq. mi. (94,357 sq. km); pop. 5,544,000; cap. Indianapolis: abbrev. *IN*, *In*, or *Ind* —**In'di·an'i·an** *adj., n.*

☆**Indian agent** [Historical] in the U.S. or Canada, an official representing the government in dealings with native peoples, as on reservations

**In·di·an·ap·o·lis** (in'dē ə nap'ə lis) [INDIANA + Gr *polis*, city: see POLIS] capital of Ind., in the central part of the State: pop. 742,000 (met. area 1,250,000, urban area with Anderson 1,380,000)

☆**Indian bread** 1 bread made from cornmeal 2 TUCKAHOE

☆**Indian club** a bottle-shaped club of wood, metal, etc. swung in the hand for exercise

☆**Indian corn** CORN¹ (sense 3)

**Indian Desert** THAR DESERT

**Indian Empire** territories in & near India, under British control: dissolved in 1947

☆**Indian file** SINGLE FILE: from the notion of Amerindian people's way of walking along a trail