# WEBSTER'S NEW WORLD™ COLLEGE DICTIONARY

## THIRD EDITION

Dockets.Justia.com

*Dedicated
to David B. Guralnik
lexicographical mentor and friend*

Webster's New World™ College Dictionary, Third Edition
Copyright © 1997, 1996, 1994, 1991, 1988 by Simon & Schuster, Inc.

This edition is a major revision of *Webster's New World Dictionary®,*
Second College Edition, copyright © 1986, 1984, 1982, 1980, 1979,
1978, 1976, 1974, 1972, 1970 by Simon & Schuster, Inc.

All rights reserved
including the right of reproduction
in whole or in part in any form

Macmillan General Reference
A Simon & Schuster Macmillan Company
1633 Broadway
New York, NY 10019-6785

A Webster's New World™ Book

MACMILLAN is a registered trademark of Macmillan, Inc.
WEBSTER'S NEW WORLD DICTIONARY is a
registered trademark of Simon & Schuster, Inc.

*Dictionary Editorial Offices:*
*New World Dictionaries*
*850 Euclid Avenue*
*Cleveland, Ohio 44114*

**Library of Congress Cataloging-in-Publication Data**
Webster's New World college dictionary / Victoria Neufeldt, editor in
    chief, David B. Guralnik, editor in chief emeritus. — 3rd ed.
        p.    cm.
    ISBN 0-02-861673-1 (thumb-indexed). — ISBN 0-02-861675-8 (plain).
    — ISBN 0-02-861674-X (leatherkraft)
    1. English language — Dictionaries.    I. Neufeldt, Victoria.
II. Guralnik, David Bernard, 1920–
PE1628.W5629    1997
423—dc21                                                        96-44362
                                                                    CIP

Database service and principal typesetting by Lexi-Comp, Inc., Hudson, Ohio.
Manufactured in the United States of America
    3  4  5  6  7  8  9  10        97  98  99  00  01  02

accordion 

ac·cor·di·on·ist n.

ac·cost (ə kôst', -käst') vt. [Fr accoster < It accostare, to bring side by side < VL *accostare < L ad-, to + costa, rib, side ] 1 to approach and speak to; greet first, before being greeted, esp. in an intrusive way 2 to solicit for sexual purposes: said of a prostitute, etc.

ac·couche·ment (a kōōsh'mənt; Fr. ȧ kōōsh män') n. [Fr < accoucher, put to bed, give birth < OFr acoucher, lie down < L ad-, to + collocare: see COUCH ] confinement for giving birth to a child; childbirth

ac·cou·cheur (a'kōōsh shur') n. [Fr: see prec.] a specially trained person who attends childbirth cases; male midwife or obstetrician

ac·cou·cheuse (a'kōō shuz') n. [Fr, fem. of prec.] a midwife or female obstetrician

ac·count (ə kount') vt. [ME acounten < OFr aconter < a-, to + conter, to tell < compter < L computare: see COMPUTE] 1 to consider or judge to be; deem; value -- vi. 1 to furnish a reckoning (to someone) of money received and paid out 2 to make satisfactory amends (for) [he will account for his crime] 3 to give satisfactory reasons or an explanation (for) [can he account for his actions?] 4 to be the cause, agent, or source of: with for 5 to do away with as by killing: with for [he accounted for five of the enemy] --n. 1 a counting; calculation 2 [often pl.] a record of the financial data pertaining to a specific asset, liability, income item, expense item, or net-worth item 3 BANK ACCOUNT 4 a) a record of the financial transactions relating to a specific person, property, business, etc. b) CHARGE ACCOUNT c) a business or firm that is a customer or client, esp. on a regular, credit basis [one of our best accounts] 5 worth; importance [a thing of small account] 6 an explanation 7 a report; description; story --call to account 1 to demand an explanation of 2 to reprimand --give a good account of oneself to acquit oneself creditably --on account 1 on a charge account; on the installment plan 2 as partial payment --on someone's account for someone's sake --on account of 1 because of 2 for (someone's) sake --on no account not under any circumstances --take account of 1 to take into consideration; allow for 2 to take notice of; note --take into account to take into consideration --turn to account to use or profit from

ac·count·able (ə kount'ə bəl) adj. 1 obliged to account for one's acts; responsible 2 capable of being accounted for; explainable -- SYN. RESPONSIBLE --ac·count·abil'i·ty (-bil'ə tē) or ac·count'able·ness n. --ac·count'a·bly adv.

