

SEARCH AGAIN AT ▲
TOP OF PAGE

**Bookmark entry**  **Print entry**  **E-mail entry**  **Browse dictionary**  **Get help**  🔊

2 entries found.

deduct[1,verb]
deduct[2,noun]

To select an entry,
click on it. Click 'Go'
if one entry is listed.

**Go**

Double-click any
word in the entry to
see its definition.

Main Entry: [1]**de·duct**   Pronunciation Guide
Pronunciation: dəˈdəkt, dēˈ-
Function: *verb*
Inflected Form(s): **-ed/-ing/-s**
Etymology: Latin *deductus,* past participle of *deducere,*
literally, to lead away
*transitive verb*
**1** : to take (an amount) away from a total : take off :
**REMOVE** <the tax is *deducted* from the paycheck> --
compare SUBTRACT
**2** : **DEDUCE, INFER**
*intransitive verb* : **ABATE, DIMINISH, DETRACT** -- used
with *from* <the noisy street *deducts* from the value of the
property>

Home        My Account        Contact Us        Privacy Policy        Site
          Help        Merriam-Webster Online



© 2003 by Merriam-Webster, Inc.

Dockets.Justia.com