KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
DARALYN J. DURIE - #169825
MICHAEL S. KWUN - #198945
CHRISTINE P. SUN - #218701
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant and Counterclaimant
GOOGLE TECHNOLOGY INC., sued under its former name
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>　　v.<br><br>GOOGLE INC., a California corporation,<br><br>　　　　Defendant and Counterclaimant. | Case No. C 02-01991 JSW (EDL)<br><br>**GOOGLE'S NOTICE OF MANUAL FILING OF UNREDACTED VERSION OF ITS RESPONSIVE CLAIM CONSTRUCTION BRIEF AND DECLARATION OF CHRISTINE P. SUN**<br><br>Tutorial:　　October 15, 2003, 2:00 p.m.<br>Hearing:　　October 22, 2003, 2:00 p.m.<br>Courtroom:　2, 17th Floor<br>Judge:　　　Hon. Jeffrey S. White |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　An unredacted copy of Google Technology Inc.'s Responsive Claim Construction Brief, and the Declaration of Christine P. Sun in support thereof, are being filed in paper form only, and are being maintained, under seal, in the case file in the Clerk's office.  A redacted version of Google Technology Inc.'s Responsive Claim Construction Brief is being publicly filed.

　　　The unredacted Brief and the Sun Declaration are being manually filed because Google is required to filed them under seal under the terms of the protective order entered in this case on December 18, 2002.  The Sun Declaration authenticates and attaches deposition excerpts and documents that Overture Services Inc. has designated confidential.  The unredacted Brief quotes

1
NOTICE OF MANUAL FILING
CASE NO. C 02-01991 JSW (EDL)

1 | from and summarizes the exhibits to the Sun Declaration.

2

3 | Dated: August 22, 2003                    KEKER & VAN NEST, LLP

4

5

6 |                                          By:    /s/ Michael S. Kwun
   |                                          MICHAEL S. KWUN
   |                                          Attorneys for Defendant and
7 |                                          Counterclaimant GOOGLE
   |                                          TECHNOLOGY INC., sued under its
8 |                                          former name GOOGLE INC.

9

10

11

...

28

2
NOTICE OF MANUAL FILING
CASE NO. C 02-01991 JSW (EDL)

317486.01