KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
DARALYN J. DURIE - #169825
MICHAEL S. KWUN - #198945
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant and Counterclaimant
GOOGLE TECHNOLOGY INC., sued under its former name
GOOGLE INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation,<br><br>    Plaintiff and Counter Defendant,<br><br>v.<br><br>GOOGLE INC., a California corporation,<br><br>    Defendant and Counter Claimant. | Case No. C 02-01991 JSW (EDL)<br><br>**PROOF OF SERVICE** |

317494.01

1

**Proof Of Service**
**Case No. C 02-01991 JSW (EDL)**

Dockets.Justia.com

**PROOF OF SERVICE**

I Lauren Hartz-Lewis, declare and state as follows:

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On August 22, 2003, I served the following document(s):

**GOOGLE'S RESPONSIVE CLAIM CONSTRUCTION BRIEF (SEALED VERSION)**

**DECLARATION OF CHRISTINE P. SUN IN SUPPORT OF GOOGLE'S RESPONSIVE CLAIM CONSTRUCTION BRIEF (SEALED)**

☑ by **MESSENGER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

Anthony I. Fenwick, Esq.
Latham & Watkins
135 Commonwealth Drive
Menlo Park, CA 94025
Facsimile No.: (650) 463-2600

☑ by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery

Jack C. Berenzweig, Esq.
Brinks Hofer Gilson & Lione
NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL 60611
Facsimile No.: (312) 321-4299

Executed on August 22, 2003, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      /s/ Lauren Hartz-Lewis
      Lauren Hartz-Lewis