1  LATHAM & WATKINS
       Anthony I. Fenwick (Bar No. 158667)
2      Allon Stabinsky (Bar No. 197642)
   135 Commonwealth Drive
3  Menlo Park, California 94025
   Telephone: (650) 328-4600
4  Facsimile: (650) 463-2600

5  BRINKS HOFER GILSON & LIONE
       Jack C. Berenzweig (*Pro Hac*)
6      William H. Frankel (*Pro Hac*)
       Jason C. White (*Pro Hac*)
7      Charles M. Mcmahon (*Pro Hac*)
   NBC Tower - Suite 3600
8  455 North Cityfront Plaza Drive
   Chicago, Illinois 60611
9  Telephone: (312) 321-4200
   Facsimile: (312) 321-4299
10
   Attorneys for Plaintiff
11 OVERTURE SERVICES, INC.

12
                       UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA

14                          SAN FRANCISCO DIVISION

15

16 | OVERTURE SERVICES, INC., a Delaware | CASE NO. C02-01991 JSW (EDL)
   | Corporation,
17 |                                       | PLAINTIFF'S MISCELLANEOUS
   |              Plaintiff,                | ADMINISTRATIVE REQUEST FOR
18 |                                       | GUIDANCE REGARDING EXISTENCE OF
   |     v.                                 | LIMITATIONS ON THE LENGTH OF
19 |                                       | PLAINTIFF'S REPLY BRIEF REGARDING
   | GOOGLE INC., a California Corporation, | CLAIM CONSTRUCTION
20 |
   |              Defendant.                | L.R. 7-10(b)
21

22
          In view of the *forty-six* page Responsive Claim Construction Brief filed last
23
   Friday, August 22, 2003, by defendant Google Technology Inc. ("Google"), plaintiff Overture
24
   Services, Inc. ("Overture") seeks the Court's guidance with respect to whether there are any page
25
   limitations applicable to Overture's Reply Brief, currently due Wednesday, September 3.[1]
26
          On August 8, 2003, operating under the assumption that the page limitations of
27
   ─────────────
28 [1] The claim construction hearing in this matter is scheduled to take place on October 22, 2003.

Latham & Watkins
ATTORNEYS AT LAW
SILICON VALLEY                                   1

1  Local Rule 7-1 were applicable, Overture filed a 25 page Opening Claim Construction Brief.  On
2  Friday, August 22, Google filed a 46 page responsive brief.  Prior to filing the brief, Google
3  neither consulted Overture nor (to Overture's knowledge) sought leave or guidance from the
4  Court regarding the brief's length.  At footnote 1 of the brief, Google takes the position that in
5  this Court there are *no page limitations* applicable to claim construction briefing.  (In the same
6  footnote, Google requests leave to file its oversized brief in the event the Court disagrees with
7  Google's position regarding the absence of any page limitations.)
8        Given the length of Google's footnote-laden brief, Plaintiff anticipates filing a
9  Reply brief that exceeds the 15 page limit of Local Rule 7-3(c) (and paragraph 7 of the Court's
10 Standing Order).  In view of Google's stated position that no page limitations apply, Overture
11 has seen no need to seek Google's stipulation to the filing of such a brief.  Overture files this
12 miscellaneous administrative request in an effort to assure its compliance with the Court's rules
13 and respectfully requests that the Court inform Overture if, in these circumstances, the filing of a
14 Reply brief exceeding 15 pages is prohibited.  Should the Court restrict Overture's Reply brief to
15 15 pages, then Overture respectfully requests that Google's oversized responsive claim
16 construction brief be stricken and that Google be ordered to file a brief no more than 25 pages in
17 length.
18 Dated:  August 25, 2003

LATHAM & WATKINS

By /s/ Anthony I. Fenwick
    Anthony I. Fenwick
    Attorneys for Plaintiff OVERTURE
    SERVICES INC.

Latham & Watkins
ATTORNEYS AT LAW
SILICON VALLEY

2