LATHAM & WATKINS
  Anthony I. Fenwick (Bar No. 158667)
  Allon Stabinsky (Bar No. 197642)
135 Commonwealth Drive
Menlo Park, California  94025
Telephone:   (650) 328-4600
Facsimile:   (650) 463-2600

BRINKS HOFER GILSON & LIONE
  Jack C. Berenzweig (Admitted *Pro Hac Vice*)
  William H. Frankel (Admitted *Pro Hac Vice*)
  Jason C. White (Admitted *Pro Hac Vice*)
  Charles M. McMahon (Admitted *Pro Hac Vice*)
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611
Telephone:   (312) 321-4200
Facsimile:   (312) 321-4299

Attorneys for Plaintiff
OVERTURE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a California Corporation,<br><br>Defendant. | No.  C02-01991 JSW (EDL)<br><br>**[PROPOSED] ORDER COMPELLING GOOGLE TO RESPONSE TO INTERROGATORY NO. 10** |

1    Before the Court is plaintiff Overture Services, Inc.'s ("Overture's") Motion to

2    Compel Defendant Google Inc. ("Google") to Respond to Interrogatory No. 10.  Having

3    considered all of the papers filed in support and in opposition to the motion, and good

4    cause appearing, the Court GRANTS Overture's motion.

5    Defendant Google is ORDERED to serve a complete response to Interrogatory

6    No. 10 no later than fourteen (14) days after the date of this order.

7    IT IS SO ORDERED.

8    Dated:

9    _____
     HON. ELIZABETH D. LAPORTE
     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611-5599
Telephone:  (312) 321-4200
Facsimile:  (312) 321-4299