LATHAM & WATKINS
  Anthony I. Fenwick (Bar No. 158667)
  Allon Stabinsky (Bar No. 197642)
135 Commonwealth Drive
Menlo Park, California 94025
Telephone:  (650) 328-4600
Facsimile:  (650) 463-2600

BRINKS HOFER GILSON & LIONE
  Jack C. Berenzweig (Admitted *Pro Hac Vice*)
  William H. Frankel (Admitted *Pro Hac Vice*)
  Jason C. White (Admitted *Pro Hac Vice*)
  Charles M. McMahon (Admitted *Pro Hac Vice*)
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone:  (312) 321-4200
Facsimile:  (312) 321-4299

Attorneys for Plaintiff
OVERTURE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a California Corporation,<br><br>    Defendant. | Case No. C02-01991 JSW (EDL)<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Yahoo! Inc.  Yahoo! Inc. acquired the plaintiff, Overture Services, Inc., on

1  October 7, 2003.  Overture Services, Inc. is now a wholly owned subsidiary of Yahoo!
2  Inc.

3     Dated: December 10, 2003    By:   /s/ *Charles M. McMahon*

Charles M. McMahon
BRINKS HOFER GILSON & LIONE
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611
Telephone:   (312) 321-4200
Facsimile:    (312) 321-4299

Attorneys for Plaintiff
OVERTURE SERVICES, INC.

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
C 02-01991 JSW (EDL)

- 2 -

**BRINKS HOFER GILSON & LIONE**
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611-5599
Telephone:  (312) 321-4200
Facsimile:  (312) 321-4299