```
 1  ROBERT T. HASLAM (#71134)
    ROBERT D. FRAM (#126750)
 2  M. PATRICIA THAYER (#90818)
    S. ELIZABETH MITCHELL (#187053)
 3  HELLER EHRMAN WHITE & MCAULIFFE LLP
 4  333 Bush Street
    San Francisco, CA  94104-2878
 5  Telephone: (415) 772-6000
 6  Facsimile: (415) 772-6268

 7  BRINKS HOFER GILSON & LIONE
    JACK C. BERENZWEIG
 8  WILLIAM H. FRANKEL
 9  JASON C. WHITE
    CHARLES M. MCMAHON
10  NBC Tower--Suite 3600
11  455 North Cityfront Plaza Drive
    Chicago, Illinois  60611
12  Telephone: (312) 321-4200
13  Facsimile: (312) 321-4299

14  Attorneys for Plaintiff,
    OVERTURE SERVICES, INC.
15
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a California Corporation,<br><br>Defendant. | **E-Filing Case No.:** 02-01991 JSW (EDL)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>The Honorable Jeffrey S. White |

SUBSTITUTION OF COUNSEL: 02-01991 JSW (EDL)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff Overture Services, Inc. ("Overture") consents and substitutes as its counsel in the above-captioned action the law firm of Heller Ehrman White & McAuliffe LLP, with offices at 333 Bush Street, San Francisco, California 94104, telephone number (415) 772-6000, facsimile (415) 772-6268, in place and instead of Latham & Watkins, with offices at 135 Commonwealth Drive, Menlo Park, California 94025, telephone number (650) 328-4600.

I consent to the above described substitution.

DATED: December 18, 2003          OVERTURES SERVICES, INC.


By _____
    JEANINE HAYES
    Senior Director, IP Counsel

Heller Ehrman White & McAuliffe LLP hereby accepts the above substitution.

DATED: December 19, 2003          HELLER EHRMAN WHITE & McAULIFFE LLP


By s/ Robert D. Fram
    ROBERT T. HASLAM
    ROBERT D. FRAM
    M. PATRICIA THAYER
    S. ELIZABETH MITCHELL

Attorneys for Plaintiff
OVERTURE SERVICES, INC.

2

SUBSTITUTION OF COUNSEL: 02-01991 JSW (EDL)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff Overture Services, Inc. ("Overture") consents and substitutes as its counsel in the above-captioned action the law firm of Heller Ehrman White & McAuliffe LLP, with offices at 333 Bush Street, San Francisco, California 94104, telephone number (415) 772-6000, facsimile (415) 772-6268, in place and instead of Latham & Watkins, with offices at 135 Commonwealth Drive, Menlo Park, California 94025, telephone number (650) 328-4600.

I consent to the above described substitution.

DATED: December 18, 2003         OVERTURES SERVICES, INC.

By _____
JEANINE HAYES
Senior Director, IP Counsel

Heller Ehrman White & McAuliffe LLP hereby accepts the above substitution.

DATED: December 18, 2003         HELLER EHRMAN WHITE & McAULIFFE LLP


By s/ Robert D. Fram
   ROBERT T. HASLAM
   ROBERT D. FRAM
   M. PATRICIA THAYER
   S. ELIZABETH MITCHELL

Attorneys for Plaintiff
OVERTURE SERVICES, INC.

2

SUBSTITUTION OF COUNSEL: 02-01991 JSW (EDL)

Latham & Watkins hereby requests permission from the Court to withdraw from its representation of Overture Services, Inc. in this action.

DATED: December 18, 2003          LATHAM & WATKINS

By _____
ANTHONY I. FENWICK