# In the United States District Court
# for the Northern District of California
# Magistrate Judge Elizabeth D. Laporte

## CIVIL MINUTES

Date: January 6, 2004

Case No: **C-02-01991** JSW **(EDL)**

Case Name: **OVERTURE SERVICES, INC v. GOOGLE INC.**

    Attorneys:    Pltf: Andrew Byrnes  Deft: Rav Grewal and Michael Kwan

    Deputy Clerk: Dennis King        Reporter: James Yeomans

**PROCEEDINGS**:
    Plaintiff's motion to compel – granted in part and denied in part.

**ORDERED AFTER HEARING:**
    Deft is to disclose each claim limitation contended not to be present in its search system by 1/20/04.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

cc: EDL, JSW

## In the United States District Court
## for the Northern District of California
## Magistrate Judge Elizabeth D. Laporte

## CIVIL MINUTES

Date: January 6, 2004

Case No: **C-02-01991** JSW **(EDL)**

Case Name: **OVERTURE SERVICES, INC v. GOOGLE INC.**

    Attorneys:    Pltf: Andrew Byrnes  Deft: Rav Grewal and Michael Kwan

Deputy Clerk: Dennis King           Reporter: James Yeomans

**PROCEEDINGS**:
    Plaintiff's motion to compel – granted in part and denied in part.

**ORDERED AFTER HEARING:**
    Deft is to disclose each claim limitation contended not to be present in its search system by 1/20/04.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

cc: EDL, JSW

**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: January 6, 2004

Case No: **C-02-01991** JSW **(EDL)**

Case Name: **OVERTURE SERVICES, INC v. GOOGLE INC.**

  Attorneys: Pltf: Andrew Byrnes Deft: Rav Grewal and Michael Kwan

  Deputy Clerk: Dennis King    Reporter: James Yeomans

**PROCEEDINGS**:
  Plaintiff's motion to compel – granted in part and denied in part.

**ORDERED AFTER HEARING:**
  Deft is to disclose each claim limitation contended not to be present in its search system by 1/20/04.

**Order to be prepared by:** [] Plntf [] Deft [X] Court

cc: EDL, JSW