# EXHIBIT B

**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **AUGUST 30, 2002**

**C-02-1991 CRB**

**OVERTURE SERVICES, INC. v. GOOGLE INC.**

Attorneys:   Jack C. Bernzweig, Anthony I.         Andrea C. Evans,

             Fenwick, Charles M. McMahon           Jon Straden

Deputy Clerk: **BARBARA ESPINOZA**         Reporter: **NA**

**PROCEEDINGS:**                                              **RULING:**

1. Initial Case Management Conference - held

2. 

3. 

4. 
   ( ) Status Conference  ( ) P/T Conference   ( ) Case Management Conference

**ORDERED AFTER HEARING:**


( ) ORDER TO BE PREPARED BY:   Plntf _____ Deft _____ Court _____

( ) Referred to Magistrate Judge For: _____
       ( )By Court        ( )Parties to approach Chief Magistrate in future

(X) CASE CONTINUED TO March 24, 2003 @ 2:30 p.m. for Tutorial

Discovery Cut-Off _____                    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____             Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                    Type of Trial:  ( )Jury   ( )Court

Notes: Claim Construction hearing 03/25/03 @ 2:30 p.m.