# EXHIBIT G

| | |
|---|---|
| 1 | BRINKS HOFER GILSON & LIONE |
| 2 | JACK C. BERENZWEIG (Admitted Pro Hac Vice)<br>WILLIAM H. FRANKEL (Admitted Pro Hac Vice) |
| 3 | JASON C. WHITE (Admitted Pro Hac Vice)<br>CHARLES M. MCMAHON (Admitted Pro Hac Vice) |
| 4 | NBC Tower - Suite 3600<br>455 North Cityfront Plaza Drive |
| 5 | Chicago, Illinois 60611<br>Telephone:    (312) 321-4200 |
|   | Facsimile:    (312) 321-4299 |
| 6 | |
| 7 | Attorneys For Plaintiff<br>OVERTURE SERVICES, INC. |
| 8 | |
| 9 | KEKER & VAN NEST, LLP<br>JOHN W. KEKER - #49092 |
| 10 | JON B. STREETER - #101970<br>DARALYN J. DURIE - #169825 |
| 11 | MICHAEL S. KWUN - #198945<br>710 Sansome Street |
| 12 | San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400 |
|   | Facsimile: (415) 397-7188 |
| 13 | |
| 14 | Attorneys for Defendant<br>GOOGLE INC. |
| 15 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation, | Case No. C 02-01991 JSW ADR |
|  | **SECOND CASE MANAGEMENT ORDER** |
| Plaintiff, | Judge:          Hon. Jeffrey S. White |
| v. | |
| GOOGLE INC., a California corporation, | |
| Defendant. | |

The Court has considered the Further Joint Case Management Statement filed by plaintiff Overture Services, Inc. ("Overture") and defendant Google Inc. ("Google") on February 6, 2003. Good cause appearing, the Court hereby orders that the January 31, 2003 Case Management Order be modified as follows:

| Event | Patent L.R. | Date |
|---|---|---|
| Last Day for the Parties to Exchange Source Code Responsive to Discovery Requests Served Prior to December 18, 2002, Subject to Any Appropriate Objections | | 2/14/03 |
| Last Day for Overture to Serve Revised Preliminary Infringement Contentions with Respect to Claim 14 of the '361 Patent | 3-1 | 2/28/03 |
| Last Day for Google to Serve Preliminary Invalidity Contentions | 3-3 | 3/14/03 |
| Last Day for Simultaneous Exchange of Proposed Terms and Claim Elements for Construction and/or Governed by 35 U.S.C. § 112 ¶ 6 | 4-1 | 3/31/03 |
| Last Day for Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence | 4-2 | 4/21/03 |
| Last Day for Parties to File Joint Claim Construction and Prehearing Statement | 4-3 | 5/13/03 |
| Last Day to Complete Mediation Before Private Mediator | | 5/19/03 |
| Last Day to Take Discovery Relating to Claim Construction | 4-4 | 6/12/03 |
| Case Management Conference | | 6/13/03 at 1:30 p.m. |
| Last Day for Overture to File Opening Claim Construction Brief and Supporting Evidence | 4-5 | 6/27/03 |
| Last Day for Google to File Responsive Claim Construction Brief and Supporting Evidence | 4-5 | 7/11/03 |
| Last Day for Overture to File Reply Claim Construction Brief and Rebuttal Evidence | 4-5 | 7/22/03 |

| Event | Patent L.R. | Date |
|---|---|---|
| Technology Tutorial for Court and Claim Construction Prehearing Conference | 4-6 | 8/6/03 at 8:30 a.m. |
| Claim Construction Hearing | 4-6 | 8/7/03 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: February 7, 2003

By: _____/s/_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE