# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVERTURE SERVICES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant. | No. C 02-01991 JSW<br><br>**ORDER GRANTING PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST AND SETTING NEW DATES** |

Plaintiff's miscellaneous administrative request filed on August 25, 2003 in the above captioned case is GRANTED. Defendant Google Inc.'s oversized Responsive Claim Construction Brief filed on August 22, 2003, is stricken. Defendant Google shall file a responsive claim construction brief of not more than 25 pages on or before January 30, 2004. Plaintiff Overture's reply brief shall be due on or before February 13, 2004 and shall not be more than 15 pages in length. The parties are reminded to file an amended, joint final claims construction statement at the time of filing the reply brief, in accordance with the Court's Standing Order for Patent Cases at ¶ 6. Further, the Court HEREBY VACATES the tutorial and claims construction hearing dates and resets them as follows: the tutorial shall be held on March 10, 2004 at 2:00 p.m. and the claims construction hearing shall be held on March 24, 2004 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: September 2, 2003

          /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE