# EXHIBIT J

| | |
|---|---|
| 1 | LATHAM & WATKINS |
| |   Anthony I. Fenwick (Bar No. 158667) |
| 2 |   Allon Stabinsky (Bar No. 197642) |
| | 135 Commonwealth Drive |
| 3 | Menlo Park, California 94025 |
| | Telephone:  (650) 328-4600 |
| 4 | Facsimile:  (650) 463-2600 |
| 5 | BRINKS HOFER GILSON & LIONE |
| |   Jack C. Berenzweig (Admitted *Pro Hac Vice*) |
| 6 |   William H. Frankel (Admitted *Pro Hac Vice*) |
| |   Jason C. White (Admitted *Pro Hac Vice*) |
| 7 |   Charles M. McMahon (Admitted *Pro Hac Vice*) |
| | NBC Tower - Suite 3600 |
| 8 | 455 North Cityfront Plaza Drive |
| | Chicago, Illinois 60611 |
| 9 | Telephone:  (312) 321-4200 |
| | Facsimile:  (312) 321-4299 |
| 10 | |
| 11 | Attorneys for Plaintiff<br>OVERTURE SERVICES, INC. |

12  UNITED STATES DISTRICT COURT

13  NORTHERN DISTRICT OF CALIFORNIA

14  SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 16 | OVERTURE SERVICES, INC., a Delaware Corporation, | No. C02-01991 JSW (EDL) |
| 17 | Plaintiff, | **OVERTURE SERVICES, INC.'S FOURTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 78-91) TO GOOGLE INC.** |
| 18 | vs. | |
| 19 | | |
| 20 | GOOGLE INC., a California Corporation, | |
| 21 | Defendant. | |

23      Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff, Overture Services Inc. ("Overture"), requests that Defendant, Google Inc. ("Google"), respond in writing to the following requests for the production of documents and things. Overture requests that the documents be produced by Google for inspection and copying within thirty (30) days after the date of service hereof, at the offices of Brinks Hofer Gilson &

Lione, 455 North Cityfront Plaza Drive, NBC Tower, Suite 3600, Chicago, Illinois 60611, or at such time or place as counsel may agree upon.

If Google withholds from production any of the requested documents on the basis of a claim of attorney-client privilege or work-product immunity, Overture requests that Google provide, within thirty (30) days of service of this request, or at a time mutually agreed upon by the parties, a list identifying each withheld document in accordance with Fed. R. Civ. P. 26(b)(5).

## DEFINITIONS AND INSTRUCTIONS

The definitions and instructions set forth in Overture's First Set of Requests for Production of Documents are hereby incorporated by reference.

## REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

78. All documents relating to any discussions, meetings, or communications of any sort concerning any acquisition or merger involving Google.

79. All documents relating to any discussions, meetings, or communications involving Google and another company, corporation, or entity and concerning the '361 patent.

80. All documents relating to any discussions, meetings, or communications involving Google and another company, corporation, or entity and concerning any litigation involving Overture.

81. All documents relating to any discussions, meetings, or communications involving Google and another company, corporation, or entity and concerning any intellectual property belonging to Overture.

OVERTURE SERVICES, INC.'S FOURTH SET OF REQUESTS FOR DOCUMENTS AND THINGS (NOS. 78-91) TO GOOGLE INC.   - 2 -

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile:  (312) 321-4299

82. All documents relating to any discussions, meetings, or communications involving Google and another company, corporation, or entity and concerning infringement or noninfringement of any claim of the '361 patent.

83. All documents relating to any discussions, meetings, or communications involving Google and another company, corporation, or entity and concerning validity or invalidity of any claim of the '361 patent.

84. All documents relating to any discussions, meetings, or communications involving Google and another company, corporation, or entity and concerning enforceability or unenforceability of any claim of the '361 patent.

85. All documents relating to any discussions, meetings, or communications involving Google and another company, corporation, or entity and concerning the interpretation or scope of any of claim of the '361 patent.

86. All documents relating to any discussions, meetings, or communications involving Google and another company, corporation, or entity and concerning any oral or written opinion of legal counsel with respect to:
   (a) infringement or noninfringement of any claim of the '361 patent;
   (b) validity or invalidity of any claim of the '361 patent;
   (c) enforceability or unenforceability of any claim of the '361 patent; or
   (d) interpretation or scope of any of claim of the '361 patent.

87. All documents relating to any agreements entered into or proposed between Google and another company, corporation, or entity concerning any intellectual property belonging to Overture.

OVERTURE SERVICES, INC.'S FOURTH SET OF REQUESTS FOR DOCUMENTS AND THINGS (NOS. 78-91) TO GOOGLE INC.    - 3 -

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

88. All documents relating to any agreements entered into or proposed between Google and another company, corporation, or entity concerning any litigation involving Overture.

89. All documents relating to any meetings or discussions between Google and FindWhat.com ("FindWhat") concerning the '361 patent.

90. All documents relating to any agreements entered into or proposed between Google and FindWhat concerning any intellectual property belonging to Overture.

91. All documents relating to any agreements entered into or proposed between Google and FindWhat concerning any litigation involving Overture.

Dated: August 12, 2003         By: _____
                                   Jack C. Berenzweig
                                   William H. Frankel
                                   Jason C. White
                                   Charles M. McMahon
                                   BRINKS HOFER GILSON & LIONE
                                   NBC Tower - Suite 3600
                                   455 North Cityfront Plaza Drive
                                   Chicago, Illinois 60611
                                   Telephone:  (312) 321-4200
                                   Facsimile:  (312) 321-4299

                                   Anthony I. Fenwick
                                   Allon Stabinsky
                                   LATHAM & WATKINS
                                   135 Commonwealth Drive
                                   Menlo Park, California 94025
                                   Telephone:  (650) 328-4600
                                   Facsimile:  (650) 463-2600

                                   Attorneys for Plaintiff
                                   OVERTURE SERVICES, INC.

OVERTURE SERVICES, INC.'S FOURTH SET OF REQUESTS FOR DOCUMENTS AND THINGS (NOS. 78-91) TO GOOGLE INC.   - 4 -

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile:  (312) 321-4299

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the foregoing OVERTURE SERVICES, INC.'S FOURTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 78-91) TO GOOGLE INC., was served this 12th day of August, 2003, via facsimile, with confirmation copy via first-class mail, upon:

facsimile number (415) 397-7188

Michael S. Kwun
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111-1704

*[signature: Jason C. Tatit]*

OVERTURE SERVICES, INC.'S FOURTH SET OF REQUESTS FOR DOCUMENTS AND THINGS (NOS. 78-91) TO GOOGLE INC.    - 5 -

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile:  (312) 321-4299