# EXHIBIT O

Case 3:02-cv-01991-JSW   Document 110-14   Filed 01/28/2004   Page 1 of 6

Dockets.Justia.com



January 22, 2004

Andrew C. Byrnes
AByrnes@hewm.com
Direct (650) 324-7021
Main (650) 324-7000
Fax (650) 324-0638

*Via Facsimile & U.S. Mail*

05392.0150

Christine P. Sun
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704

Re:   **Overture Services, Inc. v. Google Inc.: Discovery Issues**

Dear Christine:

    This letter confirms our telephone conversation yesterday regarding damages discovery. As a compromise, Overture proposed that the parties set a date certain after the claim construction hearing, *e.g.*, April 1, 2004, on which they would exchange damages discovery. You stated that you would consider the proposal and respond either in the affirmative or with a counterproposal today if possible. I look forward to your response.

    In addition, I have not received any response from you regarding the two additional outstanding discovery issues set forth in my January 12 letter. Unless notified otherwise, I will assume that Google will produce responsive documents, excluding source code, regarding AdSense as well as "search logs" and related documents on February 13.

    Further, it is my understanding that you agreed to provide Overture's counsel with any documents received in response to Google's third party subpoenas. Please confirm that Google has provided to Overture all documents received to date.

    Finally, please advise as to whether, under the terms of the Supplemental Protective Order re Outside Counsel Only Source Code, Google will permit Overture to have separate copies of Google's source code at the offices of Brinks Hofer and Heller Ehrman. Such an arrangement would be significantly more convenient and cost-effective for Overture, and would not prejudice Google.

Heller Ehrman White & McAuliffe LLP   275 Middlefield Road   Menlo Park, CA 94025-3506   www.hewm.com

San Francisco   **Silicon Valley**   Los Angeles   San Diego   Seattle   Portland   Anchorage   New York   Washington, D.C.   Madison, WI
Hong Kong   Singapore       *Affiliated Offices:*   Milan   Paris   Rome



    Thank you for your prompt consideration of these matters. Please do not hesitate to contact me if you have any questions.

Sincerely yours,

Andrew C. Byrnes

cc:    Jason C. White, Esq.

# HellerEhrman
ATTORNEYS

**Facsimile Transmittal**

275 Middlefield Road
Menlo Park, CA 94025-3506
Main (650) 324-7000
Fax (650) 324-0638

| | | | |
|---|---|---|---|
| **To:** | Christine P. Sun, Keker & Van Nest | | |
| **Telephone:** | (415) 391-5400 | **Fax:** | (415) 397-7188 |
| **To:** | Jason C. White, Brinks Hofer Gilson & Lione | | |
| **Telephone:** | (312) 321-4225 | **Fax:** | (312) 321-4299 |
| **From:** | Andrew C. Byrnes | | |
| **Telephone:** | (650) 324-7021 | | |
| **Direct Fax:** | (650) 324-6078 | | |
| **No. of Pages:** | 3 (including cover) | | |
| **Date:** | January 22, 2004 | | 05392.0150 (1764) |

**Message:**

The information contained in this communication is intended only for the use of the addressee and may be confidential, may be attorney-client privileged and may constitute inside information. Unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error or you have not received all pages, please call the sender immediately at (650) 324-7000.

Heller Ehrman White & McAuliffe LLP    www.hewm.com

San Francisco   Silicon Valley   Los Angeles   San Diego   Seattle   Portland   Anchorage   New York   Washington, D C   Madison, WI
Hong Kong   Singapore   Affiliated Offices:   Milan  Paris  Rome

```
*********************
***   TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO              3845
CONNECTION TEL        92#0150#14153977188#
SUBADDRESS
CONNECTION ID
ST. TIME              01/22 15:17
USAGE T               01'15
PGS. SENT             3
RESULT                OK
```

# HellerEhrman
ATTORNEYS

**Facsimile Transmittal**

275 Middlefield Road
Menlo Park, CA 94025-3506
Main (650) 324-7000
Fax (650) 324-0638

| | | | |
|---|---|---|---|
| **To:** | Christine P. Sun, Keker & Van Nest | | |
| **Telephone:** | (415) 391-5400 | **Fax:** | (415) 397-7188 |
| **To:** | Jason C. White, Brinks Hofer Gilson & Lione | | |
| **Telephone:** | (312) 321-4225 | **Fax:** | (312) 321-4299 |
| **From:** | Andrew C. Byrnes | | |
| **Telephone:** | (650) 324-7021 | | |
| **Direct Fax:** | (650) 324-6078 | | |
| **No. of Pages:** | 3 (including cover) | | |
| **Date:** | January 22, 2004 | | 05392.0150 (1764) |

**Message:**

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                    3846
CONNECTION TEL              92#0150#13123214299#
SUBADDRESS
CONNECTION ID
ST. TIME                    01/22 15:20
USAGE T                     01'06
PGS. SENT                   3
RESULT                      OK
```

# HellerEhrman
ATTORNEYS

**Facsimile Transmittal**

275 Middlefield Road
Menlo Park, CA 94025-3506
Main (650) 324-7000
Fax (650) 324-0638

| | | | |
|---|---|---|---|
| **To:** | Christine P. Sun, Keker & Van Nest | | |
| **Telephone:** | (415) 391-5400 | **Fax:** | (415) 397-7188 |
| **To:** | Jason C. White, Brinks Hofer Gilson & Lione | | |
| **Telephone:** | (312) 321-4225 | **Fax:** | (312) 321-4299 |
| **From:** | Andrew C. Byrnes | | |
| **Telephone:** | (650) 324-7021 | | |
| **Direct Fax:** | (650) 324-6078 | | |
| **No. of Pages:** | 3 (including cover) | | 05392.0150 (1764) |
| **Date:** | January 22, 2004 | | |

**Message:**