# EXHIBIT P

# HellerEhrman
ATTORNEYS

January 23, 2004

<div style="float:right">
Andrew C. Byrnes
AByrnes@hewm.com
Direct (650) 324-7021
Main (650) 324-7000
Fax (650) 324-0638
</div>

*Via Facsimile & U.S. Mail*

05392.0150

Christine P. Sun
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704

**Re:   Overture v. Google:  Discovery Issues**

Dear Christine:

On January 7, Google served its Response to Overture's Fifth Set of Document Requests, which relate to Google's relationship and interactions with Terra Lycos.

Google stated that it would produce non-privileged documents responsive to Requests Nos. 92-95 (pre-filing), 99, 102-106, 107-110 (pre-filing), and 112 that have not already been produced. Google has not produced any documents since serving its response. Please produce any responsive documents immediately or confirm in writing that all responsive documents have been produced.

Google objected to Requests Nos. 96-98, 100, 101, 111, and 113-115 on a number of grounds and concluded that "[i]f Overture serves a narrowed request that includes an appropriate subject matter limitation, Google will consider that request in due course." Federal Rule of Civil Procedure 34(b) requires that Google produce documents to which it proffers no objection. Overture should not have to serve additional requests to obtain documents that Google acknowledges should be produced. Please identify what Google believes is the "appropriate subject matter," and produce immediately any non-privileged responsive documents relating to that subject matter. Overture reserves its right to seek the Court's assistance to compel Google to produce all documents responsive to these requests.

With respect to Requests Nos. 92-95 (post-filing), 99, 107-110 (post-filing), and 112, Google objected that at least some if not all responsive documents relate to damages and therefore "will be produced in the damages phase of discovery." I have not yet received a response to Overture's proposal of January 21 to agree to a date certain after the claim construction hearing on which the parties would exchange damages documents. If I do not receive a response by Monday, Overture will be forced to seek the Court's assistance in setting such a date, *i.e.*, April 1, 2004. Once a date has been set, whether by the parties'

Heller Ehrman White & McAuliffe LLP   275 Middlefield Road   Menlo Park, CA 94025-3506   www.hewm.com

San Francisco   Silicon Valley   Los Angeles   San Diego   Seattle   Portland   Anchorage   New York   Washington, D.C.   Madison, WI
Hong Kong   Singapore       *Affiliated Offices:*   Milan   Paris   Rome

**HellerEhrman**
ATTORNEYS

Christine P. Sun
January 12, 2004
Page 2

agreement or by the Court, Overture expects that documents responsive to these requests will be included in Google's production.

Please respond at your earliest convenience.

Sincerely yours,

Andrew C. Byrnes

cc:   Jason C. White, Esq. (by fax)

```
********************
***  TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO              4081
CONNECTION TEL        0#05392#0150#13123214299
CONNECTION ID
ST. TIME              01/23 16:20
USAGE T               01'07
PGS. SENT             3
RESULT                OK
```

# HellerEhrman
ATTORNEYS

**Facsimile Transmittal**

275 Middlefield Road
Menlo Park, CA 94025-3506
Main (650) 324-7000
Fax (650) 324-0638

| | | | |
|---|---|---|---|
| **To:** | Christine P. Sun; Keker & Van Nest | | |
| **Telephone:** | 415.391.5400 | **Fax:** | 415.397.7188 |
| **To:** | Jason C. White; Brinks Hofer Gilson & Lione | | |
| **Telephone:** | 312.321.4225 | **Fax:** | 312.321.4299 |
| **From:** | Andrew C. Byrnes | | |
| **Telephone:** | 650.324.7021 | | |
| **Direct Fax:** | 650.324.6078 | | |
| **No. of Pages:** | 3 (including cover) | | |
| **Date:** | January 22, 2004 | | 05392.0150 (60) |

**Message:**

```
*******************************
***   MULTI TX/RX REPORT    ***
*******************************

TX/RX NO              4080
PGS.                  3
TX/RX INCOMPLETE      (2)    13123214299
TRANSACTION OK        (1)    *0060#05392#0150#14153977188#P
ERROR INFORMATION     ----
```

# HellerEhrman
### ATTORNEYS

**Facsimile Transmittal**

275 Middlefield Road
Menlo Park, CA 94025-3506
Main (650) 324-7000
Fax (650) 324-0638

| | | | |
|---|---|---|---|
| **To:** | Christine P. Sun; Keker & Van Nest | | |
| **Telephone:** | 415.391.5400 | **Fax:** | 415.397.7188 |
| **To:** | Jason C. White; Brinks Hofer Gilson & Lione | | |
| **Telephone:** | 312.321.4225 | **Fax:** | 312.321.4299 |
| **From:** | Andrew C. Byrnes | | |
| **Telephone:** | 650.324.7021 | | |
| **Direct Fax:** | 650.324.6078 | | |
| **No. of Pages:** | 3 (including cover) | | |
| **Date:** | January 22, 2004 | | 05392.0150 (60) |

**Message:**