# EXHIBIT Q

LAW OFFICES
# KEKER & VAN NEST
### LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

CHRISTINE P. SUN
CPS@KVN.COM

January 23, 2004

**VIA FACSIMILE AND FIRST CLASS MAIL**

Andrew C. Byrnes, Esq.
Heller Ehrman White & McAuliffe LLP
275 Middlefield Road
Menlo Park, CA 94025-1706

Re:   *Overture v. Google*

Dear Andrew:

    I write in response to your letter dated January 22, 2004.

    First, although this should be obvious, for the record, you should not assume that Google's failure to respond to your inquiries after one day, ten days, or any other amount of time for that matter, is an explicit or implicit agreement to your request(s).

    Second, Google did <u>not</u> agree to Overture's proposed three-step process as set forth in Charles McMahon's letter dated October 7, 2003. It is my understanding that Google previously relayed its many, substantive concerns about Overture's proposal to Mr. McMahon and that Mr. McMahon has yet to respond to those concerns. Accordingly, Google will not be producing the log files pursuant to Overture's current proposal, but is willing to continue its meet and confer efforts.

    Third, Google has <u>not</u> agreed to produce responsive documents related to the AdSense program. As I understand, Google is awaiting further explanation from Overture as to what documents related to AdSense it is seeking and why it is entitled to those documents.

    Fourth, it is my understanding that Google has provided Overture with all the documents it has received in response to Google's third party subpoenas. I will confirm this with you, and supplement our production if necessary, in the near future.

    Lastly, Google is still considering Overture's proposal regarding damages discovery and its request concerning Google's source code. I anticipate responding to your requests shortly.

Andrew C. Byrnes, Esq.
January 23, 2004
Page 2

    If you have further questions or concerns, please do not hesitate to contact me at (415) 391-5400.

                      Very truly yours,

                      CHRISTINE P. SUN

CPS/lhl

325408.01