# EXHIBIT C

Dockets.Justia.com

LATHAM & WATKINS
Anthony I. Fenwick (Bar No. 158667)
Allon Stabinsky (Bar No. 197642)
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

BRINKS HOFER GILSON & LIONE
Jack C. Berenzweig (Admitted *Pro Hac Vice*)
William H. Frankel (Admitted *Pro Hac Vice*)
Jason C. White (Admitted *Pro Hac Vice*)
Charles M. McMahon (Admitted *Pro Hac Vice*)
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys for Plaintiff
OVERTURE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a California Corporation,<br><br>Defendant. | No. C02-01991 CRB ADR<br><br>**OVERTURE SERVICES, INC.'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-72) TO GOOGLE INC.** |

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff, Overture Services Inc. ("Overture"), requests that Defendant, Google Inc. ("Google"), respond in writing to the following requests for the production of documents and things. Overture requests that the documents be produced by Google for inspection and copying within thirty (30) days after the date of service hereof, at the offices of

Brinks Hofer Gilson & Lione, 455 North Cityfront Plaza Drive, NBC Tower, Suite 3600, Chicago, Illinois 60611, or at such time or place as counsel may agree upon.

If Google withholds from production any of the requested documents on the basis of a claim of attorney-client privilege or work-product immunity, Overture requests that Google provide, within thirty (30) days of service of this request, or at a time mutually agreed upon by the parties, a list identifying each withheld document in accordance with Fed. R. Civ. P. 26(b)(5).

## DEFINITIONS AND INSTRUCTIONS

1. The terms "the '361 patent" and "the Patent-In-Suit" mean U.S. Patent No. 6,269,361.

2. The term "Overture" means Overture Systems, Inc., as well as any parents, subsidiaries, divisions, affiliates, predecessors (including GoTo.com, Inc.), successors, and assigns, and all of its current and former officers, directors, owners, shareholders, employees, contractors, agents, attorneys, and representatives.

3. The term "Google" means Google Inc., as well as any parents, subsidiaries, divisions, affiliates, predecessors, successors, and assigns and all of its current and former officers, directors, owners, shareholders, employees, contractors, agents, attorneys, and representatives.

4. The term "person" refers to both natural persons and to corporate and other business, governmental, or organizational entities, and the acts of a person are defined to include the acts of directors, officers, owners, members, employees, agents, or attorneys acting on the person's behalf.

5. The terms "document," "documents," or "documentation" refer to any and all tangible items or sources of information within the meaning of Fed. R. Civ. P. 34, whether original or non-identical copies of such items, in both final and draft form, of every kind and nature whatsoever, whether written, typewritten, printed, graphic, or recorded material, that are within Google's possession, custody, or

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

control, or that are known by Google to exist. These terms include, but are not limited to, the following materials: any and all papers, documents, correspondence, letters, electronic mail, manuals, computer tapes, disks, or other storage media, data, photographs, videos, surveys, drawings, films, schematics, computer generated information, website information, notes, memoranda, charts, graphs, drawings, designs, specifications, publications, diagrams, journals, calendars, diaries, logs, log books, messages, reports, or any other papers or writings or communications or summaries thereof, as well as physical models, physical embodiments, and prototypes.

6. The term "identify," when used with reference to a document, means to set forth the date, author or originator, addressees, recipients, type of document, present custodian of the document, and general subject matter of the document.

7. The term "identify," when used with reference to a natural person, means to state the person's full name, present or last known home address, present or last known occupation and title, present or last known employer and business address, and present or last known home and business telephone numbers.

8. The term "identify," when used with reference to an entity other than a natural person, means to state the entity's actual name and any fictitious name, present or last known address, and type of entity.

9. The term "date" means the exact day, month, and year, if ascertainable, or if not, the best approximation (including relationship to other events).

10. The term "relating to" means analyzing, assessing, comprising, concerning, containing, constituting, describing, discussing, establishing, evidencing, identifying, including, referring to, regarding, reflecting, recording, stating, or having any connection with.

11. The term "Google's Sponsored Search System" means any and all hardware and software components that are used to implement any search or

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

advertising program that is designed, made, used, operated, licensed, or sold by Google, in which websites or uniform resource locators (URLs) are included in an index or pool of sites available for display as a result of participation in a paid placement or paid inclusion program. Such search or advertising programs include, but are not limited to, Google's AdWords Select program.

