ROBERT T. HASLAM (#71134)
ROBERT D. FRAM (#126750)
M. PATRICIA THAYER (#90818)
S. ELIZABETH MITCHELL (#187053)
ANDREW C. BYRNES (#191516)
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

BRINKS HOFER GILSON & LIONE
JACK C. BERENZWEIG
WILLIAM H. FRANKEL
JASON C. WHITE
NBC Tower--Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys for Plaintiff,
OVERTURE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | **E-Filing Case No.:** 02-01991 JSW (EDL) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF OVERTURE SERVICES, INC.'S MOTION TO COMPEL PRODUCTION OF DAMAGES DOCUMENTS** <br><br> Hearing Date: March 2, 2004 <br> Hearing Time: 9:00 a.m. <br> Hon. Elizabeth D. Laporte |

The motion of plaintiff Overture Services, Inc. ("Overture") for an order compelling production of damages-related documents from defendant Google Inc. ("Google") came on regularly for hearing on March 2, 2004, at 9:00 a.m.

The Court having considered the papers filed by the parties and the oral argument of counsel,

IT IS HEREBY ORDERED that Overture's motion is GRANTED. By no later than

---

[PROPOSED] ORDER GRANTING PL.'S MOTION TO COMPEL PRODUCTION
02-01991 JSW (EDL)

1  April 1, 2004, Google shall produce all documents relating to damages and responsive to
2  outstanding Requests for Production Nos. 26-29, 31-66, 78, 99, 107-110 and 112.
3
4  Dated: _____, 2004        _____
                                        Hon. Elizabeth D. Laporte
5                                       Magistrate Judge