# EXHIBIT C

Dockets.Justia.com

1  LATHAM & WATKINS
      Anthony I. Fenwick (Bar No. 158667)
2      Allon Stabinsky (Bar No. 197642)
   135 Commonwealth Drive
3  Menlo Park, California  94025
   Telephone:  (650) 328-4600
4  Facsimile:   (650) 463-2600

5  BRINKS HOFER GILSON & LIONE
      Jack C. Berenzweig (Admitted *Pro Hac Vice*)
6      William H. Frankel (Admitted *Pro Hac Vice*)
      Jason C. White (Admitted *Pro Hac Vice*)
7      Charles M. McMahon (Admitted *Pro Hac Vice*)
   NBC Tower – Suite 3600
8  455 North Cityfront Plaza Drive
   Chicago, Illinois  60611
9  Telephone:  (312) 321-4200
   Facsimile:   (312) 321-4299
10

   Attorneys for Plaintiff
11 OVERTURE SERVICES, INC.

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                  SAN JOSE DIVISION

15

16 OVERTURE SERVICES, INC., a          No. C02-01991  CRB  ADR
   Delaware Corporation,
17                                     **OVERTURE SERVICES, INC.'S FIRST**
              Plaintiff,               **SET OF REQUESTS FOR THE**
18                                     **PRODUCTION OF DOCUMENTS AND**
          vs.                          **THINGS (NOS. 1-72) TO**
19                                     **GOOGLE INC.**
   GOOGLE INC., a California
20 Corporation,

21              Defendant.

22

23        Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff,

24 Overture Services Inc. ("Overture"), requests that Defendant, Google Inc. ("Google"),

25 respond in writing to the following requests for the production of documents and

26 things.  Overture requests that the documents be produced by Google for inspection

27 and copying within thirty (30) days after the date of service hereof, at the offices of

28

1  Brinks Hofer Gilson & Lione, 455 North Cityfront Plaza Drive, NBC Tower, Suite

2  3600, Chicago, Illinois 60611, or at such time or place as counsel may agree upon.

3     If Google withholds from production any of the requested documents on the

4  basis of a claim of attorney-client privilege or work-product immunity, Overture

5  requests that Google provide, within thirty (30) days of service of this request, or at a

6  time mutually agreed upon by the parties, a list identifying each withheld document

7  in accordance with Fed. R. Civ. P. 26(b)(5).

8

9                    **DEFINITIONS AND INSTRUCTIONS**

10     1.     The terms "the '361 patent" and "the Patent-In-Suit" mean U.S. Patent

11  No. 6,269,361.

12     2.     The term "Overture" means Overture Systems, Inc., as well as any

13  parents, subsidiaries, divisions, affiliates, predecessors (including GoTo.com, Inc.),

14  successors, and assigns, and all of its current and former officers, directors, owners,

15  shareholders, employees, contractors, agents, attorneys, and representatives.

16     3.     The term "Google" means Google Inc., as well as any parents,

17  subsidiaries, divisions, affiliates, predecessors, successors, and assigns and all of

18  its current and former officers, directors, owners, shareholders, employees,

19  contractors, agents, attorneys, and representatives.

20     4.     The term "person" refers to both natural persons and to corporate and

21  other business, governmental, or organizational entities, and the acts of a person

22  are defined to include the acts of directors, officers, owners, members, employees,

23  agents, or attorneys acting on the person's behalf.

24     5.     The terms "document," "documents," or "documentation" refer to any

25  and all tangible items or sources of information within the meaning of Fed. R. Civ. P.

26  34, whether original or non-identical copies of such items, in both final and draft

27  form, of every kind and nature whatsoever, whether written, typewritten, printed,

28  graphic, or recorded material, that are within Google's possession, custody, or

OVERTURE SERVICES, INC.'S FIRST SET OF     - 2 -
REQUESTS FOR DOCUMENTS AND
THINGS TO GOOGLE INC.

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

1 | control, or that are known by Google to exist. These terms include, but are not
2 | limited to, the following materials: any and all papers, documents, correspondence,
3 | letters, electronic mail, manuals, computer tapes, disks, or other storage media,
4 | data, photographs, videos, surveys, drawings, films, schematics, computer
5 | generated information, website information, notes, memoranda, charts, graphs,
6 | drawings, designs, specifications, publications, diagrams, journals, calendars,
7 | diaries, logs, log books, messages, reports, or any other papers or writings or
8 | communications or summaries thereof, as well as physical models, physical
9 | embodiments, and prototypes.

