# EXHIBIT I

Dockets.Justia.com

1

2

3                      IN THE UNITED STATES DISTRICT COURT

4

5                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    OVERTURE SERVICES, INC.,                    No. C 02-01991 JSW

8                  Plaintiff,

9      v.                                        **ORDER GRANTING PLAINTIFF'S**
                                                 **MISCELLANEOUS ADMINISTRATIVE**
10   GOOGLE INC.,                                **REQUEST AND SETTING NEW DATES**

11                  Defendant.

12   _____/

13        Plaintiff's miscellaneous administrative request filed on August 25, 2003 in the above

14   captioned case is GRANTED.  Defendant Google Inc.'s oversized Responsive Claim Construction

15   Brief filed on August 22, 2003, is stricken.  Defendant Google shall file a responsive claim construction

16   brief of not more than 25 pages on or before January 30, 2004.  Plaintiff Overture's reply brief shall

17   be due on or before February 13, 2004 and shall not be more than 15 pages in length.  The parties are

18   reminded to file an amended, joint final claims construction statement at the time of filing the reply brief,

19   in accordance with the Court's Standing Order for Patent Cases at ¶ 6.  Further, the Court HEREBY

20   VACATES the tutorial and claims construction hearing dates and resets them as follows:  the tutorial

21   shall be held on March 10, 2004 at 2:00 p.m. and the claims construction hearing shall be held on

22   March 24, 2004 at 2:00 p.m.

23        **IT IS SO ORDERED**.

24   Dated: September 2, 2003                        _/s/ Jeffrey S. White_____
                                                    JEFFREY S. WHITE
25                                                  UNITED STATES DISTRICT JUDGE

26

27

28

**United States District Court**
For the Northern District of California