# EXHIBIT K

LATHAM & WATKINS
  Anthony I. Fenwick (Bar No. 158667)
  Allon Stabinsky (Bar No. 197642)
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

BRINKS HOFER GILSON & LIONE
  Jack C. Berenzweig (Admitted *Pro Hac Vice*)
  William H. Frankel (Admitted *Pro Hac Vice*)
  Jason C. White (Admitted *Pro Hac Vice*)
  Charles M. McMahon (Admitted *Pro Hac Vice*)
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys for Plaintiff
OVERTURE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a California Corporation,<br><br>Defendant. | No. C02-01991 JSW (EDL)<br><br>**OVERTURE SERVICES, INC.'S FIFTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 92-115) TO GOOGLE INC.** |

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff, Overture Services Inc. ("Overture"), requests that Defendant, Google Inc. ("Google"), respond in writing to the following requests for the production of documents and things. Overture requests that the documents be produced by Google for inspection and copying within thirty (30) days after the date of service hereof, at the offices of Brinks Hofer Gilson &

Lione, 455 North Cityfront Plaza Drive, NBC Tower, Suite 3600, Chicago, Illinois 60611, or at such time or place as counsel may agree upon.

If Google withholds from production any of the requested documents on the basis of a claim of attorney-client privilege or work-product immunity, Overture requests that Google provide, within thirty (30) days of service of this request, or at a time mutually agreed upon by the parties, a list identifying each withheld document in accordance with Fed. R. Civ. P. 26(b)(5).

## DEFINITIONS AND INSTRUCTIONS

The definitions and instructions set forth in Overture's First Set of Requests for Production of Documents are hereby incorporated by reference.

The term "Terra Lycos" means Terra Lycos, as well as any parents, subsidiaries, divisions, affiliates, predecessors, successors, and assigns and all of its current and former officers, directors, owners, shareholders, employees, contractors, agents, attorneys, and representatives.

## REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

92. All documents relating to any discussions, meetings, or communications of any sort between Google and Terra Lycos concerning Google's Sponsored Search System.

93. All documents relating to any discussions, meetings, or communications of any sort between Google and Terra Lycos concerning Google providing sponsored search links to Terra Lycos.

OVERTURE SERVICES, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS (NOS. 92-115) TO GOOGLE INC.   - 2 -

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

1  94. All documents relating to any discussions, meetings, or communications of any sort between Google and Terra Lycos concerning Google providing sponsored links to Terra Lycos.

95. All documents relating to any discussions, meetings, or communications of any sort between Google and Terra Lycos concerning Google providing paid links to Terra Lycos.

96. All documents relating to any discussions, meetings, or communications of any sort between Google and Terra Lycos concerning Overture.

97. All documents relating to any discussions, meetings, or communications of any sort between Google and Terra Lycos concerning any agreement or license entered into by Terra Lycos.

98. All documents relating to any discussions, meetings, or communications of any sort between Google and Terra Lycos concerning any agreement or license entered into by Overture.

99. All documents relating to any discussions, meetings, or communications of any sort between Google and Terra Lycos concerning the '361 patent.

100. All documents relating to any discussions, meetings, or communications between Google and Terra Lycos concerning any litigation involving Overture.

101. All documents relating to any discussions, meetings, or communications between Google and Terra Lycos concerning any intellectual property belonging to Overture.

OVERTURE SERVICES, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS (NOS. 92-115) TO GOOGLE INC.   - 3 -

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

102. All documents relating to any discussions, meetings, or communications between Google and Terra Lycos concerning infringement or noninfringement of any claim of the '361 patent.

103. All documents relating to any discussions, meetings, or communications between Google and Terra Lycos concerning validity or invalidity of any claim of the '361 patent.

104. All documents relating to any discussions, meetings, or communications between Google and Terra Lycos concerning enforceability or unenforceability of any claim of the '361 patent.

105. All documents relating to any discussions, meetings, or communications between Google and Terra Lycos concerning the interpretation or scope of any of claim of the '361 patent.

106. All documents relating to any discussions, meetings, or communications between Google and Terra Lycos concerning any oral or written opinion of legal counsel with respect to:
   (a) infringement or noninfringement of any claim of the '361 patent;
   (b) validity or invalidity of any claim of the '361 patent;
   (c) enforceability or unenforceability of any claim of the '361 patent; or
   (d) interpretation or scope of any of claim of the '361 patent.

107. All documents relating to any licenses, agreements, partner agreements, or letters of intent entered into by Google and Terra Lycos relating to Google's Sponsored Search System, including, but not limited to, any licenses, agreements, partner agreements, affiliate agreements, or letters of intent.

OVERTURE SERVICES, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS (NOS. 92-115) TO GOOGLE INC.   - 4 -

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

108. All documents relating to any licenses, agreements, partner agreements, or letters of intent entered into by Google and Terra Lycos relating to sponsored search links, including, but not limited to, any licenses, agreements, partner agreements, affiliate agreements, or letters of intent.

109. All documents relating to any licenses, agreements, partner agreements, or letters of intent entered into by Google and Terra Lycos relating to sponsored links, including, but not limited to, any licenses, agreements, partner agreements, affiliate agreements, or letters of intent.

110. All documents relating to any licenses, agreements, partner agreements, or letters of intent entered into by Google and Terra Lycos relating to paid links, including, but not limited to, any licenses, agreements, partner agreements, affiliate agreements, or letters of intent.

111. All documents relating to any indemnification, promise of any indemnification, or hold harmless agreement given by Google to Terra Lycos.

112. All documents relating to any indemnification, promise of any indemnification, or hold harmless agreement given by Google to Terra Lycos with respect to the '361 patent or any of the claimed subject matter thereof.

113. All documents relating to any agreements entered into or proposed between Google and Terra Lycos concerning any intellectual property belonging to Overture.

114. All documents relating to any agreements entered into or proposed between Google and Terra Lycos concerning any litigation involving Overture.

OVERTURE SERVICES, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS (NOS. 92-115) TO GOOGLE INC.   - 5 -

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile:  (312) 321-4299

115. All documents relating to any negotiations concerning any agreements or arrangements involving Google and Terra Lycos.

Dated: December 5, 2003

By: /s/ Jason C. White

Jack C. Berenzweig
William H. Frankel
Jason C. White
Charles M. McMahon
BRINKS HOFER GILSON & LIONE
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Anthony I. Fenwick
Allon Stabinsky
LATHAM & WATKINS
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Plaintiff
OVERTURE SERVICES, INC.

OVERTURE SERVICES, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS (NOS. 92-115) TO GOOGLE INC.   - 6 -

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the foregoing OVERTURE SERVICES, INC.'S FIFTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 92-115) TO GOOGLE INC., was served this 5th day of December, 2003, via facsimile, with confirmation copy via first-class mail, upon:

facsimile number (415) 397-7188

Michael S. Kwun
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111-1704

_/s/ Jason C. White_

OVERTURE SERVICES, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS (NOS. 92-115) TO GOOGLE INC.   - 7 -

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299