Overture Services, Inc. v. Google Inc.	Doc. 113 Att. 19
Case 3:02-cv-01991-JSW   Document 113-20   Filed 01/29/2004   Page 1 of 3

# EXHIBIT S

Dockets.Justia.com

LAW OFFICES

# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188

## FACSIMILE TRANSMISSION COVER SHEET

September 26, 2002

| To | Telephone | Facsimile |
|---|---|---|
| Jack C. Berenzweig, Esq. Brinks Hofer Gilson & Lione | (312) 321-4200 | (312) 321-4299 |

| From | Telephone | Code |
|---|---|---|
| Michael S. Kwun, Esq. | (415) 391-5400 | 5784/jlc |

Re  Overture v. Google

Number of Pages (Including Cover):

NO ORIGINAL WILL FOLLOW THIS TRANSMISSION

### COMMENTS

Please see attached correspondence.

Operator _____                                    Time Sent _____

IF YOU ENCOUNTER ANY DIFFICULTIES RECEIVING THIS TRANSMISSION,
PLEASE CALL (415) 676-2277 OR (415) 391-5400

The information contained in this facsimile transmission is legally privileged and confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone, and return the original transmission to us at the above address via the U.S. Postal Service. Thank you.

290038.01

LAW OFFICES
# KEKER & VAN NEST
LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188

MICHAEL S. KWUN
msk@kvn.com

September 26, 2002

**VIA FACSIMILE**

Jack C. Berenzweig, Esq.
Brinks Hofer Gilson & Lione
NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL 60611

Re:   *Overture ve. Google*

Dear Jack:

Following up on our discussions about phasing discovery, we propose to phase damages discovery only. This would mean that we would defer production of documents responsive to Overture's Request for Production Nos. 26, 31, 32, 36-45 and 51-60. We would also defer topics 3, 5, 6, 7 and 14 from Overture's Rule 30(b)(6) deposition notice. In addition, we propose to redact financial terms from documents such as partner agreements. Finally, for any documents related to unannounced partner agreements (actual agreements and potential agreements), we propose to redact identifying information concerning the non-Google parties.

I look forward to discussing this proposal with you.

Sincerely,

Michael S. Kwun

MSK/jlc
cc:   Jon B. Streeter, Esq.

298903.01