# EXHIBIT W

Case 3:02-cv-01991-JSW   Document 113-24   Filed 01/29/2004   Page 1 of 3

LAW OFFICES
# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

MICHAEL S. KWUN
MSK@KVN.COM

April 17, 2003

**VIA FACSIMILE & U.S. MAIL**

Jason C. White, Esq.
Brinks Hofer Gilson & Lione
NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL  60611

Re:   *Overture Services, Inc. v. Google Inc.*

Dear Jason:

I write to follow up on my earlier letter of today, and more specifically to discuss Overture's Request for Production No. 58. As you will recall, Google objected on various grounds, and I agreed to find out what disputes Google has been involved in, other than minor matters such as billing disputes with AWS advertisers, with respect to AWS. Other than such minor matters and the present lawsuit, the only AWS-related disputes that Google has been involved in concern trademark issues. Documents related to such disputes are neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence.

Sincerely,

Michael S. Kwun

MSK/jlc

310779.01

LAW OFFICES

# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188

## FACSIMILE TRANSMISSION COVER SHEET

April 17, 2003

| To | Telephone | Facsimile |
|---|---|---|
| Jason C. White, Esq.<br>Brinks Hofer Gilson & Lione<br>Chicago, IL 60611 | (312) 321-4200 | (312) 321-4299 |

| From | Telephone | Code |
|---|---|---|
| Michael S. Kwun, Esq. | (415) 391-5400 | 5784/jlc |

Re   Overture v. Google

Number of Pages (Including Cover): 2

### ORIGINAL WILL FOLLOW THIS TRANSMISSION

### COMMENTS

Please see attached.

Operator _____    Time Sent _____

### IF YOU ENCOUNTER ANY DIFFICULTIES RECEIVING THIS TRANSMISSION, PLEASE CALL (415) 676-2277 OR (415) 391-5400

The information contained in this facsimile transmission is legally privileged and confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone, and return the original transmission to us at the above address via the U.S. Postal Service. Thank you.

290088.01