ROBERT T. HASLAM (#71134)
ROBERT D. FRAM (#126750)
M. PATRICIA THAYER (#90818)
S. ELIZABETH MITCHELL (#187053)
ANDREW C. BYRNES (#191516)
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

BRINKS HOFER GILSON & LIONE
JACK C. BERENZWEIG
WILLIAM H. FRANKEL
JASON C. WHITE
NBC Tower--Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys for Plaintiff,
OVERTURE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| OVERTURE SERVICES, INC., | **E-Filing Case No.:** 02-01991 JSW (EDL) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF OVERTURE SERVICES, INC.'S CORRECTED MOTION TO COMPEL PRODUCTION OF DAMAGES DOCUMENTS** |
| v. | |
| GOOGLE INC., | |
| Defendant. | Hearing Date: March 9, 2004<br>Hearing Time: 9:00 a.m.<br>Hon. Elizabeth D. Laporte |

The motion of plaintiff Overture Services, Inc. ("Overture") for an order compelling production of damages-related documents from defendant Google Inc. ("Google") came on regularly for hearing on March 9, 2004, at 9:00 a.m.

The Court having considered the papers filed by the parties and the oral argument of counsel,

IT IS HEREBY ORDERED that Overture's motion is GRANTED. By no later than

[PROPOSED] ORDER GRANTING PL.'S CORRECTED MOTION TO COMPEL
02-01991 JSW (EDL)

1  April 1, 2004, Google shall produce all documents relating to damages responsive to
2  Overture's document requests, including Requests for Production Nos. 26, 32, 36-45, 52-57,
3  59-60, 99, 107-110 and 112.

6  Dated: _____, 2004        _____
7                                       Hon. Elizabeth D. Laporte
                                        Magistrate Judge