1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  DARALYN J. DURIE - #169825
   CHRISTINE P. SUN - #218701
3  RAVIND S. GREWAL - #220543
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendant and Counterclaimant
   GOOGLE INC.
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | OVERTURE SERVICES, INC.,            | Case No. C 02-01991 JSW (EDL) |
13 |     Plaintiff and Counterdefendant, | **DECLARATION OF RAVIND S. GREWAL IN SUPPORT OF GOOGLE'S RESPONSIVE CLAIM CONSTRUCTION BRIEF** |
14 |     v.                              | |
15 | GOOGLE INC.,                        | |
16 |     Defendant and Counterclaimant.  | Tutorial:  March 10, 2004 – 2:00 p.m.<br>Hearing:   March 24, 2004 – 2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge:     Hon. Jeffrey S. White |

---

325645.01

DECLARATION OF RAVIND S. GREWAL IN SUPPORT OF GOOGLE'S RESPONSIVE CLAIM
CONSTRUCTION BRIEF
CASE NO. C 02-01991 JSW (EDL)

Dockets.Justia.com

I, Ravind S. Grewal, declare as follows:

1. I am an associate at the law firm of Keker & Van Nest, LLP, counsel of record for Google Inc. ("Google") in the above-captioned matter. I make this declaration in support of Google's Responsive Claim Construction Brief. I make the following declaration based upon my personal knowledge, and could testify thereto under oath if called upon to do so.

2. The Exhibits attached hereto Bates-stamped with "OVG" numbers are documents produced by Overture in discovery in this action.

3. The Exhibits attached hereto Bates-stamped with "GOG" numbers are documents produced by Google in discovery in this action.

4. The Exhibits attached hereto that are not Bates-stamped are documents identified by the parties during the claim construction proceedings in this action.

5. Attached hereto as Exhibit 1 is a true and correct copy of an article from C/Net News.com entitled, "Engine sells results, draws fire," dated June 21, 1996 (OVG 1371-72).

6. Attached hereto as Exhibit 2 is a true and correct copy of an article from C/Net News.com entitled, "New ad model charges by the click," dated April 29, 1996 (OVG 1216-17).

7. Attached hereto as Exhibit 3 is a true and correct copy of an article from Electronic Advertising & Marketplace Report entitled, "New Service Puts Auction, Search Engine Under One Roof," dated April 28, 1998, Vol. 12 Issue 8 (OVG 1124-25).

8. Attached hereto as Exhibit 4 is a true and correct copy of the January 20, 2004 letter from Andrew C. Byrnes at Heller Ehrman to Daralyn Durie at Keker & Van Nest.

9. Attached hereto as Exhibit 5 is a true and correct copy of an article from the website SearchEngineOptimism.com entitled, "Google Adwords and Overture" (GOG 32242-250), as printed out on a date between March and June 2003. The URL is: http://searchengineoptimism.com/SEO_Tutorial/google_adwords_overture.html, as noted in the footer of the document.

10. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from The American Heritage Dictionary, 4th edition, 2000 (GOG 32273-32277).

11. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from The New

1  Oxford Dictionary of English, 1998.

2      12.    Attached hereto as Exhibit 8 is a true and correct copy of excerpts from The

3  Random House Dictionary of the English Language 2nd edition, Unabridged, 1987.

4      13.    Attached hereto as Exhibit 9 is a true and correct copy of excerpts from Webster's

5  New World College Dictionary 3rd edition, 1997.

6      14.    Attached hereto as Exhibit 10 is a true and correct copy of excerpts from

7  Merriam-Websters's Collegiate Dictionary 10th edition, 1995.

8      15.    Attached hereto as Exhibit 11 is a true and correct copy of excerpts from The

9  New Oxford English Dictionary, 1998.

10     16.    Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the

11 microfiche that was submitted as an appendix to Patent Application No. 09/322,677.

12     17.    Attached hereto as Exhibit 13 is a true and correct copy of the Notice of

13 Allowability dated March 23, 2001 regarding Patent Application No. 09/322,677 (GOG 31824-

14 28).

