**EXHIBIT 2**

CNET News.com - New ad model charges by the click                                     Page 1 of 3

CNET | News | Hardware | Downloads | Special Reports | Games | Auctions | Lowest Prices        Free Email

 **NEWS.COM** TECH NEWS FIRST        Search [          ] 

Advanced · Tips [News.com]

Bill Gates vs. Steve Jobs: Who wins?

Bill Gates vs. Steve Jobs, Click here.

CNET : News : The Net : Story

- Message Boards
- See Story in Context
- Search

ADVERTISEMENT


Free!


Free Email

# New ad model charges by the click

By Rose Aguilar
Staff, CNET News.com
April 29, 1996, 12:30 p.m. PT

Proctor & Gamble struck a deal with Yahoo that could set a new standard for Internet advertising.

The deal calls for Procter & Gamble to pay when users "click-through" its ads rather than when they only "eyeball" the images, according to *Advertising Age* magazine.

Proctor & Gamble and Yahoo officials declined to comment on the new advertising model, which some industry analysts say will be bad for Internet business.

"This may have been a real good deal for Yahoo, but this will most likely cause other advertisers to think that they are going to get click-through rates as well. Advertisers are also going to think that this is a new trend, and that's real scary for publishers like myself," said Kevin Fadden, chief operating officer of content developer InterEdge. "Generally speaking, you pay a certain amount, and your ad gets exposed. And that's it."

Currently, companies advertising online pay rates based on the number of people who see their ads, regardless of whether they click on them. The cost per thousand viewers ranges from $5 to $80, depending on the target audience.

The price becomes costly when advertisers are guaranteed a target audience. For example, a PC manufacturer might pay top dollar for an ad on a technology site but less for one with a variety of content.

Related story:

**Latest headlines**
display on desktop

**Enterprise Computing**
Lotus boosts learning with Macromedia buy

StorageTek reports loss

DOJ studies Microsoft breakup

**Communications**
Frontier hit as long distance prices slip

BT shares fall on market worries

MCI WorldCom sees profit times three

AT&T earnings climb on wireless, data services

Deutsche Telekom silent on One2One, Sprint rumors

**The Net**
Dow plummets on Labor report

http://www.news.com/News/Item/0,4,1199,00.html                                     7/29/99

OVG_001216

CNET News.com - New ad model charges by the click                                                                                     Page 2 of 3

RealAudio coverage: CNET Radio

Email this story to a friend

Click for printer-friendly format

FREE Newsletter sample >

enter email

Subscribe

New York gambling ruling sets precedent

EU advances probe of NSI licensing deals

TV Guide, Source Media deal impeded by patents

Wrestling, Springsteen boost USA Networks earnings

AOL enlists Apple in messaging battle

Start-up scores support from AOL's Andreessen

Personal Technology
Free-PC to send out second round of PCs

E-Commerce
E*Trade launches U.K. operation

Ethan Allen exec pushes for Net sales

Services and Consulting
Ingram Micro income drops

Did you miss a day?
One Week View

ADVERTISEMENT

Special Offers
from our sponsors
- Digital camera $18
- Get it all @SpotShop
- Nikon Coolpix Camera

News Options:   One Week View | Send us your news tips | Desktop News | My News.com | Advanced Search

http://www.news.com/News/Item/0,4,1199,00.html                                                                                              7/29/99

OVG_001217