**EXHIBIT 7**

# The New Oxford Dictionary of English

EDITED BY
Judy Pearsall

CHIEF EDITOR, CURRENT ENGLISH DICTIONARIES
Patrick Hanks

CLARENDON PRESS · OXFORD
1998

Oxford University Press, Great Clarendon Street, Oxford OX2 6DP

Oxford New York

Athens Auckland Bangkok Bogota Bombay Buenos Aires
Cape Town Chennai Dar es Salaam Delhi Florence Hong Kong Istanbul
Karachi Kuala Lumpur Madrid Melbourne Mexico City Mumbai
Nairobi Paris Singapore Taipei Tokyo Toronto Warsaw

and associated companies in
Berlin Ibadan

Oxford is a registered trade mark of Oxford University Press

© Oxford University Press 1998

First published 1998

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press.
Within the UK, exceptions are allowed in respect of any fair dealing for the
purpose of research or private study, or criticism or review, as permitted
under the Copyright, Designs and Patents Act 1988, or in the case of
reprographic reproduction in accordance with the terms of the licences
issued by the Copyright Licensing Agency. Enquiries concerning
reproduction outside these terms and in other countries should be
sent to the Rights Department, Oxford University Press,
at the address above

This book is sold subject to the condition that it shall not, by way
of trade or otherwise, be lent, re-sold, hired out or otherwise circulated
without the publisher's prior consent in any form of binding or cover
other than that in which it is published and without a similar condition
including this condition being imposed on the subsequent purchaser

British Library Cataloguing in Publication Data

Data available

Library of Congress Cataloging in Publication Data

Data available

ISBN 0-19-861263-X

10 9 8 7 6 5 4 3 2 1

Designed by Andrew Boag, Typographic problem solving, London
Typeset in Swift and Arial
by Selwood Systems, Midsomer Norton, Bath
Printed in Spain
on acid-free paper by
Mateu Cromo Artes Graficas S.A.
Madrid

2 the widely distributed plant ... ily from which this product is obtained.
• Genus *Glycyrrhiza*, family Leguminosae; many species are used locally to obtain liquorice, the chief commercial source being the cultivated *G. glabra*.
– ORIGIN Middle English: from Old French *licoresse*, from late Latin *liquiritia*, from Greek *glukurrhiza*, from *glukus* 'sweet' + *rhiza* 'root'.

**liquorish** /ˈlɪkərɪʃ/ ▶ adjective 1 archaic form of LICKERISH.
2 fond of or indicating a fondness for liquor. [ORIGIN: late 19th cent.: from LIQUOR + -ISH¹, by analogy with LICKERISH.]
– DERIVATIVES **liquorishness** noun.

**lira** /ˈlɪərə/ ▶ noun (pl. **lire** /ˈlɪərə, ˈlɪəreɪ, ˈlɪəri/) 1 the basic monetary unit of Italy, notionally equal to 100 centesimos.
2 the basic monetary unit of Turkey, equal to 100 kurus.
– ORIGIN Italian, from Provençal *liura*, from Latin *libra* 'pound'.

**liriodendron** /ˌlɪrɪə(ʊ)ˈdɛndrən/ ▶ noun a tree of a small genus which includes the tulip tree.
• Genus *Liriodendron*, family Magnoliaceae.
– ORIGIN modern Latin, from Greek *leirion* 'lily' + *dendron* 'tree'.

**liripipe** /ˈlɪrɪpaɪp/ ▶ noun a long tail hanging from the back of a hood, especially in medieval or academic dress.
– ORIGIN early 17th cent.: from medieval Latin *liripipium* 'tippet of a hood, cord', of unknown origin.

**lis¹** /lɪs/ ▶ noun (pl. same or **lisses**) short for FLEUR-DE-LIS.

**lis²** /lɪs/ ▶ noun Law a lawsuit. See also LIS PENDENS.
– ORIGIN mid 18th cent.: from Latin *lis* 'dispute'.

**lis alibi pendens** /lɪs ˌalɪbaɪ ˈpɛndɛnz/ ▶ noun Law a lawsuit pending elsewhere.
– ORIGIN Latin.

**Lisbon** /ˈlɪzbən/ the capital and chief port of Portugal, on the Atlantic coast at the mouth of the River Tagus; pop. 677,790 (1991). Portuguese name **Lisboa** /lɪʒˈboa/.

**Lisburn** /ˈlɪzbəːn/ a town in Northern Ireland, to the south-west of Belfast, on the border between Antrim and Down; pop. 40,390 (1981).

**Lisdoonvarna** /ˌlɪsduːnˈvɑːnə/ a spa town in the Republic of Ireland, in County Clare; pop. 607 (1981).

**lisente** plural form of SENTE.

**lisle** /laɪl/ (also **lisle thread**) ▶ noun [mass noun] a fine, smooth cotton thread used especially for stockings.
– ORIGIN mid 16th cent.: from *Lisle*, former spelling of LILLE, the original place of manufacture.

