# EXHIBIT 8

# THE RANDOM HOUSE DICTIONARY OF THE ENGLISH LANGUAGE

Second Edition

Unabridged

*Dedicated to the memory of*
*Jess Stein*

COPYRIGHT © 1987, BY RANDOM HOUSE, INC.

First Edition: Copyright © 1983, 1981, 1979, 1973, 1971, 1970, 1969, 1967, 1966, by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Reference Department, Random House, Inc., 201 E. 50th Street, New York, N.Y. 1002. Published in the United States by Random House, Inc., and simultaneously in Canada by Random House of Canada Limited, Toronto

*The Random House Dictionary of the English Language* and its abbreviations, RHD, RHDEL, RHD-I, and RHD-II, are trademarks of Random House, Inc.

Library of Congress Cataloging-in-Publication Data
The Random House dictionary of the English language.
(Random House dictionaries)
1. English language—Dictionaries. I. Flexner,
Stuart Berg. II. Series.
PE1625.R3  1987      423      87-4500
ISBN 0-394-50050-4; 0-394-56500-2 deluxe ed.

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights my exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity o legal status of the word or term as a trademark, service mark, or other proprietary term

*The Concise French Dictionary*, edited by Francesca L. V. Langbaum, Copyright © 1983, 1954, by Random House, Inc

*The Concise German Dictionary*, edited by Jenni Karding Moulton, Copyright © 1983, 1959, by Random House, Inc.

*The Concise Italian Dictionary*, edited by Robert A. Hall, Jr., Copyright © 1983, 1957, by Random House, Inc.

*The Concise Spanish Dictionary*, edited by Donald F. Solá, Copyright © 1983, 1954, by Random House, Inc.

Entire contents of the *Atlas*, Copyright © 1987, by C. S. Hammond & Company.

*International Phonetic Alphabet*, courtesy International Phonetic Association

Manufactured in the United States of America

r.s/uh

**ammo′nium binox′alate**, *Chem.* a colorless, crystalline, water-soluble, poisonous solid, $C_2H_5NO_4 \cdot H_2O$, used chiefly for removing ink stains from fabrics.

**ammo′nium car′bamate**, *Chem.* a white, crystalline, water-soluble, extremely volatile powder, $CH_6N_2O_2$, used as a fertilizer.

**ammo′nium car′bonate**, *Chem.* a water-soluble mixture of ammonium bicarbonate and ammonium carbamate, occurring either as a white powder or in colorless, hard, crystalline masses: used chiefly in the manufacture of smelling salts and baking powder. [1880–85]

**ammo′nium chlo′ride**, *Chem., Pharm.* a white, crystalline, water-soluble powder, $NH_4Cl$, which produces a cooling sensation on the tongue, used chiefly in the manufacture of dry cells, in electroplating, and in medicine as an expectorant. Also called **sal ammoniac**. [1865–70]

**ammo′nium chrome′ al′um**, *Chem.* See **chrome alum** (def. 1).

**ammo′nium chro′mic sul′fate**, *Chem.* See **chrome alum** (def. 1).

**ammo′nium cy′anate**, *Chem.* a white, crystalline solid, $CH_4N_2O$, soluble in alcohol, that is converted into urea when heated.

**ammo′nium hydrox′ide**, *Chem.* a basic compound, $NH_4OH$, existing only in solution, formed by dissolving ammonia gas in water. Cf. **ammonia**. [1900–05]

**ammo′nium lac′tate**, *Chem.* a colorless to yellow, water-soluble, syrupy liquid, $C_3H_9NO_3$, used chiefly in electroplating.

**ammo′nium ni′trate**, *Chem.* a white, crystalline, water-soluble powder, $NH_4NO_3$, usually produced by reacting nitric acid with vaporous ammonia: used chiefly in explosives, fertilizers, freezing mixtures, and in the manufacture of nitrous oxide. [1880–85]

**ammo′nium phos′phate**, *Chem.* **1.** See **monoammonium phosphate**. **2.** (loosely) diammonium phosphate.

**ammo′nium pur′purate** (pûr′pyər it, -pyə rāt′), *Chem.* murexide. [PURPUR(IC) + -ATE²]

**ammo′nium salt′**, *Chem.* any salt containing the $NH_4^+$ ion, formed by the neutralization of ammonium hydroxide by an acid.

**ammo′nium sel′enate**, *Chem.* a colorless, crystalline, water-soluble solid, $(NH_4)_2SeO_4$, used as a mothproofing agent.

**ammo′nium ste′arate**, *Chem.* a tan, waxlike, water-insoluble solid, $C_{18}H_{39}NO_2$, used chiefly in the manufacture of cosmetics.

**ammo′nium sul′fate**, *Chem.* a white, crystalline, water-soluble solid, $(NH_4)_2SO_4$, used chiefly as a fertilizer. [1800–85]

**ammo′nium thiocy′anate**, *Chem.* a colorless, crystalline, deliquescent, water-soluble solid, $CH_4N_2S$, used chiefly as a herbicide and as a fixative in textile printing.

**ammo′nium thiosul′fate**, *Chem.* a white, crystalline, water-soluble solid, $(NH_4)_2S_2O_3$, used chiefly in the manufacture of cleaning compounds for alloys having a tin or lead base.

**am·mo·no** (am′ə nō′), *adj. Chem.* of, containing, or derived from ammonia. [independent use of AMMONO-]

**ammono-**, a combining form representing **ammonia** in compound words: *ammonolysis.*

**am·mo·noid** (am′ə noid′), *n.* any cephalopod mollusk of the extinct order Ammonoidea, from the Devonian to the Cretaceous periods, having a coiled, chambered shell. [1880–85; < NL *Ammonoidea*, equiv. to *Ammon(ites)* name of the order + *-oidea* -OIDEA; see AMMONITE²]

**am·mo·nol·y·sis** (am′ə nol′ə sis), *n., pl.* **-ses** (-sēz′). *Chem.* decomposition in which ammonia is resolved into other compounds by being a source of H⁺ and $NH_2$. [1910–15; AMMONO- + -LYSIS] —**am·mo·no·lit·ic** (ə mōn′l-it′ik, am′ə nl-), *adj.*

**am·mo·no·lyze** (ə mōn′l īz′), *v.,* **-lyzed, -lyz·ing.** *Chem.* —*v.t.* **1.** to subject to ammonolysis. —*v.i.* **2.** to undergo ammonolysis. [1930–35; AMMONOL(YSIS) + -IZE]

**am·moph·i·lous** (ə mof′ə ləs), *adj. Biol.* living or growing in sand. [1875–80; < Gk *ámmo(s)* sand + -PHILOUS]

**am·mu·ni·tion** (am′yə nish′ən), *n.* **1.** the material fired, scattered, dropped, or detonated from any weapon, as bombs or rockets, and esp. shot, shrapnel, bullets, or shells fired by guns. **2.** the means of igniting or exploding such material, as primers, fuzes, and gunpowder. **3.** any material, means, weapons, etc., used in any conflict: *a crude ammunition of stones.* **4.** information, advice, or supplies to help defend or attack a viewpoint, argument, or claim: *Give me some ammunition for the debate.* **5.** *Obs.* any military supplies. [1620–30; < MF *amonitions, amunitions* (pl.) military supplies (a- A-⁵ + munition < L; see MUNITION), or < F *la munition,* wrongly analyzed as *l'amunition*]

**Amn**, Air Force. airman.

**am·ne·sia** (am nē′zhə), *n.* loss of a large block of interrelated memories; complete or partial loss of memory caused by brain injury, shock, etc. [1780–90; < NL < Gk *amnēsía,* var. of *amnēstía* oblivion; perhaps learnedly formed from *mnē-,* s. of *mimnḗskesthai* to remember (cf. MNEMONIC) + -s- + -ia -IA. See AMNESTY] —**am·nes·tic** (am nes′tik), *adj.*

**am·ne·si·ac** (am nē′zhē ak′, -zē-), *n.* **1.** a person affected with amnesia. —*adj.* **2.** Also, **am·ne·sic** (am-nē′sik, -zik). displaying the symptoms of amnesia. [1910–15; AMNESI(A) + -AC, after such pairs as MANIA, MANIAC]

**am·nes·ty** (am′nə stē), *n., pl.* **-ties,** *v.,* **-tied, -ty·ing.** —*n.* **1.** a general pardon for offenses, esp. political offenses, against a government, often granted before any trial or conviction. **2.** *Law.* an act of forgiveness for past offenses, or of a class or classes of persons as a whole. **3.** a forgetting or overlooking of any past offense. —*v.t.* **4.** to grant amnesty to; pardon. [1570–80; (< MF *amnestie*) < Gk *amnēstía* oblivion, equiv. to *ámnēst(os)* forgetting (a- A-⁶ + *mnēs-* remember + *-tos* verbal adj. suffix) + *-ia* -Y³]
—**Syn. 1.** See **pardon**.

**Am′nesty Interna′tional**, an independent worldwide organization working against human-rights violations and for the release of persons imprisoned for political or religious dissent; Nobel peace prize 1977. *Abbr.:* AI, A.I.

