**EXHIBIT 10**



# Merriam-Webster's Collegiate® Dictionary

TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1995 by Merriam-Webster, Incorporated

Philippines Copyright 1995 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
         p.    cm.
   Includes index.
   ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
  — ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
   1. English language—Dictionaries.  1. Merriam-Webster, Inc.
PE1628.M36      1995
423—dc20                                                      94-30967
                                                                  CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

12131415RMcN95

Am·o·rite \'a-mə-ˌrīt\ n [Heb Ēmōrī] (1535) : a member of one of various Semitic peoples living in Mesopotamia, Syria, and Palestine during the 3d and 2d millennia B.C. — Amorite adj
am·o·rous \'a-mə-rəs, 'am-rəs\ adj [ME, fr. MF, fr. ML amorosus, fr. L amor, amare to love] (14c) 1 : strongly moved by love and esp. sexual love (~ women) 2 : being in love : ENAMORED — usu. used with of (~ of the girl) 3 : indicative of love (received ~ glances from her partner) b : of or relating to love (an ~ novel) — am·o·rous·ly adv — am·o·rous·ness n
amor·phous \ə-'mor-fəs\ adj [Gk amorphos, fr. a- + morphē form] (ca. 1731) 1 a : having no definite form : SHAPELESS (an ~ cloud mass) b : being without definite character or nature : UNCLASSIFIABLE (an ~ segment of society) c : lacking organization or unity (an ~ style) 2 : having no real or apparent crystalline form : UNCRYSTALLIZED (an ~ mineral) — amor·phous·ly adv — amor·phous·ness n
amort \ə-'mort\ adj [short for all-a-mort, by folk etymology fr. MF a la mort to the death] (1590) archaic : being at the point of death
amor·ti·za·tion \ˌa-mər-tə-'zā-shən also ə-ˌmor-\ n (ca. 1859) 1 : the act or process of amortizing 2 : the result of amortizing
amor·tize \'a-mər-ˌtīz also ə-'mor-\ vt -tized; -tiz·ing [ME amortisen to deaden, alienate in mortmain, modif. of MF amortiss-, stem of amortir, fr. (assumed) VL admortire to deaden, fr. L ad- + mort-, mors death — more at MURDER] (1882) 1 : to provide for the gradual extinguishment of (as a mortgage) usu. by contribution to a sinking fund at the time of each periodic interest payment 2 : to amortize an expenditure for (~ intangibles) (~ the new factory) — am·or·tiz·able \-ˌtī-zə-bəl\ adj
Amos \'ā-məs\ n [Heb 'Āmōs] 1 : a Hebrew prophet of the 8th century B.C. 2 : a prophetic book of canonical Jewish and Christian Scripture — see BIBLE table
am·o·site \'a-mə-ˌsīt, -zīt\ n [Amosa (fr. Asbestos Mines of South Africa) + -ite] (ca. 1918) : an iron-rich amphibole that is a variety of asbestos
¹amount \ə-'maunt\ vi [ME, fr. MF amonter, fr. amont upward, fr. a- (fr. L ad-) + mont mountain — more at MOUNT] (14c) 1 a : to be equivalent (acts that ~ to treason) b : to reach in kind or quality (wants her son to ~ to something) (doesn't ~ to much) 2 : to reach a total : add up to (the bill ~s to $10)
²amount n (1710) 1 a : the total number or quantity : AGGREGATE b : the quantity at hand or under consideration (has an enormous ~ of energy) 2 : the whole effect, significance, or import 3 : a principal sum and the interest on it
usage Number is regularly used with count nouns (a large number of mistakes) (any number of times) while amount is mainly used with mass nouns (annual amount of rainfall) (a substantial amount of money). The use of amount with count nouns has been frequently criticized; it usu. occurs when the number of things is thought of as a mass or collection (glad to furnish any amount of black pebbles —New Yorker) (a substantial amount of film offers —Lily Tomlin) or when money is involved (a substantial amount of loans —E. R. Black).
amour \ə-'mur, ä-, a-\ n [ME, love, affection, fr. MF, fr. OProv amor, fr. L, fr. amare to love] (14c) : a usu. illicit love affair; also : LOVER
amour pro·pre \ˌa-ˌmur-'propr', ä-, -'pröpr'\ n [F amour-propre, lit., love of oneself] (1775) : SELF-ESTEEM
amox·i·cil·lin \ə-ˌmäk-sē-'si-lən\ n [amino + ox- + penicillin] (1973) : a semisynthetic penicillin $C_{16}H_{19}N_3O_5S$ derived from ampicillin
amox·y·cil·lin Brit var of AMOXICILLIN
Amoy \ä-'moi, a-, ə-\ n (1904) : the dialect of Chinese spoken in and near Amoy in southeastern China
amp \'amp\ n [by shortening] (1962) : AMPLIFIER; also : a unit consisting of an electronic amplifier and a loudspeaker
AMP \ˌā-ˌem-'pē\ n [adenosine monophosphate] (1951) : a mononucleotide of adenine $C_{10}H_{14}N_5O_7H_2PO_4$ that was orig. isolated from mammalian muscle and is reversibly convertible to ADP and ATP in metabolic reactions — called also adenosine monophosphate, adenylic acid; compare CYCLIC AMP
am·per·age \'am-p(ə-)rij, -ˌpir-ij\ n (1893) : the strength of a current of electricity expressed in amperes
