**EXHIBIT 13**

| Notice of Allowability | Application No. 09/322,677 | Applicant(s) Davis et al. |
|---|---|---|
| | Examiner Cuong H. Nguyen | Group Art Unit 2165 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to _the amendment, & interview on 3/16/2001_

☒ The allowed claim(s) is/are _1-13, 15-68_

☐ The drawings filed on _____ are acceptable

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
   ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been
      ☐ received
      ☐ received in Application No. (Series Code/Serial Number) _____
      ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a))
   *Certified copies not received _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS
   ☒ because the originally filed drawings were declared by applicant to be informal.
   ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _10_.
   ☐ including changes required by the proposed drawing correction filed on _____, which has been approved by the examiner.
   ☐ including changes required by the attached Examiner's Amendment/Comment.

Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)
   ☒ Notice of References Cited, PTO-892
   ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____
   ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948
   ☐ Notice of Informal Patent Application, PTO-152
   ☐ Interview Summary, PTO-413
   ☐ Examiner's Amendment/Comment
   ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
   ☒ Examiner's Statement of Reasons for Allowance

U.S. Patent and Trademark Office
PTO-37 (Rev. 9-95)    Notice of Allowability    Part of Paper No _19_

GOG 31824

S.N. 09/322,677
Art Unit. 2165

### DETAILED ACTION

1. This Office Action is the answer to the interview on 3/18/2001, and the amendment submitted on 3/19/2001; which papers have been placed of record.

2. Claims 1-13, 15-68 are pending in this application. Claim 14 was canceled.

### Drawings

3. Since allowable subject matter has been indicated, applicants are encouraged to submit formal drawings in response to this Office Action. The early submission of formal drawings will permit the Office to review the drawings for acceptability and to resolve any informalities remaining therein before the application is passed to issue. This will avoid possible delays in the issue process.

### Allowable Subject Matter and Reasons for Allowance

4. During an interview including SPE Vincent A. Millin, the examiner of the record, applicants' representatives (Mr. John G. Rauch, and Mr. James P. Naughton), current claims 1-13, 15-68 are considered patentable distinct over closest references of Buck et al., (WO 200016218 A1), and Parsons et al., (WO 0041090 - published date is 7/13/2000), and RYAN et al., (WO 9948028 - published date is 9/23/1999), because the applicants disclose a

Page 2

GOG 31825

09/322,677
Art Unit 2165

modified concept of generating a search result list substantially in real time in response to a search request from a searcher using a computer network, the concept comprising a step which is non-obvious over above closest disclosures:

- maintaining a database including search listings, wherein each search listing is associated with a network location, a search term and a modifiable bid amount that is independent of other components of the search listing, the bid amount being associated with a search term and the network location, the bid amount corresponding to a money amount that is deducted from an account of a network information provider associated with the network location upon receipt of a retrieval request for the network location; recording a retrieval request event including account identification information corresponding to the network information provider to permit maintenance of accurate account debit records.

*Conclusion*

5. Claims 1-13, 15-68 are allowed.

6. The following references are considered pertinent to applicants' disclosure.

- Buck et al., (WO 200016218 A1, classification G06F 17/30- publishing date was 23/03/2000), about a web site searching and indexing system for Internet, provides search report of listings

Page 3

09/322,677
Art Unit 2165

relevant to search inquiry in which rank is assigned in order according to denominated values associated with listing (Buck et al. do not disclose about maintenance of debit records wherein the bid amount corresponding to a money amount that is deducted from an account of a network information provider).
- Buck et al., (PCT/WO US9920486, classification G06F 17/30- publishing date was 9/10/1999), about a web site searching and indexing system for Internet, provides search report of listings relevant to search inquiry in which rank is assigned in order according to denominated values associated with listing (Buck et al. do not disclose about maintenance of debit records wherein the bid amount corresponding to a money amount that is deducted from an account of a network information provider).
- Parsons et al., (WO 0041090 - published date is 7/13/2000), about a search engine database and interface base (Parsons et al., do not disclose about maintenance of debit records wherein the bid amount corresponding to a money amount that is deducted from an account of a network information provider).
- RYAN et al., (WO 9948028 - published date is 9/23/1999), about an improved search engine (Ryan et al., do not disclose about maintenance of debit records wherein the bid amount corresponding to a money amount that is deducted from an account of a network information provider).

Page 4

GOG 31827

09/322,677
Art Unit 2165

7. Any inquiry concerning this communication or earlier communications from the examiner should be directed to examiner Cuong H. Nguyen, whose telephone number is (703)305-4553. The examiner can be reached on Mon.-Fri. from 7:00 AM-4:30 PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Vincent A. Millin, can be reached on (703)308-1065.

Any response to this action should be mailed to:

> Box Issue Fee
> Commissioner of Patents and Trademarks
> c/o Technology Center 2100
> Washington, D.C. 20231

or faxed to:   (703) 308-9051

Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703)305-3900.

Cuong H. Nguyen
Patent Examiner
Mar. 23, 2001

VINCENT MILLIN
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2100

Page 5

GOG 31828