**EXHIBIT 19**

# THE RANDOM HOUSE DICTIONARY OF THE ENGLISH LANGUAGE

Second Edition

Unabridged

*Dedicated to the memory of
Jess Stein*

COPYRIGHT © 1987, BY RANDOM HOUSE, INC.

First Edition: Copyright © 1983, 1981, 1979, 1973, 1971, 1970, 1969, 1967, 1966, by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Reference Department, Random House, Inc., 201 E. 50th Street, New York, N.Y. 10022
Published in the United States by Random House, Inc., and simultaneously in Canada by Random House of Canada Limited, Toronto

The Random House Dictionary of the English Language and its abbreviations, RHD, RHDEL, RHD-I, and RHD-II, are trademarks of Random House, Inc.

Library of Congress Cataloging-in-Publication Data
The Random House dictionary of the English language.
(Random House dictionaries)
1. English language—Dictionaries. I. Flexner,
Stuart Berg. II. Series.
PE1625.R3   1987      423      87-4500
ISBN 0-394-50050-4; 0-394-56500-2 deluxe ed.

A number of entered words which we have reason to believe constitute trademarks have been designated as such.
However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights may exist.
The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or
legal status of the word or term as a trademark, service mark, or other proprietary term.

The Concise French Dictionary, edited by Francesca L. V. Langbaum. Copyright © 1983, 1954, by Random House, Inc.

The Concise German Dictionary, edited by Jenni Karding Moulton. Copyright © 1983, 1959, by Random House, Inc.

The Concise Italian Dictionary, edited by Robert A. Hall, Jr. Copyright © 1983, 1957, by Random House, Inc.

The Concise Spanish Dictionary, edited by Donald F. Solá. Copyright © 1983, 1954, by Random House, Inc.

Entire contents of the Atlas, Copyright © 1987, by C. S. Hammond & Company

International Phonetic Alphabet, courtesy International Phonetic Association

Manufactured in the United States of America

r.s/uh

drive (cf. AMBAGES)] **—in′da·ga′tion,** n. **—in′da·ga-tive,** adj. **—in′da·ga′tor,** n.

**in·da·mine** (in′də mēn′, -min), n. Chem. any of a series of basic organic compounds, the simplest having the formula $C_{12}H_{11}N_3$, which form bluish and greenish salts, used in the manufacture of dyes. Cf. **quinonimine.** [1885–90; IND- + AMINE]

**In·dan·threne** (in dan′thrēn), Trademark. a blue, crystalline, water-insoluble solid, $C_{28}H_{14}H_2O_4$, used as a dye for cotton and as a pigment in paints and enamels.

**in·dap·a·mide** (in dap′ə mīd′), n. Pharm. a thiazide-related compound, $C_{16}H_{16}ClN_3O_3S$, used in the treatment of hypertension and edema. [ind(oline) (see INDOLE, -INE²) + -ap- of uncert. derivation + AMIDE]

**Ind.E.,** Industrial Engineer.

**in·debt·ed** (in det′id), adj. 1. committed or obligated to repay a monetary loan: He was indebted to his friend for a large sum. 2. obligated for favors or kindness received: He was indebted to her for nursing him through pneumonia. [1175–1225; IN-² + DEBT + -ED²; r. ME endetted < OF endetté, ptp. of endetter to involve in debt (see EN-¹)]
—Syn. 1. bound. 2. beholden, grateful.

**in·debt·ed·ness** (in det′id nis), n. 1. the state of being indebted. 2. an amount owed. 3. debts collectively. [1640–50; INDEBTED + -NESS]

**in·de·cen·cy** (in dē′sən sē), n., pl. **-cies** for 4. 1. the quality or condition of being indecent. 2. impropriety or immodesty. 3. obscenity or indelicacy. 4. an indecent act, remark, etc. [1580–90; < L indecentia. See INDECENT, -ENCY]

**in·de·cent** (in dē′sənt), adj. 1. offending against generally accepted standards of propriety or good taste; improper; vulgar: indecent jokes; indecent language; indecent behavior. 2. not decent; unbecoming or unseemly: indecent haste. [1555–65; < L indecent- (s. of indecēns) unseemly. See IN-³, DECENT] **—in·de′cent·ly,** adv.
—Syn. 1. distasteful, immodest, indecorous, indelicate, coarse, outrageous, rude, gross; obscene, filthy, lewd, licentious. See **improper.** 2. inappropriate. **—Ant.** 1. appropriate; becoming.

