# EXHIBIT 28

# The New Oxford Dictionary of English

EDITED BY
Judy Pearsall

CHIEF EDITOR, CURRENT ENGLISH DICTIONARIES
Patrick Hanks

CLARENDON PRESS · OXFORD
1998

Oxford University Press, Great Clarendon Street, Oxford OX2 6DP
Oxford New York
Athens Auckland Bangkok Bogota Bombay Buenos Aires
Cape Town Chennai Dar es Salaam Delhi Florence Hong Kong Istanbul
Karachi Kuala Lumpur Madrid Melbourne Mexico City Mumbai
Nairobi Paris Singapore Taipei Tokyo Toronto Warsaw

and associated companies in
Berlin Ibadan

Oxford is a registered trade mark of Oxford University Press

© Oxford University Press 1998

First published 1998

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press.
Within the UK, exceptions are allowed in respect of any fair dealing for the
purpose of research or private study, or criticism or review, as permitted
under the Copyright, Designs and Patents Act 1988, or in the case of
reprographic reproduction in accordance with the terms of the licences
issued by the Copyright Licensing Agency. Enquiries concerning
reproduction outside these terms and in other countries should be
sent to the Rights Department, Oxford University Press,
at the address above

This book is sold subject to the condition that it shall not, by way
of trade or otherwise, be lent, re-sold, hired out or otherwise circulated
without the publisher's prior consent in any form of binding or cover
other than that in which it is published and without a similar condition
including this condition being imposed on the subsequent purchaser

British Library Cataloguing in Publication Data
Data available

Library of Congress Cataloging in Publication Data
Data available

ISBN 0-19-861263-X

10 9 8 7 6 5 4 3 2 1

Designed by Andrew Boag, Typographic problem solving, London
Typeset in Swift and Arial
by Selwood Systems, Midsomer Norton, Bath
Printed in Spain
on acid-free paper by
Mateu Cromo Artes Graficas S.A.
Madrid

agreement, etc.) by overwhelming vocal app.    al and without ballot. **2** Canadian (of election) by virtue of being the sole candidate.
– ORIGIN mid 16th cent.: from Latin *acclamatio(n-)*, from *acclamare* 'shout at', later 'shout in approval' (see ACCLAIM).

**acclimate** /ˈaklɪmeɪt, əˈklaɪmət/ ▶ verb [no obj.] chiefly N. Amer. acclimatize: *we had to give the soldiers time to acclimate.*
■ Biology respond physiologically or behaviourally to a change in a single environmental factor: *trees may acclimate to high $CO_2$ levels by reducing the number of stomata*. Compare with ACCLIMATIZE. ■ [with obj.] Botany & Horticulture harden off (a plant).
– DERIVATIVES **acclimation** noun.
– ORIGIN late 18th cent.: from French *acclimater*, from *a-* (from Latin *ad* 'to, at') + *climat* 'climate'.

**acclimatize** (also **-ise**) ▶ verb [no obj.] become accustomed to a new climate or to new conditions: *it's unknown whether people will acclimatize to increasingly warm weather | they like to acclimatize themselves properly before doing anything.*
■ Biology respond physiologically or behaviourally to changes in a complex of environmental factors. Compare with ACCLIMATE. ■ [with obj.] Botany & Horticulture harden off (a plant).
– DERIVATIVES **acclimatization** noun.
– ORIGIN mid 19th cent.: from French *acclimater* 'acclimatize' + -IZE.

**acclivity** /əˈklɪvɪti/ ▶ noun (pl. **-ies**) an upward slope.
– DERIVATIVES **acclivitous** adjective.
– ORIGIN early 17th cent.: from Latin *acclivitas*, from *acclivis*, from *ad-* 'towards' + *clivus* 'a slope'.

