**EXHIBIT 29**

# Webster's New World™ College Dictionary

THIRD EDITION

*Dedicated*
*to David B. Guralnik*
*lexicographical mentor and friend*

Webster's New World™ College Dictionary, Third Edition
Copyright © 1997, 1996, 1994, 1991, 1988 by Simon & Schuster, Inc.

This edition is a major revision of *Webster's New World Dictionary®*,
Second College Edition, copyright © 1986, 1984, 1982, 1980, 1979,
1978, 1976, 1974, 1972, 1970 by Simon & Schuster, Inc.

All rights reserved
including the right of reproduction
in whole or in part in any form

Macmillan General Reference
A Simon & Schuster Macmillan Company
1633 Broadway
New York, NY 10019-6785

A Webster's New World™ Book

MACMILLAN is a registered trademark of Macmillan, Inc.
WEBSTER'S NEW WORLD DICTIONARY is a
registered trademark of Simon & Schuster, Inc.

*Dictionary Editorial Offices:*
*New World Dictionaries*
*850 Euclid Avenue*
*Cleveland, Ohio 44114*

**Library of Congress Cataloging-in-Publication Data**
Webster's New World college dictionary / Victoria Neufeldt, editor in
　　chief, David B. Guralnik, editor in chief emeritus. — 3rd ed.
　　　　p.　　cm.
　　ISBN 0-02-861673-1 (thumb-indexed). — ISBN 0-02-861675-8 (plain).
　　— ISBN 0-02-861674-X (leatherkraft)
　　　　1. English language — Dictionaries.　　　I. Neufeldt, Victoria.
　　II. Guralnik, David Bernard, 1920–
　　PE1628.W5629　1997
　　423—dc21　　　　　　　　　　　　　　　　　　　　　　　　　　　　　96-44362
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CIP

Database service and principal typesetting by Lexi-Comp, Inc., Hudson, Ohio.
Manufactured in the United States of America
　　3 4 5 6 7 8 9 10　　　97 98 99 00 01 02

**ac·cor·di·on** (ə kôr′dē ən) *n.* [G *ordion* < *akkord*, harmony (prob. < It *accordare*, to be in tune: see ACCORD) + *-ion* as in ORCHESTRION] a musical instrument with keys, metal reeds, and a bellows: it is played by alternately pulling out and pressing together the bellows to force air through the reeds, which are opened by fingering the keys —*adj.* having folds, or folding, like the bellows of an accordion [*accordion pleats*] —**ac·cor′di·on·ist** *n.*

ACCORDION

**ac·cost** (ə kôst′, -käst′) *vt.* [Fr *accoster* < It *accostare*, to bring side by side < VL *accostare* < L *ad-*, to + *costa*, rib, side] 1 to approach and speak to; greet first, before being greeted, esp. in an intrusive way 2 to solicit for sexual purposes: said of a prostitute, etc.

**ac·couche·ment** (ə kōōsh′mənt; *Fr* à kōōsh mäṉ′) *n.* [Fr < *accoucher*, put to bed, give birth < OFr *acoucher*, lie down < L *ad-*, to + *collocare*: see COUCH] confinement for giving birth to a child; childbirth

**ac·cou·cheur** (a′kōō shur′) *n.* [Fr: see prec.] a specially trained person who attends childbirth cases; male midwife or obstetrician

