**EXHIBIT 30**

  

### Merriam-Webster Online Dictionary

One entry found for **deduct**.

**Main Entry:** de·duct
**Pronunciation:** di-'d&kt, dE-
**Function:** *transitive verb*
**Etymology:** Latin *deductus,* past participle of *deducere*
**1 :** to take away (an amount) from a total : **SUBTRACT**
**2 :** **DEDUCE, INFER**

Get the **Top 10 Search Results for "deduct"**

For **More Information on "deduct" go to Britannica.com**

Pronunciation Symbols



**Palm & Pock**
Browse and downl
Merriam-Webster
e-books and game
Palm and Pocket P
and Mobile Phones
**Merriam-Web:
Online Store**

**Handheld
Collegiate**
Now you can take
Eleventh Edition w
anywhere as Franl
new Speaking Elec
Handheld!
**Franklin.com/**



Merriam-Wel
**Collegiat**
**14-day Free**

Products     Premium Services     Company Info     Contact Us     Advertising Info     Privacy P

© 2004 Merriam-Webster, Incorporated