KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
DARALYN J. DURIE - #169825
CHRISTINE P. SUN - #218701
RAVIND S. GREWAL - #220543
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant and Counterclaimant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC.,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>　v.<br><br>GOOGLE INC.,<br><br>　　　　Defendant and Counterclaimant. | Case No. C 02-01991 JSW (EDL)<br><br>**GOOGLE'S NOTICE OF MANUAL FILING OF UNREDACTED VERSION OF ITS RESPONSIVE CLAIM CONSTRUCTION BRIEF AND DECLARATION OF CHRISTINE P. SUN**<br><br>Tutorial:　March 10, 2004 – 2:00 p.m.<br>Hearing:　March 24, 2004 – 2:00 p.m.<br>Courtroom:　2, 17th Floor<br>Judge:　Hon. Jeffrey S. White |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

An unredacted copy of Google Inc.'s Responsive Claim Construction Brief, and the Declaration of Christine P. Sun in support thereof, are being filed in paper form only, and are being maintained, under seal, in the case file in the Clerk's office. A redacted version of Google Responsive Claim Construction Brief is being publicly filed.

//

//

//

//

1

GOOGLE'S NOTICE OF MANUAL FILING OF UNREDACTED VERSION OF ITS RESPONSIVE CLAIM
CONSTRUCTION BRIEF AND DECLARATION OF CHRISTINE P. SUN
CASE NO. C 02-01991 JSW (EDL)

325729.01

1   The unredacted Brief and the Sun Declaration are being manually filed because Google is
2   required to filed them under seal under the terms of the protective order entered in this case on
3   December 18, 2002.  The Sun Declaration authenticates and attaches deposition excerpts and
4   documents that Overture Services Inc. has designated confidential.  The unredacted Brief quotes
5   from and summarizes the exhibits to the Sun Declaration.

7   Dated:  January 30, 2004                                   KEKER & VAN NEST, LLP

                                                By:      /s/ Christine P. Sun
                                                         CHRISTINE P. SUN
                                                         Attorneys for Defendant and
                                                         Counterclaimant GOOGLE INC.

325729.01

2
GOOGLE'S NOTICE OF MANUAL FILING OF UNREDACTED VERSION OF ITS RESPONSIVE CLAIM
CONSTRUCTION BRIEF AND DECLARATION OF CHRISTINE P. SUN
CASE NO. C 02-01991 JSW (EDL)