1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  DARALYN J. DURIE - #169825
   CHRISTINE P. SUN - #218701
3  RAVIND S. GREWAL - #220543
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendant and Counterclaimant
   GOOGLE INC.
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | OVERTURE SERVICES, INC.,                | Case No. C 02-01991 JSW (EDL)
13 |        Plaintiff and Counterdefendant,   | **DECLARATION OF CHRISTINE P. SUN IN SUPPORT OF GOOGLE'S**
14 |    v.                                    | **MISCELLANEOUS ADMINISTRATIVE REQUEST RE: OVERTURE'S REVISED**
15 | GOOGLE INC.,                             | **CLAIM CONSTRUCTIONS**
16 |        Defendant and Counterclaimant.    | **[Local Civil Rule 7-10]**

17

18

19

20

21

22

23

24

25

26

27

28

325491.01

DECLARATION OF CHRISTINE P. SUN IN SUPPORT OF GOOGLE'S MISCELLANEOUS ADMINISTRATIVE
REQUEST RE: OVERTURE'S REVISED CLAIM CONSTRUCTIONS
CASE NO. C 02-01991 JSW (EDL)

1. I, CHRISTINE P. SUN, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate in the law firm of Keker & Van Nest, LLP, counsel for Defendant and Counterclaimant Google Inc ("Google"). This declaration is in support of Google's Miscellaneous Administrative Request Re: Overture's Revised Claim Constructions. Except as otherwise noted, I have personal knowledge of the facts stated in this Declaration, and if called as a witness I could and would competently testify to them under oath.

2. On January 20, 2004, Plaintiff Overture Services, Inc. ("Overture") informed Google by letter that it intended to revise its proposed constructions of the disputed terms, "search listing" and "search result list." Attached hereto as Exhibit A is a true and correct copy of the January 20, 2004 letter from Overture's counsel, Andrew Byrnes, to Daralyn Durie of my office. This was the first time that Overture indicated that it desired to revise any of its proposed claim constructions as submitted in the Joint Claim Construction Statement filed on June 24, 2003.

3. On the morning of January 21, 2004, I sent a letter to counsel for Overture expressing Google's concerns about the timeliness of Overture's revisions. In the letter, I requested that Overture stipulate to the filing of the sur-reply as proposed in Google's Miscellaneous Administrative Request. Attached hereto as Exhibit B is a true and correct copy of my January 21, 2004 letter to Andrew Byrnes.

4. Later that afternoon, I spoke with Andrew Byrnes concerning Google's request that Overture stipulate to the filing of a sur-reply. Mr. Byrnes explained that Overture was still considering Google's request.

5. On January 22, 2004, Mr. Byrnes informed me by letter that Overture would not stipulate to Google's filing of a sur-reply. Attached hereto as Exhibit C is a true and correct copy of Andrew Byrnes' January 22, 2004 letter to me.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California, on January 30, 2004.

    /s/ Christine P. Sun
CHRISTINE P. SUN

1

DECLARATION OF CHRISTINE P. SUN IN SUPPORT OF DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST RE: OVERTURE'S REVISED CLAIM CONSTRUCTIONS
CASE NO. C 02-5884 JF/PVT

325491.01