KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
DARALYN J. DURIE - #169825
CHRISTINE P. SUN - #218701
RAVIND S. GREWAL - #220543
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant and Counterclaimant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| OVERTURE SERVICES, INC., | Case No. C 02-01991 JSW (EDL) |
|---|---|
| Plaintiff and Counter Defendant, | **CERTIFICATE OF SERVICE** |
| v. | |
| GOOGLE INC., | |
| Defendant and Counter Claimant. | |

324535.01

Certificate Of Service
Case No. C 02-01991 JSW (EDL)

# CERTIFICATE OF SERVICE

I, Lauren Hartz-Lewis, declare and state as follows:

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On January 30, 2004, I served the following document(s):

**GOOGLE'S RESPONSIVE CLAIM CONSTRUCTION BRIEF (UNREDACTED VERSION)**

**DECLARATION OF CHRISTINE P. SUN IN SUPPORT OF GOOGLE'S RESPONSIVE CLAIM CONSTRUCTION BRIEF (UNREDACTED VERSION)**

☑  by **MESSENGER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

Andrew C. Byrnes, Esq.
Heller Ehrman White & McAuliffe LLP
275 Middlefield Road
Menlo Park, CA 94025-1706
Facsimile: (650) 324-0638

☑  by **FACSIMILE TRANSMISSION (IKON)**, by placing a true and correct copy with IKON Office Solutions, the firm's in-house facsimile transmission center provider, for transmission on this date. The transmission was reported as complete and without error.

and

☑  by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

Jack C. Berenzweig, Esq.                             (Facsimile service is without exhibits.)
Brinks Hofer Gilson & Lione
NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL 60611
Facsimile: (312) 321-4299

Executed on January 30, 2004, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      /s/ Lauren Hartz-Lewis
    Lauren Hartz-Lewis

324535.01

**Certificate Of Service**
**Case No. C 02-01991 JSW (EDL)**