MICHAEL S. KWUN - #198945
2400 Bayshore Parkway
Mountain View, CA 94043
Telephone:  (650) 623-4000
Facsimile:  (650) 618-1806

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC, | Case No. C 02-01991 JSW (EDL) |
| Plaintiff and Counterdefendant, | **MOTION BY MICHAEL S. KWUN FOR LEAVE TO WITHDRAW** |
| v. | |
| GOOGLE INC., | |
| Defendant and Counterclaimant. | |

Pursuant to Civil Local Rule 11-5, I, Michael S. Kwun, hereby move for an order permitting me to withdraw as counsel of record in this case.  I was formerly with the law firm Keker & Van Nest, LLP, counsel of record for Google Inc.  Google Inc. remains represented in this case by the Keker & Van Nest, LLP attorneys, other than me, who are listed as counsel of record.  Because I am no longer with the firm Keker & Van Nest, LLP, I should no longer be listed as counsel of record.  I therefore respectfully request that the Court grant my request and permit me, individually, to withdraw as counsel of record.

Dated:  February 2, 2004                          Respectfully submitted,


By:   s/Michael S. Kwun _____
        MICHAEL S. KWUN

1