1  MICHAEL S. KWUN - #198945
   2400 Bayshore Parkway
2  Mountain View, CA 94043
   Telephone: (650) 623-4000
3  Facsimile: (650) 618-1806

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12 | OVERTURE SERVICES, INC,                    | Case No. C 02-01991 JSW (EDL)
13 |          Plaintiff and Counterdefendant,   | **[PROPOSED] ORDER PERMITTING MICHAEL S. KWUN TO WITHDRAW AS COUNSEL OF RECORD**
14 |     v.
15 | GOOGLE INC.,
16 |          Defendant and Counterclaimant.

17

18    Good cause appearing, the Court GRANTS Michael S. Kwun's motion to withdraw,

19 individually, as counsel of record in this case.

20    IT IS SO ORDERED.

21 Dated:

22

23                                    By: _____
                                          HON. JEFFREY S. WHITE
24                                        United States District Judge

25

26

27

28

325938.01

1
[PROPOSED] ORDER PERMITTING MICHAEL S. KWUN TO WITHDRAW AS COUNSEL OF RECORD
CASE NO. C 02-01991 JSW (EDL)

Dockets.Justia.com