1  MICHAEL S. KWUN - #198945
   2400 Bayshore Parkway
2  Mountain View, CA 94043
   Telephone: (650) 623-4000
3  Facsimile: (650) 618-1806

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC, | Case No. C 02-01991 JSW (EDL) |
| Plaintiff and Counterdefendant, | [~~PROPOSED~~] **ORDER PERMITTING MICHAEL S. KWUN TO WITHDRAW AS COUNSEL OF RECORD** |
| v. | |
| GOOGLE INC., | |
| Defendant and Counterclaimant. | |

Good cause appearing, the Court GRANTS Michael S. Kwun's motion to withdraw, individually, as counsel of record in this case.

IT IS SO ORDERED.

Dated:

By: /s/ Jeffrey S. White _____
    HON. JEFFREY S. WHITE
    United States District Judge

325938.01

1
[~~PROPOSED~~] ORDER PERMITTING MICHAEL S. KWUN TO WITHDRAW AS COUNSEL OF RECORD
CASE NO. C 02-01991 JSW (EDL)