KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
DARALYN J. DURIE - #169825
CHRISTINE P. SUN - #218701
RAVIND S. GREWAL - #220543
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant and Counterclaimant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., | Case No. C 02-01991 JSW (EDL) |
| Plaintiff and Counterdefendant, | **GOOGLE'S REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER** |
| v. | |
| GOOGLE INC., | |
| Defendant and Counterclaimant. | |

Google Inc. ("Google") hereby submits this Request to File Documents Under Seal in connection with its Responsive Claim Construction Brief. Google requests that the Court allow Google to file under seal an unredacted version of its Responsive Brief, and the Declaration of Christine P. Sun ("Sun Decl.") in support thereof.

The unredacted version of the Responsive Brief contains quotations from and summaries of deposition transcript excerpts and Overture Services Inc. ("Overture") sales and marketing presentations that Overture has designated as confidential.

The exhibits to the Sun Declaration contain excerpts from the transcripts of the depositions of John Rauch and Elaine K. Lee, and Overture sales and marketing presentations. Those materials have been designated confidential by Overture, and under the terms of the

1

1  protective order entered in this case on December 18, 2002, Google cannot file these materials
2  publicly.  *See* Protective Order ¶ 6.
3       The non-confidential exhibits to which Google cites in its Responsive Brief are attached
4  to the Declaration of Ravind S. Grewal, which is being publicly filed.  A redacted Responsive
5  Brief, omitting reference to the exhibits to the Sun Declaration, is also being publicly filed.
6       In light of the foregoing, Google respectfully submits that this Request to File Documents
7  Under Seal is narrowly tailored within the meaning of Civil Local Rule 79-5.  Google therefore
8  requests that the Court permit the sealing of the documents set forth above, and order that the
9  Clerk of the Court maintain them in accordance with the provisions of Local Civil Rule 79-5(e).
10
11 Dated:  January 30, 2004                               KEKER & VAN NEST, LLP
12
13
                                                By:      /s/ Christine P. Sun
14                                                       CHRISTINE P. SUN
                                                         Attorneys for Defendant and
15                                                       Counterclaimant GOOGLE INC.

**[PROPOSED] ORDER**

Pursuant to Civil Local Rules 7-10 and 79-5, Google has applied to this Court for an order permitting them to file under seal certain documents in connection with its Responsive Claim Construction Brief.

GOOD CAUSE APPEARING, Google's request is GRANTED. The Clerk is directed to maintain the following documents, submitted by Google on or about January 30, 2004, in accordance with the provisions of Civil Local Rule 79-5(e):

(1) Google's Responsive Claim Construction Brief (Unredacted Version)

(2) The Declaration of Christine P. Sun in Support of Google's Responsive Claim Construction Brief.

IT IS SO ORDERED.

Dated:  February 3, 2004                      /s/ Jeffrey S. White
                                                                      HON. JEFFREY S. WHITE
                                                                      United States District Judge