ROBERT T. HASLAM (#71134)
ROBERT D. FRAM (#126750)
M. PATRICIA THAYER (#90818)
S. ELIZABETH MITCHELL (#187053)
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

BRINKS HOFER GILSON & LIONE
JACK C. BERENZWEIG
WILLIAM H. FRANKEL
JASON C. WHITE
CHARLES M. MCMAHON
NBC Tower--Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys for Plaintiff,
OVERTURE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware Corporation,<br><br>       Plaintiff,<br><br> v.<br><br>GOOGLE INC., a California Corporation,<br><br>       Defendant. | **E-Filing Case No.:** 02-01991 JSW (EDL)<br><br>**[PROPOSED] ORDER RE GOOGLE'S MISCELLANEOUS ADMINISTRATIVE REQUEST**<br><br>The Honorable Jeffrey S. White |

[PROPOSED] ORDER GOOGLE'S MISCELLANEOUS ADMINISTRATIVE REQUEST
02-01991 JSW (EDL)

1  After full consideration of the papers filed in support of and in opposition to Google Inc.'s
2  ("Google's") January 30, 2004 miscellaneous administrative request and the pleadings and records
3  on file, the Court:
4  DENIES Google's request to address "search listing" in any sur-reply and
5  GRANTS in part Google's request to address "search result list."  Google will be permitted
6  to file a sur-reply, no longer than two pages, due on February 20, 2004, to address the limited issue
7  of Overture's replacement of "calculation" with "the examination of data" in Overture's proposed
8  construction.

IT IS SO ORDERED.

Dated: _____        _____
                                     HON. JEFFREY S. WHITE
                                     United States District Judge