UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., <br><br> Plaintiff and Counterdefendant, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant and Counterclaimant. | Case No. C 02-01991 JSW (EDL) <br><br> [~~PROPOSED~~] ORDER RE GOOGLE'S MISCELLANEOUS ADMINISTRATIVE REQUEST RE: OVERTURE'S REVISED CLAIM CONSTRUCTIONS <br><br> [Local Civil Rule 7-10] |

## [~~PROPOSED~~] ORDER

The Court has considered the January 30, 2004 miscellaneous administrative request by Google Inc. ("Google") for an order permitting leave to file a sur-reply to Overture Services, Inc.'s claim construction reply brief.

Good cause appearing, the Court GRANTS the Google's request. Google is permitted to file a sur-reply limited to the terms "search listing" and "search result list" of no more than five pages. The sur-reply must be filed no later than February 20, 2004.

IT IS SO ORDERED.

Dated: February 6, 2004                /s/ Jeffrey S. White
                                       HON. JEFFREY S. WHITE
                                       United States District Judge

1

GOOGLE'S MISCELLANEOUS ADMINISTRATIVE REQUEST RE: OVERTURE'S REVISED CLAIM
CONSTRUCTIONS AND [~~PROPOSED~~] ORDER
CASE NO. C 02-01991 JSW (EDL)

325409.01