1  ROBERT T. HASLAM (Bar No. 71134)
   ROBERT D. FRAM (Bar No. 126750)
2  M. PATRICIA THAYER  (Bar No. 90818)
   S. ELIZABETH MITCHELL (Bar No. 187053)
3  HELLER EHRMAN WHITE & MCAULIFFE LLP
   333 Bush Street
4  San Francisco, CA  94104-2878
   Telephone:  (415) 772-6000
5  Facsimile: (415) 772-6268

6
   BRINKS HOFER GILSON & LIONE
7  JACK C. BERENZWEIG (Admitted *Pro Hac Vice*)
   JASON S. WHITE  (Admitted *Pro Hac Vice*)
8  NBC Tower - Suite 3600
   455 North Cityfront Plaza Drive
9  Chicago, Illinois  60611
   Telephone:     (312) 321-4200
10 Facsimile:     (312) 321-4299

11 Attorneys for Plaintiff
   OVERTURE SERVICES, INC.
12
   KEKER & VAN NEST, LLP
13 JOHN W. KEKER (Bar No. 49092)
   DARALYN J. DURIE (Bar No. 169825)
14 CHRISTINE P. SUN (Bar No. 218701)
   710 Sansome Street
15 San Francisco, California  94111
   Telephone:     (415) 391-5400
16 Facsimile:     (415) 397-7188

17 Attorneys for Defendant
   GOOGLE TECHNOLOGY INC.,
18 sued under its former name GOOGLE INC.

19              UNITED STATES DISTRICT COURT

20            NORTHERN DISTRICT OF CALIFORNIA

21               SAN FRANCISCO DIVISION

22 OVERTURE SERVICES, INC., a Delaware       No.  C 02-01991 JSW
   Corporation,
23                                           **AMENDED JOINT CLAIM
              Plaintiff,                      CONSTRUCTION STATEMENT**
24
        vs.
25
   GOOGLE INC., a California Corporation,
26
              Defendant.
27

28

Pursuant to Patent L.R. 4-3 (a) and (b) and Paragraph 6 of Judge Jeffrey S. White's Standing Order For Patent Cases, Overture Services, Inc. ("Overture") and Google Technology Inc. ("Google") hereby submit the following Amended Joint Claim Construction Statement.

Pursuant to Patent L.R. 4-3 (c), the parties note that Judge Jeffrey S. White's Standing Order For Patent Cases states that the Claim Construction Hearing will generally be scheduled for no longer than four hours.  The parties anticipate that the Claim Construction Hearing will last approximately four hours.

Pursuant to Patent L.R. 4-3 (d), neither party presently anticipates calling any witnesses at the Claim Construction Hearing.

Pursuant to Patent L.R. 4-3 (e), the parties note that Judge Jeffrey S. White's Standing Order For Patent Cases states that prehearing conferences are not generally held.  Neither party presently intends to request a prehearing conference.  In the event that either party later determines that a prehearing conference is necessary, that party will follow the procedures identified in Judge Jeffrey S. White's Standing Order For Patent Cases for requesting such a hearing.

As required by Judge Jeffrey S. White's Standing Order For Patent Cases, a copy of the patent-in-suit, U.S. Patent No. 6,269,361 (the "'361 Patent"), is attached hereto at Tab A, and a complete copy of the prosecution history for the '361 Patent will be made available to the Court upon request.

Because Google has listed certain patent applications claiming priority to the '361 patent as intrinsic evidence, Overture has done so as well for the Court's convenience.  However, Overture reserves the right to contest whether these applications constitute intrinsic evidence. Overture further reserves the right to object to extrinsic evidence offered by Google as alleged support for its claim constructions.

Both parties reserve the right to supplement their disclosure based on information of which they hereafter become aware through discovery.

| Claim Language (Disputed Terms in **Bold**) '361 Patent | Plaintiff's Proposed Construction and Evidence in Support | Defendant's Proposed Construction and Evidence in Support |
|---|---|---|
| **search listing** Found in claims: 1, 2, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67 | **PROPOSED CONSTRUCTION:** a collection of information that can be included in a search result list and which may be paid or unpaid  **DICTIONARY DEFINITIONS:** Search to examine (one or more files, as databases or texts) electronically, to locate specific items (The Random House Dictionary of the English Language, Second Edition, 1987)  to examine data in a computer in order to locate items having a given property (Webster's New World College Dictionary, Third Edition, 1997)  try to find something by looking or otherwise seeking carefully and thoroughly; an act of searching for someone or something (The New Oxford Dictionary of English 1998)  to make a thorough examination of; look over carefully in order to find something; explore (The American Heritage College Dictionary, Fourth Edition, 2002)  to look into or over carefully or thoroughly in an effort to find something (Merriam Webster's Unabridged Dictionary)  Listing an act or instance of making or including in a list or catalog; specifically: the admission of securities to trading on a securities exchange; an authorization to a real-estate broker to sell or rent property; a broker's record of available properties; a piece of property listed with a real-estate broker (Merriam Webster's Unabridged Dictionary) | **PROPOSED CONSTRUCTION:** an entry in (or intended to be in) a search result list  **INTRINSIC EVIDENCE:** *'361 Patent Specification* Abstract, ll. 3-4, 8-12, 15, 19, 20, 24-32; fig. 5; fig. 7; col. 3, ll. 51-54; col. 4, ll. 34-48, 55-67; col. 5, ll. 1-67; col.6. ll. 1-8, 20-24, 26, 28-34, 51-52, 57-58; col. 8, ll. 59-67; col. 9, ll. 1-12, 25-41, 66-67; col. 10, ll. 1-6, 22-35; col. 12, ll. 21-25, 28-29, 40-67; col. 13, ll. 1-2, 13-20, 41; col. 14, ll. 7-11, 14-16, 25-27; col. 17, ll. 14-67; col. 18, ll. 1-36, 40, 45, 47, 49; col. 19, ll. 1, 3, 8-9, 12, 15, 18-20, 25, 32-33, 59-67; col. 20, ll. 1-5, 8, 14-17, 22-23, 27, 29, 32-40, 61, 63-64; col. 21, ll. 1-2, 8-18, 29-40; col. 22, ll. 20, 24-26.  **DICTIONARY DEFINITIONS:** The American Heritage Dictionary of the English Language, 4th ed.  The Random House Dictionary of the English Language, 2nd ed., Unabridged  Webster's New World College Dictionary, 3rd ed.  Merriam Webster's Collegiate Dictionary, 10th ed.  The New Oxford Dictionary of English |

| | | |
|---|---|---|
| 1 | a list; record; catalog (The Random House Dictionary of the English Language, Second Edition, 1987) | **EXTRINSIC EVIDENCE:** |
| 2 | | www.jsonline.com at GOG 1659-61. |
| 3 | | www.tundrawolfpromotions.com at GOG 32230-31. |
| 4 | **INTRINSIC EVIDENCE:** | searchengineoptimism.com at GOG 32242-43, 32246-47. |
| 5 | '361 Patent – col. 6, ll. 16-34 One embodiment of the system and method of the present invention provides a database having accounts for the web site promoters. Each account includes contact and billing information for a web site promoter. In addition, each account includes at least one **search listing**, each **search listing** having five components: a description of the web site to be listed, the Uniform Resource Locator (URL) of the web site, a search term comprising one or more keywords, a bid amount, and a title for the **search listing**. Each account may also include the promoter's payment history and a history of **search listings** entered by the user. The promoter logs in to his or her account via an authentication process running on a secure server. Once logged in, the promoter may add, delete, or modify a **search listing**. The functions of adding or deleting a **search listing**, or modifying the bid amount of a **search listing** is to initiate the competitive bidding process described above. All **search listing** changes and modifications are processed substantially in real time to support the online competitive bidding process. | www.searchengineposition.com at GOG 32252. |
| 6 | | Documents produced by Overture: OVGE 52678, 52692, 52950, 52961, 52966-67, 52976, 53032, 53035, 53039, 53059, 53062, 53072-73, 53076-78, 53082, 53129-30, 53133, 53144, 53151, 53482, 53484, 53493, 53521, 53524-26, 53528, 53561, 53563, 53568-69, 53573, 53580, 53584, 53590, 53596, 53600, 53638, 53640, 53645-46, 53650, 53712, 54303, 54312, 55954, 55967, 55981, 55991-92, 55995-97, 56001, 56983, 59003, 59009-11, 59014, 59233-38, 59309, OVG 31561, 31563, 31565-67, 31576, 31578, 31579, 31583-85. |
| 22 | '361 Patent – col. 12, l. 40 – col. 13, l. 2 The **search listing** 344 corresponds to a search term/bid pairing and contains key information to conduct the online competitive bidding process. Preferably, each **search listing** comprises the following information: search term 352, web site description 354, URL 356, bid amount 358, and a title 360. The search term 352 comprises one or more keywords which may be | |

common words in English (or any other language). Each keyword in turn comprises a character string. The search term is the object of the competitive online bidding process. The advertiser selects a search term to bid on that is relevant to the content of the advertiser's web site. Ideally, the advertiser may select a search term that is targeted to terms likely to be entered by searchers seeking the information on the advertiser's web site, although less common search terms may also be selected to ensure comprehensive coverage of relevant search terms for bidding.

The web site description 354 is a short textual description (preferably less than 190 characters) of the content of the advertiser's web site and may be displayed as part of the advertiser's entry in a search result list. The **search listing** 344 may also contain a title 360 of the web site that may be displayed as the hyperlinked heading to the advertiser's entry in a search result list. The URL 356 contains the Uniform Resource Locator address of the advertiser's web site. When the user clicks on the hyperlink provided in the advertiser's search result list entry, the URL is provided to the browser program. The browser program, in turn, accesses the advertiser's web site through the redirection mechanism discussed above. The URL may also be displayed as part of the advertiser's entry in a search result list

'361 Patent – Abstract, ll. 8-19
In addition, each account contains at least one **search listing** having at least three components: a description, a search term comprising one or more keywords, and a bid amount. The network information provider may add, delete, or modify a **search listing** after logging into his or her account via an authentication process. The network information provider influences a position for a **search listing** in the provider's account by

first selecting a search term relevant to the content of the web site or other information source to be listed. The network information provider enters the search term and the description into a **search listing**.

'361 Patent – col. 9, ll. 30-34
In one embodiment of the present invention, the relevance of a bidded search term to an advertiser's web site is determined through a manual editorial process prior to insertion of the **search listing** containing the search term and advertiser web site URL into the database 40.

'361 Patent – col. 17, ll. 9-18
As indicated above and shown in FIG. 2, a routine displaying the account management menu 170 may be invoked from the advertiser main menu 120. Aside from the "Allocate Money Between Subaccounts" selection described above, the remaining selections all use to some extent the **search listings** present in the advertiser's account on the database, and may also affect the advertiser's entry in the search result list.

'361 Patent – col. 18, ll. 37-53
As shown in the campaign management menu 170 of FIG. 2, several choices are presented to the advertiser to manage **search listings**. First, in the "Change Bids" selection, the advertiser may change the bid of **search listings** currently in the account. The process invoked by the system for the change bids function is shown in FIG. 8. After the advertiser indicates the intent to change bids by selecting the "Change Bids" menu option, the system searches the user's account in the database and displays the **search listings** for the entire account or a default subaccount in the advertiser's account, as shown in step 810. **Search listings** may be grouped into subaccounts defined by the advertiser and may comprise one or more **search listings**. Only one subaccount may be displayed at a

time. The display should also preferably permit the advertiser to change the subaccount selected, as shown in step 815. The screen display will then show the **search listings** for the selected subaccount, as indicated in step 820.

'361 Patent – col. 19, ll. 50-54
For example, the system may invoke a routine to locate the **search listing** in the search database having the desired rank/search term combination, retrieve the associated bid amount of said combination, and then calculate a bid amount that is N cents higher; where N=1, for example.

