1 KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
2 DARALYN J. DURIE - #169825
CHRISTINE P. SUN - #218701
3 RAVIND S. GREWAL - #220543
710 Sansome Street
4 San Francisco, CA 94111-1704
Telephone: (415) 391-5400
5 Facsimile: (415) 397-7188

6 Attorneys for Defendant and Counterclaimant
GOOGLE INC.
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  OVERTURE SERVICES, INC., | Case No. C 02-01991 JSW (EDL) |
| 13  Plaintiff and Counterdefendant, | **NOTICE OF MANUAL FILING OF UNREDACTED VERSION OF GOOGLE INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO OVERTURE'S MOTION TO COMPEL PRODUCTION OF DAMAGES DOCUMENTS AND SUPPORTING DECLARATIONS** |
| 14  v. | |
| 15  GOOGLE INC., | |
| 16  Defendant and Counterclaimant. | |

17
Date:     March 9, 2004
18 Time:     9:00 a.m.
Dept:     E, 15th Floor
19 Judge:    Hon. Elizabeth D. Laporte

20

21

22

23

24

25

26

27

28

326552.01

NOTICE OF MANUAL FILING OF UNREDACTED VERSION OF GOOGLE INC.'S MEMORANDUM OF
POINTS AND AUTHORITIES IN OPPOSITION TO OVERTURE'S MOTION TO COMPEL AND
SUPPORTING DECLARATIONS
CASE NO. C 02-01991 JSW (EDL)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

An unredacted copy of Google Inc.'s Opposition To Overture's Motion To Compel Damages Documents, and the Declarations of Pietro Dova and Mark Fuchs submitted in support of, are being filed in paper form only, and are being maintained, under seal, in the case file in the Clerk's office. A redacted version of Google's Opposition To Overture's Motion To Compel Damages Documents is being publicly filed.

The unredacted Opposition and the Dova and Fuchs Declarations are being manually filed because they contain information that must be filed under seal under the terms of the protective order entered in this case on December 18, 2002.

Dated: February 17, 2004                    KEKER & VAN NEST, LLP


By:  /s/ Christine P. Sun
CHRISTINE P. SUN
Attorneys for Defendant and
Counterclaimant GOOGLE INC.

326552.01

1
NOTICE OF MANUAL FILING OF UNREDACTED VERSION OF GOOGLE INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO OVERTURE'S MOTION TO COMPEL AND SUPPORTING DECLARATIONS
CASE NO. C 02-01991 JSW (EDL)