LAW OFFICES
# KEKER & VAN NEST
### LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

February 13, 2004

**VIA FEDERAL EXPRESS**

Elizabeth S. Pehrson, Esq.
Heller Ehrman White & McAuliffe LLP
333 Bush Street
San Francisco, CA 94104

Re:   Overture Services v. Google Inc.
      USDC Northern District California
      Case No. C-02-01991 JSW (EDL)

Dear Ms. Pehrson:

    Enclosed please find Google Inc.'s supplemental production of documents. Also enclosed are Google's updated privilege logs and updated source/location index.

    Pursuant to our agreement, we are sending these documents via Federal Express for Tuesday delivery.

Very truly yours,

SCOTT RIEWERTS

SJR/sr

326684.01