# HellerEhrman
ATTORNEYS

January 27, 2004

Andrew C. Byrnes<br>
ABymes@hewm.com<br>
Direct (650) 324-7021<br>
Main (650) 324-7000<br>
Fax (650) 324-0638<br><br>
05392.0150

*Via Facsimile & U.S. Mail*

Christine P. Sun
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704

Re:   Overture v. Google: **Damages Discovery**

Dear Christine:

By phone on January 21, which discussion was memorialized in my letter to you on January 22, Overture proposed, as a compromise regarding damages discovery, that the parties set a date certain after the claim construction hearing on which they would exchange damages discovery. During our telephone conversation yesterday afternoon, you counterproposed that Google provide "summary financial data" in early April followed by phased production of the remainder of damages discovery at unspecified later dates. As I mentioned to you yesterday and previously, particularly given the fact that the case will have been pending for 23 months at the time of the Markman hearing, Overture cannot accept any proposal that does not specify a date certain shortly after the Markman hearing by which damages discovery will be produced. If Google is not willing to provide such a date by noon tomorrow, please be advised that Overture will seek the Court's assistance by filing a motion to compel tomorrow afternoon.

Sincerely yours,

Andrew C. Byrnes

Heller Ehrman White & McAuliffe LLP   275 Middlefield Road   Menlo Park, CA 94025-3506   www.hewm.com

San Francisco   Silicon Valley   Los Angeles   San Diego   Seattle   Portland   Anchorage   New York   Washington, D.C.   Madison, WI
Hong Kong   Singapore   Affiliated Offices:   Milan   Paris   Rome

dockets.Justia.com