1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  DARALYN J. DURIE - #169825
   CHRISTINE P. SUN - #218701
3  RAVIND S. GREWAL - #220543
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendant and Counterclaimant
   GOOGLE INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 OVERTURE SERVICES, INC.,          Case No. C 02-01991 JSW (EDL)

13       Plaintiff and Counterdefendant,   **NOTICE OF MANUAL FILING OF UNREDACTED VERSION OF GOOGLE INC.'S CLAIM CONSTRUCTION SUR-REPLY**

14       v.

15 GOOGLE INC.,

                                      Tutorial:    March 10, 2004, 2:00 p.m.
16       Defendant and Counterclaimant.  Hearing:     March 24, 2004, 2:00 p.m.
                                      Courtroom:   2, 17th Floor
17                                    Judge:       Hon. Jeffrey S. White

18

19

20

21

22

23

24

25

26

27

28

326934.01

NOTICE OF MANUAL FILING OF UNREDACTED VERSION OF GOOGLE INC.'S
CLAIM CONSTRUCTION SUR-REPLY
CASE NO. C 02-01991 JSW (EDL)

Dockets.Justia.com

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

An unredacted copy of Google Inc.'s Claim Construction Sur-Reply and the Declaration of Christine P. Sun in support thereof, are being filed in paper form only, and are being maintained, under seal, in the case file in the Clerk's office.  A redacted version of Google's Claim Construction Sur-Reply is being publicly filed.

The unredacted Sur-Reply and the Sun Declaration are being manually filed because they contain information that must be filed under seal under the terms of the protective order entered in this case on December 18, 2002.

Dated:  February 20, 2004                    KEKER & VAN NEST, LLP


By:      /s/ Christine P. Sun
CHRISTINE P. SUN
Attorneys for Defendant and
Counterclaimant GOOGLE INC.

1
NOTICE OF MANUAL FILING OF UNREDACTED VERSION OF GOOGLE INC.'S
CLAIM CONSTRUCTION SUR-REPLY
CASE NO. C 02-01991 JSW (EDL)

326934.01