```
 1  KEKER & VAN NEST, LLP
    JOHN W. KEKER - #49092
 2  DARALYN J. DURIE - #169825
    CHRISTINE P. SUN - #218701
 3  RAVIND S. GREWAL - #220543
    710 Sansome Street
 4  San Francisco, CA  94111-1704
    Telephone:  (415) 391-5400
 5  Facsimile:  (415) 397-7188

 6  Attorneys for Defendant and Counterclaimant
    GOOGLE INC.
 7

 8                    UNITED STATES DISTRICT COURT

 9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12  OVERTURE SERVICES, INC.,            Case No. C 02-01991 JSW (EDL)

13      Plaintiff and Counter Defendant,  CERTIFICATE OF SERVICE

14      v.

15  GOOGLE INC.,

16      Defendant and Counter Claimant.
```

327002.01

**Certificate Of Service**
**Case No. C 02-01991 JSW (EDL)**

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I, Lauren Hartz-Lewis, declare and state as follows:

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On February 20, 2004, I served the following document(s):

**GOOGLE INC.'S CLAIM CONSTRUCTION SUR-REPLY (UNREDACTED VERSION)**

**DECLARATION OF CHRISTINE P. SUN IN SUPPORT OF GOOGLE'S CLAIM CONSTRUCTION SUR-REPLY (UNREDACTED VERSION)**

☑ by **MESSENGER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

M. Patricia Thayer, Esq.
S. Elizabeth Mitchell, Esq.
Heller Ehrman White & McAuliffe LLP
333 Bush Street, Suite 3000
San Francisco, CA 94104-2878

Executed on February 20, 2004, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

        /s/ Lauren Hartz-Lewis
        Lauren Hartz-Lewis