KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
DARALYN J. DURIE - #169825
CHRISTINE P. SUN - #218701
RAVIND S. GREWAL - #220543
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant and Counterclaimant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC.,<br><br>      Plaintiff and Counterdefendant,<br><br>      v.<br><br>GOOGLE INC.,<br><br>      Defendant and Counterclaimant. | Case No. C 02-01991 JSW (EDL)<br><br>**GOOGLE'S REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER**<br><br>Tutorial:     March 10, 2004, 2:00 p.m.<br>Hearing:     March 24, 2004, 2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge:        Hon. Jeffrey S. White |

Google Inc. ("Google") hereby submits this Request to File Documents Under Seal in connection with its Claim Construction Sur-Reply. Google requests that the Court allow Google to file under seal an unredacted version of its Claim Construction Sur-Reply, and the Declaration of Christine P. Sun ("Sun Decl.") in support thereof.

The unredacted version of the Claim Construction Sur-Reply contains reference to a document that Overture has designated as confidential.

The exhibit to the Sun Declaration is, upon information and belief, an excerpt from an Overture marketing presentation. This document has been designated confidential by Overture, and under the terms of the protective order entered in this case on December 18, 2002, Google cannot file these materials publicly. *See* Protective Order ¶ 6.

1

1  A redacted Claim Construction Sur-Reply, omitting reference to the exhibit to the Sun Declaration, is also being publicly filed.

In light of the foregoing, Google respectfully submits that this Request to File Documents Under Seal is narrowly tailored within the meaning of Civil Local Rule 79-5.  Google therefore requests that the Court permit the sealing of the documents set forth above, and order that the Clerk of the Court maintain them in accordance with the provisions of Local Civil Rule 79-5(e).

Dated:  February 20, 2004                        KEKER & VAN NEST, LLP


By:      /s/ Christine P. Sun
CHRISTINE P. SUN
Attorneys for Defendant and
Counterclaimant GOOGLE INC.

**[PROPOSED] ORDER**

Pursuant to Civil Local Rules 7-10 and 79-5, Google has applied to this Court for an order permitting them to file under seal certain documents in connection with its Claim Construction Sur-Reply Brief.

GOOD CAUSE APPEARING, Google's request is granted. The Clerk is directed to maintain the following documents, submitted by Google on or about February 20, 2004, in accordance with the provisions of Civil Local Rule 79-5(e):

(1) Google's Claim Construction Sur-Reply (Unredacted Version)

(2) The Declaration Of Christine P. Sun in Support of Google's Claim Construction Sur-Reply.

IT IS SO ORDERED.

Dated: February 20, 2004

/s/ Jeffrey S. White
HON. JEFFREY S. WHITE
United States District Judge