**United States District Court**
For the Northern District of California

| | |
|---|---|
| OVERTURE SERVICES, INC. | No. C-02-1991 CRB (EDL) |
| Plaintiffs, | **ORDER GRANTING IN PART AND DENYING IN PART GOOGLE'S REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| GOOGLE INC. | |
| Defendants. | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

On February 17, 2004, Google filed a Request to File Under Seal Documents in connection with its Opposition to Overture's Motion to Compel Discovery. Google seeks to file the Declarations of Pietro Dova and Mark Fuchs and portions of the Opposition brief under seal. Google has demonstrated good cause to file the Declarations of Pietro Dova and Mark Fuchs under seal. Google, however has not demonstrated a compelling need to keep any portion of the Opposition brief confidential and the request is denied as to the Opposition brief. Accordingly, Google shall file an unredacted version of the Opposition brief, but may chose to amend the sections that it sought to redact.

For the foregoing reasons, It Is Hereby Ordered That:

1. Google's Request to File the Declarations of Pietro Dova and Mark Fuchs under seal is Granted;
2. Google's Request to File portions of the Opposition to Overture's Motion to Compel Production of Documents is Denied: and
3. Google shall, on or before February 27, 2004, file an unredacted version of the Opposition, but

1  may amend the portions that it sought to redact.
2  IT IS SO ORDERED.

4  Dated: February 24, 2004

　( Electronic Signature Authorized )
ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California