UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OVERTURE SERVICES, INC

        Plaintiff(s),

   v.

GOOGLE INC.

        Defendant(s).

_____/

No. C- 02-01991 JSW (EDL)

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Compel before Magistrate Judge Laporte previously noticed for March 9, 2004 at 9:00 a.m. has been reset to **March 9, 2004** at **9:30 a.m.** Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: February 25, 2004

FOR THE COURT,
Richard W. Wieking, Clerk

by:    /s/ Dennis King
      Dennis King
      Deputy Clerk