1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  DARALYN J. DURIE - #169825
   CHRISTINE P. SUN - #218701
3  RAVIND S. GREWAL - #220543
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendant and Counterclaimant
   GOOGLE INC.
7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | OVERTURE SERVICES, INC.,          | Case No. C 02-01991 JSW (EDL)
13 |        Plaintiff and Counterdefendant, | **GOOGLE INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST**
14 |    v.                             | **PURSUANT TO CIVIL LOCAL RULE 7-10(b) TO BRING EQUIPMENT AND**
15 | GOOGLE INC.,                      | **MATERIALS INTO COURTROOM FOR *MARKMAN* HEARING; [PROPOSED]**
16 |        Defendant and Counterclaimant. | **ORDER**

17                                      Tutorial:   March 10, 2004, 2:00 p.m.
                                         Hearing:   March 24, 2004, 2:00 p.m.
18                                       Courtroom: 2, 17th Floor
                                         Judge:     Hon. Jeffrey S. White
19

20

21

22

23

24

25

26

27

28

GOOGLE INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULE
327417.01   7-10(b) TO BRING EQUIPMENT AND MATERIALS INTO COURTROOM FOR *MARKMAN* HEARING;
            [PROPOSED] ORDER CASE NO. C 02-01991 JSW (EDL)

Dockets.Justia.com

1  Pursuant to Civil Local Rule 7-10(b), Google Inc. hereby requests permission to bring
2  into the courtroom certain equipment and materials for purposes of facilitating demonstrative
3  exhibits during the *Markman* tutorial and *Markman* hearing in this matter.
4
5  Dated: March 1, 2004                                KEKER & VAN NEST, LLP
6
7
8  By:     /s/ Christine P. Sun
   CHRISTINE P. SUN
   Attorneys for Defendant and
9  Counterclaimant GOOGLE INC.

327417.01

1
GOOGLE INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULE
7-10(b) TO BRING EQUIPMENT AND MATERIALS INTO COURTROOM FOR *MARKMAN* HEARING;
[PROPOSED] ORDER
CASE NO. C 02-01991 JSW (EDL)

**[PROPOSED] ORDER**

TO ALL PARTIES AND ATTORNEYS OF RECORD:

IT IS HEREBY ORDERED that Defendant and Counterclaimant Google, Inc., through their counsel of record, Keker & Van Nest, and their support staff, may bring into the Federal Courthouse in San Francisco, California, located at 450 Golden Gate Avenue, San Francisco, and set up in the courtroom of the Honorable Jeffrey S. White on March 10 and 24, 2004, certain equipment and materials for purposes of facilitating demonstrative exhibits which may be used during Google's presentation at the *Markman* tutorial and hearing in this matter. The equipment and materials may include **easels, exhibit boards, projector, screen, ELMO equipment, and laptop computers.**

Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow, and to take such steps as reasonably necessary to facilitate the foregoing activity.

IT IS SO ORDERED.

Dated: _____

HON. JEFFREY S. WHITE
United States District Judge

327417.01

2
GOOGLE INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULE 7-10(b) TO BRING EQUIPMENT AND MATERIALS INTO COURTROOM FOR *MARKMAN* HEARING; [PROPOSED] ORDER
CASE NO. C 02-01991 JSW (EDL)