| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | JOHN W. KEKER - #49092 |
| 2 | DARALYN J. DURIE - #169825 |
| | CHRISTINE P. SUN - #218701 |
| 3 | RAVIND S. GREWAL - #220543 |
| | 710 Sansome Street |
| 4 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 5 | Facsimile: (415) 397-7188 |
| 6 | Attorneys for Defendant and Counterclaimant |
| | GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., | Case No. C 02-01991 JSW (EDL) |
| Plaintiff and Counterdefendant, | **GOOGLE INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULE 7-10(b) TO BRING EQUIPMENT AND MATERIALS INTO COURTROOM FOR *MARKMAN* HEARING; [~~PROPOSED~~] ORDER** |
| v. | |
| GOOGLE INC., | |
| Defendant and Counterclaimant. | |
| | Tutorial: March 10, 2004, 2:00 p.m. |
| | Hearing: March 24, 2004, 2:00 p.m. |
| | Courtroom: 2, 17th Floor |
| | Judge: Hon. Jeffrey S. White |

327417.01

GOOGLE INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULE
7-10(b) TO BRING EQUIPMENT AND MATERIALS INTO COURTROOM FOR *MARKMAN* HEARING;
[~~PROPOSED~~] ORDER CASE NO. C 02-01991 JSW (EDL)

Dockets.Justia.com

1 | Pursuant to Civil Local Rule 7-10(b), Google Inc. hereby requests permission to bring
2 | into the courtroom certain equipment and materials for purposes of facilitating demonstrative
3 | exhibits during the *Markman* tutorial and *Markman* hearing in this matter.

Dated: March 1, 2004						KEKER & VAN NEST, LLP

						By:	/s/ Christine P. Sun
							CHRISTINE P. SUN
							Attorneys for Defendant and
							Counterclaimant GOOGLE INC.

1
GOOGLE INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULE
7-10(b) TO BRING EQUIPMENT AND MATERIALS INTO COURTROOM FOR *MARKMAN* HEARING;
[~~PROPOSED~~] ORDER
CASE NO. C 02-01991 JSW (EDL)

327417.01

**[~~PROPOSED~~] ORDER**

TO ALL PARTIES AND ATTORNEYS OF RECORD:

IT IS HEREBY ORDERED that Defendant and Counterclaimant Google, Inc., through their counsel of record, Keker & Van Nest, and their support staff, may bring into the Federal Courthouse in San Francisco, California, located at 450 Golden Gate Avenue, San Francisco, and set up in the courtroom of the Honorable Jeffrey S. White on March 10 and 24, 2004, certain equipment and materials for purposes of facilitating demonstrative exhibits which may be used during Google's presentation at the *Markman* tutorial and hearing in this matter. The equipment and materials may include **easels, exhibit boards, projector, screen, ELMO equipment, and laptop computers.**

Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow, and to take such steps as reasonably necessary to facilitate the foregoing activity.

IT IS SO ORDERED.

Dated:  March 2, 2004                    /s/ Jeffrey S. White
                                         HON. JEFFREY S. WHITE
                                         United States District Judge

2
GOOGLE INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULE
7-10(b) TO BRING EQUIPMENT AND MATERIALS INTO COURTROOM FOR *MARKMAN* HEARING;
[~~PROPOSED~~] ORDER
CASE NO. C 02-01991 JSW (EDL)

327417.01