UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OVERTURE SERVICES, INC

        Plaintiff(s),                              No. C 02-01991 JSW

   v.                                      **CLERK'S NOTICE**

GOOGLE INC.

        Defendant(s).
_____/

    YOU ARE HEREBY NOTIFIED that the HONORABLE JEFFREY S. WHITE requires the Tutorial, scheduled for March 10, 2004 at 2:00 p.m. to be videotaped and that the completed videotape shall be lodged with the Court.

Richard W. Wieking
Clerk, United States District Court

By: _____/s/_____
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated: March 4, 2004