ROBERT T. HASLAM (#71134)
ROBERT D. FRAM (#126750)
M. PATRICIA THAYER (#90818)
S. ELIZABETH MITCHELL (#187053)
ANDREW C. BYRNES (#191516)
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

BRINKS HOFER GILSON & LIONE
JACK C. BERENZWEIG
WILLIAM H. FRANKEL
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys for Plaintiff and Counterdefendant,
OVERTURE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>GOOGLE INC., a California corporation,<br><br>    Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | **E-Filing Case No.**: 02-01991 JSW (EDL)<br><br>**PLAINTIFF OVERTURE SERVICES, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO COURTROOM FOR MARKMAN TUTORIAL AND HEARING**<br><br>Tutorial Date: March 10, 2004, 2:00 p.m.<br>Hearing Date: March 24, 2004, 2:00 p.m.<br>Courtroom:     2, 17th Floor<br>Judge:          Jeffrey S. White |

OVERTURE'S MISC. EQUIPMENT REQUEST
02-01991 JSW (EDL)

1  Pursuant to Local Rule 7-10(b), Plaintiff Overture Services, Inc. ("Overture") hereby
2 requests permission to bring into the courtroom equipment to facilitate the demonstrative
3 exhibits during the Markman tutorial on March 10 and hearing on March 24 for this matter.
4 Counsel for Overture and Google are in discussions regarding whether the parties can share
5 some of each other's equipment, in the interest of limiting the amount of equipment in the
6 courtroom and expediting the tutorial and hearing.

DATED: March 4, 2004           HELLER EHRMAN WHITE & McAULIFFE LLP


                               By /s/ Andrew C. Byrnes
                                  ANDREW C. BYRNES

                               Attorneys for Plaintiff and Counterdefendant,
                               OVERTURE SERVICES, INC.

1

OVERTURE'S MISC. EQUIPMENT REQUEST
02-01991 JSW (EDL)