1  ROBERT T. HASLAM (#71134)
   ROBERT D. FRAM (#126750)
2  M. PATRICIA THAYER (#90818)
   S. ELIZABETH MITCHELL (#187053)
3  ANDREW C. BYRNES (#191516)
   HELLER EHRMAN WHITE & MCAULIFFE LLP
4  333 Bush Street
   San Francisco, CA  94104-2878
5  Telephone:  (415) 772-6000
   Facsimile: (415) 772-6268
6
   BRINKS HOFER GILSON & LIONE
7  JACK C. BERENZWEIG
   WILLIAM H. FRANKEL
8  JASON C. WHITE
   NBC Tower--Suite 3600
9  455 North Cityfront Plaza Drive
   Chicago, Illinois  60611
10 Telephone: (312) 321-4200
   Facsimile:  (312) 321-4299
11
   Attorneys for Plaintiff,
12 OVERTURE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation,<br><br>　　Plaintiff and Counterdefendant,<br><br>　　v.<br><br>GOOGLE INC., a California corporation,<br><br>　　Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | **E-Filing Case No.**: 02-01991 JSW (EDL)<br><br>**[PROPOSED] ORDER RE PLAINTIFF OVERTURE SERVICES, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO COURTROOM FOR MARKMAN TUTORIAL AND HEARING**<br><br>Tutorial Date: March 10, 2004, 2:00 p.m.<br>Hearing Date: March 24, 2004, 2:00 p.m.<br>Courtroom:　2, 17th Floor<br>Judge:　　　Jeffrey S. White |

1

1   IT IS HEREBY ORDERED that Plaintiff and Counterdefendant Overture Services,
2   Inc., ("Overture") through their counsel of record, Heller Ehrman White & McAuliffe LLP,
3   and their support staff and third party vendors, may bring into the Federal Courthouse in
4   San Francisco, California, located at 450 Golden Gate Avenue, San Francisco, and set up in
5   the courtroom of the Honorable Jeffrey S. White on March 10 and 24, 2004, equipment for
6   the facilitation of demonstrative exhibits which may be used during Overture's presentation
7   at the Markman tutorial and hearing in this matter.  The equipment and material may
8   include easels, exhibit boards, projector, screen, ELMO and laptop computers.  Court staff,
9   including assistant U.S. Marshals on duty at the time, are directed to allow, and to take such
10  steps as reasonably necessary to facilitate the foregoing activity.
11
12       IT IS SO ORDERED.
13
14  Dated: _____, 2004        _____
                                       HONORABLE JEFFREY S. WHITE
15                                     United States District Judge

[PROPOSED] ORDER RE OVERTURE'S MISC. REQUEST
02-01991 JSW (EDL)