ROBERT T. HASLAM (#71134)
ROBERT D. FRAM (#126750)
M. PATRICIA THAYER (#90818)
S. ELIZABETH MITCHELL (#187053)
ANDREW C. BYRNES (#191516)
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

BRINKS HOFER GILSON & LIONE
JACK C. BERENZWEIG
WILLIAM H. FRANKEL
JASON C. WHITE
NBC Tower--Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys for Plaintiff,
OVERTURE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>GOOGLE INC., a California corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | **E-Filing Case No.**: 02-01991 JSW (EDL)<br><br>**[PROPOSED] ORDER RE PLAINTIFF OVERTURE SERVICES, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO COURTROOM FOR MARKMAN TUTORIAL AND HEARING**<br><br>Tutorial Date: March 10, 2004, 2:00 p.m.<br>Hearing Date: March 24, 2004, 2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge: Jeffrey S. White |

1

[PROPOSED] ORDER RE OVERTURE'S MISC. REQUEST
02-01991 JSW (EDL)

1 |     IT IS HEREBY ORDERED that Plaintiff and Counterdefendant Overture Services, Inc., ("Overture") through their counsel of record, Heller Ehrman White & McAuliffe LLP, and their support staff and third party vendors, may bring into the Federal Courthouse in San Francisco, California, located at 450 Golden Gate Avenue, San Francisco, and set up in the courtroom of the Honorable Jeffrey S. White on March 10 and 24, 2004, equipment for the facilitation of demonstrative exhibits which may be used during Overture's presentation at the Markman tutorial and hearing in this matter. The equipment and material may include easels, exhibit boards, projector, screen, ELMO and laptop computers. Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow, and to take such steps as reasonably necessary to facilitate the foregoing activity.

    IT IS SO ORDERED.

Dated: __March 4_____, 2004     /s/ Jeffrey S. White
_____
HONORABLE JEFFREY S. WHITE
United States District Judge

[PROPOSED] ORDER RE OVERTURE'S MISC. REQUEST
02-01991 JSW (EDL)