**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: March 9, 2004

Case No:  **C-02-01991** JSW **(EDL)**

Case Name:  **OVERTURE SERVICES, INC v. GOOGLE INC.**

    Attorneys:    Pltf: Andrew Byrnes  Deft: Christine Sun

    Deputy Clerk: Dennis King        Reporter: Kathy Wyatt

**PROCEEDINGS**:
    Plaintiff's motion to compel production – GRANTED IN PART, DENIED IN PART.

**ORDERED AFTER HEARING:**
    Motion granted as to discovery due 4/1, all production to be completed by 6/1.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

cc: JSW, EDL