ROBERT T. HASLAM (#71134)
ROBERT D. FRAM (#126750)
M. PATRICIA THAYER (#90818)
S. ELIZABETH MITCHELL (#187053)
ANDREW C. BYRNES (#191516)
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  (415) 772-6000
Facsimile: (415) 772-6268

BRINKS HOFER GILSON & LIONE
JACK C. BERENZWEIG
WILLIAM H. FRANKEL
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611
Telephone: (312) 321-4200
Facsimile:  (312) 321-4299

Attorneys for Plaintiff and Counterdefendant,
OVERTURE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>GOOGLE INC., a California corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | **E-Filing Case No.**: 02-01991 JSW (EDL)<br><br>**PLAINTIFF OVERTURE SERVICES, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO COURTROOM FOR MARKMAN HEARING**<br><br>Hearing Date:  March 24, 2004, 2:00 p.m.<br>Courtroom:     2, 17th Floor<br>Judge:             Jeffrey S. White |

OVERTURE'S MISC. EQUIPMENT REQUEST
02-01991 JSW (EDL)

Pursuant to Local Rule 7-10(b), Plaintiff Overture Services, Inc. ("Overture") hereby requests permission to bring into the courtroom equipment to facilitate the demonstrative exhibits to be presented during the Markman hearing in this case on March 24, 2004. Pursuant to the Court's suggestion, counsel for Overture would like to bring the equipment to the Court after 1:30 p.m. on March 23.

DATED: March 16, 2004　　　　　　　HELLER EHRMAN WHITE & McAULIFFE LLP


By /s/ Andrew C. Byrnes
　　ANDREW C. BYRNES

Attorneys for Plaintiff and Counterdefendant,
OVERTURE SERVICES, INC.

1

OVERTURE'S MISC. EQUIPMENT REQUEST
02-01991 JSW (EDL)