1  ROBERT T. HASLAM (#71134)
   ROBERT D. FRAM (#126750)
2  M. PATRICIA THAYER (#90818)
   S. ELIZABETH MITCHELL (#187053)
3  ANDREW C. BYRNES (#191516)
   HELLER EHRMAN WHITE & MCAULIFFE LLP
4  333 Bush Street
   San Francisco, CA 94104-2878
5  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
6
   BRINKS HOFER GILSON & LIONE
7  JACK C. BERENZWEIG
   WILLIAM H. FRANKEL
8  JASON C. WHITE
   NBC Tower--Suite 3600
9  455 North Cityfront Plaza Drive
   Chicago, Illinois 60611
10 Telephone: (312) 321-4200
   Facsimile: (312) 321-4299
11
   Attorneys for Plaintiff,
12 OVERTURE SERVICES, INC.

13
                    UNITED STATES DISTRICT COURT
14
        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
15

16 OVERTURE SERVICES, INC., a        | **E-Filing Case No.**: 02-01991 JSW (EDL)
   Delaware corporation,             |
17                                   | **[PROPOSED] ORDER RE PLAINTIFF
        Plaintiff and Counterdefendant, | OVERTURE SERVICES, INC.'S
18                                   | MISCELLANEOUS ADMINISTRATIVE
        v.                           | REQUEST TO BRING EQUIPMENT
19                                   | INTO COURTROOM THE DAY
   GOOGLE INC., a California corporation, | BEFORE MARKMAN HEARING
20                                   |
        Defendant and Counterclaimant. | Hearing Date: March 24, 2004, 2:00 p.m.
21                                   | Courtroom:   2, 17th Floor
                                     | Judge:       Jeffrey S. White
22

23

24
   AND RELATED COUNTERCLAIMS
25

26

27

28
                                      1

[PROPOSED] ORDER RE OVERTURE'S MISC. REQUEST
02-01991 JSW (EDL)

Dockets.Justia.com

1  IT IS HEREBY ORDERED that Plaintiff and Counterdefendant Overture Services, Inc., ("Overture") through their counsel of record, Heller Ehrman White & McAuliffe LLP, and their support staff and third party vendors, may bring into the Federal Courthouse in San Francisco, California, located at 450 Golden Gate Avenue, San Francisco, and set up in the courtroom of the Honorable Jeffrey S. White no earlier than 1:30 p.m. on March 23, 2004, equipment for the facilitation of demonstrative exhibits which may be used during Overture's presentation at the Markman hearing in this matter schedule for March 24, 2004 at 2:00 p.m.  The equipment and material may include easels, exhibit boards, a projector, a screen, an ELMO and laptop computers.  Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow, and to take such steps as reasonably necessary to facilitate the foregoing activity.

IT IS SO ORDERED.


Dated:  _____, 2004        _____
                                     HONORABLE JEFFREY S. WHITE
                                     United States District Judge

[PROPOSED] ORDER RE OVERTURE'S MISC. REQUEST
02-01991 JSW (EDL)