```
 1  ROBERT T. HASLAM (#71134)
    ROBERT D. FRAM (#126750)
 2  M. PATRICIA THAYER (#90818)
    S. ELIZABETH MITCHELL (#187053)
 3  ANDREW C. BYRNES (#191516)
    HELLER EHRMAN WHITE & MCAULIFFE LLP
 4  333 Bush Street
    San Francisco, CA  94104-2878
 5  Telephone:  (415) 772-6000
    Facsimile: (415) 772-6268
 6
    BRINKS HOFER GILSON & LIONE
 7  JACK C. BERENZWEIG
    WILLIAM H. FRANKEL
 8  JASON C. WHITE
    NBC Tower--Suite 3600
 9  455 North Cityfront Plaza Drive
    Chicago, Illinois  60611
10  Telephone: (312) 321-4200
    Facsimile:  (312) 321-4299
11
    Attorneys for Plaintiff,
12  OVERTURE SERVICES, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation,<br><br>　　Plaintiff and Counterdefendant,<br><br>v.<br><br>GOOGLE INC., a California corporation,<br><br>　　Defendant and Counterclaimant.<br><br><br>AND RELATED COUNTERCLAIMS | **E-Filing Case No.**: 02-01991 JSW (EDL)<br><br>**[PROPOSED] ORDER RE PLAINTIFF OVERTURE SERVICES, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO COURTROOM THE DAY BEFORE MARKMAN HEARING**<br><br>Hearing Date: March 24, 2004, 2:00 p.m.<br>Courtroom:　　2, 17th Floor<br>Judge:　　　　Jeffrey S. White |

1

[PROPOSED] ORDER RE OVERTURE'S MISC. REQUEST
02-01991 JSW (EDL)

1  IT IS HEREBY ORDERED that Plaintiff and Counterdefendant Overture Services,
2  Inc., ("Overture") through their counsel of record, Heller Ehrman White & McAuliffe LLP,
3  and their support staff and third party vendors, may bring into the Federal Courthouse in
4  San Francisco, California, located at 450 Golden Gate Avenue, San Francisco, and set up in
5  the courtroom of the Honorable Jeffrey S. White no earlier than ~~1:30~~ 2:00 p.m. on March 23,
6  2004, equipment for the facilitation of demonstrative exhibits which may be used during
7  Overture's presentation at the Markman hearing in this matter schedule for March 24, 2004
8  at 2:00 p.m. The equipment and material may include easels, exhibit boards, a projector, a
9  screen, an ELMO and laptop computers. Court staff, including assistant U.S. Marshals on
10 duty at the time, are directed to allow, and to take such steps as reasonably necessary to
11 facilitate the foregoing activity.

IT IS SO ORDERED.

Dated: __March 17__, 2004        /s/ Jeffrey S. White_____
                                 HONORABLE JEFFREY S. WHITE
                                 United States District Judge

[~~PROPOSED~~] ORDER RE OVERTURE'S MISC. REQUEST
02-01991 JSW (EDL)