# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**JUDGE: JEFFREY S. WHITE**  **COURTROOM DEPUTY**: Rowena Espinosa

**DATE**: March 24, 2004  **Court Reporter**: Joan Columbini

**CASE NO. C-02-1991 JSW**

**TITLE:** OVERTURE SERVICES, INC. v. GOOGLE, INC.

**COUNSEL FOR PLAINTIFF:**   **COUNSEL FOR DEFENDANT:**

Robert Fram   Daralyn Durie

Bob Haslam

**PROCEEDINGS:** Markman Hearing held

**RESULTS:**   The matter is submitted