1 | KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
2 | DARALYN J. DURIE - #169825
CHRISTINE P. SUN - #218701
3 | 710 Sansome Street
San Francisco, CA 94111-1704
4 | Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant and Counterclaimant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| OVERTURE SERVICES, INC., | Case No. C 02-01991 JSW (EDL) |
|---|---|
| Plaintiff and Counterdefendant, | **STIPULATION RE: SUPPLEMENTAL CLAIM CONSTRUCTION BRIEFING** |
| v. | |
| GOOGLE INC., | **[Civil Local Rule 7-11]** |
| Defendant and Counterclaimant. | |

331500.01

STIPULATION RE: SUPPLEMENTAL CLAIM CONSTRUCTION BRIEFING
CASE NO. C 02-01991 JSW (EDL)

Pursuant to Civil Local Rules 7-4(b) and 7-11, the parties stipulate to the following in connection with Defendant Google Inc.'s ("Google") Miscellaneous Administrative Request, filed concurrently herewith:

(1) Google may file a supplemental claim construction brief of no more than 2 pages limited to bringing to the Court's attention additional evidence (*i.e.*, deposition testimony in the *Overture v. FindWhat* case) related to the disputed terms "database" and "search results list."

(2) No later than 7 days after the date of Google's filing, Plaintiff Overture Services, Inc. ("Overture") may file a brief of no more than 2 pages limited to responding to the arguments and evidence set forth in Google's supplemental claim construction brief.

(3) Overture's stipulation to Google's filing of its supplemental claim construction brief does not constitute an admission that deposition testimony is proper evidence for the Court to consider with respect to the meaning of any of the disputed claim terms in this case.

The parties hereby respectfully request that the Court enter the stipulation as its Order.

Dated: May 5, 2004

KEKER & VAN NEST, LLP

By:   /s/ Christine P. Sun
CHRISTINE P. SUN
Attorneys for Defendant and
Counterclaimant GOOGLE INC.

Dated: May 5, 2004

HELLER EHRMAN WHITE & MCAULIFFE LLP

By:   /s/ Andrew C. Byrnes
ANDREW C. BYRNES
Attorneys for Plaintiff and Counterdefendant
OVERTURE SERVICES, INC.

I attest that concurrence in the filing of the above stipulation has been obtained from Andrew C. Byrnes.

1  Dated: May 11, 2004                                    KEKER & VAN NEST, LLP
2
3
4
                                                   By:        /s/ Christine P. Sun
5                                                        CHRISTINE P. SUN
                                                         Attorneys for Plaintiffs
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28