KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
DARALYN J. DURIE - #169825
CHRISTINE P. SUN - #218701
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant and Counterclaimant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>GOOGLE INC., a California corporation,<br><br>Defendant and Counterclaimant. | Case No. C 02-01991 JSW (EDL)<br><br>**DECLARATION OF CHRISTINE P. SUN IN SUPPORT OF GOOGLE INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST** |

331487.01

DECLARATION OF CHRISTINE P. SUN IN SUPPORT OF GOOGLE INC.'S MISCELLANEOUS
ADMINISTRATIVE REQUEST
CASE NO. C 02-01991 JSW (EDL)

Dockets.Justia.com

1  I, CHRISTINE P. SUN, declare and state as follows:

2  1. I am an attorney licensed to practice law in the State of California and am an associate in the law firm of Keker & Van Nest, LLP, counsel for Google Inc. ("Google") in the above-captioned matter. This declaration is in support of Google Inc.'s Miscellaneous Administrative Request. I have personal knowledge of the facts stated in this Declaration, and I could competently testify to them under oath.

3  2. The deposition testimony that is the subject of Google's supplemental claim construction brief was produced overnight delivery on March 31, 2004 by Plaintiff Overture Services, Inc. and received by Google on April 1, 2004.

4  3. Attached hereto as Exhibit A is a true and correct copy of excerpts of the Markman Hearing transcript, dated March 24, 2004.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on May 11, 2004, at San Francisco, California.

      /s/ Christine P. Sun
CHRISTINE P. SUN

---

331487.01

1
DECLARATION OF CHRISTINE P. SUN IN SUPPORT OF GOOGLE INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST
CASE NO. C 02-01991 JSW (EDL)