1  KEKER & VAN NEST, LLP
    JOHN W. KEKER - #49092
2  DARALYN J. DURIE - #169825
    CHRISTINE P. SUN - #218701
3  RAVIND S. GREWAL - #220543
    710 Sansome Street
4  San Francisco, CA  94111-1704
    Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendant and Counterclaimant
    GOOGLE INC.

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  OVERTURE SERVICES, INC.,          Case No. C 02-01991 JSW (EDL)

13      Plaintiff and Counter Defendant,      **CERTIFICATE OF SERVICE**

14     v.

15  GOOGLE INC.,

16      Defendant and Counter Claimant.

17

331857.01

**CERTIFICATE OF SERVICE**

I, Lauren Hartz-Lewis, declare and state as follows:

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On May 11, 2004, I served the following document(s):

**GOOGLE INC.'S SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF (UNREDACTED VERSION)**

**DECLARATION OF RAVIND S. GREWAL IN SUPPORT OF GOOGLE INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST**

☑ by **MESSENGER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

Robert T. Haslam, Esq.
Robert D. Fram, Esq.
M. Patricia Thayer, Esq.
S. Elizabeth Mitchell, Esq.
Heller Ehrman White & McAuliffe LLP
333 Bush Street, Suite 3000
San Francisco, CA 94104-2878

Executed on May 11, 2004, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    /s/ Lauren Hartz-Lewis
Lauren Hartz-Lewis

331857.01

**Certificate Of Service**
**Case No. C 02-01991 JSW (EDL)**