KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
DARALYN J. DURIE - #169825
CHRISTINE P. SUN - #218701
RAVIND S. GREWAL - #220543
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant and Counterclaimant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., <br><br> Plaintiff and Counterdefendant, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant and Counterclaimant. | Case No. C 02-01991 JSW (EDL) <br><br> **REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER** <br><br> Date: August 3, 2004 <br> Time: 9:00 a.m. <br> Courtroom: E, 15th Floor <br> Judge: Hon. Elizabeth D. Laporte |

333081.01

REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER
CASE NO. C 02-01991 JSW (EDL)

Dockets.Justia.com

Google Inc. ("Google") hereby submits this Request to File Documents Under Seal in connection with its Motion to Compel Production of Documents and Testimony Re: Prosecution of the '361 Patent.  Google requests that the Court allow Google to file under seal an unredacted version of its Motion, and the Declaration of Christine P. Sun ("Sun Declaration") in support thereof.

**The Declaration of Christine P. Sun and Exhibits thereto**

The exhibits to the Sun Declaration contain excerpts from the depositions of Darren Davis, Elaine Lee, and John Rauch that have been designated as confidential by Plaintiff Overture Services, Inc. ("Overture").  The exhibits also contain documents that appear to be Overture draft business plans and internal reports that have been designated as confidential or outside counsel only information by Overture.  Under the terms of the protective order entered in this case on December 16, 2002, Google cannot file these materials publicly.[1]  *See* Protective Order ¶ 6.

**The Motion to Compel Production of Documents and Testimony Re: Prosecution of the '361 Patent (unredacted version)**

The unredacted version of the Motion to Compel Production of Documents and Testimony Re: Prosecution of the '361 Patent contains quotations and references to the confidential and outside counsel only exhibits to the Sun Declaration.  Under the terms of the protective order entered in this case on December 16, 2002, Google cannot file publicly documents containing information designated as confidential or outside counsel only.  *See* Protective Order ¶ 6.

The non-confidential exhibits to which Google cites in its Motion are attached to the Declaration of Ravind S. Grewal, which is being publicly filed.  A redacted Motion, omitting reference to the exhibits to the Sun Declaration, is also being publicly filed.

---

[1] Prior to submitting this request, Google met and conferred with Overture about de-designating certain deposition excerpts and documents that Google believes in good faith may have been unnecessarily designated as confidential.  *See* Declaration of Christine P. Sun ISO Request To File Documents Under Seal, ¶¶2-3, Ex. A.  Resolution of these meet and confer efforts was impracticable prior to the filing of Google's Motion To Compel Production of Documents and Tesimony Re: Prosecution of the '361 Patent.  *See id.* at ¶ 3.

1
REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER
CASE NO. C 02-01991 JSW (EDL)

333081.01

1    In light of the foregoing, Google respectfully submits that this Request to File Documents
2 Under Seal is narrowly tailored within the meaning of Civil Local Rule 79-5.  Google therefore
3 requests that the Court permit the sealing of the documents set forth above, and order that the
4 Clerk of the Court maintain them in accordance with the provisions of Local Civil Rule 79-5(e).

5    RESPECTFULLY SUBMITTED,

6 Dated:  June 29, 2004    KEKER & VAN NEST, LLP

By: ___/s/ Christine P. Sun___
CHRISTINE P. SUN
Attorneys for Defendant and
Counterclaimant GOOGLE INC.

## [PROPOSED] ORDER

Pursuant to Civil Local Rules 7-10 and 79-5, Google has applied to this Court for an order permitting them to file under seal certain documents in connection with its Motion to Compel Production and Testimony Re: Prosecution of the '361 Patent.

GOOD CAUSE APPEARING, Google's request is granted.  The Clerk is directed to maintain the following documents, submitted by Google on or about June 29, 2004, in accordance with the provisions of Civil Local Rule 79-5(e):

(1) Google's Notice of Motion and Motion to Compel Production of Documents and Testimony Re: Prosecution of the '361 Patent; Memorandum of Points and Authorities in Support Thereof (Unredacted Version).

(2) The Declaration Of Christine P. Sun in Support of Google's Motion to Compel Production of Documents and Testimony Re: Prosecution of the '361 Patent, and exhibits thereto.

IT IS SO ORDERED.

Dated: _____

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge