1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  DARALYN J. DURIE - #169825
   CHRISTINE P. SUN - #218701
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Defendant and Counterclaimant
6  GOOGLE INC.

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN FRANCISCO DIVISION
10

11

12  OVERTURE SERVICES, INC., a Delaware        Case No. C 02-01991 JSW (EDL)
    corporation,
13                                             **DECLARATION OF CHRISTINE P. SUN
              Plaintiff and Counterdefendant,  IN SUPPORT OF GOOGLE INC.'S
14                                             REQUEST TO FILE DOCUMENTS
         v.                                    UNDER SEAL**
15
    GOOGLE INC., a California corporation,
16
              Defendant and Counterclaimant.
17

18

19

20

21

22

23

24

25

26

27

28

334321.01

DECLARATION OF CHRISTINE P. SUN IN SUPPORT OF GOOGLE INC.'S
REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. C 02-01991 JSW (EDL)

I, CHRISTINE P. SUN, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate in the law firm of Keker & Van Nest, LLP, counsel for Google Inc. ("Google") in the above-captioned matter. This declaration is in support of Google Inc.'s Request to File Documents Under Seal. I have personal knowledge of the facts stated in this Declaration, and I could competently testify to them under oath.

2. By facsimile letter dated June 21, 2004, Google requested that Plaintiff Overture Services, Inc. ("Overture") promptly de-designate certain deposition excerpts and documents that Google believes in good faith may have been unnecessarily designated as confidential. Attached hereto as Exhibit A is a true and correct copy of the letter from Christine P. Sun to Andrew C. Byrnes dated June 21, 2004. The letter requested that Overture respond by June 25, 2004.

3. On or about June 24, 2004, Mr. Byrnes informed me by telephone that he was having difficulty getting in touch with clients about Google's request, but that he would respond "next week." As of this writing, Google has not received a response from Overture.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on June 29, 2004, at San Francisco, California.

        /s/ Christine P. Sun
        CHRISTINE P. SUN

334321.01

1
DECLARATION OF CHRISTINE P. SUN IN SUPPORT OF GOOGLE INC.'S
REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. C 02-01991 JSW (EDL)