**EXHIBIT A**

LAW OFFICES
# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

CHRISTINE P. SUN
CPS@KVN.COM

June 21, 2004

**VIA FACSIMILE**

Andrew C. Byrnes, Esq.
Heller Ehrman White & McAuliffe LLP
275 Middlefield Road
Menlo Park, CA 94025-3506

Re:   *Overture v. Google*

Dear Andrew:

  I understand that the parties are still engaged in the mediation process. As stated in Google's mediation brief, however, Google intends to file its motion to compel documents and testimony re: the '361 patent prosecution should those discussions fail. Pursuant to Magistrate Judge Laporte's standing order on confidential and sealed documents, I write to request that Overture de-designate certain exhibits that Google intends to file in support of its motion. Specifically, Google believes in good faith that the following exhibits marked by Overture as confidential or outside counsel only have been unnecessarily designated:

  OVG047263-OVG047271
  Deposition of Darren J. Davis: pages 19, 86-87, 101-102, 159-160, 162, 172, and 187
  Deposition of Elaine K. Lee: pages 10, 31-33, 42-43, 50, 61-64, 92-94, and 97-98
  Deposition of John G. Rauch: pages 14-15, 30, 46-47, 50, 57-58, 60, 65-66, 68-72, 85, 90-91, 100-101, 171, 173-175, 184-186, 196-197, 203,

Please let me know by the end of the week (i.e., by close of business on **Friday, June 25**) as to whether Overture nevertheless asserts that the above documents and deposition excerpts have been properly designated under the protective order in this case.

  Thank you for your attention to this matter.

Very truly yours,

CHRISTINE P. SUN

CPS

333924.01