KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
DARALYN J. DURIE - #169825
CHRISTINE P. SUN - #218701
RAVIND S. GREWAL - #220543
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant and Counterclaimant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., <br><br> Plaintiff and Counterdefendant, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant and Counterclaimant. | Case No. C 02-01991 JSW (EDL) <br><br> **NOTICE OF MANUAL FILING** <br><br> Date: August 3, 2004 <br> Time: 9:00 a.m. <br> Courtroom: E, 15th Floor <br> Judge: Hon. Elizabeth D. Laporte |

333014.01

NOTICE OF MANUAL FILING
CASE NO. C 02-01991 JSW (EDL)

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  An unredacted copy of Defendant and Counterclaimant Google Inc.'s Notice of Motion
3  and Motion to Compel Production of Documents and Testimony Re: Prosecution of the '361
4  Patent and the Declaration of Christine P. Sun in support thereof, are being filed in paper form
5  only, and are being maintained, under seal, in the case file in the Clerk's office.  A redacted
6  version of Google's Notice of Motion and Motion to Compel Production of Documents and
7  Testimony Re: Prosecution of the '361 Patent is being publicly filed.

8  The unredacted Notice of Motion and Motion to Compel Production of Documents and
9  Testimony Re: Prosecution of the '361 Patent and the Sun Declaration are being manually filed
10  because they contain information that must be filed under seal under the terms of the protective
11  order entered in this case on December 16, 2002.

13  Dated:  June 29, 2004                               KEKER & VAN NEST, LLP

By:      /s/ Christine P. Sun
         CHRISTINE P. SUN
         Attorneys for Defendant and
         Counterclaimant GOOGLE INC.

---

333014.01

1
NOTICE OF MANUAL FILING
CASE NO. C 02-01991 JSW (EDL)