# Grewal Decl., Exhibit B

<="" ="" ="" ="" ="" ="" ="" ="" ="" ="" ="" ="" ="" ="" ="" ="" ="" ="" ="" ="" ="">



www.goto.com

**GoTo Press Release**    / 1 of 2

130 West Union Street
Pasadena, CA 91103
626 585-6900
626 535-2701 fax

**GoTo.com,
THE FIRST EVER MARKET-DRIVEN SEARCH DIRECTORY**

- *GoTo revolutionizes the way consumers find web sites and marketers reach consumers.*

- *The Mining Company, Gamespot, Mr. Showbiz and iVillage.com: The Women's Network on board as Charter Advertisers*

Monterey, CA, February 21, 1998 - idealab!, one of the Internet's leading business incubators, today announced the launch of GoTo.com, (www.goto.com), the first search directory fully enabling web sites to purchase placement within search results using a real-time competitive bidding process. This new search directory removes the clutter and confusion of Internet searches by enabling consumers to find what they're looking for faster, and web sites to reach targeted consumers in the most efficient way.

Charter advertisers of this new marketplace are iVillage.com: The Women's Network, Gamespot, On-Sale, StoneAge, Mediaflex, GreenPageSports, Golden Palace, GoRacing, @backup, Total Sports network, AaBCnews.com, Z-Auction, Info Hiway, Deal-Deal, Third Age, City Search, Shopping.com, eToys, and WeddingChannel. These advertisers are among many who are finding that GoTo.com is the most cost effective way to reach consumers interested in their products, services, or content.

idealab! Chairman, Bill Gross has appointed Jeffrey Brewer as chief executive officer of GoTo. Brewer has been in the online industry for five years, first as manager of online applications group at Knowledge Adventure, then as co-founder of CitySearch with Gross and Charles Conn in 1995. At CitySearch, Brewer oversaw product management as well as technology and business development.

Until now, search engines have either used impersonal database search algorithms to blindly rank web pages according to keyword density or relied on the manual efforts of limited editorial staffs to review every page on the web. GoTo introduces the simple approach of empowering the marketplace to determine the ranking and relevance of search results. Using a proprietary open-auction system, GoTo posts the per-word pricing so that web sites can bid for higher placement within a list of search results for any given topic. At the same time, consumers clearly understand that placement on the list reflects a web site's desire to reach them, similar to advertisers in a yellow pages directory. This process means the interplay between consumers and advertisers will determine the value of a given click-through. Web sites will pay only for actual visits to their sites instead of for simple "exposures."
>>>

THD 00168

Case 3:02-cv-01991-JSW   Document 179-5   Filed 06/30/2004   Page 3 of 3



| www.goto.com | **GoTo Press Release**  / 2 of 2 |

130 West Union Street
Pasadena, CA 91103
626 585-6900
626 535-2701 fax

"The GoTo model recognizes the dramatic shift that has taken place on the Internet since its inception. No longer an egalitarian playground for the tech savvy community, it has become the focus of corporations and commerce and invaded by the masses," explains Bill Gross, Chairman of idealab! "GoTo addresses the impatience of casual users who want to find what they're looking for quickly and the need for commercial enterprises and corporate brands to ensure that their message is being delivered."

"This turns the whole advertising paradigm on its head. This completely upsets the apple-cart, but the reason it's going to work is that it provides greater efficiency for the advertiser and for the user as well," said Arthur Einstein, marketing consultant and founder of Lord, Federico, Einstein and Geller. "The user gets the sites that they want to do business with. This creates a perfect market between advertisers and prospects that has never been there before."

GoTo features a simple organizational structure. The GoTo home page features a GoTo search bar and five category buttons: people, places, products, hobbies, and searches. People can just type in what they're looking for, or view the hottest searches in each of those five categories. GoTo's simplicity makes it one of the best starting points on the web. "I believe that real estate on the Internet has real value, with the front door having the highest value," said Keith Benjamin, Sr. Internet Analyst, BancAmerica Robertson Stephens. "GoTo's pay for placement angle appears to answer the confusing consumer question of why searching doesn't seem to work, in our view. We believe GoTo.com has a chance of differentiating itself as one of the major Web destinations."

GoTo is another idealab! company. idealab! is the nation's largest Internet incubator, with over 20 businesses in various stages of development, employing over 1,000 people worldwide. Other idealab! companies include CitySearch, tickets.com and IntraNetics. GoTo is based in Pasadena, CA.

**Media Contact:**
Andrea Salkin, Killer App
213 938-7600 ext. 206
asalkin@kappcomm.com

**Sales Contact:**
John Abraham, Eisenberg Communications
818 712-9400
johna@eisenberg.com

###

THD 00169

000075