# Grewal Decl., Exhibit C

DialogClassic(tm)    http://www.dialogclassic.com/DialogClassic/dialog

Overture v. Google, N.D.
Cal. C02-01991

? t s12/full/3

```
12/9/3     (Item 1 from file: 621)
DIALOG(R)File 621:Gale Group New Prod.Annou.(R)
(c) 2000 The Gale Group. All rts. reserv.

01655586    Supplier Number: 48490514   (THIS IS THE FULLTEXT)
 GoTo.com Announces First Round of Financing, Totaling More Than $6 Million,
 Led by Draper Fisher Jurvetson.
Business Wire, p05190214
May 19, 1998
Language: English    Record Type:  Fulltext
Document Type: Newswire; Trade
Word Count:   889
TEXT:
```

PASADENA, Calif.--(BUSINESS WIRE)--May 19, 1998--

GoTo.com, the Simpler Search  Engine , Is Now Also the Fastest-Growing Search  Engine in the Industry; GoTo's Simpler Interface, With Better Results, Has Driven Enormous User Growth and Attracted New Financing

GoTo.com, the new simpler search  engine that allows Web sites to purchase placement within search results using a real-time competitive bidding process, has completed its first round of financing, totaling in excess of $6 million.

Primary investors in the round include Draper Fisher Jurvetson and idealab! Capital Partners.

"These investment partnerships provide GoTo with the resources needed to fully implement our vision of an efficient market for consumer attention," commented Jeffrey Brewer, chief executive officer of GoTo.com.

"Our investors recognize that an open and transparent marketplace is the only scalable model for meeting the needs of consumers for simpler, more relevant search results and for providing Web sites with a targeted, cost-effective and accountable way to drive traffic to their content."

"Existing consumer search tools are confusing, inefficient and open to behind-the-scenes manipulation," commented Timothy C. Draper, founder and managing director, Draper Fisher Jurvetson. "Currently, there is a limited supply of fairly priced targeted online advertising. GoTo's model greatly expands the supply of targeted and cost-effective marketing opportunities for e-commerce sites."

Bidding for Higher Placement Offers Big Benefit to Advertisers

GoTo.com uses the simple approach of empowering the marketplace to determine the ranking and relevance of advertiser listings .

As a consequence of the open-market bidding system, GoTo advertisers are aware of the amounts their competitors are bidding for a click-through within the search results for a given search  term . Any advertiser can increase a bid for a listing in order to obtain a higher ranking.

The model is similar to a Yellow Pages directory, in which advertisers are accordingly charged for more prominent placement and greater exposure. The major breakthrough with GoTo is that advertisers pay only for actual visits to their sites instead of for simple "exposures," thereby providing the ultimate, accountable pay-for- performance marketing opportunity.

The market interplay between consumers and advertisers determines the value of a given click-through.

Search Made Simple, Great Results

GoTo.com provides users with the fastest, easiest and friendliest way to find the most relevant Web sites on any topic. GoTo's simple and uncluttered interface helps visitors to find what they are looking for in a very straightforward manner.

GoTo's various methods of ranking sites guarantee that the listings returned are appropriate and highly relevant to each query. High-quality e-commerce listings are ranked according to a free-market auction process for each search  term .

Finely categorized editorial listings are displayed according to

OVG_015852

OUTSIDE COUNSEL ONLY    NON-CONFIDENTIAL
UNDER PROTECTIVE ORDER  per 4/17/03 McMahon letter

1/12/00 9:49 AM

Overture v. Google, N.D.
Cal. C02-01991

quality ratings, titles and descriptions, and generated by a group of topic-focused content experts. For **search** **terms** where there are neither e-commerce listings nor editorial suggestions, algorithmically ranked listings are retrieved from a database of the largest existing index of full-text Web documents.

　　GoTo currently has a beta version of the site online, with consumer launch scheduled for the beginning of June.

　　About Draper Fisher Jurvetson

　　Draper Fisher Jurvetson is the leader in start-up venture capital, having invested in more than 150 high-tech companies. In the majority of cases, it is the lead investor for a company's first round of financing.

　　The firm focuses on information-technology businesses with enormous market potential, and helps entrepreneurs achieve their maximum potential through team building, partnerships, advice and support, as well as investments.

　　By pursuing a people-focused approach to venture-capital investing, Draper Fisher Jurvetson continues to fund entrepreneurs with the energy, vision, experience and desire to build great companies. DFJ'S 40 Internet investments include HotMail, Four11, Kana, Release Software and Tumbleweed Software.

　　Draper Fisher Jurvetson is located in Redwood City, Calif., and can be found on the Web at www.drapervc.com.

　　About idealab! Capital Partners

　　idealab! Capital Partners (ICP) is a new Southern California venture firm focused on the Internet and new-technology opportunities. ICP is a sister entity of idealab!, the leading early-stage Internet incubator in America. In addition to idealab! Portfolio companies (Wedding Channel, eToys.com and Tickets.com), ICP investments include other firms such as Centraal, the creators of the Real Name System.

　　idealab! Capital Partners is headed by Managing Directors Bill Elkus and Bill Gross, also founder of idealab!. The company can be found on the Web at www.icp.com.

　　About GoTo.com

　　GoTo.com is another idealab! company. GoTo.com was founded in late 1997. Jeffrey Brewer, co-founder of CitySearch, was named as GoTo.com's CEO in February 1998. A proof-of-concept version of the service was introduced at the TED8 conference on Feb. 21, 1998.

　　The company has experienced tremendous growth in traffic during this prelaunch period, currently generating impressions at the run rate of 12 million per month. GoTo.com is planning a major consumer launch for June, backed by a multimillion-dollar marketing campaign. The company has 25 employees and is located in Pasadena.

　　About idealab!

　　idealab! is the nation's largest Internet incubator, with more than 20 businesses in various stages of development, employing more than 1,000 people worldwide. Other idealab! companies include CitySearch, which is the industry-leading local information service; eToys.com, which is the leading online toy retailer; PeopleLink; Tickets.com; and IntraNetics. GoTo.com is based in Pasadena.

　　　　　CONTACT: KillerApp Communications
　　　　　　　　　Dan Wool or Julie Gladders, 213/938-7600
　　　　　　　　　dwool/jgladders@kappcomm.com
　　COPYRIGHT 1999 Gale Group
　　COPYRIGHT 1998 Business Wire
PUBLISHER NAME: Business Wire
COMPANY NAMES:   *GoTo.com
EVENT NAMES:     *820  (Receipt of funds)
GEOGRAPHIC NAMES: *1USA   (United States)
PRODUCT NAMES:   4811525    (Online **Search** Services & Directories)
INDUSTRY NAMES:  BUS   (Business, General); BUSN   (Any type of business)
NAICS CODES:  51114   (Database and Directory Publishers)
?

OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER
NON-CONFIDENTIAL
per 4/17/03 McMahon letter

OVG_015853