# Grewal Decl., Exhibit H



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER OF
PATENTS AND TRADEMARKS
Washington, D C  20231

Paper No. 8

ELAINE K LEE
BRINKS HOFER GILSON & LIONE
P O BOX 10395
CHICAGO, IL 60610

Mailed

DEC 6  1999

Director's Office
Group 2700

In re Application of:
Darren J. Davis, et al
Application No.: 09/322,677
Filed: May 28, 1999
For SYSTEM AND METHOD FOR
   INFLUENCING A POSITION ON A
   SEARCH RESULT LIST GENERATED
   BY A COMPUTER NETWORK
   SEARCH ENGINE

DECISION ON PETITION TO
MAKE SPECIAL

This is a decision on the petition under 37 C.F.R § 1 102, filed October 25, 1999, to make the above-identified application special

The petition requests that the above-identified application be made special under the procedure set forth in M P.E P. § 708 02, item II Infringement

A grantable petition under 37 C F R § 1 102(d), M.P E P § 708.02, item II: Infringement, must be accompanied by the required fee and a statement alleging

(1) that there is an infringing device or product actually on the market or method in use,

(2) that a rigid comparison of the alleged infringing device, product, or method with the claims of the application has been made, and that, in his or her opinion, some of the claims are unquestionably infringed; and

(3) that he or she has made or caused to be made a careful and thorough search of the prior art or has a good knowledge or the pertinent prior art

Further, Applicant must provide one copy of each of the references deemed most closely related to the subject matter encompassed by the claims if said references are not already of record

GOG 31622

Serial Number: 09/322,677  Page 2
On Petition

The petition is **GRANTED**

The application will then be forwarded to the examiner for expedited prosecution.

If the examiner can make this application special without prejudice to any possible interfering applications, and he or she should make a rigid search for such, he or she is authorized to do so for the next action  Should the application be rejected, the application will not be considered special for the subsequent action unless the applicant promptly makes a bona fide effort to place the application in condition for allowance, even if it is necessary to have an interview with the examiner to accomplish this purpose

If the examiner finds any interfering application for the same subject matter, he or she should consider such application simultaneously with this application and should state in the official letter of such application that she is taking it out of its turn because of possible interference.

Should an appeal be taken in this application or should this application become involved in an interference, consideration of the appeal and the interference will be expedited by all Patent and Trademark Office officials concerned, contingent likewise upon diligent prosecution by the applicant.

The petition is granted to the extent indicated

*Kenneth A. Wieder* (signature)
Kenneth A. Wieder
Special Program Examiner
Technology Center 2700
Communications & Information Processing
(703) 305-4710

GOG 31623