# Grewal Decl., Exhibit I

Overture v. Google, N.D.
Cal. C02-01991



UNITED STATE... DEPARTMENT OF C
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRA
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY D |
|---|---|---|---|
| | 05/28/99 | DAVIS | 9623 |

```
       ELAINE K LEE                    LM02/0131
       BRINKS HOFER GILSON & LIONE
       P O BOX 10395
       CHICAGO IL 60610
```

| EXAMINER |
|---|
| NGUYEN, C |

| ART UNIT | PAPER |
|---|---|
| 2764 | |

DATE MAILED: 01/3

Please find below and/or attached an Office communication concerning this application o
proceeding.

Commissioner of Patents and T



BRINKS HOFER GILSON & LIONE
RECEIVED
FEB - 4 2000
RECEIVED
U. S. DOCKET

OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

NON-CONFIDENTIAL
per 4/17/03 McMahon letter

OVG_016066

PTO-90C (Rev. 2/95)

2 - Mail C

| Office Action Summary | Application No. 09/322,677 | Applicant(s) Davis et al. |
|---|---|---|
| | Examiner Cuong H. Nguyen | Group Art Unit 2764 |

[X] Responsive to communication(s) filed on **Oct 25, 1999**

[ ] This action is FINAL.

[ ] Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ____3____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claim**

[X] Claim(s) *1-68* is/are pending in the applicat

Of the above, claim(s) _____ is/are withdrawn from consideration

[ ] Claim(s) _____ is/are allowed.

[X] Claim(s) *1-68* is/are rejected.

[ ] Claim(s) _____ is/are objected to.

[ ] Claims _____ are subject to restriction or election requirement.

**Application Papers**

[X] See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

[ ] The drawing(s) filed on _____ is/are objected to by the Examiner.

[ ] The proposed drawing correction, filed on _____ is [ ] approved [ ] disapproved.

[ ] The specification is objected to by the Examiner.

[ ] The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

[ ] Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

   [ ] All  [ ] Some*  [X] None  of the CERTIFIED copies of the priority documents have been

   [ ] received.

   [ ] received in Application No. (Series Code/Serial Number) _____

   [ ] received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   *Certified copies not received: _____

[ ] Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

[X] Notice of References Cited, PTO-892

[ ] Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

[ ] Interview Summary, PTO-413

[X] Notice of Draftsperson's Patent Drawing Review, PTO-948

[ ] Notice of Informal Patent Application, PTO-152

NON-CONFIDENTIAL
per 4/17/03 McMahon letter

OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

— SEE OFFICE ACTION ON THE FOLLOWING PAGES —

OVG_016067

S.N.: 09/322,677
Art Unit: 2764

### DETAILED ACTION

1. This Office Action is the answer to the communication received on 10/25/99 (the petition to make special paper).

2. Claims **1-68** are pending in this application. Claim 6 has been canceled.

#### Drawings

3. This application has been filed with informal drawings which are acceptable for examination purposes only. Formal drawings will be required when the application is allowed.

The following rejections are <u>based on the examiner's best interpretation of the claims</u>.

#### Claim Rejections - 35 USC § 102

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

4. Because the claims in a pending application should be given their broadest reasonable interpretation; claims 1-68 are rejected on 35 U.S.C. 102(b) because the article <u>published on May 19, 1998</u>, about "GoTo.com announces first round of financing, totaling more than $6 million, led by Draper Fisher Jurvetson", indicates possession of that invention. It sets forth the mode contemplated by the inventor of carrying out his invention in "Bidding for higher placement offers big benefit to advertisers

Page 2 of 9

NON-CONFIDENTIAL
per 4/17/03 McMahon letter

OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

OVG_016076

09/322,677
Art Unit 2764

... Any advertiser can increase a bid for a listing in order to obtain a higher ranking". Therefore, this article was published before the application date of the invention (May 28, 1999), in another word, the invention was described in a printed publication in this country, more than one year prior to the date of application for patent in the United States.

### Conclusion

5. Claims **1-68** are rejected.

6. These references are considered pertinent to applicant's disclosure.

- US Pat. 5,724,521 (Dedrick) filing date 11/03/1994 for "Method and apparatus for providing electronic advertisements to end users in a consumer best-fit pricing manner".
- US Pat. 5,794,210 (Goldhaber, et al.) filing date 12/11/1995 for "Attention brokerage".
- US Pat. 5,848,397 (Marsh et al.) filing date 4/19/1996 for "Method and apparatus for scheduling the presentation of messages to computer user".
- US Pat. 5,852,820 (Burrows) filing date 8/09/1996 for "Method for optimizing entries for searching an index".
- US Pat. 5,855,008 (Goldhaber, et al.) filing date 8/28/1997 for "Attention brokerage".

NON-CONFIDENTIAL
per 4/17/03 McMahon letter

OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

OVG_016077

09/322,677
Art Unit 2764

- US Pat. 5,864,845 (Voorhees, et al.) filing date 6/28/1996 for "Facilitating world-wide-web searches utilizing a multiple search engine query clustering fusion strategy".

