# Grewal Decl., Exhibit L

Dockets.Justia.com

| Interview Summary | Application No 09/322,677 | Applicant(s) Davis et al. |
|---|---|---|
| | Examiner Cuong H. Nguyen | Group Art Unit 2764 |

All participants (applicant, applicant's representative, PTO personnel)

(1) _Cuong H. Nguyen (US PTO)_    (3) _Mr James P. Trammell (US PTO)_

(2) _Mr James P Naughton (Reg # 30,665)_  (4) _Mr. John Rauch (Reg. # 37,218)_

Date of Interview  _Aug 1, 2000_

Type  ☐ Telephonic  ☒ Personal (copy is given to  ☒ applicant   applicant's representative)

Exhibit shown or demonstration conducted   ☐ Yes  ☒ No  If yes, brief description

Agreement  ☒ was reached   ☐ was not reached

Claim(s) discussed  _1-5 and 7-68_

Identification of prior art discussed

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:

1. Applicant will submit quidditrafts to clarify features that were not in the prior system as described in the prev. interv. 5/17/98.

2. Applicant will amend claim 1, for further clarification of features discussed.

3. PTO will withdraw the finality of the last office action.

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

1  ☐  It is not necessary for applicant to provide a separate record of the substance of the interview

Unless the paragraph above has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (See MPEP Section 713.04) If a response to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW

2  ☐  Since the Examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action. Applicant is not relieved from providing a separate record of the interview unless box 1 above is also checked

Examiner Note  You must sign and stamp this form unless it is an attachment to a signed Office action