1 KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
2 DARALYN J. DURIE - #169825
CHRISTINE P. SUN - #218701
3 RAVIND S. GREWAL - #220543
710 Sansome Street
4 San Francisco, CA 94111-1704
Telephone: (415) 391-5400
5 Facsimile: (415) 397-7188

6 Attorneys for Defendant and Counterclaimant
GOOGLE INC.
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 OVERTURE SERVICES, INC.,       Case No. C 02-01991 JSW (EDL)

13     Plaintiff and Counter Defendant,     **CERTIFICATE OF SERVICE**

14     v.

15 GOOGLE INC.,

16     Defendant and Counter Claimant.

334436.01                  **Certificate Of Service**
                 **Case No. C 02-01991 JSW (EDL)**

Dockets.Justia.com

# CERTIFICATE OF SERVICE

I, Lauren Hartz-Lewis, declare and state as follows:

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On June 29, 2004, I served the following document(s):

**NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY RE: PROSECUTION OF THE '361 PATENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF [REDACTED VERSION]; and**

**DECLARATION OF RAVIND S. GREWAL IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY RE: PROSECUTION OF THE '361 PATENT;**

☒   by **PERSONAL DELIVERY,** by personally delivering a true and correct copy addressed as shown below.

Robert D. Fram, Esq.
Heller Ehrman White & McAuliffe LLP
333 Bush Street, Suite 3000
San Francisco, CA  94104-2878

Executed on June 30, 2004, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    /s/ Christine P. Sun
Christine P. Sun

334436.01

**Certificate Of Service**
**Case No. C 02-01991 JSW (EDL)**