KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
DARALYN J. DURIE - #169825
CHRISTINE P. SUN - #218701
RAVIND S. GREWAL - #220543
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant and Counterclaimant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., | Case No. C 02-01991 JSW (EDL) |
| Plaintiff and Counter Defendant, | ***CORRECTED* CERTIFICATE OF SERVICE** |
| v. | |
| GOOGLE INC., | |
| Defendant and Counter Claimant. | |

334501.01

*Corrected* Certificate Of Service
Case No. C 02-01991 JSW (EDL)

Dockets.Justia.com

## *CORRECTED* CERTIFICATE OF SERVICE

I, Christine P. Sun, declare and state as follows:

I am an attorney licensed to practice in the State of California and am an associate at the law firm of Keker & Van Nest, LLP, counsel for Defendant and Counterclaimant Google Inc. in this matter. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On June 29, 2004, I served the following document(s):

**NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY RE: PROSECUTION OF THE '361 PATENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF [REDACTED VERSION]; and**

**DECLARATION OF RAVIND S. GREWAL IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY RE: PROSECUTION OF THE '361 PATENT AND EXHIBITS THERETO;**

☒   by **PERSONAL DELIVERY,** by personally delivering a true and correct copy addressed as shown below.

Robert D. Fram, Esq.
Heller Ehrman White & McAuliffe LLP
333 Bush Street, Suite 3000
San Francisco, CA  94104-2878

Executed on June 30, 2004, at San Francisco, California. I declare under penalty of perjury that the above is true and correct.

          /s/ Christine P. Sun
          Christine P. Sun