1 | KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
2 | DARALYN J. DURIE - #169825
CHRISTINE P. SUN - #218701
3 | RAVIND S. GREWAL - #220543
710 Sansome Street
4 | San Francisco, CA 94111-1704
Telephone: (415) 391-5400
5 | Facsimile: (415) 397-7188

6 | Attorneys for Defendant and Counterclaimant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| OVERTURE SERVICES, INC., | Case No. C 02-01991 JSW (EDL) |
|---|---|
| Plaintiff and Counterdefendant, | *AMENDED* REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER |
| v. | |
| GOOGLE INC., | Date: August 3, 2004<br>Time: 9:00 a.m.<br>Courtroom: E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |
| Defendant and Counterclaimant. | |

1  Google Inc. hereby submits this *Amended* Request to File Documents Under Seal in connection with its Motion to Compel Production of Documents and Testimony Re: Prosecution of the '361 Patent.  By letter dated July 1, 2004, Overture Services, Inc. informed Google that it would de-designate certain exhibits lodged on June 29, 2004 in support of Google's Motion.  This amendment thus narrows the scope of Google's June 29, 2004 request to file under seal.

Google requests that the Court allow Google to file under seal an *amended* unredacted version of its Motion, and the *Amended* Declaration of Christine P. Sun ("Sun Declaration") in support thereof.

**The *Amended* Declaration of Christine P. Sun and Exhibits thereto**

The exhibits to the Sun Declaration contain documents that appear to be Overture draft business plans and internal reports that have been designated as confidential or outside counsel only information by Overture.  Under the terms of the protective order entered in this case on December 16, 2002, Google cannot file these materials publicly.  *See* Protective Order ¶ 6.

**The Motion to Compel Production of Documents and Testimony Re: Prosecution of the '361 Patent (*amended* unredacted version)**

The *amended* unredacted version of the Motion to Compel Production of Documents and Testimony Re: Prosecution of the '361 Patent contains quotations and references to the confidential and outside counsel only exhibits to the Sun Declaration.  Under the terms of the protective order entered in this case on December 16, 2002, Google cannot file publicly documents containing information designated as confidential or outside counsel only.  *See* Protective Order ¶ 6.

The non-confidential exhibits to which Google cites in its Motion are attached to the Declaration of Ravind S. Grewal and the Supplemental Declaration of Ravind S. Grewal, which are being publicly filed.  An *amended* redacted Motion, omitting reference to the exhibits to the Sun Declaration, is also being publicly filed.

In light of the foregoing, Google respectfully submits that this Request to File Documents Under Seal is narrowly tailored within the meaning of Civil Local Rule 79-5.  Google therefore requests that the Court permit the sealing of the documents set forth above, and order that the

1

Clerk of the Court maintain them in accordance with the provisions of Local Civil Rule 79-5(e).

RESPECTFULLY SUBMITTED,

Dated:  July 6, 2004                                             KEKER & VAN NEST, LLP

By:     /s/ Christine P. Sun
CHRISTINE P. SUN
Attorneys for Defendant and
Counterclaimant GOOGLE INC.

### [PROPOSED] ORDER

Pursuant to Civil Local Rules 7-10 and 79-5, Google has applied to this Court for an order permitting them to file under seal certain documents in connection with its Motion to Compel Production and Testimony Re: Prosecution of the '361 Patent.

GOOD CAUSE APPEARING, Google's request is granted.  The Clerk is directed to maintain the following documents, submitted by Google on or about July 6, 2004, in accordance with the provisions of Civil Local Rule 79-5(e):

(1)     Google's Notice of Motion and Motion to Compel Production of Documents and Testimony Re: Prosecution of the '361 Patent; Memorandum of Points and Authorities in Support Thereof (*Amended* Unredacted Version).

(2)     The *Amended* Declaration Of Christine P. Sun in Support of Google's Motion to Compel Production of Documents and Testimony Re: Prosecution of the '361 Patent, and exhibits thereto.

IT IS SO ORDERED.

Dated:  _____

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge