1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  DARALYN J. DURIE - #169825
   CHRISTINE P. SUN - #218701
3  RAVIND S. GREWAL - #220543
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendant and Counterclaimant
   GOOGLE INC.
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

12 | OVERTURE SERVICES, INC., | Case No. C 02-01991 JSW (EDL)
13 |    Plaintiff and Counter Defendant, | **CERTIFICATE OF SERVICE**
14 |    v. |
15 | GOOGLE INC., |
16 |    Defendant and Counter Claimant. |

334690.01

**Certificate Of Service**
**Case No. C 02-01991 JSW (EDL)**

# CERTIFICATE OF SERVICE

I, Lauren Hartz-Lewis, declare and state as follows:

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On July 6, 2004, I served the following document(s):

**NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY RE: PROSECUTION OF THE '361 PATENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF [*AMENDED* UNREDACTED VERSION]; and**

*AMENDED* **DECLARATION OF CHRISTINE P. SUN IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY RE: PROSECUTION OF THE '361 PATENT;**

☑ by **MESSENGER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

Robert D. Fram, Esq.
Heller Ehrman White & McAuliffe LLP
333 Bush Street, Suite 3000
San Francisco, CA  94104-2878

Executed on July 6, 2004, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                        /s/ Lauren Hartz-Lewis
                                        Lauren Hartz-Lewis