KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
DARALYN J. DURIE - #169825
CHRISTINE P. SUN - #218701
RAVIND S. GREWAL - #220543
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant and Counterclaimant
GOOGLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC.,<br><br>    Plaintiff and Counterdefendant,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant and Counterclaimant. | Case No. C 02-01991 JSW (EDL)<br><br>**NOTICE OF MANUAL FILING**<br><br>Date:           August 3, 2004<br>Time:          9:00 a.m.<br>Courtroom: E, 15th Floor<br>Judge:         Hon. Elizabeth D. Laporte |

334694.01

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   The *amended* unredacted version of Defendant and Counterclaimant Google Inc.'s Notice
3   of Motion and Motion to Compel Production of Documents and Testimony Re: Prosecution of
4   the '361 Patent and the *Amended* Declaration of Christine P. Sun in support thereof ("Sun
5   Declaration"), are being filed in paper form only, and are being maintained, under seal, in the
6   case file in the Clerk's office. The *amended* redacted version of Google's Notice of Motion and
7   Motion to Compel Production of Documents and Testimony Re: Prosecution of the '361 Patent
8   is being publicly filed.

9   The *amended* unredacted version of Google's Motion and the Sun Declaration are being
10  manually filed because they contain information that must be filed under seal under the terms of
11  the protective order entered in this case on December 16, 2002.

13  Dated: July 6, 2004                                    KEKER & VAN NEST, LLP

                                                    By:    /s/ Christine P. Sun
                                                           CHRISTINE P. SUN
                                                           Attorneys for Defendant and
                                                           Counterclaimant GOOGLE INC.

334694.01

1
NOTICE OF MANUAL FILING
CASE NO. C 02-01991 JSW (EDL)