1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  DARALYN J. DURIE - #169825
   CHRISTINE P. SUN - #218701
3  RAVIND S. GREWAL - #220543
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6  Attorneys for Defendant and Counterclaimant
   GOOGLE INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | OVERTURE SERVICES, INC.,                | Case No. C 02-01991 JSW (EDL)
13 |     Plaintiff and Counterdefendant,      | ***SUPPLEMENTAL* DECLARATION OF RAVIND S. GREWAL IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY RE: PROSECUTION OF '361 PATENT**
14 |     v.                                   |
15 | GOOGLE INC.,                             |
16 |     Defendant and Counterclaimant.       | Date:       August 3, 2004
                                               | Time:       9:00 a.m.
17                                             | Courtroom:  E, 15th Floor
                                               | Judge:      Hon. Elizabeth D. Laporte
18

...

28

334658.01

*SUPPLEMENTAL* DECLARATION OF RAVIND S. GREWAL IN SUPPORT OF MOTION TO COMPEL
PRODUCTION OF DOCUMENTS AND TESTIMONY RE: PROSECUTION OF '361 PATENT
CASE NO. C 02-01991 JSW (EDL)

1  I, RAVIND S. GREWAL, declare as follows:

2  1. I am an attorney licensed to practice in the State of California and am an associate
3  at the law firm of Keker & Van Nest, LLP, counsel for Defendant and Counterclaimant Google
4  Inc. in this matter. I submit this supplemental declaration in support of Google's Motion To
5  Compel Production of Documents and Testimony Re: Prosecution Of '361 Patent. Attached to
6  this Declaration are exhibits that were de-designated by Overture Services, Inc. by letter dated
7  July 1, 2004.

8  2. Attached hereto as Exhibit A is a true and correct copy of emails that were
9  attached to a document entitled "March 1998 Goto.com Business Plan," (OVG 47263-47271).

10  3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the May
11  20, 2003 deposition of Darren J. Davis, and the errata sheet for that deposition.

12  4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the July
13  18, 2003 deposition of Elaine K. Lee.

14  5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the July
15  23, 2003 deposition of John Rauch, and the errata sheet for that deposition.

16  I declare under penalty of perjury under the laws of the United States that the foregoing is
17  true and correct. Executed this 6th day of July, 2004, at San Francisco, California.

19      /s/ Ravind S. Grewal
    RAVIND S. GREWAL

---

1

*SUPPLEMENTAL* DECLARATION OF RAVIND S. GREWAL IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY RE: PROSECUTION OF '361 PATENT
CASE NO. C 02-01991 JSW (EDL)

334658.01