**EXHIBIT A**

Testimonials

---

Date: Wed, 18 Mar 1998 16:25:28 -0500
To: sales@goto.com
From: Chris Wade <webmaster@laserexcellence.com>
Subject: Re: Your GoTo.com Search Term Bid
In-Reply-To: <199803180206653.18588.qmail@niccolo.idealab.com>
Mime-Version: 1.0
Content-Type: text/plain; charset="iso-8859-1"

Hi, I first want to thank you for your service. I've noticed an increase
in traffic based on my last order with you....

Chris Wade
Webmaster
Laser Excellence!
E-Mail: webmaster@laserexcellence.com

---

Message-Id: <3.0.16.19980324004804.5807efa8@addy.com>
Sender: awc@addy.com
X-Mailer: Windows Eudora Pro Version 3.0 (16)
Date: Tue, 24 Mar 1998 00:48:25 -0500
To: sales@goto.com
From: Chris Andrews <chris@andrews.com>
Subject: paid listings
Mime-Version: 1.0
Content-Type: text/plain; charset="us-ascii"

Hi,

Wow, I like what you are putting together. I can not afford expensive
banner ads in the search engines, so I spend way to much time working on
getting my pages ranked well in other search engines, I would be happy to
pay per click through! This is much better than paying per view!


Thank you,

Chris Andrews
Andrews Worldwide Communications
http://www.andrews.com

---

Delivered-To: alias-goto-support@goto.com
From: "Lewis, Rich" <rlewis@timevalue.com>
To: "'support@goto.com'" <support@goto.com>
Subject: RE: Notication of GoTo Bid Acceptance
Date: Wed, 25 Mar 1998 09:18:20 -0800

"Great!!! I love what you HAVE done...."
(invoce #3517f8ff21e1)

---

1

Outside Counsel Only Under Protective Order                    OVG047263

Return-Path: <bruce@colorshirts.com>
Delivered-To: qidealab-shannon@idealab.com
Delivered-To: alias-goto-support@goto.com
X-Sender: bbbruce@mail.earthlink.net
**Date: Sat, 28 Mar 1998 10:18:14 -0800**
To: support@goto.com
From: Bruce Bowe <bruce@colorshirts.com>
Subject: Re: Notication of GoTo Bid Acceptance

Hi.
Re: invoice #3516df046cc3

I have had two visits from goto.com and one of them
spent $35 so I am happy with that.

If you are able to maintain a good hit rate for goto.com, I think you may
have a great future on the web.

I want to ask also about advertising.  Can you give me a rate card?

Thanks.

Bruce

++++++++++++++++++++++++++++++++++++++
Bruce Bowe
Del Sol of Santa Rosa
http://www.colorshirts.com

---

Return-Path: <alyven@acunet.net>
Delivered-To: qidealab-shannon@idealab.com
Delivered-To: alias-goto-support@goto.com
**Date: Wed, 25 Mar 1998 13:59:30 -0500**
From: Sasha Alyson <alyven@acunet.net>
Organization: Alyson Adventures, Inc.
To: support@goto.com
Subject: re: Alyson Adventures trips

I like your new approach and have just registered a number of words. I
hope you're quite successful.

...I wish you much success -- I'm tired of
finding porn sites and spam as half of the listings on a search engine.

Sasha Alyson

Outside Counsel Only Under Protective Order

OVG047264

As a charter member writing for the second time, I just wanted to

From: Rob Long <rob@go2mexico.com>
Subject: re: GoTo.com

In regards to Sarraf Jewelry's query about GoTo.com

We purchased a couple of keywords for our sites about a month ago.
Seemed like a good way to ensure placement and, heck, it only cost
us $25 for 2500 potential clickthrus...

1) Results?
Checking the near-month-end stats, we've received a total of 49
click-thrus for the keywords "Travel" and "Timeshare". In the same
period, we had 1364 from Yahoo.com... Not too stellar on
GoTo.com's part, but they're just getting started (wouldn't have
seen 49 clickthru's in Yahoo's first months, either).

2) Any thoughts on this tactic?

To my way of thinking this is the single biggest innovation in
search engines. If Lycos, Altavista, and Excite adopted a similar
vein, I'd buy ads on each and every one... Yet, I'm very unlikely
to buy traditional ads on any of these same engines... the
economics just don't work out for our company.


So, do I recommend GoTo.com? At $.01-.05 per click thru, you're
damn right! Is it the "promised land" of online ad buying? No.
But this is an area where a savvy, brand name site can and will
make a killing. And I'll be contributing to their coffers every
month.

