UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OVERTURE SERVICES, INC

        Plaintiff(s),

  v.

GOOGLE INC.

        Defendant(s).

_____/

No. C- 02-01991 JSW (EDL)

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Compel before Magistrate Judge Laporte previously noticed for August 3, 2004 at 9:00 a.m. has been reset to **August 10, 2004** at **9:00 a.m.** in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Due dates for the opposition and reply briefs remain unchanged.

Dated: July 7, 2004

                      FOR THE COURT,
                      Richard W. Wieking, Clerk

                      by:   /s/ Dennis King
                            Dennis King
                            Deputy Clerk

United States District Court
For the Northern District of California

Dockets.Justia.com