# EXHIBIT D

Dockets.Justia.com

**Charles M. McMahon**
312-321-4782
cmcmahon@brinkshofer.com

## BRINKS
## HOFER
## GILSON
## &LIONE

A Professional Corporation
Intellectual Property Attorneys

NBC Tower · Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611-5599
www.brinkshofer.com
Fax 312-321-4299
Telephone 312-321-4200

San Jose, CA
Indianapolis, IN
Ann Arbor, MI
Arlington, VA

November 10, 2003

*via facsimile and first class mail*

Christine P. Sun, Esq.
KEKER & VAN NEST, L.L.P.
710 Sansome Street
San Francisco, CA 94111-1704

Re: *Overture Services, Inc. v. Google Inc.,*
*Civ. No. C02-01991 (N.D. Cal.)*

Dear Christine:

We received your letter of November 7, 2003, regarding Google's request for production of Overture's privileged documents. As I previously explained, I expect that Jason White and/or Jack Berenzweig will be involved in any telephone call to meet-and-confer regarding these issues. Neither Jack nor Jason are available for a telephone call Monday through Thursday of this week. We propose a telephone conference at 11:00 a.m. CT (9:00 a.m. PT) on Friday, November 14, 2003. Please confirm that you will be available at this time.

In the meantime, your letter merits a substantive response on two points. First, with respect to Google's contention regarding waiver, we disagree that the cited deposition testimony creates a subject matter waiver of *either* the attorney-client privilege *or* the work-product doctrine with respect to any of the documents listed on Overture's privilege log.

Second, with respect to Google's contention regarding the crime-fraud exception, Google still has not specifically identified a single allegedly false statement. The general reference to alleged misrepresentations in your letter of October 17, 2003, does not provide the evidence of a specific false statement necessary to establish a *prima facie* case of fraud. Moreover, Google has not cited *any evidence whatsoever* regarding an intent to deceive.

Christine P. Sun, Esq.
November 10, 2003
Page 2

Prior to our telephone conference on Friday, we request that you identify the *specific* allegedly false statements and the *specific* evidence of an alleged intent to deceive, upon which Google bases its contention regarding the crime-fraud exception.

Best regards,

Charles M. McMahon