ROBERT T. HASLAM (Bar No. 71134)
ROBERT D. FRAM (Bar No. 126750)
ANDREW C. BYRNES (Bar No. 191516)
HELLER EHRMAN WHITE & McAULIFFE LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone (650) 324-7000
Facsimile: (650) 324-0638

Attorneys for Plaintiff and Counterdefendant
OVERTURE SERVICES, INC.

JOHN W. KEKER (Bar No. 49092)
DARALYN J. DURIE (Bar No. 169825)
CHRISTINE P. SUN (Bar No. 218701)
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant and Counterclaimant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC.,<br><br>    Plaintiff and Counterdefendant,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant and Counterclaimant. | Case No. C-02-01991 JSW (EDL)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANT AND COUNTERCLAIMANT GOOGLE INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY RE PROSECUTION OF THE '361 PATENT**<br><br>Date:        August 10, 2004<br>Time:       9 a.m.<br>Courtroom: E, 15th Floor<br>Judge:      Hon. Elizabeth D. Laporte |

1  WHEREAS the hearing date for Defendant and Counterclaimant Google Inc.'s Motion to
2  Compel Production of Documents and Testimony Re Prosecution of the '361 Patent has been reset
3  from August 3, 2004 to August 10, 2004, and without alteration to any other deadlines in this case;
4  IT IS THEREFORE HEREBY STIPULATED, by and between the parties hereto through
5  their respective attorneys of record, that:
6  1. any opposition by Plaintiff and Counterdefendant Overture Services, Inc. to Defendant
7  and Counterclaimant Google Inc.'s Motion to Compel Production of Documents and
8  Testimony Re Prosecution of the '361 Patent shall be filed and served no later than 5:00
9  p.m. on Thursday, July 15, 2004; and
10  2. any reply thereto by Defendant and Counterclaimant Google Inc. shall be filed and
11  served no later than 5:00 p.m. on Friday, July 23, 2004.

13  DATED: July 8, 2004

HELLER EHRMAN WHITE & McAULIFFE LLP

By /s/ ANDREW C. BYRNES
ANDREW C. BYRNES
Attorneys for Plaintiff and Counterdefendant
OVERTURE SERVICES, INC.

KEKER & VAN NEST, LLP

By /s/ CHRISTINE P. SUN
CHRISTINE P. SUN
Attorneys for Defendant and Counterclaimant
GOOGLE INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 9, 2004

( Electronic Signature Authorized )
_____
Honorable Elizabeth D. Laporte
Magistrate Judge of the United States of the Northern
District Court, Northern District of California

STIPULATION RE PROPOSED
BRIEFING SCHEDULE                         1