1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  DARALYN J. DURIE - #169825
   CHRISTINE P. SUN - #218701
3  RAVIND S. GREWAL - #220543
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendant and Counterclaimant
   GOOGLE INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | OVERTURE SERVICES, INC., | Case No. C 02-01991 JSW (EDL)
13 | Plaintiff and Counterdefendant, | *SECOND AMENDED* REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER
14 | v. |
15 | GOOGLE INC., | Date: August 10, 2004
   |                          | Time: 9:00 a.m.
16 | Defendant and Counterclaimant. | Courtroom: E, 15th Floor
   |                          | Judge: Hon. Elizabeth D. Laporte

334803.01

*SECOND AMENDED* REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER
CASE NO. C 02-01991 JSW (EDL)

Dockets.Justia.com

1  Google Inc. hereby submits this *Second Amended* Request to File Documents Under Seal
2  in connection with its Motion to Compel Production of Documents and Testimony Re:
3  Prosecution of the '361 Patent.  By letter dated July 1, 2004, Overture Services, Inc. informed
4  Google that it would de-designate certain exhibits lodged on June 29, 2004 in support of
5  Google's Motion.  This amendment narrows the scope of Google's June 29, 2004 request and
6  specifies the information that Google requests that the Court file under seal.

**The Exhibits to the *Amended* Declaration of Christine P. Sun**

The exhibits to the Sun Declaration are documents that appear to be Overture draft business plans and internal reports that have been designated as confidential or outside counsel only information by Overture.  Specifically,

- Exhibit A is a document entitled "GoTo.com Business Plan February 1998."  It appears to contain confidential business information belonging to Overture.
- Exhibit B is a report entitled "Line Ad Totals: Clients by Name, May 1998."  It appears to be an internal report containing confidential business information belonging to Overture.
- Exhibit C is a report entitled "Toyota, May 1998."  It appears to be an internal report containing confidential business information belonging to Overture.

Under the terms of the protective order entered in this case on December 16, 2002, Google cannot file publicly documents containing information designated as confidential or outside counsel only.  *See* Protective Order ¶ 6.

**The Motion to Compel Production of Documents and Testimony Re: Prosecution of the '361 Patent (*amended* unredacted version)**

The *amended* unredacted version of the Motion to Compel Production of Documents and Testimony Re: Prosecution of the '361 Patent contains quotations and references to a confidential exhibit to the Sun Declaration.  Specifically,

- Page 2, line 25 to page 3, line 8 contains quotations and references to Exhibit A, the document entitled "GoTo.com Business Plan February 1998."
- Page 8, at the bottom of the page as part of footnote 8, contains a quotation from

1

1  Exhibit A, the document entitled "GoTo.com Business Plan February 1998."
2  Under the terms of the protective order entered in this case on December 16, 2002, Google
3  cannot file publicly documents containing information designated as confidential or outside
4  counsel only.  *See* Protective Order ¶ 6.
5  The non-confidential exhibits to which Google cites in its Motion are attached to the
6  Declaration of Ravind S. Grewal and the Supplemental Declaration of Ravind S. Grewal, which
7  were publicly filed.  An *amended* redacted Motion, omitting the quotations and references to
8  Exhibit A to the Sun Declaration, was also publicly filed.  In addition, Google will publicly file
9  the Sun Declaration but omitting the exhibits thereto.
10  In light of the foregoing, Google requests that the Court allow Google to file under seal
11  the *amended* unredacted version of its Motion, and the exhibits to the *Amended* Declaration of
12  Christine P. Sun in support thereof.  Google respectfully submits that this Request to File
13  Documents Under Seal is narrowly tailored within the meaning of Civil Local Rule 79-5.
14  Google therefore requests that the Court permit the sealing of the documents set forth above, and
15  order that the Clerk of the Court maintain them in accordance with the provisions of Local Civil
16  Rule 79-5(e).

17                                                                RESPECTFULLY SUBMITTED,

18  Dated:  July 8, 2004                                    KEKER & VAN NEST, LLP

20                                                       By:      /s/ Christine P. Sun
21                                                            CHRISTINE P. SUN
                                                              Attorneys for Defendant and
22                                                            Counterclaimant GOOGLE INC.

334803.01

2
*SECOND AMENDED* REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER
CASE NO. C 02-01991 JSW (EDL)

## [~~PROPOSED~~] ORDER

Pursuant to Civil Local Rules 7-10 and 79-5, Google has applied to this Court for an order permitting them to file under seal certain documents in connection with its Motion to Compel Production and Testimony Re: Prosecution of the '361 Patent.

GOOD CAUSE APPEARING, Google's request is granted. The Clerk is directed to maintain the following documents, submitted by Google on or about July 6, 2004, in accordance with the provisions of Civil Local Rule 79-5(e):

(1) Google's Notice of Motion and Motion to Compel Production of Documents and Testimony Re: Prosecution of the '361 Patent; Memorandum of Points and Authorities in Support Thereof (*Amended* Unredacted Version).

(2) The exhibits to the *Amended* Declaration Of Christine P. Sun in Support of Google's Motion to Compel Production of Documents and Testimony Re: Prosecution of the '361 Patent.

IT IS SO ORDERED.

Dated:  July 9, 2004                    (Electronic Signature Authorized )
                                        HON. ELIZABETH D. LAPORTE
                                        United States Magistrate Judge