KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
DARALYN J. DURIE - #169825
CHRISTINE P. SUN - #218701
RAVIND S. GREWAL - #220543
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant and Counterclaimant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., <br><br> Plaintiff and Counterdefendant, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant and Counterclaimant. | Case No. C 02-01991 JSW (EDL) <br><br> **DECLARATION OF CHRISTINE P. SUN IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY RE: PROSECUTION OF '361 PATENT (WITHOUT EXHIBITS)** <br><br> Date: August 10, 2004 <br> Time: 9:00 a.m. <br> Courtroom: 2, 15th Floor <br> Judge: Hon. Elizabeth D. Laporte |

**PUBLICLY FILED VERSION
(WITHOUT EXHIBITS)**

---

334935.01

DECLARATION OF CHRISTINE P. SUN IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF
DOCUMENTS AND TESTIMONY RE: PROSECUTION OF '361 PATENT (WITHOUT EXHIBITS)
CASE NO. C 02-01991 JSW (EDL)

I, CHRISTINE P. SUN, declare as follows:

1. I am an attorney licensed to practice in the State of California and am an associate at the law firm of Keker & Van Nest, LLP, counsel for Defendant and Counterclaimant Google Inc. in this matter.

2. Attached hereto as Exhibit A is a true and correct copy of a document entitled "February 1998 Goto.com Business Plan," (THD 132-180).

3. Attached hereto as Exhibit B is a true and correct copy of emails that were attached to a document entitled "March 1998 Goto.com Business Plan," (OVG 47263-47271).

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the May 20, 2003 deposition of Darren J. Davis, and the errata sheet for that deposition.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the July 18, 2003 deposition of Elaine K. Lee.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts from the July 23, 2003 deposition of John Rauch, and the errata sheet for that deposition.

7. Attached hereto as Exhibit F is a true and correct copy of a report entitled "Line Ad Totals: Clients by Name, May 1998" (OVGE 175429-175448), exhibit 41 from the April 27, 2004 deposition of Overture's 30(b)(6) witness.

8. Attached hereto as Exhibit G is a true and correct copy of a report entitled "Toyota, May 1998" (OVGE 176844-176847), exhibit 43 from the April 27, 2004 deposition Overture's 30(b)(6) witness.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of July, 2004, at San Francisco, California.

        /s/ Christine P. Sun  
        CHRISTINE P. SUN

1

DECLARATION OF CHRISTINE P. SUN IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY RE: PROSECUTION OF '361 PATENT (WITHOUT EXHIBITS)  
CASE NO. C 02-01991 JSW (EDL)