| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | JOHN W. KEKER - #49092 |
| 2 | DARALYN J. DURIE - #169825 |
| | CHRISTINE P. SUN - #218701 |
| 3 | RAVIND S. GREWAL - #220543 |
| | 710 Sansome Street |
| 4 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 5 | Facsimile: (415) 397-7188 |
| 6 | Attorneys for Defendant and Counterclaimant |
| | GOOGLE INC. |
| 7 | |

8   UNITED STATES DISTRICT COURT

9   NORTHERN DISTRICT OF CALIFORNIA

10   SAN FRANCISCO DIVISION

11

| | | |
|---|---|---|
| 12 | OVERTURE SERVICES, INC., | Case No. C 02-01991 JSW (EDL) |
| 13 | Plaintiff and Counterdefendant, | *AMENDED* **DECLARATION OF CHRISTINE P. SUN IN SUPPORT OF** |
| 14 | v. | **MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY** |
| 15 | GOOGLE INC., | **RE: PROSECUTION OF '361 PATENT (WITHOUT EXHIBITS)** |
| 16 | Defendant and Counterclaimant. | |
| 17 | | Date: August 10, 2004 |
| | | Time: 9:00 a.m. |
| | | Courtroom: E, 15th Floor |
| 18 | | Judge: Hon. Elizabeth D. Laporte |

19
20
21          **PUBLICLY FILED VERSION**
22               **(WITHOUT EXHIBITS)**
23
24
25
26
27
28

334940.01

*AMENDED* DECL. OF CHRISTINE P. SUN IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY RE: PROSECUTION OF '361 PATENT (PUBLICLY FILED VERSION – WITHOUT EXHIBITS
CASE NO. C 02-01991 JSW (EDL)

I, CHRISTINE P. SUN, declare as follows:

1. I am an attorney licensed to practice in the State of California and am an associate at the law firm of Keker & Van Nest, LLP, counsel for Defendant and Counterclaimant Google Inc. in this matter.

2. Attached hereto as Exhibit A is a true and correct copy of a document entitled "February 1998 Goto.com Business Plan," (THD 132-180).

3. Attached hereto as Exhibit B is a true and correct copy of a report entitled "Line Ad Totals: Clients by Name, May 1998" (OVGE 175429-175448), exhibit 41 from the April 27, 2004 deposition of Overture's 30(b)(6) witness.

4. Attached hereto as Exhibit C is a true and correct copy of a report entitled "Toyota, May 1998" (OVGE 176844-176847), exhibit 43 from the April 27, 2004 deposition Overture's 30(b)(6) witness.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of July, 2004, at San Francisco, California.

     /s/ Christine P. Sun
   CHRISTINE P. SUN

1

*AMENDED* DECL. OF CHRISTINE P. SUN IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY RE: PROSECUTION OF '361 PATENT (PUBLICLY FILED VERSION – WITHOUT EXHIBITS CASE NO. C 02-01991 JSW (EDL)

334940.01