ROBERT T. HASLAM (#71134)
ROBERT D. FRAM (#126750)
M. PATRICIA THAYER (#90818)
S. ELIZABETH MITCHELL (#187053)
ANDREW C. BYRNES (#191516)
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

BRINKS HOFER GILSON & LIONE
JACK C. BERENZWEIG
WILLIAM H. FRANKEL
JASON C. WHITE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys for Plaintiff and Counterdefendant,
OVERTURE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., <br><br> Plaintiff and Counter defendant, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant and Counterclaimant. | **E-Filing Case No.**: 02-01991 JSW (EDL) <br><br> **DECLARATION OF MICHAEL P. WICKEY IN SUPPORT OF PLAINTIFF OVERTURE SERVICES, INC.'S OPPOSITION TO DEFENDANT GOOGLE INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY RE PROSECUTION OF THE '361 PATENT** <br><br> Hearing Date: August 10, 2004 <br> Hearing Time: 9:00 a.m. <br> Hon. Elizabeth D. Laporte |

DECL. OF MICHAEL WICKEY IN SUPPORT OF OVERTURE'S OPPOSITION TO GOOGLE'S MOTION TO COMPEL PRODUCTION
02-01991 JSW (EDL)

Dockets.Justia.com

I, Michael P. Wickey, declare:

1. I am an attorney licensed to practice in the State of California and an associate with the law firm of Heller Ehrman White & McAuliffe LLP, counsel to Plaintiff Overture Services, Inc. ("Overture") in this action. I make this declaration in support of Overture's Opposition to Google, Inc.'s ("Google") Motion to Compel Production of Documents and Testimony re Prosecution of the '361 Patent. Unless otherwise noted, the factual assertions herein are made on my personal knowledge and, if called upon to do so, I could and would testify competently thereto.

2. On July 18, 2003, Elaine K. Lee gave sworn deposition testimony in this case for 3 hours, 40 minutes; on July 23, 2003 and April 15, 2004, John G. Rauch gave sworn deposition testimony in this case for a combined 9 hours; and on April 15, 2004, James P. Naughton gave sworn deposition testimony in this case for nearly 7 hours. During these depositions, Overture's attorney witnesses were cautioned 70 times not to provide an answer that would reveal protected and/or privileged information.

3. Overture is engaged in ongoing litigation against FindWhat.com, Inc. ("FindWhat") involving claims of the '361 patent: Overture Services, Inc. v. FindWhat.com, Inc., CV 03-00685 CJC, Central District of California, Southern Division ("the Overture v. FindWhat matter"). Attached hereto as Exhibit A is a true and correct copy of a November 5, 2002 Confidentiality Agreement between Google and FindWhat, detailing their agreement to share information between the two cases, which Google produced in this matter at GOG 32284 – 32288.

4. On May 11, 2004, James P. Naughton gave sworn deposition testimony for eight hours in the Overture v. FindWhat matter; and on May 12, 2004, John G. Rauch gave sworn deposition testimony for 6 hours in Overture v. FindWhat matter. Transcripts for these depositions were produced to Google in this case, pursuant to Google's Request for Production No. 51, served on September 20, 2002 and reading: "REQUEST FOR PRODUCTION NO. 51: All documents relating to any disputes, including, without limitation, cease and desist matters, litigation, arbitration, or administrative procedures in

2

1  which Overture was or is involved and that relate to Overture's Paid Listing System."

2      5.    On May 28, 2004, Google provided Overture with a draft version of the
3  current motion as an attachment to a mediation brief, and from that date until Google filed
4  its current motion to compel on June 29, 2004, during which time the parties were engaged
5  in settlement discussions, counsel for Google did not make any attempt to address the
6  substance of its draft motion with counsel for Overture or to resolve the issues disputed
7  without court action.

8      6.    Attached hereto as Exhibit B is a true and correct copy of a July 1, 2004 letter
9  from Andrew C. Byrnes, counsel for Overture, to Christine P. Sun, counsel for Google.

10     7.    Attached hereto as Exhibit C is a true and correct copy of a letter sent by
11 facsimile dated July 7, 2004 from Michael P. Wickey to Christine P. Sun.

12     8.    Attached hereto as Exhibit D is a true and correct copy of a July 9, 2004 letter
13 from Christine P. Sun to Michael P. Wickey.

14     9.    Attached hereto as Exhibit E are true and correct excerpts from the deposition
15 transcript of Jeffrey Brewer, dated November 12, 2003, taken in the Overture v. FindWhat
16 matter. The transcript for this deposition was produced to Google in the current case,
17 pursuant to Google's Request for Production No. 51.

