# EXHIBIT C

# HellerEhrman
ATTORNEYS

**Facsimile Transmittal**

275 Middlefield Road
Menlo Park, CA 94025-3506
Main: (650) 324-7000
Fax: (650) 324-0638

---

| | | | |
|---|---|---|---|
| **To:** | Christine P. Sun, Esq., Keker & Van Nest | | |
| **Telephone:** | 415.391.5400 | **Fax:** | 415.397.7188 |
| **From:** | Michael P. Wickey | | |
| **Telephone:** | (650) 324-7158 | | |
| **No. of Pages:** | 3 (including cover) | | 1373/15246-0047 |
| **Date:** | July 7, 2004 | | |

**Message:**

Please see attached.

The information contained in this communication is intended only for the use of the addressee and may be confidential, may be attorney-client privileged and may constitute inside information. Unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error or you have not received all pages, please call the sender immediately at (650) 324-7000.

Heller Ehrman White & McAuliffe LLP    www.hewm.com

San Francisco  Silicon Valley  Los Angeles  San Diego  Seattle  Portland  Anchorage  New York  Washington D.C.  Montgomery Co., MD  Madison, WI
Hong Kong  Singapore    Affiliated Offices:  Milan  Paris  Rome

# HellerEhrman
ATTORNEYS

July 7, 2004

*Via Facsimile*

<div style="float:right">
Michael P. Wickey
MWickey@hewm.com
Direct (650) 324-7158
Direct Fax (650) 324-6641
Main (650) 324-7000
Fax (650) 324-0638

05392.0150
</div>

Christine P. Sun, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, California 94111

**Re:   Overture v. Google**

Dear Christine:

    I am writing to memorialize our telephone call of earlier today regarding issues surrounding Google's recently filed motion to compel documents and testimony protected by the attorney-client privilege and/or the attorney work product immunity. I reiterated Overture's position that Google failed adequately to meet and confer about the substance of Google's motion before its filing, particularly in light of the eight month gap between your last conversation with my co-counsel on these topics in November of last year, during which time Overture added new lead counsel (Heller Ehrman) in the matter. Overture's silence regarding a draft motion attached to Google's mediation brief during intense settlement negotiations cannot reasonably be taken as an unwillingness to resolve these matters without court action. In particular, it is the moving party's responsibility to initiate and complete a good faith meet and confer process.

    In an attempt to settle the issues raised by your motion, I raised with you the possibility of discussing additional discovery in the areas of both the "criteria for inventorship" discussed by Mr. Rauch at his deposition on page 68 and following; and the question of whether the PTO was given all prior art found during the search conducted or known to GoTo.com's attorney's at the time, as mentioned in paragraph 9 of Mr. Davis's "102 declaration." You indicated that, although Google is primarily interested in documents and testimony related to the characterization of Overture's pre-critical date system during prosecution, you would take this proposal under consideration.

    Finally, I also asked you whether you felt that Google's motion, as filed, complied with paragraph 1 of Magistrate Judge Laporte's May 2, 2003 Order Re Discovery Procedures, requiring a party moving to compel to attach to its motion a declaration setting forth the meet and confer efforts undertaken to comply with Fed. R. Civ. P. 37 and Civil L.R. 37-1(a), as

Heller Ehrman White & McAuliffe LLP   275 Middlefield Road   Menlo Park, CA 94025-3506   www.hewm.com

San Francisco   Silicon Valley   Los Angeles   San Diego   Seattle   Portland   Anchorage   New York   Washington, D.C.   Madison, WI
Hong Kong   Beijing   Singapore   *Affiliated Offices:*   Milan   Paris   Rome

**HellerEhrman**
ATTORNEYS

well as setting forth the final positions of each party at the end of that process. You suggested that you would be filing a supplemental declaration shortly to cure this deficiency.

I look forward to hearing back from you regarding the issues we discussed today.

Sincerely,

Michael P. Wickey

07/07/2004 21:57 FAX 650 324 0638          HELLER EHRMAN MID #2                    ☑001

```
                    ********************
                    ***   TX REPORT   ***
                    ********************

        TRANSMISSION OK

        TX/RX NO              4969
        CONNECTION TEL        3#15246#0047#14153977188
        CONNECTION ID
        ST. TIME              07/07 21:56
        USAGE T               01'07
        PGS. SENT             3
        RESULT                OK
```

# HellerEhrman
ATTORNEYS

**Facsimile Transmittal**

275 Middlefield Road
Menlo Park, CA 94025-3506
Main: (650) 324-7000
Fax: (650) 324-0638

---

| | | | |
|---|---|---|---|
| **To:** | Christine P. Sun, Esq., Keker & Van Nest | | |
| **Telephone:** | 415.391.5400 | **Fax:** | 415.397.7188 |
| **From:** | Michael P. Wickey | | |
| **Telephone:** | (650) 324-7158 | | |
| **No. of Pages:** | 3 (including cover) | | |
| **Date:** | July 7, 2004 | | 1373/15246-0047 |

---

**Message:**

Please see attached.