Overture Services, Inc. v. Google Inc. Doc. 198 Att. 5

# EXHIBIT E

ROBERT T. HASLAM (#71134)
ROBERT D. FRAM (#126750)
M. PATRICIA THAYER (#90818)
S. ELIZABETH MITCHELL (#187053)
ANDREW C. BYRNES (#191516)
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

BRINKS HOFER GILSON & LIONE
JACK C. BERENZWEIG
WILLIAM H. FRANKEL
JASON C. WHITE
NBC Tower--Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys for Plaintiff,
OVERTURE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., <br><br>Plaintiff and Counterdefendant, <br><br>v. <br><br>GOOGLE INC., <br><br>Defendant and Counterclaimant. | E-Filing Case No.: 02-01991 JSW (EDL) <br><br>**NOTICE OF MANUAL FILING** <br><br>Hearing Date: August 10, 2004 <br>Hearing Time: 9:00 a.m. <br>Hon. Elizabeth D. Laporte |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Pursuant to General Order No. 45, Section VII, this notice has been inserted where
3  documents have been filed under seal under Plaintiff Overture Services, Inc.'s Ex Parte
4  Motion to File Documents Under Seal in Support of Its Opposition to Google Inc.'s
5  [Corrected] Motion to Compel Production of Documents and Testimony re: Prosecution of
6  the '361 Patent.  These removed documents are being filed in paper form only and are being
7  maintained under seal in the case file in the Clerk's office.

8  DATED: July 15, 2004                    HELLER EHRMAN WHITE & McAULIFFE LLP

11                                         By /s/ M. Patricia Thayer
                                              M. PATRICIA THAYER

13                                         Attorneys for Plaintiff
                                           OVERTURE SERVICES, INC.

---

2

NOTICE OF MANUAL FILING
02-01991 JSW (EDL)