# EXHIBIT G

| | |
|---|---|
| 1 | ROBERT T. HASLAM (#71134) |
| 2 | ROBERT D. FRAM (#126750) |
|   | M. PATRICIA THAYER (#90818) |
| 3 | S. ELIZABETH MITCHELL (#187053) |
|   | ANDREW C. BYRNES (#191516) |
| 4 | HELLER EHRMAN WHITE & MCAULIFFE LLP |
| 5 | 333 Bush Street |
|   | San Francisco, CA 94104-2878 |
| 6 | Telephone: (415) 772-6000 |
| 7 | Facsimile: (415) 772-6268 |
| 8 | BRINKS HOFER GILSON & LIONE |
|   | JACK C. BERENZWEIG |
| 9 | WILLIAM H. FRANKEL |
|   | JASON C. WHITE |
| 10 | NBC Tower--Suite 3600 |
| 11 | 455 North Cityfront Plaza Drive |
|   | Chicago, Illinois 60611 |
| 12 | Telephone: (312) 321-4200 |
| 13 | Facsimile: (312) 321-4299 |
| 14 | Attorneys for Plaintiff, |
|   | OVERTURE SERVICES, INC. |
| 15 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., | E-Filing Case No.: 02-01991 JSW (EDL) |
| Plaintiff and Counterdefendant, | NOTICE OF MANUAL FILING |
| v. | Hearing Date: August 10, 2004 |
| GOOGLE INC., | Hearing Time: 9:00 a.m. |
|  | Hon. Elizabeth D. Laporte |
| Defendant and Counterclaimant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to General Order No. 45, Section VII, this notice has been inserted where documents have been filed under seal under Plaintiff Overture Services, Inc.'s Ex Parte Motion to File Documents Under Seal in Support of Its Opposition to Google Inc.'s [Corrected] Motion to Compel Production of Documents and Testimony re: Prosecution of the '361 Patent. These removed documents are being filed in paper form only and are being maintained under seal in the case file in the Clerk's office.

DATED: July 15, 2004              HELLER EHRMAN WHITE & McAULIFFE LLP


By /s/ M. Patricia Thayer
M. PATRICIA THAYER

Attorneys for Plaintiff
OVERTURE SERVICES, INC.