# EXHIBIT I

ROBERT T. HASLAM (#71134)
ROBERT D. FRAM (#126750)
M. PATRICIA THAYER (#90818)
S. ELIZABETH MITCHELL (#187053)
ANDREW C. BYRNES (#191516)
HELLER EHRMAN WHITE & McAULIFFE LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

BRINKS HOFER GILSON & LIONE
JACK C. BERENZWEIG
WILLIAM H. FRANKEL
JASON C. WHITE
NBC Tower--Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys for Plaintiff,
OVERTURE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., | E-Filing Case No.: 02-01991 JSW (EDL) |
| Plaintiff and Counterdefendant, | **NOTICE OF MANUAL FILING** |
| v. | Hearing Date: August 10, 2004<br>Hearing Time: 9:00 a.m.<br>Hon. Elizabeth D. Laporte |
| GOOGLE INC., | |
| Defendant and Counterclaimant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to General Order No. 45, Section VII, this notice has been inserted where documents have been filed under seal under Plaintiff Overture Services, Inc.'s Ex Parte Motion to File Documents Under Seal in Support of Its Opposition to Google Inc.'s [Corrected] Motion to Compel Production of Documents and Testimony re: Prosecution of the '361 Patent. These removed documents are being filed in paper form only and are being maintained under seal in the case file in the Clerk's office.

DATED: July 15, 2004                HELLER EHRMAN WHITE & McAULIFFE LLP


By /s/ M. Patricia Thayer
M. PATRICIA THAYER

Attorneys for Plaintiff
OVERTURE SERVICES, INC.