# EXHIBIT J

1  ROBERT T. HASLAM (#71134)
2  ROBERT D. FRAM (#126750)
   M. PATRICIA THAYER (#90818)
3  S. ELIZABETH MITCHELL (#187053)
   ANDREW C. BYRNES (#191516)
4  HELLER EHRMAN WHITE & MCAULIFFE LLP
5  333 Bush Street
   San Francisco, CA  94104-2878
6  Telephone:  (415) 772-6000
   Facsimile: (415) 772-6268
7

8  BRINKS HOFER GILSON & LIONE
   JACK C. BERENZWEIG
9  WILLIAM H. FRANKEL
   JASON C. WHITE
10 NBC Tower--Suite 3600
11 455 North Cityfront Plaza Drive
   Chicago, Illinois  60611
12 Telephone: (312) 321-4200
   Facsimile:  (312) 321-4299
13

14 Attorneys for Plaintiff,
   OVERTURE SERVICES, INC.
15

16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18
                       SAN FRANCISCO DIVISION
19

20 OVERTURE SERVICES, INC.,              E-Filing Case No.: 02-01991 JSW (EDL)

21     Plaintiff and Counterdefendant,   NOTICE OF MANUAL FILING

22     v.                                Hearing Date:  August 10, 2004
                                         Hearing Time:  9:00 a.m.
23 GOOGLE INC.,                          Hon. Elizabeth D. Laporte

24     Defendant and Counterclaimant.
25

26

27

28

NOTICE OF MANUAL FILING
02-01991 JSW (EDL)

1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 | Pursuant to General Order No. 45, Section VII, this notice has been inserted where documents have been filed under seal under Plaintiff Overture Services, Inc.'s Ex Parte Motion to File Documents Under Seal in Support of Its Opposition to Google Inc.'s [Corrected] Motion to Compel Production of Documents and Testimony re: Prosecution of the '361 Patent. These removed documents are being filed in paper form only and are being maintained under seal in the case file in the Clerk's office.

DATED: July 15, 2004          HELLER EHRMAN WHITE & McAULIFFE LLP


By /s/ M. Patricia Thayer
M. PATRICIA THAYER

Attorneys for Plaintiff
OVERTURE SERVICES, INC.

NOTICE OF MANUAL FILING
02-01991 JSW (EDL)