# EXHIBIT K (CONT.)

Case 3:02-cv-01991-JSW    Document 198-15    Filed 07/15/2004    Page 2 of 9

JAMES P. NAUGHTON

```
 1      A.   In any aspect of that --
 2      Q.   Yes.
 3      A.   -- subject matter?
 4           At least one.
 5      Q.   Do you recall approximately when that
 6  conversation took place?
 7      A.   I can't recall specifically when that was.
 8      Q.   Is there any way you can bookend it?
 9      A.   2001, perhaps.
10      Q.   Okay.  Can you tell me the general subject
11  matter of what was discussed?
12      MS. THAYER:  Again, this should be a very high-level
13  statement that you should not disclose attorney-client
14  communications.  But she's entitled to know broadly what
15  was discussed.
16  BY THE WITNESS:
17      A.   I'm trying to think of a way to generally
18  describe the discussion without possibly providing
19  attorney-client communications.  It related generally to
20  the subject matter of the '361 patent.
21  BY MS. DURIE:
22      Q.   Can you be any more specific?
23      MS. THAYER:  Well, again, within the instruction, if
24  to get more specific you have to get into the
```

48

```
 1   communications that were made to you or by you to Mr.
 2   Meisel, I instruct you not to answer.
 3   BY THE WITNESS:
 4        A.   The only further explanations I can think of
 5   would start to get into substance.  So, I hesitate to
 6   give any further specificity.
 7   BY MS. DURIE:
 8        Q.   Okay.  And I just want the record to be clear
 9   you can't answer more specifically because of the
10   instruction by your counsel?
11        A.   Yes.
12        Q.   Okay.  I think you mentioned a name.  Is it
13   Tad Tappin?
14        A.   Todd Tappin.
15        Q.   Todd Tappin.  Who is Mr. Tappin?
16        A.   I believe at the time period I'm thinking of
17   he was CFO.
18        Q.   How many conversations did you have with Mr.
19   Tappin relating generally to the subject matter of the
20   '361 patent or application?
21        A.   I've spoken with him on other matters.  It's
22   hard to segregate them.  I would say at least once.
23        Q.   Do you recall when that conversation took
24   place?
```

JAMES P. NAUGHTON

1    A.    Not specifically.

2    Q.    Could you bookend it?

3    A.    The instance I'm thinking about probably also
4 was in 2001.

5    Q.    Do you recall whether your conversation with
6 Mr. Meisel was before or after the patent issued?

7    A.    I'm not sure.  I don't recall.

8    Q.    Do you recall whether your conversation with
9 Mr. Tappin was before or after the patent issued?

10   A.    I don't recall.

11   Q.    Okay.  Approximately how many conversations
12 have you had with Tom Lamb on the subject matter of the
13 '361 patent or application?

14   A.    I think there were a plurality of discussions.
15 I'm sorry.  Did that answer your question?

16   Q.    Yes, it does.  Can you tell me over what time
17 frame that plurality of discussions took place?

18   A.    They would have been scattered over a
19 significant time frame over a course of years.

20   Q.    What's your best estimate as to when the first
21 such conversation took place?

22   A.    I -- I don't even -- I don't even have a good
23 feeling for the year.

24   Q.    Okay.  Do you know whether you had any

50

```
1    conversations with Mr. Lamb before the patent application
2    was filed?
3         A.    Before it was filed?
4         Q.    Yes.
5         A.    I don't recall --
6         Q.    Okay.
7         A.    -- discussion with Mr. Lamb before the
8    application was filed.
9         Q.    Do you know whether you had any discussions
10   with Mr. Lamb in 1999?
11        A.    I don't recall.
12        Q.    Do you know whether you had any discussions
13   with Mr. Lamb in 2000?
14        A.    I can't recall.
15        Q.    Do you know whether you had any conversations
16   with Mr. Lamb about any papers that were filed with the
17   Patent and Trademark Office in connection with the
18   prosecution of the '361 patent?
19        A.    I can't recall any such conversations.
20        Q.    Okay.  At a very broad level of generality,
21   what was your purpose in speaking to Mr. Lamb?
22        A.    At least some conversations involved
23   responding to questions or requests by him.  And
24   similarly, there may have been conversations where I
```

