# EXHIBIT K (CONT.)

JAMES P. NAUGHTON

1   thinking at the time, I would have believed that Mr.
2   Davis was not at the -- the company GoTo.com when it
3   first began.
4       Q.   Why did you think that?
5       A.   I believe early on in my discussions with Mr.
6   Davis --
7       MS. THAYER:  Well, I'm going to instruct you you
8   should not reveal very specific conversations you had
9   with Mr. Davis.  That's privileged information.  But you
10  can testify generally as to your understanding of certain
11  factual matters.
12  BY THE WITNESS:
13      A.   Yes.  At some point, I think early on, I had
14  come to the understanding that for some period of time
15  Mr. Davis was employed elsewhere and had actually used
16  GoTo.com search engine available on its website from the
17  standpoint of a searcher or advertiser, I forget which,
18  and that was prior to the time he became employed at
19  GoTo.com.
20  BY MS. DURIE:
21      Q.   When did you come to that understanding?
22      A.   Early on, likely in 1999.
23      Q.   Can you be more specific as to when in 1999?
24      A.   Not at present.

1     Q.    Okay. Are there any documents that you could
2  review that might help?
3     A.    Not on that point.
4     Q.    Okay. Now, when you say that you came to the
5  understanding that Mr. Davis was employed somewhere else
6  and used the GoTo search engine from the standpoint of an
7  advertiser or a searcher, did you have an understanding
8  as to the time frame in which Mr. Davis was using that
9  search engine as an advertiser or a searcher?
10    A.    All I can recall now, all I can say now is
11 that I understood it was prior to the time he became
12 employed at GoTo.com.
13          Actually, I can probably go further. I think
14 it likely -- well, strike that.
15          Yeah, on that at this point my recollection is
16 hazy.
17    Q.    Okay. Did you have any understanding in this
18 1999 time frame about when Mr. Davis had become employed
19 at GoTo.com?
20    A.    I don't recall if I knew the specific date or
21 time frame at that time.
22    Q.    Okay. When was it that -- as you sit here
23 today, do you know when Mr. Davis became employed at
24 GoTo.com?

```
 1        A.    I don't have personal knowledge of that.
 2        Q.    Okay.  Have you read Mr. Davis' deposition
 3   testimony?
 4        A.    I'm not sure if I did.
 5        Q.    Okay.
 6        A.    I may have.
 7        Q.    Do you have some general understanding of when
 8   Mr. Davis became employed at GoTo.com?
 9        A.    Perhaps in one of the other transcripts I
10   read.  Maybe in Mr. Davis' transcript.  Somehow I
11   think -- well, I'm thinking of October of 1998, something
12   like that, as being said by somebody.
13        Q.    When was it that you first learned that Mr.
14   Davis became employed by GoTo.com sometime in the fall of
15   1998?
16        A.    I don't recall.
17        Q.    Okay.  Is there any way that you can place
18   that in time?
19        A.    Not that I'm aware of.
20        Q.    Do you know whether you knew that fact before
21   you read the deposition transcripts of the depositions
22   that were taken in this case?
23        A.    I don't recall if I knew that at any time
24   prior to then.
```

65

```
 1       Q.   Okay.  When you met with Tom Soulanille in
 2  1999, did you have an understanding that Mr. Soulanille
 3  was, if not technically one of the founders of the
 4  company, at least with Overture from a very early point
 5  in time?
 6       MS. THAYER:  Objection.  Asked and answered.
 7  BY THE WITNESS:
 8       A.   I don't recall what I was told or understood
 9  at that time of first meeting Mr. Soulanille.
10  BY MS. DURIE:
11       Q.   Did there come a time when you arrived at the
12  understanding that Mr. Soulanille's employment at
13  Overture predated Mr. Davis' employment?
14       A.   I'm not sure if I ever put 2 and 2 together,
15  but there did come a time when I became aware of more
16  details of Mr. Soulanille's work history in this regard.
17       Q.   When was that?
18       A.   It may have been told to me early on in the
19  1999 time frame.  I don't recall.  But I also knew about
20  it from later events.
21       Q.   When you refer to "later events," what are you
22  talking about?
23       A.   After 1999, after the initial work leading up
24  to the filing of this patent application.
```

66

JAMES P. NAUGHTON

1    Q.   Okay.  So, can you give me the earliest date
2 at which you can say with some confidence that you knew
3 when Tom Soulanille started working at GoTo.com?
4    A.   No.  The most recent and the clearest
5 recollection I have on this point would be probably 2001,
6 2002.
7    Q.   Okay.  Was there a point in time prior to
8 2001 -- first of all, let's break that down.
9         You say, "2001, 2002."  Can you be more
10 specific?
11   A.   Second half of 2001, first half of 2002.
12   Q.   Okay.  And was there a point in time prior to
13 the second half of 2001 where you learned that Tom
14 Soulanille had been with GoTo.com essentially from the
15 very early days without necessarily knowing his precise
16 date of first employment?
17   A.   I don't have a specific recollection.
18   Q.   Do you have a general recollection?
19   A.   I would believe that I generally knew through
20 many interactions we had had with Mr. Soulanille that he
21 was present at an early stage of GoTo.com.
22   Q.   Okay.  Would the same be true of Jeffrey
23 Brewer?  Had you had sufficient interactions with Jeffrey
24 Brewer to know, let's say in the 1999 time frame, that he

67

JAMES P. NAUGHTON

1    don't recall that, though.
2    BY MS. DURIE:
3        Q.    Do you remember reviewing press releases that
4    set forth revenues that GoTo.com had received?
5        A.    I don't recall.
6        Q.    When you visited GoTo.com's website prior to
7    the filing of the initial patent application, what did
8    you see on the website?  How did it look?
9        A.    I don't recall.
10       Q.    Do you remember whether you conducted any
11   searches?
12       A.    I don't recall specifically.
13       Q.    Okay.  Do you remember seeing any search
14   listing pages?
15       A.    Likely.  I don't recall specifically.
16       Q.    Okay.  Were you certainly aware at the time
17   that you filed the patent application that GoTo.com did
18   have a system on the Internet that allowed users to make
19   searches and obtain search page results in response?
20       A.    I believe so.
21       Q.    Okay.  Did you have an understanding at the
22   time you filed that patent application as to how that
23   user-accessible system differed from what you've
24   described as the beta system that was in use prior to May

96

JAMES P. NAUGHTON

```
 1    28th, 1998?
 2        A.   To my understanding innumerable differences
 3    from large to small.
 4        Q.   Okay.  What were the differences that you
 5    understood to exist?
 6        MS. THAYER:  If you need to look at any exhibits,
 7    that's a big question, feel free.
 8        MS. DURIE:  Sure.
 9    BY THE WITNESS:
10        A.   Do we have three months?
11    BY MS. DURIE:
12        Q.   Well, why don't you start?
13        A.   You have to give me some help.  I don't even
14    know where to begin.  It's two different things separated
15    in time.  I don't even know which -- which documents, if
16    any, to ask for that would reflect the commercial
17    operation of those two systems that you could give me so
18    I could start comparing those.
19        Q.   Well, I want to start by -- with what you
20    remember understanding the differences to be at that time
21    frame before you filed the patent application.
22        A.   Well, at a minimum everything we sought to
23    patent in the '361 patent to my understanding was not in
24    the beta system.
```

97