# EXHIBIT K (CONT.)

Dockets.Justia.com

JAMES P. NAUGHTON

1          Q.    Rather than doing it by reference to the

2    patent, can you just describe for me in terms of

3    functionality or features what it was that you understood

4    was new prior to the time that you filed the patent

5    application?

6          MS. THAYER:  Just to clarify, are you asking him,

7    like, down to code level and that sort of thing?

8          MS. DURIE:  No, absolutely not.  Just categories.

9          MS. THAYER:  Okay.

10   BY THE WITNESS:

11         A.    The code was different.  The implementation

12   was different.  The system after the beta system at some

13   point began acquiring features that we now refer to as

14   the Direct Traffic Center, which allowed on-line account

15   management by advertisers.  Just a whole lot of things.

16   BY MS. DURIE:

17         Q.    So, on-line account management by advertisers.

18   I'm looking for sort of broad categories of things like

19   that that were different feature sets that you understood

20   had not been present in the prior system but were present

21   in the system that was accessible to you on the web at

22   the time you filed the patent application.

23              Other than on-line account management by

24   advertisers, what other categories of features can you

98

JAMES P. NAUGHTON

1    think of?

2        A.    As I say, I was told that the entire

3    implementation was different.  The beta system was

4    written in one way in one type of language.  And as I

5    understand it the public launch of the system, which I

6    thought was around or about -- on or about June 1st,

7    1998, was just a different structural system, different

8    coding, different software, different architecture.

9        Q.    Okay.  From the -- leaving aside the issues

10   about a different code base, a different software, from

11   the perspective of a user of the system can you identify

12   for me any other additional features that you understood

13   had been added since the beta system other than the

14   on-line account management by advertisers that you've

15   identified?

16       MS. THAYER:  Objection.  Vague as to "user."

17   BY MS. DURIE:

18       Q.    Well, actually a user could be either a

19   searcher or an advertiser.

20       A.    The only things I could think of would be --

21   without seeing screen shots or operating the two systems

22   in those two time frames and noting the differences, as I

23   sit here, for recollection I have to always come back to

24   focus on what was claimed in the patent because that was

99

JAMES P. NAUGHTON

1    my focus.  To a great extent I didn't need to know the

2    commercial operation of the GoTo system in the middle of

3    1999 or later.

4           So, -- and as you know, a patent infringement

5    focuses on an invention which may or may not in whole or

6    in part correspond to a commercial embodiment.  So, I'm

7    having difficulty with that question for at least that

8    reason.

9    Q.    Okay.  Fair enough.  Well, I guess -- let

10   me -- I just want to -- is there anything that you can

11   remember -- strike that.

12          Are there any feature sets that you can

13   remember that had been added to the GoTo system since the

14   precritical date beta version other than the on-line

15   account management by advertisers, and keeping in mind

16   that you've already referenced that the code base in the

17   software was different?

18   A.    A couple of comments.  First of all, again

19   you're asking me the differences between two systems.

20   And I explained to you why I have woefully imperfect

21   knowledge of the systems at this point in time as to the

22   feature set of the -- the 1999 version.  I just don't

23   have that recollection.

24          At the time I knew a lot about the beta

100

JAMES P. NAUGHTON

1   system.  But now you're asking me to compare it to

2   something I don't recall very well.  And as far as

3   feature sets, I don't know what you mean by that.

4             DTC, the Direct Traffic Center, encompasses a

5   whole lot of features.  So, I just refer to that broadly

6   as DTC.

7        Q.    Okay.  Can you then tell me what -- give me

8   examples of some of the features within the Direct

9   Traffic Center that you recall being present in the

10  system that you looked at on-line in early 1999, but not

11  being present in the beta system from prior to the

12  critical date?

13       A.    I can't bring up in my mind a picture of

14  actually going on the GoTo website in 1999 to see what an

15  advertiser would see.  In that regard my knowledge

16  primarily, if not entirely, would be based on what's in

17  the patent application.

18       Q.    Okay.  So, is it fair to say that other than

19  saying sort of generally that features associated with

20  direct traffic management had been added and were not

21  present in the precritical date system, you can't be more

22  specific about particular features that had been added

23  after 1998 into the GoTo system in 1999?

