# EXHIBIT M

```
 1  ROBERT T. HASLAM (#71134)
    ROBERT D. FRAM (#126750)
 2  M. PATRICIA THAYER (#90818)
    S. ELIZABETH MITCHELL (#187053)
 3  ANDREW C. BYRNES (#191516)
 4  HELLER EHRMAN WHITE & MCAULIFFE LLP
    333 Bush Street
 5  San Francisco, CA 94104-2878
 6  Telephone: (415) 772-6000
    Facsimile: (415) 772-6268
 7
 8  BRINKS HOFER GILSON & LIONE
    JACK C. BERENZWEIG
 9  WILLIAM H. FRANKEL
    JASON C. WHITE
10  NBC Tower--Suite 3600
11  455 North Cityfront Plaza Drive
    Chicago, Illinois 60611
12  Telephone: (312) 321-4200
    Facsimile: (312) 321-4299
13
14  Attorneys for Plaintiff,
    OVERTURE SERVICES, INC.
15
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC.,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant and Counterclaimant. | E-Filing Case No.: 02-01991 JSW (EDL)<br><br>**NOTICE OF MANUAL FILING**<br><br>Hearing Date: August 10, 2004<br>Hearing Time: 9:00 a.m.<br>Hon. Elizabeth D. Laporte |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to General Order No. 45, Section VII, this notice has been inserted where documents have been filed under seal under Plaintiff Overture Services, Inc.'s Ex Parte Motion to File Documents Under Seal in Support of Its Opposition to Google Inc.'s [Corrected] Motion to Compel Production of Documents and Testimony re: Prosecution of the '361 Patent. These removed documents are being filed in paper form only and are being maintained under seal in the case file in the Clerk's office.

DATED: July 15, 2004        HELLER EHRMAN WHITE & McAULIFFE LLP


By /s/ M. Patricia Thayer
    M. PATRICIA THAYER

Attorneys for Plaintiff
OVERTURE SERVICES, INC.

NOTICE OF MANUAL FILING
02-01991 JSW (EDL)