# EXHIBIT N

Dockets.Justia.com

| *Notice of Allowability* | Application No. 09/322,677 | Applicant(s) Davis et al. | |
|---|---|---|---|
| | Examiner Cuong H. Nguyen | Group Art Unit 2185 | |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to _the amendment & interview on 3/16/2001_

☒ The allowed claim(s) is/are _1-13, 15-58_

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐Some* ☐None of the CERTIFIED copies of the priority documents have been

       ☐ received.

       ☐ received in Application No. (Series Code/Serial Number) _____

       ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

    ☒ because the originally filed drawings were declared by applicant to be informal.

    ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____10_____.

    ☐ including changes required by the proposed drawing correction filed on _____, which has been approved by the examiner.

    ☐ including changes required by the attached Examiner's Amendment/Comment.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.**

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

☒ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

☐ Interview Summary, PTO-413

☐ Examiner's Amendment/Comment

☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

☒ Examiner's Statement of Reasons for Allowance

U. S. Patent and Trademark Office
PTO-37 (Rev. 9-95)            Notice of Allowability            Part of Paper No. _20_

S.N.: 09/322,677
Art Unit: 2165

## DETAILED ACTION

1.    This Office Action is the answer to the interview on 3/18/2001, and the amendment submitted on 3/19/2001; which papers have been placed of record.

2.    Claims **1-13, 15-68** are pending in this application. Claim 14 was canceled.

### *Drawings*

3.    Since allowable subject matter has been indicated, applicants are encouraged to submit formal drawings in response to this Office Action.  The early submission of formal drawings will permit the Office to review the drawings for acceptability and to resolve any informalities remaining therein before the application is passed to issue.  This will avoid possible delays in the issue process.

### *Allowable Subject Matter* and *Reasons for Allowance*

4.    During an interview including SPE Vincent A. Millin, the examiner of the record, applicants' representatives (Mr. John G. Rauch, and Mr. James P. Naughton), current claims **1-13, 15-68** are considered patentable distinct over closest references of Buck et al., (WO 200016218 A1), and Parsons et al., (WO 0041090 – published date is 7/13/2000), and RYAN et al., (WO 9948028 – published date is 9/23/1999), because the applicants disclose a

Page 2

09/322,677
Art Unit 2165

modified concept of generating a search result list substantially
in real time in response to a search request from a searcher
using a computer network, the concept comprising a step which is
non-obvious over above closest disclosures:

- maintaining a database including search listings, wherein
each search listing is associated with a network location, a
search term and a modifiable bid amount that is independent of
other components of the search listing, the bid amount being
associated with a search term and the network location, the bid
amount corresponding to a money amount that is deducted from an
account of a network information provider associated with the
network location upon receipt of a retrieval request for the
network location; recording a retrieval request event including
account identification information corresponding to the network
information provider to permit maintenance of accurate account
debit records.

### Conclusion

5.    Claims 1-13, 15-68 are allowed.

6.    The following references are considered pertinent to
applicants' disclosure.

- Buck et al.; (WO 200016218 A1, classification G06F 17/30-
publishing date was 23/03/2000), about a web site searching and
indexing system for Internet, provides search report of listings

Page 3

09/322,677
Art Unit 2165

relevant to search inquiry in which rank is assigned in order
according to denominated values associated with listing. (Buck et
al. do not disclose about maintenance of debit records wherein
the bid amount corresponding to a money amount that is deducted
from an account of a network information provider).

- Buck et al., (PCT/WO US9920486, classification G06F 17/30-
publishing date was 9/10/1999), about a web site searching and
indexing system for Internet, provides search report of listings
relevant to search inquiry in which rank is assigned in order
according to denominated values associated with listing (Buck et
al. do not disclose about maintenance of debit records wherein
the bid amount corresponding to a money amount that is deducted
from an account of a network information provider).

- Parsons et al., (WO 0041090 - published date is 7/13/2000),
about a search engine database and interface base (Parsons et
al., do not disclose about maintenance of debit records wherein
the bid amount corresponding to a money amount that is deducted
from an account of a network information provider).