ac·count·an·cy (ə kount'n sē) n. the keeping or inspecting of commercial accounts; work of an accountant

ac·count·ant (ə kount'nt) n. a person whose work is to inspect, keep, or adjust accounts: see CERTIFIED PUBLIC ACCOUNTANT

account book a book in which business accounts are set down

account current a record of business transactions that shows the total amount of money owed as of the date of the summarizing statement

account executive an executive in an advertising agency, stock-brokerage, etc. who handles the accounts of, and maintains direct contact with, one or more established clients and seeks new clients

ac·count·ing (ə kount'iŋ) n. 1 the principles or practice of systematically recording, presenting, and interpreting financial accounts 2 a statement of debits and credits 3 a settling or balancing of accounts

account payable pl. accounts payable the amount owed by a business to a creditor, usually for goods or services

account receivable pl. accounts receivable the amount owed to a business by a debtor, usually for goods or services

ac·cou·ple·ment (ə kup'əl mənt) n. [Fr < accoupler, to couple up < OFr acoupler < ML accopulare < L ad-, to + copulare, to COUPLE ] 1 Archit. the placing of columns in pairs close together 2 Carpentry a brace or tie of timber

ac·cou·ter or ac·cou·tre (ə kōōt'ər) vt. -tered or -tred (-ərd), -tering or -tring (ə kōōt'ər iŋ, -kōō'triŋ) [Fr accoutrer, earlier accoustrer; prob. < à-, to + OFr costure < VL *consutura, seam, sewing < L consuere, to sew < con-, together + suere, SEW] to outfit; equip, esp. for military service

ac·cou·ter·ment or ac·cou·tre·ment (ə kōōt'ər mant, -kōō'trə-) n. 1 an accoutering or being accoutered 2 [pl.] a) personal outfit; clothes; dress b) a soldier's equipment except clothes and weapons

Ac·cra (ä kra') capital of Ghana: seaport on the Gulf of Guinea: pop. 954,000

ac·cred·it (ə kred'it) vt. [Fr accréditer, to give credit or authority < à, to + crédit, CREDIT ] 1 to bring into credit or favor 2 to authorize; give credentials to [an accredited representative] 3 to believe in; take as true 4 to certify as meeting certain set standards (colleges may be accredited by regional associations) 5 to attribute; credit [an action accredited to him] --SYN. AUTHORIZE --ac·cred'i·ta'tion (-ə tā'shən) n.

ac·crete (ə krēt') vi. -cret'ed, -cret'ing [< L accretus, pp. of accrescere: see followg.] to grow by being added to 2 to grow together; adhere -- to cause to adhere or unite (to) -- adj. Bot. grown together

ac·cre·tion (ə krē'shan) n. [L accretio < accrescere, to increase < ad-, to + crescere, to grow: see CRESCENT ] 1 growth in size, esp. by addition or accumulation 2 a growing together of parts normally separate 3 accumulated matter [the accretion of earth on the shore] 4 a part added separately; addition 5 a whole resulting from such growth or accumulation 6 Law the addition of soil to land by gradual, natural deposits --ac·cre'tive (-krēt'iv) adj.

ac·cru·al (ə krōō'əl) n. 1 the act or process of accruing 2 the amount that accrues Also accrue·ment

ac·crue (ə krōō') vi. -crued', -cru'ing [ME acreuen < OFr acreu, pp. of acroistre, increase < L accrescere: see ACCRETION ] 1 to come as a natural growth, advantage, or right (to) 2 to be added periodically as an increase: said esp. of interest on money --vt. to accumulate periodically as an increase (savings accounts accrue interest)

acct 1 account 2 accountant

ac·cul·tur·ate (ə kul'chər āt') vt. & vi. -at'ed, -at'ing [back-form. < fol. ] to undergo, or alter by, acculturation

☆ac·cul·tur·a·tion (ə kul'chər ā'shən) n. [AC- + CULTUR(E) + -ATION] Sociology 1 the process of conditioning a child to the patterns or customs of a culture 2 the process of becoming adapted to a new or different culture with more or less advanced patterns 3 the mutual influence of different cultures in close contact --ac·cul'tura·tive adj.

ac·cum·bent (ə kum'bənt) adj. [L accumbens, prp. of accumbere < ad-, to + cubare, to recline ] 1 lying down 2 Bot. lying against some other part: said esp. of certain cotyledons --ac·cum'ben·cy n.