12. The term "Overture's Sponsored Search System" means any and all hardware and software components that are used to implement any search or advertising program that is designed, made, used, operated, licensed, or sold by Overture, in which websites or uniform resource locators (URLs) are included in an index or pool of sites available for display as a result of participation in a paid placement or paid inclusion program. Such search or advertising programs include, but are not limited to, Overture's Pay-For-Performance search program.

13. The term "Sponsored Search System" means any and all hardware and software components that are used to implement any search or advertising program in which websites or uniform resource locators (URLs) are included in an index or pool of sites available for display as a result of participation in a paid placement or paid inclusion program.

**REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

1. All documents relating to Google's first knowledge or awareness of the '361 patent.

2. All documents relating to Google's knowledge or awareness of the '361 patent, the U.S. file history for the '361 patent, or any foreign counterpart applications or related patents.

3. All documents relating to the '361 patent.

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

4. All documents relating to any study, analysis, review, conclusions, or contentions with respect to:

(a) infringement or noninfringement of any claim of the '361 patent;

(b) validity or invalidity of any claim of the '361 patent;

(c) enforceability or unenforceability of any claim of the '361 patent; or

(d) interpretation or scope of any of claim of the '361 patent.

5. All documents relating to any oral or written opinion of legal counsel with respect to:

(a) infringement or noninfringement of any claim of the '361 patent;

(b) validity or invalidity of any claim of the '361 patent;

(c) enforceability or unenforceability of any claim of the '361 patent; or

(d) interpretation or scope of any of claim of the '361 patent.

6. All documents considered by the author of any search, study, analysis, review, conclusion, contention, or opinion relating to validity, invalidity, enforceability, unenforceability, infringement, or non-infringement of the '361 patent.

7. All documents relating to any comparison of the functions, features, or characteristics of Google's Sponsored Search System with any claim or portion of the '361 patent.

8. All documents relating to any discussion or communication, whether written or oral, relating to possible infringement of the '361 patent, including, without limitation, recorded notes, minutes, or memoranda of any meeting relating to whether Google's Sponsored Search System or any other Sponsored Search System infringes the '361 patent.

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

9. All documents relating to any steps, procedures, or efforts made by Google to avoid infringement of the '361 patent, including, without limitation, documents that relate to any effort to design, redesign, or modify Google's Sponsored Search System after Google became aware of the '361 patent.

10. All documents relating to any contingency plan or other plan of Google that might be implemented in the event that Google is enjoined from infringement of the '361 patent.

11. Documents sufficient to establish any policy, practice, or procedure of Google relating to the avoidance or non-avoidance of patent infringement.

12. All documents relating to any factual bases for Google's assertion that the '361 patent is invalid, including all patents, publications, and any other documents relating to any alleged public use, offer for sale, knowledge, prior invention, or prior art, which Google contends constitutes relevant prior art against the '361 patent.

13. All documents relating to any search or investigation conducted by or on behalf of Google for prior art relevant to the claimed subject matter of the '361 patent and all prior art patents, publications, documents, and things discovered, collected, or found during or as a result of any such search or investigation.

14. All documents relating to any discussion or communication, whether written or oral, concerning the enforceability or unenforceability of the '361 patent including, without limitation, recorded notes, minutes, or memoranda of any meeting concerning the enforceability or unenforceability of the '361 patent.

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

15. All documents relating to any communication between Google, or anyone acting on its behalf, and any customer, potential customer, distribution partner, field representative, supplier, manufacturer, or any other third party about the patentability, validity, enforceability, scope, or infringement of any claim of the '361 patent.

16. All documents relating to the conception, design, development, reduction to practice, testing, or operation of Google's Sponsored Search System, including, without limitation, any engineering, design, or laboratory notebooks, drawings, block diagrams, functional specifications, design reviews, schematics, flow charts, minutes of design reviews, declarations, publications, notes, memoranda, correspondence, invention disclosure forms, customer specifications, source code, customer requests, or prototypes of any invention, Beta versions, or components of Google's Sponsored Search System.

17. A copy or sample of each executable version of Google's Sponsored Search System made, used, or sold by or on behalf of Google.

18. All documents related to each executable version of Google's Sponsored Search System made, used, or sold by Google, including source code, functional specifications, network architectures, descriptions of co-location facilities, flowcharts, system descriptions, presentation materials (e.g., PowerPoint presentations), and other such documents.