10 |     6.    The term "identify," when used with reference to a document, means to
11 | set forth the date, author or originator, addressees, recipients, type of document,
12 | present custodian of the document, and general subject matter of the document.

13 |     7.    The term "identify," when used with reference to a natural person,
14 | means to state the person's full name, present or last known home address, present
15 | or last known occupation and title, present or last known employer and business
16 | address, and present or last known home and business telephone numbers.

17 |     8.    The term "identify," when used with reference to an entity other than a
18 | natural person, means to state the entity's actual name and any fictitious name,
19 | present or last known address, and type of entity.

20 |     9.    The term "date" means the exact day, month, and year, if
21 | ascertainable, or if not, the best approximation (including relationship to other
22 | events).

23 |     10.    The term "relating to" means analyzing, assessing, comprising,
24 | concerning, containing, constituting, describing, discussing, establishing, evidencing,
25 | identifying, including, referring to, regarding, reflecting, recording, stating, or having
26 | any connection with.

27 |     11.    The term "Google's Sponsored Search System" means any and all
28 | hardware and software components that are used to implement any search or

OVERTURE SERVICES, INC.'S FIRST SET OF
REQUESTS FOR DOCUMENTS AND
THINGS TO GOOGLE INC.

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

1  advertising program that is designed, made, used, operated, licensed, or sold by

2  Google, in which websites or uniform resource locators (URLs) are included in an

3  index or pool of sites available for display as a result of participation in a paid

4  placement or paid inclusion program.  Such search or advertising programs include,

5  but are not limited to, Google's AdWords Select program.

6       12.    The term "Overture's Sponsored Search System" means any and all

7  hardware and software components that are used to implement any search or

8  advertising program that is designed, made, used, operated, licensed, or sold by

9  Overture, in which websites or uniform resource locators (URLs) are included in an

10  index or pool of sites available for display as a result of participation in a paid

11  placement or paid inclusion program.  Such search or advertising programs include,

12  but are not limited to, Overture's Pay-For-Performance search program.

13       13.    The term "Sponsored Search System" means any and all hardware and

14  software components that are used to implement any search or advertising program

15  in which websites or uniform resource locators (URLs) are included in an index or

16  pool of sites available for display as a result of participation in a paid placement or

17  paid inclusion program.

18

19            **REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

20       1.    All documents relating to Google's first knowledge or awareness of the

21  '361 patent.

22

23       2.    All documents relating to Google's knowledge or awareness of the '361

24  patent, the U.S. file history for the '361 patent, or any foreign counterpart

25  applications or related patents.

26

27       3.    All documents relating to the '361 patent.

28

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile:  (312) 321-4299

1    4.    All documents relating to any study, analysis, review, conclusions, or

2  contentions with respect to:

3        (a)    infringement or noninfringement of any claim of the '361 patent;

4        (b)    validity or invalidity of any claim of the '361 patent;

5        (c)    enforceability or unenforceability of any claim of the '361 patent; or

6        (d)    interpretation or scope of any of claim of the '361 patent.

7

8    5.    All documents relating to any oral or written opinion of legal counsel

9  with respect to:

10        (a)    infringement or noninfringement of any claim of the '361 patent;

11        (b)    validity or invalidity of any claim of the '361 patent;

12        (c)    enforceability or unenforceability of any claim of the '361 patent; or

13        (d)    interpretation or scope of any of claim of the '361 patent.

14

15    6.    All documents considered by the author of any search, study, analysis,

16  review, conclusion, contention, or opinion relating to validity, invalidity, enforceability,

17  unenforceability, infringement, or non-infringement of the '361 patent.

18

19    7.    All documents relating to any comparison of the functions, features, or

20  characteristics of Google's Sponsored Search System with any claim or portion of

21  the '361 patent.

22

23    8.    All documents relating to any discussion or communication, whether

24  written or oral, relating to possible infringement of the '361 patent, including, without

25  limitation, recorded notes, minutes, or memoranda of any meeting relating to

26  whether Google's Sponsored Search System or any other Sponsored Search

27  System infringes the '361 patent.

28

OVERTURE SERVICES, INC.'S FIRST SET OF         - 5 -
REQUESTS FOR DOCUMENTS AND
THINGS TO GOOGLE INC.