15     18.    Attached hereto as Exhibit 14 is a true and correct copy of United States Patent

16 Application No. US 2003/0101126A1, May 29, 2003, Cheung et al. (GOG 32207-224).

17     19.    Attached hereto as Exhibit 15 is a true and correct copy of an article from the

18 website SearchEnginesInfo.com entitled, "Pros and Cons of Overture's Auto Bidding," as

19 printed out on a date between March and June 2003 (GOG 32256). The URL for this article is:

20 http://searchenginesinfo.com/microsites/newsarticle.asp?mode=print&newsarticleid=1700889&r

21 eleaseid=&srid=11271&magazineid=151&siteid=2, as noted in the footer of the document.

22     20.    Attached hereto as Exhibit 16 is a true and correct copy of an article from the

23 website SearchEngines.com entitled, "Pay-per-click search engines," as printed out on a date

24 between March and June 2003 (GOG 32254-55). The URL for this article is:

25 http://www.searchengines.com/pay_per_click.html, as noted in the footer of the document.

26     21.    Attached hereto as Exhibit 17 is a true and correct copy of instructions from the

27 eBay.com website on "How to Bid," as printed out on a date between March and June 2003.

28 (GOG 03225-27) The URL is: http://www.pages.ebay.com/new/bid.html, as noted in the footer

2

DECLARATION OF RAVIND S. GREWAL IN SUPPORT OF GOOGLE'S RESPONSIVE CLAIM
CONSTRUCTION BRIEF
CASE NO. C 02-01991 JSW (EDL)

325645.01

1  of the document.

2      22.    Attached hereto as Exhibit 18 is a true and correct copy of an article from the website TundraWolfPromotions.com entitled, "InfoSpace Adds Google's Award-Winning Search Results to its Industry-Leading Meta-Search Technology," as printed out on a date between March and June 2003 (GOG 32230-33). The URL for this article is: http://www.tundrawolfpromotions.com/news.htm, as noted in the footer of the document.

    23.    Attached hereto as Exhibit 19 is a true and correct copy of excerpts from The Random House Dictionary of the English Language 2nd edition, Unabridged, 1987.

    24.    Attached hereto as Exhibit 20 is a true and correct copy of excerpts from Webster's New World College Dictionary 3rd edition, 1997.

    25.    Attached hereto as Exhibit 21 is a true and correct copy of an article from C/Net News.com entitled, "New search engine goes commercial," dated February 18,1998 (OVG 1222-23).

    26.    Attached hereto as Exhibit 22 is a true and correct copy of an article from ZDNet News and Views entitled, "Searching For The Highest Bidder," dated February 19, 1998 (OVG 1226-27).

    27.    Attached hereto as Exhibit 23 is a true and correct copy of an article from OCWeekly.com entitled, "GoTo.Hell," dated March 13,1998 (OVG 1232-34).

    28.    Attached hereto as Exhibit 24 is a true and correct copy of an article from the Search Engine Report entitled, "Go To Sells Positions," dated March 5, 1998 (OVG 1366-70).

    29.    Attached hereto as Exhibit 25 is a true and correct copy of excerpts from the textbook <u>An Introduction to Database Systems,</u> 3rd edition, 1981 (GOG 32264-69).

    30.    Attached hereto as Exhibit 26 is a true and correct copy of excerpts from the Chambers and Technology Dictionary, 1988 (GOG 32270-72).

    31.    Attached hereto as Exhibit 27 is a true and correct copy of excerpts from the textbook <u>Fundamentals of Database Systems</u>, 1989.

    32.    Attached hereto as Exhibit 28 is a true and correct copy of excerpts from The New Oxford Dictionary of English, 1998.

1   33. Attached hereto as Exhibit 29 is a true and correct copy of excerpts from Webster's New World College Dictionary 3rd edition, 1997.

2   34. Attached hereto as Exhibit 30 is a true and correct copy of a page from the on-line edition of the Merriam-Webster Unabridged Dictionary, 2004.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this January 30, 2004 at San Francisco, California.

      /s/ Ravind S. Grewal
      RAVIND S. GREWAL

4
DECLARATION OF RAVIND S. GREWAL IN SUPPORT OF GOOGLE'S RESPONSIVE CLAIM CONSTRUCTION BRIEF
CASE NO. C 02-01991 JSW (EDL)

325645.01