**Lisp** ▶ noun [mass noun] a high-level computer programming language devised for list processing.
– ORIGIN 1950s: from *lis(t) p(rocessor)*.

**lisp** ▶ noun a speech defect in which *s* is pronounced like *th* in *thick* and *z* is pronounced like *th* in *this*.
▶ verb [no obj.] speak with a lisp.
– DERIVATIVES **lisper** noun, **lispingly** adverb.
– ORIGIN Old English *wlispian* (recorded in *dwlyspian*), from *wlisp* (adjective) 'lisping', of imitative origin: compare with Dutch *lispen* and German *lispeln*.

**lis pendens** /lɪs ˈpɛndɛnz/ ▶ noun Law a pending legal action.
■ a formal notice of this.
– ORIGIN Latin.

**Lissajous figure** /ˈlɪsəʒuː/ ▶ noun Mathematics any of a number of characteristic looped or curved figures traced out by a point undergoing two independent simple harmonic motions at right angles with frequencies in a simple ratio.
– ORIGIN late 19th cent.: named after Jules A. *Lissajous* (1822–80), French physicist.

**lissom** (also **lissome**) ▶ adjective (of a person or their body) thin, supple, and graceful.
– DERIVATIVES **lissomness** noun.
– ORIGIN late 18th cent.: contraction, from LITHE + -SOME¹.

**list¹** ▶ noun 1 a number of connected items or names written or printed consecutively, typically one below the other: *consult the list of drugs on page 326* | *writing a shopping list*.
■ a set of items considered as being in the same category or having a particular order of priority: *unemployment came top of the list of issues that the public thought the parties should be talking about*. ■ Computing a formal structure analogous to a list, by which of data can be stored or processed in a definit [ORIGIN: late 16th cent.: from French *liste*, of Germanic origin.]
2 (**lists**) historical palisades enclosing an area for a tournament.
■ the scene of a contest or combat. [ORIGIN: late Middle English: from Old French *lisse*.]
3 a selvedge of a piece of fabric. [ORIGIN: Middle English, from Old English *liste* 'border', of Germanic origin; related to Dutch *lijst* and German *Leiste*.]
▶ verb [with obj.] 1 make a list of: *I have listed four reasons below*.
■ (often **be listed**) include or enter in a list: *93 men were still listed as missing*. ■ [no obj.] (**list at/for**) be on a list of products at (a specified price): *the bottom-of-the-line Mercedes lists for $52,050*.
2 archaic enlist for military service.
– PHRASES **enter the lists** issue or accept a challenge.
– DERIVATIVES **listable** adjective.

**list²** ▶ verb [no obj.] (of a ship) lean over to one side, typically because of a leak or unbalanced cargo. Compare with HEEL².
▶ noun an instance of a ship leaning over in such a way.
– ORIGIN early 17th cent.: of unknown origin.

**list³** archaic ▶ verb [no obj.] want; like: [with clause] *let them think what they list*.
▶ noun [mass noun] desire; inclination: *I have little list to write*.
– ORIGIN Old English *lystan* (verb), of Germanic origin, from a base meaning 'pleasure'.

**list box** ▶ noun Computing a box on the screen that contains a list of options, only one of which can be selected.

**list broking** ▶ noun [mass noun] trading in mailing lists for marketing or publicity by direct mail.
– DERIVATIVES **list broker** noun.

**listed** ▶ adjective 1 (of a building in the UK) officially designated as being of historical importance and having protection from demolition or major alterations.
2 relating to or denoting companies whose shares are quoted on the main market of the London Stock Exchange: *listed securities*.

**listel** /ˈlɪstəl/ ▶ noun Architecture a narrow strip with a flat surface running between mouldings. Also called FILLET.
– ORIGIN late 16th cent.: from Italian *listello*, diminutive of *lista* 'strip, band'.

**listen** ▶ verb [no obj.] give one's attention to a sound: *evidently he was not listening* | *sit and listen to the radio*.
■ take notice of and act on what someone says; respond to advice or a request: *I told her over and over again, but she wouldn't listen*. ■ make an effort to hear something; be alert and ready to hear something: *they listened for sounds from the baby's room*. ■ [in imperative] used to urge someone to pay attention to what one is going to say: *listen, I've had an idea*.
▶ noun [in sing.] an act of listening to something.
– ORIGIN Old English *hlysnan* 'pay attention to', of Germanic origin.
▶ **listen in** listen to a private conversation, especially secretly. ■ use a radio receiving set to listen to a broadcast or conversation.