**am·ni·o·cen·te·sis** (am′nē ō sen tē′sis), *n., pl.* **-ses** (-sēz). a surgical procedure for obtaining a sample of amniotic fluid from the amniotic sac in the uterus of a pregnant woman by inserting a hollow needle through the abdominal wall, used in diagnosing certain genetic defects or possible obstetric complications. [1955–60; *amnio-* (as comb. form of AMNION) + CENTESIS]

**am·ni·og·ra·phy** (am′nē og′rə fē), *n., pl.* **-phies.** an x-ray examination of the amniotic sac after the injection of an opaque solution, performed to permit visualization of the umbilical cord and the placenta. [1965–70; *amnio-* (as comb. form of AMNION) + -GRAPHY]

**am·ni·on** (am′nē ən), *n., pl.* **-ni·ons, -ni·a** (-nē ə). **1.** *Anat., Zool.* the innermost of the embryonic or fetal membranes of reptiles, birds, and mammals; the sac in which the embryo is suspended. **2.** *Zool.* a similar membrane of insects and other invertebrates. [1660–70; < Gk, equiv. to *amn(ós)* lamb (see YEAN) + *-ion* dim. suffix]

**am·ni·ote** (am′nē ōt′), *n.* any vertebrate of the group Amniota, comprising the reptiles, birds, and mammals, characterized by having an amnion during the embryonic stage. Cf. **anamniote**. [< NL *amniota;* see AMNION, -OTE]

**am·ni·ot·ic** (am′nē ot′ik), *adj. Anat., Zool.* of, pertaining to, or having an amnion. Also, **am·ni·on·ic** (am′nē on′ik), **am·nic** (am′nik). [1815–25; AMNI(ON) + -OTIC]

**am′niot′ic flu′id**, *Anat., Zool.* the watery fluid in the amnion, in which the embryo is suspended.

**amn't** (ant, am′ənt), am not.
—*Usage.* See **ain't**.

**am·o·bar·bi·tal** (am′ō bär′bi tal′, -tōl′), *n. Pharm.* a colorless, crystalline barbiturate, $C_{11}H_{18}N_2O_3$, used chiefly as a sedative. [1945–50; AM(YL) + -o- + BARBITAL]

**a·moe·ba** (ə mē′bə), *n., pl.* **-bas, -bae** (-bē). ameba.

**am·oe·bae·an** (am′ə bē′ən), *adj. Pros.* alternately responsive, as verses in dialogue. Also, **am′oe·be′an**. [1650–60; < L *amoebae(us)* antiphonal (< Gk *amoibaîos* interchanging, equiv. to *amoib(ḗ)* alternation (cf. AMEBA) + *-aios* adj. suffix) + -AN]

**am·oe·bi·a·sis** (am′ə bī′ə sis), *n. Pathol.* amebiasis.

**a·moe·bic** (ə mē′bik), *adj.* amebic.

**a·moe·bo·cyte** (ə mē′bə sīt′), *n.* amebocyte.

**a·moe·boid** (ə mē′boid), *adj.* ameboid. —**a·moe′-boid·ism**, *n.*

**a·mok** (ə muk′, ə mok′), *n.* **1.** (among members of certain Southeast Asian cultures) a psychic disturbance characterized by depression followed by a manic urge to murder. —*adv.* **2.** run or go amok. See **amuck** (def. 1). —*adj.* **3.** amuck. Also, **amuck**. [1865–70; < Malay *amuk*]

**a·mo·le** (ə mō′lā; *Sp.* ä mô′le), *n., pl.* **-les** (-läz; *Sp.* -les). *Southwestern U.S.* **1.** the root of any of several plants, as Mexican species of agaves, used as a substitute for soap. **2.** any such plant itself. [< MexSp < Nahuatl *ahmôlli* soap]

**A·mon** (ä′mən), *n. Egyptian Myth.* Amen.

**a·mong** (ə mung′), *prep.* **1.** in, into, or through the midst of; in association or connection with; surrounded by: *He was among friends.* **2.** in the midst of, so as to influence: *missionary work among the local people.* **3.** with a share for each of: *Divide the cigars among you.* **4.** in the number, class, or group of; of or out of: *That is among the things we must do.* **5.** by all or with the whole of; by most or with many of: *popular among the people.* **6.** by the joint or reciprocal action of: *Settle it among yourselves.* **7.** each with the other; mutually: *They quarreled among themselves.* **8.** familiar to or characteristic of: *a proverb among the Spanish.* [bef. 1000; ME; OE *amang, onmang* for *on gemang,* on *gemonge* (dat. of *gemong* crowd, akin to *mengan* to mix) in (the) group (of); akin to MINGLE]
—**Syn.** AMONG and BETWEEN suggest a relationship that is not necessarily physical: *among the crowd; between two pillars; They don't have much sense among them.* Between *you and me, I don't like any of them.* AMID, a more literary word, implies being in the middle of a place or surrounded by something: *to stand amid ruins.*
—*Usage.* See **between**.

**a·mongst** (ə mungst′, ə mungkst′), *prep. Chiefly Brit.* among. [1200–50; earlier *amongs,* ME *amonges,* equiv. to *among* AMONG + -es adv. gen. suffix; excrescent -t as in AGAINST]

**A·mon-Ra** (ä′mən rä′), *n. Egyptian Myth.* Amen-Ra.

**a·mon·til·la·do** (ə mon′tl ä′dō, -tē ä′-; *Sp.* ä môn′tē-lyä′thô, -yä′ᵗhô), *n.* a pale, dry Spanish sherry. [1815–25; < Sp, equiv. to *a* to, near (< L *ad*) + *Montill(a)* (see MONTILLA) + *-ado* -ATE¹]

**A·mor** (ä′môr), *n.* Cupid. [< L: love; see AMOROUS]

**a·mo·ra** (ə môr′ə, ə mōr′ə), *n., pl.* **a·mo·ra·im** (ä′mô-rä′im, ä′mō-). (*often cap.*) *Judaism.* one of a group of Jewish scholars, active in the rabbinical academies of Palestine and Babylonia from the 3rd to the 6th centuries A.D., whose commentaries on and interpretations of the Mishnah comprise the Palestinian and Babylonian Gemaras. Cf. **sabora, tanna**. [< Heb *āmôrā′* interpreter]

**a·mor·al** (ā môr′əl, ā mōr′-, ā mor′-, a mor′-), *adj.* **1.** not involving questions of right or wrong; without moral quality; neither moral nor immoral. **2.** having no moral standards, restraints, or principles; unaware of or indifferent to questions of right or wrong: *a completely amoral person.* [1880–85; A-⁶ + MORAL] —**a·mor′al·ism**, *n.* —**a·mo·ral·i·ty** (ā′mə ral′i tē, am′ə-), *n.* —**a·mor′al·ly**, *adv.*
—**Syn.** See **immoral**.

**A′mor as′teroid**, *Astron.* one of a small group of asteroids whose orbits approach but do not cross that of the earth: named after the first such asteroid discovered (1932). Cf. **Apollo asteroid**.

**AMORC**, Ancient Mystic Order Rosae Crucis. See under **Rosicrucian** (def. 2).

**am·o·ret·to** (am′ə ret′ō; *It.* ä′mô Ret′tô), *n., pl.* **-ret-ti** (-ret′ē; *It.* -Ret′tē). a little cupid. [1590–1600; < It, equiv. to *amor(e)* love (< L *amōrem,* acc. of *amor*) + *-etto* -ET; cf. AMOUR]

**a·mo·ri·no** (am′ə rē′nō; *It.* ä′mô Rē′nō), *n., pl.* **-ni** (-nē). *Fine Arts.* a putto represented as an infant cupid. [1855–60; < It, equiv. to *amor(e)* love (see AMORETTO) + *-ino* dim. suffix (< L *-inus* adj. suffix)]

**am·o·rist** (am′ər ist), *n.* **1.** a person who is devoted to love and lovemaking. **2.** a person who writes about love. [1575–85; < L *amor* love + -IST] —**am′o·ris′tic**, *adj.*

**Am·o·rite** (am′ə rīt′), *n.* **1.** a member of one of the principal tribes, or nomadic peoples, of Canaan before its conquest by the Israelites. II Sam. 12:26–31. **2.** the Semitic language of the Amorites. [1600–10; < Heb *ĕmōr(i)* Amorites + -ITE¹]

**a·mo·ro·so** (ä′mə rō′sō; *Sp.* ä′mô Rô′sô), *n.* a medium dry sherry of Spain. [1610–20; < Sp: AMOROUS]

**am·o·rous** (am′ər əs), *adj.* **1.** inclined or disposed to love, esp. sexual love: *an amorous disposition.* **2.** showing or expressing love: *an amorous letter.* **3.** of or pertaining to love: *amorous poetry.* **4.** being in love; enamored: *She smiled and at once he became amorous of her.* [1275–1325; ME < MF < L *amōrōsus,* equiv. to *amor* love + *-ōsus* -OSE¹, -OUS] —**am′o·rous·ly**, *adv.* —**am′-o·rous·ness, am·o·ros·i·ty** (am′ə ros′i tē), *n.*
—**Syn. 1.** loving, amatory. **2.** passionate, impassioned; fond, tender. **3.** erotic.

**a·mor pa·tri·ae** (ä′môr pä′trē ī′; *Eng.* ā′môr pā′-trē ē′), *Latin.* love of one's country; patriotism.

**a·mor·phism** (ə môr′fiz əm), *n.* **1.** the state or quality of being amorphous. **2.** *Obs.* nihilism (def. 3). [1850–55; < G *Amorphismus* < Gk *ámorph(os)* AMORPHOUS + *-ismos* -ISM]

**a·mor·phous** (ə môr′fəs), *adj.* **1.** lacking definite form; having no specific shape; formless: *the amorphous clouds.* **2.** of no particular kind or character; indeterminate; having no pattern or structure; unorganized: *an amorphous style; an amorphous personality.* **3.** *Petrog., Mineral.* occurring in a mass, as without stratification or crystalline structure. **4.** *Chem.* not crystalline. **5.** *Biol.* having structural components that are not clearly differentiated, as the nuclear material in certain bacteria. [1725–35; < Gk *ámorphos* shapeless. See A-⁶, -MORPH, -OUS] —**a·mor′phous·ly**, *adv.* —**a·mor′phous·ness**, *n.*
—**Syn. 1, 2.** shapeless, undefined; vague, anomalous.