am·pere \'am-ˌpir also -ˌper\ n [André-Marie Ampère] (1881) 1 : the practical meter-kilogram-second unit of electric current that is equivalent to a flow of one coulomb per second or to the steady current produced by one volt applied across a resistance of one ohm 2 : the base unit of electric current in the International System of Units that is equal to a constant current which when maintained in two straight parallel conductors of infinite length and negligible circular sections one meter apart in a vacuum produces between the conductors a force equal to $2 \times 10^{-7}$ newton per meter of length
ampere–hour n (1885) : a unit quantity of electricity equal to the quantity carried past any point of a circuit in one hour by a steady current of one ampere
ampere–turn n (1884) : the meter-kilogram-second unit of magnetomotive force equal to the magnetomotive force around a path that links with one turn of wire carrying an electric current of one ampere
am·per·o·met·ric \ˌam-pir-ə-'me-trik\ adj [ampere + -o- + -metric] (1940) : relating to or being a chemical titration in which the measurement of the electric current flowing under an applied potential between two electrodes in a solution is used for detecting the end point
am·per·sand \'am-pər-ˌsand\ n [alter. of and (&) per se and, lit., (the character) & by itself (is the word) and] (1835) : a character typically & standing for the word and
am·phet·amine \am-'fe-tə-ˌmēn, -mən\ n [ISV alpha + methyl + phen- + ethyl + amine] (1938) : a racemic compound $C_9H_{13}N$ or one of its derivatives (as dextroamphetamine or methamphetamine) frequently abused as a stimulant of the central nervous system but used clinically esp. as the sulfate or hydrochloride salt to treat hyperactive children and the symptoms of narcolepsy and as a short-term appetite suppressant in dieting
amphi- or amph- prefix [L amphi- around, on both sides, fr. Gk amphi-, amph-, fr. amphi — more at AMBI-] : on both sides : of both kinds : both (amphibrach) (amphidiploid)
am·phib·ia \am-'fi-bē-ə\ n pl (1607) : AMPHIBIANS
am·phib·i·an \-bē-ən\ n [ultim. fr. Gk amphibion amphibious being, fr. neut. of amphibios] (1835) 1 : an amphibious organism; esp : any of a class (Amphibia) of cold-blooded vertebrates (as frogs, toads, or salamanders) intermediate in many characters between fishes and reptiles and having gilled aquatic larvae and air-breathing adults 2 : an airplane designed to take off from and land on either land or water — amphibian adj
am·phib·i·ous \am-'fi-bē-əs\ adj [Gk amphibios, lit., living a double life, fr. amphi- + bios mode of life — more at QUICK] (1643) 1 : combining two characteristics 2 a : relating to or adapted for both land and water (~ vehicles) b : executed by coordinated action of land, sea, and air forces organized for invasion; also : trained or organized for such action (~ forces) 3 : able to live both on land and in water (~ plants) — am·phib·i·ous·ly adv — am·phib·i·ous·ness n
am·phi·bole \'am(p)-fə-ˌbōl\ n [F, fr. LL amphibolus, fr. Gk amphibolos ambiguous, fr. amphiballein to throw round, doubt, fr. amphi- + ballein to throw — more at DEVIL] (ca. 1823) 1 : HORNBLENDE 2 : any of a group of complex silicate minerals with like crystal structures that contain calcium, sodium, magnesium, aluminum, and iron ions or a combination of them
am·phi·bo·lite \am-'fi-bə-ˌlīt\ n (1833) : a usu. metamorphic rock consisting essentially of amphibole
am·phi·bol·o·gy \ˌam(p)-fə-'bä-lə-jē\ n, pl -gies [ME amphibologie, fr. LL amphibologia, alter. of L amphibolia, fr. Gk, fr. amphibolos] (14c) : a sentence or phrase (as "nothing is good enough for you") susceptible of more than one interpretation
am·phi·bo·ly \am-'fi-bə-lē\ n, pl -lies [LL amphibolia] (ca. 1588) : AMPHIBOLOGY
am·phi·brach \'am(p)-fə-ˌbrak\ n [L amphibrachys, fr. Gk, lit., short at both ends, fr. amphi- + brachys short — more at BRIEF] (1589) : a metrical foot consisting of a long syllable between two short syllables in quantitative verse or of a stressed syllable between two unstressed syllables in accentual verse (romantic is an accentual ~) — am·phi·brach·ic \ˌam(p)-fə-'bra-kik\ adj
am·phic·ty·o·ny \am-'fik-tē-ə-nē\ n, pl -nies [Gk amphiktyonia] (1835) : an association of neighboring states in ancient Greece to defend a common religious center; broadly : an association of neighboring states for their common interest — am·phic·ty·on·ic \(ˌ)am-ˌfik-tē-'ä-nik\ adj
am·phi·dip·loid \ˌam(p)-fi-'di-ˌploid\ n (1930) : an interspecific hybrid having a complete diploid chromosome set from each parent form — called also allotetraploid — amphidiploid adj — am·phi·dip·loi·dy \-ˌploi-dē\ n