**inde′cent assault′,** a sexual offense, other than rape, committed by one person against another. [1860–65]

**inde′cent expo′sure,** Law. the intentional exposure of one's body's privates in a manner that gives offense against accepted or prescribed behavior. [1850–55]

**in·de·cid·u·ate** (in′di sij′oō it, -āt′), adj. 1. Zool. not deciduate. 2. Bot. having permanent leaves. [1875–80; IN-³ + DECIDUATE]

**in·de·cid·u·ous** (in′di sij′oō əs), adj. Bot. 1. not deciduous, as leaves. 2. (of trees) evergreen. [1640–50; IN-³ + DECIDUOUS]

**in·de·ci·pher·a·ble** (in′di sī′fər ə bəl), adj. 1. not decipherable; illegible. 2. not understandable; incomprehensible. [1795–1805; IN-³ + DECIPHERABLE] **—in′-de·ci′pher·a·bil′i·ty, in′de·ci′pher·a·ble·ness,** n. **—in′de·ci′pher·a·bly,** adv.

**in·de·ci·sion** (in′di sizh′ən), n. inability to decide. [1755–65; IN-³ + DECISION]

**in·de·ci·sive** (in′di sī′siv), adj. 1. characterized by indecision, as persons; irresolute; undecided. 2. not decisive or conclusive: a severe but indecisive battle. 3. lacking definition; vague or indistinct: the indecisive outline of the distant hills. [1720–30; IN-³ + DECISIVE] **—in′de·ci′sive·ly,** adv. **—in′de·ci′sive·ness,** n.
—Syn. 1. vacillating, hesitant, wavering.

**indecl.,** indeclinable.

**in·de·clin·a·ble** (in′di klī′nə bəl), adj. Gram. not capable of being declined; having no inflected forms: used esp. of a word belonging to a form class most of whose members are declined, as the Latin adjective decem, "ten." [1400–50; late ME < L indēclīnābilis unchangeable, inflexible. See IN-³, DECLINABLE] **—in′de·clin′a·ble·ness,** n. **—in′de·clin′a·bly,** adv.

**in·de·com·pos·a·ble** (in′dē kəm pō′zə bəl), adj. incapable of being decomposed. [1805–15; IN-³ + DECOMPOSABLE] **—in′de·com·pos′a·ble·ness,** n.

**in·dec·o·rous** (in dek′ər əs, in′di kôr′əs, -kōr′-), adj. not decorous; violating generally accepted standards of good taste or propriety; unseemly. [1670–80; < L indecōrus. See IN-³, DECOROUS] **—in·dec′o·rous·ly,** adv. **—in·dec′o·rous·ness,** n.
—Syn. indecent, improper, inappropriate.

**in·de·co·rum** (in′di kôr′əm, -kōr′-), n. 1. indecorous behavior or character. 2. something indecorous. [1565–75; < L, n. use of neut. of indecōrus INDECOROUS]

**in·deed** (in dēd′), adv. 1. in fact; in reality; in truth; truly (used for emphasis, to confirm and amplify a previous statement, to indicate a concession or admission, or, interrogatively, to obtain confirmation): Indeed, it did rain as hard as predicted. Did you indeed finish the work? —interj. 2. (used as an expression of surprise, incredulity, irony, etc.): Indeed! I can scarcely believe it. [1300–50; ME; orig. phrase in deed]

**indef.,** indefinite.

**in·de·fat·i·ga·ble** (in′di fat′i gə bəl), adj. incapable of being tired out; not yielding to fatigue; untiring. [1580–90; < L indēfatīgābilis untiring, equiv. to in- IN-³ + dēfatīga(re) to tire out (see DE-, FATIGUE) + -bilis -BLE] **—in′de·fat′i·ga·bil′i·ty, in′de·fat′i·ga·ble·ness,** n. **—in′de·fat′i·ga·bly,** adv.
—Syn. tireless, inexhaustible, persevering.

**in·de·fea·si·ble** (in′di fē′zə bəl), adj. not defeasible;

CONCISE ETYMOLOGY KEY: <, descended or borrowed from; >, whence; b., blend of blended; c., cognate with; cf., compare; deriv., derivative; equiv., equivalent; imit., imitative; obl., oblique; r., replacing; s., stem; sp., spelling, spelled; resp., respelling, respelled; trans., translation; ?, origin unknown; *, unattested; †, probably earlier than. See the full key inside the front cover.

not to be annulled or made void; not forfeitable. [1540–50; IN-³ + DEFEASIBLE] **—in′de·fea′si·ble·ness,** n. **—in′de·fea′si·bly,** adv.

**in·de·fect·i·ble** (in′di fek′tə bəl), adj. 1. not defectible; not liable to defect or failure. 2. not liable to fault or imperfection; faultless. [1650–60; IN-³ + DEFECTIBLE] **—in′de·fect′i·bil′i·ty,** n. **—in′de·fect′i·bly,** adv.

**in·de·fen·si·ble** (in′di fen′sə bəl), adj. 1. not justifiable; inexcusable: indefensible behavior. 2. incapable of being protected or defended against attack: an indefensible town. 3. incapable of being defended against criticism or denial; untenable: indefensible argument. [1520–30; IN-³ + DEFENSIBLE] **—in′de·fen′si·bil′i·ty, in′de·fen′si·ble·ness,** n. **—in′de·fen′si·bly,** adv.
—Syn. 2. vulnerable, defenseless, unprotected.