**accolade** /ˈakəleɪd, ˌakəˈleɪd/ ▶ noun **1** an award or privilege granted as a special honour or as an acknowledgement of merit: *the ultimate official accolade of a visit by the Queen.*
■ an expression of praise or admiration.
**2** a touch on a person's shoulders with a sword at the bestowing of a knighthood.
– ORIGIN early 17th cent.: from French, from Provençal *acolada*, literally 'embrace around the neck (when bestowing knighthood)', from Latin *ad-* 'at, to' + *collum* 'neck'.

**accommodate** ▶ verb [with obj.] **1** (of physical space, especially a building) provide lodging or sufficient space for: *the cottages accommodate up to six people.*
**2** fit in with the wishes or needs of: *any language must accommodate new concepts.*
■ [no obj.] (**accommodate to**) adapt to: *making users accommodate to the realities of today's marketplace.*
– DERIVATIVES **accommodative** adjective.
– ORIGIN mid 16th cent.: from Latin *accommodat-* 'made fitting', from the verb *accommodare*, from *ad-* 'to' + *commodus* 'fitting'.

**accommodating** ▶ adjective fitting in with someone's wishes or demands in a helpful way.
– DERIVATIVES **accommodatingly** adverb.

**accommodation** ▶ noun **1** [mass noun] a room, group of rooms, or building in which someone may live or stay: *they were living in temporary accommodation.*
■ (**accommodations**) chiefly N. Amer. lodgings, sometimes also including board: *the company offers a number of guest house accommodations in Oberammergau.* ■ the available space for occupants in a building, vehicle, or vessel: *there was lifeboat accommodation for 1,178 people.* ■ the providing of a room or lodgings: *the building is used exclusively for the accommodation of guests.*
**2** a convenient arrangement; a settlement or compromise: *the prime minister was seeking an accommodation with Labour.*
■ [mass noun] the process of adapting or adjusting to someone or something: *accommodation to a separate political entity was not possible.* ■ [mass noun] the automatic adjustment of the focus of the eye by flattening or thickening of the lens.
– ORIGIN early 17th cent.: from Latin *accommodatio(n-)*, from *accommodare* 'fit one thing to another' (see ACCOMMODATE).

**accommodation address** ▶ noun Brit. an address for correspondence used by a person who wishes to conceal or does not have a permanent address.

**accommodationist** ▶ noun US a person who seeks compromise with an opposing point of view, typically a political one.

**accommodation ladder** ▶ noun a ladder or flight of steps up the side of a ship allowing access from a small boat or a quayside.

**accommodation platform** ▶ noun an offshore platform serving as accommodation for workers in offshore oil or gas production.

**accompaniment** ▶ noun **1** a musical part which supports or partners a solo instrument, voice, or group: *she sang to a guitar accompaniment* | [mass noun] *sonatas for piano with violin accompaniment.*
■ a piece of music played as a complement or background to an activity: *lush string accompaniments to romantic scenes in films.*
**2** something that supplements or complements something else, especially food: *these biscuits are a lovely accompaniment to tea.*
– PHRASES **to the accompaniment of** with accompanying or background music or sound from: *we filed out to the accompaniment of the organ.* ■ with another event happening at the same time as.
– ORIGIN early 18th cent.: from French *accompagnement*, from *accompagner* 'accompany'.

**accompanist** ▶ noun a person who provides a musical accompaniment to another musician or to a singer.

**accompany** ▶ verb (**-ies**, **-ied**) [with obj.] **1** go somewhere with (someone) as a companion or escort: *the two sisters were to accompany us to London.*
**2** (usu. **be accompanied**) be present or occur at the same time as (something else): *the illness is often accompanied by nausea.*
■ provide (something) as a complement or addition to something else: *home-cooked ham accompanied by brown bread.*
**3** play a musical accompaniment for.
– ORIGIN late Middle English: from Old French *accompagner*, from *a-* (from Latin *ad* 'to, at') + *compagne*, from Old French *compaignon* 'companion'. The spelling change was due to association with COMPANY.