**ac·cou·cheuse** (a′kōō shuz′) *n.* [Fr, fem. of prec.] a midwife or female obstetrician

**ac·count** (ə kount′) *vt.* [ME *acounten* < OFr *aconter* < *a-*, to + *conter*, to tell < *compter* < L *computare*: see COMPUTE] to consider or judge to be; deem; value —*vi.* 1 to furnish a reckoning (*to someone*) of money received and paid out 2 to make satisfactory amends (*for*) [he will *account* for his crime] 3 to give satisfactory reasons or an explanation (*for*) [can he *account* for his actions?] 4 to be the cause, agent, or source of: with *for* 5 to do away with as by killing: with *for* [he *accounted* for five of the enemy] —*n.* 1 a counting; calculation 2 [*often pl.*] a record of the financial data pertaining to a specific asset, liability, income item, expense item, or net-worth item 3 BANK ACCOUNT 4 *a*) a record of the financial transactions relating to a specific person, property, business, etc. *b*) CHARGE ACCOUNT *c*) a business or firm that is a customer or client, esp. on a regular, credit basis [one of our best *accounts*] 5 worth; importance [a thing of small *account*] 6 an explanation 7 a report; description; story —**call to account** 1 to demand an explanation of 2 to reprimand —**give a good account of oneself** to acquit oneself creditably —**on account** 1 on a charge account; on the installment plan 2 as partial payment —**on someone's account** for someone's sake —**on account of** 1 because of 2 for (someone's) sake —**on no account** not under any circumstances —**take account of** 1 to take into consideration; allow for 2 to take notice of; note —**take into account** to take into consideration —**turn to account** to account to get use or profit from

**ac·count·a·ble** (ə kount′ə bəl) *adj.* 1 obliged to account for one's acts; responsible 2 capable of being accounted for; explainable —SYN. RESPONSIBLE —**ac·count·a·bil′i·ty** (-bil′ə tē) or **ac·count′a·ble·ness** *n.* —**ac·count′a·bly** *adv.*

**ac·count·an·cy** (ə kount′'n sē) *n.* the keeping or inspecting of commercial accounts; work of an accountant

**ac·count·ant** (ə kount′'nt) *n.* a person whose work is to inspect, keep, or adjust accounts: see CERTIFIED PUBLIC ACCOUNTANT

**account book** a book in which business accounts are set down

**account current** a record of business transactions that shows the total amount of money owed as of the date of the summarizing statement

**account executive** an executive in an advertising agency, stockbrokerage, etc. who handles the accounts of, and maintains direct contact with, one or more established clients and seeks new clients

**ac·count·ing** (ə kount′iṉ) *n.* 1 the principles or practice of systematically recording, presenting, and interpreting financial accounts 2 a statement of debits and credits 3 a settling or balancing of accounts

**account payable** *pl.* **accounts payable** the amount owed by a business to a creditor, usually for goods or services

**account receivable** *pl.* **accounts receivable** the amount owed to a business by a debtor, usually for goods or services

**ac·cou·ple·ment** (ə kup′əl mənt) *n.* [Fr < *accoupler*, to couple up < OFr *acoupler* < ML *accopulare* < L *ad-*, to + *copulare*, to COUPLE] 1 *Archit.* the placing of columns in pairs close together 2 *Carpentry* a brace or tie of timber

**ac·cou·ter** or **ac·cou·tre** (ə kōōt′ər) *vt.* **-tered** or **-tred** (-ərd), **-ter·ing** or **-tring** (ə kōōt′ər iṉ, -kōōt′riṉ) [Fr *accoutrer*, earlier *accoustrer*; prob. < *à-*, to + OFr *costure* < VL *consutura*, seam, sewing < L *consuere*, to sew < *con-*, together + *suere*, SEW] to outfit; equip, esp. for military service

**ac·cou·ter·ment** or **ac·cou·tre·ment** (ə kōōt′ər mənt, -kōō′trə-) *n.* 1 an accoutering or being accoutered 2 [*pl.*] *a*) personal outfit; clothes; dress *b*) a soldier's equipment except clothes and weapons

**Ac·cra** (ə krä′) capital of Ghana: seaport on the Gulf of Guinea: pop. 954,000

**ac·cred·it** (ə kred′it) *vt.* [Fr *accréditer*, to give credit or authority < *à*, to + *crédit*, CREDIT] 1 to bring into credit or favor 2 to authorize; give credentials to [an *accredited* representative] 3 to believe in; take as true 4 to certify as meeting certain set standards [colleges may be *accredited* by regional associations] 5 to attribute; credit [an action *accredited* to him] —SYN. AUTHORIZE —**ac·cred′i·ta′tion** (-ə tā′shən) *n.*

**ac·crete** (ə krēt′) *vi.* **-cret′ed**, **-cret′ing** [< L *accretus*, pp. of *accrescere*: see f(ollowing)] to grow by being added to 2 to grow together; adhere —*vt.* to cause to adhere or unite (*to*) —*adj. Bot.* grown together