'361 Patent – col. 19, l. 59 - col. 20, l. 12
The "Modify Listing Component" selection on Account Management menu 170 of FIG. 2 may also generate a display similar to the format of FIG. 9. When the advertiser selects the "Modify Listing Component" option, the advertiser may input changes to the URL, title, or description of a **search listing** via web-based forms set up for each **search listing**. Similar to the process discussed above, the forms for the URL, title, and description fields may initially contain the old URL, title and description as default values. After the advertiser enters the desired changes, the advertiser may transmit a request to the system to update the changes. The system then displays a read-only confirmation screen, and then writes the changes to the persistent state (e.g., the user account database) after the advertiser approves the changes.
   A process similar to those discussed above may be implemented for changing any other peripheral options related to a **search listing**; for example, changing the matching options related to a bidded search term. Any recalculations of bids or ranks required by the changes may also be determined in a manner similar to

| | |
|---|---|
| 1 | the processes discussed above. |
| 2 | **'361 Patent – col. 20, ll. 13-28**<br>In the "Delete Bidded Search Term" |
| 3 | option, the system retrieves all of the **search listings** in the account of the |
| 4 | advertiser and displays the **search listings** in an organization and a |
| 5 | format similar to the display of FIG. 9. Each **search listing** entry may |
| 6 | include, instead of the new bid field, a check box for the advertiser to |
| 7 | click on. The advertiser would then click to place a check (X) mark next |
| 8 | to each search term to be deleted, although any other means known in |
| 9 | the art for selecting one or more items from a list on a web page may |
| 10 | be used. After the advertiser selects all the **search listings** to be deleted |
| 11 | and requests that the system update the changes, the system preferably |
| 12 | presents a read-only confirmation of the requested changes, and updates |
| 13 | the advertiser's account only after the advertiser approves the changes. |
| 14 | The "deleted" **search listings** are removed from the search database |
| 15 | 36 and will not appear in subsequent searches. |
| 16 | **'361 Patent – col. 20, ll. 32-44** |
| 17 | In the "Add Bidded Search Term" option, the system provides the |
| 18 | advertiser with a display having a number of entry fields |
| 19 | corresponding to the elements of a **search listing**. The advertiser then |
| 20 | enters into each field information corresponding to the respective |
| 21 | **search listing** element, including the search term, the web site URL, the |
| 22 | web site title, the web site description, and the bid amount, as |
| 23 | well as any other relevant information. After the advertiser has |
| 24 | completed entering the data and has indicated thus to the system, the |
| 25 | system returns a read-only confirmation screen to the |
| 26 | advertiser. The system then creates a new **search listing** instance and |
| 27 | writes it into the account database and the search database upon |
| 28 | receiving approval from the advertiser. |

- 8 -

Additional Citations to '361 Patent
Figure 2
Figure 5
Abstract, ll. 19-34
Col. 4, ll. 55-60
Col. 7, ll. 6-15
Col. 12, ll. 21-29
Col. 13, ll. 9-16
Col. 14, ll. 25-27
Col. 17, ll. 19-34
Col. 17, l. 53 – col. 18, l. 14
Col. 19, ll. 8-37
Col. 22, ll. 22-27

Prosecution History of '361 Patent
Davis Declaration in Support of
Petition to Make Special, ¶ 7(e)

**EXTRINSIC EVIDENCE:**

Overture does not believe that
extrinsic evidence is necessary to
interpret this term, and therefore has
not proffered or cited any extrinsic
evidence.  However, if the Court
considers any extrinsic evidence
offered by Google, Overture
reserves the right to cite to any of
Google's extrinsic evidence, in
rebuttal.

//
//
//
//
//
//
//
//
//
//
//

| | **PROPOSED CONSTRUCTION:** | **PROPOSED CONSTRUCTION:** |
|---|---|---|
| **search result list**<br><br>Found in claims:<br>1, 2, 4, 5, 7, 8, 9,<br>10, 11, 12, 13, 14,<br>15, 16, 17, 18, 20,<br>21, 22, 23, 24, 25,<br>26, 27, 28, 29, 30,<br>33, 34, 35, 36, 37,<br>38, 39, 40, 41, 42,<br>43, 44, 45, 46, 47,<br>48, 49, 50, 51, 52,<br>53, 54, 55, 56, 57,<br>58, 59, 60, 61, 62,<br>63, 64, 65, 66, 67 | a series of search listings that is obtained as a consequence of the examination of data<br><br>**DICTIONARY DEFINITIONS:**<br><br><u>Search</u><br>to examine (one or more files, as databases or texts) electronically, to locate specific items (The Random House Dictionary of the English Language, Second Edition, 1987)<br><br>to examine data in a computer in order to locate items having a given property (Webster's New World College Dictionary, Third Edition, 1997)<br><br>try to find something by looking or otherwise seeking carefully and thoroughly; an act of searching for someone or something (The New Oxford Dictionary of English 1998)<br><br>to make a thorough examination of; look over carefully in order to find something; explore (The American Heritage College Dictionary, Fourth Edition, 2002)<br><br>to look into or over carefully or thoroughly in an effort to find something (Merriam Webster's Unabridged Dictionary)<br><br><u>Result</u><br>something that happens as a consequence; outcome; a quantity, expression, etc. obtained by calculation (The Random House Dictionary of the English Language, Second Edition, 1987)<br><br>something obtained by calculation or investigation (Merriam Webster's Collegiate Dictionary, Tenth Edition, 1995) | the series of entries, selected from the database being searched by a searcher, arranged one after the other, containing the information responsive to the searcher's search<br><br>**INTRINSIC EVIDENCE:**<br><br>*'361 Patent Specification*<br><br>Abstract, ll. 1-34; fig. 7; col. 2, ll. 24-67; col. 3, ll. 1-67; col. 4, ll. 1-19; 26-29; 34-67; col. 5, ll. 4-14, 25-27, 35-67; col. 6, ll. 1-8, 19-23, 57-58; 66-67; col. 7, ll. 1-2; col. 8, ll. 52-67; col. 9, ll. 1-18, 42-67; col. 10, ll. 1-35; col. 12, ll. 21-25, 40-67; col. 13, ll. 1-24; col. 14, ll. 8-20, 24-27, col. 17, ll. 16, 19-67; col. 18, ll. 1-36.<br><br>**DICTIONARY DEFINITIONS:**<br><br>The American Heritage Dictionary of the English Language, 4th ed.<br><br>The Random House Dictionary of the English Language, 2nd ed., Unabridged<br><br>Webster's New World College Dictionary, 3rd ed.<br><br>Merriam Webster's Collegiate Dictionary, 10th ed.<br><br>The New Oxford Dictionary of English<br><br>**EXTRINSIC EVIDENCE:**<br><br>www.tundrawolfpromotions.com at GOG 32230-31.<br><br>searchengineoptimism.com at GOG 32242-43, 32246-47.<br><br>www.searchengineposition.com at GOG 32252. |

| | | |
|---|---|---|
| 1 | anything that comes about as a consequence or outcome of some action, process, etc. (Webster's New World College Dictionary, Third Edition, 1997) | Documents produced by Overture: OVGE 52678, 52692, 52950, 52961, 52966-67, 52976, 53032, 53035, 53039, 53059, 53062, 53072-73, 53076-78, 53082, 53129-30, 53133, 53144, 53151, 53482, 53484, 53493, 53521, 53524-26, 53528, 53561, 53563, 53568-69, 53573, 53580, 53584, 53590, 53596, 53600, 53638, 53640, 53645-46, 53650, 53712, 54303, 54312, 55954, 55967, 55981, 55991-92, 55995-97, 56001, 56983, 59003, 59009-11, 59014, 59233-38, 59309, OVG 31561, 31563, 31565-67, 31576, 31578, 31579, 31583-85. |

a consequence, effect, or outcome of something (The New Oxford Dictionary of English 1998)

the consequence of a particular action, operation, or course (The American Heritage College Dictionary, Fourth Edition, 2002)

something obtained, achieved, or brought about by calculation, investigation, or similar activity (Merriam Webster's Unabridged Dictionary)

List
a series of names or other items written or printed together in a meaningful grouping or sequence so as to constitute a record; a series of records in a file (The Random House Dictionary of the English Language, Second Edition, 1987)

a simple series of words or numerals (Merriam Webster's Collegiate Dictionary, Tenth Edition, 1995)

a series of names, words, numbers, etc. set forth in order (Webster's New World College Dictionary, Third Edition, 1997)

a number of connected items or names written or printed consecutively, typically one below the other (The New Oxford Dictionary of English 1998)

a series of names, words, or other items written, printed, or imagined one after the other (The American Heritage College Dictionary, Fourth Edition, 2002)

a simple series of words or numerals (as the names of persons or objects); index, catalog, checklist (Merriam Webster's Unabridged Dictionary)

| 1 | | **INTRINSIC EVIDENCE:** | |
|---|---|---|---|

**INTRINSIC EVIDENCE:**

'361 Patent – col. 8, l. 53 – col. 9, l. 7
A search engine program permits network users, upon navigating to the search engine web server URL or sites on other web servers capable of submitting queries to the search engine web server 24 through their browser program 16, to type keyword queries to identify pages of interest among the millions of pages available on the World Wide Web. In a preferred embodiment of the present invention, the search engine web server 24 generates a **search result list** that includes, at least in part, relevant entries obtained from and formatted by the results of the bidding process conducted by the account management server 22. The search engine web server 24 generates a list of hypertext links to documents that contain information relevant to search terms entered by the user at the client computer 12. The search engine web server transmits this list, in the form of a web page, to the network user, where it is displayed on the browser 16 running on the client computer 12. A presently preferred embodiment of the search engine web server may be found by navigating to the web page at URL http://www.goto.com/. In addition, the search result list web page, an example of which is presented in FIG. 7, will be discussed below in further detail.

'361 Patent – col. 10, ll. 16-21
When the searcher has finished entering the search term, the searcher may transmit the query to the search engine web server 24 by clicking on a provided hyperlink. The search engine web server 24 will then generate a search result list page and transmit this page to the searcher at the client computer 12.

'361 Patent – col. 6, ll. 1-8
The rank value determines the

position where the promoter's web site description will appear on the search results list page that is generated when the search term is entered into the query box on the search engine by a searcher. A higher bid will result in a higher rank value and a more advantageous placement, which is preferably near the beginning of the search results list page.

'361 Patent – col. 17, ll. 19-26
When a remote searcher accesses the search query page on the search engine web server 24 and executes a search request according to the procedure described previously, the search engine web server 24 preferably generates and displays a **search result list** where the "canonicalized" entry in search term field of each search listing in the **search result list** exactly matches the canonicalized search term query entered by the remote searcher.

'361 Patent – col. 17, ll. 53-56
An example of a search result list display used in an embodiment of the present invention is shown in FIG. 7, which is a display of the first several entries resulting from a search for the term "zip drives".

Additional Citations to '361 Patent
Figure 7
Abstract, ll. 1-4
Abstract, ll. 27-32
Col. 4, ll. 60-64
Col. 5, ll. 35-52
Col. 7, ll. 6-15
Col. 9, l. 42 – col. 10, l. 6
Col. 12, ll. 21-25
Col. 12, l. 40 – col. 13, l. 2
Col. 14, ll. 8-17
Col. 17, l. 56 – col. 18, l. 36
Col. 27, ll. 65-67
Col. 28, ll. 1-3
Col. 30, ll. 10-12

Patent Applications Claiming Priority to the '361 Patent Application
Soulanille U.S. Patent App. (GOG 32122-51) at ¶¶ 110-132.

| | | |
|---|---|---|
| | **EXTRINSIC EVIDENCE:**<br><br>Overture does not believe that extrinsic evidence is necessary to interpret this term, and therefore has not proffered or cited any extrinsic evidence.  However, if the Court considers any extrinsic evidence offered by Google, Overture reserves the right to cite to any of Google's extrinsic evidence, in rebuttal. | |

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

| | PROPOSED CONSTRUCTION: | PROPOSED CONSTRUCTION: |
|---|---|---|
| **[modifiable] bid amount**<br><br>Found in claims:<br>1, 2, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67 | a quantity of money [which can be changed] that a customer or client is willing to pay per click<br><br><br>**DICTIONARY DEFINITIONS:**<br><br>Modifiable<br>capable of being modified (Merriam Webster's Unabridged Dictionary)<br><br>Modify<br>to change somewhat the form or qualities of; alter partially; amend (The Random House Dictionary of the English Language, Second Edition, 1987)<br><br>to make minor changes in (Merriam Webster's Collegiate Dictionary, Tenth Edition, 1995)<br><br>to change or alter; esp., to change slightly or partially in character, form, etc. (Webster's New World College Dictionary, Third Edition, 1997)<br><br>make partial or minor changes to (something), typically so as to improve it or to make it less extreme (The New Oxford Dictionary of English 1998)<br><br>to change in form or character; alter (The American Heritage College Dictionary, Fourth Edition, 2002)<br><br>to make minor changes in the form or structure of : alter without transforming (Merriam Webster's Unabridged Dictionary)<br><br>Bid | the price the website promoter will pay upon occurrence of a triggering event [changes to which can be controlled by the website promoter]<br><br><br>**INTRINSIC EVIDENCE:**<br><br>*'361 Patent Specification*<br><br>Abstract, ll. 8-13, 19-34; fig. 2; fig. 5; fig. 7; fig. 8; fig. 9; col. 3, ll. 54-67, col. 4, ll. 1-9, 20-39, 65-67; col. 5, ll. 1-67; col.6, ll. 1-35, 43-44, 51-52, 57-62; col. 8, ll. 59-65; col. 9, ll. 19-67; col. 10, ll. 1-7, 36-58; col. 12, ll. 21-31, 40-55; col. 13, ll. 3-24, 50-56; col. 14, ll. 11-17; col. 18, ll. 8-28, 37-67; col. 19, ll. 1-17, 31-58; col. 20, ll. 33-67; col. 21, ll. 1-65.<br><br>*Microfiche Appendix to '361 Patent Application*<br><br><goto/content/jhdocs/about /advertisers/mediakit /rates.jhtml> at 2.[1]<br><br>*File History*<br><br>Davis Decl. in Supp. of Petition to Make Special, at ¶ 7(c)-(e) & Exhs. 10-11, 17, 20-21.<br><br>Jan. 12, 2000 Preliminary Amendment at 1-8.<br><br>Jan. 17, 2000 Office Action (misdated Jan. 17, 1999) at 2-3.<br><br>April 6, 2000 Response at 2.<br><br>June 18, 2000 Office Action at 2-3.<br><br>March 23, 2001 Notice of |