- US Pat. 5,864,846 (Voorhees, et al.) filing date 6/26/1996 for "Method for facilitating world-wide-web searches utilizing a document distribution fusion strategy".

- US Pat. 5,918,014 (Robinson) filing date 12/26/1996 for "Automated collaborative filtering in world-wide-web advertising".

- US Pat. 5,920,854 (Kirsch, et al.) filing date 8/14/1996 for "Real-time document collection search engine with phrase indexing".

- US Pat. 5,920,859 (Li) filing date 2/02/1997 for "Hypertext document retrieval system and method".

- APS Search Tools - Patent Search Client Strategy publishing date 9/17/1997 by US Patent & Trademark Office.

- Frequently Asked Questions NT Image Search & Retrieval (IS&R) modified 12/04/1997 by US Patent & Trademark Office.

- Chapter 1 - Introduction to Dialog, pp.1-1 to 1-14 by Dialog Information Service, Inc.

- "Automated Patent System (APS) Workstation Reference Manual published on 7/01/1996 by US Patent and Trademark Office.

Page 4 of 9

NON-CONFIDENTIAL
per 4/17/03 McMahon letter

OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

OVG_016078

09/322,677
Art Unit 2764

- Frentzen, "Help for getting the word out about Web sites. (Site promotion tools)", PC Week, v14, n46, p27(1), published on 11/03/1997.

- Miller, "Improve your ranking (building Web sites to attract Web searches)", Home Office Computing, v16, n1, p51(2), published on Jan. 1998.

- Lash, "Open Text updates tools" CNET News.com (http://www.news.com/News/Item/0,4,6118,00.html) published on 12/11/1996.

- Aguillar, "New ad model charges by the click", http://www.news.com/News/Item/0,4,1199,00.html published on 4/29/1996.

- Wingfield, "Another engine takes ads by the click", http://www.news.com/News/Item/0,4,1387,00.html published on 5/22/1996.

- Pelline, "New search engine goes commercial", by CNET NEWS.COM published on 2/18/1998.

- Wang "Engines Battle Irrelevance of Results - New search service hope to fill the void", by Internet World, published on 2/26/1998.

- Vonder Haar, "Searching for the highest bidder" from Inter@ctive Week, published on 2/19/1998.

Page 5 of 9

NON-CONFIDENTIAL
per 4/17/03 McMahon letter

OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

OVG_016079

09/322,677
Art Unit 2764

- Riedman, "Search engine startup to auction listings" from Interactive - advertising, published on 2/23/1998.
- Rich, "New search engine allows sites to pay this way to top" from http://www.adweek.com/iq/iqnews02.asp, published on 2/23/1998.
- Mardesich, "Web site operators pay for top billing - Search engine allows site sponsors to buy place on special list", from Knight Ridder Newspapers or Alexander Communications, published on 3/02/1998.
- Hilty, "GoTo.Hell - What happens when an online search engine accepts cash from Web sites?", http://www.ocweekly.com/ink/archives/97/27byte-3.11.98-1.html, published on 3/11/1998.
- Flynn, "With Goto.com's Search Engine, the Highest Bidder Shall Be Ranked First", by the New York Times, published on 3/16/1998.
- Clark, "Start-up plans Internet search service tying results to advertising spending" from The Wall Street Journal, published on 2/20/1998.
- "Going, Going ..." from A closer look of The Wall Street Journal - Marketplace, published on 4/02/1998.
- "coursey.com" David Coursey's insider report on Personal Computing, the Internet, and Communications, published on 3/18/1998.

Page 6 of 9

NON-CONFIDENTIAL
per 4/17/03 McMahon letter

OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

OVG_016080

09/322,677
Art Unit 2764

- Glaser, "Who will GoTo.com", from OnlinePress.com, published on 2/20/1998.

- Mardesich, "Search engine charges hit sites", http://www.sjmercury.com/business/center/goto022198.htm, published on 2/29/1998.

- "News About Search Engines", from http://searchenginewatch.com/ness.html, published on 2/23/1998.

- Wang, "Engines Battle Irrelevance of Results", from Internet world, published on 2/23/1998.

- Swartz, "Browser only lists paying Web sites. Critics fear approach will squeeze out most small Internet players", from http://www.sfgate.com/cgi-bin/, published on San Francisco Chronicle 2/21/1998.

- McWilliams, "Search engine to sell top positions on results lists", http://www.pcworld.com/news/daily/data/0298/...html, published on 2/23/1998.

- "Search engine startup to auction listings", from http://www.adage.com/interactive/daily/index.html, published on Feb. 1998.

- Alyson, "Searching the search engines", from Bacon's, published on 5/08/1998.

Page 7 of 9

NON-CONFIDENTIAL
per 4/17/03 McMahon letter

OVG_016081

OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

09/322,677
Art Unit 2764

- Pelline, "Pay-for-placement gets another shot", http://www.news.com/News/Item/0,4,19307,00.html, published on 2/19/1998.