Rob Long
Head Geek, The Holiday Group
http://www.holiday-timeshares.com

---

Date: Wed, 8 Apr 1998 18:15:50 +0700
From: "Chris" <research@gemkey.com>
Reply-To: "Chris" <research@gemkey.com>
Organization: GEMKEY
Priority: Normal
To: support@goto.com
Subject: 3529e51b6a47 a few questions

Hi,

Just received your mail, thank you, like your format and
layout very professional, the idea is really great and we're very
happy to be a part of it, a few questions

Many Thanks

---

3

Outside Counsel Only Under Protective Order

OVG047265

Return-Path: <zoie@mindspring.com>
Delivered-To: qidealab-shannon@idealab.com
Delivered-To: alias-goto-support@goto.com
X-Sender: zoie@pop.mindspring.com
**Date: Tue, 07 Apr 1998 09:36:33 -0400**
To: support@goto.com
From: Victoria Weston <zoie@mindspring.com>
Subject: Re: Notication of GoTo Bid Acceptance

Thank you!

I'm really excited about this system.  It's wonderful to finally see one of
my websites listed first!  Maybe this will indeed help business.

Victoria Weston

---

Return-Path: <Judy@computerextras.com>
Delivered-To: alias-goto-stephanie@goto.com
Delivered-To: alias-goto-feedback@goto.com
To: feedback@goto.com
From: Judy@computerextras.com
Subject: GoTo Mail, Remote Host franco.fb.idealab.com, Remote IP 10.1.4.1
Sender: Judy
X-User-Agent: Browser - Mozilla/3.0C-NSCP  (Win16; U)

I thank you for listing my website. You are doing a great service for
businesses. Your site is easy to follow and in dealing with the public
in general, that is what is needed.

Thank you, Judy

4

Outside Counsel Only Under Protective Order

Return-Path: <hoosbo@juno.com>
Delivered-To: alias-goto-stephanie@goto.com
Delivered-To: alias-goto-feedback@goto.com
To: feedback@goto.com
From: hoosbo@juno.com
Subject: GoTo Mail, Remote Host franco.fb.idealab.com, Remote IP 10.1.4.1
Sender: Bo Rankin
X-User-Agent: Browser - Mozilla/3.0C-GZone (Win95; I)

I have been dying to tell you what I think about your search engine.
It is absolutely awesome, and I have told anyone who's interested in
computers about you. I love the friendly, simple format, the calming
colors, the quickness of each search, and the quality sites. EVERY
SINGLE time I have used your engine, I have found EXACTLY what I
needed. This is impossible with the other popular engines for all the
reasons counter to your positive aspects. Which reminds me - please
do not become like all the others. You are perfect as you are!

---

Return-Path: <cgaddis@metrolink.net>
Delivered-To: alias-goto-stephanie@goto.com
Delivered-To: alias-goto-feedback@goto.com
To: feedback@goto.com
From: cgaddis@metrolink.net
Subject: GoTo Mail, Remote Host franco.fb.idealab.com, Remote IP 10.1.4.1
Sender: Carl Gaddis
X-User-Agent: Browser - Mozilla/4.04 [en] (Win95; I)

Love it! I got better matches here than on yahoo, excite, or webcrawler.

---

Return-Path: <petra.strassegger@schladming.org>
Delivered-To: alias-goto-stephanie@goto.com
Delivered-To: alias-goto-feedback@goto.com
To: feedback@goto.com
From: petra.strassegger@schladming.org
Subject: GoTo Mail, Remote Host franco.fb.idealab.com, Remote IP 10.1.4.1
Sender: Petra Strassegger
X-User-Agent: Browser - Mozilla/4.05 [de] (Win95; I)

I'm a big fan

---

Return-Path: <pj.ferris@ulst.ac.uk>
Delivered-To: alias-goto-stephanie@goto.com
Delivered-To: alias-goto-feedback@goto.com
To: feedback@goto.com
From: pj.ferris@ulst.ac.uk
Subject: GoTo Mail, Remote Host franco.fb.idealab.com, Remote IP 10.1.4.1
Sender: Peter Ferris
X-User-Agent: Browser - Mozilla/3.01 (Win95; I; 16bit)

Brilliant!!!!!!!

5

Outside Counsel Only Under Protective Order

OVG047267

Return-Path: <hamshar1@emirates.net.ae>
Delivered-To: alias-goto-stephanie@goto.com
Delivered-To: alias-goto-feedback@goto.com
To: feedback@goto.com
From: hamshar1@emirates.net.ae
Subject: GoTo Mail, Remote Host franco.fb.idealab.com, Remote IP 10.1.4.1
Sender: Riyam Nicole
X-User-Agent: Browser - Mozilla/3.0 (Win95; I)

This is great. I wrote what I wanted and it came within a flash. It's
awesome, Keep it up!

Return-Path: <1-12>
Delivered-To: alias-goto-stephanie@goto.com
Delivered-To: alias-goto-feedback@goto.com
To: feedback@goto.com
From: 1-12
Subject: GoTo Mail, Remote Host franco.fb.idealab.com, Remote IP 10.1.4.1
Sender: steve polivka
X-User-Agent: Browser - Mozilla/2.01 (Macintosh; I; PPC)

i think that this is the coolest but yet dumbest thing ever made

Return-Path: <46-978>
Delivered-To: alias-goto-stephanie@goto.com
Delivered-To: alias-goto-feedback@goto.com
To: feedback@goto.com
From: 46-978
Subject: GoTo Mail, Remote Host franco.fb.idealab.com, Remote IP 10.1.4.1
Sender: marc nelson
X-User-Agent: Browser - Mozilla/2.01 (Macintosh; I; PPC)

this place rules!!! I just love your services porn and all.