18     10.    Attached hereto as Exhibit F are true and correct excerpts from the deposition
19 transcript of Tod Kurt, dated April 27, 2004 taken in Overture v. FindWhat matter. The
20 transcript for this deposition was produced to Google in the current case, pursuant to
21 Google's Request for Production No. 51.

22     11.    Attached hereto as Exhibit G are true and correct excerpts from the deposition
23 transcript of Steven Skovran, dated May 11, 2004, taken in Overture v. FindWhat matter.
24 The transcript for this deposition was produced to Google in the current case, pursuant to
25 Google's Request for Production No. 51.

26     12.    Attached hereto as Exhibit H are true and correct excerpts from the deposition
27 transcript of Matthew J. Derer, dated April 22, 2004, taken in Overture v. FindWhat matter.
28 The transcript for this deposition was produced to Google in the current case, pursuant to

DECL. OF MICHAEL WICKEY IN SUPPORT OF OVERTURE'S OPPOSITION TO GOOGLE'S MOTION TO COMPEL PRODUCTION
02-01991 JSW (EDL)

1  Google's Request for Production No. 51.

2      13.    Attached hereto as Exhibit I are true and correct excerpts from the deposition
3  transcript of Preston Pfarner, dated April 28, 2004, taken in the Overture v. FindWhat
4  matter.  The transcript for this deposition was produced to Google in the current case,
5  pursuant to Google's Request for Production No. 51.

6      14.    Attached hereto as Exhibit J are true and correct excerpts from the deposition
7  transcript of  James B. Gallinatti, dated June 9, 2004, taken in the Overture v. FindWhat
8  matter.  The transcript for this deposition was produced to Google in the current case,
9  pursuant to Google's Request for Production No. 51.

10      15.    Attached hereto as Exhibit K are true and correct excerpts from the deposition
11  transcript of James P. Naughton, dated April 15, 2004, taken in this matter.

12      16.    Attached hereto as Exhibit L are true and correct excerpts from the deposition
13  transcript of Elaine K. Lee, dated July 18, 2003, taken in this matter.

14      17.    Attached hereto as Exhibit M are true and correct excerpts from the deposition
15  transcript of John G. Rauch, dated April 15, 2004, taken in this matter.

16      18.    Attached hereto as Exhibit N is a true and correct copy of  the U.S. PTO
17  Notice of Allowability for Application No. 09/322,677 dated March 23, 2001.

18      19.    Attached hereto as Exhibit O are true and correct excerpts from the deposition
19  transcript of  Darren J. Davis, dated May 20 and 21, 2003, taken in this matter.

20      20.    Attached hereto as Exhibit P is a true and correct copy of the U.S. PTO
21  Information Disclosure Statement dated August 27, 1999 filed by Elaine K. Lee on behalf
22  of the inventors of the '361 Patent.

23      21.    Attached hereto as Exhibit Q is a true and correct copy of U. S. Patent No.
24  6,269,361 B1 issued on July 31, 2001.

25      22.    I have reviewed the application for the '361 patent, all amendments submitted
26  during its prosecution before the U.S. PTO, and the patent as issued.  Based on that review,
27  I have honestly and faithfully rendered the history of changes to the language of Claim 1 of
28  the '361 patent and have attached that rendering hereto as Exhibit R.

DECL. OF MICHAEL WICKEY IN SUPPORT OF OVERTURE'S OPPOSITION TO GOOGLE'S MOTION TO COMPEL PRODUCTION
02-01991 JSW (EDL)

23. Attached hereto as Exhibit S is a true and correct copy of the U.S. PTO Office Action, dated November 22, 2000, regarding Patent Application No. 09/322,677.

24. Attached hereto as Exhibit T is a true and correct copy of a letter dated July 15, 2004 from Michael P. Wickey to Christine P. Sun.

25. Attached hereto as Exhibit U are true and correct excerpts from the deposition transcript of Tod Kurt, dated January 21, 2004 taken in the Overture v. FindWhat matter. The transcript for this deposition was produced to Google in the current case, pursuant to Google's Request for Production No. 51.

26. Attached hereto as Exhibit V are true and correct excerpts from the deposition transcript of Thomas Soulanille, dated January 22, 2004 taken in the Overture v. FindWhat matter. The transcript for this deposition was produced to Google in the current case, pursuant to Google's Request for Production No. 51.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this Declaration is executed this 15th day of July, 2004 in Menlo Park, California.

_/s/_____
Michael P. Wickey