JAMES P. NAUGHTON

```
 1    asked him for information.
 2        Q.   Do you remember the context of any of those
 3    requests for information?
 4        A.   Not specifically.
 5        Q.   Do you remember what gave rise to any of your
 6    questions?
 7        A.   Not specifically.
 8        Q.   Do you have a general recollection?
 9        A.   My impression and general recollection is that
10    Tom Lamb in this relevant time period had as at least
11    part of his job responsibilities doing contract work for
12    GoTo and Overture.  So, I seem to recall instances where
13    we would have discussions concerning a contract matter he
14    may have been doing or a licensing matter, perhaps an
15    international licensing issue.  I don't recall
16    specifically.
17        Q.   Do you remember any specific conversation with
18    Mr. Lamb that related to the prosecution of the '361
19    patent?
20        A.   I don't recall such conversations.
21        Q.   Turning your attention to Tom Soulanille --
22        A.   Yes.
23        Q.   -- approximately how many conversations did
24    you have with him relating to the subject matter of the
```

52

JAMES P. NAUGHTON

```
 1     '361 patent or patent application?
 2          A.   Multiple conversations.
 3          Q.   When is the first such conversation that you
 4     can recall?
 5          A.   I can't recall specifically the first such
 6     conversation.
 7          Q.   Okay.  Can you estimate for me the first time
 8     that you talked to Mr. Soulanille?
 9          MS. THAYER:  Asked and answered.
10     BY THE WITNESS:
11          A.   I believe it was in 1999.
12     BY MS. DURIE:
13          Q.   Can you be more specific as to early or late
14     1999?
15          A.   I believe I had at least one conversation with
16     him prior to the time the '361 patent application was
17     filed.
18          Q.   Okay.  What was the purpose of that
19     conversation?
20          A.   I believe the purpose was for me to obtain
21     information from him on historical matters concerning the
22     business of GoTo.com.
23          Q.   Did you understand at the time that you had
24     that initial conversation with Mr. Soulanille that Mr.
```

53

```
 1    Soulanille had been, if not one of the founders of
 2    GoTo.com, at least present at the company essentially
 3    from its inception?
 4         A.   I don't think I had such an understanding at
 5    that time.
 6         Q.   What understanding did you have at that time
 7    about the length of time that Mr. Soulanille had been at
 8    the company?
 9         A.   I don't recall what understanding, if any, I
10    had about that other than that -- I don't recall how his
11    name was given to me.  Either I assumed or someone
12    assumed that Mr. Soulanille would be able to give me
13    information that I was interested in.
14         Q.   Can you remember who put you in contact with
15    Mr. Soulanille?
16         A.   No.
17         Q.   Do you remember how long you talked to Mr.
18    Soulanille for?
19         A.   No.
20         Q.   Was this out in Pasadena?
21         A.   I'm sorry?
22         Q.   Was this out in Pasadena?
23         A.   I believe I was in Chicago.
24         Q.   And he was -- so, this was a telephone
```

54

JAMES P. NAUGHTON

```
 1   conversation?
 2       A.   I'm sorry?
 3       Q.   This was a telephone conversation?
 4       A.   Yes.  I think you were specifically asking
 5   about telephone conversations, unless I'm mistaken.
 6       Q.   I actually asked for any conversations, in
 7   person or on the phone.
 8       A.   Okay.  Well, then, maybe I misunderstood an
 9   earlier question in your line of questions.  For the last
10   several questions I was thinking about the at least one
11   phone conversation I recall probably occurred before the
12   filing of this patent application.
13       Q.   Okay.  Did you speak to anyone other than Mr.
14   Soulanille prior to the filing of the patent application
15   to obtain what you've described as historical
16   information?
17       A.   I believe I did.
18       Q.   Who else did you speak with?
19       A.   I can't recall their names.  I mean other than
20   I spoke with Josh Metzger, likely Tom Soulanille, Mr.
21   Brewer and a number of others whose names escape me at
22   this point.
23       Q.   Okay.
24       A.   And -- well, okay.
```

55