24       A.    Features were being added all the time on a

101

JAMES P. NAUGHTON

1    weekly basis.  And as I sit here today, I don't have a

2    specific identification for you of those features --

3        Q.    Okay.

4        A.    -- that a user would see.

5        Q.    You mentioned something about needing to sort

6    of operate the beta system next to the system as it

7    existed in 1999.  Did you ever see the beta system in

8    operation?

9        MS. THAYER:  Objection.  Vague.

10   BY THE WITNESS:

11       A.    I did not see the beta system in operation

12   during its original time frame of existence.

13   BY MS. DURIE:

14       Q.    Did you see the beta system in operation

15   thereafter?

16       A.    I may have.  I don't recall.

17       Q.    Do you have any recollection as to when that

18   would have been?

19       A.    No.

20       Q.    Okay.  At the time you had initial discussions

21   about filing a patent application for GoTo, was there any

22   discussion about a deadline by when such a patent

23   application must be filed?

24       MS. THAYER:  Can I have that read back?

102

JAMES P. NAUGHTON

1      A.    I just mentioned to you that depending on the

2    circumstances, and to get background, which may include

3    prior art, an attorney typically on occasion can do this

4    sort of background on-line search.

5      Q.    And I guess my question was leaving aside an

6    attorney who's conducting a search for purposes of

7    educating themselves and getting a background in the

8    area, would you instruct an attorney working under your

9    supervision to perform a prior art search in order to

10    uncover potentially relevant prior art for disclosure to

11    the Patent and Trademark Office in the absence of an

12    explicit request from the client that we do that?

13      A.    You're not talking about outside searchers,

14    without client authorization.  I can't recall having

15    directed an attorney to do that kind of search themselves

16    and not through an outside searcher and without client

17    authorization for the specific purpose you mentioned.

18      Q.    Okay.  And I take it that you never employ an

19    outside searcher without first being instructed by your

20    client to do so?

21      A.    I can't recall using an outside searcher

22    without having had client authorization to do so.

23      Q.    Okay.  Do you know the scope of any prior art

24    search that was conducted in the case of the '361 patent?

106

JAMES P. NAUGHTON

1       A.    In general, yes.

2       Q.    Okay.  What was done?

3       MS. THAYER:  You can communicate results.  You

4  should not communicate attorney-client communications in

5  responding.

6  BY THE WITNESS:

7       A.    One universe of potential prior art was

8  documentation I obtained as part of my initial

9  investigation that we've discussed.

10           Another universe of prior art would have been

11  prior art we gathered specifically with the idea in mind

12  that we're gathering prior art to submit to the Patent

13  Office in connection with this patent application.

14           Another group of prior art would have been

15  prior art generated by an outside searcher.

16           And then during prosecution I believe

17  additional prior art was cited to the Patent Office or

18  cited by the Examiner.

19  BY MS. DURIE:

20      Q.    Okay.  Let's' take you to those things in

21  turn.

22           The documentation that you gathered as part of

23  your initial investigation, can you describe for me

24  generally what that documentation was?

107

JAMES P. NAUGHTON

1        A.    I received a number of documents.  That would

2    include at least articles of various kinds, I believe

3    some press releases.  I can't immediately think of other

4    documentation that I gathered for that initial

5    investigation that I would put in the category of

6    potential prior art.

7        Q.    Did you have any source code?

8        A.    I'm sorry?

9        Q.    Source code.

10        A.    For my investigation initially?

11        Q.    Yes.  Category 1, documents you gathered as

12    part of your initial investigation.

13        A.    I don't recall.

14        Q.    Did you have any technical drawings?

15        A.    I can't recall.

16        Q.    Did you have any screen shots?

17        A.    I can't recall.

18        Q.    Did you have any examples of search result

19    lists?

20        A.    I can't recall.

21        Q.    To your knowledge did you have a comprehensive

22    set of the GoTo press releases that related to the

23    pre-May 28th, 1998 system?

24        A.    For my initial investigation?

108