- RYAN et al., (WO 9948028 - published date is 9/23/1999), about
an improved search engine (Ryan et al., do not disclose about
maintenance of debit records wherein the bid amount corresponding
to a money amount that is deducted from an account of a network
information provider).

Page 4

09/322,677
Art Unit 2165

7.    Any inquiry concerning this communication or earlier
communications from the examiner should be directed to examiner
Cuong H. Nguyen, whose telephone number is (703)305-4553.  The
examiner can be reached on Mon.-Fri. from 7:00 AM-4:30 PM.

        If attempts to reach the examiner by telephone are
unsuccessful, the examiner's supervisor, Vincent A. Millin, can
be reached on (703)308-1065.

        **Any response to this action should be mailed to:**

                        Box Issue Fee

        Commissioner of Patents and Trademarks

        c/o Technology Center 2100

        Washington, D.C. 20231

**or faxed to:**    (703) 308-9051

        Any inquiry of a general nature or relating to the status of
this application should be directed to the Group receptionist
whose telephone number is (703)305-3900.

Cuong H. Nguyen
Patent Examiner
Mar. 23, 2001

VINCENT MILLIN
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2100

| Notice of References Cited | | Application No.<br>09/322,677 | | Applicant(s)<br>Davis et al. | | |
|---|---|---|---|---|---|---|
| | | Examiner<br>Cuong H. Nguyen | | Group Art Unit<br>2165 | | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| x | A | 5,704,560  cl 1998 | 12/1997 | Del Monte | — | — |
| | B | | | | | |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|---|
| x | N | JP 11316764A | 11/1999 | JPO | — | G06F | 17/30 |
| x | O | WO 200,016,218 | 3/2000 | WIPO | BUCK et al. | G06F | 17/30 |
| x | P | WO 0,041,090 | 7/2000 | WIPO | PARSONS et al. | — | — |
| x | Q | WO 9,945,028 | 9/1999 | WIPO | RYAN et al. | — | — |
| x | R | WO US9920486 | 9/1999 | PCT-US | BUCK et al. | G06F | 17/30 |
| | S | | | | | | |
| | T | | | | | | |

### NON-PATENT DOCUMENTS

| * | | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|---|
| | U | IBM Technical Disclosure Bulletin, Organizing a ranked list of search matches. | 11/1994 |
| | V | | |
| | W | | |
| | X | | |

\* A copy of this reference is not being furnished with this Office action.
(See Manual of Patent Examining Procedure, Section 707.05(a).)

U. S. Patent and Trademark Office
PTO-892 (Rev. 9-95)    Notice of References Cited    Part of Paper No. ___ 19 ___

FORM PTO 948 (REV. 01-97)     U.S. DEPARTMENT OF COMMERCE-Patent and Trademark Office     Application No. 09/322,677

## NOTICE OF DRAFTPERSON'S
## PATENT DRAWING REVIEW

The drawing filed (insert date) 3-27-01 are:

A. _____ not objected to by the Draftperson under 37 CFR 1.84 or 1.152.

B. _X_ objected to by the Draftperson under 37 CFR 1.84 or 1.152 as indicated below. This Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   _____ Color drawing are not acceptable until petition is granted.
   Fig.(s)_____
   _____ Pencil and non black ink is not permitted. Fig(s)_____

2. PHOTOGRAPHS. 37 CFR 1.84(b)
   _____ Photographs are not acceptable until petition is granted.
   _____ 3 full-tone sets are required. Fig(s)_____
   _____ Photographs not properly mounted (must bryctol board or photographic double-weight paper). Fig(s)_____
   _____ Poor quality (half-tone). Fig(s)_____

3. TYPE OF PAPER. 37 CFR 1.84(e)
   _____ Paper not flexible, strong, white and durable.
   Fig.(s)_____
   _____ Erasures, alterations, overwritings, interlineations, folds, copy machine marks not acceptable. (too thin)
   _____ Mylar, velum paper is not acceptable (too thin).
   Fig(s)_____

4. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:
   _____ 21.0 cm by 29.7 cm (DIN size A4)
   _____ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
   _____ All drawings sheets not the same size.
   Sheet(s)_____