ac·cu·mu·late (ə kyōōm'yōō lāt', -yə-) vt. -lat'ed, -lat'ing [< L accumulatus, pp. of accumulare < ad-, to + cumulare, to heap: see CUMULUS ] to pile up, collect, or gather together, esp. over a period of time --ac·cu'mu·la·ble (-lə bəl) adj.

ac·cu·mu·la·tion (ə kyōōm'yōō lā'shən, -yə-) n. 1 an accumulating or being accumulated; collection 2 accumulated or collected material; heap 3 the addition to capital of interest or profits

ac·cu·mu·la·tive (ə kyōōm'yōō lāt'iv, -lət iv; -yə-) adj. 1 resulting from accumulation; cumulative 2 tending to accumulate 3 acquisitive --ac·cu'mu·la·tive·ly adv.

ac·cu·mu·la·tor (ə kyōōm'yōō lāt'ər, -yə-) n. 1 a person or thing that accumulates 2 a) an apparatus that collects and stores energy b) [Brit.] STORAGE BATTERY 3 a type of shock absorber 4 a device or circuit unit performing one or more of the operations of storage, arithmetic, and logic, as in a computer, cash register, etc.

ac·cu·ra·cy (ak'yoor ə sē, -yər-) n. the quality or state of being accurate or exact; precision; exactness

ac·cu·rate (ak'yoor it, -yər-) adj. [L accuratus, pp. of accurare < ad-, to + curare, to take care < cura, care: see CURE ] 1 careful and exact 2 free from mistakes or errors; precise 3 adhering closely to a standard [an accurate thermometer] --SYN. CORRECT --ac'curately adv. --ac'cu·rate·ness n.

ac·cursed (ə kʉrst', -kʉrs'id) adj. [ME acursed, pp. of acursen, pronounce a curse upon, excommunicate < a-, intens. + cursien: see CURSE] 1 under a curse; ill-fated 2 deserving to be cursed; damnable; abominable Also ac·curst (ə kʉrst') --ac·curs'ed·ly adv. --ac·curs'ed·ness n.

ac·cu·sal (ə kyōō'zəl) n. ACCUSATION

ac·cu·sa·tion (ak'yōō zā'shən, -yə-) n. 1 an accusing or being accused 2 the crime or wrong of which a person is accused

ac·cu·sa·ti·val (ə kyōō'zə ti'vəl) adj. of the accusative case

ac·cu·sa·tive (ə kyōō'zə tiv) adj. [ME accusatif < L accusativus < accusare, ACCUSE: L mistransl. (by PRISCIAN) of Gr grammatical term correctly rendered causativus, causative: the goal or end point of an action was orig. considered to be its cause ] 1 Gram. designating, of, or in the case of the direct object of a finite verb: also sometimes used of the objective case in English 2 accusatory --n. 1 the accusative case 2 a word in this case --ac·cu'sa·tive·ly adv.

ac·cu·sa·to·ri·al (ə kyōō'zə tôr'ē əl) adj. [L accusatorius: see ACCUSE ] of, or in the manner of, an accuser

ac·cu·sa·to·ry (ə kyōō'zə tôr'ē) adj. making or containing an accusation; accusing

ac·cuse (ə kyōōz') vt. -cused', -cus'ing [ME acusen < OFr acuser < L accusare, to call to account < ad-, to + causa, CAUSE ] 1 to find at fault; blame 2 to bring formal charges against (of doing wrong, breaking the law, etc.) --the accused Law the person or persons formally charged with commission of a crime --ac·cus'er n. --ac·cus'ing·ly adv.

SYN.--accuse means to find fault or offenses of varying gravity (to accuse someone of murder, carelessness, etc.); to charge is to make an accusation of a legal or formal kind (the police charged her with jay-walking); indict describes the action of a grand jury and means to find a case against a person and order the person to be brought to trial; arraign means to call a person before a court to be informed of pending charges; impeach means to charge a public official with misconduct in office, but in nonlegal usage means to challenge a person's motives, etc.

ac·cus·tom (ə kus'təm) vt. [ME accustomen < OFr acostumer < a-, to + costume: see CUSTOM ] to make familiar by custom, habit, or use; habituate (to)

ac·cus·tomed (ə kus'təmd) adj. 1 customary; usual; characteristic

fat, āte, cär; ten, ēve; is, īce; gō, hôrn, look, tōōl; oil, out; up, fur, ə for unstressed vowels, as a in ago, u in focus; ' as in Latin (lat"n); chin; she; thin as in azure (azh'ər); thin, the; ŋ as in ring (riŋ) In etymologies: * = unattested; < = derived from; > = from which ☆ = Americanism                                    See inside front and back covers

by ten

**de·cu·ri·on** (də kyoor′ē ən) *n.* [ME *decurioun* < L *decurio* < *decuria*, company of ten men < *decem*, TEN] *Rom. History* 1 an officer having charge of ten men 2 a member of a municipal or colonial senate