19. All documents and things sufficient to show the structure or architecture of the computer system or software that operates, supports, or maintains Google's Sponsored Search System, including block diagrams, data structure diagrams, system architecture diagrams, and database layouts.

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

20. All documents and things sufficient to show the performance, specifications, and functional characteristics and capabilities of Google's Sponsored Search System.

21. All documents relating to agreements, licenses, permissions, term sheets, memoranda of understanding, and letters of intent related to third-party developed technology used by Google as part of Google's Sponsored Search System.

22. Documents sufficient to identify the names and titles of all persons having responsibility for or that are or were involved with the design, development, testing, and operation of Google's Sponsored Search System.

23. Documents sufficient to establish the date of first introduction by Google of each Google Sponsored Search System in the United States.

24. All documents relating to patents and patent applications, whether or not such patent application was filed, issued, or abandoned, that claim or relate to Google's Sponsored Search System.

25. All invention disclosures submitted to Google by its employees, or any other person, relating to Google's Sponsored Search System.

26. All documents relating to any trade research, market research, consumer research, or other research conducted by or on behalf of Google in connection with its decision to design, develop, market, or operate Google's Sponsored Search System.

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

27. All documents relating to any need, or to any perceived need, in the marketplace for Google's Sponsored Search System.

28. All documents relating to Google's knowledge or awareness of Overture's design, development, or operation of Overture's Sponsored Search System.

29. All documents relating to any comparison of Google's Sponsored Search System and any other Sponsored Search System, including Overture's Sponsored Search System.

30. All documents relating to the organizational structure of Google or that identify any persons ever having managerial responsibility or an ownership interest in Google.

31. All annual reports for Google.

32. All documents relating to advertising plans, business plans, estimates, revenue forecasts, web traffic reports, marketing plans or efforts, promotional programs, or strategies on the part of Google concerning Google's Sponsored Search System.

33. Copies of all advertising and promotional materials for Google's Sponsored Search System.

34. All documents relating to any representation or submission made by Google to another about Google's Sponsored Search System, including, but not limited to, advertisements, promotional materials, data sheets, brochures, reports,

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

catalogues, call reports by inside or field sales people, internal or external communications, letters, memoranda, notes, electronic mail transmissions, and submissions to any local, state, federal, or foreign Governmental entity.

35. All documents relating to any comments received by Google from another regarding Google's Sponsored Search System, including, but not limited to, complaints, praise, or suggestions regarding Google's Sponsored Search System.

36. All documents relating to the total revenue that Google has earned, directly or indirectly, from the sale or advertisement of products or services through or in conjunction with Google's Sponsored Search System.

37. All documents relating to the profits earned by Google from the sale or advertisement of products or services through or in conjunction with Google's Sponsored Search System.

38. All income statements relating to Google's Sponsored Search System.

39. All balance sheets relating to Google's Sponsored Search System.

40. All profit and loss statements relating to Google's Sponsored Search System.

41. All audited and un-audited financial reports relating to Google's Sponsored Search System.

42. All documents that identify any fees or costs incurred by Google in the design, development, and operation of Google's Sponsored Search System.



BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

43. Documents sufficient to identify the amount and nature of all investments made by Google in facilities and equipment to design, develop, and operate Google's Sponsored Search System.

44. Documents sufficient to establish the cost to Google of advertising, marketing, and providing the products or services that it offers through or in conjunction with Google's Sponsored Search System.

45. Documents that identify and explain Google's accounting books and records as they relate to Google's Sponsored Search System.

46. All documents relating to any licenses, agreements, partner agreements, or letters of intent entered into by Google relating to Google's Sponsored Search System, including, but not limited to, any licenses, agreements, partner agreements, affiliate agreements, or letters of intent.

47. All documents relating to any indemnification, promise of any indemnification, or hold harmless agreement given or received by Google with respect to the '361 patent or any of the claimed subject matter thereof.

48. All documents relating to any indemnification, promise of any indemnification, or hold harmless agreement given or received by Google with respect to Google's Sponsored Search System.

49. All documents relating to any agreements or arrangements under which Google licensed, attempted to license, obtained a license, or attempted to obtain a license and that relate to Google's Sponsored Search System, including all

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

documents relating to any negotiations leading to any such agreement or arrangement.