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611-5599
Telephone:  (312) 321-4200
Facsimile:  (312) 321-4299

1       9.   All documents relating to any steps, procedures, or efforts made by
2   Google to avoid infringement of the '361 patent, including, without limitation,
3   documents that relate to any effort to design, redesign, or modify Google's
4   Sponsored Search System after Google became aware of the '361 patent.
5
6       10.   All documents relating to any contingency plan or other plan of Google
7   that might be implemented in the event that Google is enjoined from infringement of
8   the '361 patent.
9
10       11.   Documents sufficient to establish any policy, practice, or procedure of
11   Google relating to the avoidance or non-avoidance of patent infringement.
12
13       12.   All documents relating to any factual bases for Google's assertion that
14   the '361 patent is invalid, including all patents, publications, and any other
15   documents relating to any alleged public use, offer for sale, knowledge, prior
16   invention, or prior art, which Google contends constitutes relevant prior art against
17   the '361 patent.
18
19       13.   All documents relating to any search or investigation conducted by or
20   on behalf of Google for prior art relevant to the claimed subject matter of the '361
21   patent and all prior art patents, publications, documents, and things discovered,
22   collected, or found during or as a result of any such search or investigation.
23
24       14.   All documents relating to any discussion or communication, whether
25   written or oral, concerning the enforceability or unenforceability of the '361 patent
26   including, without limitation, recorded notes, minutes, or memoranda of any meeting
27   concerning the enforceability or unenforceability of the '361 patent.
28

1    15.    All documents relating to any communication between Google, or
2    anyone acting on its behalf, and any customer, potential customer, distribution
3    partner, field representative, supplier, manufacturer, or any other third party about
4    the patentability, validity, enforceability, scope, or infringement of any claim of the
5    '361 patent.

6

7    16.    All documents relating to the conception, design, development,
8    reduction to practice, testing, or operation of Google's Sponsored Search System,
9    including, without limitation, any engineering, design, or laboratory notebooks,
10    drawings, block diagrams, functional specifications, design reviews, schematics,
11    flow charts, minutes of design reviews, declarations, publications, notes,
12    memoranda, correspondence, invention disclosure forms, customer specifications,
13    source code, customer requests, or prototypes of any invention, Beta versions, or
14    components of Google's Sponsored Search System.

15

16    17.    A copy or sample of each executable version of Google's Sponsored
17    Search System made, used, or sold by or on behalf of Google.

18

19    18.    All documents related to each executable version of Google's
20    Sponsored Search System made, used, or sold by Google, including source code,
21    functional specifications, network architectures, descriptions of co-location facilities,
22    flowcharts, system descriptions, presentation materials (e.g., PowerPoint
23    presentations), and other such documents.

24

25    19.    All documents and things sufficient to show the structure or architecture
26    of the computer system or software that operates, supports, or maintains Google's
27    Sponsored Search System, including block diagrams, data structure diagrams,
28    system architecture diagrams, and database layouts.

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

1    20.    All documents and things sufficient to show the performance,
2    specifications, and functional characteristics and capabilities of Google's Sponsored
3    Search System.

4

5    21.    All documents relating to agreements, licenses, permissions, term
6    sheets, memoranda of understanding, and letters of intent related to third-party
7    developed technology used by Google as part of Google's Sponsored Search
8    System.

9

10    22.    Documents sufficient to identify the names and titles of all persons
11    having responsibility for or that are or were involved with the design, development,
12    testing, and operation of Google's Sponsored Search System.

13

14    23.    Documents sufficient to establish the date of first introduction by
15    Google of each Google Sponsored Search System in the United States.

16

17    24.    All documents relating to patents and patent applications, whether or
18    not such patent application was filed, issued, or abandoned, that claim or relate to
19    Google's Sponsored Search System.

20

21    25.    All invention disclosures submitted to Google by its employees, or any
22    other person, relating to Google's Sponsored Search System.

23

24    26.    All documents relating to any trade research, market research,
25    consumer research, or other research conducted by or on behalf of Google in
26    connection with its decision to design, develop, market, or operate Google's
27    Sponsored Search System.

28

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

27.    All documents relating to any need, or to any perceived need, in the marketplace for Google's Sponsored Search System.

28.    All documents relating to Google's knowledge or awareness of Overture's design, development, or operation of Overture's Sponsored Search System.

29.    All documents relating to any comparison of Google's Sponsored Search System and any other Sponsored Search System, including Overture's Sponsored Search System.

30.    All documents relating to the organizational structure of Google or that identify any persons ever having managerial responsibility or an ownership interest in Google.