**listenable** ▶ adjective easy or pleasant to listen to.
– DERIVATIVES **listenability** noun.

**listener** ▶ noun a person who listens, especially someone who does so in an attentive manner.
■ a person listening to a radio station or programme.

**listening post** ▶ noun a station for intercepting electronic communications.
■ a point near an enemy's lines for detecting movements by sound.

**Lister**, Joseph, 1st Baron (1827–1912), English surgeon, inventor of antiseptic techniques in surgery. He realized the significance of Louis Pasteur's germ theory in connection with sepsis and in 1865 he used carbolic acid dressings on patients who had undergone surgery.

**lister** ▶ noun US a plough with a double mould-board.
– ORIGIN late 19th cent.: from late 18th-cent. *list* 'prepare land for a crop' (see LIST¹, -ER¹).

**listeria** /lɪˈstɪərɪə/ ▶ noun [mass noun] a type of bacterium which infects humans and other warm-blooded animals through contaminated food.
• *Listeria monocytogenes*; motile aerobic Gram-negative rods. ■ informal food poisoning or other disease caused by infection with listeria; listeriosis.
– ORIGIN 1940s: modern Latin, named after Joseph *Lister* (1827–1912), English surgeon.

**listeriosis** /lɪˌstɪərɪˈəʊsɪs/ ▶ noun [mass noun] disease caused by infection with listeria.

**listing** ▶ noun 1 a list or catalogue.
■ [mass noun] the drawing up of a list. ■ an entry in a list or register. ■ an entry for a company in the Official List of Securities of the London Stock Exchange, for which certain requirements must be satisfied.
2 a selvedge of a piece of fabric.

**listless** ▶ adjective (of a person or their manner) lacking energy or enthusiasm: *bouts of listless depression*.
– DERIVATIVES **listlessly** adverb, **listlessness** noun.
– ORIGIN Middle English: from obsolete *list* 'appetite, desire' + -LESS.

**Liston** /ˈlɪst(ə)n/, Sonny (1932–70), American boxer; born *Charles Liston*. In 1962 he became world heavyweight champion but in 1964 lost his title to Muhammad Ali (then Cassius Clay).

**list price** ▶ noun the price of an article as shown in a list issued by the manufacturer or by the general body of manufacturers of the particular class of goods.

**list processing** ▶ noun [mass noun] Computing the manipulation of data organized as lists.

**LISTSERV** ▶ noun [mass noun] trademark an electronic mailing list of people who wish to receive specified information from the Internet.
■ [count noun] (**listserv**) any similar application.

**list system** ▶ noun a system of voting (used in several European countries) in which votes are cast for a list of candidates rather than an individual, to allow a degree of proportional representation.

**Liszt** /lɪst/, Franz (1811–86), Hungarian composer and pianist. He was a key figure in the romantic movement; many of his piano compositions combine lyricism with great technical complexity, while his twelve symphonic poems (1848–58) created a new musical form.
– DERIVATIVES **Lisztian** adjective & noun.

**lit** past and past participle of LIGHT¹, LIGHT³.

**Li T'ai Po** /ˌliː taɪ ˈpaʊ/ variant of LI PO.

**litany** /ˈlɪt(ə)ni/ ▶ noun (pl. **-ies**) a series of petitions for use in church services or processions, usually recited by the clergy and responded to in a recurring formula by the people.
■ (**the Litany**) such petitions and responses contained in the Book of Common Prayer. ■ a tedious recital or repetitive series: *a litany of complaints*.
– ORIGIN Middle English: from Old French *letanie*, via ecclesiastical Latin from Greek *litaneia* 'prayer', from *litē* 'supplication'.

**litas** /ˈliːtəs/ ▶ noun (pl. same) the basic monetary unit of Lithuania, equal to 100 centas.

**litchi** ▶ noun variant spelling of LYCHEE.

**lit crit** ▶ abbreviation for literary criticism.

**lite** ▶ adjective of or relating to low-fat or low-sugar versions of manufactured food or drink products, especially to low-calorie light beer.
■ N. Amer. informal lacking in substance; facile.
▶ noun 1 [mass noun] light beer with relatively few calories.
2 N. Amer. a courtesy light in a motor vehicle.
– ORIGIN 1950s: a deliberate respelling of LIGHT¹, LIGHT³.

**-lite** ▶ suffix forming names of rocks, minerals, and fossils: *rhyolite* | *zeolite*.
– ORIGIN from French, from Greek *lithos* 'stone'.

**liter** ▶ noun US spelling of LITRE.

**literacy** ▶ noun [mass noun] the ability to read and write.
– ORIGIN late 19th cent.: from LITERATE, on the pattern of *illiteracy*.

**literae humaniores** /ˌlɪtəraɪ hjuːˌmanɪˈɔːriːz/ ▶ plural noun [treated as sing.] the honours course in classics, philosophy, and ancient history at Oxford University.
– ORIGIN Latin, literally 'the more humane studies'.