**a·mort** (ə môrt′), *adj. Archaic.* spiritless; lifeless. [1580–90; < F *à mort* at (the point of) death. See A-⁵, MORT]

**amort.**, amortization.

**am·or·ti·za·tion** (am′ər tə zā′shən, ə môr′-), *n.* **1.** an act or instance of amortizing a debt or other obligation. **2.** the sums devoted to this purpose. Also, **amortizement**. [1665–75; < ML *a(d)mortīzātiōn-* (s. of *admortīzātiō*). See AMORTIZE, -ATION]

**am·or·tize** (am′ər tīz′, ə môr′tīz), *v.t.,* **-tized, -tiz·ing.** **1.** *Finance.* **a.** to liquidate or extinguish (a mortgage, debt, or other obligation), esp. by periodic payments to the creditor or to a sinking fund. **b.** to write off a cost of (an asset) gradually. **2.** *Old Eng. Law.* to convey to a corporation or church group; alienate in mortmain. Also, esp. *Brit.,* **am′or·tise**′. [1375–1425; ME *amortisen* < AF, OF *amortiss-,* long s. of *amortir* lit., to kill, die < VL *ⱡa(d)mortīre* (deriv. of L *mors,* s. *mort-* death, with *ad-* AD-); -IZE later r. -is(s)-, prob. by assoc. with AL *a(d)mortīzāre*] —**am′or·tiz′a·ble**, *adj.*

**am·or·tize·ment** (am′ər tīz′mənt, ə môr′tīz-), *n.* **1.** a sloping top on a buttress, pillar, etc. **2.** an architectural feature, as a gable, at the top of a façade. **3.** amortization. Also, **a·mor·tisse·ment** (ə môr′tiz mənt). [1610–20; AMORTIZE + -MENT, after MF or AF *amortissement*]

**A·mo·ry** (ā′mə rē), *n.* a male or female given name.

**A·mos** (ā′məs), *n.* **1.** a Minor Prophet of the 8th century B.C. **2.** a book of the Bible bearing his name. **3.** a male given name: from a Hebrew word meaning "burden."

**am·o·site** (am′ə sīt′), *n. Mineral.* an asbestine variety of anthophyllite, rich in iron, formerly used as a heat-resistant material. [1915–20; A(sbestos) M(ine) o(f) S(outh Africa) + -ITE¹]

**a·mount** (ə mount′), *n.* **1.** the sum total of two or more quantities or sums; aggregate. **2.** the sum of the principal and interest of a loan. **3.** quantity; measure: *a great amount of resistance.* **4.** the full effect, value, or significance. —*v.i.* **5.** to total; add (usually fol. by *to*): *The repair bill amounts to $300.* **6.** to reach, extend, or be equal in number, quantity, effect, etc.; be equivalent (usually fol. by *to*): *It is stated differently but amounts to the same thing.* **7.** to develop into; become (usually fol.

---

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, ēqual; if, īce; ox, ōver, ôrder, oil, bŏŏk, bōōt; out; up, ûrge; child; sing; shoe; thin, that; zh as in treasure. ə = a as in alone, e as in system, i as in easily, o as in gallop, u as in circus; ⁺ as in fire (fiⁱr), hour (ouⁱr). l and n can serve as syllabic consonants, as in cradle (krād′l), and button (but′n). See the full key inside the front cover.

**bi·cy·cle** (bī/si kəl, -sik/əl, -sī/kəl), n., v., -cled, -cling. —n. 1. a vehicle with two wheels in tandem, usually propelled by pedals connected to the rear wheel by a chain, and having handlebars for steering and a saddlelike seat. —v.i. 2. to ride a bicycle. —v.t. 3. to ship or transport directly by bicycle or other means. [1865–70; < F; see BI-[1], CYCLE] —bi/cy·clist, bi/cy·cler, n.



bicycle (def. 1)
A, seat; B, frame; C, hand brake; D, handlebar; E, pedal; F, stand; G, chain; H, derailleur gear

**bi/cycle kick/**, 1. an exercise performed by lying on one's back with the hips and legs in the air, supported by the hands, and moving the legs as if pedaling a bicycle. 2. Soccer. a dramatic kick made by a player throwing both feet in the air as a ball is approaching on the fly, while moving the legs with a pedaling motion to kick the ball in the opposite direction to which the player is facing, with the player usually ending up sprawled on the ground. [1960–65]

**bi/cycle path/**, a path, as one alongside a roadway, for the use of bicyclists. Also called **bike path**. [1970–75]

**bi/cycle race/**, Sports. cycling (def. 2). Also, **bi/cycle rac/ing**. [1865–70]

**bi·cy·clic** (bī sī/klik, -sik/lik), adj. 1. consisting of or having two cycles or circles. 2. Bot. in two whorls, as the stamens of a flower. 3. pertaining to or resembling a bicycle. Also, **bi·cy/cli·cal**. [1875–80; BI-[1] + CYCLIC]

**bicy/clic ter/pene**, Chem. See under **terpene** (def. 2).

**bid**[1] (bid), v., **bade** or (Archaic) **bad** for 1, 2, 5, 6, 8 or **bid** for 3, 4, 7, 9, 10; **bid·den** or **bid** for 1, 2, 5, 6, 8 or **bid** for 3, 4, 7, 9; **bid·ding**; n. —v.t. 1. to command; order; direct: to bid them depart. 2. to express (a greeting, farewell, benediction, or wish): to bid good night. 3. Com. to offer (a certain sum) as the price one will pay or charge: They bid $25,000 and got the contract. 4. Cards. to enter a bid of (a given quantity or suit): to bid two no-trump. 5. to summon by invitation; invite. —v.i. 6. to command; order; direct: I will do as you bid. 7. to make a bid: She bid at the auction for the old chair. 8. **bid fair**. See **fair**[1] (def. 23). 9. **bid in**, Com. to overbid all offers for (property) at an auction in order to retain ownership. 10. **bid up**, Com. to increase the market price of by increasing bids. —n. 11. an act or instance of bidding. 12. Cards. a. an offer to make a specified number of points or to take a specified number of tricks. b. the amount of such an offer. c. the turn of a person to bid. 13. an invitation: a bid to join the club. 14. an attempt to attain some goal or purpose: a bid for election. 15. Also called **bid price**. Stock Exchange. the highest price a prospective buyer is willing to pay for a security at a given moment. [bef. 900; ME bidden, OE biddan to beg, ask; c. OFris bidda, OS biddian, OHG bittan (G bitten), ON bithja, Goth bidjan; all < Gmc *bidja- (< IE *bhidh-) command, akin to Gk peithein to persuade, inspire with trust, E BIDE] —**bid/der**, n.
—Syn. 1. charge; require, enjoin. 3. offer, tender, proffer. 11. offer, proposal; proffer.

**bid**[2] (bid), v. Archaic. pp. of **bide**.

**B.I.D.**, Bachelor of Industrial Design.

**b.i.d.**, (in prescriptions) twice a day. [< L bis in diē]

**bi·dar·ka** (bī där/kə), n. a sealskin boat used by Aleuts and southern Alaskan Eskimos. Also, **bi·dar·ra** (bī där/ə), **bi·dar·kee** (bī där/kē), **baidarka**. [1825–35; < Russ baĭdárka, equiv. to baĭdár(a) kind of river craft (appar. akin to baĭdák river craft, barge, ORuss baĭdakŭ, bodakŭ, of obscure orig.) + -ka dim. suffix]

**Bi·dault** (bē dō/), n. **Georges** (zhôRzh), 1899–1983, French statesman.

**bid·da·ble** (bid/ə bəl), adj. 1. Cards. adequate to bid upon: a biddable suit. 2. willing to do what is asked; obedient; tractable; docile: a biddable child. 3. that may be acquired by bidding: biddable merchandise. [1820–30; BID[1] + -ABLE] —**bid/da·bil/i·ty, bid/da·ble·ness**, n. —**bid/da·bly**, adv.

**Bid·de·ford** (bid/ə fərd), n. a city in SW Maine. 19,638.

**bid·den** (bid/n), v. 1. a pp. of **bid**. —adj. 2. invited.

**bid·ding** (bid/ing), n. 1. command; summons; invitation: I went there at his bidding. 2. bids collectively, or a period during which bids are made or received: The bidding began furiously. 3. a bid. 4. **do someone's bidding**, to submit to someone's orders; perform services for someone: After he was promoted to vice president at the bank, he expected everyone around him to do his bidding. [1125–75; ME bid[1], -ING[1]]

**bid/ding prayer/**, 1. the formal petitionary prayer, said esp. in the Anglican Church immediately before the sermon. 2. an intercessory prayer for persons living and dead, said in English churches up to about the middle of the 16th century. [1745–55]

**Bid·dle** (bid/l), n. 1. **Francis**, 1886–1968, U.S. attorney general 1941–45. 2. **John**, 1615–62, English theologian; founder of English Unitarianism. 3. **Nicholas**, 1786–1844, U.S. financier.

**bid·dy**[1] (bid/ē), n., pl. **-dies**. Chiefly New England, South Midland, and Southern U.S. 1. a chicken. 2. a newly hatched chick. [1595–1605; cf. Brit. dial. biddy (< ?) with same sense; usually as a call to chickens]

**bid·dy**[2] (bid/ē), n., pl. **-dies**. 1. a fussbudget, esp. a fussy old woman. 2. a female domestic servant, esp. a cleaning woman. [1700–10; special use of Biddy, byform of BRIDGET]

**bide** (bīd), v., **bid·ed** or **bode**; **bid·ed** or (Archaic) **bid**; **bid·ing**. —v.i. 1. Archaic. to endure; bear. 2. Obs. to encounter. —v.i. 3. to dwell; abide; wait; remain. 4. **bide one's time**, to wait for a favorable opportunity: He wanted to ask for a raise, but bided his time. [bef. 900; ME biden, OE bīdan; c. OFris bidia, OS bidan, OHG bītan, ON bitha, Goth beidan, L fīdere, Gk peíthesthai to trust, rely < IE *bheidh-; the meaning appar. developed: have trust > endure > wait > ABIDE > remain] —**bid/er**, n.
—Syn. 3. stay, linger, tarry.