am·phim·a·cer \am-'fi-mə-sər\ n [L amphimacrus, fr. Gk amphimakros, lit., long at both ends, fr. amphi- + makros long — more at MEAGER] (1589) : a metrical foot consisting of a short syllable between two long syllables in quantitative verse or of an unstressed syllable between two stressed syllables in accentual verse (twenty-two is an accentual ~)
am·phi·mix·is \ˌam(p)-fi-'mik-səs\ n, pl -mix·es \-ˌsēz\ [NL, fr. am·phi- + Gk mixis mingling, fr. mignynai to mix — more at MIX] (1893) : the union of gametes in sexual reproduction
Am·phi·on \am-'fī-ən\ n [L, fr. Gk Amphiōn] : a musician of Greek mythology who builds the walls of Thebes by charming the stones into place with his lyre
am·phi·ox·us \ˌam(p)-fē-'äk-səs\ n, pl -oxi \-ˌsī\ or -ox·us·es [NL, fr. amphi- + Gk oxys sharp] (1847) : any of a genus (Branchiostoma) of lancelets; broadly : LANCELET
am·phi·path·ic \ˌam(p)-fə-'pa-thik\ adj [amphi- + -pathic (as in empathic)] (1945) : AMPHIPHILIC
am·phi·phil·ic \-'fi-lik\ adj (1950) : of, relating to, or being a compound (as a surfactant) consisting of molecules having a polar water-soluble group attached to a water-insoluble hydrocarbon chain; also : being a molecule of such a compound — am·phi·phile \'am(p)-fə-ˌfīl\ n
am·phi·ploid \'am(p)-fi-ˌploid\ adj (1945) of an interspecific hybrid : having at least one complete diploid set of chromosomes derived from each parent species — amphiploid n — am·phi·ploi·dy \-ˌploi-dē\ n
am·phi·pod \-ˌpäd\ n [ultim. fr. Gk amphi- + pod-, pous foot — more at FOOT] (1835) : any of a large order (Amphipoda) of small crustaceans (as the beach flea) with a laterally compressed body — amphipod adj
am·phi·pro·style \ˌam(p)-fi-'prō-ˌstīl\ adj [L amphiprostylos, fr. Gk, fr. amphi- + prostylos having pillars in front, fr. pro- + stylos pillar — more at STEER] (1850) : having columns at each end only (an ~ building) — amphiprostyle n
am·phis·bae·na \ˌam(p)-fəs-'bē-nə\ n [L, fr. Gk amphisbaina, fr. amphis on both sides (fr. amphi around) + bainein to walk, go — more at BY, COME] (14c) : a serpent in classical mythology having a head at each end and capable of moving in either direction — am·phis·bae·nic \-nik\ adj
am·phi·the·a·ter \'am(p)-fə-ˌthē-ə-tər also 'am-pə-ˌthē-\ n [L amphitheatrum, fr. Gk amphitheatron, fr. amphi- + theatron theater] (14c) 1 : an oval or circular building with rising tiers of seats ranged about an open space and used in ancient Rome esp. for contests and spectacles 2 a : a very large auditorium b : a room with a gallery from which doctors and students may observe surgical operations c : a rising gallery in a modern theater d : a flat or gently sloping area surrounded by abrupt slopes 3 : a place of public games or contests — am·phi·the·at·ric \ˌam(p)-fə-thē-'a-trik also ˌam-pə-thē-\ or am·phi·the·at·ri·cal \-tri-kəl\ adj — am·phi·the·at·ri·cal·ly \-tri-k(ə-)lē\ adv
Am·phit·ry·on \am-'fi-trē-ən\ n [Gk Amphitryōn] : the husband of Alcmene
am·pho·ra \'am(p)-fə-rə\ n, pl -rae \-ˌrē, -ˌrī\ or -ras [L, modif. of Gk amphoreus, amphiphoreus, fr. amphi- + phoreus bearer, fr. pherein to bear — more at BEAR] (14c) 1 : an ancient Greek jar or vase with a large oval body, narrow cylindrical neck, and two handles that rise

\ə\ abut  \ˀ\ kitten,  F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar
\aů\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \th\ the  \ü\ loot  \ů\ foot
\y\ yet  \zh\ vision  \ä, k, ⁿ, œ, ȫ, ue, ᵫ, ʳ\ see Guide to Pronunciation

bib-li-o-pe-gic \bi-blē-ə-'pe-jik, -'pē-\ adj — bib-li-op-e-gist \-bi-'ä-pə-jist\ n
bib-lio-phile \'bi-blē-ə-ˌfīl\ n [F, fr. bibli- + -phile] (1824) : a lover of books esp. for qualities of format; also : a book collector — bib-lio-phil-ic \ˌbi-blē-ə-'fi-lik\ adj — bib-li-oph-i-lism \-ä-fə-ˌli-zəm\ n — bib-li-oph-i-ly \-lē\ n
bib-li-op-o-ly \ˌbi-blē-ə-'pä-lē\ or bib-li-op-o-list \ˌbi-blē-ə-pə-list\ n [L bibliopola bookseller, fr. Gk bibliopōlēs, fr. bibli- + pōlein to sell] (1775) : a dealer esp. in rare or curious books
bib-lio-the-ca \ˌbi-blē-ə-'thē-kə\ n, pl -cas or -cae \-ˌsē, -ˌkē\ [L, fr. Gk bibliothēkē, fr. bibli- + thēkē case; akin to Gk tithenai to put, place — more at DO] (ca. 1824) 1 : a collection of books 2 : a list of books — bib-lio-the-cal \-'thē-kəl\ adj
bib-lio-ther-a-py \ˌbi-blē-ə-'ther-ə-pē\ n (1919) : the use of reading materials for help in solving personal problems or for psychiatric therapy
bib-li-ot-ics \ˌbi-blē-'ä-tiks\ n pl but sing in constr [bibli- + -otic + -ics] (1901) : the study of handwriting, documents, and writing materials esp. for determining genuineness or authorship — bib-li-ot-ic \-tik\ adj — bib-li-o-tist \'bi-blē-ə-tist\ n
bib-u-lous \'bi-byə-ləs\ adj [L bibulus, fr. bibere to drink — more at POTABLE] (1675) 1 : highly absorbent 2 a : fond of alcoholic beverages b : of, relating to, or marked by the consumption of alcoholic beverages — bib-u-lous-ly adv — bib-u-lous-ness n