**in·de·fin·a·ble** (in′di fī′nə bəl), adj. 1. not definable; not readily identified, described, analyzed, or determined. —n. 2. something that cannot be defined: the indefinables of great musicianship. [1800–10; IN-³ + DEFINABLE] **—in′de·fin′a·ble·ness,** n. **—in′de·fin′a·bly,** adv.

**in·def·i·nite** (in def′ə nit), adj. 1. not definite; without fixed or specified limit; unlimited: an indefinite number. 2. not clearly defined or determined; not precise or exact: an indefinite boundary; an indefinite date in the future. 3. Gram. a. See **indefinite article. b.** See **indefinite pronoun.** 4. Bot. a. very numerous or not easily counted, as stamens. b. (of an inflorescence) indeterminate. [1520–30; < L indēfinītus. See IN-³, DEFINITE] **—in·def′i·nite·ly,** adv. **—in·def′i·nite·ness,** n.
—Syn. 1. unspecified; indeterminate. 2. imprecise, inexact, indistinct, confusing, vague, uncertain. **—Ant.** 1, 2. determinate. 2. clear, specific.

**indef′inite ar′ticle,** Gram. an article, as English a, an, that denotes class membership of the noun it modifies without particularizing it. [1720–30]

**indef′inite in′tegral,** Math. a representation, usually in symbolic form, of any function whose derivative is a given function. Also called **antiderivative.** [1875–80]

**indef′inite pro′noun,** Gram. a pronoun, as English some, any, somebody, that leaves unspecified the identity of its referent. [1720–30]

**indef′inite rel′ative clause′,** a relative clause with an indefinite relative pronoun as subordinating word, as what they said in We heard what they said.

**indef′inite rel′ative pro′noun,** a relative pronoun without an antecedent, as whoever in They gave tickets to whoever wanted them.

**in·de·his·cent** (in′di his′ənt), adj. Bot., Mycol. not dehiscent; not opening at maturity. [1825–35; IN-³ + DEHISCENT] **—in′de·his′cence,** n.

**in·de·lib·er·ate** (in′di lib′ər it), adj. done without care; special planning or deliberation; unintentional. [1610–20; IN-³ + DELIBERATE] **—in′de·lib′er·ate·ly,** adv. **—in′de·lib′er·ate·ness, in′de·lib′er·a′tion,** n.

**in·del·i·ble** (in del′ə bəl), adj. 1. making marks that cannot be erased, removed, or the like: indelible ink. 2. that cannot be eliminated, forgotten, changed, or the like: the indelible memories of war; the indelible influence of a great teacher. [1520–30; < ML indēlibilis; r. indeleble < L indēlēbilis indestructible. See IN-³, DELE, -BLE] **—in·del′i·bil′i·ty, in·del′i·ble·ness,** n. **—in·del′i·bly,** adv.

**in·del·i·ca·cy** (in del′i kə sē), n., pl. **-cies** for 2. 1. the quality or condition of being indelicate. 2. something indelicate, as language or behavior. [1705–15; IN-³ + DELICACY]

**in·del·i·cate** (in del′i kit), adj. 1. offensive to a sense of generally accepted propriety, modesty, or decency; improper, unrefined, or coarse: indelicate language. 2. not delicate; lacking delicacy; rough. [1735–45; IN-³ + DELICATE] **—in·del′i·cate·ly,** adv. **—in·del′i·cate·ness,** n.
—Syn. 1. indecorous, untactful, gauche, rude.

**in·dem·ni·fi·ca·tion** (in dem′nə fi kā′shən), n. 1. the act of indemnifying; state of being indemnified. 2. something that serves to indemnify; compensation. [1725–35; INDEMNI(TY) + -FICATION] **—in·dem·nif′i·ca·to·ry** (in′dem nif′ə kə tôr′ē, -tōr′ē), adj.
—Syn. 2. payment, amends, reparation, indemnity.

**in·dem·ni·fy** (in dem′nə fī′), v.t., **-fied, -fy·ing.** 1. to compensate for damage or loss sustained, expense incurred, etc. 2. to guard or secure against anticipated loss; give security against (future damage or liability). [1605–15; < L indemni(s) without loss (see INDEMNITY) + -FY] **—in·dem′ni·fi′er,** n.
—Syn. 1. recompense, reimburse, repay.