**accomplice** /əˈkʌmplɪs, əˈkɒm-/ ▶ noun a person who helps another commit a crime.
– ORIGIN mid 16th cent.: alteration (probably by association with ACCOMPANY) of Middle English *complice* 'an associate', via Old French from late Latin *complex, complic-* 'allied', from *com-* 'together' + the root of *plicare* 'to fold'.

**accomplish** ▶ verb [with obj.] achieve or complete successfully: *the planes accomplished their mission.*
– ORIGIN late Middle English: from Old French *acompliss-*, lengthened stem of *acomplir*, based on Latin *ad-* 'to' + *complere* 'to complete'.

**accomplished** ▶ adjective highly trained or skilled in a particular activity: *an accomplished pianist.*
■ well educated and having good social skills.

**accomplishment** ▶ noun something that has been achieved successfully: *the reduction of inflation was a remarkable accomplishment.*
■ [mass noun] the successful achievement of a task: *the accomplishment of planned objectives.* ■ an activity that a person can do well, typically as a result of study or practice: *typing was another of her accomplishments.* ■ [mass noun] skill or ability in an activity: *a poet of considerable accomplishment.*

**accord** ▶ verb **1** [with obj.] give or grant someone (power, status, or recognition): *the powers accorded to the head of state* | [with two objs] *the national assembly accorded the General more power.*
**2** [no obj.] (**accord with**) (of a concept or fact) be harmonious or consistent with.
▶ noun an official agreement or treaty.
■ [mass noun] agreement or harmony: *the government and the rebels are in accord on one point.*
– PHRASES **in accord with** according to. **of one's own accord** voluntarily or without outside intervention: *he would not seek treatment of his own accord.* **with one accord** in a united way.
– ORIGIN Old English, from Old French *acorder* 'reconcile, be of one mind', from Latin *ad-* 'to' + *cor, cord-* 'heart'; influenced by CONCORD.

**accordance** ▶ noun (in phrase **in accordance with**) in a manner conforming with: *the ballot was held in accordance with trade union rules.*
– ORIGIN Middle English: from Old French *acordance*, from *acorder* 'bring to an agreement' (see ACCORD).

**accordant** ▶ adjective archaic agreeing or compatible: *I found the music accordant with the words of the service.*
– ORIGIN Middle English: from Old French *acordant*, from *acorder* 'bring to an agreement' (see ACCORD).

**according** ▶ adverb **1** (**according to**) as stated by or in: *the outlook for investors is not bright, according to financial experts.*
■ in a manner corresponding or conforming to: *cook the rice according to the instructions.* ■ in proportion or relation to: *salary will be fixed according to experience.*
**2** (**according as**) depending on whether.

**accordingly** ▶ adverb **1** in a way that is appropriate to the particular circumstances: *we have to discover what his plans are and act accordingly.*
**2** [sentence adverb] consequently; therefore: *there was no breach of the rules; accordingly, there will be no disciplinary inquiry.*

**accordion** /əˈkɔːdɪən/ ▶ noun a musical instrument played by stretching and squeezing with the hands to work a central bellows that blows air over metal reeds, the melody and chords being sounded by buttons or keys. Compare with CONCERTINA.
■ [as modifier] folding like the bellows of an accordion: *an accordion pleat.*
– DERIVATIVES **accordionist** noun.
– ORIGIN mid 19th cent.: from German *Akkordion*, from Italian *accordare* 'to tune'.

**accost** ▶ verb [with obj.] approach and address (someone) boldly or aggressively: *reporters accosted him in the street | a man tried to accost the girl on the way to school.*
– ORIGIN late 16th cent. (originally in the sense 'lie or go alongside'): from French *accoster*, from Italian *accostare*, from Latin *ad-* 'to' + *costa* 'rib, side'.

**accouchement** /əˈkuːʃmɒ̃/ ▶ noun [mass noun] archaic the action of giving birth to a baby.
– ORIGIN late 18th cent.: French, from *accoucher* 'act as midwife', from *a-* (from Latin *ad* 'to, at') + *coucher* 'put to bed' (see COUCH¹).