**ac·cre·tion** (ə krē′shən) *n.* [L *accretio* < *accrescere*, to increase < *ad-*, to + *crescere*, to grow: see CRESCENT] 1 growth in size, esp. by addition or accumulation 2 a growing together of parts normally separate 3 accumulated matter [the *accretion* of earth on the shore] 4 a part added separately; addition 5 a whole resulting from such growth or accumulation 6 *Law* the addition of soil to land by gradual, natural deposits —**ac·cre′tive** (-krēt′iv) *adj.*

**ac·crual** (ə krōō′əl) *n.* 1 the act or process of accruing 2 the amount that accrues Also **ac·crue′ment**

**ac·crue** (ə krōō′) *vi.* **-crued′**, **-cru′ing** [ME *acreuen* < OFr *acreu*, pp. of *acroistre*, increase < L *accrescere*: see ACCRETION] 1 to come as a natural growth, advantage, or right (*to*) 2 to be added periodically as an increase: said esp. of interest on money —*vt.* to accumulate periodically as an increase [savings accounts *accrue* interest]

**acct** 1 account 2 accountant

☆**ac·cul·tur·ate** (ə kul′chər āt′) *vi., vt.* **-at′ed**, **-at′ing** [back-form. < fol.] to undergo, or alter by, acculturation

☆**ac·cul·tur·a·tion** (ə kul′chər ā′shən) *n.* [AC- + CULTUR(E) + -ATION] *Sociology* 1 the process of conditioning a child to the patterns or customs of a culture 2 the process of becoming adapted to a new or different culture with more or less advanced patterns 3 the mutual influence of different cultures in close contact —**ac·cul′·tura′tive** *adj.*

**ac·cum·bent** (ə kum′bənt) *adj.* [L *accumbens*, prp. of *accumbere* < *ad-*, to + *cubare*, to recline] 1 lying down 2 *Bot.* lying against some other part: said esp. of certain cotyledons —**ac·cum′ben·cy** *n.*

**ac·cu·mu·late** (ə kyōōm′yōō lāt′, -yə-) *vt., vi.* **-lat′ed**, **-lat′ing** [< L *accumulatus*, pp. of *accumulare* < *ad-*, to + *cumulare*, to heap: see CUMULUS] to pile up, collect, or gather together, esp. over a period of time —**ac·cu′mu·la·ble** (-lə bəl) *adj.*

**ac·cu·mu·la·tion** (ə kyōōm′yōō lā′shən, -yə-) *n.* 1 an accumulating or being accumulated; collection 2 accumulated or collected material; heap 3 the addition to capital of interest or profits

**ac·cu·mu·la·tive** (ə kyōōm′yōō lāt′iv, -lət iv; -yə-) *adj.* 1 resulting from accumulation; cumulative 2 tending to accumulate 3 acquisitive —**ac·cu′mu·la′tive·ly** *adv.*

**ac·cu·mu·la·tor** (ə kyōōm′yōō lāt′ər, -yə-) *n.* 1 a person or thing that accumulates 2 *a*) an apparatus that collects and stores energy *b*) [Brit.] STORAGE BATTERY 3 a type of shock absorber 4 a device or circuit unit performing one or more of the operations of storage, arithmetic, and logic, as in a computer, cash register, etc.

**ac·cu·ra·cy** (ak′yoor ə sē, -yər-) *n.* the quality or state of being accurate or exact; precision; exactness

**ac·cu·rate** (ak′yoor it, -yər-) *adj.* [L *accuratus*, pp. of *accurare* < *ad-*, to + *curare*, to take care < *cura*, care: see CURE] 1 careful and exact 2 free from mistakes or errors; precise 3 adhering closely to a standard [an *accurate* thermometer] —SYN. CORRECT —**ac′cu·rate·ly** *adv.* —**ac′cu·rate·ness** *n.*

**ac·cursed** (ə kur′sid, -kurst′) *adj.* [ME *acursed*, pp. of *acursen*, pronounce a curse upon, excommunicate < *a-*, intens. + *cursien*: see CURSE] 1 under a curse; ill-fated 2 deserving to be cursed; damnable; abominable Also **ac·curst** (ə kurst′) —**ac·curs′ed·ly** *adv.* —**ac·curs′ed·ness** *n.*