---

[1]    The first two pages of this document are on the final two frames of the microfiche sheet labeled OVG 022003 ("Consumer Site (J) HTML 1 of 4," Series 33, Fiche # 1 of 2) and the last two pages are on the third and fourth frames of the microfiche sheet labeled OVG 022004 ("Consumer Site (J) HTML 1 of 4," Series 33, Fiche # 2 of 2).

| | |
|---|---|
| an offer of a price, especially at an auction (The New Oxford Dictionary of English 1998) | Allowability at 2-3. |
| | *Prior Art Cited in the File History* |
| an offer or proposal or a price; the amount offered or proposed (The American Heritage College Dictionary, Fourth Edition, 2002) | OVG 001402. |
| | *Patent Applications Claiming Priority to the '361 Patent Application* |
| to offer (a price) whether for payment or acceptance (Merriam Webster's Unabridged Dictionary) | Soulanille U.S. Patent App. (GOG 32122-51) at ¶ 93. |
| Amount <br>quantity; measure (The Random House Dictionary of the English Language, Second Edition, 1987) | Singh et al. U.S. Patent App. (GOG 32152-206) at ¶¶ 17-19, 30. |
| the total number or quantity (Merriam Webster's Collegiate Dictionary, Tenth Edition, 1995) | **DICTIONARY DEFINITIONS:** <br>Webster's New World College Dictionary, 4th ed. |
| a quantity (Webster's New World College Dictionary, Third Edition, 1997) | The Random House Dictionary of the English Language, 2nd ed., Unabridged |
| a quantity of something, especially the total of a thing or things in number, size, value, or extent (The New Oxford Dictionary of English 1998) | Webster's New World College Dictionary, 3rd ed. <br><br>Merriam Webster's Collegiate Dictionary, 10th ed. |
| a number; a sum (The American Heritage College Dictionary, Fourth Edition, 2002) | The New Oxford Dictionary of English |
| the total number or quantity (Merriam Webster's Unabridged Dictionary) | **EXTRINSIC EVIDENCE:** |
| **INTRINSIC EVIDENCE:** | Roth et al. U.S. Patent (GOG 31921-46) at col. 2, ll. 20-65; col. 3 l. 51 – col. 4, l. 25; col. 4, l. 58 – col. 5, l. 63; col.7, ll.11-33; col. 8, ll. 29-31; col. 8, ll. 44-48); figs. 2B & 6C. |
| Microfiche Appendix to '361 Patent <br>The bid price is the amount you're willing to pay for a user to click-through to your site from the GoTo search results listings after they have performed a search on one of your search terms.  (See frames 81-82 of the microfiche sheet labeled OVG 022003). | Colorstamps, Inc. PCT Patent App. (GOG 32061-121) at 10:6-12:3, 19:9-20:3, 23:20-28. <br><br>Cheung et al. U.S. Patent App. (GOG 32207-24) (whole document). <br><br>pages.ebay.com at GOG 32225-27. |
| '361 Patent – Abstract, ll. 19-24 <br>The network information provider influences the position for a search | www.alphastudiosinc.com at GOG 32228. |

- 16 -

listing through a continuous online competitive bidding process. The bidding process occurs when the network information provider enters a new **bid amount**, which is preferably a money amount, for a search listing.

'361 Patent – col. 6, ll. 8-15
Preferably, the quantity used in the competitive bidding process is a money amount that the web site promoter will pay to an owner of the Internet search engine each time the advertiser's web site is referred by the search engine. Most preferably, this money amount will be deducted from an account balance that is retained in the promoter's account for each time the promoter's web site is referred by the search engine.

'361 Patent – col. 9, ll. 45-52
In a preferred embodiment of the present invention, the amount bid by an advertiser comprises a money amount that is deducted from the account of the advertiser for each time the advertiser's web site is accessed via a hyperlink on the search result list page. A searcher "clicks" on the hyperlink with a computer input device to initiate a retrieval request to retrieve the information associated with the advertiser's hyperlink.

'361 Patent – col. 19, ll. 38-58
Many of the other selections listed in the "Account Management" menu 170 of FIG. 2 function as variants of the "Change Bid" function described above. For example, if the advertiser selects the "Change Rank Position" option, the advertiser may be presented with a display similar to the display of FIG. 9 used in the "Change Bid" function. However, in the "Change Rank Position" option, the "New Bid" field would be replaced by a "New Rank" field, in which the advertiser enters the new desired rank position for a search term. After the advertiser requests that the ranks be updated, the system then calculates a new bid price by

www.tundrawolfpromotions.com at GOG 32231.

www.payperclickanalyst.com at GOG 32234-41.

searchengineoptimism.com at GOG 32244-45.

www.searchengineposition.com at GOG 32252.

www.searchengines.com at GOG 32255.

searchenginesinfo.com at GOG 32256.

Documents produced by Overture: OVGE 52650-52, 52678, 52950, 53035, 53130, 53484, 53521, 53563, 53580, 53640, 55954, 59019, 59309, Depo. Exh. 15 at 1.

any of a variety of algorithms easily available to one skilled in the art. For example, the system may invoke a routine to locate the search listing in the search database having the desired rank/search term combination, retrieve the associated **bid amount** of said combination, and then calculate a **bid amount** that is N cents higher; where N=1, for example. After the system calculates the new bid price and presents a read-only confirmation display to the advertiser, the system updates the bid prices and rank values upon receiving approval from the advertiser.

'361 Patent – col. 18, l. 66 – col. 19, l. 4
As shown in step 840 of FIG. 8, upon receiving the request to update the advertiser's bids, the system calculates the new current bid amounts for every search listing displayed, the rank values, and the bid amount needed to become the highest ranked search listing matching the search term field.

'361 Patent – col. 20, ll. 6-12
A process similar to those discussed above may be implemented for changing any other peripheral options related to a search listing; for example, changing the matching options related to a bidded search term. Any recalculations of bids or ranks required by the changes may also be determined in a manner similar to the processes discussed above.

Additional Citations to '361 Patent
Figure 5
Figure 8
Figure 9
Col. 4, l. 65 – col 5, l. 34
Col. 5, ll. 53-65
Col. 6, ll. 28-34
Col. 7, ll. 6-15
Col. 13, ll. 3-9
Col. 13, ll. 50-56
Col. 18, l. 37 – col. 19, l. 17

| | | |
|---|---|---|
| | Patent Applications Claiming Priority to the '361 Patent Application Singh *et al.* U.S. Patent App. (GOG 32152-206) at ¶ 264.

**EXTRINSIC EVIDENCE:**

Overture does not believe that extrinsic evidence is necessary to interpret this term, and therefore has not proffered or cited any extrinsic evidence.  However, if the Court considers any extrinsic evidence offered by Google, Overture reserves the right to cite to any of Google's extrinsic evidence, in rebuttal. | |

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

| a modifiable bid amount that is **independent of** other components of the search listing<br><br>Found in claims: 1, 2, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67 | **PROPOSED CONSTRUCTION:**<br><br>a modifiable bid amount that is **not dependent or contingent upon** other components of the search listing<br><br>**DICTIONARY DEFINITIONS:**<br><br><u>Independent</u><br>not dependent; not depending or contingent upon something else for existence, operation, etc. (The Random House Dictionary of the English Language, Second Edition, 1987)<br><br>not dependent: as not subject to control by others (Merriam Webster's Collegiate Dictionary, Tenth Edition, 1995)<br><br>not connected or related to another, to each other, or to a group; separate (Webster's New World College Dictionary, Third Edition, 1997)<br><br>not connected with another or each other (The New Oxford Dictionary of English 1998)<br><br>not determined or influenced by someone or something else; not contingent (The American Heritage College Dictionary, Fourth Edition, 2002)<br><br>not dependent: as not subject to control by others (Merriam Webster's Unabridged Dictionary)<br><br>**INTRINSIC EVIDENCE:**<br><br><u>'361 Patent – col. 18, ll. 37-47</u><br>As shown in the campaign management menu 170 of FIG. 2, several choices are presented to the advertiser to manage search listings. First, in the "Change Bids" selection, the advertiser may change the bid of search listings currently in the account. The process invoked by | **PROPOSED CONSTRUCTION:**<br><br>modifiable bid amount that is **unconstrained by** other components of the search listing<br><br>**INTRINSIC EVIDENCE:**<br><br>*'361 Patent Specification*<br><br>Title; Abstract, ll. 1-4, 14-34; fig. 2; fig. 7; fig. 8; fig. 9; col. 2, ll. 46-67; col. 3, ll. 12-15, 42-67; col. 4, ll. 1-19, 26-29, 34-39, 59-60, 65-67; col. 5, ll. 1-67; col. 6, ll. 1-15, 43-44, 57-62; col. 8, ll. 59-64; col. 9, ll. 25-30, 42-45; col. 10, ll. 27-35; col. 12, ll. 21-25, 40-55; col. 13, ll. 9-24; col. 14, ll. 8-16; col. 18, ll. 4-28, 30-36, 66-67; col. 19, ll. 1-5, 10-15, 38-58; col. 20, ll. 66-67; col. 21, ll. 1-65.<br><br>*Prior Art Cited in the File History*<br><br>OVG 001222, 001226, 001229, 001232, 001235, 001236, 001242, 001249, 001251, 001254, 001366, 001402.<br><br>**DICTIONARY DEFINITIONS:**<br><br>The Random House Dictionary of the English Language, 2nd ed., Unabridged<br><br>Webster's New World College Dictionary, 3rd ed.<br><br>Merriam Webster's Collegiate Dictionary, 10th ed.<br><br>The New Oxford Dictionary of English<br><br>**EXTRINSIC EVIDENCE:**<br><br>Roth et al. U.S. Patent (GOG 31921-46) at col. 2, ll. 20-65; col. 3 l. 51 – col. 4, l. 25; col. 4, l. 58 – col. 5, l. 63; col.7, ll.11-33; col. 8, ll. 29-31; |

| | | |
|---|---|---|
| 1 | the system for the change bids function is shown in FIG. 8. After the advertiser indicates the intent to change bids by selecting the "Change Bids" menu option, the system searches the user's account in the database and displays the search listings for the entire account or a default subaccount in the advertiser's account, as shown in step 810. | col. 8, ll. 44-48); figs. 2B & 6C. |
| 2 | | Colorstamps, Inc. PCT Patent App. (GOG 32061-121) at 10:6-12:3, 19:9-20:3, 23:20-28. |
| 3 | | |
| 4 | | Cheung et al. U.S. Patent App. (GOG 32207-24) (whole document). |
| 5 | | pages.ebay.com at GOG 32225-27. |
| 6 | '361 Patent – col. 18, l. 54 – col. 19, l. 7 | www.alphastudiosinc.com at GOG 32228. |
| 7 | An example of screen display shown to the advertiser in step 810 is shown in FIG. 9 and will be discussed below. To change bids, the advertiser user may specify new bids for search terms for which the advertiser already has an existing bid by entering a new bid amount into the new bid input field for the search term. The advertiser-entered bid changes are displayed to the advertiser at step 820 of FIG. 8 as discussed above. To update the bids for the display page, the advertiser requests, at step 830 of FIG. 8, to update the result of changes. The advertiser may transmit such a request to the account management server by a variety of means, including clicking on a button graphic. | |
| 8 | | www.tundrawolfpromotions.com at GOG 32231. |
| 9 | | www.payperclickanalyst.com at GOG 32234-41. |
| 10 | | |
| 11 | | searchengineoptimism.com at GOG 32244-45. |
| 12 | | www.searchengineposition.com at GOG 32252. |
| 13 | | |
| 14 | | www.searchengines.com at GOG 32255. |
| 15 | | searchenginesinfo.com at GOG 32256. |
| 16 | | |
| 17 | | Documents produced by Overture: OVGE 52650-52, 52678, 52950, 53035, 53130, 53484, 53521, 53563, 53580, 53640, 55954, 59019, 59309, Depo. Exh. 15 at 1. |
| 18 | As shown in step 840 of FIG. 8, upon receiving the request to update the advertiser's bids, the system calculates the new current bid amounts for every search listing displayed, the rank values, and the bid amount needed to become the highest ranked search listing matching the search term field. Preferably, the system then presents a display of changes at step 850. After the user confirms the changes, the system updates the persistent state by writing the changes to the account in the database. | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | Col. 19, ll. 31-37 | |
| 27 | The advertiser may specify a new bid for a displayed search listing by entering a new bid amount into the new bid input field 908 for the search listing. To update the result | |
| 28 | | |

of the advertiser-entered changes, the advertiser clicks on button graphic 912 to transmit an update request to the account management server, which updates the bids as described above.