7. Any inquiry concerning this communication or earlier communications from the examiner should be directed to examiner Cuong H. Nguyen, whose telephone number is (703)305-4553. The examiner can normally be reached on Monday-Friday from 7:00 AM-4:30 PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James P. Trammell, can be reached on (703)305-9768.

**Any response to this action should be mailed to:**

Box Issue Fee                    Amendments

  Commissioner of Patents and Trademarks

  c/o Technology Center 2700

  Washington, D.C. 20231

**or faxed to:**

  (703) 308-9051, (for formal communications intended for entry)

**Or:**

  (703) 305-0040 (for informal or draft communications, please label "PROPOSED" or "DRAFT")

Page 8 of 9

NON-CONFIDENTIAL
per 4/17/03 McMahon letter

OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

OVG_016082

09/322,677
Art Unit 2764

Hand-delivered responses should be brought to Crystal Park II, 2121 Crystal Drive, Arlington. VA., Sixth Floor (Receptionist).

Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703)305-3900.

Cuong H. Nguyen
Jan. 17, 1999

James P. Trammell
Supervisory Patent Examiner
Technology Center 2700

NON-CONFIDENTIAL
per 4/17/03 McMahon letter

Page 9 of 9

OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

OVG_016083

Overture v. Google, N.D.
Cal. C02-01991

Form PTO 948 (Rev. 8-98)   U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office   Application No.  09/322671

## NOTICE OF DRAFTSPERSON'S PATENT DRAWING REVIEW

The drawing(s) filed (insert date) 5/28/99 are

A. ☐ approved by the Draftsperson under 37 CFR 1.84 or 1.152.
B. ☒ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 for the reasons indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawing must be submitted according to the instructions on the back of this notice.

1. **DRAWINGS.** 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   ___ Color drawings are not acceptable until petition is granted.
   Fig(s) ___
   ___ Pencil and non black ink not permitted. Fig(s) ___
2. **PHOTOGRAPHS.** 37 CFR 1.84 (b)
   ___ 1 full-tone set is required. Fig(s) ___
   ___ Photographs not properly mounted (must use brystol board or photographic double-weight paper). Fig(s) ___
   ___ Poor quality (half-tone). Fig(s) ___
3. **TYPE OF PAPER.** 37 CFR 1.84(e)
   ___ Paper not flexible, strong, white, and durable.
   Fig(s) ___
   ___ Erasures, alterations, overwritings, interlineations, folds, copy machine marks not accepted. Fig(s) ___
   ___ Mylar, velum paper is not acceptable (too thin).
   Fig(s) ___
4. **SIZE OF PAPER.** 37 CFR 1.84(f): Acceptable sizes:
   ___ 21.0 cm by 29.7 cm (DIN size A4)
   ___ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
   ___ All drawing sheets not the same size.
   Sheet(s) ___
   ___ Drawings sheets not an acceptable size. Fig(s) ___
5. **MARGINS.** 37 CFR 1.84(g): Acceptable margins:
   Top 2.5 cm  Left 2.5 cm  Right 1.5 cm  Bottom 1.0 cm
      SIZE: A4 Size
   Top 2.5 cm  Left 2.5 cm  Right 1.5 cm  Bottom 1.0 cm
      SIZE: 8 1/2 x 11
   Margins not acceptable. Fig(s) 1-8
      ✗ Top (T)   ___ Left (L)
      ✗ Right (R) ___ Bottom (B)
6. **VIEWS.** 37 CFR 1.84(h).

8. **ARRANGEMENT OF VIEWS.** 37 CFR 1.84(i)
   ___ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned so that the top becomes the right side, except for graphs. Fig(s) ___
9. **SCALE.** 37 CFR 1.84(k)
   ___ Scale not large enough to show mechanism without crowding when drawing is reduced in size to two-thirds in reproduction.
   Fig(s) ___
10. **CHARACTER OF LINES, NUMBERS, & LETTERS.**
    37 CFR 1.84(l)
    ✗ Lines, numbers & letters not uniformly thick and well defined, clean, durable, and black (poor line quality).
    Fig(s) ___
11. **SHADING.** 37 CFR 1.84(m)
    ___ Solid black areas pale. Fig(s) ___
    ___ Solid black shading not permitted. Fig(s) ___
    ___ Shade lines, pale, rough and blurred. Fig(s) ___
12. **NUMBERS, LETTERS, & REFERENCE CHARACTERS.**
    37 CFR 1.84(p)
    ___ Numbers and reference characters not plain and legible.
    Fig(s) ___
    ___ Figure legends are poor. Fig(s) ___
    ___ Numbers and reference characters not oriented in the same direction as the view. 37 CFR 1.84(p)(1)
    Fig(s) ___
    ___ English alphabet not used. 37 CFR 1.84(p)(2)
    Figs ___
    ___ Numbers, letters and reference characters must be at least .32 cm (1/8 inch) in height. 37 CFR ___

REVIEWER ___ DATE ___ TELEPHONE NO. ___

NON-CONFIDENTIAL
per 4/17/03 McMahon letter

OUTSIDE COUNSEL ONLY
UNDER PROTECTIVE ORDER

OVG_016084