6

Outside Counsel Only Under Protective Order

OVG047268

Overture v ...ogle, N.D. Cal. C02-01991

Return-Path: <ssattler@shastalink.k12.ca.us>
Delivered-To: alias-goto-stephanie@goto.com
Delivered-To: alias-goto-feedback@goto.com
To: feedback@goto.com
From: ssattler@shastalink.k12.ca.us
Subject: GoTo Mail, Remote Host franco.fb.idealab.com, Remote IP 10.1.4.1
Sender: sabra sattler
X-User-Agent: Browser - Mozilla/1.22 (Windows; I; 32bit)

I am very impressed. Lots of variety to chose from although I am
mostly only interested in salt and pepper shakers I still enjoying
seeing all the accessories that I was not aware of previously

---

Return-Path: <butasofi@eunet.yu>
Delivered-To: alias-goto-stephanie@goto.com
Delivered-To: alias-goto-feedback@goto.com
To: feedback@goto.com
From: butasofi@eunet.yu.
Subject: GoTo Mail, Remote Host franco.fb.idealab.com, Remote IP 10.1.4.1
Sender: sofija
X-User-Agent: Browser - Mozilla/4.01 [en] (Win95; I)

 I like you so far.

This is my third visit on

the Net and as far as I

know you seem very easy to use

---

Return-Path: <"sorry, can't say">
Delivered-To: alias-goto-stephanie@goto.com
Delivered-To: alias-goto-feedback@goto.com
To: feedback@goto.com
From: sorry, can't say
Subject: GoTo Mail, Remote Host franco.fb.idealab.com, Remote IP 10.1.4.1
Sender: Tom
X-User-Agent: Browser - Mozilla/3.01C-VN711-003  (Win95; I) via NetCache
version NetApp Release 3.2.1X3: Fri Apr 17 12:12:26 PDT 1998
I think this sight is a very good idea and no matter what happens,
please keep this site up and running at all times.

7

Outside Counsel Only Under Protective Order

OVG047269

Overture v   ogle, N.D. Cal. C02-01991

Return-Path: <bm953>
Delivered-To: alias-goto-stephanie@goto.com
Delivered-To: alias-goto-feedback@goto.com
To: feedback@goto.com
From: bm953
Subject: GoTo Mail, Remote Host franco.fb.idealab.com, Remote IP 10.1.4.1
Sender: lee huber
X-User-Agent: Browser - Lynx/2.7 libwww-FM/2.14

good one
like this a lot

keep up the good work

---

Return-Path: <Magna2001@aol.com>
Delivered-To: alias-goto-stephanie@goto.com
Delivered-To: alias-goto-feedback@goto.com
To: feedback@goto.com
From: Magna2001@aol.com
Subject: GoTo Mail, Remote Host franco.fb.idealab.com, Remote IP 10.1.4.1
Sender: Chris
X-User-Agent: Browser - Mozilla/2.0 (compatible; MSIE 3.0; AOL 4.0;
Windows 95)

GoTo is A good search engine

---

Return-Path: <S-bhati@uow.com.au>
Delivered-To: alias-goto-stephanie@goto.com
Delivered-To: alias-goto-feedback@goto.com
To: feedback@goto.com
From: S-bhati@uow.com.au
Subject: GoTo Mail, Remote Host franco.fb.idealab.com, Remote IP 10.1.4.1
Sender: Mugdha and Elana
X-User-Agent: Browser - Mozilla/3.01Gold (Macintosh; I; PPC)

This is a really efficient and quick search link.

---

Return-Path: <S-Bhati@uow.com.au>
Delivered-To: alias-goto-stephanie@goto.com
Delivered-To: alias-goto-feedback@goto.com
To: feedback@goto.com
From: S-Bhati@uow.com.au
Subject: GoTo Mail, Remote Host franco.fb.idealab.com, Remote IP 10.1.4.1
Sender: Mugdha and Elana
X-User-Agent: Browser - Mozilla/3.01Gold (Macintosh; I; PPC)

Change the name to THIS IS QUICK AND EASY. This could become a
household name world wide. Goodluck with the business.

---

8

Outside Counsel Only Under Protective Order

Delivered-To: qidealab-jeffrey@idealab.com >Delivered-To:
alias-goto-jeffrey@goto.com >Delivered-To: alias-goto-webmaster@goto.com
Delivered-To: alias-goto-feedback@goto.com >To: feedback@goto.com >From:
wardpainting@webtv.net >Subject: GoTo Mail, Remote Host
franco.fb.idealab.com, Remote IP 10.1.4.1 >Sender: john ward >X-User-Agent:
Browser - Mozilla/3.0 WebTV/1.2 (compatible; MSIE 2.0) > >
your engine is the best and simplest . much thanks and im telling
everyone i know you..and im proud.  >.>

9

Outside Counsel Only Under Protective Order

OVG047271