5. MARGINS. 37 CFR 1.84(g): Acceptable margins:
   Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
   SIZE: A4 Size
   Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
   SIZE: 8 1/2 x 11
   _____ Margins not acceptable. Fig(s)_/_
   _____ Top (T) _____ Left (L)
   _____ Right (R) _____ Bottom (B)

6. VIEWS. CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to drawing changes.
   _____ Views connected by projection lines or lead lines.
   Fig.(s)_____
   Partial views. 37 CFR 1.84(h)(2)
   _____ Brackets needed to show figure as one entity.
   Fig.(s)_____
   _____ Views not labeled separately or properly.
   Fig.(s)_____
   _____ Enlarged view not labeled separately or properly.
   Fig.(s)_____

7. SECTIONAL VIEWS. 37 CFR 1.84(h)(3)
   _____ Hatching not indicated for sectional portions of an object.
   Fig.(s)_____
   _____ Sectional designation should be noted with Arabic or Roman numbers. Fig.(s)_____

8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   _____ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned, so that the top becomes the right side, except for graphs. Fig.(s)_____
   _____ Views not on the same plane on drawing sheet. Fig.(s)_____

9. SCALE. 37 CFR 1.84(k)
   _____ Scale not large enough to show mechanism with crowding when drawing is reduced in size to two-thirds in reproduction.
   Fig.(s)_____

10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
    _____ Lines, numbers & letters not uniformly thick and well defined, clean, durable and black (poor line quality).
    Fig.(s)_____

11. SHADING. 37 CFR 1.84(m)
    _____ Solid black areas pale. Fig.(s)_____
    _____ Solid black shading not permitted. Fig.(s)_____
    _____ Shade lines, pale, rough and blurred. Fig.(s)_____

12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR 1.48(p)
    _____ Numbers and reference characters not plain and legible.
    Fig.(s)_____
    _____ Figure legends are poor. Fig.(s)_____
    _____ Numbers and reference characters not oriented in the same direction as the view. 37 CFR 1.84(p)(3) Fig.(s)_____
    _____ English alphabet not used. 37 CFR 1.84(p)(3) Fig.(s)_____
    _____ Numbers, letters and reference characters must be at least .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3) Fig.(s)_____

13. LEAD LINES. 37 CFR 1.84(q)
    _____ Lead lines cross each other. Fig.(s)_____
    _____ Lead lines missing. Fig.(s)_____

14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.48(t)
    _____ Sheets not numbered consecutively, and in Arabic numerals beginning with number 1. Fig.(s)_____

15. NUMBERING OF VIEWS. 37 CFR 1.84(u)
    _____ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig.(s)_____

16. CORRECTIONS. 37 CFR 1.84(w)
    _____ Corrections not made from PTO-948 dated_____

17. DESIGN DRAWINGS. 37 CFR 1.152
    _____ Surface shading shown not appropriate. Fig.(s)_____
    _____ Solid black shading not used for color contrast. Fig.(s)_____

COMMENTS

REVIEWER _____ DATE 8-2-01 TELEPHONE NO. _____

ATTACHMENT TO PAPER NO. _____

PTO COPY

## *ATTACHMENT TO AND MODIFICATION OF NOTICE OF ALLOWABILITY (PTO-37)*
### *(November, 2000)*

**NO EXTENSIONS OF TIME ARE PERMITTED TO FILE CORRECTED OR FORMAL DRAWINGS, OR A SUBSTITUTE OATH OR DECLARATION,** notwithstanding any indication to the contrary in the attached Notice of Allowability (PTO-37).

If the following language appears on the attached Notice of Allowability, the portion lined through below is of no force and effect and is to be ignored[1]:

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to comply will result in ABANDONMENT of this application. ~~Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).~~

Similar language appearing in any attachments to the Notice of Allowability, such as in an Examiner's Amendment/Comment or in a Notice of Draftperson's Patent Drawing Review, PTO-948, is also to be ignored.

---

[1] The language which is crossed out is contrary to amended 37 CFR 1.85(c) and 1.136. See "*Changes to Implement the Patent Business Goals*", 65 *Fed. Reg.* 54603, 54629, 54641, 54670, 54674 (September 8, 2000), 1238 *Off. Gaz. Pat. Office* 77, 99, 110, 135, 139 (September 19, 2000).