**de·cur·rent** (də kur′ənt) *adj.* [L *decurrens*, prp. of *decurrere* < *de*-, down + *currere*, to run: see CURRENT] *Bot.* extending down along the stem, as the base of some leaves

**de·curved** (dē kurvd′) *adj.* [transl. of LL *decurvatus* < L *de*-, DE- + *curvatus*, pp. of *curvare*, to CURVE] *Zool.* curved or bent downward

**de·cus·sate** (dē kus′āt, dek′ə sāt′; for *v.*, də kus′āt) *vt., vi.* **-sated, -sating** [< L *decussatus*, pp. of *decussare*, to cross in the form of an X < *decussis*, the figure ten (X) < *decem*, TEN] to cross or cut so as to form an X; intersect —*adj.* 1 forming an X; decussated 2 *Bot.* arranged in pairs growing at right angles to those above and below: said of leaves or branches —**de·cus′sate·ly** *adv.*

**de·cus·sa·tion** (dē′kə sā′shən, dek′ə-) *n.* [L *decussatio*] 1 a decussating or being decussated 2 an intersection forming an X 3 *Anat.* a crossing of bands of nerve fibers in the brain or spinal cord

DECUSSATE
LEAVES OF
COLEUS

**de·dans** (də dän′; *Fr.* -dän′) *n., pl.* **de·dans** (-dänz′; *Fr.* -dän′) [Fr., lit, the interior < OFr *dedenz* < *de-*, from + LL *deintus*, from within < L *de-*, from + *intus*, within < IE *\*entos*, within < base *\*en-*, IN] *Court Tennis* 1 a gallery for spectators in the end wall of a court 2 the spectators at a match in court tennis

**ded·i·cate** (ded′i kāt′; for *v.*, -kit′) *adj.* [ME *dedicat* < L *dedicatus*, pp. of *dedicare*, to consecrate, declare < *de-*, intens. + *dicare*, to proclaim < *dicere*, to say: see DICTION] [Archaic] dedicated —*vt.* **-cated, -cating** [ME *dedicaten* < the *adj.*] 1 to set apart for worship of a deity or devote to a sacred purpose 2 to set apart seriously for a special purpose; devote to some work, duty, etc. [she *dedicated* her life to serving the poor] 3 to address or inscribe (a book, artistic performance, etc.) to someone or something as a sign of honor or affection *4 to open formally (a public building, fair, etc.) 5 *Law* to devote to public use —SYN. DEVOTE —**ded′i·ca′tor** *n.*

**ded·i·cat·ed** (ded′i kāt′əd) *vt. pp.* of DEDICATE —*adj.* 1 devoted or faithful 2 *Comput.* designating a piece of equipment, a program, etc. that is deliberately restricted to a particular use or task

**ded·i·ca·tion** (ded′i kā′shən) *n.* [ME *dedicacioun* < L *dedicatio*] 1 a dedicating or being dedicated 2 an inscription, as in a book, dedicating it to a person, cause, etc. 3 wholehearted devotion

**ded·i·ca·tory** (ded′i kə tôr′ē) *adj.* of or as a dedication Also **ded′i·ca′tive** (-kāt′iv, -kə tiv)

**de·dif·fer·en·ti·a·tion** (dē dif′ər en′shē ā′shən) *n.* a reversal of cell development, esp. in plants, so that the differentiation that had occurred previously is lost and the cell becomes more generalized in structure

**de·duce** (dē dōōs′, -dyōōs′; di-) *vt.* **-duced′, -duc′ing** [ME *deducen* < L *deducere*, to lead down, bring away < *de-*, down + *ducere*, to lead: see DUCT] 1 to trace the course or derivation of 2 to infer by logical reasoning; reason out or conclude from known facts or general principles —SYN. INFER —**de·duc′i·ble** *adj.*

**de·duct** (dē dukt′, di-) *vt.* [ME *deducten* < L *deductus*, pp. of *deducere*: see prec.] to take away or subtract (a quantity)