50. All documents relating to any agreements or arrangements under which Google licensed, attempted to license, obtained a license, or attempted to obtain a license, including all documents relating to any negotiations leading to any such agreement or arrangement.

51. All documents relating to Google's patent licensing policies or practices.

52. All documents relating to any patent license(s) that Google contends are relevant to the issues of damages or a reasonable royalty in this case.

53. All documents relating to or upon which Google will rely in support of any amount or rate that Google considers to be a reasonable royalty for their use or operation of Google's Sponsored Search System, as it relates to the '361 patent.

54. All documents relating to the nature, size, and scope of the market for, the availability of, and the demand for Sponsored Search Systems in general or Google's Sponsored Search System in particular.

55. All documents relating to Google's market share as a percentage of total sales in the Sponsored Search Systems industry, whether expressed in units or dollars.

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

56. All documents relating to Sponsored Search System products or services that have been marketed or sold in competition with Google's Sponsored Search System, including any competitive analyses of such products or services.

57. All documents relating to each product, system, or service that Google contends is an acceptable non-infringing alternative to the apparatus, systems, or methods claimed in the '361 patent.

58. All documents relating to any disputes, including, without limitation, cease and desist matters, litigation, arbitration, or administrative procedures in which Google was or is involved and that relate to Google's Sponsored Search System.

59. All documents relating to any consideration, negotiation, recommendation, or proposal to license, buy, acquire, or otherwise obtain rights under the '361 patent.

60. All documents relating to any money or monetary funds that have ever been set aside, put in escrow, or designated for settlement or payment of damages relating to Google's infringement or potential infringement of the '361 patent or any other patent.

61. All documents relating to any comments, statements, or representations made by Google, or any other person, about the features, performance, advantages, or disadvantages of Google's Sponsored Search System or Overture's Sponsored Search System or any comparisons between Google's Sponsored Search System and Overture's Sponsored Search System.

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

62. All documents relating to any efforts made by Google, or anyone acting on its behalf, to solicit, convince, or persuade any of Overture's customers, affiliates, or advertisers to advertise on Google's website.

63. All documents relating to communications, letters, emails, comments, statements, or representations made by Google that were directed to any of Overture's customers or advertisers.

64. All documents relating to any agreements or arrangements between Google and America Online, Inc. ("AOL") that relate to Google's Sponsored Search System, including all documents relating to any communications or negotiations leading to any such agreement or arrangement.

65. All documents relating to any agreements or arrangements between Google and AT&T that relate to Google's Sponsored Search System, including all documents relating to any communications or negotiations leading to any such agreement or arrangement.

66. All documents relating to any agreements or arrangements between Google and Ask Jeeves, Inc. that relate to Google's Sponsored Search System, including all documents relating to any communications or negotiations leading to any such agreement or arrangement.

67. All documents relating to any request or suggestion made by Google to a third party that such third party might or should become involved in, participate in, or join in this case, or any conversation or discussion between Google and another regarding such other's actual or potential involvement, participation, or joinder in this case.

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

68. All documents relating to any document retention or destruction policy of Google.

69. Any and all company telephone or personnel directories.

70. All documents provided to, used by, or received by any consulting or testifying experts or fact witnesses that may be called by Google to testify at a hearing or at the trial of this case.

71. All documents relating to any expert or potential expert engaged by Google or with whom Google has consulted concerning any matter related to this action.

72. All documents that may be used as exhibits at any hearing in this case, including, but not limited to, a Markman or claim construction hearing and trial.

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Dated: August 5, 2002

By: /s/ Jason C White

LATHAM & WATKINS
Anthony I. Fenwick (Bar No. 158667)
Allon Stabinsky (Bar No. 197642)
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

BRINKS HOFER GILSON & LIONE
Jack C. Berenzweig (*Pro Hac Vice)*
William H. Frankel (*Pro Hac Vice)*
Jason C. White (*Pro Hac Vice)*
Charles M. McMahon (*Pro Hac Vice*)
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

OVERTURE SERVICES, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO GOOGLE INC.

- 16 -

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies the foregoing OVERTURE SERVICES, INC.'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-72) TO GOOGLE INC., was served this 5th day of August, 2002, via facsimile, with confirmation copy via first-class mail, upon:

facsimile number (415) 397-7188

John W. Keker
Jon. B. Streeter
Daralyn J. Durie
Michael S. Kwun
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111-1704