31.    All annual reports for Google.

32.    All documents relating to advertising plans, business plans, estimates, revenue forecasts, web traffic reports, marketing plans or efforts, promotional programs, or strategies on the part of Google concerning Google's Sponsored Search System.

33.    Copies of all advertising and promotional materials for Google's Sponsored Search System.

34.    All documents relating to any representation or submission made by Google to another about Google's Sponsored Search System, including, but not limited to, advertisements, promotional materials, data sheets, brochures, reports,

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

1  catalogues, call reports by inside or field sales people, internal or external

2  communications, letters, memoranda, notes, electronic mail transmissions, and

3  submissions to any local, state, federal, or foreign Governmental entity.

4

5  35.    All documents relating to any comments received by Google from

6  another regarding Google's Sponsored Search System, including, but not limited to,

7  complaints, praise, or suggestions regarding Google's Sponsored Search System.

8

9  36.    All documents relating to the total revenue that Google has earned,

10  directly or indirectly, from the sale or advertisement of products or services through

11  or in conjunction with Google's Sponsored Search System.

12

13  37.    All documents relating to the profits earned by Google from the sale or

14  advertisement of products or services through or in conjunction with Google's

15  Sponsored Search System.

16

17  38.    All income statements relating to Google's Sponsored Search System.

18

19  39.    All balance sheets relating to Google's Sponsored Search System.

20

21  40.    All profit and loss statements relating to Google's Sponsored Search

22  System.

23

24  41.    All audited and un-audited financial reports relating to Google's

25  Sponsored Search System.

26

27  42.    All documents that identify any fees or costs incurred by Google in the

28  design, development, and operation of Google's Sponsored Search System.

OVERTURE SERVICES, INC.'S FIRST SET OF
REQUESTS FOR DOCUMENTS AND
THINGS TO GOOGLE INC.

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

1    43.    Documents sufficient to identify the amount and nature of all

2  investments made by Google in facilities and equipment to design, develop, and

3  operate Google's Sponsored Search System.

4

5    44.    Documents sufficient to establish the cost to Google of advertising,

6  marketing, and providing the products or services that it offers through or in

7  conjunction with Google's Sponsored Search System.

8

9    45.    Documents that identify and explain Google's accounting books and

10  records as they relate to Google's Sponsored Search System.

11

12    46.    All documents relating to any licenses, agreements, partner

13  agreements, or letters of intent entered into by Google relating to Google's

14  Sponsored Search System, including, but not limited to, any licenses, agreements,

15  partner agreements, affiliate agreements, or letters of intent.

16

17    47.    All documents relating to any indemnification, promise of any

18  indemnification, or hold harmless agreement given or received by Google with

19  respect to the '361 patent or any of the claimed subject matter thereof.

20

21    48.    All documents relating to any indemnification, promise of any

22  indemnification, or hold harmless agreement given or received by Google with

23  respect to Google's Sponsored Search System.

24

25    49.    All documents relating to any agreements or arrangements under

26  which Google licensed, attempted to license, obtained a license, or attempted to

27  obtain a license and that relate to Google's Sponsored Search System, including all

28

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

1 documents relating to any negotiations leading to any such agreement or
2 arrangement.

4     50.    All documents relating to any agreements or arrangements under
5 which Google licensed, attempted to license, obtained a license, or attempted to
6 obtain a license, including all documents relating to any negotiations leading to any
7 such agreement or arrangement.

9     51.    All documents relating to Google's patent licensing policies or
10 practices.

12     52.    All documents relating to any patent license(s) that Google contends
13 are relevant to the issues of damages or a reasonable royalty in this case.

15     53.    All documents relating to or upon which Google will rely in support of
16 any amount or rate that Google considers to be a reasonable royalty for their use or
17 operation of Google's Sponsored Search System, as it relates to the '361 patent.

19     54.    All documents relating to the nature, size, and scope of the market for,
20 the availability of, and the demand for Sponsored Search Systems in general or
21 Google's Sponsored Search System in particular.

23     55.    All documents relating to Google's market share as a percentage of
24 total sales in the Sponsored Search Systems industry, whether expressed in units or
25 dollars.

26
27
28

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

1   56.  All documents relating to Sponsored Search System products or

2 services that have been marketed or sold in competition with Google's Sponsored

3 Search System, including any competitive analyses of such products or services.

4

5   57.  All documents relating to each product, system, or service that Google

6 contends is an acceptable non-infringing alternative to the apparatus, systems, or

7 methods claimed in the '361 patent.