**literal** ▶ adjective 1 taking words in their usual or most basic sense without metaphor or allegory: *dreadful in its literal sense, full of dread*.
■ free from exaggeration or distortion: *you shouldn't take this as a literal record of events*. ■ informal absolute (used to emphasize that a strong expression is

| restrain | 1583 | resurgence |

**restrain** ▶ verb [with obj.] prevent (someone or something) from doing something; keep under control or within limits: *he had to be restrained from walking out of the meeting* | [as adj. **restraining**] *Cara put a restraining hand on his arm.*
■ prevent oneself from displaying or giving way to (a strong urge or emotion): *Amiss had to restrain his impatience.* ■ deprive (someone) of freedom of movement or personal liberty: *leg cuffs are used in the US for restraining and transporting extremely violent and dangerous criminals.* ■ (of a seat belt) hold (a person or part of their body) down and back while in a vehicle seat.
– DERIVATIVES **restrainable** adjective, **restrainer** noun.
– ORIGIN Middle English: from Old French *restreign-*, stem of *restreindre*, from Latin *restringere*, from *re-* 'back' + *stringere* 'to tie, pull tight'.

**restrained** ▶ adjective characterized by reserve or moderation; unemotional or dispassionate: *he had restrained manners.*
■ (of colour, clothes, decoration, etc.) understated and subtle; not excessively showy or ornate. ■ kept under control; prevented from freedom of movement or action: *a patch of land turned into a restrained wilderness.* ■ (of a person) held down and back in a vehicle seat by a seat belt.
– DERIVATIVES **restrainedly** adverb.

**restraint** ▶ noun 1 (often **restraints**) a measure or condition that keeps someone or something under control or within limits: *decisions are made within the financial restraints of the budget.*
■ [mass noun] the action of keeping someone or something under control. ■ [mass noun] deprivation or restriction of personal liberty or freedom of movement: *he remained aggressive and required physical restraint.* ■ a device which limits or prevents freedom of movement: *car safety restraints.*
2 [mass noun] unemotional, dispassionate, or moderate behaviour; self-control: *he urged the protestors to exercise restraint.*
■ understatement, especially of artistic expression: *with strings and piano, all restraint vanished.*
– ORIGIN late Middle English: from Old French *restreinte*, feminine past participle of *restreindre* 'hold back' (see **RESTRAIN**).

**restraint of trade** ▶ noun [mass noun] Law action that interferes with free competition in a market.
■ [count noun] a clause in a contract that restricts a person's right to carry on their trade or profession.

**restrict** ▶ verb [with obj.] put a limit on; keep under control: *some roads may have to be closed at peak times to restrict the number of visitors.*
■ deprive (someone or something) of freedom of movement or action: *cities can restrict groups of protesters from gathering on a residential street.* ■ (**restrict someone to**) limit someone to only doing or having (a particular thing) or staying in (a particular place): *I shall restrict myself to a single example.* ■ (**restrict something to**) limit something, especially an activity, to (a particular place, time, or category of people): *the Zoological Gardens were at first restricted to members and their guests.* ■ withhold (information) from general circulation or disclosure: *at first the Americans tried to restrict news of their involvement in Vietnam.*
– ORIGIN mid 16th cent.: from Latin *restrict-* 'confined, bound fast', from the verb *restringere* (see **RESTRAIN**).

**restricted** ▶ adjective [attrib.] limited in extent, number, scope, or action: *Western scientists had only restricted access to the site.*
■ (of a document or information) for limited circulation and not to be revealed to the public for reasons of national security. ■ Biology (of a virus) unable to reproduce at its normal rate in certain hosts. ■ Biochemistry (of DNA) subject to degradation by a restriction enzyme.
– DERIVATIVES **restrictedly** adverb, **restrictedness** noun.

**restricted area** ▶ noun an area in which activity is restricted in a number of ways, in particular:
■ Brit. an area in which there is a speed limit for vehicles. ■ N. Amer. an area which unauthorized people are not allowed to enter.

**restriction** ▶ noun (often **restrictions**) a limiting condition or measure, especially a legal one: *planning restrictions on commercial development.*
■ [mass noun] the limitation or control of someone or something, or the state of being limited or restricted: *the restriction of local government power.*
– DERIVATIVES **restrictionism** noun, **restrictionist** adjective & noun.
– ORIGIN late Middle English: from Old French, or from Latin *restrictio(n-)*, from *restringere* 'bind fast, confine' (see **RESTRICT**).

**restriction enzyme** (also **restriction endonuclease**) ▶ noun Biochemistry an enzyme produced chiefly by certain bacteria, that has the property of cleaving DNA molecules at or near a specific sequence of bases.