**bi·den·tate** (bī den/tāt), adj. Biol. having two teeth or toothlike parts or processes. [1750–60; < L bident- (s. of bidēns, equiv. to bi- BI-[1] + dēns tooth) + -ATE[1]]

**bi·den·tic·u·late** (bī/den tik/yə lit), adj. Zool., Bot. having two small teeth or toothlike processes. [BI-[1] + DENTICULATE]

**bi·det** (bē dā/, bi det/), n. 1. a low, basinlike bathroom fixture, usually with spigots, used for bathing the genital and perineal areas. 2. a small saddle horse. [1620–30; < MF: pony; akin to OF bider to trot]

**bi·di** (bē/dē), n., pl. **-dis**. (in India) an inexpensive cigarette, locally produced usually from cut tobacco rolled in leaf. Also, **beedi, biri**. [< Hindi bīḍī < Skt viṭikā a preparation rolled in betel leaf]

**bi·di·a·lec·tal** (bī/dī ə lek/təl), adj. proficient in or using two dialects of the same language. [1965–70; BI-[1] + DIALECTAL on the model of BILINGUAL] —**bi/di·a·lec/tal·ism, bi·di/a·lec·tism**, n. —**bi/di·a·lec/tal·ly**, adv.

**bi·di·rec·tion·al** (bī/di rek/shə nl, -dī-), adj. capable of reacting or functioning in two, usually opposite, directions. [1940–45; BI-[1] + DIRECTIONAL] —**bi/di·rec/tion·al/i·ty**, n. —**bi/di·rec/tion·al·ly**, adv.

**bi·don·ville** (Fr. bē dôN vēl/), n., pl. **-villes** (Fr. -vēl/). (esp. in France and North Africa) an impoverished shantytown on the outskirts of a city. [1950–55; < F, equiv. to bidon metal drum, can (for oil, etc.) (earlier, five-pint wooden jug; of uncert. orig.) + -ville, comb. form, in placenames, of ville city < L vīlla VILLA; metal cans are often used as building materials in such towns]

**bid/ price/**, Stock Exchange. bid[1] (def. 15).

**bid-up** (bid/up/), n. 1. the act or an instance of increasing the price of something by forcing the bidding upward. 2. the amount of such increase: a bid-up of 100 percent in the last year. [1860–65; n. use of v. phrase bid up]

**B.I.E.**, Bachelor of Industrial Engineering.

**Bie·der·mei·er** (bē/dər mī/ər), adj. noting or pertaining to a style of furnishings common in German-speaking areas in the early to middle 19th century, generally existing as a simplification of the French Directoire and Empire styles, usually executed in fruitwood with much use of matched veneers, and often displaying architectural motifs. [named after Gottlieb Biedermeier, imaginary author of poems actually composed by various writers and published in German magazine Fliegende Blätter from 1855 on]



Biedermeier cabinet

**Biel** (bēl), n. **Lake**. See **Bienne, Lake of**.

**bield** (bēld), n. Scot. a shelter; refuge. [1400–50; late ME (Scots).beld(e), beild, appar. to be identified with ME beild courage, power, aid, OE bieldo boldness; akin to Goth balthei confidence. See BOLD]

**Bie·le·feld** (bē/lə felt/), n. a city in N West Germany. 315,000.

**Bie·ler·see** (bē/lər zā/), n. German name of Lake of Bienne.

**Biel·sko-Bia·ła** (byel/skô byä/lä, -byä/wä), n. a city in S Poland. 116,100. German, **Bie·litz** (bē/lits).

**bien en·ten·du** (byà nän tän dY/), French. naturally; of course. [lit., well understood]

**Bienne** (byen), n. **Lake of**, a lake in NW Switzerland; traces of prehistoric lake dwellings. 16 sq. mi. (41 sq. km). Also called **Lake Biel**. German, **Bielersee**.

**bi·en·ni·al** (bī en/ē əl), adj. 1. happening every two years: biennial games. 2. lasting or enduring for two years: a biennial life cycle. 3. Bot. completing its normal... of life in two years, flowering and fruiting the second year, as beets or winter wheat. —n. 4. any event occurring once in two years. 5. Bot. a biennial plant. Also, **biyearly** (for defs. 1, 2). [1615–25; BIENNI(UM) + -AL[1]] —**bi·en/ni·al·ly**, adv.
—**Usage**. See **bi-**[1].

**bi·en·ni·um** (bī en/ē əm), n., pl. **-en·ni·ums, -en·ni·a** (-en/ē ə). a period of two years. [1895–1900; < L, equiv. to bi- BI-[1] + -enn- (comb. form of annus year) + -ium -IUM]

**bien·ve·nu** (byaN və nY/), adj. French. welcome. [lit., well arrived]

**bien·ve·nue** (byaN və nY/), French. —adj. 1. welcome (used when addressing or referring to a woman). —n. 2. a welcome; kindly greeting or reception.

**Bien·ville** (byaN vēl/), n. **Jean Bap·tiste Le Moyne** (zhäN bȧ tēst/ lə mwȧn/), **Sieur de** (syœR də), 1680–1768, French governor of Louisiana.

**bier** (bēr), n. 1. a frame or stand on which a corpse or the coffin containing it is laid before burial. 2. such a stand together with the corpse or coffin. [bef. 900; ME bere, OE bēr, bǣr(e); c. OHG bāra (G Bahre), D, Dan baar, Sw bår; sp. influenced by F bière; akin to BEAR[1], BARROW[1]]

**Bierce** (bērs), n. **Ambrose (Gwin·nett)** (gwi net/), 1842–1914?, U.S. journalist and short-story writer.

**bier·kä·se** (bēr/kā zə), n. a semisoft, strong white cow's-milk cheese that originated in Germany, and is eaten esp. with beer. Also, **Bier/kä/se**. [< G, equiv. to Bier BEER + Käse CHEESE[1]]

**Bier·stadt** (bēr/stat; Ger. bēR/shtät), n. **Al·bert** (al/bərt; Ger. äl/beRt), 1830–1902, U.S. painter, born in Germany.

**bier·stu·be** (bēr/shtoo bə), n., pl. **-bes, -ben** (-bən). a tavern or café offering German or German-style atmosphere, décor, food, beer, etc. [1905–10; < G, equiv. to Bier BEER + Stube room; see STOVE[1]]

**biest·ings** (bē/stingz), n. (used with a singular v.) beestings.

**bi·fa·cial** (bī fā/shəl), adj. 1. having two faces or fronts. 2. Archaeol. having the opposite surfaces alike, as some tools. [1880–85; BI-[1] + FACIAL] —**bi·fa/cial·ly**, adv.

**bi·far·i·ous** (bī fâr/ē əs), adj. Bot. in two vertical rows. [1650–60; < LL bifārius twofold, double, deriv. (see -IOUS) of L bifāriam (adv.) in two parts or places, equiv. to bi- BI-[1] + -fāriam (perh. deriv. of *fās utterance, thus orig. "having two expressions"; see INFANT); cf. MULTIFARIOUS] —**bi·far/i·ous·ly**, adv.

**biff**[1] (bif), Slang. —n. 1. a blow; punch. —v.t. 2. to hit; punch. [1840–50, Amer.; perh. imit.]

**biff**[2] (bif), n. biffy.

**bif·fin** (bif/in), n. a deep-red cooking apple native to Britain. [1785–95; var. of beefing (so called from color of beef); see -ING[3]]

**bif·fy** (bif/ē), n., pl. **-fies**. Chiefly Upper Midwest and Canadian Slang. a toilet or privy. Also, **biff**. [orig. obscure]

**bi·fid** (bī/fid), adj. separated or cleft into two equal parts or lobes. [1655–65; < L bifidus, equiv. to bi- BI-[1] + fid- (var. s. of findere to split; akin to BITE) + -us adj. suffix] —**bi·fid/i·ty**, n. —**bi/fid·ly**, adv.

**bi·fi·lar** (bī fī/lər), adj. furnished or fitted with two filaments or threads. [1830–40; BI-[1] + L fil(um) (see FILE[1]) + -AR[1]] —**bi·fi/lar·ly**, adv.

**bi·flag·el·late** (bī flaj/ə lit, -lit), adj. Zool. having two flagella. [1855–60; BI-[1] + FLAGELLATE]

**bi·flex** (bī/fleks), adj. bent at two places. [BI-[1] + -flex < L flexus; see FLEX]

**bi·fluor·ide** (bī flŏŏr/īd, -flôr/-, -flōr/-), n. Chem. an acid salt of hydrofluoric acid containing the group $HF_2^-$, as ammonium bifluoride, $NH_4HF_2$. [BI-[1] + FLUORIDE]

**bi·fo·cal** (bī fō/kəl, bī/fō/-), adj. 1. Chiefly Optics. having two foci. 2. (of an eyeglass or contact lens) having two portions, one for near and one for far vision. —n. 3. bifocals, bifocal eyeglasses or contact lenses. [1885–90, Amer.; BI-[1] + FOCAL]

**bi·fold** (bī/fōld/), adj. capable of being folded into two parts, as with leaves that are hinged together: a bifold door; bifold shutters. Also, **bi/fold/ing**. [BI-[1] + -FOLD]

**bi·fo·li·ate** (bī fō/lē it, -āt/), adj. having two leaves. [1830–40; BI-[1] + FOLIATE]

**bi·fo·li·o·late** (bī fō/lē ə lāt/, -lit), adj. Bot. having two leaflets. [1825–35; BI-[1] + FOLIOLATE]

**bi·fo·rate** (bī fōr/āt, -fōr/-, bī/fə rāt/, bif/ə-), adj. Biol. having two pores or perforations. [1835–45; BI-[1] + L forātus perforated, ptp. of forāre to bore]

**bi·forked** (bī/fôrkt/), adj. bifurcate (def. 2). [1570–80; BI-[1] + FORKED]

**bi·form** (bī/fôrm/), adj. having or combining two forms, as a centaur or mermaid. Also, **bi/formed/**. [1810–20; < L biformis, equiv. to bi- BI-[1] + form(a) FORM + -is adj. suffix] —**bi·for/mi·ty**, n.