bi-cam-er-al \(ˌ)bi-'kam-rəl, -'ka-mə-\ adj ['bi- + LL camera chamber — more at CHAMBER] (1856) : having, consisting of, or based on two legislative chambers (a ~ legislature) — bi-cam-er-al-ism \-rə-ˌli-zəm\ n
bi-carb \(ˌ)bi-'kärb, 'bi-ˌ\ n (1922) : SODIUM BICARBONATE
bi-car-bon-ate \(ˌ)bi-'kär-bə-ˌnāt, -nət\ n [ISV] (1819) : an acid carbonate
bicarbonate of soda (ca. 1887) : SODIUM BICARBONATE
bi-cen-te-na-ry \ˌbi-(ˌ)sen-'te-nə-rē, (ˌ)bi-'sen-t'n-ˌer-ē, ˌbi-(ˌ)sen-'tē-nə-rē\ n (1872) : BICENTENNIAL — bicentenary adj
bi-cen-ten-ni-al \ˌbi-(ˌ)sen-'te-nē-əl\ n (1883) : a 200th anniversary or its celebration — bicentennial adj
bi-ceps \'bi-ˌseps\ n, pl biceps also bi-ceps-es [NL bicipit-, biceps, fr. L two-headed, fr. bi- + capit-, caput head — more at HEAD] (1650) : a muscle having two heads: as a : the large flexor muscle of the front of the upper arm  b : the large flexor muscle of the back of the upper leg
biceps bra-chii \-'brā-kē-ˌī, -kē-ˌē\ n [NL. lit., biceps of the arm] (ca. 1860) : BICEPS a
biceps fe-mo-ris \-'fe-mə-rəs\ n [NL, lit., biceps of the femur] (ca. 1860) : BICEPS b
bi-chlo-ride of mercury \(ˌ)bi-'klōr-ˌīd-, -'klȯr-\ [ISV] (1810) : MERCURIC CHLORIDE
bi-chon fri-se \bē-ˌshōⁿ-frē-'zā\ n, pl bi-chons fri-ses \-shōⁿ-frē-'zā(z)\ [modif. of F bichon à poil frisé curly-haired lapdog] (1966) : any of a breed of small sturdy dogs of Mediterranean origin having a thick wavy white coat
bi-chro-mate \(ˌ)bi-'krō-ˌmāt, 'bi-krō-\ n (1836) : a dichromate esp. of sodium or potassium — bi-chro-mat-ed \-ˌmā-təd\ adj
bi-chrome \'bi-ˌkrōm\ adj (1924) : two-colored
bi-cip-i-tal \bi-'si-pə-t'l\ adj (1646) : of, relating to, or being a biceps
¹bick-er \'bi-kər\ n [ME biker] (14c) 1 : petulant quarreling : ALTERCATION 2 : a sound of or as if of bickering
²bicker vi bick-ered; bick-er-ing \'bi-k(ə-)riŋ\ (15c) 1 : to engage in a petulant or petty quarrel 2 a : to move with a rapidly repeated noise (a ~ing stream)  b : QUIVER, FLICKER — bick-er-er \-kə-rər\ n
bi-coast-al \(ˌ)bi-'kōs-təl\ adj (1972) : of or relating to or living or working on both the East and West coasts of the U.S.
bi-col-ored \'bi-ˌkə-lərd\ or bi-col-or \-lər\ adj [L bicolor, fr. bi- + color] (ca. 1843) : two-colored — bicolor n
bi-com-po-nent \(ˌ)bi-kəm-'pō-nənt, -ˌkäm-, -'käm-,-\ adj (1962) : being a fiber made of two polymers having slightly different physical properties so that the fiber has a permanent crimp and fabrics made from it have inherent bulk and stretchability
bi-con-cave \(ˌ)bi-(ˌ)kän-'kāv, -'kän-ˌ\ adj (1833) : concave on both sides — bi-con-cav-i-ty \ˌbi-(ˌ)kän-'ka-və-tē\ n
bi-con-di-tion-al \ˌbi-kən-'dish-nəl, -'di-shə-\ n (1940) : a relation between two propositions that is true only when both propositions are simultaneously true or false
bi-con-vex \ˌbi-(ˌ)kän-'veks, (ˌ)bi-'kän-ˌ\ adj [ISV] (ca. 1852) : convex on both sides — bi-con-vex-i-ty \ˌbi-kän-'vek-sə-tē, -(ˌ)kän-\ n
bi-corne \'bi-ˌkȯrn\ n [F, fr. L bicornis two-horned, fr. bi- + cornu horn — more at HORN] (1936) : COCKED HAT 2
bi-cul-tur-al \(ˌ)bi-'kəl-chər-əl\ adj (1940) : of, relating to, or including two distinct cultures (~ education) — bi-cul-tur-al-ism \-ˌi-zəm\ n
¹bi-cus-pid \(ˌ)bi-'kəs-pəd\ adj [NL bicuspid-, bicuspis, fr. bi- + L cuspid-, cuspis point] (ca. 1839) : having or ending in two points (~ teeth)
²bicuspid n (1852) : a human premolar tooth — see TOOTH illustration
bicuspid valve n (ca. 1903) : a cardiac valve consisting of two triangular flaps which allow only unidirectional blood flow from the left atrium to the ventricle — called also mitral valve
¹bi-cy-cle \'bi-si-kəl, -ˌsi- also -ˌsī-\ n [F, fr. bi- + -cycle (as in tricycle)] (1868) : a vehicle with two wheels tandem, a steering handle, a saddle seat, and pedals by which it is propelled; also : a stationary exercise machine that resembles such a vehicle
²bicycle vi bi-cy-cled; bi-cy-cling \-k(ə-)liŋ\ (1869) : to ride a bicycle — bi-cy-cler \-klər\ n — bi-cy-clist \-klist\ n
bi-cy-clic \ˌbi-'si-klik, -'sī-\ adj [ISV] (ca. 1909) 1 : consisting of or arranged in two cycles  2 : containing two usu. fused rings in the structure of the molecule
¹bid \'bid\ vb bade \'bad, 'bād\ or bid; bid-den \'bi-d'n\ or bid also bade; bid-ding [partly fr. ME bidden, fr. OE biddan; akin to OHG bitten to entreat, and perh. to Skt bādhate he presses; partly fr. ME beden to offer, command, fr. OE bēodan; akin to OHG biotan to offer, Gk pynthanesthai to examine, Skt bodhi enlightenment] vt (bef. 12c) 1 a obs : BESEECH, ENTREAT  b : to issue an order to : TELL  c : to request to come : INVITE  2 : to give expression to (bade a tearful farewell)  3 a : OFFER — usu. used in the phrase to bid defiance  b past and past part bid (1) : to offer (a price) whether for payment or acceptance  (2) : to make a bid of or in (a suit at cards) ~ vi : to make a bid   sy n see COMMAND — bid-der n — bid fair : to seem likely