**in·dem·ni·tee** (in dem′ni tē′), n. a person or company that receives indemnity. [INDEMNIT(Y) + -EE]

**in·dem·ni·tor** (in dem′ni tər), n. a person or company that gives indemnity. [INDEMNIT(Y) + -OR²]

**in·dem·ni·ty** (in dem′ni tē), n., pl. **-ties.** 1. protection or security against damage or loss. 2. compensation for damage or loss sustained. 3. something paid by way of such compensation. 4. protection, as by insurance, from liabilities or penalties incurred by one's actions. 5. legal exemption from penalties attaching to unconstitutional or illegal actions, granted to public officers and other persons. [1425–75; late ME indem(p)nite < L indemnitās, equiv. to indemni(s) without loss (in- IN-³ + -demn-, comb. form of damn- (s. of damnum loss; see DAMN) + -is adj. suffix) + -tās -TY²]

**in·de·mon·stra·ble** (in′di mon′strə bəl, in dem′ən-), adj. not demonstrable; incapable of being demonstrated or proved. [1560–70; IN-³ + DEMONSTRABLE] **—in′de·mon′stra·bil′i·ty, in′de·mon′stra·ble·ness,** n. **—in′de·mon′stra·bly,** adv.

**in·dene** (in′dēn), n. Chem. a colorless, liquid hydrocarbon, $C_9H_8$, obtained from coal tar by fractional distillation: used in synthesizing resins. [1885–90; IND- + -ENE]

**in·dent¹** (v. in dent′; n. in′dent, in dent′), v.t. 1. to form deep recesses in: The sea indents the coast. 2. to set in or back from the margin, as the first line of a par-

-n. 3. to sever (a document drawn up in duplicate) along an irregular line as a means of identification. 4. to cut or tear the edge of (copies of a document) in an irregular way. 5. to make toothlike notches in; notch. 6. to indenture, as an apprentice. 7. Brit. to draw an order upon. 8. Chiefly Brit. to order, as commodities. —v.i. 9. to form a recess. 10. Chiefly Brit. to make out an order or requisition in duplicate. 11. Obs. a. to draw upon a person or thing for something. b. to enter into an agreement by indenture; make a compact. —n. 12. a toothlike notch or deep recess; indentation. 13. an indention. 14. an indenture. 15. Amer. Hist. a certificate issued by a state or the federal government at the close of the Revolutionary War for the principal or interest due on the public debt. 16. Brit. a requisition for stores. [1350–1400; ME; back formation from indented having toothlike notches, ME < ML indentātus, equiv. to L in- IN-³ + dentātus DENTATE; see -ED²] **—in·dent′er, in·den′tor,** n.

**in·dent²** (v. in dent′; n. in′dent, in dent′), v.t. 1. to dent; press in so as to form a dent: to indent a pattern on metal. 2. to make or form a dent in: The wooden stairs had been indented by horses' hooves. —n. 3. a dent. [1300–50; ME; see IN-², DENT¹]

**in·den·ta·tion** (in′den tā′shən), n. 1. a cut, notch, or deep recess: various bays and indentations. 2. a series of incisions or notches: the indentation of a maple leaf. 3. a notching or being notched. 4. indention (defs. 1, 2). [1715–25; INDENT¹ + -ATION]

**in·den·tion** (in den′shən), n. 1. the indenting of a line or lines in writing or printing. 2. the blank space left by indenting. 3. the act of indenting; state of being indented. 4. Archaic. an indentation or notch. [1755–65; INDENT¹ + -ION]

**in·den·ture** (in den′chər), n., v., **-tured, -tur·ing.** —n. 1. a deed or agreement executed in two or more copies with edges correspondingly indented as a means of identification. 2. any deed, written contract, or sealed agreement. 3. a contract by which a person, as an apprentice, is bound to service. 4. any official or formal list, certificate, etc., authenticated for use as a voucher or the like. 5. the formal agreement between a group of bondholders and the debtor as to the terms of the debt. 6. indentation. —v.t. 7. to bind by indenture, as an apprentice. 8. Archaic. to make a depression in; indent; wrinkle; furrow. [1275–1325; ME < ML indentūra. See INDENT¹, -URE] **—in·den′ture·ship′,** n.

**inden′tured serv′ant,** Amer. Hist. a person who came to America and was placed under contract to work for another over a period of time, usually seven years, esp. during the 17th to 19th centuries. Generally, indentured servants included redemptioners, victims of religious or political persecution, persons kidnapped for the purpose, convicts, and paupers. [1665–75]

**in·de·pend·ence** (in′di pen′dəns), n. 1. Also, **independency.** the state or quality of being independent. 2. freedom from the control, influence, support, aid, or the like, of others. 3. Archaic. a competency. [1630–40; INDEPEND(ENT) + -ENCE]
—Syn. 1. See **freedom.**

**In·de·pend·ence** (in′di pen′dəns), n. 1. a city in W Missouri: starting point of the Santa Fe and Oregon trails. 111,806. 2. a town in SE Kansas. 10,598.

**Independ′ence Day′,** July 4, a U.S. holiday commemorating the adoption of the Declaration of Independence on July 4, 1776. Also called **Fourth of July.**

**In′depend′ence Hall′,** the building in Philadelphia where the Declaration of Independence was signed.

**independ′ence of path′,** Math. the property of a function for which the line integral has the same value along all curves between two specified points.