**accoucheur** /ˌakuːˈʃɜː/ ▶ noun a male midwife.
– ORIGIN mid 18th cent.: French, from *accoucher* (see ACCOUCHEMENT).

**account** ▶ noun **1** a report or description of an event or experience: *a detailed account of what has been achieved.*
■ an interpretation or rendering of a piece of music: *a lively account of Offenbach's score.*
**2** a record or statement of financial expenditure and receipts relating to a particular period or purpose: *the barman was doing his accounts | he submitted a quarterly account.*
■ (**Accounts**) the department of a company that deals with such records. ■ chiefly Brit. a bill taking the form of such a record: *there's no money to pay the tradesmen's accounts this month.*
**3** an arrangement by which a body holds funds on behalf of a client or supplies goods or services to them on credit: *a bank account | charge it to my account | I began buying things on account.*
■ a client having such an arrangement with a supplier: *selling bibles to established accounts in the North.* ■ a contract to do work periodically for a client: *another agency were awarded the account.* ■ Stock Exchange, Brit. a fixed period on a stock exchange, at the end of which payment must be made for stock that has been bought.
**4** [mass noun] importance: *money was of no account to her.*
▶ verb **1** [with obj. and complement] consider or regard in a specified way: *her visit could not be accounted a success | he accounted himself the unluckiest man alive.*
**2** [no obj.] archaic give or receive an account for money received: *after 1292 he accounted to the Westminster exchequer.*
– PHRASES **by** (or **from**) **all accounts** according to what one has heard or read: *by all accounts he is a pretty nice guy.* **call** (or **bring**) **someone to account** require someone to explain a mistake or poor performance. **give a good** (or **bad**) **account of oneself** make a favourable (or unfavourable) impression through one's performance. **keep an account of** keep a record of. **leave something out of account** fail or decline to consider a factor. **money of account** denominations of money used in reckoning but not current as coins. **on someone's account** for a specified person's benefit: *don't bother on my account.* **on account of** because of. **on no account** under no circumstances: *on no account let anyone know we're interested.* **on one's own account** with one's own money or assets, rather than for an employer or client: *he began trading on his own account.* **settle** (or **square**) **accounts with** pay money owed to

unwanted AC distortion or oscilla ... n ciwith a common power supply.

**decoy** ► noun /ˈdiːkɔɪ, dɪˈkɔɪ/ **1** a bird or mammal, or an imitation of one, used by hunters to attract other birds or mammals: [as modifier] *a decoy duck.*
■ a person or thing used to lure an animal or person into a trap. ■ a fake or non-working article, especially a weapon, used to mislead or misdirect.
**2** a pond from which narrow netted channels lead, into which wild duck may be enticed for capture.
► verb /dɪˈkɔɪ, ˈdiːkɔɪ/ [with obj. and adverbial of direction] lure or entice (a person or animal) away from their intended course, typically into a trap: *they would try to decoy the enemy towards the hidden group.*
– ORIGIN mid 16th cent. (earlier as *coy*): from Dutch *de kooi* 'the decoy', from Middle Dutch *de kouw* 'the cage', from Latin *cavea* 'cage'. Sense 1 is from the practice of using tamed ducks to lead wild ones along channels into captivity.

**decrease** ► verb /dɪˈkriːs/ [no obj.] become smaller or fewer in size, amount, intensity, or degree: *the population of the area has decreased radically.*
■ [with obj.] make smaller or fewer in size, amount, intensity, or degree: *the aisles were decreased in height.*
► noun /ˈdiːkriːs/ an instance or example of becoming smaller or fewer: *a decrease in births.*
■ [mass noun] the action or process of becoming smaller or fewer: *the rate of decrease became greater.*
– PHRASES **on the decrease** becoming less common or widespread; decreasing.
– DERIVATIVES **decreasingly** adverb [as submodifier] *voters have proved decreasingly willing to support the party.*
– ORIGIN late Middle English: from Old French *decreis* (noun), *decreistre* (verb), based on Latin *decrescere*, from *de-* 'down' + *crescere* 'grow'.