**ac·cus·al** (ə kyōō′zəl) *n.* ACCUSATION

**ac·cu·sa·tion** (ak′yōō zā′shən, -yə-) *n.* 1 an accusing or being accused 2 the crime or wrong of which a person is accused

**ac·cu·sa·ti·val** (ə kyōō′zə tī′vəl) *adj.* of the accusative case

**ac·cu·sa·tive** (ə kyōō′zə tiv) *adj.* [ME *acusatif* < L *accusativus* < *accusare*, ACCUSE: L mistransl. (by PRISCIAN) of Gr grammatical term correctly rendered *causativus*, causative: the goal or end point of an action was orig. considered to be its cause] 1 *Gram.* designating, of, or in the case of the direct object of a finite verb: also sometimes used of the objective case in English 2 accusatory —*n.* 1 the accusative case 2 a word in this case —**ac·cu′sa·tive·ly** *adv.*

**ac·cu·sa·to·ri·al** (ə kyōō′zə tôr′ē əl) *adj.* [L *accusatorius*: see ACCUSE] of, or in the manner of, an accuser

**ac·cu·sa·to·ry** (ə kyōō′zə tôr′ē) *adj.* making or containing an accusation; accusing

**ac·cuse** (ə kyōōz′) *vt.* **ac·cused′**, **ac·cus′ing** [ME *acusen* < OFr *acuser* < L *accusare*, to call to account < *ad-*, to + *causa*, CAUSE] 1 to find at fault; blame 2 to bring formal charges against (*of* doing wrong, breaking the law, etc.) —**the accused** *Law* the person or persons formally charged with commission of a crime —**ac·cus′er** *n.* —**ac·cus′ing·ly** *adv.*

SYN.—**accuse** means to find fault for offenses of varying gravity [to *accuse* someone of murder, carelessness, etc.]; to **charge** is to make an accusation of a legal or formal nature [the police *charged* her with jaywalking]; **indict** describes the action of a grand jury and means to find a case against a person and order the person to be brought to trial; **arraign** means to call a person before a court to be informed of pending charges; **impeach** means to charge a public official with misconduct in office, but in nonlegal usage means to challenge a person's motives, etc.

**ac·cus·tom** (ə kus′təm) *vt.* [ME *accustomen* < OFr *acostumer* < *a-*, to + *costume*: see CUSTOM] to make familiar by custom, habit, or use; habituate (*to*)

**ac·cus·tomed** (ə kus′təmd) *adj.* 1 customary; usual; characteristic

at, āte, cär; ten, ēve; is, īce; gō, hôrn, look, tōōl; oil, out; up, fur; ə *for unstressed vowels, as* a *in* ago, u *in* focus; ' *as in* Latin (lat″n); chin; she; zh *as in* azure (azh′ər); thin, *then;* ŋ *in* ring (riŋ) *In etymologies:* * = unattested; < = derived from; > = from which ☆ = Americanism   See inside front and back covers

—vt. -pled, -pling to make te... ...s as much or as many; multiply by ten

**de·cu·ri·on** (dē kyoor'ē ən) *n.* ⟦ME *decurioun* < L *decurio* < *decuria*, company of ten men < *decem*, TEN⟧ *Rom. History* 1 an officer having charge of ten men 2 a member of a municipal or colonial senate

**de·cur·rent** (dē kur'ənt) *adj.* ⟦L *decurrens*, prp. of *decurrere* < *de-*, down + *currere*, to run: see CURRENT⟧ *Bot.* extending down along the stem, as the base of some leaves

**de·curved** (dē kurvd') *adj.* ⟦transl. of LL *decurvatus* < L *de-*, DE- + *curvatus*, pp. of *curvare*, to CURVE⟧ *Zool.* curved or bent downward

**de·cus·sate** (dē kus'āt', dek'ə sāt'; *for adj., usually* di kus'it) *vt., vi.* **-sat'ed, -sat'ing** ⟦< L *decussatus*, pp. of *decussare*, to cross in the form of an X < *decussis*, the figure ten (X) < *decem*, TEN⟧ to cross or cut so as to form an X; intersect —*adj.* 1 forming an X; decussated 2 *Bot.* arranged in pairs growing at right angles to those above and below: said of leaves or branches —**de·cus'sate·ly** *adv.*