Col. 19, ll. 38-47
Many of the other selections listed in the "Account Management" menu 170 of FIG. 2 function as variants of the "Change Bid" function described above. For example, if the advertiser selects the "Change Rank Position" option, the advertiser may be presented with a display similar to the display of FIG. 9 used in the "Change Bid" function. However, in the "Change Rank Position" option, the "New Bid" field would be replaced by a "New Rank" field, in which the advertiser enters the new desired rank position for a search term.

Additional Citations to '361 Patent
Figure 2
Figure 5
Figure 8
Figure 9
Abstract, ll. 1-34
Col. 6, ll. 16-34
Col. 7, ll. 6-15
Col. 12, l. 21 – col. 13, l. 24
Col. 18, ll. 47-53
Col. 19, ll. 7-37
Col. 19, l. 47 – col. 20, l. 65

**EXTRINSIC EVIDENCE:**

Overture does not believe that extrinsic evidence is necessary to interpret this term, and therefore has not proffered or cited any extrinsic evidence. However, if the Court considers any extrinsic evidence offered by Google, Overture reserves the right to cite to any of Google's extrinsic evidence, in rebuttal.

//

| | **PROPOSED CONSTRUCTION:** | **PROPOSED CONSTRUCTION:** |
|---|---|---|
| ordering . . . **in accordance with** the values of the respective bid amounts<br><br>Found in claims: 1, 2, 4, 5, 7, 8, 9, 10, 11, 12, 13 | ordering **in agreement with** the values of the respective bid amounts<br><br>**DICTIONARY DEFINITIONS:**<br><br>Accordance<br>agreement; conformity (The Random House Dictionary of the English Language, Second Edition, 1987)<br><br>agreement, conformity (Merriam Webster's Collegiate Dictionary, Tenth Edition, 1995)<br><br>agreement; harmony; conformity (Webster's New World College Dictionary, Third Edition, 1997)<br><br>in a manner conforming with (The New Oxford Dictionary of English 1998)<br><br>agreement, conformity (The American Heritage College Dictionary, Fourth Edition, 2002)<br><br>agreement, accord (Merriam Webster's Unabridged Dictionary)<br><br>**INTRINSIC EVIDENCE:**<br><br>'361 Patent – Abstract, ll. 19-34<br>The network information provider influences a position for a search listing in the provider's account by first selecting a search term relevant to the content of the web site or other information source to be listed. The network information provider enters the search term and the description into a search listing. The network information provider influences the position for a search listing through a continuous online competitive bidding process. The bidding process occurs when the network information provider enters a new bid amount, which is | ordering . . . **in conformance with** the values of the respective bid amounts<br><br>**INTRINSIC EVIDENCE:**<br><br>*'361 Patent Specification*<br><br>Title; Abstract, ll. 1-4, 14-34; fig. 2; fig. 7; fig. 8; fig. 9; col. 2, ll. 46-67; col. 3, ll. 12-15, 42-67; col. 4, ll. 1-19, 26-29, 34-39, 59-60, 65-67; col. 5, ll. 1-67; col. 6, ll. 1-15, 43-44, 57-62; col. 8, ll. 59-64; col. 9, ll. 25-30, 42-45; col. 10, ll. 27-35; col. 12, ll. 21-25, 40-55; col. 13, ll. 9-24; col. 14, ll. 8-16; col. 18, ll. 4-28, 30-36, 66-67; col. 19, ll. 1-5, 10-15, 38-58; col. 20, ll. 66-67; col. 21, ll. 1-65.<br><br>*Microfiche Appendix to '361 Patent Application*<br><br><goto/content/jhdocs/about /advertisers/mediakit /rates.jhtml> at 2.<br><br>*File History*<br><br>Davis Decl. in Supp. of Petition to Make Special, at ¶ 7(c)-(e) & Exhs. 10-11, 17, 20-21.<br><br>Nov. 8, 2000 Office Action at 4.<br><br>*Prior Art Cited in the File History*<br><br>OVG 001222, 001226, 001229, 001232, 001235, 001236, 001242, 001249, 001251, 001254, 001366.<br><br>**DICTIONARY DEFINITIONS:**<br><br>The Random House Dictionary of the English Language, 2nd ed., Unabridged<br><br>Webster's New World College Dictionary, 3rd ed. |

| | | |
|---|---|---|
| | preferably a money amount, for a search listing. The system and method of the present invention then compares this bid amount with all other bid amounts for the same search term, and generates a rank value for all search listings having that search term. The rank value generated by the bidding process determines where the network information providers listing will appear on the search results list page that is generated in response to a query of the search term by a searcher located at a client computer on the computer network. A higher bid by a network information provider will result in a higher rank value and a more advantageous placement. | Merriam Webster's Collegiate Dictionary, 10th ed. |

**'361 Patent – col. 3, l. 51 – col. 4, l. 9**
Ideally, web site promoters should be able to control their placement in search result listings so that their listings are prominent in searches that are relevant to the content of their web site. The search engine functionality of the Internet needs to be focused in a new direction to facilitate an on-line marketplace which offers consumers quick, easy and relevant search results while providing Internet advertisers and promoters with a cost-effective way to target consumers. A consumer utilizing a search engine that facilitates this on-line marketplace will find companies or businesses that offer the products, services, or information that the consumer is seeking. In this on-line marketplace, companies selling products, services, or information bid in an open auction environment for positions on a search result list generated by an Internet search engine. Since advertisers must pay for each click-through referral generated through the search result lists generated by the search engine, advertisers have an incentive to select and bid on those search keywords that are most relevant to their web site offerings. The higher

The New Oxford Dictionary of English

**EXTRINSIC EVIDENCE:**

www.searchengineposition.com at GOG 32252.

Documents produced by Overture: Depo. Exh. 15 at 1.

1
2
3
4
5
6

an advertiser's position on a search result list, the higher likelihood of a "referral"; that is, the higher the likelihood that a consumer will be referred to the advertiser's web site through the search result list. The openness of this advertising marketplace is further facilitated by publicly displaying, to consumers and other advertisers, the price bid by an advertiser on a particular search result listing.

7
8

'361 Patent – col. 4, l. 55 – col. 5, l. 40

9
10
11
12
13
14
15
16

More particularly, the present invention relates to a system and method to enable a web site promoter to define a search listing for a search result list, select a search term relevant to the promoter's web site, and influence a search result list position for the search listing on an Internet search engine. When an Internet user enters the search terms in a search engine query, the search engine will generate a search result list with the web site promoter's listing in a position influenced by one or more parameters defined by the promoter.

17
18
19
20
21
22
23
24
25
26
27
28

   In a preferred embodiment of the present invention, a web site promoter selects a search term and influences a position within the search result list generated by that search term by participating in an online competitive bidding process. This online competitive bidding process is known as a "pay-for-performance" process and may be employed in conjunction with an Internet search engine. "Pay-for-performance" applies market principles to advertising on the Internet. Conventional Internet search engines do not provide a way for web site promoters to easily predict the position of their web site in search results or guarantee their appearance in search results containing their web site description. A tool enabling advertisers to target web search terms relevant to their business and to pinpoint the placement of their web site

description within the search results provides a powerful advantage to businesses and others seeking to increase their web exposure. Furthermore, a competitive bidding process and pricing based on number of web site referrals generated helps ensure that the pricing structure reflects the market and is accessible to advertisers of all budget sizes.

To participate in the process, an advertiser, such as a web site promoter, may access the advertiser's user account through a secure web site. The advertiser may use the account to place bids on search terms that are relevant to the advertiser's web site. Each bid is specific to a search term web site combination and corresponds to a money amount that the advertiser will pay to the owner of the search engine each time a searcher clicks on the advertiser's hyperlinked listing in the search result list generated by the search engine. The searcher's click will result in an access request being sent to the advertiser's web site, which will respond by transmitting the advertiser's web page to the searcher's browser. The charge to the advertiser for the placement is therefore directly proportional to the benefit received, since the charge is based on the number of referrals to the advertiser's web site that were generated by the search engine.

The higher the bid, the more advantageous the placement in the search result list that is generated when the bidded search term is entered by a searcher using the search engine. The search result list is arranged in order of decreasing bid amount, with the search listing corresponding to the highest bids displayed first to the searcher.

'361 Patent – col. 5, l. 53 – col. 6, l. 8
According to a first embodiment of the present invention, there is provided a system and method for enabling the web site promoters to

influence a position for a search listing within a search result list generated by an Internet search engine. The web site promoter first selects a search term comprising one or more keywords relevant to the content of the web site to be listed. The web site promoter influences the rank position for the search listing through an ongoing online competitive bidding process with other web site promoters. The bidding process occurs when an advertiser enters a new bid amount for an existing search listing or enters a bid amount for a new search listing. Preferably, the promoter's bid is then processed in real time. This bid amount is compared with all other bid amounts from other promoters for the same search term, and generates new rank values for all search listings having that search term. The rank value determines the position where the promoter's web site description will appear on the search results list page that is generated when the search term is entered into the query box on the search engine by a searcher. A higher bid will result in a higher rank value and a more advantageous placement, which is preferably near the beginning of the search results list page.

'361 Patent – col. 9, ll. 42-45
The higher bids receive more advantageous placement on the search result list page generated by the search engine 24 when a search using the search term bid on by the advertiser is executed.

'361 Patent – col. 13, ll. 9-24
Finally, a rank value is a value generated dynamically, preferably by the processing system 34 of the account management server 22 shown in FIG. 1, each time an advertiser places a bid or a search enters a search query. The rank value of an advertiser's search listing determines the placement location of the advertiser's entry in the search result list generated when a search is

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

executed on the corresponding search term. Preferably, rank value is an ordinal value determined in a direct relationship to the bid amount 358; the higher the bid amount, the higher the rank value, and the more advantageous the placement location on the search result list. Most preferably, the rank value of 1 is assigned to the highest bid amount with successively higher ordinal values (e.g., 2, 3, 4, . . . ) associated with successively lower ranks and assigned to successively lower bid amounts.