**de·duct·i·ble** (-ə bəl) *adj.* 1 that can be deducted 2 that is allowed as a deduction in computing income tax [*deductible* expenses] —*n.* 1 a clause in an insurance policy stating that the insurer will pay that portion of a loss, damage, etc. remaining after a stipulated amount, to be paid by the insured party, is deducted 2 the amount stipulated —**de·duct·i·bil′i·ty** *n.*

**de·duc·tion** (dē duk′shən, di-) *n.* [ME *deduccioun* < L *deductio*] 1 a deducting or being deducted; subtraction 2 a sum or amount deducted or allowed to be deducted 3 *Logic* the act or process of deducing; reasoning from the general to the specific, or from premises to a logically valid conclusion; also, a conclusion reached by such reasoning; distinguished from INDUCTION —**de·duc′tive** *adj.* —**de·duc′tive·ly** *adv.*

**Dee** (dē) 1 river in NE Scotland, flowing east into the North Sea: 90 mi. (145 km) 2 river in N Wales and W England, flowing northeast into the Irish Sea: 70 mi. (113 km)

**deed** (dēd) *n.* [ME *dede* < OE *dæd, dæd*, akin to Ger *tat*, ODu *dede*, ON *dath*, Goth *deds*: for IE base see DO] 1 a thing done; act 2 a feat of courage, skill, etc. 3 action; actual performance [honest in word and *deed*] 4 *Law* a document under seal which, when delivered, transfers a present interest in property —*vt.* to transfer (property) by such a document —in deed in fact; really

**dee·jay** (dē′jā′) *n.* [disc] [JOCKEY] [Colloq.] DISC JOCKEY

**deem** (dēm) *vt., vi.* [ME *deman* < OE *deman*, to judge, decree < base of *dom*, DOOM] to think, believe, or judge

**de·em·pha·size** (dē em′fə sīz′) *vt.* **-sized′, -siz′ing** to remove emphasis from; lessen the importance or prominence of —**de·em′pha·sis** (-sis) *n.*

**deep** (dēp) *adj.* [ME *dep* < OE *deop*, akin to Ger *tief*, Goth *diups* < IE base *\*dheub-*, deep, hollow > DIP, DUMP] 1 extending far downward from the top or top edges, inward from the surface, or backward from the front [a *deep* cut, a *deep* lake, a *deep* drawer] 2 extending down, inward, etc. a specified length or distance [water

*eight feet *deep*] 3 far below the surface [*deep* in the outfield] *b) coming from... going far down or back [a *deep* breath] 4 far off in time or space [the *deep* past] 5 hard to understand; abstruse [a *deep* book] *b... extremely grave or serious [in *deep* trouble] 7 strongly felt [*deep* love] 8 intellectually profound [a *deep* discussion] 9 a) tricky and sly; devious [*deep* dealings] b) carefully guarded [a *deep* secret] 10 dark and rich [a *deep* red] 11 sunk in or absorbed by: with in [*deep* in thought] 12 a) great in degree; intense [*deep* joy] b) heavy and unbroken [a *deep* sleep] 13 much involved [*deep* in debt] 14 of low pitch or range [a *deep* voice] 15 large; big [*deep* cuts in the budget] —*n.* [ME *dep* < OE *deop*] 1 a deep place or any of the deepest parts, as in water or earth 2 the extent of encompassing space or time, of the unknown, etc. 3 the middle part; part that is darkest, most silent, etc. [in the *deep* of night] 4 *Naut.* any of the unmarked fathom points between those marked on a lead line —*adv.* 1 in or to a great depth [dig *deep*] 2 far in; far back, far, etc. [to dig *deep*] —SYN. BROAD —go off the deep end 1 [Colloq.] to plunge rashly into an enterprise 2 to become angry or excited —in deep water in trouble or difficulty —the deep [Old Poet.] the sea or ocean —**deep′ly** *adv.* —**deep′ness** *n.*

**deep-chested** (-chest′id) *adj.* having, or coming as from, a thick chest [a *deep-chested* roar]

*deep-dish pie (-dish′) a pie, usually of fruit, baked in a deep dish and having only a top crust

**deep-dyed** (-dīd′) *adj.* 1 stained throughout 2 thoroughgoing; unmitigated [a *deep-dyed* villain]

**deep·en** (dēp′ən) *vt., vi.* to make or become deep or deeper

*Deep-freeze (dēp′frēz′) [< DEEP + FREEZE] *trademark* for a deep freezer —*n.* [d-] 1 a deep freezer 2 storage in or as in a deep freezer 3 a condition of suspended activity, dealings, etc. —*vt.* **-froze, -frozen, -freezing** [d-] 1 to subject (foods) to sudden freezing so as to preserve and store 2 to store in a deep freezer