8

9   58.  All documents relating to any disputes, including, without limitation,

10 cease and desist matters, litigation, arbitration, or administrative procedures in which

11 Google was or is involved and that relate to Google's Sponsored Search System.

12

13   59.  All documents relating to any consideration, negotiation,

14 recommendation, or proposal to license, buy, acquire, or otherwise obtain rights

15 under the '361 patent.

16

17   60.  All documents relating to any money or monetary funds that have ever

18 been set aside, put in escrow, or designated for settlement or payment of damages

19 relating to Google's infringement or potential infringement of the '361 patent or any

20 other patent.

21

22   61.  All documents relating to any comments, statements, or

23 representations made by Google, or any other person, about the features,

24 performance, advantages, or disadvantages of Google's Sponsored Search System

25 or Overture's Sponsored Search System or any comparisons between Google's

26 Sponsored Search System and Overture's Sponsored Search System.

27

28

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

1     62.     All documents relating to any efforts made by Google, or anyone acting

2    on its behalf, to solicit, convince, or persuade any of Overture's customers, affiliates,

3    or advertisers to advertise on Google's website.

4

5     63.     All documents relating to communications, letters, emails, comments,

6    statements, or representations made by Google that were directed to any of

7    Overture's customers or advertisers.

8

9     64.     All documents relating to any agreements or arrangements between

10    Google and America Online, Inc. ("AOL") that relate to Google's Sponsored Search

11    System, including all documents relating to any communications or negotiations

12    leading to any such agreement or arrangement.

13

14     65.     All documents relating to any agreements or arrangements between

15    Google and AT&T that relate to Google's Sponsored Search System, including all

16    documents relating to any communications or negotiations leading to any such

17    agreement or arrangement.

18

19     66.     All documents relating to any agreements or arrangements between

20    Google and Ask Jeeves, Inc. that relate to Google's Sponsored Search System,

21    including all documents relating to any communications or negotiations leading to

22    any such agreement or arrangement.

23

24     67.     All documents relating to any request or suggestion made by Google to

25    a third party that such third party might or should become involved in, participate in,

26    or join in this case, or any conversation or discussion between Google and another

27    regarding such other's actual or potential involvement, participation, or joinder in this

28    case.

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

1    68.    All documents relating to any document retention or destruction policy

2    of Google.

3

4    69.    Any and all company telephone or personnel directories.

5

6    70.    All documents provided to, used by, or received by any consulting or

7    testifying experts or fact witnesses that may be called by Google to testify at a

8    hearing or at the trial of this case.

9

10    71.    All documents relating to any expert or potential expert engaged by

11    Google or with whom Google has consulted concerning any matter related to this

12    action.

13

14    72.    All documents that may be used as exhibits at any hearing in this case,

15    including, but not limited to, a Markman or claim construction hearing and trial.

16

17

18

19

20

21

22

23

24

25

26

27

28

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

1 | Dated:  August 5, 2002                By: _Jason C. White_

2

3                                        LATHAM & WATKINS
                                            Anthony I. Fenwick (Bar No. 158667)
                                            Allon Stabinsky (Bar No. 197642)
4                                        135 Commonwealth Drive
                                         Menlo Park, California 94025
5                                        Telephone: (650) 328-4600
                                         Facsimile:  (650) 463-2600
6

7                                        BRINKS HOFER GILSON & LIONE
                                            Jack C. Berenzweig (*Pro Hac Vice*)
8                                           William H. Frankel  (*Pro Hac Vice*)
                                            Jason C. White (*Pro Hac Vice*)
9                                           Charles M. McMahon (*Pro Hac Vice*)
10                                       NBC Tower - Suite 3600
                                         455 North Cityfront Plaza Drive
11                                       Chicago, Illinois 60611
                                         Telephone: (312) 321-4200
12                                       Facsimile:   (312) 321-4299

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile:  (312) 321-4299

1

2 **CERTIFICATE OF SERVICE**

3    The undersigned hereby certifies the foregoing OVERTURE SERVICES,

4 INC.'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS

5 AND THINGS (NOS. 1-72) TO GOOGLE INC., was served this 5th day of August,

6 2002, via facsimile, with confirmation copy via first-class mail, upon:

7

8

9    facsimile number (415) 397-7188

10    John W. Keker
      Jon. B. Streeter
11    Daralyn J. Durie
      Michael S. Kwun
12    Keker & Van Nest, LLP
      710 Sansome Street
13    San Francisco, CA  94111-1704

14

15

16    

17

18

19

20

21

22

23

24

25

26

27

28