**restriction fragment** ▶ noun Biochemistry a fragment of a DNA molecule that has been cleaved by a restriction enzyme.

**restriction fragment length polymorphism** ▶ noun Genetics a variation in the length of restriction fragments produced by a given restriction enzyme in a sample of DNA. Such variation is used in forensic investigations and to map hereditary disease.

**restrictive** ▶ adjective 1 imposing restrictions or limitations on someone's activities or freedom: *a web of restrictive regulations.*
2 Grammar (of a relative clause or descriptive phrase) serving to specify the particular instance or instances being mentioned.
– DERIVATIVES **restrictively** adverb, **restrictiveness** noun.

USAGE What is the difference between *the books which were on the table once belonged to my aunt* and *the books, which were on the table, once belonged to my aunt*? In the first sentence the speaker uses the relative clause to pick out a subset of books (the ones on the table) and imply a contrast with some other set of books. In the second sentence the size of the set of books referred to is unaffected by the relative clause; the speaker merely offers the additional information that they happen to be on the table.
This distinction is between restrictive and non-restrictive relative clauses. In writing, a non-restrictive relative clause is set off within commas, while in speech the difference is expressed by a difference in intonation. Ignorance of the distinction can lead to unintentionally comic effects: for example, strictly speaking, the relative clause in *if you are in need of assistance, please ask any member of staff who will be pleased to help* implies contrast with another set of staff who will not be pleased to help. A comma is needed before who.

**restrictive covenant** ▶ noun Law a covenant imposing a restriction on the use of land so that the value and enjoyment of adjoining land will be preserved.

**restrictive practice** ▶ noun Brit. an arrangement by a group of workers to limit output or restrict the entry of new workers in order to protect their own interests.
■ an arrangement in industry or trade that restrict or controls competition between firms.

**restring** ▶ verb (past and past participle **restrung**) [with obj.] 1 fit new or different strings to (a musical instrument or sports racket).
2 thread (objects such as beads) on a new string.

**restroom** ▶ noun 1 Brit. a room, especially in a public building, for people to relax or recover in.
2 chiefly N. Amer. a toilet in a public building.

**restructure** ▶ verb [with obj.] organize differently: *a plan to strengthen and restructure the EC.*
■ Finance convert (the debt of a business in difficulty) into another kind of debt, typically one that is repayable at a later time.

**restudy** ▶ verb (**-ies**, **-ied**) [with obj.] study (something) again.
▶ noun an instance of studying something again.

**restyle** ▶ verb [with obj.] 1 rearrange or remake in a new shape or layout: *Nick restyled Rebecca's hair.*
2 give a new designation to: [with obj. and complement] *BR's Network SouthEast division has restyled the branch the Lovejoy Line.*
▶ noun an instance of reshaping or rearranging something.
■ a new shape or arrangement.

**resubmit** ▶ verb [with obj.] submit (something, such as a plan, application, or resignation) again.
– DERIVATIVES **resubmission** noun.

**result** ▶ noun a consequence, effect, or outcome of something: *the tower collapsed as a result of safety violations.*
■ an item of information obtained by experiment or some other scientific method; a quantity or formula obtained by calculation. ■ (often **results**) a final score, mark, or placing in a sporting event or examination. ■ (often **results**) a satisfactory or favourable outcome of an undertaking or contest; *determination and persistence guarantee results.* ■ (usu. **results**) the outcome of a business's trading over a given period, expressed as a statement of profit or loss: *oil companies have reported markedly better results.*
▶ verb [no obj.] occur or follow as the consequence of something: *government unpopularity resulting from the state of the economy* | [as adj. **resulting**] *talk of a general election and the resulting political uncertainty.*
■ (**result in**) have (a specified end or outcome): *talks in July had resulted in stalemate.*
– PHRASES **without result** in vain: *Denny had inquired about getting work, without result.*
– ORIGIN late Middle English (as a verb): from medieval Latin *resultare* 'to result', earlier in the sense 'spring back', from *re-* (expressing intensive force) + *saltare* (frequentative of *salire* 'to jump'). The noun dates from the early 17th cent.

**resultant** ▶ adjective [attrib.] occurring or produced as a result or consequence of something: *restructuring and the resultant cost savings.*
▶ noun technical a force, velocity, or other vector quantity which is equivalent to the combined effect of two or more component vectors acting at the same point.
– ORIGIN mid 17th cent. (in the adjectival sense): from Latin *resultant-* 'springing back', from the verb *resultare* (see **RESULT**). The noun sense dates from the early 19th cent.

**resultative** Grammar ▶ adjective expressing, indicating, or relating to the outcome of an action.
▶ noun a resultative verb, conjunction, or clause.