**Bif·rost** (biv/rost), n. Scand. Myth. the rainbow bridge of the gods from Asgard to earth. [< ON Bifrǫst, equiv. to bif- (root of bifa, c. OE bifian to shake) + rǫst, c. OHG rasta stretch of road]

**bi·func·tion·al** (bī fungk/shə nl), adj. 1. having or serving two functions. 2. Chem. having or involving two functional groups. [1935–40; BI-[1] + FUNCTIONAL]

**bi·fur·cate** (v., adj. bī/fər kāt/, bī fûr/kāt; adj. also bī/fər kit, bī fûr/-), v., **-cat·ed, -cat·ing**, adj. —v.t., v.i. 1. to divide or fork into two branches. —adj. 2. divided into two branches. [1605–15; < ML bifurcātus, ptp. of bifurcāre (bi- BI-[1] + furc(a) FORK + -ātus -ATE[1])] —**bi·fur/cate·ly** (bī/fər kit lē, bī fûr/kāt lē, -kit-), adv. —**bi/fur·ca/tion**, n.

**big**[1] (big), adj., **big·ger, big·gest**, adv. —adj. 1. large, as in size, height, width, or amount: a big house; a...

hypotheses required to describe the system or explain the phenomenon, often mathematically. **11.** *Zool.* an animal that is mimicked in form or color by another. —*adj.* **12.** serving as an example or model: *a model home open to prospective buyers.* **13.** worthy to serve as a model; exemplary: *a model student.* **14.** being a small or miniature version of something: *He enjoyed building model ships.* —*v.t.* **15.** to form or plan according to a model. **16.** to give shape or form to; fashion. **17.** to make a miniature model of. **18.** to fashion in clay, wax, or the like. **19.** to simulate (a process, concept, or the operation of a system), commonly with the aid of a computer. **20.** to display to other persons or to prospective customers, esp. by wearing: *to model dresses.* **21.** to use or include as an element in a larger construct: *to model new data into the forecast.* —*v.i.* **22.** to make models. **23.** to produce designs in some plastic material. **24.** to assume a typical or natural appearance, as the parts of a drawing in progress. **25.** to serve or be employed as a model. [1565–75; earlier *modell* < MF *modelle* < It *modello* < VL \**modellus*, equiv. to L *mod(ulus)* (see MODULE) + *-ellus* -ELLE] —**mod′el•er;** *esp. Brit.,* **mod′el•ler,** *n.*
—**Syn. 1.** paragon; prototype, archetype, mold, original. See **ideal. 16.** design.

**mod•el•ing** (mod′l ing), *n.* **1.** the act, art, or profession of a person who models. **2.** the process of producing sculptured work with some plastic material, as clay. **3.** the technique of rendering the illusion of volume on a two-dimensional surface by shading. **4.** the treatment of volume, as the turning of a form, in sculpture. **5.** the representation, often mathematical, of a process, concept, or operation of a system, often implemented by a computer program. **6.** Also called **imitation.** *Psychol.* therapy in which a particular behavior is elicited by the observation of similar behavior in others. Also, *esp. Brit.,* **mod′el•ling.** [1575–85; MODEL + -ING¹]

**mod•el•ist** (mod′l ist), *n.* a person who makes models, as of airplanes. [1670–80; MODEL + -IST]

**Model T,** an automobile with a 2.9-liter, 4-cylinder engine, produced by the Ford Motor Company from 1909 through 1927, considered to be the first motor vehicle successfully mass-produced on an assembly line.

**mo•dem** (mō′dəm, -dem), *Computers.* —*n.* **1.** an electronic device that makes possible the transmission of data to or from a computer via telephone or other communication lines. —*v.t.* **2.** to send or receive (information, data, or the like) via a modem. [*mo(dulator)-dem(odulator)*]

**Mo•de•na** (mōd′n ə; *It.* mô′de nä), *n.* a city in N Italy, NW of Bologna. 178,959.

**mod•er•ate** (*adj., n.* mod′ər it, mod′rit; *v.* mod′ə rāt′), *adj., n., v.,* **-at•ed, -at•ing.** —*adj.* **1.** kept or keeping within reasonable or proper limits; not extreme, excessive, or intense: *a moderate price.* **2.** of medium quantity, extent, or amount: *a moderate income.* **3.** mediocre or fair: *moderate talent.* **4.** calm or mild, as of the weather. **5.** of or pertaining to moderates, as in politics or religion. —*n.* **6.** a person who is moderate in opinion or opposed to extreme views and actions, esp. in politics or religion. **7.** (*usually cap.*) a member of a political party advocating moderate reform. —*v.t.* **8.** to reduce the excessiveness of; make less violent, severe, intense, or rigorous: *to moderate the sharpness of one's words.* **9.** to preside over or at (a public forum, meeting, discussion, etc.). —*v.i.* **10.** to become less violent, severe, intense, or rigorous. **11.** to act as moderator; preside. [1350–1400; ME *moderate* (adj.), *moderaten* (v.) < L *moderātus* (ptp. of *moderāri* to restrain, control), equiv. to *moderā-* v. s. (see MODEST) + *-tus* ptp. suffix] —**mod′er•ate•ly,** *adv.* —**mod′er•ate•ness,** *n.*
—**Syn. 1.** reasonable, temperate, judicious, just, cool, steady, calm. MODERATE, TEMPERATE, JUDICIOUS, REASONABLE all stress the avoidance of excess—emotional, physical, intellectual, or otherwise. MODERATE implies response or behavior that is by nature not excessive: *a moderate drinker, a moderate amount of assistance.* TEMPERATE, interchangeable with MODERATE in some general uses, usually stresses the idea of caution, control, or self-restraint: *a surprisingly temperate response to the angry challenge.* JUDICIOUS emphasizes prudence and the exercise of careful judgment: *a judicious balance between freedom and restraint; judicious care to offend neither side.* REASONABLE suggests the imposition or adoption of limits derived from the application of reason or good sense: *a reasonable price; a reasonable amount of damages allotted to each claimant.* **2.** average. **8.** meliorate, pacify, calm, mitigate, soften, mollify, temper, qualify, appease, abate, lessen, diminish. See **allay.**
—**Ant. 5, 6.** radical.

**mod′erate breeze′,** a wind of 13–18 mph (5.8–8 m/sec). [1795–1805]

**mod′erate gale′,** a wind of 32–38 mph (14–17 m/sec). [1695–1705]

**mod•er•a•tion** (mod′ə rā′shən), *n.* **1.** the quality of being moderate; restraint; avoidance of extremes or excesses; temperance. **2.** the act of moderating. **3. moderations.** *Brit.* the first public examinations at Oxford University for the B.A. degree in mathematics or in classics. **4. in moderation,** without excess; moderately; temperately: *to drink in moderation.* [1375–1425; late ME *moderacion* < L *moderātiōn-* (s. of *moderātiō*). See MODERATE, -ION]

**mod•er•a•tion•ist** (mod′ə rā′shə nist), *n.* a person who favors, supports, or promotes moderation. [1840–50; MODERATION + -IST]

**mod•e•ra•to** (mod′ə rä′tō), *adj. Music.* moderate; in moderate time. [1715–25; < It < L *moderātus* MODERATE]

CONCISE ETYMOLOGY KEY: <, descended or borrowed from; >, whence; b., blend of; blended; c., cognate with; cf., compare; deriv., derivative; equiv., equivalent; imit., imitative; obl., oblique; r., replacing; s., stem; sp., spelling, spelled; resp., repelling, repelled; trans., translation; ?, origin unknown; *, unattested; ‡, probably earlier than. See the full key inside the front cover.

**•er•a•tor** (mod′ə rā′tər), *n.* **1.** a person or thing that moderates. **2.** a person who presides over a panel discussion on radio or television. **3.** a presiding officer, as at a public forum, a legislative body, or an ecclesiastical body in the Presbyterian Church. **4.** *Physics.* a substance, as graphite or heavy water, used to slow neutrons to speeds at which they are more efficient in causing fission. [1350–1400; ME < L *moderātor,* equiv. to *moderā(ri)* to control (see MODERATE) + *-tor* -TOR] —**mod•er•a•to•ri•al** (mod′ər ə tôr′ē əl, -tōr′-), *adj.* —**mod′er•a′tor•ship′,** *n.*

**mod•ern** (mod′ərn), *adj.* **1.** of or pertaining to present and recent time; not ancient or remote: *modern city life.* **2.** characteristic of present and recent time; contemporary; not antiquated or obsolete: *modern viewpoints.* **3.** of or pertaining to the historical period following the Middle Ages: *modern European history.* **4.** of, pertaining to, or characteristic of contemporary styles of art, literature, music, etc., that reject traditionally accepted or sanctioned forms and emphasize individual experimentation and sensibility. **5.** (*cap.*) new (def. 12). **6.** *Typography.* noting or descriptive of a font of numerals in which the body aligns on the baseline, as 1234567890. Cf. **old style** (def. 3). —*n.* **7.** a person of modern times. **8.** a person whose views and tastes are modern. **9.** *Print.* a type style differentiated from old style by heavy vertical strokes and straight serifs. [1490–1500; < MF *moderne* < LL *modernus,* equiv. to L *mod(o), mod(ō)* lately, just now (orig. abl. sing. of *modus* MODE¹) + *-ernus* adj. suffix of time] —**mod′ern•ly,** *adv.* —**mod′ern•ness,** *n.*
—**Syn. 1.** MODERN, RECENT, LATE apply to that which is near to or characteristic of the present as contrasted with any other time. MODERN is applied to those things that exist in the present age, esp. in contrast to those of a former age or an age long past; hence the word sometimes has the connotation of up-to-date and, thus, good: *modern ideas.* That which is RECENT is separated from the present or the time of action by only a short interval; it is new, fresh, and novel: *recent developments.* LATE may mean nearest to the present moment: *the late reports on the battle.*

**mod′ern cut′,** *Jewelry.* any of several modifications or combinations of the brilliant cut, step cut, or table cut, having the girdle outline often in some novel form. Also, **mod′erne cut′.**