²bid n (1788) 1 a : the act of one who bids  b : a statement of what one will give or take for something; esp : an offer of a price  c : something offered as a bid  2 : an opportunity to bid  3 : INVITATION  4 a : an announcement of what a cardplayer proposes to undertake  b : the amount of such a bid  c : a biddable bridge hand  5 : an attempt or effort to win, achieve, or attract (a ~ for reelection)
bid-da-ble \'bi-də-bəl\ adj (ca. 1768) 1 : easily led, taught, or controlled : DOCILE  2 : capable of being bid — bid-da-bil-i-ty \ˌbi-də-bi-lə-tē\ n — bid-da-bly \'bi-də-blē\ adv
¹bid-dy \'bi-dē\ n, pl biddies [perh. imit.] (1601) : HEN 1a — also : a young chicken
²biddy n, pl biddies [dim. of the name Bridget] (ca. 1861) 1 : a hired girl or cleaning woman  2 : WOMAN, esp : an elderly woman — usu. used disparagingly
bide \'bīd\ vb bode \'bōd\ or bid-ed; bided; bid-ing [ME, fr. OE bidan; akin to OHG bitan to wait, L fidere to trust, Gk peithesthai to believe] vt (bef. 12c) 1 past usu bided : to wait for — used chiefly in the phrase bide one's time  2 archaic : WITHSTAND (two men . . . might ~ the winter storm —W. C. Bryant)  3 chiefly dial : to put up with : TOLERATE  ~ vi 1 : to continue in a state or condition  2 : to wait awhile : TARRY  3 : to continue in a place : SOJOURN — bid-er n
bi-det \bi-'dā\ n [F, small horse, bidet, fr. MF, fr. bider to trot] (1766) : a bathroom fixture used esp. for bathing the external genitals and the posterior parts of the body
bi-di-a-lec-tal-ism \ˌbi-ˌdi-ə-'lek-t'l-ˌi-zəm\ n (1958) : facility in using two dialects of the same language; also : the teaching of Standard English to pupils who normally use a nonstandard dialect — bi-di-a-lec-tal adj
bi-di-rec-tion-al \ˌbi-də-'rek-shnəl, -di-, -shə-n'l\ adj (1928) : involving, moving, or taking place in two usu. opposite directions (~ flow) (~ replication of DNA) — bi-di-rec-tion-al-ly adv
bi-don-ville \bē-dōⁿ-'vēl\ n [F, fr. bidon metal can or drum + ville city] (1952) : a settlement of jerry-built dwellings on the outskirts of a city (as in France or No. Africa)
bid up vt (1864) : to raise the price of (as property at auction) by a succession of offers
Bie-der-mei-er \'bē-dər-ˌmī(-ə)r\ adj [after Gottlieb Biedermeier, satirical name for an uninspired Ger. bourgeois] (1905) : of a style of unostentatious furniture and interior decoration popular esp. with the middle class in early 19th century Germany
bi-en-ni-al \(ˌ)bi-'e-nē-əl\ adj (1562) 1 : occurring every two years  2 : continuing or lasting for two years; specif : growing vegetatively during the first year and fruiting and dying during the second   usage see BI- — biennial n — bi-en-ni-al-ly \-ə-lē\ adv
bi-en-ni-um \bi-'e-nē-əm\ n, pl -ni-ums or -nia \-nē-ə\ [L, fr. bi- + annus year — more at ANNUAL] (1899) : a period of two years
bier \'bir\ n [ME bere, fr. OE bǣr; akin to OE beran to carry — more at BEAR] (bef. 12c) 1 archaic : a framework for carrying  2 : a stand on which a corpse or coffin is placed; also : a coffin together with its stand
bi-face \'bi-ˌfās\ n (1934) : a bifacial stone tool
bi-fa-cial \(ˌ)bi-'fā-shəl\ adj (ca. 1847) : having opposite sides or faces worked on to form an edge for cutting or scraping — bi-fa-cial-ly adv
biff \'bif\ n [prob. imit.] (ca. 1889) : WHACK, BLOW — biff vt
bi-fid \'bi-ˌfid, -fəd\ adj [L bifidus, fr. bi- + -fidus -fid] (1661) : divided into two equal lobes or parts by a median cleft (a ~ leaf)
bi-fi-lar \(ˌ)bi-'fī-lər\ adj [ISV, bi- + L filum thread — more at FILE] (1846) 1 : involving two threads or wires (~ suspension of a pendulum)  2 : involving a single thread or wire doubled back upon itself (a ~ resistor) — bi-fi-lar-ly adv
bi-fla-gel-late \(ˌ)bi-'fla-jə-lət, -ˌlāt, -flə-'je-lət\ adj (1856) : having two flagella (~ gametes)
¹bi-fo-cal \'bi-ˌfō-kəl\ adj [ISV] (1888) 1 : having two focal lengths  2 : having one part that corrects for near vision and one for distant vision (a ~ eyeglass lens)
²bifocal n (1899) 1 pl : eyeglasses with bifocal lenses  2 : a bifocal glass or lens
bi-func-tion-al \ˌbi-'fəŋ(k)-shnəl, -shə-n'l\ adj (1936) : having two functions; esp : DIFUNCTIONAL
bi-fur-cate \'bi-(ˌ)fər-ˌkāt, bi-'fər-\ vb -cat-ed; -cat-ing [ML bifurcatus, pp. of bifurcare, fr. L bifurcus two-pronged, fr. bi- + furca fork] vt (1615) 1 : to cause to divide into two branches or parts  ~ vi : to divide into two branches or parts — bi-fur-cate \(ˌ)bi-'fər-ˌkāt, -kət; 'bi-(ˌ)fər-ˌkāt\ adj
bi-fur-ca-tion \ˌbi-(ˌ)fər-'kā-shən\ n (1615) 1 a : the point at which bifurcating occurs  b : BRANCH  2 : the act of bifurcating : the state of being bifurcated