**in·de·pend·en·cy** (in′di pen′dən sē), n., pl. **-cies.** 1. independence (def. 1). 2. a territory not under the control of any other power. 3. (cap.) Eccles. a. the principle that the individual congregation or church is an autonomous and equalitarian society free from any external ecclesiastical control. b. the polity based on this principle. [1605–15; INDEPEND(ENT) + -ENCY]

**in·de·pend·ent** (in′di pen′dənt), adj. 1. not influenced or controlled by others in matters of opinion, conduct, etc.; thinking or acting for oneself: an independent thinker. 2. not subject to another's authority or jurisdiction; autonomous; free: an independent businessman. 3. not influenced by the thought or action of others: independent research. 4. not dependent; not depending or contingent upon something else for existence, operation, etc. 5. not relying on another or others for aid or support. 6. rejecting others' aid or support; refusing to be under obligation to others. 7. possessing a competency: to be financially independent. 8. sufficient to support a person without his having to work: an independent income. 9. executed or originating outside a given unit, agency, business, etc.; external: an independent inquiry. 10. working for oneself or for a small, privately owned business. 11. expressive of a spirit of independence; self-confident; unconstrained: a free and independent citizen. 12. free from party commitments in voting: the independent voter. 13. Math. (of a quantity or function) not depending upon another for its value. 14. Gram. capable of standing syntactically as a complete sentence: an independent clause. Cf. **dependent** (def. 4), **main¹** (def. 4). 15. Logic. a. (of a set of propositions) having no one proposition deducible from the others. b. (of a proposition) belonging to such a set. 16. Statistics. See **statistically independent.** 17. (cap.) Eccles. of or pertaining to the Independents. 18. **independent of,** irrespective of; regardless of: Independent of monetary considerations, it was a promising position. —n. 19. an independent person or thing. 20. a small, privately owned business: The conglomerates are buying up the independents. 21. Politics. a person who votes for candidates, measures, etc., in accordance with his or her own judgment and without regard to the endorsement of, or the positions taken by, any party. 22. (cap.) Eccles. an adherent of Independency. 23. Brit. a

Congregationalist. [1605–15; IN-³ + DEPENDENT] —**in′·de·pend′ent·ly,** *adv.*

**independ′ent assort′ment,** *Genetics.* See **law of independent assortment.** [1945–50]

**in′depend′ent au′dit,** an audit of a company conducted by accountants from an outside accounting firm (distinguished from *internal audit*).

**in′depend′ent ax′iom,** *Logic, Math.* in a set of axioms, one that cannot be proved by using the others in the set. [1900–05]

**in·de·pen·den·tis·ta** (en′de pen′den tēs′tä), *n., pl.* **-tas** (-täs). *Spanish.* (esp. in Latin America) a person who supports or works toward political independence, esp. one supporting radical changes in an existing government or from an existing system of government.

**independ′ent suspen′sion,** an automotive suspension system in which each wheel is attached to the frame independently, so that a road bump affecting one wheel has no effect on the others. [1925–30]

**in′depend′ent var′iable,** *Math.* a variable in a functional relation whose value determines the value or values of other variables, as $x$ in the relation $y = 3x^2$. Cf. **dependent variable.** [1850–55]

**in-depth** (in′depth′), *adj.* **1.** extensive, thorough, or profound: *an in-depth analysis of the problem.* **2.** well-balanced or fully developed. [1960–65]

**In·der·al** (in′də rôl′, -rol′), *Pharm., Trademark.* a brand of propranolol.

**in·de·scrib·a·ble** (in′di skrī′bə bəl), *adj.* not describable; too extraordinary for description: *a scene of indescribable confusion; indescribable euphoria.* [1785–95; IN-³ + DESCRIBABLE] —**in′de·scrib′a·bil′i·ty, in′de·scrib′a·ble·ness,** *n.* —**in′de·scrib′a·bly,** *adv.*
—**Syn.** overwhelming, indefinable, unutterable.

**in·de·struct·i·ble** (in′di struk′tə bəl), *adj.* not destructible; that cannot be destroyed. [1665–75; < LL *indēstrūctibilis.* See IN-³, DESTRUCTIBLE] —**in′de·struct′i·bil′i·ty, in′de·struct′i·ble·ness,** *n.* —**in′de·struct′i·bly,** *adv.*
—**Syn.** unbreakable, permanent, enduring.