**decree** ► noun an official order issued by a ruler or authority that has the force of law.
■ [mass noun] the issuing of such an order: *the king ruled by decree.* ■ a judgement or decision of certain law courts, especially in matrimonial cases.
► verb (**decrees, decreed, decreeing**) [with obj.] order (something) by decree: *the government decreed a ban on any contact with the guerrillas* | [with clause] *the president decreed that the military was to be streamlined.*
– ORIGIN Middle English (denoting an edict issued by an ecclesiastical council to settle a point of doctrine or discipline): from Old French *decre, decret*, from Latin *decretum* 'something decided', from *decernere* 'decide'.

**decree absolute** ► noun (pl. **decrees absolute**) English Law a final order by a court of law which officially ends a marriage, enabling either party to remarry.

**decree nisi** ► noun (pl. **decrees nisi**) English Law an order by a court of law that states the date on which a marriage will end, unless a good reason to prevent a divorce is produced.
– ORIGIN late 19th cent.: Latin *nisi* 'unless'.

**decrement** /ˈdɛkrɪm(ə)nt/ ► noun a reduction or diminution: *relaxation produces a decrement in sympathetic nervous activity.*
■ an amount by which something is reduced or diminished: *the dose was reduced by 10 mg weekly decrements.* ■ Physics the ratio of the amplitudes in successive cycles of a damped oscillation.
► verb [with obj.] chiefly Computing cause a discrete reduction in (a numerical quantity): *the instruction decrements the accumulator by one.*
– ORIGIN early 17th cent. (as a noun): from Latin *decrementum* 'diminution', from the stem of *decrescere* 'to decrease'.

**decrepit** /dɪˈkrɛpɪt/ ► adjective (of a person) elderly and infirm: *a rather decrepit old man.*
■ worn out or ruined because of age or neglect: *a row of decrepit houses.*
– DERIVATIVES **decrepitude** noun.
– ORIGIN late Middle English: from Latin *decrepitus*, from *de-* 'down' + *crepitus*, past participle of *crepare* 'rattle, creak'.

**decrepitate** /dɪˈkrɛpɪteɪt/ ► verb [no obj.] technical (of a crystal or an inclusion of something within a crystal) disintegrate audibly when heated.
– DERIVATIVES **decrepitation** noun.
– ORIGIN mid 17th cent.: from DE- 'away' + Latin *crepitat-* 'crackled', from the verb *crepitare*, frequentative of *crepare* 'rattle' (see DECREPIT).

**decrescendo** /ˌdiːkrɪˈʃɛndəʊ/ ► noun (pl. **-os**), adverb, adjective, & verb (**-os, -oed**) another term for DIMINUENDO: [as noun] *the decrescendo of distant thunder* | [as adj.] *a decrescendo heart murmur* | | *he decrescendos down to a whisper.*
– ORIGIN early 19th cent.: Italian, literally 'decreasing'.

**decrescent** /dɪˈkrɛs(ə)nt/ ► adjective [attrib.] (of the moon) waning.
– ORIGIN early 17th cent.: from Latin *decrescent-* 'growing less', from the verb *decrescere* (see DECREASE).

**decretal** /dɪˈkriːt(ə)l/ ► noun a papal decree concerning a point of canon law.
► adjective of the nature of a decree.
– ORIGIN Middle English: from late Latin *decretale*, neuter of *decretalis* (adjective), from Latin *decret-* 'decided', from the verb *decernere*.

**Decretum** /dɪˈkriːtəm/ ► noun a collection of decisions and judgements in canon law.
– ORIGIN Latin, literally 'something decreed'.