**de·cus·sa·tion** (dē'kə sā'shən, dek'ə-) *n.* ⟦L *decussatio*⟧ 1 a decussating or being decussated 2 an intersection forming an X 3 *Anat.* a crossing of bands of nerve fibers in the brain or spinal cord

DECUSSATE LEAVES OF COLEUS

**de·dans** (də dän'; *Fr.* -dän') *n., pl.* **de·dans'** (-dänz'; *Fr.* -dän') ⟦Fr, lit, the interior < OFr *dedenz* < *de-*, from + LL *deintus*, from within < L *de-*, from + *intus*, within < IE *entos*, within < base *en-*, IN⟧ *Court Tennis* 1 a gallery for spectators in the end wall of a court 2 the spectators at a match in court tennis

**ded·i·cate** (ded'i kāt; *for v.*, -kāt') *adj.* ⟦ME *dedicat* < L *dedicatus*, pp. of *dedicare*, to consecrate, declare < *de-*, intens. + *dicare*, to proclaim < *dicere*, to say: see DICTION⟧ [Archaic] dedicated —*vt.* **-cat'ed, -cat'ing** ⟦ME *dedicaten* < the *adj.*⟧ 1 to set apart for worship of a deity or devote to a sacred purpose 2 to set apart seriously for a special purpose; devote to some work, duty, etc. /she dedicated her life to serving the poor/ 3 to address or inscribe (a book, artistic performance, etc.) to someone or something as a sign of honor or affection ☆4 to open formally (a public building, fair, etc.) 5 *Law* to devote to public use —SYN. DEVOTE —**ded'i·ca·tor** *n.*

**ded·i·cat·ed** (ded'i kāt'əd) *vt. pp. of* DEDICATE —*adj.* 1 devoted or faithful 2 *Comput.* designating a piece of equipment, a program, etc. that is deliberately restricted to a particular use or task

**ded·i·ca·tion** (ded'i kā'shən) *n.* ⟦ME *dedicacioun* < L *dedicatio*⟧ 1 a dedicating or being dedicated 2 an inscription, as in a book, dedicating it to a person, cause, etc. 3 wholehearted devotion

**ded·i·ca·to·ry** (ded'i kə tôr'ē) *adj.* of or as a dedication Also **ded'i·ca'tive** (-kāt'iv, -kə tiv)

**de·dif·fer·en·ti·a·tion** (dē dif'ər en'shē ā'shən) *n.* a reversal of cell development, esp. in plants, so that the differentiation that had occurred previously is lost and the cell becomes more generalized in structure

**de·duce** (dē doōs', -dyoōs', di-) *vt.* **-duced', -duc'ing** ⟦ME *deducen* < L *deducere*, to lead down, bring away < *de-*, down + *ducere*, to lead: see DUCT⟧ 1 to trace the course or derivation of 2 to infer by logical reasoning; reason out or conclude from known facts or general principles —SYN. INFER —**de·duc'i·ble** *adj.*

**de·duct** (dē dukt', di-) *vt.* ⟦ME *deducten* < L *deductus*, pp. of *deducere*; see prec.⟧ to take away or subtract (a quantity)

**de·duct·i·ble** (-ə bəl) *adj.* 1 that can be deducted 2 that is allowed as a deduction in computing income tax /deductible expenses/ —*n.* 1 a clause in an insurance policy stating that the insurer will pay that portion of a loss, damage, etc. remaining after a stipulated amount, to be paid by the insured party, is deducted 2 the amount stipulated —**de·duct'i·bil'i·ty** *n.*

**de·duc·tion** (dē duk'shən, di-) *n.* ⟦ME *deduccioun* < L *deductio*⟧ 1 a deducting or being deducted; subtraction 2 a sum or amount deducted or allowed to be deducted 3 *Logic* the act or process of deducing; reasoning from the general to the specific, or from premises to a logically valid conclusion; also, a conclusion reached by such reasoning: distinguished from INDUCTION —**de·duc'tive** *adj.* —**de·duc'tive·ly** *adv.*