'361 Patent – col. 18, ll. 4-28
Search result list entries 710a-710h may also show the rank value of the advertiser's search listing. The rank value is an ordinal value, preferably a number, generated and assigned to the search listing by the processing system 34 of FIG. 1. Preferably, the rank value is assigned through a process, implemented in software, that establishes an association between the bid amount, the rank, and the search term of a search listing. The process gathers all search listings that match a particular search term, sorts the search listings in order from highest to lowest bid amount, and assigns a rank value to each search listing in order. The highest bid amount receives the highest rank value, the next highest bid amount receives the next highest rank value, proceeding to the lowest bid amount, which receives the lowest rank value. Most preferably, the highest rank value is 1 with successively increasing ordinal values (e.g., 2, 3, 4, . . . ) assigned in order of successively decreasing rank. The correlation between rank value and bid amount is illustrated in FIG. 7, where each of the paid search list entries 710a through 710f display the advertiser's bid amount 750a through 750f for that entry. Preferably, if two search listings having the same search term also have the same bid amount, the bid that was received earlier in time will be assigned the higher rank

| | | |
|---|---|---|
| 1 | value. Unpaid listings 710g and 710h do not display a bid amount and are displayed following the lowest-ranked paid listing. | |
| 2 | | |
| 3 | '361 Patent – col. 19, ll. 38-58 | |
| 4 | Many of the other selections listed in the "Account Management" menu 170 of FIG. 2 function as variants of the "Change Bid" function described above. For example, if the advertiser selects the "Change Rank Position" option, the advertiser may be presented with a display similar to the display of FIG. 9 used in the "Change Bid" function. However, in the "Change Rank Position" option, the "New Bid" field would be replaced by a "New Rank" field, in which the advertiser enters the new desired rank position for a search term. After the advertiser requests that the ranks be updated, the system then calculates a new bid price by any of a variety of algorithms easily available to one skilled in the art. For example, the system may invoke a routine to locate the search listing in the search database having the desired rank/search term combination, retrieve the associated bid amount of said combination, and then calculate a bid amount that is N cents higher; where N=1, for example. After the system calculates the new bid price and presents a read-only confirmation display to the advertiser, the system updates the bid prices and rank values upon receiving approval from the advertiser. | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | '361 Patent – col. 20, l. 66 – col. 21, l. 53 | |
| 23 | The "Account Management" menu 170 of FIG. 2 also preferably provides advertisers with a "Project Expenses" selection. In this selection, the advertiser specifies a search listing or subaccount for which the advertiser would like to predict a "daily run rate" and "days remaining to expiration." The system calculates the projections based on a cost projection algorithm, and displays the predictions to the | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

advertiser on a read-only screen. The predictions may be calculated using a number of different algorithms known in the art. However, since the cost of a search listing is calculated by multiplying the bid amount by the total number of clicks received by the search listing at that bid amount during a specified time period, every cost projection algorithm must generally determine an estimated number of clicks per month (or other specified time period) for a search listing. The clicks on a search listing may be tracked via implementation of a software counting mechanism as is well known in the art. Clicks for all search listings may be tracked over time, this data may be used to generate estimated numbers of clicks per month overall, and for individual search terms. For a particular search term, an estimated number of searches per day is determined and is multiplied by the cost of a click. This product is then multiplied by a ratio of the average number of clicks over the average number of impressions for the rank of the search listing in question to obtain a daily run rate. The current balance may be divided by the daily run rate to obtain a projected number of days to exhaustion or "expiration" of account funds.

One embodiment of the present invention bases the cost projection algorithm on a simple predictor model that assumes that every search term performs in a similar fashion. This model assumes that the rank of the advertiser's search listing will remain constant and not fluctuate throughout the month. This algorithm has the advantages of being simple to implement and fast to calculate. The predictor model is based on the fact that the click through rate, e.g. the total number of clicks, or referrals, for a particular searcher listing, is considered to be a function of the rank of the search listing. The model therefore assumes that the usage curve of each search term, that is, the curve that result

when the number of clicks on a search listing is plotted against the rank of the search listing, is similar to the usage curve for all search terms. Thus, known values extrapolated over time for the sum of all clicks for all search terms, the sum of all clicks at a given rank for all search terms, and the sum of all clicks for the selected search term may be employed in a simple proportion to determine the total of all clicks for the given rank for the selected search term. The estimated daily total of all clicks for the selected search term at the selected rank is then multiplied by the advertiser's current bid amount for the search term at that rank to determine a daily expense projection. In addition, if particular search terms or classes of search terms are known to differ markedly from the general pattern, correction values specific to the search term, advertiser, or other parameter may be introduced to fine-tune the projected cost estimate.

Additional Citations to '361 Patent
Figure 7
Col. 7, ll. 6-15


**EXTRINSIC EVIDENCE:**

Overture does not believe that extrinsic evidence is necessary to interpret this term, and therefore has not proffered or cited any extrinsic evidence.  However, if the Court considers any extrinsic evidence offered by Google, Overture reserves the right to cite to any of Google's extrinsic evidence, in rebuttal.

//

//

//

//

| | **PROPOSED CONSTRUCTION:** | **PROPOSED CONSTRUCTION:** |
|---|---|---|
| arranged in an order **determined using** the bid amounts<br><br>Found in claims: 15, 16, 17, 18, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 48 | arranged in an order **ascertained by an analysis that utilizes** the bid amounts | arranged in an order **established by** the bid amounts |
| position . . . **determined using** the bid amount<br><br>Found in claim: 14, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67 | position . . . **ascertained by an analysis that utilizes** the bid amount<br><br>**DICTIONARY DEFINITIONS:**<br><br>Determine<br>to conclude or ascertain, as after reasoning, observation, etc. (The Random House Dictionary of the English Language, Second Edition, 1987)<br><br>to find out or come to a decision about by investigation, reasoning, or calculation (Merriam Webster's Collegiate Dictionary, Tenth Edition, 1995)<br><br>to reach a decision about after thought and investigation; decide upon (Webster's New World College Dictionary, Third Edition, 1997)<br><br>ascertain or establish exactly, typically as a result of research or calculation (The New Oxford Dictionary of English 1998)<br><br>to establish or ascertain definitively, as after investigation or calculation (The American Heritage College Dictionary, Fourth Edition, 2002)<br><br>to come to a decision concerning as the result of investigation or reasoning (Merriam Webster's Unabridged Dictionary) | position . . . **established by** the bid amount<br><br>**INTRINSIC EVIDENCE:**<br><br>*'361 Patent Specification*<br><br>Title; Abstract, ll. 1-4, 14-34; fig. 2; fig. 7; fig. 8; fig. 9; col. 2, ll. 46-67; col. 3, ll. 12-15, 42-67; col. 4, ll. 1-19, 26-29, 34-39, 59-60, 65-67; col. 5, ll. 1-67; col. 6, ll. 1-15, 43-44, 57-62; col. 8, ll. 59-64; col. 9, ll. 25-30, 42-45; col. 10, ll. 27-35; col. 12, ll. 21-25, 40-55; col. 13, ll. 9-24; col. 14, ll. 8-16; col. 18, ll. 4-28, 30-36, 66-67; col. 19, ll. 1-5, 10-15, 38-58; col. 20, ll. 66-67; col. 21, ll. 1-65<br><br>*Microfiche Appendix to '361 Patent Application*<br><br><goto/content/jhdocs/about /advertisers/mediakit /rates.jhtml> at 2.<br><br>*File History*<br><br>Davis Decl. in Supp. of Petition to Make Special, ¶ 2(b) & Exhs. 1-2 & 4.<br><br>*Prior Art Cited in the File History*<br><br>OVG 001222, 001226, 001229, 001232, 001235, 001236, 001242, 001249, 001251, 001254, 001366, 001402. |

| | | |
|---|---|---|
| | Using<br>to employ for some purpose; put into service; make use of (The Random House Dictionary of the English Language, Second Edition, 1987)<br><br>to put into action or service; synonyms USE, EMPLOY, UTILIZE (Merriam Webster's Collegiate Dictionary, Tenth Edition, 1995)<br><br>to put or bring into action or service; employ for or apply to a given purpose (Webster's New World College Dictionary, Third Edition, 1997)<br><br>take, hold, or deploy (something) as a means of accomplishing a purpose or achieving a result; employ (The New Oxford Dictionary of English 1998)<br><br>to put into action or service; synonyms EMPLOY, UTILIZE, APPLY, AVAIL (Merriam Webster's Unabridged Dictionary)<br><br>**INTRINSIC EVIDENCE:**<br><br>'361 Patent – col. 4, ll. 55-64<br>More particularly, the present invention relates to a system and method to enable a web site promoter to define a search listing for a search result list, select a search term relevant to the promoter's web site, and influence a search result list position for the search listing on an Internet search engine. When an Internet user enters the search terms in a search engine query, the search engine will generate a search result list with the web site promoter's listing in a position influenced by one or more parameters defined by the promoter.<br><br>'361 Patent – Abstract, ll. 19-34<br>The network information provider influences a position for a search listing in the provider's account by | **DICTIONARY DEFINITIONS:**<br><br>Merriam-Webster Unabridged (online) (GOG 32257-63)<br><br>The Random House Dictionary of the English Language, 2nd ed., Unabridged<br><br>Webster's New World College Dictionary, 3rd ed.<br><br>Merriam Webster's Collegiate Dictionary, 10th ed.<br><br>The New Oxford Dictionary of English<br><br>**EXTRINSIC EVIDENCE:**<br><br>www.jsonline.com at GOG 1659-61.<br><br>www.searchengineposition.com at GOG 32252.<br><br>Documents produced by Overture: Depo. Exh. 15 at 1. |

first selecting a search term relevant to the content of the web site or other information source to be listed. The network information provider enters the search term and the description into a search listing. The network information provider influences the position for a search listing through a continuous online competitive bidding process. The bidding process occurs when the network information provider enters a new bid amount, which is preferably a money amount, for a search listing. The system and method of the present invention then compares this bid amount with all other bid amounts for the same search term, and generates a rank value for all search listings having that search term. The rank value generated by the bidding process determines where the network information providers listing will appear on the search results list page that is generated in response to a query of the search term by a searcher located at a client computer on the computer network. A higher bid by a network information provider will result in a higher rank value and a more advantageous placement.

'361 Patent – col. 5, l. 53 – col. 6, l. 8
According to a first embodiment of the present invention, there is provided a system and method for enabling the web site promoters to influence a position for a search listing within a search result list generated by an Internet search engine. The web site promoter first selects a search term comprising one or more keywords relevant to the content of the web site to be listed. The web site promoter influences the rank position for the search listing through an ongoing online competitive bidding process with other web site promoters. The bidding process occurs when an advertiser enters a new bid amount for an existing search listing or enters a bid amount for a new search

listing. Preferably, the promoter's bid is then processed in real time. This bid amount is compared with all other bid amounts from other promoters for the same search term, and generates new rank values for all search listings having that search term. The rank value determines the position where the promoter's web site description will appear on the search results list page that is generated when the search term is entered into the query box on the search engine by a searcher. A higher bid will result in a higher rank value and a more advantageous placement, which is preferably near the beginning of the search results list page.

'361 Patent – col. 18, ll. 4-28
Search result list entries 710a-710h may also show the rank value of the advertiser's search listing. The rank value is an ordinal value, preferably a number, generated and assigned to the search listing by the processing system 34 of FIG. 1. Preferably, the rank value is assigned through a process, implemented in software, that establishes an association between the bid amount, the rank, and the search term of a search listing. The process gathers all search listings that match a particular search term, sorts the search listings in order from highest to lowest bid amount, and assigns a rank value to each search listing in order. The highest bid amount receives the highest rank value, the next highest bid amount receives the next highest rank value, proceeding to the lowest bid amount, which receives the lowest rank value. Most preferably, the highest rank value is 1 with successively increasing ordinal values (e.g., 2, 3, 4, . . . ) assigned in order of successively decreasing rank. The correlation between rank value and bid amount is illustrated in FIG. 7, where each of the paid search list entries 710a through 710f display the advertiser's bid amount 750a through 750f for that entry. Preferably, if two search

AMENDED JOINT CLAIM CONSTRUCTION
STATEMENT
C 02-01991 JSW

| | | |
|---|---|---|
| | listings having the same search term also have the same bid amount, the bid that was received earlier in time will be assigned the higher rank value. Unpaid listings 710g and 710h do not display a bid amount and are displayed following the lowest-ranked paid listing.<br><br>Addition Citations to '361 Patent<br>Figure 7<br>Col. 7, ll. 6-15<br>Col. 25, ll. 65-67<br>Col. 26, ll. 1-7<br>Col. 30, ll. 1-9<br><br>**EXTRINSIC EVIDENCE:**<br><br>Overture does not believe that extrinsic evidence is necessary to interpret this term, and therefore has not proffered or cited any extrinsic evidence.  However, if the Court considers any extrinsic evidence offered by Google, Overture reserves the right to cite to any of Google's extrinsic evidence, in rebuttal. | |