*deep freezer any freezer for quick-freezing and storing food

**deep-fry** (-frī′) *vt.* **-fried′, -fry′ing** to fry in a deep pan of boiling fat or oil

**deep-laid** (-lād′) *adj.* carefully worked out and kept secret [*deep-laid* plans]

**deep-rooted** (-rōōt′id, -rŏŏt′id) *adj.* 1 having deep roots 2 firmly fixed; hard to remove [*deep-rooted* bias]

**deep scattering layer** any of the stratified zones in the ocean which reflect sound during echo sounding, usually composed of marine organisms which migrate vertically from c. 250 to 800 m (c. 820 to 2,625 ft.)

**deep-sea** (-sē′) *adj.* in or of the deeper parts of the sea [*deep-sea* fishing]

**deep-seated** (-sēt′id) *adj.* 1 placed or originating far beneath the surface 2 DEEP-ROOTED (sense 2)

**deep-set** (-set′) *adj.* 1 deeply set 2 firmly fixed

**deep-six** (-siks′) *n.* [from the custom of burial at sea in at least six fathoms] [Slang] 1 orig., burial at sea 2 a discarding or disposing of something —*vt.* [Slang] to get rid of, as by throwing overboard

*deep South that area of the U.S. regarded as most typically Southern and conservative, especially the southernmost parts of Ga., Ala., Miss., and La.

**deep space** OUTER SPACE

*deep structure in transformational grammar, the abstract syntactic pattern underlying the construction in the surface structure of a sentence

**deer** (dir) *n., pl.* **deer** or **deers** [ME *der* < OE *deor*, wild animal, akin to Ger *tier*, ON *dȳr* < IE base *\*dheuḱes, \*dheus-*, to stir up, blow, breathe (> DUSK, DOZE, FURY): for sense development cf. ANIMAL] 1 any of a family (Cervidae) of ruminants, including the elk, moose, and reindeer, esp., the smaller species, as the white-tailed deer and mule deer: in most species, usually only the males grow and shed bony antlers annually 2 [Obs.] any animal; beast

*deer-fly (dir′flī′) *n., pl.* **-flies** any of certain bloodsucking, dipterous flies, esp. any of a genus (*Chrysops*) of the same family (Tabanidae) as horseflies

**deer·hound** (-hound′) *n.* SCOTTISH DEERHOUND

*deer mouse a mostly North American, white-footed mouse (genus *Peromyscus*)

**deer·skin** (dir′skin′) *n.* 1 the hide of a deer 2 leather or a garment made from this —*adj.* made of deerskin

**deer·stalk·er** (-stôk′ər) *n.* 1 a hunter who stalks deer 2 a hunter's cap with a visor in front and in back

**de-es·ca·late** (dē es′kə lāt′) *vt., vi.* **-lat·ed, -lat·ing** to reverse the effect of escalation on (something); reduce or lessen in scope, magnitude, etc. —**de-es′ca·la′tion** *n.*

**def** 1 defendant 2 defense 3 defensive 4 deferred 5 defined 6 definition

**de·face** (dē fās′, di-) *vt.* **-faced′, -fac′ing** [ME *defacen* < OFr *desfacier*: see DE- & FACE] 1 to spoil the appearance of; disfigure; mar 2 to make illegible by injuring the surface of —**de·face′ment** *n.* —**de·fac′er** *n.*

**de fac·to** (dē fak′tō, dā-, da-) [L] existing or being such in actual fact though not by legal establishment, official recognition, etc. [a *de facto* government]: cf. DE JURE

**de·fal·cate** (dē fal′kāt′, -fôl′-; di-) *vi.* **-cat·ed, -cat·ing** [< ML *defalcatus*, pp. of *defalcare*, to cut off: see DE- & FALCATE] to steal or misuse funds entrusted to one's care; embezzle —**de·fal′ca·tor** *n.*

**de·fal·ca·tion** (dē′fal kā′shən, -fôl-) *n.* 1 an embezzling 2 the amount embezzled

**def·a·ma·tion** (def′ə mā′shən) *n.* [ME *defamacioun* < OFr *diffamacion* < LL *diffamatio*] a defaming or being defamed; detraction, slander, or libel