**resume** ▶ verb [with obj.] begin to do or pursue (something) again after a pause or interruption: *a day later normal service was resumed.*
■ [no obj.] begin to be done, pursued, or used again after a pause or interruption: *hostilities had ceased and normal life had resumed.* ■ [no obj.] begin speaking again after a pause or interruption: *he sipped at the glass of water on the lectern and then resumed* | [with direct speech] *'As for Joe,' the Major resumed, 'I can't promise anything.'* ■ take, pick up, or put on again; return to the use of: *the judge resumed his seat.*
▶ noun N. Amer. variant spelling of **RÉSUMÉ** (in sense 2).
– DERIVATIVES **resumable** adjective, **resumption** noun.
– ORIGIN late Middle English: from Old French *resumer* or Latin *resumere*, from *re-* 'back' + *sumere* 'take'.

**résumé** /'rezjʊmeɪ/ ▶ noun 1 a summary: *I gave him a quick résumé of events.*
2 N. Amer. a curriculum vitae.
– ORIGIN early 19th cent.: French *résumé*, literally 'resumed', past participle (used as a noun) of *résumer*.

**resumptive** ▶ adjective Grammar indicating resumption of a topic having previous reference.

**resupinate** /rɪˈsuːpɪneɪt, -ˈsjuː-/ ▶ adjective Botany (of a leaf, flower, fruiting body, etc.) upside down.
– DERIVATIVES **resupination** noun.
– ORIGIN late 18th cent.: from Latin *resupinatus* 'bent back', past participle of *resupinare*, based on *supinus* 'lying on the back'.

**resupply** ▶ verb (**-ies**, **-ied**) [with obj.] provide with a fresh supply: *he planned to use 216 Squadron to resupply his force.*
■ [no obj.] take on or acquire a fresh supply: *phase two envisaged a period to regroup and resupply.*
▶ noun an act or resupplying something or being resupplied.

**resurface** ▶ verb 1 [with obj.] put a new coating on or reform (a surface such as a road, a floor, or ice).
2 [no obj.] come back up to the surface: *he resurfaced beside the boat.*
■ arise or become evident again: *serious concerns about the welfare of animals eventually resurfaced.* ■ (of a person) come out of hiding or obscurity: *he resurfaced under a false identity in Australia.*

**resurgence** ▶ noun [in sing.] an increase or revival

Case 3:02-cv-01991-JSW    Document 116-8    Filed 01/30/2004    Page 6 of 6

the late 13th century BC. The Egyptians were successful in driving them away, but some, including the Philistines, settled in Palestine. Also called **PEOPLES OF THE SEA**.

**sea perch** ▶ noun any of a number of marine fishes which typically have a long-based dorsal fin and which are popular as sporting fish, in particular:
- a fish of the snapper family (Lutjanidae, several genera). • a surfperch.

**sea pink** ▶ noun another term for THRIFT (in sense 2).

**seaplane** ▶ noun an aircraft with floats or skis instead of wheels, designed to land on and take off from water.

**seaport** ▶ noun a town or city with a harbour for seagoing ships.

**sea potato** ▶ noun a yellowish-brown European heart urchin.
- *Echinocardium cordatum*, class Echinoidea.

**sea power** ▶ noun [mass noun] a country's naval strength, especially as a weapon of war.

**SEAQ** ▶ abbreviation for (in the UK) Stock Exchange Automated Quotations (the computer system on which dealers trade shares and seek or provide price quotations on the London Stock Exchange).

**seaquake** ▶ noun a sudden disturbance of the sea caused by a submarine eruption or earthquake.

**sear** ▶ verb [with obj.] burn or scorch the surface of (something) with a sudden, intense heat: *the water got so hot that it seared our lips* | figurative *a sharp pang of disappointment seared her.*
- [no obj., with adverbial of direction] (of pain) be experienced as a sudden, burning sensation: *a crushing pain seared through his chest.* ■ brown (food) quickly at a high temperature so that it will retain its juices in subsequent cooking: [as adj. **seared**] *seared chicken livers.* ■ archaic cause to wither. ■ archaic make (someone's conscience, heart, or feelings) insensitive.
▶ adjective (also **sere**) poetic/literary (especially of plants) withered.
- ORIGIN Old English *sēar* (adjective), *sēarian* (verb), of Germanic origin.

**search** ▶ verb [no obj.] try to find something by looking or otherwise seeking carefully and thoroughly: *I searched among the rocks, but there was nothing* | *Daniel is then able to search out the most advantageous mortgage* | *Hugh will be searching for the truth.*
- [with obj.] examine (a place, vehicle, or person) thoroughly in order to find something or someone: *she searched the house from top to bottom* | *the guards searched him for weapons.* ■ [as adj. **searching**] scrutinizing thoroughly, especially in a disconcerting way: *you have to ask yourselves some searching questions.*
▶ noun an act of searching for someone or something: *the police carried out a thorough search of the premises* | *he plans to go to the Himalayas in search of a yeti.*
- [usu. **searches**] Law an investigation of public records to find if a property is subject to any liabilities or encumbrances.
- PHRASES **search me!** informal I do not know (used for emphasis).
- DERIVATIVES **searchable** adjective, **searcher** noun, **searchingly** adverb.
- ORIGIN Middle English: from Old French *cerchier* (verb), from late Latin *circare* 'go round', from Latin *circus* 'circle'.