**mod′ern dance′,** a form of contemporary theatrical and concert dance employing a special technique for developing the use of the entire body in movements expressive of abstract ideas. [1910–15]

**mo•derne** (mō därn′, mə-), *adj.* pretentiously modern; striving to appear modern but lacking style or conviction. [< F: MODERN]

**Mod′ern Eng′lish,** the English language since c1475. Also called **New English.**

**Mod′ern French′,** the French language since c1600. [1895–1900]

**Mod′ern Greek′,** the Greek language since c1500. *Abbr.:* ModGk Also called **New Greek.** [1740–50]

**Mod′ern He′brew,** the living language of modern Israel, a revived form of ancient Hebrew. *Abbr.:* ModHeb Also called **New Hebrew.** [1970–75]

**Mod′ern Icelan′dic,** the Icelandic language since c1550. [1925–30]

**mod•ern•ism** (mod′ər niz′əm), *n.* **1.** modern character, tendencies, or values; adherence to or sympathy with what is modern. **2.** a modern usage or characteristic. **3.** (*cap.*) *Theol.* **a.** the movement in Roman Catholic thought that sought to interpret the teachings of the Church in the light of philosophic and scientific conceptions prevalent in the late 19th and early 20th centuries; condemned by Pope Pius X in 1907. **b.** the liberal theological tendency in Protestantism in the 20th century. **4.** (*sometimes cap.*) a deliberate philosophical and practical estrangement or divergence from the past in the arts and literature occurring esp. in the course of the 20th century and taking form in any of various innovative movements and styles. [1730–40; MODERN + -ISM]

**mod•ern•ist** (mod′ər nist), *n.* **1.** a person who follows or favors modern ways, tendencies, etc. **2.** a person who advocates the study of modern subjects in preference to ancient classics. **3.** an adherent of modernism in theological questions. —*adj.* **4.** of modernists or modernism. [1580–90; MODERN + -IST]

**mod•ern•is•tic** (mod′ər nis′tik), *adj.* **1.** modern. **2.** of or pertaining to modernism or modernists. [1905–10; MODERN + -ISTIC] —**mod′ern•is′ti•cal•ly,** *adv.*

**mo•der•ni•ty** (mo dûr′ni tē, mō-), *n., pl.* **-ties. 1.** the quality of being modern. **2.** something modern. [1620–30; MODERN + -ITY]

**mod•ern•ize** (mod′ər nīz′), *v.,* **-ized, -iz•ing.** —*v.t.* **1.** to make modern; give a new or modern character or appearance to: *to modernize one's ideas; to modernize a kitchen.* —*v.i.* **2.** to become modern; adopt modern ways, views, etc. Also, *esp. Brit.,* **mod′ern•ise′.** [1740–50; MODERN(ISM) + -IZE] —**mod′ern•i•za′tion,** *n.* —**mod′ern•iz′er,** *n.*
—**Syn. 1.** renovate, refurbish, update.

**mod′ern jazz′,** any of various styles of jazz that have evolved since the early 1940's and are marked generally by harmonic and rhythmic complexity, emphasis on chord progressions rather than melody, a tendency to draw on classical forms and styles, and eclectic, allusive melodic tags in improvisation. Also called **progressive jazz.** Cf. **bop¹, cool jazz, hard bop.** [1950–55]

**mod′ern lan′guage,** one of the literary languages currently in use in Europe, as French, Spanish, or German, treated as a departmental course of study in a school, college, or university. [1830–40]

**mod′ern pentath′lon,** an athletic contest comprising five different events, a 300-meter freestyle swim, a 4000-meter cross-country run, a 5000-meter equestrian steeplechase, épée fencing, and pistol target-shooting at 25 meters, the winner being the contestant with the

total score. Also called **military pentathlon, pe..alon.** [1940–45]

**Mod′ern Per′sian,** the Persian language since the Middle Persian stage.

**mod′ern syn′thesis,** *Biol.* a consolidation of the results of various lines of investigation from the 1920's through the 1950's that supported and reconciled the Darwinian theory of evolution and the Mendelian laws of inheritance in terms of natural selection acting on genetic variation.

**Mo•der•sohn-Beck•er** (mō′dər zōn bek′ər), *n.* **Pau•la** (pou′lä), 1876–1907, German painter.

**mod•est** (mod′ist), *adj.* **1.** having or showing a moderate or humble estimate of one's merits, importance, etc.; free from vanity, egotism, boastfulness, or great pretensions. **2.** free from ostentation or showy extravagance: *a modest house.* **3.** having or showing regard for the decencies of behavior, speech, dress, etc.; decent: *a modest neckline on a dress.* **4.** limited or moderate in amount, extent, etc.: *a modest increase in salary.* [1555–65; < L *modestus* restrained, decorous, equiv. to *modes-* (s. of \**modus,* an s-stem akin to *modus* MODE¹, perh. < \**medos,* with the vowel of *modus;* cf. *moderāri* to MODERATE, from the same n. stem) + *-tus* adj. suffix] —**mod′est•ly,** *adv.*
—**Syn. 1.** retiring, unassuming. **1, 2.** unpretentious, unobtrusive. **3.** pure, virtuous. MODEST, DEMURE, PRUDISH imply conformity to propriety and decorum, and a distaste for anything coarse or loud. MODEST implies a becoming shyness, sobriety, and proper behavior: *a modest, self-respecting person.* DEMURE implies a bashful, quiet simplicity, staidness, and decorum; but can also indicate an assumed or affected modesty: *a demure young chorus girl.* PRUDISH suggests an exaggeratedly self-conscious modesty or propriety in behavior or conversation of one who wishes to be thought of as easily shocked and who often is intolerant: *a prudish objection to a harmless remark.* —**Ant. 3.** bold, coarse.

**Mo•des•to** (mə des′tō), *n.* a city in central California. 106,105.

**mod•es•ty** (mod′ə stē), *n., pl.* **-ties. 1.** the quality of being modest; freedom from vanity, boastfulness, etc. **2.** regard for decency of behavior, speech, dress, etc. **3.** simplicity; moderation. [1525–35; < L *modestia.* See MODEST, -Y³]

**mod′esty pan′el,** a panel across the front of a desk, esp. an office desk, designed to conceal the legs of a person seated at it.

**MODFET** (mod′fet′), *n. Electronics.* modulation-doped field effect transistor.

**ModGk,** Modern Greek. Also, **Mod. Gk., Mod. Gr.**

**ModHeb,** Modern Hebrew. Also, **Mod. Heb.**

**mod•i•cum** (mod′i kəm), *n.* a moderate or small amount: *He hasn't even a modicum of common sense.* [1425–75; late ME < L, n. use of neut. of *modicus* moderate, equiv. to *modi-,* comb. form of *modus* limit (see MODE¹) + *-cus* adj. suffix]

**modif.,** modification.

**mod•i•fi•cand** (mod′ə fi kand′), *n. Gram.* a word that is modified, or qualified, by another. In *red books, books* is a modificand. [1825–35; < L *modificandum* (a thing) to be measured or limited, ger. of *modificāre* to MODIFY]

**mod•i•fi•ca•tion** (mod′ə fi kā′shən), *n.* **1.** an act or instance of modifying. **2.** the state of being modified; partial alteration. **3.** a modified form; variety. **4.** *Biol.* a change in a living organism acquired from its own activity or environment and not transmitted to its descendants. **5.** limitation or qualification. **6.** *Gram.* **a.** the use of a modifier in a construction, or of modifiers in a class of constructions or in a language. **b.** the meaning of a modifier, esp. as it affects the meaning of the word or other form modified: *Limitation is one kind of modification.* **c.** a change in the phonological shape of a morpheme, word, or other form when it functions as an element in a construction, as the change of *not* to *-n't* in *doesn't.* **d.** an adjustment in the form of a word as it passes from one language to another. [1495–1505; < L *modificātiōn-* (s. of *modificātiō*), equiv. to *modificāt(us)* (ptp. of *modificāre;* see MODIFY) + *-iōn-* -ION]

**mod•i•fi•ca•to•ry** (mod′ə fi kə tôr′ē, -tōr′ē), *adj.* modifying. Also, **mod′i•fi•ca′tive.** [1815–25; < L *modificāt(us)* (see MODIFICATION) + -ORY¹]

**mod′ified Amer′ican plan′,** (in hotels) a system of paying a single fixed rate that covers room, breakfast, and one other meal, usually dinner. *Abbr.:* MAP Cf. **American plan, demi-pension, European plan.**

**mod•i•fi•er** (mod′ə fī′ər), *n.* **1.** a person or thing that modifies. **2.** *Gram.* **a.** a word, phrase, or sentence element that limits or qualifies the sense of another word, phrase, or element in the same construction. **b.** the immediate constituent of an endocentric construction that is not the head. [1575–85; MODIFY + -ER¹]
—**Usage.** See **dangling participle, misplaced modifier.**

**mod•i•fy** (mod′ə fī′), *v.,* **-fied, -fy•ing.** —*v.t.* **1.** to change somewhat the form or qualities of; alter partially; amend: *to modify a contract.* **2.** *Gram.* (of a word, phrase, or clause) to stand in a syntactically subordinate relation to (another word, phrase, or clause), usually with descriptive, limiting, or particularizing meaning; be a modifier. In *a good man, good* modifies *man.* **3.** to be the modifier or attribute of. **4.** to change (a vowel) by umlaut. **5.** to reduce or lessen in degree or extent; moderate; soften: *to modify one's demands.* —*v.i.* **6.** to be or become modified. [1350–1400; ME *modifier* < MF *modifier* < L *modificāre* to impose a rule or pattern, regulate, restrain. See MODE¹, -IFY] —**mod′i•fi′a•ble,** *adj.* —**mod′i•fi′a•bil′i•ty, mod′i•fi′a•ble•ness,** *n.*
—**Syn. 1.** vary, adjust, shape, reform. **5.** MODIFY, QUALIFY, TEMPER suggest altering an original statement, condition, or the like, so as to avoid anything excessive or extreme. To MODIFY is to alter in one or more particulars, generally in the direction of leniency or moderation: *to modify demands, rates.* To QUALIFY is to restrict or limit by exceptions or conditions: *to qualify one's praise,*

*hopes*. To TEMPER is to alter the quality of something, generally so as to diminish its force or harshness: *to temper one's criticism with humor.*

**Mo·di·glia·ni** (mō dē′lē ä′nē, mō′dēl yä′-; *It.* mô′dē-lyä′nē), *n.* **A·me·de·o** (ä′me de′ô), 1884–1920, Italian painter and sculptor in France.