¹big \'big\ adj big-ger; big-gest [ME, perh. of Scand origin; akin to Norw dial. bugge important man] (14c) 1 a obs : of great strength  b : of great force (a ~ storm)  2 a : large or great in dimensions, bulk, or extent (a ~ house); also : large or great in quantity, number, or amount (a ~ fleet)  b : operating on a large scale (~ government)  c : CAPITAL 1  3 a : PREGNANT; esp : nearly ready to give birth  b : full to bursting : SWELLING (~ with rage)  c of the voice : full and resonant  4 a : CHIEF, PREEMINENT (the ~ issue of the campaign)  b : outstandingly worthy or able (a truly ~ man)  c : of great importance or significance (the ~ moment)  d : IMPOSING, PRETENTIOUS; also : marked by or given to boasting (~ talk)  e : MAGNANIMOUS, GENEROUS (was ~ about it)  5 : POPULAR (soft drinks are very ~ in Mexico —Russ Leadabrand)  6 : full-bodied and flavorful — used of wine — big-ly adv — big-ness n — big on : strongly favoring or liking; also : noted for (she is big on blushing —Arnold Hano)
²big adv (1807) 1 : in a loud or declamatory manner; also : in a boasting manner (talk ~)  2 a : to a large amount or extent (won ~) (lost ~)  b : on a large scale (think ~) (worry ~)  3 : HARD (hits her forehand ~)
³big n (1965) : an individual or organization of outstanding importance or power; esp : MAJOR LEAGUE — usu. used in pl. (playing in the ~s)

\ə\ abut  \'\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar  \au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job  \ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \th\ the  \ü\ loot  \u̇\ foot  \y\ yet  \zh\ vision  \ä, k, ⁿ, œ, ǣ, ue, ᵫ, ʸ\ see Guide to Pronunciation

748   modern • moisture

just now, fr. *modus* measure — more at METE] (1585)   1 a : of, relating to, or characteristic of the present or the immediate past : CONTEMPORARY   b : of, relating to, or characteristic of a period extending from a relevant remote past to the present time   2 : involving recent techniques, methods, or ideas : UP-TO-DATE   3 a : of, relating to, or having the characteristics of the present or most recent period of development of a language   4 : of or relating to modernism : MODERNIST — mo-der-ni-ty \mə-'dər-nə-tē, mä- also -'der-\ n — mod-ern-ly \'mä-dərn-lē\ adv — mod-ern-ness \-dərn-nəs\ n
²modern n (1585)   1 a : a person of modern times or views   b : an adherent of modernism : MODERNIST   2 : a style of printing type distinguished by regularity of shape, precise curves, straight hairline serifs, and heavy downstrokes
mo-derne \mō-'dern, mə-\ n, often cap [F, modern] (1955) : ART DECO
Modern Hebrew n (1949) : NEW HEBREW
mod-ern-i-sa-tion, mod-ern-ise Brit var of MODERNIZATION, MODERNIZE
mod-ern-ism \'mä-dər-,ni-zəm\ n (1737)   1 : a practice, usage, or expression peculiar to modern times   2 often cap : a tendency in theology to accommodate traditional religious teaching to contemporary thought and esp. to devalue supernatural elements   3 : modern artistic or literary philosophy and practice; esp : a self-conscious break with the past and a search for new forms of expression — mod-ern-ist \-nist\ n or adj — mod-ern-is-tic \,mä-dər-'nis-tik\ adj
mod-ern-i-za-tion \,mä-dər-nə-'zā-shən\ n (1770)   1 : the act of modernizing; the state of being modernized   2 : something modernized : a modernized version
mod-ern-ize \'mä-dər-,nīz\ vb -ized; -iz-ing (1748)   vt : to make modern (as in taste, style, or usage) ~ vi : to adopt modern ways — mod-ern-iz-er n
modern pentathlon n (ca. 1912) : a composite contest in which all contestants compete in a 300-meter freestyle swim, a 4000-meter cross-country run, a 5000-meter 30-jump equestrian steeplechase, épée fencing, and target shooting at 25 meters
mod-est \'mä-dəst\ adj [L. modestus moderate; akin to L modus measure] (1565)   1 a : placing a moderate estimate on one's abilities or worth   b : neither bold nor self-assertive : tending toward diffidence   2 : arising from or characteristic of a modest nature   3 : observing the proprieties of dress and behavior : DECENT   4 a : limited in size, amount, or scope   b : UNPRETENTIOUS (a ~ cottage)   syn see SHY, CHASTE — mod-est-ly adv
mod-es-ty \'mä-də-stē\ n (1531)   1 : freedom from conceit or vanity   2 : propriety in dress, speech, or conduct
mod-i-cum \'mä-di-kəm also 'mō-\ n [ME, fr. L. neut. of modicus moderate, fr. modus measure] (15c) : a small portion : a limited quantity
mod-i-fi-ca-tion \,mä-də-fə-'kā-shən\ n (1603)   1 : the limiting of a statement : QUALIFICATION   2 : ¹MODE 6a   3 a : the making of a limited change in something; also : the result of such a change   b : a change in an organism caused by environmental factors   4 : a limitation or qualification of the meaning of a word by another word, by an affix, or by internal change