**in·de·ter·mi·na·ble** (in′di tûr′mə nə bəl), *adj.* **1.** not determinable; incapable of being ascertained. **2.** incapable of being decided or settled. [1480–90; < LL *indēterminābilis.* See IN-³, DETERMINABLE] —**in′de·ter′mi·na·ble·ness,** *n.* —**in′de·ter′mi·na·bly,** *adv.*

**in·de·ter·mi·na·cy** (in′di tûr′mə nə sē), *n.* the condition or quality of being indeterminate; indetermination. [1640–50; INDETERMIN(ATE) + -ACY]

**indeter′minacy prin′ciple,** *Physics.* See **uncertainty principle.** [1925–30]

**in·de·ter·mi·nate** (in′di tûr′mə nit), *adj.* **1.** not determinate; not precisely fixed in extent; indefinite; uncertain. **2.** not clear; vague. **3.** not established. **4.** not settled or decided. **5.** *Math.* **a.** (of a quantity) undefined, as 0/0. **b.** (of an equation) able to be satisfied by more than one value for each unknown. **6.** *Bot.* (of an inflorescence) having the axis or axes not ending in a flower or bud, thus allowing further elongation. —*n.* **7.** *Math.* something whose value is not specified: used esp. in abstract algebra; a variable. [1350–1400; ME < LL *indēterminātus.* See IN-³, DETERMINATE] —**in′de·ter′mi·nate·ly,** *adv.* —**in′de·ter′mi·nate·ness,** *n.*
—**Syn. 2.** ambiguous.

**in′deter′minate sen′tence,** *Criminal Law.* a penalty, imposed by a court, that has relatively wide limits or no limits, as one of imprisonment for one to ten years. [1870–75]

**in·de·ter·mi·na·tion** (in′di tûr′mə nā′shən), *n.* **1.** the quality or condition of being indeterminate. **2.** an unsettled state, as of the mind. [1610–20; INDETERMINATE + -ION]

**in·de·ter·min·ism** (in′di tûr′mə niz′əm), *n. Philos.* **1.** the doctrine that human actions, though influenced somewhat by preexisting psychological and other conditions, are not entirely governed by them but retain a certain freedom and spontaneity. **2.** the theory that the will is to some extent independent of the strength of motives, or may itself modify their strength in choice. [1870–75; IN-³ + DETERMINISM] —**in′de·ter′min·ist,** *n.,* *adj.* —**in′de·ter′min·is′tic,** *adj.*

**in·dex** (in′deks), *n., pl.* **-dex·es, -di·ces** (-də sēz′), *v.* —*n.* **1.** (in a nonfiction book, monograph, etc.) a more or less detailed alphabetical listing of names, places, and topics along with the numbers of the pages on which they are mentioned or discussed, usually included in or constituting the back matter. **2.** a sequential arrangement of material, esp. in alphabetical or numerical order. **3.** something used or serving to point out; a sign, token, or indication: *a true index of his character.* **4.** something that directs attention to some fact, condition, etc.; a guiding principle. **5.** a pointer or indicator in a scientific instrument. **6.** a piece of wood, metal, or the like, serving as a pointer or indicator. **7.** *Computers.* **a.** a value that identifies and is used to locate a particular element within a data array or table. **b.** a reference table that contains the keys or references needed to address data items. **8.** Also called **fist, hand.** *Print.* a sign in the shape of a hand with extended index finger, used to point out a particular note, paragraph, etc. **9.** a light, smooth cardboard stock. **10.** the forefinger. **11.** a number or formula expressing some property, ratio, etc., of something indicated: *index of growth; index of intelligence.* **12.** *Statistics.* See **index number.** **13.** *Econ.* See **price index.** **14.** *Algebra.* **a.** an exponent. **b.** the integer $n$ in a radical $\sqrt[n]{\,}$ defining the $n$-th root: $\sqrt[3]{7}$ is a *radical having index three.* **c.** a subscript or superscript indicating the position of an object in a series of similar objects, as the subscripts 1, 2, and 3 in the series $x_1, x_2, x_3.$ **d.** See **winding number.** **15.** *Horol.* a lever regulator for a hairspring. **16.** (*cap.*) *Rom. Cath. Ch.* **a.** See **Index Librorum Prohibitorum.** **b.** See **Index Expurgatorius.** **17.** (*usually cap.*) any list of forbidden or otherwise restricted material deemed morally or politically harmful by authorities: *an Index of disapproved books relating to Communism.* **18.** *Optics.* See **index of refraction.** **19.** *Obs.* **a.** a table of contents. **b.** a preface or prologue. —*v.t.* **20.** to provide with an index, as a book. **21.** to enter in an index, as a name or topic. **22.** to serve to indicate: *warm breezes indexing the approach of spring.* **23.** to place (a book) on an official list as politically or morally harmful: *The commissar insisted on indexing the book.* **24.** to rotate (work) on a milling machine in order to repeat the milling operation at a new position. **25.** *Econ.* to adjust (wages, taxes, etc.) automatically according to changes in the cost-of-living level or another economic indicator, esp. to offset inflation. [1350–1400; ME < L: informer, pointer, equiv. to *in-* IN-²· + *-dec-* (comb. form of *dic-,* show, declare, INDICATE; akin to TEACH) + -s nom. sing. ending] —**in′dex·a·ble,** *adj.* —**in′dex·er,** *n.* —**in·dex′i·cal,** *adj.* —**in·dex′i·cal·ly,** *adv.* —**in′dex·less,** *adj.*