**decriminalize** (also **-ise**) ► verb [with obj.] cease to treat (something) as illegal: *a battle to decriminalize drugs.*
– DERIVATIVES **decriminalization** noun.

**decry** /dɪˈkrʌɪ/ ► verb (**-ies, -ied**) [with obj.] publicly denounce: *they decried human rights abuses.*
– DERIVATIVES **decrier** noun.
– ORIGIN early 17th cent. (in the sense 'decrease the value of coins by royal proclamation'): from DE- 'down' + CRY, on the pattern of French *décrier* 'cry down'.

**decrypt** /diːˈkrɪpt/ ► verb [with obj.] make (a coded or unclear message) intelligible: *the computer can be used to encrypt and decrypt sensitive transmissions.*
► noun a text that has been decoded.
– DERIVATIVES **decryption** noun.
– ORIGIN 1930s: from DE- (expressing reversal) + *crypt* as in *encrypt.*

**decubitus** /dɪˈkjuːbɪtəs/ ► noun [mass noun] chiefly Medicine the posture adopted by a person who is lying down: [as modifier] *lumbar puncture with the patient in the lateral decubitus position.*
– ORIGIN late 19th cent.: modern Latin, from Latin *decumbere* 'lie down', on the pattern of words such as *accubitus* 'reclining at table'.

**decubitus ulcer** ► noun technical term for BEDSORE.

**decumbent** /dɪˈkʌmb(ə)nt/ ► adjective Botany (of a plant or part of a plant) lying along the ground or along a surface, with the extremity curving upwards.
– ORIGIN late 18th cent.: from Latin *decumbent-* 'lying down', from the verb *decumbere*, based on *de-* 'down' + a verb related to *cubare* 'to lie'.

**decumbiture** /dɪˈkʌmbɪtʃə/ ► noun Astrology a chart made for the time of onset of an illness, to aid in making a prognosis and determining appropriate treatment.
■ [mass noun] archaic the action of taking to one's bed with an illness.
– ORIGIN mid 17th cent.: formed irregularly from Latin *decumbere* 'lie down' + -URE.

**decurrent** /dɪˈkʌr(ə)nt/ ► adjective Botany (of a fungus gill, leaf, etc.) extending down the stem below the point of attachment.
■ (of a shrub or the crown of a tree) having several roughly equal branches.
– ORIGIN mid 18th cent.: from Latin *decurrent-* 'running down', from the verb *decurrere*.

**decurved** ► adjective Biology (especially of a bird's bill) curved downwards.

**decussate** technical ► verb /dɪˈkʌseɪt, ˈdɛkəseɪt/ [no obj.] (of two or more things) cross or intersect each other to form an X: *the fibres decussate in the collar.*
► adjective /dɪˈkʌsət/ shaped like an X.
■ Botany (of leaves) arranged in opposite pairs, each pair being at right angles to the pair below.
– DERIVATIVES **decussation** noun.
– ORIGIN mid 17th cent. (as a verb): from Latin *decussatus*, past participle of *decussare* 'divide crosswise', from *decussis* (describing the figure X, i.e. the Roman numeral for the number 10), from *decem* 'ten'.

**decyl** /ˈdɛsʌɪl, -sɪl/ ► noun [as modifier] Chemistry of or denoting an alkyl radical —$C_{10}H_{21}$, derived from decane.
– ORIGIN mid 19th cent.: from Greek *deka-* 'ten' + -YL.

**dedans** /dəˈdɒ̃/ ► noun (in real tennis) an open gallery for spectators at the service side of a court.
– ORIGIN early 18th cent.: French, literally 'inside'.

**-kind** /ˈdeɪdəkɪnd, German ˈdeːdəkɪnt/. Richard (1831–1916), German mathematician, one the founders of abstract algebra and modern mathematics.