**Dee** (dē) 1 river in NE Scotland, flowing east into the North Sea: 90 mi. (145 km) 2 river in N Wales and W England, flowing northeast into the Irish Sea: 70 mi. (113 km)

**deed** (dēd) *n.* ⟦ME *dede* < OE *ded, dæd*, akin to Ger *tat*, ODu *dede*, ON *dath*, Goth *deds*: for IE base see DO¹⟧ 1 a thing done; act 2 a feat of courage, skill, etc. 3 action; actual performance /honest in word and deed/ 4 *Law* a document under seal which, when delivered, transfers a present interest in property —☆*vt.* to transfer (property) by such a document —**in deed** in fact; really

☆**dee·jay** (dē'jā') *n.* ⟦D(ISC) J(OCKEY)⟧ [Colloq.] DISC JOCKEY

**deem** (dēm) *vt., vi.* ⟦ME *demen* < OE *deman*, to judge, decree < base of *dom*, DOOM¹⟧ to think, believe, or judge

**de-em·pha·size** (dē em'fə sīz') *vt.* **-sized', -siz'ing** to remove emphasis from; lessen the importance or prominence of —**de-em'pha·sis** (-sis) *n.*

**deep** (dēp) *adj.* ⟦ME *dep* < OE *deop*, akin to Ger *tief*, Goth *diups* < IE base *dheub-*, deep, hollow > DIP, DUMP¹⟧ 1 extending far downward from the top or top edges, inward from the surface, or backward from the front /a deep cut, a deep lake, a deep drawer/ 2 extending down, inward, etc. a specified length or distance /water eight feet deep, ... located far down or back /deep in the outfield/ b) coming from ... going far down or back /a deep breath/ 4 far off in time or sp... ...he deep past/ 5 hard to understand; abstruse /a deep book/ 6 ...tremely grave or serious /in deep trouble/ 7 strongly felt /deep love/ 8 intellectually profound /a deep discussion/ 9 a) tricky and sly; devious /deep dealings/ b) carefully guarded /a deep secret/ 10 dark and rich /a deep red/ 11 sunk in or absorbed by; with *in* /deep in thought/ 12 a) great in degree; intense /deep joy/ b) heavy and unbroken /a deep sleep/ 13 much involved /deep in debt/ 14 of low pitch or range /a deep voice/ 15 large; big /deep cuts in the budget/ —*n.* ⟦ME *dep* < OE *deop*⟧ 1 a deep place or any of the deepest parts, as in water or earth 2 the extent of encompassing space or time, of the unknown, etc. 3 the middle part; part that is darkest, most silent, etc. /in the deep of night/ 4 *Naut.* any of the unmarked fathom points between those marked on a lead line —*adv.* ⟦ME *depe* < OE *deope*⟧ in a deep way or to a deep extent; far down, far in, far back, etc. /to dig deep/ — SYN. BROAD —**go off the deep end** 1 [Colloq.] to plunge rashly into an enterprise 2 to become angry or excited —**in deep water** in trouble or difficulty —**the deep** [Old Poet.] the sea or ocean — **deep'ly** *adv.* —**deep'ness** *n.*

**deep-chest·ed** (-ches'tid) *adj.* having, or coming as from, a thick chest /a deep-chested roar/

☆**deep-dish pie** (-dish') a pie, usually of fruit, baked in a deep dish and having only a top crust

**deep-dyed** (-dīd') *adj.* 1 stained throughout 2 thoroughgoing; unmitigated /a deep-dyed villain/

**deep·en** (dē'pən) *vt., vi.* to make or become deep or deeper

☆**Deep-freeze** (dēp'frēz') ⟦< DEEP + FREEZE⟧ *trademark for* a deep freezer —*n.* [d-] 1 a deep freezer 2 storage in or as in a deep freezer 3 a condition of suspended activity, dealings, etc. —*vt.* **-froze', -fro'zen, -freez'ing** [d-] 1 to subject (foods) to sudden freezing so as to preserve and store 2 to store in a deep freezer

☆**deep freezer** any freezer for quick-freezing and storing food

**deep-fry** (-frī') *vt.* **-fried', -fry'ing** to fry in a deep pan of boiling fat or oil

**deep-laid** (-lād') *adj.* carefully worked out and kept secret /deep-laid plans/

**deep-rooted** (-rōot'id, -root'id) *adj.* 1 having deep roots 2 firmly fixed; hard to remove /deep-rooted bias/

**deep scattering layer** any of the stratified zones in the ocean which reflect sound during echo sounding, usually composed of marine organisms which migrate vertically from c. 250 to 800 m (c. 820 to 2,625 ft.)