//

//

//

//

//

//

//

//

//

//

//

//

| | **PROPOSED CONSTRUCTION:** | **PROPOSED CONSTRUCTION:** |
|---|---|---|
| arranged in an order **corresponding to** the bid amounts<br><br>Found in claims: 30, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 49, 50, 51 | arranged in an order **similar to** the order of the bid amounts<br><br>**DICTIONARY DEFINITIONS:**<br><br>Corresponding<br>similar in position, purpose, form, etc. (The Random House Dictionary of the English Language, Second Edition, 1987)<br><br>having or participating in the same relationship (as kind, degree, position, correspondence, or function) especially with regard to the same or like wholes (as geometric figures or sets)(~parts of similar triangles); RELATED, ACCOMPANYING (Merriam Webster's Collegiate Dictionary, Tenth Edition, 1995)<br><br>having the same or nearly the same relationship (The American Heritage College Dictionary, Fourth Edition, 2002)<br><br>Correspond<br>to be similar, analogous, or equal (to something) (Webster's New World College Dictionary, Third Edition, 1997)<br><br>have a close similarity; match or agree almost exactly (The New Oxford Dictionary of English 1998)<br><br>**INTRINSIC EVIDENCE:**<br><br>'361 Patent – col. 4, l. 55 – col. 5, l. 37<br>More particularly, the present invention relates to a system and method to enable a web site promoter to define a search listing for a search result list, select a search term relevant to the promoter's web site, and influence a search result list position for the search listing on an Internet search | arranged in an order **conforming to** the bid amounts<br><br>**INTRINSIC EVIDENCE:**<br><br>*'361 Patent Specification*<br><br>Title; Abstract, ll. 1-4, 14-34; fig. 2; fig. 7; fig. 8; fig. 9; col. 2, ll. 46-67; col. 3, ll. 12-15, 42-67; col. 4, ll. 1-19, 26-29, 34-39, 59-60, 65-67; col. 5, ll. 1-67; col. 6, ll. 1-15, 43-44, 57-62; col. 8, ll. 59-64; col. 9, ll. 25-30, 42-45; col. 10, ll. 27-35; col. 12, ll. 21-25, 40-55; col. 13, ll. 9-24; col. 14, ll. 8-16; col. 18, ll. 4-28, 30-36, 66-67; col. 19, ll. 1-5, 10-15, 38-58; col. 20, ll. 66-67; col. 21, ll. 1-65.<br><br>*Microfiche Appendix to '361 Patent Application*<br><br><goto/content/jhdocs/about /advertisers/mediakit /rates.jhtml> at 2.<br><br>*File History*<br><br>Davis Decl. in Supp. of Petition to Make Special, at ¶ 7(c)-(e) & Exhs. 10-11, 17, 20-21.<br><br>*Prior Art Cited in the File History*<br><br>OVG 001222, 001226, 001229, 001232, 001235, 001236, 001242, 001249, 001251, 001254, 001366, 001402.<br><br>**DICTIONARY DEFINITIONS:**<br><br>Merriam-Webster Unabridged (online) (GOG 32257-63)<br><br>The Random House Dictionary of the English Language, 2nd ed., Unabridged<br><br>Webster's New World College Dictionary, 3rd ed. |

| | | |
|---|---|---|
| 1 | engine. When an Internet user enters the search terms in a search engine query, the search engine will generate a search result list with the web site promoter's listing in a position influenced by one or more parameters defined by the promoter. | Merriam Webster's Collegiate Dictionary, 10th ed. |

engine. When an Internet user enters the search terms in a search engine query, the search engine will generate a search result list with the web site promoter's listing in a position influenced by one or more parameters defined by the promoter.

In a preferred embodiment of the present invention, a web site promoter selects a search term and influences a position within the search result list generated by that search term by participating in an online competitive bidding process. This online competitive bidding process is known as a "pay-for-performance" process and may be employed in conjunction with an Internet search engine. "Pay-for-performance" applies market principles to advertising on the Internet. Conventional Internet search engines do not provide a way for web site promoters to easily predict the position of their web site in search results or guarantee their appearance in search results containing their web site description. A tool enabling advertisers to target web search terms relevant to their business and to pinpoint the placement of their web site description within the search results provides a powerful advantage to businesses and others seeking to increase their web exposure. Furthermore, a competitive bidding process and pricing based on number of web site referrals generated helps ensure that the pricing structure reflects the market and is accessible to advertisers of all budget sizes.

To participate in the process, an advertiser, such as a web site promoter, may access the advertiser's user account through a secure web site. The advertiser may use the account to place bids on search terms that are relevant to the advertiser's web site. Each bid is specific to a search term web site combination and corresponds to a money amount that the advertiser will pay to the owner of the search engine each time a searcher clicks

Merriam Webster's Collegiate Dictionary, 10th ed.

The New Oxford Dictionary of English

**EXTRINSIC EVIDENCE:**

www.jsonline.com at GOG 1659-61.

www.searchengineposition.com at GOG 32252.

Documents produced by Overture: Depo. Exh. 15 at 1.

on the advertiser's hyperlinked listing in the search result list generated by the search engine. The searcher's click will result in an access request being sent to the advertiser's web site, which will respond by transmitting the advertiser's web page to the searcher's browser. The charge to the advertiser for the placement is therefore directly proportional to the benefit received, since the charge is based on the number of referrals to the advertiser's web site that were generated by the search engine.

The higher the bid, the more advantageous the placement in the search result list that is generated when the bidded search term is entered by a searcher using the search engine.

'361 Patent – Abstract, ll. 19-34
The network information provider influences a position for a search listing in the provider's account by first selecting a search term relevant to the content of the web site or other information source to be listed. The network information provider enters the search term and the description into a search listing. The network information provider influences the position for a search listing through a continuous online competitive bidding process. The bidding process occurs when the network information provider enters a new bid amount, which is preferably a money amount, for a search listing. The system and method of the present invention then compares this bid amount with all other bid amounts for the same search term, and generates a rank value for all search listings having that search term. The rank value generated by the bidding process determines where the network information providers listing will appear on the search results list page that is generated in response to a query of the search term by a searcher located at a client computer on the computer network. A higher bid by a network information

provider will result in a higher rank value and a more advantageous placement.

'361 Patent – col. 3, l. 51 – col. 4, l. 9

Ideally, web site promoters should be able to control their placement in search result listings so that their listings are prominent in searches that are relevant to the content of their web site. The search engine functionality of the Internet needs to be focused in a new direction to facilitate an on-line marketplace which offers consumers quick, easy and relevant search results while providing Internet advertisers and promoters with a cost-effective way to target consumers. A consumer utilizing a search engine that facilitates this on-line marketplace will find companies or businesses that offer the products, services, or information that the consumer is seeking. In this on-line marketplace, companies selling products, services, or information bid in an open auction environment for positions on a search result list generated by an Internet search engine. Since advertisers must pay for each click-through referral generated through the search result lists generated by the search engine, advertisers have an incentive to select and bid on those search keywords that are most relevant to their web site offerings. The higher an advertiser's position on a search result list, the higher likelihood of a "referral"; that is, the higher the likelihood that a consumer will be referred to the advertiser's web site through the search result list. The openness of this advertising marketplace is further facilitated by publicly displaying, to consumers and other advertisers, the price bid by an advertiser on a particular search result listing.

'361 Patent – col. 5, l. 53 – col. 6, l. 8

According to a first embodiment of the present invention, there is

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

provided a system and method for enabling the web site promoters to influence a position for a search listing within a search result list generated by an Internet search engine. The web site promoter first selects a search term comprising one or more keywords relevant to the content of the web site to be listed. The web site promoter influences the rank position for the search listing through an ongoing online competitive bidding process with other web site promoters. The bidding process occurs when an advertiser enters a new bid amount for an existing search listing or enters a bid amount for a new search listing. Preferably, the promoter's bid is then processed in real time. This bid amount is compared with all other bid amounts from other promoters for the same search term, and generates new rank values for all search listings having that search term. The rank value determines the position where the promoter's web site description will appear on the search results list page that is generated when the search term is entered into the query box on the search engine by a searcher. A higher bid will result in a higher rank value and a more advantageous placement, which is preferably near the beginning of the search results list page.

'361 Patent – col. 9, ll. 42-45
The higher bids receive more advantageous placement on the search result list page generated by the search engine 24 when a search using the search term bid on by the advertiser is executed.

'361 Patent – col. 13, ll. 9-20
Finally, a rank value is a value generated dynamically, preferably by the processing system 34 of the account management server 22 shown in FIG. 1, each time an advertiser places a bid or a search enters a search query. The rank value of an advertiser's search listing determines the placement location of

the advertiser's entry in the search result list generated when a search is executed on the corresponding search term. Preferably, rank value is an ordinal value determined in a direct relationship to the bid amount 358; the higher the bid amount, the higher the rank value, and the more advantageous the placement location on the search result list.

'361 Patent – col. 18, ll. 4-11
Search result list entries 710a-710h may also show the rank value of the advertiser's search listing. The rank value is an ordinal value, preferably a number, generated and assigned to the search listing by the processing system 34 of FIG. 1. Preferably, the rank value is assigned through a process, implemented in software, that establishes an association between the bid amount, the rank, and the search term of a search listing.

'361 Patent – col. 19, ll. 38-58
Many of the other selections listed in the "Account Management" menu 170 of FIG. 2 function as variants of the "Change Bid" function described above. For example, if the advertiser selects the "Change Rank Position" option, the advertiser may be presented with a display similar to the display of FIG. 9 used in the "Change Bid" function. However, in the "Change Rank Position" option, the "New Bid" field would be replaced by a "New Rank" field, in which the advertiser enters the new desired rank position for a search term. After the advertiser requests that the ranks be updated, the system then calculates a new bid price by any of a variety of algorithms easily available to one skilled in the art. For example, the system may invoke a routine to locate the search listing in the search database having the desired rank/search term combination, retrieve the associated bid amount of said combination, and then calculate a bid amount that is N cents higher; where N=1, for example. After the system calculates

| | | |
|---|---|---|
| 1 | the new bid price and presents a read-only confirmation display to the advertiser, the system updates the bid prices and rank values upon receiving approval from the advertiser. | |
| 2 | | |
| 3 | | |
| 4 | '361 Patent – col. 20, l. 66 – col. 21, l. 53 | |
| 5 | The "Account Management" menu 170 of FIG. 2 also preferably provides advertisers with a "Project Expenses" selection. In this selection, the advertiser specifies a search listing or subaccount for which the advertiser would like to predict a "daily run rate" and "days remaining to expiration." The system calculates the projections based on a cost projection algorithm, and displays the predictions to the advertiser on a read-only screen. The predictions may be calculated using a number of different algorithms known in the art. However, since the cost of a search listing is calculated by multiplying the bid amount by the total number of clicks received by the search listing at that bid amount during a specified time period, every cost projection algorithm must generally determine an estimated number of clicks per month (or other specified time period) for a search listing. The clicks on a search listing may be tracked via implementation of a software counting mechanism as is well known in the art. Clicks for all search listings may be tracked over time, this data may be used to generate estimated numbers of clicks per month overall, and for individual search terms. For a particular search term, an estimated number of searches per day is determined and is multiplied by the cost of a click. This product is then multiplied by a ratio of the average number of clicks over the average number of impressions for the rank of the search listing in question to obtain a daily run rate. The current balance may be divided by the daily run rate to obtain a projected number of days to exhaustion or | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

"expiration" of account funds.

One embodiment of the present invention bases the cost projection algorithm on a simple predictor model that assumes that every search term performs in a similar fashion. This model assumes that the rank of the advertiser's search listing will remain constant and not fluctuate throughout the month. This algorithm has the advantages of being simple to implement and fast to calculate. The predictor model is based on the fact that the click through rate, e.g. the total number of clicks, or referrals, for a particular searcher listing, is considered to be a function of the rank of the search listing. The model therefore assumes that the usage curve of each search term, that is, the curve that result when the number of clicks on a search listing is plotted against the rank of the search listing, is similar to the usage curve for all search terms. Thus, known values extrapolated over time for the sum of all clicks for all search terms, the sum of all clicks at a given rank for all search terms, and the sum of all clicks for the selected search term may be employed in a simple proportion to determine the total of all clicks for the given rank for the selected search term. The estimated daily total of all clicks for the selected search term at the selected rank is then multiplied by the advertiser's current bid amount for the search term at that rank to determine a daily expense projection. In addition, if particular search terms or classes of search terms are known to differ markedly from the general pattern, correction values specific to the search term, advertiser, or other parameter may be introduced to fine-tune the projected cost estimate.