**search coil** ▶ noun Physics a flat coil of insulated wire connected to a galvanometer, used for finding the strength of a magnetic field from the current induced in the coil when it is quickly turned over or withdrawn.

**search engine** ▶ noun Computing a program for the retrieval of data, files, or documents from a database or network, especially the Internet.

**searchlight** ▶ noun a powerful outdoor electric light with a concentrated beam that can be turned in the required direction.

**search party** ▶ noun a group of people organized to look for someone or something that is lost.

**search warrant** ▶ noun a legal document authorizing a police officer or other official to enter and search premises.

**searing** ▶ adjective extremely hot or intense: *the searing heat of the sun* | *a searing pain.*
- severely critical: *a searing indictment of the government's performance.*

**Searle** /sɜːl/, Ronald (William Fordham) (b.1920), English artist and cartoonist, famous for creating the schoolgirls of St Trinian's.

**sea robin** ▶ noun a gurnard (fish), especially one of warm seas which has wing-like pectoral fins that are brightly coloured.
- Family Triglidae: several genera and many species.

**sea room** ▶ noun [mass noun] clear space at sea for a ship to turn or manoeuvre in.

**Sears Tower** /sɪəz/ a skyscraper in Chicago, the tallest building in the world when it was completed in 1973. It is 443 m (1,454 ft) high and has 110 floors.

**sea-run** ▶ adjective N. Amer. (of a migratory fish, especially a trout) having returned to the sea after spawning.

**sea salt** ▶ noun [mass noun] salt produced by the evaporation of seawater.

**seascape** ▶ noun a view of an expanse of sea.
- a picture of such a view.

**Sea Scout** ▶ noun (especially in the UK) a member of the maritime branch of the Scout Association.

**sea serpent** ▶ noun a legendary serpent-like sea monster.

**sea shanty** ▶ noun see SHANTY¹.

**seashell** ▶ noun the shell of a marine mollusc.

**seashore** ▶ noun (usu. **the seashore**) an area of sandy, stony, or rocky land bordering and level with the sea.
- Law the land between high- and low-water marks.

**seasick** ▶ adjective suffering from sickness or nausea caused by the motion of a ship at sea.
- DERIVATIVES **seasickness** noun.

**seaside** ▶ noun (usu. **the seaside**) a place by the sea, especially a beach area or holiday resort.

**sea slater** ▶ noun a common shore-dwelling crustacean which is related to the woodlouse.
- *Ligia oceanica*, order Isopoda.

**sea slug** ▶ noun a shell-less marine mollusc which is typically brightly coloured, with external gills and a number of appendages on the upper surface.
- Order Nudibranchia, class Gastropoda.

**sea snail** ▶ noun 1 a marine mollusc, especially one with a spiral shell.
- Subclass Prosobranchia, class Gastropoda.
2 another term for SNAILFISH.

**sea snake** ▶ noun a venomous marine snake with a flattened tail, which lives in the warm coastal waters of the Indian and Pacific oceans and does not come on to land.
- Subfamily Hydrophiinae, family Elapidae: several genera and species, including the **yellow-bellied sea snake** (*Pelamis platurus*), the only species found in the open ocean.

**season** ▶ noun each of the four divisions of the year (spring, summer, autumn, and winter) marked by particular weather patterns and daylight hours, resulting from the earth's changing position with regard to the sun.
- a period of the year characterized by a particular climatic feature or marked by a particular activity, event, or festivity: *the rainy season* | *the season for gathering pine needles.* ■ a fixed time in the year when a particular sporting activity is pursued: *the English cricket season is almost upon us.* ■ the time of year when a particular fruit, vegetable, or other food is plentiful and in good condition: *the pies are made with fruit that is in season* | *new season's lamb.* ■ a period when a female mammal is ready to mate: *this system of communication works very well, especially when a female is in season.* ■ (**the season**) a time of year traditionally adopted by the English upper classes for a series of fashionable social events. ■ archaic a proper or suitable time: *to everything there is a season.* ■ archaic an indefinite or unspecified period of time: *a while; this most beautiful soul; who walked with me for a season in this world.*
▶ verb [with obj.] 1 add salt, herbs, pepper, or other spices to (food): *season the soup to taste with salt and pepper* | [as adj. **seasoned**] *seasoned flour.*
- add a quality or feature to (something), especially so as to make it more lively or exciting: *his conversation is seasoned liberally with exclamation points and punch lines.*
2 make (wood) suitable for use as timber by adjusting its moisture content to that of the environment in which it will be used: [as adj. **seasoned**] *it was made from seasoned, untreated oak.*
- [as adj. **seasoned**] accustomed to particular conditions; experienced: *she is a seasoned traveller.*
- PHRASES **for all seasons** suitable in or appropriate for every kind of weather: *a coat for all seasons.* ■ adaptable to any circumstance: *a singer for all seasons.* **season's greetings** used as an expression of goodwill at Christmas or the New Year.
- ORIGIN Middle English: from Old French *seson*, from Latin *satio(n-)* 'sowing', later 'time of sowing', from the root of *serere* 'to sow'.