**mo·dil·lion** (mō dil′yən, mə-), *n. Archit.* an ornamental cantilever beneath the corona or similar member of a cornice, stringcourse, etc. [1555–65; < It *modiglione* < VL \**mutiliōnem*, var. of \**mūtuliōnem*, acc. of \**mūtuliō*. See MUTULE, -ION]


modillion

**mo·di·o·lus** (mō dī′ə ləs, mə-), *n., pl.* **-li** (-lī′). *Anat.* the central, conical axis of the cochlea of the ear. [1685–95; < NL, L: nave of a wheel bucket, drinking vessel, equiv. to *modi*(us) a dry measure (perh. deriv. of *modus* MODE¹) + -*olus* -OLE¹] —**mo·di′o·lar,** *adj.*

**mod·ish** (mō′dish), *adj.* in the current fashion; stylish. [1650–60; MODE² + -ISH¹] —**mod′ish·ly,** *adv.* —**mod′ish·ness,** *n.*
—Syn. smart, chic, trendy.

**mo·diste** (mō dēst′; *Fr.* mô dēst′), *n., pl.* **-distes** (-dēsts′; *Fr.* -dēst′). *Older Use.* a female maker of or dealer in women's fashionable attire. [1830–40; < F; see MODE², -IST]

**Mo·djes·ka** (mō jes′kə), *n.* **He·le·na** (hə lā′nə), (*Helena Opid Modrzejewska*), 1840–1909, Polish actress, in U.S. after 1876.

**Mo·doc** (mō′dok), *n., pl.* **-docs.** (*esp. collectively*) **-doc.** a member of an American Indian people belonging to the Lutuamian group and ranging from southern Oregon to northern California.

**mo′dock wool′** (mō′dok). See **territory wool.** [special use of MODOC]

**mod. praesc.,** (in prescriptions) in the manner prescribed; as directed. [< L *modō praescriptō*]

**Mo·dred** (mō′drid), *n. Arthurian Romance.* the nephew and treacherous killer of Arthur. Also, **Mordred.**

**mod·u·lar** (moj′ə lər), *adj.* **1.** of or pertaining to a module or a modulus. **2.** composed of standardized units or sections for easy construction or flexible arrangement: *a modular home; a modular sofa.* **3.** *Math.* (of a lattice) having the property that for any two elements with one less than the other, the union of the smaller element with the intersection of the larger element and any third element of the lattice is equal to the intersection of the larger element with the union of the smaller element and the third element. **4.** *Computers.* composed of software or hardware modules that can be altered or replaced without affecting the remainder of the system. —*n.* **5.** something, as a house or piece of furniture, built or organized in self-contained units or sections. **6.** a self-contained unit or item, as of furniture, that can be combined or interchanged with others like it to create different shapes or designs. [1790–1800; < NL *modulāris*. See MODULE, -AR¹]

**mod′ular arith′metic,** arithmetic in which numbers that are congruent modulo a given number are treated as the same. Cf. **congruence** (def. 2), **modulo, modulus** (def. 2b). [1955–60]

**mod·u·lar·i·ty** (moj′ə lar′i tē, mod′yə-), *n.* the use of individually distinct functional units, as in assembling an electronic or mechanical system. [1935–40; MODULAR + -ITY]

**mod·u·lar·ize** (moj′ə lə rīz′), *v.t.,* **-ized, -iz·ing.** to form or organize into modules, as for flexibility. Also, *esp. Brit.,* **mod′u·lar·ise′.** [1955–60; MODULAR + -IZE] —**mod′u·lar·i·za′tion,** *n.*

**mod·u·late** (moj′ə lāt′), *v.,* **-lat·ed, -lat·ing.** —*v.t.* **1.** to regulate by or adjust to a certain measure or proportion; soften; tone down. **2.** to alter or adapt (the voice) according to the circumstances, one's listener, etc. **3.** *Music.* **a.** to attune to a certain pitch or key. **b.** to vary the volume of (tone). **4.** *Telecommunications.* to cause the amplitude, frequency, phase, or intensity of (a carrier wave) to vary in accordance with a sound wave or other signal, the frequency of the signal wave usually being very much lower than that of the carrier. —*v.i.* **5.** *Telecommunications.* **a.** to modulate a carrier wave. **b.** *CB Slang.* to talk; visit: *Enjoyed modulating with you.* **6.** *Music.* to pass from one key to another. [1550–60; < L *modulātus* (ptp. of *modulārī* to regulate (sounds), set to music, play an instrument). See MODULE, -ATE¹] —**mod·u·la·bil·i·ty** (moj′ə lə bil′i tē), *n.* —**mod′u·la′tive, mod·u·la·to·ry** (moj′ə lə tôr′ē, -tōr′ē), *adj.*
—Syn. **2.** temper, control.

**mod·u·la·tion** (moj′ə lā′shən, mod′yə-), *n.* **1.** the act of modulating. **2.** the state of being modulated. **3.** *Music.* transition from one key to another. **4.** *Gram.* **a.** the use of a particular distribution of stress or pitch in a construction, as of rising pitch on *here* in *John is here?* **b.** the feature of a construction resulting from such use. [1350–1400; ME < L *modulātiōn-* (s. of *modulātiō*) rhythmical measure. See MODULATE, -ION]

**mod·u·la·tor** (moj′ə lā′tər), *n.* **1.** a person or thing that modulates. **2.** *Telecommunications.* a device for modulating a carrier wave. [1490–1500; < L *modulātor*; see MODULATE, -TOR]

**mod·ule** (moj′ōōl), *n.* **1.** a separable component, frequently one that is interchangeable with others, for as- sembly into units of differing size, complexity, or function. **2.** any of the individual, self-contained segments of a spacecraft, designed to perform a particular task: *the spacecraft's command module; a lunar module.* **3.** a standard or unit for measuring. **4.** a selected unit of measure, ranging in size from a few inches to several feet, used as a basis for the planning and standardization of building materials. **5.** *Math.* an Abelian group with a set of left or right operators forming a ring such that for any two operators and any group element the result of having the first operator act on the element, giving a second element, and the second operator act on the second element, is equal to the result of having a single operator, formed by adding or multiplying the two operators, act on the first element. Cf. **ring**¹ (def. 23). **6.** *Computers.* **a.** part of a program that performs a distinct function. **b.** an interchangeable, plug-in hardware unit. [1555–65; < L *modulus;* see MODULUS]

**mod·u·lo** (moj′ə lō′), *adv. Math.* with respect to a modulus: *6 is congruent to 11, modulo 5.* [1895–1900; < NL *modulō,* abl. of L *modulus* MODULUS]

**mod·u·lus** (moj′ə ləs), *n., pl.* **-li** (-lī). **1.** *Physics.* a coefficient pertaining to a physical property. **2.** *Math.* **a.** that number by which the logarithms in one system are multiplied to yield the logarithms in another. **b.** a quantity by which two given quantities can be divided to yield the same remainders. **c.** See **absolute value.** [1555–65; < L: a unit of measure; see MODE¹, -ULE]

**mod′ulus of elastic′ity,** *Physics.* any of several coefficients of elasticity of a body, expressing the ratio between a stress or force per unit area that acts to deform the body and the corresponding fractional deformation caused by the stress. Also called **coefficient of elasticity, elastic modulus.** [1800–10]

**mod′ulus of rigid′ity,** *Physics.* See **shear modulus.** [1875–80]

**mod′ulus of tor′sion,** *Physics.* See **shear modulus.**

**mo·dus op·e·ran·di** (mō′dəs op′ə ran′dē, -dī; *Lat.* mō′doos ō′pe RÄN′dē), *pl.* **mo·di op·e·ran·di** (mō′dē op′ə ran′dē, mō′dī op′ə ran′dī; *Lat.* mō′dē ō′pe RÄN′dē). mode of operating or working. [1645–55; < L *modus operandī*]

**mo·dus vi·ven·di** (mō′dəs vi ven′dē, -dī), *pl.* **mo·di vi·ven·di** (mō′dē vi ven′dē, mō′dī vi ven′dī). **1.** manner of living; way of life; lifestyle. **2.** a temporary arrangement between persons or parties pending a settlement of matters in debate. [1875–80 < L *modus vivendī* mode of living]

**Moe** (mō), *n.* a male given name, form of **Morris** or **Moses.**

**Moe·bi·us** (mœ′bē əs, mā′-, mō′-), *n.* **August Ferdinand.** See **Möbius, August Ferdinand.**

**Moe·rae** (mē′rē), *n.pl. Class. Myth.* the Fates.

**Moe·si·a** (mē′shē ə), *n.* an ancient country in S Europe, S of the Danube and N of ancient Thrace and Macedonia: later a Roman province.