mod-i-fi-er \'mä-də-,fī(-ə)r\ n (1583)   1 : one that modifies   2 : a word or phrase that makes specific the meaning of another word or phrase   3 : a gene that modifies the effect of another
mod-i-fy \'mä-də-,fī\ vb -fied; -fy-ing [ME modifien, fr. MF modifier, fr. L modificare to measure, moderate, fr. modus] (14c)   vt   1 : to make less extreme : MODERATE   2 a : to limit or restrict the meaning of esp. in a grammatical construction   b : to change (a vowel) by umlaut   3 a : to make minor changes in   b : to make basic or fundamental changes in often to give a new orientation to or to serve a new end (the wing of a bird is an arm modified for flying)   ~ vi : to undergo change   syn see CHANGE — mod-i-fi-abil-i-ty \,mä-də-,fī-ə-'bi-lə-tē\ n — mod-i-fi-able \'mä-də-,fī-ə-bəl\ adj
mo-dil-lion \mō-'dil-yən\ n [It modiglione] (1563) : an ornamental block or bracket under the corona of the cornice (as in the Corinthian order)
mod-ish \'mō-dish\ adj (1660) : FASHIONABLE, STYLISH (a ~ hat) (a ~ writer) — mod-ish-ly adv — mod-ish-ness n
mo-diste \mō-'dēst\ n [F, fr. mode style, mode] (ca. 1840) : one who makes and sells fashionable dresses and hats for women
Mo-dred \'mō-dred\ n : a knight of the Round Table and nephew of King Arthur
mod-u-la-bil-i-ty \,mä-jə-lə-'bi-lə-tē\ n (1928) : the capability of being modulated
mod-u-lar \'mä-jə-lər\ adj (1798)   1 : of, relating to, or based on a module or a modulus   2 : constructed with standardized units or dimensions for flexibility and variety in use — mod-u-lar-i-ty \,mä-jə-'lar-ə-tē\ n — mod-u-lar-ly \'mä-jə-lər-lē\ adv
modular arithmetic n (1959) : arithmetic that deals with whole numbers where the numbers are replaced by their remainders after division by a fixed number (in a modular arithmetic with modulus 5, 3 multiplied by 4 is 2)
mod-u-lar-ized \'mä-jə-lə-,rīzd\ adj (1959)   1 : containing or consisting of modules   2 : produced in the form of modules
mod-u-late \'mä-jə-,lāt\ vb -lat-ed; -lat-ing [L modulatus, pp. of modulari to play, sing, fr. modulus small measure, rhythm, dim. of modus measure — more at METE] vt (1615)   1 : to tune to a key or pitch   2 : to adjust to or keep in proper measure or proportion : TEMPER   3 : to vary the amplitude, frequency, or phase of (a carrier-wave or a light wave) for the transmission of intelligence (as by radio); also : to vary the velocity of electrons in an electron beam ~ vi   1 : to play or sing with modulation   2 : to pass from one musical key into another by means of intermediary chords or notes that have some relation to both keys   3 : to pass gradually from one state to another — mod-u-la-tor \-,lā-tər\ n — mod-u-la-to-ry \-lə-,tōr-ē, -,tor-\ adj
mod-u-la-tion \,mä-jə-'lā-shən\ n (1531)   1 : a regulating according to measure or proportion : TEMPERING   2 : an inflection of the tone or pitch of the voice; specif : the use of stress or pitch to convey meaning   3 : a change from one musical key to another by modulating   4 : the process of modulating a carrier or signal (as in radio); also : the result of this process
mod-ule \'mä-(,)jü(ə)l\ n [L modulus] (ca. 1628)   1 : a standard or unit of measurement   2 : the size of some one part taken as a unit of measure by which the proportions of an architectural composition are regulated   3 a : any in a series of standardized units for use together as   (1) : a unit of furniture or architecture   (2) : an educational unit which covers a single subject or topic   b : a usu. packaged functional assembly of electronic components for use with other such assemblies   4 : an independently-operable unit that is a part of the total structure of a space vehicle   5 a : a subset of an additive group that is also a group under addition   b : a mathematical set that is a commutative group under addition and that is closed under multiplication which is distributive from the left or right or both by elements of a ring and for which a(bx) = (ab)x or (xb)a = x(ba) or both where a and b are elements of the ring and x belongs to the set
mod-u-lo \'mä-jə-,lō\ prep [NL, abl. of modulus] (1897) : with respect to a modulus of (19 and 54 are congruent ~ 7)
mod-u-lus \'mä-jə-ləs\ n, pl -li \-,lī, -,lē\ [NL, fr. L, small measure] (1753)   1 a : the factor by which a logarithm of a number to one base is multiplied to obtain the logarithm of the number to a new base   b : ABSOLUTE VALUE 2   c   (1) : the number (as a positive integer) or other mathematical entity (as a polynomial) in a congruence that divides the difference of the two congruent members without leaving a remainder — compare RESIDUE b   (2) : the number of different numbers used in a system of modular arithmetic   2 : a constant or coefficient that expresses usu. numerically the degree to which a body or substance possesses a particular property (as elasticity)