**in·dex·a·tion** (in′dek sā′shən), *n. Econ.* the automatic adjustment of wages, taxes, pension benefits, interest rates, etc., according to changes in the cost of living or another economic indicator, esp. to compensate for inflation. [INDEX + -ATION]

**in′dex card′,** a card, often relatively small, as 3 × 5 in. (7.6 × 12.7 cm), used in noting or recording information and usually filed in an index. [1925–30]

**in′dex crime′,** a crime included in the yearly crime statistics of the Federal Bureau of Investigation. [1965–70; so called because it provides an *index* of the general level of criminal activity]

**In·dex Ex·pur·ga·to·ri·us** (in′deks ik spûr′gə tôr′ē-əs, -tōr′-), *pl.* **In·di·ces Ex·pur·ga·to·ri·i** (in′də sēz′-ikspûr′gə tôr′ē ī′, -tōr′-). *Rom. Cath. Ch.* a list of books now included in the *Index Librorum Prohibitorum,* forbidden to be read except from expurgated editions. [< NL: lit., expurgatory index]

**in′dex fin′ger,** forefinger. [1840–50]

**in′dex fos′sil,** *Geol., Paleontol.* a widely distributed fossil, of narrow range in time, regarded as characteristic of a given geological formation, used esp. in determining the age of related formations. Also called **guide fossil.** [1895–1900]

**in′dex fund′,** a fund, as a mutual fund or pension fund, with a portfolio that contains many of the securities listed in a major stock index in order to match the performance of the stock market generally. [1975–80]

**in′dexing serv′ice,** a service that indexes the contents of a number of publications for use in printed or machine-readable form. [INDEX + -ING²]

**In·dex Li·bro·rum Pro·hib·i·to·rum** (in′deks li-brōr′əm prō hib/i tôr′əm, -brōr′əm prō hib/i tōr′-, lē-), *pl.* **In·di·ces Li·bro·rum Pro·hib·i·to·rum** (in′də sēz′ lī brōr′əm prō hib/i tôr′əm, -brōr′əm prō hib/i tōr′-, lē-). *Rom. Cath. Ch.* a list of books forbidden to be read except from expurgated editions or by special permission. Cf. *Index Expurgatorius.* [< NL: index of prohibited books]

**in·dex-link** (in′deks lingk′), *v.t. Chiefly Brit. Econ.* index (def. 25). [1965–70]

**in′dex num′ber,** *Statistics.* a quantity whose variation over a period of time measures the change in some phenomenon. Also called **index.** [1870–75]

**in′dex of lead′ing in′dicators,** *Econ.* See **leading indicators.**

**in′dex of refrac′tion,** *Optics.* a number indicating the speed of light in a given medium as either the ratio of the speed of light in a vacuum to that in the given medium (**absolute index of refraction**) or the ratio of the speed of light in a specified medium to that in the given medium (**relative index of refraction**). *Symbol:* n Also called **index, refractive index.** [1820–30]

**in′dex plate′,** *Mach.* a plate perforated with rows of different numbers of equally spaced holes as a guide for indexing work. [1815–25]

**in′dex set′,** *Math.* a set whose elements are used to indicate the order of the elements of a sequence, series, etc.



**In·di·a** (in′dē ə), *n.* **1.** Hindi, **Bharat.** a republic in S Asia: a union comprising 22 states and 9 union territories; formerly a British colony; gained independence Aug. 15, 1947; became a republic within the Commonwealth of Nations Jan. 26, 1950. 634,700,000; 1,246,880 sq. mi. (3,229,419 sq. km). *Cap.:* New Delhi. **2.** a subcontinent in S Asia, occupied by Bangladesh, Bhutan, the Republic of India, Nepal, Pakistan, and Sikkim. [< L < Gk *India,* equiv. to *Ind(ós)* the Indus river ( < OPers *Hindu* lit., the river; c. Skt *sindhu*) + -ia -IA¹]

**In·di·a** (in′dē ə), *n.* a word used in communications to represent the letter *I.* [1950–55]

**In′dia chintz′,** a sturdy, heavyweight fabric constructed in a figured weave, used esp. in upholstery. Also called **In′dia cot′ton.**

**In′dia drug′get,** drugget (def. 1).

**In′dia ink′,** (*sometimes l.c.*) **1.** a black pigment consisting of lampblack mixed with glue or size. **2.** a liquid ink from this. Also called **Chinese ink.** [1655–65]