**dedendum** /dɪˈdɛndəm/ ► noun Engineering the radial distance from the pitch circle of a cogwheel or wormwheel to the bottom of the tooth space or groove. Compare with ADDENDUM.
– ORIGIN early 20th cent.: from Latin, 'thing that can be surrendered', neuter gerundive of *dedere*.

**dedicate** ► verb [with obj.] devote (time, effort, or oneself) to a particular task or purpose: *Joan has dedicated her life to animals.*
■ devote (something) to a particular subject or purpose: *volume four is dedicated to wasps.* ■ (usu. **be dedicated**) cite or nominate (a book or other artistic work) as being issued or performed in someone's honour: *the novel is dedicated to the memory of my mother.* ■ (usu. **be dedicated**) ceremonially assign (a church or other building) to a deity or saint: *the parish church is dedicated to St Paul.*
– DERIVATIVES **dedicatee** noun, **dedicator** noun, **dedicatory** adjective.
– ORIGIN late Middle English (in the sense 'devote to sacred use by solemn rites'): from Latin *dedicat-* 'devoted, consecrated', from the verb *dedicare*.

**dedicated** ► adjective (of a person) devoted to a task or purpose: *a team of dedicated doctors.*
■ (of a thing) exclusively assigned or allocated to or intended for a particular service or purpose: *a dedicated high-speed rail link from the Channel Tunnel.*
– DERIVATIVES **dedicatedly** adverb.

**dedication** ► noun [mass noun] **1** the quality of being dedicated or committed to a task or purpose: *his dedication to his duties.*
**2** the action of dedicating a church or other building to a deity or saint: *the dedication of a new city church.*
■ [count noun] an inscription dedicating a building in this way. ■ [count noun] the words with which a book or other artistic work is dedicated.
– ORIGIN late Middle English: from Latin *dedicatio(n-)*, from *dedicare* 'devote, consecrate' (see DEDICATE).

**de dicto** /deɪ ˈdɪktəʊ, diː/ ► adjective Philosophy relating to the form of an assertion or expression itself, rather than any property of a thing it refers to. Compare with DE RE.
– ORIGIN Latin, 'from what is said'.

**dedifferentiate** /ˌdiːdɪfəˈrɛnʃɪeɪt/ ► verb [no obj.] Biology (of a cell or tissue) undergo a reversal of differentiation and lose specialized characteristics.
– DERIVATIVES **dedifferentiation** noun.

**deduce** ► verb [with obj.] arrive at (a fact or a conclusion) by reasoning; draw as a logical conclusion: *little can be safely deduced from these figures* | [with clause] *they deduced that the fish died because of water pollution.*
■ archaic trace the course or derivation of: *he cannot deduce his descent wholly by heirs male.*
– DERIVATIVES **deducible** adjective.
– ORIGIN late Middle English (in the sense 'lead or convey'): from Latin *deducere*, from *de-* 'down' + *ducere* 'lead'.

**deduct** ► verb [with obj.] subtract or take away (an amount or part) from a total: *tax has been deducted from the payments.*
– ORIGIN late Middle English: from Latin *deduct-* 'taken or led away', from the verb *deducere*. *Deduct* and *deduce* were not distinguished in sense until the mid 17th cent.

**deductible** ► adjective able to be deducted, especially from taxable income or tax to be paid.
► noun chiefly N. Amer. the part of an insurance claim to be paid by the insured; an excess.
– DERIVATIVES **deductibility** noun.

**deduction** ► noun [mass noun] **1** the action of deducting or subtracting something: *the dividend will be paid without deduction of tax.*
■ [count noun] an amount that is or may be deducted from something, especially from taxable income or tax to be paid: *tax deductions.*
**2** the inference of particular instances by reference to a general law or principle: *the detective must uncover the murderer by deduction from facts.* Often contrasted with INDUCTION.
■ [count noun] a conclusion that has been deduced.
– ORIGIN late Middle English: from Latin *deductio(n-)*, from the verb *deducere* (see DEDUCE).

**deductive** ► adjective characterized by the