**deep-sea** (-sē') *adj.* in or of the deeper parts of the sea /deep-sea fishing/

**deep-seated** (-sēt'id) *adj.* 1 placed or originating far beneath the surface 2 DEEP-ROOTED (sense 2)

**deep-set** (-set') *adj.* 1 deeply set 2 firmly fixed

**deep-six** (-siks') *n.* ⟦from the custom of burial at sea in at least six fathoms⟧ [Slang] 1 orig., burial at sea 2 a discarding or disposing of something —*vt.* [Slang] to get rid of, as by throwing overboard

☆**deep South** that area of the U.S. regarded as most typically Southern and conservative, especially the southernmost parts of Ga., Ala., Miss., and La.

**deep space** OUTER SPACE

☆**deep structure** in transformational grammar, the abstract syntactic pattern underlying the construction in the surface structure of a sentence

**deer** (dir) *n., pl.* **deer** or **deers** ⟦ME *der* < OE *deor*, wild animal, akin to Ger *tier*, ON *dȳr* < IE base *dheues-*, *dheus-*, to stir up, blow, breathe (> DUSK, DOZE, FURY); for sense development cf. ANIMAL⟧ 1 any of a family (Cervidae) of ruminants, including the elk, moose, and reindeer; esp., the smaller species, as the white-tailed deer and mule deer: in most species, usually only the males grow and shed bony antlers annually 2 [Obs.] any animal; beast

☆**deer·fly** (dir'flī') *n., pl.* **-flies'** any of certain bloodsucking, dipterous flies, esp. any of a genus (*Chrysops*) of the same family (Tabanidae) as horseflies

**deer·hound** (-hound') *n.* SCOTTISH DEERHOUND

☆**deer mouse** a mostly North American, white-footed mouse (genus *Peromyscus*)

**deer·skin** (dir'skin') *n.* 1 the hide of a deer 2 leather or a garment made from this —*adj.* made of deerskin

**deer·stalk·er** (-stōk'ər) *n.* 1 a hunter who stalks deer 2 a hunter's cap with a visor in front and in back

☆**de-es·ca·late** (dē es'kə lāt') *vi., vt.* **-lat'ed, -lat'ing** to reverse the effect of escalation on (something); reduce or lessen in scope, magnitude, etc. —**de-es'ca·la'tion** *n.*

**def** 1 defendant 2 defense 3 defensive 4 deferred 5 defined 6 definition

**de·face** (dē fās', di-) *vt.* **-faced', -fac'ing** ⟦ME *defacen* < OFr *desfacier*: see DE- & FACE⟧ 1 to spoil the appearance of; disfigure; mar 2 to make illegible by injuring the surface of —**de·face'ment** *n.* —**de·fac'er** *n.*

**de fac·to** (dē fak'tō, dā-, də-) ⟦L⟧ existing or being such in actual fact though not by legal establishment, official recognition, etc. /a *de facto* government/: cf. DE JURE

**de·fal·cate** (dē fal'kāt, -fôl'-, di-) *vi.* **-cat'ed, -cat'ing** ⟦< ML *defalcatus*, pp. of *defalcare*, to cut off: see DE- & FALCATE⟧ to steal or misuse funds entrusted to one's care; embezzle —**de·fal'ca·tor** *n.*

**de·fal·ca·tion** (dē'fal kā'shən, -fôl-) *n.* ⟦ML *defalcatio*: see prec.⟧ 1 embezzlement 2 the amount embezzled

**def·a·ma·tion** (def'ə mā'shən) *n.* ⟦ME *defamacioun* < OFr *difamacion* < LL *diffamatio*⟧ a defaming or being defamed; detraction, slander, or libel