Additional Citations to '361 Patent
Figure 7
Col. 7, ll. 6-15
Col. 27, ll. 55-64

| | **EXTRINSIC EVIDENCE:**<br><br>Overture does not believe that extrinsic evidence is necessary to interpret this term, and therefore has not proffered or cited any extrinsic evidence.  However, if the Court considers any extrinsic evidence offered by Google, Overture reserves the right to cite to any of Google's extrinsic evidence, in rebuttal. | |

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

| | **PROPOSED CONSTRUCTION:** | **PROPOSED CONSTRUCTION:** |
|---|---|---|
| **in response to**<br><br>Found in claims:<br>1, 2, 4, 5, 7, 8, 9,<br>10, 11, 12, 13, 14,<br>15, 16, 17, 18, 20,<br>21, 22, 23, 24, 25,<br>26, 27, 28, 29, 30,<br>33, 34, 35, 36, 37,<br>38, 39, 40, 41, 42,<br>43, 44, 45, 46, 47,<br>48, 49, 50, 51, 52,<br>53, 54, 55, 56, 57,<br>58, 59, 60, 61, 62,<br>63, 64, 65, 66, 67 | in reaction to<br><br>**DICTIONARY DEFINITIONS:**<br><br><u>Response</u><br>an answer or reply, as in words or in some action (The Random House Dictionary of the English Language, Second Edition, 1987)<br><br>something constituting a reply or reaction (Merriam Webster's Collegiate Dictionary, Tenth Edition, 1995)<br><br>something said or done in answer; reply or reaction (Webster's New World College Dictionary, Third Edition, 1997)<br><br>a reaction to something (The New Oxford Dictionary of English 1998)<br><br>a reply or answer (The American Heritage College Dictionary, Fourth Edition, 2002)<br><br>an act or action of responding (as by an answer) (Merriam Webster's Unabridged Dictionary)<br><br><br>**INTRINSIC EVIDENCE:**<br><br>(1) Generating A Search Result List **In Response To** A Search Request<br><br><u>'361 Patent – col. 10, ll. 16-21</u><br>When the searcher has finished entering the search term, the searcher may transmit the query to the search engine web server 24 by clicking on a provided hyperlink. The search engine web server 24 will then generate a search result list page and transmit this page to the searcher at the client computer 12.<br><br><u>'361 Patent – Abstract, ll. 27-32</u><br>The rank value generated by the bidding process determines where | in fulfillment of<br><br>**INTRINSIC EVIDENCE:**<br><br>*'361 Patent Specification*<br><br>Figure 7; Column 2, ll. 24-35, 42-67; col. 3, ll. 6-45, 54-62; col. 4, ll. 34-39, 51-67; col. 5, ll. 1-14, 35-50; col. 6, ll. 56-58; col. 8, ll. 52-67; col. 9, ll. 1-18, 42-44; col. 10, ll. 7-35; col.17, ll. 53-67; col.18, ll. 1-3.<br><br><br>**DICTIONARY DEFINITIONS:**<br><br>The Random House Dictionary of the English Language, 2nd ed., Unabridged<br><br>Webster's New World College Dictionary, 3rd ed.<br><br>Merriam Webster's Collegiate Dictionary, 10th ed.<br><br>The New Oxford Dictionary of English | |

the network information providers listing will appear on the search results list page that is generated **in response to** a query of the search term by a searcher located at a client computer on the computer network.

'361 Patent – col. 9, ll. 9-12
In a preferred embodiment of the present invention, search engine web server 24 includes a search database 40 comprised of search listing records used to generate search results **in response to** user queries.

'361 Patent – col. 4, ll. 60-64
When an Internet user enters the search terms in a search engine query, the search engine will generate a search result list with the web site promoter's listing in a position influenced by one or more parameters defined by the promoter.

'361 Patent – col. 17, ll. 19-26
When a remote searcher accesses the search query page on the search engine web server 24 and executes a search request according to the procedure described previously, the search engine web server 24 preferably generates and displays a search result list where the "canonicalized" entry in search term field of each search listing in the search result list exactly matches the canonicalized search term query entered by the remote searcher.

'361 Patent – col. 6, ll. 1-8
The rank value determines the position where the promoter's web site description will appear on the search results list page that is generated when the search term is entered into the query box on the search engine by a searcher. A higher bid will result in a higher rank value and a more advantageous placement, which is preferably near the beginning of the search results list page.

| | |
|---|---|
| 1 | |
| 2 | **(2) Providing Login Access In Response To Authentication** |
| 3 | '361 Patent – col. 6, ll. 26-29 |
| 4 | The promoter logs in to his or her account via an authentication process running on a secure server. |
| 5 | Once logged in, the promoter may add, delete, or modify a search |
| 6 | listing. |
| 7 | '361 Patent – col. 10, ll. 39-46 |
| 8 | The advertiser, upon entering the URL of the account management |
| 9 | server 22 into the browser program 16 of FIG. 1, invokes a login |
| 10 | application, discussed below as shown at screen 110 of FIG. 2, |
| 11 | running on the processing system 34 of the server 22. Once the advertiser |
| 12 | is logged-in, the processing system 34 provides a menu 120 that has a |
| 13 | number of options and further services for advertisers. |
| 14 | '361 Patent – col. 11, ll. 12-16 |
| 15 | According to FIG. 3, after the user has been authenticated as an |
| 16 | advertiser, the advertiser is provided with the menu screen 120 of FIG. 2 |
| 17 | and limited read/write access privileges only to the corresponding |
| 18 | advertiser account, as shown in step 278. |
| 19 | **(3) Updating A Search Listing In Response To A Change Request** |
| 20 | |
| 21 | '361 Patent – col. 18, l. 54 – col. 19, l. 7 |
| 22 | An example of screen display shown to the advertiser in step 810 is |
| 23 | shown in FIG. 9 and will be discussed below. To change bids, |
| 24 | the advertiser user may specify new bids for search terms for which the |
| 25 | advertiser already has an existing bid by entering a new bid amount |
| 26 | into the new bid input field for the search term. The advertiser-entered |
| 27 | bid changes are displayed to the advertiser at step 820 of FIG. 8 as |
| 28 | discussed above. To update the bids for the display page, the advertiser |

1
2
3
4
5
6
7
8
9
10
11

requests, at step 830 of FIG. 8, to update the result of changes. The advertiser may transmit such a request to the account management server by a variety of means, including clicking on a button graphic.

As shown in step 840 of FIG. 8, upon receiving the request to update the advertiser's bids, the system calculates the new current bid amounts for every search listing displayed, the rank values, and the bid amount needed to become the highest ranked search listing matching the search term field. Preferably, the system then presents a display of changes at step 850. After the user confirms the changes, the system updates the persistent state by writing the changes to the account in the database.

12
13
14
15
16
17
18
19
20
21
22

'361 Patent – col. 19, ll. 47-58
After the advertiser requests that the ranks be updated, the system then calculates a new bid price by any of a variety of algorithms easily available to one skilled in the art. For example, the system may invoke a routine to locate the search listing in the search database having the desired rank/search term combination, retrieve the associated bid amount of said combination, and then calculate a bid amount that is N cents higher; where N=1, for example. After the system calculates the new bid price and presents a read-only confirmation display to the advertiser, the system updates the bid prices and rank values upon receiving approval from the advertiser.

23
24
25
26
27
28

'361 Patent – col. 19, l. 67 – col. 20, l. 5
After the advertiser enters the desired changes, the advertiser may transmit a request to the system to update the changes. The system then displays a read-only confirmation screen, and then writes the changes to the persistent state (e.g., the user account database) after the advertiser approves the changes.

'361 Patent – col. 20, ll. 22-26
After the advertiser selects all the search listings to be deleted and requests that the system update the changes, the system preferably presents a read-only confirmation of the requested changes, and updates the advertiser's account only after the advertiser approves the changes.

Additional Citations to '361 Patent
Col. 7, ll. 6-15

**EXTRINSIC EVIDENCE:**

Overture does not believe that extrinsic evidence is necessary to interpret this term, and therefore has not proffered or cited any extrinsic evidence.  However, if the Court considers any extrinsic evidence offered by Google, Overture reserves the right to cite to any of Google's extrinsic evidence, in rebuttal.

//
//
//
//
//
//
//
//
//
//
//
//
//

| **database**<br><br>Found in claims:<br>1, 2, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67 | **PROPOSED CONSTRUCTION:**<br><br>a collection of related data, organized in such a way that its contents can be accessed, managed, and updated by a computer[2]<br><br>**DICTIONARY/TREATISE DEFINITIONS:**<br><br>Database<br>a comprehensive collection of related data organized for convenient access, generally in a computer (The Random House Dictionary of the English Language, Second Edition, 1987)<br><br>a usually large collection of data organized especially for rapid search and retrieval (as by a computer) (Merriam Webster's Collegiate Dictionary, Tenth Edition, 1995)<br><br>a structured set of data held in a computer, especially one that is accessible in various ways (The New Oxford Dictionary of English 1998)<br><br>A database is a collection of related data. By data, we mean known facts that can be recorded and that have implicit meaning. (Fundamentals of Database Systems, by Elmasri and Navathe, Benjamin/Cummings, 1989)<br><br>a collection of data arranged for ease of retrieval (The American Heritage College Dictionary, Fourth Edition, 2002)<br><br>a collection of data organized especially for rapid search and | **PROPOSED CONSTRUCTION:**<br><br>a computer based system for recording and maintaining information<br><br>**INTRINSIC EVIDENCE:**<br><br>*'361 Patent Specification*<br><br>fig. 4; col. 1, ll. 45-51; col. 3, ll. 3-6; col. 5, ll. 46-48; col. 6, ll. 16-18, 48-50; col. col. 8, ll. 30-36; col. 9, ll. 9-12, 30-34, 60-66; col. 10, ll. 32-33; col. 11, ll. 8-10, 15-20, 30-33, 36-42, 53-58, 61-63; col. 14, ll. 16-18, 36-39, 57-59; col. 15, ll. 1-7, 40-42; col. 16, ll. 9-11; col. 17, ll. 5-8, 45-48, 50-52, 66; col. 18, ll. 1-3, 30-32; col. 19, ll. 5-7, 50-52; col. 20, ll. 2-5, 43-45, 54-57; col. 22, ll. 22-33.<br><br>**DICTIONARY/TREATISE DEFINITIONS:**<br><br>C.J. Date, An Introduction to Database Systems, 3rd ed. (GOG 32264-69) at 3-6.<br><br>Chambers Science and Technology Dictionary<br><br>The American Heritage Dictionary of the English Language, 4th ed.<br><br>Merriam-Webster Unabridged (online) (GOG 32257-63)<br><br>Elmasri & Navathe, Fundamentals of Database Systems, at 3-4, 65-76.<br><br>The Random House Dictionary of the English Language, 2nd ed., |

---

[2] For purposes of interpreting claims 15, 16, 17, 18, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, and 51, Overture contends that the term "account database" should be interpreted as "a collection of related data, organized in such a way that its contents can be accessed, managed, and updated by a computer, where the data relates to a customer or client."

| | | |
|---|---|---|
| | | Unabridged |
| | retrieval (as by a computer) (Merriam Webster's Unabridged Dictionary) | Webster's New World College Dictionary, 3rd ed.

Merriam Webster's Collegiate Dictionary, 10th ed.

The New Oxford Dictionary of English |
| | **INTRINSIC EVIDENCE:** | |
| | '361 Patent – col. 6, ll. 16-26 One embodiment of the system and method of the present invention provides a **database** having accounts for the web site promoters. Each account includes contact and billing information for a web site promoter. In addition, each account includes at least one search listing, each search listing having five components: a description of the web site to be listed, the Uniform Resource Locator (URL) of the web site, a search term comprising one or more keywords, a bid amount, and a title for the search listing. Each account may also include the promoter's payment history and a history of search listings entered by the user. | **EXTRINSIC EVIDENCE:**

Colorstamps, Inc. PCT Patent App. (GOG 32061-121) at 20:5-10. |
| | '361 Patent – col. 9, ll. 9-12 In a preferred embodiment of the present invention, search engine web server 24 includes a search **database** 40 comprised of search listing records used to generate search results in response to user queries. | |
| | '361 Patent – col. 11, ll. 16-24 The advertiser login event 278 may also be recorded in step 280 in an audit trail data structure as part of the advertiser's account record in the **database**. The audit trail is preferably implemented as a series of entries in **database** 38, where each entry corresponds to an event wherein the advertiser's account record is accessed. Preferably, the audit trail information for an account record may be viewed by the account owner and other appropriate administrators. | |
| | '361 Patent – col. 15, ll. 1-7 The default values displayed to the | |

advertiser are obtained from a persistent state, e.g., stored in the account **database**. In an embodiment of the present invention, the stored billing information values may comprise the values set by the advertiser the last (e.g. most recent) time the process of adding money was invoked and completed for the advertiser's account.

'361 Patent – col. 19, l. 61 – col. 20, l. 5
When the advertiser selects the "Modify Listing Component" option, the advertiser may input changes to the URL, title, or description of a search listing via web-based forms set up for each search listing. Similar to the process discussed above, the forms for the URL, title, and description fields may initially contain the old URL, title and description as default values. After the advertiser enters the desired changes, the advertiser may transmit a request to the system to update the changes. The system then displays a read-only confirmation screen, and then writes the changes to the persistent state (**e.g.**, the user account **database**) after the advertiser approves the changes.