**seasonable** ▶ adjective 1 usual for or appropriate to a particular season of the year: *seasonable temperatures.*
2 archaic coming at the right time or meeting the needs of the occasion; opportune.
- DERIVATIVES **seasonability** noun, **seasonableness** noun, **seasonably** adverb.

**seasonal** ▶ adjective of, relating to, or characteristic of a particular season of the year: *a selection of seasonal fresh fruit.*
- fluctuating or restricted according to the season or time of year: *there are companies whose markets are seasonal* | *seasonal rainfall.*
- DERIVATIVES **seasonality** noun, **seasonally** adverb.

**seasonal affective disorder** ▶ noun [mass noun] depression associated with late autumn and winter and thought to be caused by a lack of light.

**seasoning** ▶ noun [mass noun] 1 salt, herbs, or spices added to food to enhance the flavour.
2 the process of adjusting the moisture content of wood to make it more suitable for use as timber.

**season ticket** ▶ noun a ticket for a period of travel or a series of events which costs less than purchasing several separate tickets.

**sea spider** ▶ noun a spider-like marine arachnid which has a narrow segmented body with a minute abdomen and long legs.
- Class Pycnogonida.

**sea squill** ▶ noun see SQUILL (sense 1).

**sea squirt** ▶ noun a marine tunicate which has a bag-like body with orifices through which water flows into and out of a central pharynx.
- Class Ascidiacea, subphylum Urochordata.

**sea stack** ▶ noun see STACK (sense 2).

**sea star** ▶ noun a starfish.

**sea state** ▶ noun the degree of turbulence at sea, generally measured on a scale of 0 to 9 according to average wave height.

**seat** ▶ noun 1 a thing made or used for sitting on, such as a chair or stool.
- the roughly horizontal part of a chair, on which one's weight rests directly. ■ a sitting place for a passenger in a vehicle or for a member of an audience: *we have a fairly small theatre with about 1,300 seats.* ■ chiefly Brit. a place in an elected parliament or council: *he lost his seat in the 1997 election.* ■ Brit. a parliamentary constituency: *a safe Labour seat in the North-East.* ■ a site or location of something specified: *Parliament House was the seat of the Scots Parliament until the Union with England.* ■ short for COUNTRY SEAT. ■ a part of a machine that supports or guides another part.
2 a person's buttocks.
- the part of a garment that covers the buttocks. ■ a manner of sitting on a horse: *he's got the worst seat on a horse of anyone I've ever seen.*
▶ verb [with obj.] arrange for (someone) to sit somewhere: *Owen seated his guests in the draughty baronial hall.*
- (**seat oneself** or **be seated**) sit down: *she invited them to be seated* | [as adj. **seated**] *a dummy in a seated position.* ■ (of a place such as a theatre or restaurant) have seats for (a specified number of people): *a large tent that seats 100 to 150 people.* ■ [with obj. and adverbial of place] fit in position: *upper boulders were simply seated in the interstices below.*
- PHRASES **take one's seat** sit down, typically in a seat assigned to one. ■ start to take part in the business of an assembly after being elected.
- DERIVATIVES **seatless** adjective.
- ORIGIN Middle English (as a noun): from Old Norse *sæti*, from the Germanic base of SIT. The verb dates from the late 16th cent.

**seat belt** ▶ noun a belt used to secure someone in the seat of a motor vehicle or aircraft.

**-seater** ▶ combining form denoting a vehicle, sofa, or building with a specified number of seats: *a six-seater.*

**seating** ▶ noun [mass noun] the seats with which a building or room is provided: *the restaurant has seating for 80.*

**SEATO** ▶ abbreviation for South-East Asia Treaty Organization.

a cat | ɑː arm | e bed | ɛː hair | ə ago | ɜː her | ɪ sit | i cosy | iː see | ɒ hot | ɔː saw | ʌ run | ʊ put | uː too | ʌɪ my | aʊ how | eɪ day | əʊ no | ɪə near | ɔɪ boy | ʊə poor | ʌɪə fire | aʊə sour