**Moe·so·goth** (mē′sō goth′, -sə-), *n.* one of the Christianized Goths who settled in Moesia in the 4th century A.D.

**Moe·so·goth·ic** (mē′sō goth′ik, -sə-), *adj.* of or pertaining to the Moesogoths or their language. [MOESOGOTH + -IC]

**mo·fette** (mō fet′; *Fr.* mô fet′), *n.* **1.** a noxious emanation, consisting chiefly of carbon dioxide, escaping from the earth in regions of nearly extinct volcanic activity. **2.** one of the openings or fissures from which this emanation issues. Also, **mof·fette′.** [1815–25; < F < It *moffetta* (Neapolitan *mufeta*), equiv. to *muff*(a) (Upper It *mofa*) mould (< Langobardic; cf. G *Muff* mould, late MHG *müffeln* to give off a foul smell) + -*etta* -ETTA]

**mog**¹ (mog), *v.,* **mogged, mog·ging.** *Dial.* —*v.i.* **1.** to move on, depart, or decamp (usually foll. by *off* or *on*). **2.** to walk or move along gently, slowly, and steadily. —*v.t.* **3.** to cause to go from one place to another. [1665–75; M(OVE) + J)OG¹]

**mog**² (mog), *n.* moggy. [by shortening]

**Mo·ga·di·shu** (mō′gä dē′shōō), *n.* a seaport in and the capital of Somalia, in the S part. 400,000. Italian, **Mo·ga·di·scio** (mō′gä dē′shō).

**Mog·a·dor** (mog′ə dôr′, -dōr′; *Fr.* mô gA DôR′), *n.* **1.** former name of **Essaouira. 2.** (*l.c.*) Also, **mog′a·dore′.** a ribbed fabric of silk or rayon warp and cotton or linen filling, used for neckties.

**Mo·gen Da·vid** (mō′gən dä′vid; *Seph. Heb.* mä gen′ dä vēd′; *Ashk. Heb.* mō′gən dō′vid), *Judaism.* See **Star of David.** [1900–05]

**mog·gy** (mog′ē), *n., pl.* **-gies.** *Brit. Informal.* a cat. Also, **mog.** [1815–25; said to be orig. Cockney; supposed derivations from dial. (W Midlands) *Moggy* pet name for a calf, or from personal name MAGGIE, are dubious]

**Mo·ghul** (mō′gəl, -gul, mō gul′), *n., adj.* Mogul (defs. 1, 2, 6).

**Mo·gi das Cru·zes** (mōō zhē′ däs kRōō′zis), a city in SE Brazil, E of São Paulo. 111,554.

**mog·i·la·li·a** (moj′ə lā′lē ə, -lāl′yə), *n.* any speech defect, as stuttering or stammering. Also, **molilalia.** [1875–80; < Gk *mogilál*(os) hardly talking (*mógi*(s) with difficulty + *lálos* babbling) + -*ia* -IA]

**Mo·gi·lev** (mō′gi lef′; *Russ.* mə gyi lyôf′), *n.* a city in E Byelorussia, in the W Soviet Union in Europe, on the Dnieper. 290,000.

**mo·go** (mō′gō), *n., pl.* **-gos.** *Australian.* a stone hatchet used by the Aborigines. [1815–25; < Dharuk *mu-gu*]

**Mo·gol·lon** (mō′gə yōn′), *n.* **1.** an extensive plateau or mesa in central Arizona; the southwestern margin of the Colorado Plateau. **2.** a mountain range in W New Mexico. —*adj.* **3.** *Archaeol.* of or pertaining to an Amerindian culture of southeastern Arizona and southwestern New Mexico 100 B.C.–A.D. 1000, characterized by pit houses also used for burials and a distinctive black-on-white pottery decorated with human and animal figures.

**mo·go·te** (mə gō′tē), *n.* **1.** a residual hillock of limestone, honeycombed with cavities. **2.** *Southwestern U.S.* a patch of thickly grown brush or dense shrubbery. [1925–30; < AmerSp, Sp: knoll, stack of sheaves]

**mo·gul** (mō′gəl), *n.* a bump or mound of hard snow on a ski slope. [1960–65; < dial. G; cf. Austrian dial. *Mugel* small hill] —**mo′guled,** *adj.*

**Mo·gul** (mō′gəl, -gul, mō gul′), *n.* **1.** any of the Mongol conquerors of India who established an empire that lasted from 1526 to 1857, but held only nominal power after 1803. Cf. **Great Mogul. 2.** any of their descendants. **3.** (*l.c.*) an important, powerful, or influential person: *a mogul of the movie industry.* **4.** a Mongol or Mongolian. **5.** *Railroads.* a steam locomotive having a two-wheeled front truck, six driving wheels, and no rear truck. See table under **Whyte classification.** —*adj.* **6.** of or pertaining to the Moguls or their empire. Also **Moghul, Mughal** (for defs. 1, 2, 6). [1580–90; < Pers *mughul* MONGOL]

**mo·hair** (mō′hâr′), *n.* **1.** the coat or fleece of an Angora goat. **2.** a fabric made of yarn from this fleece, in a plain weave for draperies and in a pile weave for upholstery. **3.** a garment made of this fabric. [1560–70; var. (by folk etym.) of earlier *mocayare* < It *moccaiaro* < Ar *mukhayyar* lit., chosen, choice, ptp. of *khayyara* to choose]

**Moham.,** Mohammedan.

**Mo·ham·med** (mōō ham′id, -hä′mid, mō-), *n.* Muhammad (def. 1).

**Mohammed II,** ("the Conqueror") 1430–81, sultan of Turkey 1451–81: conqueror of Constantinople 1453.

**Moham′med A·li′** (ä lē′, ä′lē), **1.** Mau·la·na (mō lä′nə), 1878–1931, Indian journalist and political leader; advocate of Indian nationalization. **2.** See **Mehemet Ali.**

**Mo·ham·med·an** (mōō ham′i dn, mō-), *adj.* **1.** of or pertaining to Muhammad or Islam; Islamic; Muslim. —*n.* **2.** an adherent of Islam; Muslim. [1675–85; MoHAMMED + -AN]

**Mo·ham·med·an·ism** (mōō ham′i dn iz′əm, mō-), *n.* Muhammadanism; Islam. [MOHAMMEDAN + -ISM]

**Mo·ham·med·an·ize** (mōō ham′i dn īz′, mō-), *v.t.,* **-ized, -iz·ing.** Islamize. Also, *esp. Brit.,* **Mo·ham′med·an·ise′.** [1820–30; MOHAMMEDAN + -IZE]

**Moham′med ibn′-Ka′sim** (mōō ham′id ib′ən kä′sim, -hä′mid), fl. early 8th century A.D., Muslim conqueror of the Sind region in India. Also, **Moham′med ibn′-Qa′sim.**

**Moham′med of Ghor′** (gôr, gōr), (*Mu′izz-ad-din*), died 1206, Muslim Sultan of Ghazni 1173–1206: established Muslim power in India. Also, **Muhammed Ghori.**

**Moham′med Za·hir′ Shah′** (zä hēr′), born 1914, king of Afghanistan 1933–73.

**Mo·har·ram** (mōō har′əm, mō-), *n.* the first month of the Muslim calendar. Also, **Muharram.** Cf. **Muslim calendar.** [1605–15; < Ar *muḥarram* lit., forbidden]

**Mo·ha·ve** (mō hä′vē), *n., pl.* **-ves,** (*esp. collectively*) **-ve,** *adj.* —*n.* **1.** a member of a North American Indian tribe belonging to the Yuman linguistic family, formerly located in the Colorado River valley of Arizona and California. —*adj.* **2.** of or pertaining to the Mohave tribe. Also, **Mojave.**

**Moha′ve Des′ert.** See **Mojave Desert.**

**Mo·hawk** (mō′hôk), *n., pl.* **-hawks,** (*esp. collectively*) **-hawk. 1.** a member of a tribe of the most easterly of the Iroquois Five Nations, formerly resident along the Mohawk River, New York. **2.** the Iroquoian language of the Mohawk Indians. **3.** a river flowing E from central New York to the Hudson. 148 mi. (240 km) long. **4.** (*often l.c.*) Also called **Mo′hawk hair′cut.** a hairstyle in which the head is shaved bare except for a strip of hair, usually with blunt, brushlike ends, down the center of the scalp from the forehead to the nape of the neck. **5.** *Mil.* a twin turboprop, two-seat U.S. Army aircraft fitted with cameras, radar, and infrared sensors and designed to monitor enemy operations.

**Mo·he·gan** (mō hē′gən), *n., pl.* **-gans,** (*esp. collectively*) **-gan.** a member of a group of Pequot Indians that broke with the Pequot and then fought against them in the Pequot War.

**mo·hel** (*Seph.* mô hel′; *Ashk.* mō′hāl, mō′əl, moi′-; *Eng.* mō′həl), *n., pl.* **mo·hal·im** (*Seph., Ashk.* mō′hä-lēm′), *Eng.* **mo·hels.** *Hebrew.* the person who performs the circumcision in the Jewish rite of circumcising a male child on the eighth day after his birth.

**Mo·hen·jo-Da·ro** (mō hen′jō där′ō), *n.* an archaeological site in Pakistan, near the Indus River: six successive ancient cities were built here.

**Mo·hi·can** (mō hē′kən), *n., pl.* **-cans,** (*esp. collectively*) **-can.** Mahican.

**Moh·ism** (mō′iz əm), *n.* the doctrine of Mo-Tze, stressing universal love, not limited by special affections or obligations, and opposition to Confucianism and traditionalism. [Mo(-TZE) + hiatus-filling -h- + -ISM] —**Moh′ist,** *n., adj.*

**Mo·hock** (mō′hok), *n.* one of a group of aristocratic ruffians who attacked people at night on the streets of London in the early part of the 18th century. [1705–15; var. of MOHAWK] —**Mo′hock·ism,** *n.*

**Mo·hole** (mō′hōl′), *n.* a hole bored through the earth's crust into the region below the Mohorovičić discontinuity, for geological research. [*Mo*(*horovičić*) (see MOHOROVIČIĆ DISCONTINUITY) + HOLE]

---

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, ēqual; if, īce; ox, ōver, ôrder, oil, bŏŏk, bōōt, out; up, ûrge; child; sing; shoe; thin, *that;* zh as in *treasure*. ə = a as in *alone,* e as in *system,* i as in *easily,* o as in *gallop,* u as in *circus;* ′ as in *fire* (fī′ər), *hour* (ou′ər). ¹ and n can serve as syllabic consonants, as in *cradle* (krād′l), and *button* (but′n). See the full key inside the front cover.