mo-dus ope-ran-di \,mō-dəs-,ä-pə-'ran-dē, -,dī\ n, pl mo-di operandi \'mō-,dē-, 'mō-,dī-\ [NL] (1654) : a method of procedure
mo-dus vi-ven-di \,mō-dəs-vi-'ven-dē, -,dī\ n, pl mo-di vivendi \'mō-,dē-, 'mō-,dī-\ [NL, manner of living] (ca. 1879)   1 : a feasible arrangement or practical compromise; esp : one that bypasses difficulties   2 : a manner of living : a way of life
Mogen David var of MAGEN DAVID
mog-gy also mog-gie \'mä-gē\ n, pl mog-gies [prob. fr. Moggy, fr. Mog, nickname fr. the name Margaret] (ca. 1911) Brit : CAT
¹mo-gul \'mō-(,)gəl\ n [Per Mughul, fr. Mongolian mongyol Mongol] (1588)   1 or mo-ghul cap : an Indian Muslim of or descended from one of several conquering groups of Mongol, Turkish, and Persian origin; esp : GREAT MOGUL   2 : a great personage : MAGNATE — mogul adj, often cap
²mo-gul \'mō-gəl\ n [G dial.; akin to G dial. (Viennese) mugl small hill] (1959) : a bump in a ski run
mo-hair \'mō-,har, -,her\ n [modif. of obs. It mocaiarro, fr. Ar mukhayyar, lit., choice] (1619) : a fabric or yarn made wholly or in part of the long silky hair of the Angora goat; also : this hair
Mo-ham-med-an var of MUHAMMADAN
Mo-hawk \'mō-,hȯk\ n, pl Mohawk or Mohawks [of Algonquian origin; akin to Narraganset or Massachuset Mohowawog Mohawk, lit., cannibal] (1634)   1 : a member of an American Indian people of the Mohawk River valley, New York   2 : the Iroquoian language of the Mohawk people   3 : a hairstyle with a narrow center strip of upright hair and the sides shaved
Mo-he-gan \mō-'hē-gən, mə-\ or Mo-hi-can \-'hē-kən\ n, pl Mohegan or Mohegans or Mohican or Mohicans (1660) : a member of an American Indian people of southeastern Connecticut
Mo-hi-can \mō-'hē-kən, mə-\ var of MAHICAN
Mo-ho \'mō-,hō\ n [short for Mohorovicic discontinuity, fr. Andrija Mohorovičić †1936 Yugoslavian geologist] (1952) : the boundary layer between the earth's crust and mantle whose depth varies from about 3 miles (5 kilometers) beneath the ocean floor to about 25 miles (40 kilometers) beneath the continents
Mo-hock \'mō-,häk\ n [alter. of Mohawk] (ca. 1712) : one of a gang of aristocratic ruffians who assaulted and otherwise maltreated people in London streets in the early 18th century — Mo-hock-ism \-,hä-,ki-zəm\ n
Mo-ho-ro-vi-cic discontinuity \,mō-hə-'rō-və-,chich-\ n (1936) : MOHO
Mohs' scale \'mōz-, 'mōs-, 'mō-səz-\ n [Friedrich Mohs †1839 Ger. mineralogist] (1879) : a scale of hardness for minerals that ranges from a value of 1 for talc to 10 for diamond
mo-hur \'mō(-ə)r, mə-'hu̇r\ n [Hindi muhr gold coin, seal, fr. Per, fr. MPer; akin to Skt mudrā seal] (1690) : a former gold coin of India and Persia equal to 15 rupees
moi-e-ty \'mȯi-ə-tē\ n, pl -ties [ME moite, fr. MF moité, fr. LL medietat-, medietas, fr. L medius middle — more at MID] (15c)   1 a : one of two equal parts : HALF   b : one of two approximately equal parts   2 : one of the portions into which something is divided : COMPONENT, PART   3 : one of two basic complementary tribal subdivisions
¹moil \'mȯi(ə)l\ vb [ME moillen, fr. MF moillier, fr. (assumed) VL molliare, fr. L mollis soft — more at MOLLIFY] vt (15c) chiefly dial : to make wet or dirty ~ vi   1 : to work hard : DRUDGE   2 : to be in continuous agitation : CHURN, SWIRL — moil-er n
²moil n (1612)   1 : hard work : DRUDGERY   2 : CONFUSION, TURMOIL
moil-ing \'mȯi-liŋ\ adj (1603)   1 a : requiring hard work   b : INDUSTRIOUS (~ workers)   2 : violently agitated : TURBULENT — moil-ing-ly \-lē\ adv
Moi-rai \'mȯi-,rī\ n pl [Gk, fr. pl. of moira lot, fate; akin to Gk meros part — more at MERIT] : FATE 4
moire \'mwär, 'mȯr, 'mwȯr\ n [F, fr. E mohair] (1660) archaic : a watered mohair
moi-ré \mō-'rā, mwä-\ or moire \same or 'mȯi(-ə)r, 'mȯr, 'mwȯr\ n [F moiré, fr. moiré like moire, fr. moire] (1818)   1 a : an irregular wavy finish on a fabric   b : a ripple pattern on a stamp   2 : a fabric having a wavy watered appearance   3 : an independent usu. shimmering pattern seen when two geometrically regular patterns (as two sets of parallel lines or two halftone screens) are superimposed esp. at an acute angle — moiré or moire adj
moist \'mȯist\ adj [ME moiste, fr. MF, perh. fr. (assumed) VL muscidus, alter. of L mucidus slimy, fr. mucus nasal mucus] (14c)   1 : slightly or moderately wet : DAMP   2 : TEARFUL   3 : characterized by high humidity   syn see WET — moist-ly adv — moist-ness \'mȯis(t)-nəs\ n
moist-en \'mȯi-s'n\ vb moist-ened; moist-en-ing \'mȯis-niŋ, 'mȯi-s'n-iŋ\ vt (1580) : to make moist ~ vi : to become moist — moist-en-er \'mȯis-nər, 'mȯi-s'n-ər\ n
mois-ture \'mȯis-chər, 'mȯish-\ n [ME, modif. of MF moistour, fr. moiste] (14c) : liquid diffused or condensed in relatively small quantity