**In·di·an** (in′dē ən), *n.* **1.** Also called **American Indian, Amerind, Amerindian, Native American.** a member of the aboriginal people of America or of any of the aboriginal North or South American stocks, usually excluding the Eskimos. **2.** any of the indigenous languages of the American Indians. *Abbr.:* Ind **3.** a member of any of the peoples native to or inhabiting India or the East Indies. **4.** a citizen of the Republic of India. **5.** *Slang.* a person who performs a required task or carries out the instructions of superiors: *We have too many chiefs and not enough Indians.* **6.** *Astron.* the constellation Indus. —*adj.* **7.** of, pertaining to, or characteristic of the American Indians or their languages. **8.** of, pertaining to, or characteristic of India or the East Indies. **9.** made of Indian corn: *Indian meal.* **10.** *Zoogeog.* oriental (def. 3). **11.** *Phytogeog.* belonging or pertaining to a geographical division comprising India south of the Himalayas, and Pakistan and Sri Lanka. [1350–1400; < ML *Indiānus;* r. ME *Indien* < OF < ML as above. See INDIA, -AN]
—**Usage.** Because Christopher Columbus mistakenly believed that the Caribbean island on which he had landed was the subcontinent of India, he called the inhabitants INDIANS. Eventually, that name was applied to almost all the indigenous, non-European inhabitants of North and South America. In modern times INDIAN may refer to an inhabitant of the subcontinent of India or of the East Indies, to a citizen of the Republic of India, or to a member of an aboriginal American people.
In the 18th century the term *American Indian* came to be used for the aboriginal inhabitants of the United States and Canada; it now includes the aboriginal peoples of South America as well. (When necessary, further distinctions are made with such terms as *North American Indian* and *South American Indian.*) The terms *Amerindian* and *Amerind* subsequently developed in the attempt to reduce ambiguity. For some, especially among North American Indians, the preferred designation is *Native American.* All these terms appear in edited writing. Whether one or several will gain ascendancy over the others remains to be seen.
The only pre-European inhabitants of North America to whom INDIAN or other terms using the word INDIAN are not applied are the Eskimos or Inuit. See **Eskimo.**

**In·di·an·a** (in′dē an′ə), *n.* **1.** Robert (*Robert Clarke*), born 1928, U.S. painter of pop art. **2.** a state in the central United States: a part of the Midwest. 5,490,179; 36,291 sq. mi. (93,995 sq. km). *Cap.:* Indianapolis. *Abbr.:* IN (for use with zip code), Ind. **3.** a city in W central Pennsylvania. 16,051. — **In′di·an′an, In·di·an·i·an** (in′-dē-an′ē ən), *adj., n.*



**In′dian′a bal′lot,** a ballot on which the candidates are listed in separate columns by party. Also called **party-column ballot.** Cf. **Massachusetts ballot, office-block ballot.**

**In′diana Dunes′ Na′tional Lake′shore,** a shore area in N Indiana, on Lake Michigan: established in 1966 for recreation and conservation purposes; comprising shoreline, dunes, bogs, and forests. 14 sq. mi. (36 sq. km).

**In′dian a′gency,** headquarters of an Indian agent. [1815–25, *Amer.*]

**In′dian a′gent,** an official representing the U.S. government in dealing with an Indian tribe or tribes. [1705–15] —**In′dian a′gency.**

**In′dian al′mond,** a Malayan tree, *Terminalia catappa,* having edible seeds, planted widely in the tropics as a street tree. [1885–90]

**In·di·an·ap·o·lis** (in′dē ə nap′ə lis), *n.* a city in and the capital of Indiana, in the central part. 700,807.

**Indianapolis 500,** a 500-mile oval-track race for rear-engine cars having particular specifications, held annually in Indianapolis, Ind.

**In′dian bal′sam.** See **Peru balsam.**

**In′dian bean′,** catalpa. [1835–45, *Amer.*]

**In′dian bi′son,** the gaur.

**In′dian bread′, 1.** See **corn bread. 2.** tuckahoe (def. 1). [1645–55, *Amer.*]

**In′dian bread′root,** breadroot. [1850–55]

**In′dian club′,** a metal or wooden club shaped like a large bottle, swung singly or in pairs for exercising the arms. [1855–60]



Indian club

**In′dian co′bra,** a highly venomous cobra, *Naja naja,* common in India, having markings resembling a pair of spectacles on the back of the hood. Also called **spectacled cobra.** See illus. under **cobra.**

**In′dian corn′, 1.** corn¹ (def. 1). **2.** any primitive corn

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, ēqual; if, īce; ox, ōver, ôrder, oil, bŏŏk, bōōt; out; up, ûrge; child; sing; shoe; thin, *that;* zh as in *treasure.* ə = a as in *alone,* e as in *system,* i as in *easily,* o as in *gallop,* u as in *circus;* ᵃ as in *fire* (fīᵃr), *hour* (ouᵃr). l and n can serve as syllabic consonants, as in *cradle* (krād′l), and *button* (but′n). See the full key inside the front cover.