'361 Patent – col. 20, ll. 32-44
In the "Add Bidded Search Term" option, the system provides the advertiser with a display having a number of entry fields corresponding to the elements of a search listing. The advertiser then enters into each field information corresponding to the respective search listing element, including the search term, the web site URL, the web site title, the web site description, and the bid amount, as well as any other relevant information. After the advertiser has completed entering the data and has indicated thus to the system, the system returns a read-only confirmation screen to the advertiser. The system then creates a

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | new search listing instance and writes it into the account **database** and the search **database** upon<br><br>receiving approval from the advertiser.<br><br><u>Additional Citations to '361 Patent</u><br>Figure 3<br>Figure 4<br>Col. 1, ll. 44-51<br>Col. 7, ll. 6-15<br>Col. 8, ll. 34-36<br><br>**EXTRINSIC EVIDENCE:**<br><br>Overture does not believe that extrinsic evidence is necessary to interpret this term, and therefore has not proffered or cited any extrinsic evidence.  However, if the Court considers any extrinsic evidence offered by Google, Overture reserves the right to cite to any of Google's extrinsic evidence, in rebuttal. | |

15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

| | PROPOSED CONSTRUCTION: | PROPOSED CONSTRUCTION: |
|---|---|---|
| **deducted from an account**<br><br>Found in claims: 1, 2, 4, 5, 7, 8, 9, 10 | taken away from a record of financial transactions<br><br>**DICTIONARY DEFINITIONS:**<br><br>Deduct<br>to take away, as from a sum or amount (The Random House Dictionary of the English Language, Second Edition, 1987)<br><br>to take away an amount from a total (Merriam Webster's Collegiate Dictionary, Tenth Edition, 1995)<br><br>to take away or subtract (a quantity) (Webster's New World College Dictionary, Third Edition, 1997)<br><br>subtract or take away (an amount or part) from a total (The New Oxford Dictionary of English 1998)<br><br>to take away (a quantity) from another; subtract (The American Heritage College Dictionary, Fourth Edition, 2002)<br><br>to take (an amount) away from a total : take off: remove (Merriam Webster's Unabridged Dictionary)<br><br>Account<br>any customer or client, especially one carried on a regular credit basis (The Random House Dictionary of the English Language, Second Edition, 1987)<br><br>a record of debit and credit entries to cover transactions involving a particular item or a particular person or concern (Merriam Webster's Collegiate Dictionary, Tenth Edition, 1995)<br><br>a record of the financial data pertaining to a specific asset, liability, income item, expense item, or net-worth item; a record of the financial transactions relating to a | subtracted from a prepaid account<br><br>**INTRINSIC EVIDENCE:**<br><br>*'361 Patent Specification*<br><br>fig. 2; fig. 6; col. 6, ll. 8-15, 43-44, 53-55; col. 9, ll. 45-66; col. 10, ll. 36-58; col. 13, ll. 4-9, 43-67; col. 14, ll. 1-8, 21-67; col. 15, ll. 36-40, 43-67; col. 16, ll. 1-67; col. 17, ll. 1-8; col. 22, ll. 19-21.<br><br>**DICTIONARY DEFINITIONS:**<br><br>The Random House Dictionary of the English Language, 2nd ed., Unabridged<br><br>Webster's New World College Dictionary, 3rd ed.<br><br>Merriam Webster's Collegiate Dictionary, 10th ed.<br><br>The New Oxford Dictionary of English |

specific person, property, business, etc.; charge account; a business or firm that is a customer or client, esp. on a regular credit basis (Webster's New World College Dictionary, Third Edition, 1997)

a record or statement of financial expenditure and receipts relating to a particular period or purpose (The New Oxford Dictionary of English 1998)

a formal baking, brokerage, or business relationship established to provide for financial transactions; a precise list or enumeration of financial transactions; money deposited for checking, savings, or brokerage use; a customer having a business or credit relationship with a firm (The American Heritage College Dictionary, Fourth Edition, 2002)

a record of debit and credit entries chronologically posted to a ledger page from books of original entry to cover transactions involving a particular item (as cash or notes receivable) or a particular person or concern (Merriam Webster's Unabridged Dictionary)

**INTRINSIC EVIDENCE:**

'361 Patent – col. 13, ll. 3-9
The bid amount 358 preferably is a money amount bid by an advertiser for a listing. This money amount is deducted from the advertiser's prepaid account or is recorded for advertiser accounts that are invoiced for each time a search is executed by a user on the corresponding search term and the search result list hyperlink is used to refer the searcher to the advertiser's web site.

'361 Patent – col. 14, ll. 21-33
Referring back to FIG. 2, a selection also appears in menu 120 that permits an advertiser to add money to the advertiser's account, so that the advertiser will have funds in

their account to pay for referrals to the advertiser's site through the search results page. Preferably, only advertisers with funds in their advertiser's accounts may have their paid listings included in any search result lists generated. Most preferably, advertisers meeting selected business criteria may elect, in place of maintaining a positive account balance at all times, incur account charges regardless of account balance and pay an invoiced amount at regular intervals which reflects the charges incurred by actual referrals to the advertiser's site generated by the search engine.

'361 Patent – col. 6, ll. 8-15
Preferably, the quantity used in the competitive bidding process is a money amount that the web site promoter will pay to an owner of the Internet search engine each time the advertiser's web site is referred by the search engine. Most preferably, this money amount will be deducted from an account balance that is retained in the promoter's account for each time the promoter's web site is referred by the search engine.

'361 Patent – col. 9, ll. 45-49
In a preferred embodiment of the present invention, the amount bid by an advertiser comprises a money amount that is **deducted from the account** of the advertiser for each time the advertiser's web site is accessed via a hyperlink on the search result list page.

Additional Citations to '361 Patent
Col. 7, ll. 6-15
Col. 16, ll. 23-34
Col. 22, ll. 19-21


**EXTRINSIC EVIDENCE:**

Overture does not believe that extrinsic evidence is necessary to interpret this term, and therefore has not proffered or cited any extrinsic evidence.  However, if the Court considers any extrinsic evidence

| | | |
|---|---|---|
| | offered by Google, Overture reserves the right to cite to any of Google's extrinsic evidence, in rebuttal. | |

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//
//

| | | **PROPOSED CONSTRUCTION:** | **PROPOSED CONSTRUCTION:** |
|---|---|---|---|
| | **from a/the searcher** | originated by the user who is seeking information | input by the individual using the search engine to perform a search |
| | Found in claims: 1, 2, 4, 5, 7, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 48, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67 | **DICTIONARY DEFINITIONS:** | **INTRINSIC EVIDENCE:** |

**DICTIONARY DEFINITIONS:**

From
(used to specify a starting point in spatial movement); (used to indicate source or origin) (The Random House Dictionary of the English Language, Second Edition, 1987)

used as a function word to indicate the source, cause, agent, or basis (Merriam Webster's Collegiate Dictionary, Tenth Edition, 1995)

a particle used with verbs or other words to indicate a point of departure for motion, duration, distance, action, etc.; beginning at [to leave from the station]; starting with (the first of two named limits) [from noon to midnight]; out of; derived or coming out of [to take a comb from the pocket] (Webster's New World College Dictionary, Third Edition, 1997)

indicating the source or provenance of someone or something (The New Oxford Dictionary of English 1998)

used to indicate a source, cause, agent, or instrument (The American Heritage College Dictionary, Fourth Edition, 2002)

used as a function word to indicate the source or origin or moving force of something (Merriam Webster's Unabridged Dictionary)

Searcher
one that searches (Merriam Webster's Unabridged Dictionary)

Search
to examine (one or more files, as databases or texts) electronically, to locate specific items (The Random House Dictionary of the English

**INTRINSIC EVIDENCE:**

*'361 Patent Specification*

Abstract, ll. 27-32; fig. 7; col. 1, ll. 64-67; col. 2, ll. 1, 24-46, 64-67; col. 3, ll. 6-15, 30-41, 54-62; col. 4, ll. 3-6, 34-39, 60-64; col. 5, ll. 22-37; 48-50; col. 6, ll. 1-5; col. 9, 8-12; col. 10, ll. 7-24; col. 13, ll. 3-20; col. 17, ll. 19-34, 53-67; col. 18, ll. 1-3, 34-36

*Patent Applications Claiming Priority to the '361 Patent Application*

Soulanille U.S. Patent App. (GOG 32122-51) at ¶ 45.

**DICTIONARY DEFINITIONS:**

The Random House Dictionary of the English Language, 2nd ed., Unabridged

Webster's New World College Dictionary, 3rd ed.

Merriam Webster's Collegiate Dictionary, 10th ed.

The New Oxford Dictionary of English

**EXTRINSIC EVIDENCE:**

www.jsonline.com at GOG 1659-61.

Documents produced by Overture: OVGE 52678, 52950, 53035, 53130, 53484, 53521, 53563, 53580, 53640, 55954, 59309.

Language, Second Edition, 1987)

to examine data in a computer in order to locate items having a given property (Webster's New World College Dictionary, Third Edition, 1997)

try to find something by looking or otherwise seeking carefully and thoroughly; an act of searching for someone or something (The New Oxford Dictionary of English 1998)

to make a thorough examination of; look over carefully in order to find something; explore (The American Heritage College Dictionary, Fourth Edition, 2002)

to look into or over carefully or thoroughly in an effort to find something (Merriam Webster's Unabridged Dictionary)

**INTRINSIC EVIDENCE:**

'361 Patent – col. 10, ll. 7-20
A second class of users at client computers 12 may comprise searchers seeking specific information on the web. The searchers may access, through their browsers 16, a search engine web page 36 residing on web server 24. The search engine web page 36 includes a query box in which a searcher may type a search term comprising one or more keywords. Alternatively, the searcher may query the search engine web server 24 through a query box hyperlinked to the search engine web server 24 and located on a web page stored at a remote web server. When the searcher has finished entering the search term, the searcher may transmit the query to the search engine web server 24 by clicking on a provided hyperlink. The search engine web server 24 will then generate a search result list page and transmit this page to the searcher at the client computer 12.

| | | |
|---|---|---|
| 1 | '361 Patent – Abstract, ll. 27-32 | |
| 2 | The rank value generated by the bidding process determines where the network information providers | |
| 3 | listing will appear on the search results list page that is generated | |
| 4 | in response to a query of the search term by a searcher located at a client | |
| 5 | computer on the computer network. | |

'361 Patent – Abstract, ll. 27-32
The rank value generated by the bidding process determines where the network information providers listing will appear on the search results list page that is generated in response to a query of the search term by a searcher located at a client computer on the computer network.

'361 Patent – col. 12, ll. 51-55
Ideally, the advertiser may select a search term that is targeted to terms likely to be entered by searchers seeking the information on the advertiser's web site, although less common search terms may also be selected to ensure comprehensive coverage of relevant search terms for bidding.

'361 Patent – col. 17, ll. 19-26
When a remote searcher accesses the search query page on the search engine web server 24 and executes a search request according to the procedure described previously, the search engine web server 24 preferably generates and displays a search result list where the "canonicalized" entry in search term field of each search listing in the search result list exactly matches the canonicalized search term query entered by the remote searcher.

Additional Citations to '361 Patent
Col. 5, ll. 27-30
Col. 5, ll. 35-37
Col. 6, ll. 1-5
Col. 7, ll. 6-15
Col. 9, ll. 49-60

**EXTRINSIC EVIDENCE:**

Overture does not believe that extrinsic evidence is necessary to interpret this term, and therefore has not proffered or cited any extrinsic evidence.  However, if the Court considers any extrinsic evidence offered by Google, Overture reserves the right to cite to any of Google's extrinsic evidence, in rebuttal.

1

2    Dated:February 13, 2004                 By: _____/s/ S. Elizabeth Mitchell_____
                                                 S. Elizabeth Mitchell
3                                                HELLER EHRMAN WHITE & MCAULIFFE
                                                 LLP
4                                                333 Bush Street
                                                 San Francisco, CA  94104-2878
5                                                Telephone:  (415) 772-6000
                                                 Facsimile: (415) 772-6268
6

7                                                Attorneys for Plaintiff
                                                 OVERTURE SERVICES, INC.
8

9

10   Dated:  February 13, 2004               By: _____/s/ Christine P. Sun_____
                                                 Christine P. Sun
11                                               KEKER & VAN NEST, LLP
                                                 710 Sansome Street
12                                               San Francisco, California  94111
                                                 Telephone:       (415) 391-5400
13                                               Facsimile:       (415) 397-7188
14

15                                               Attorneys for Defendant
                                                 GOOGLE TECHNOLOGY INC., sued under
16                                               its former name GOOGLE INC.

17

18                       **DECLARATION OF S. ELIZABETH MITCHELL**

19         I, S. Elizabeth Mitchell, declare that prior to filing the above Joint Claim Construction

20   Statement, I sent it to Christine P. Sun for her review, and she authorized me to file the Amended

21   Joint Claim Construction Statement on her behalf.

22         I declare under penalty of perjury under the laws of the United States of America that the

23   foregoing is true and correct.  Executed on this 13th day of February 2004 at San Francisco,

24   California.

25

26                                               _____/s/ S. Elizabeth Mitchell_____
                                                 S. Elizabeth Mitchell
27

28