# EXHIBIT R

| As filed on May 28, 1999 | Preliminary Amendment on 10/22/99 | Preliminary Amendment on 1/12/00 |
|---|---|---|
| 1. A method of generating a search result list substantially in real time in response to a search request from a searcher using a computer network, comprising: | 1. (Amended) A method of generating a search result list substantially in real time in response to a search request from a searcher using a computer network, comprising: | 1. (Amended) A method of generating a search result list substantially in real time in response to a search request from a searcher using a computer network, comprising: |
| maintaining a database including a plurality of search listings, wherein each search listing is associated with a bid amount and a search term; | maintaining a database including a plurality of search listings, wherein each search listing is associated with a bid amount and a search term; | maintaining a database including a plurality of search listings, wherein each search listing is associated with [a bid amount and] a search term and a modifiable bid amount that is independent of other components of the search listing; |
| receiving a search request from the searcher; | receiving a search request from the searcher; | receiving a search request from the searcher; |
| identifying the search listings having search terms generating a match with the search request; | identifying the search listings having search terms generating a match with the search request; | identifying the search listings having search terms generating a match with the search request; |
| ordering the identified search listings into a search result list in accordance with the values of the respective bid amounts for the identified search listings; | ordering the identified search listings into a search result list in accordance with the values of the respective bid amounts for the identified search listings; | ordering the identified search listings into a search result list in accordance with the values of the respective bid amounts for the identified search listings; |
| receiving a retrieval request from the searcher to retrieve information associated with a search listing in the search result list; and | receiving a retrieval request from the searcher to retrieve information associated with a search listing in the search result list; and | receiving a retrieval request from the searcher to retrieve information associated with a search listing in the search result list; and |
| recording a retrieval request event in database corresponding to the searcher's apostrophe retrieval request. | recording a retrieval request event in the database corresponding to the searcher's [apostrophe] retrieval request. | recording a retrieval request event in database corresponding to the searcher's retrieval request. |

| Amendment on 9/28/00 | Third Amendment on 3/19/01 | As patented on July 31, 2001 |
|---|---|---|
| 1. (Twice Amended) A method of generating a search result list substantially in real time in response to a search request from a searcher using a computer network, comprising:<br><br>maintaining a database including a plurality of search listings, wherein each search listing is associated with a search term and a modifiable bid amount that is independent of other components of the search listing;<br><br>receiving a search request from the searcher;<br><br>identifying the search listings having search terms generating a match with the search request;<br><br>ordering the identified search listings into a search result list in accordance with the values of the respective bid amounts for the identified | 1. (Three times Amended) A method of generating a search result list substantially in real time in response to a search request from a searcher using a computer network, comprising:<br><br>maintaining a database including a plurality of search listings, wherein each search listing is associated with a network location, at least one search term and a modifiable bid amount that is independent of other components of the search listing, the bid amount being associated with at least one of the search term and the network location, the bid amount corresponding to a money amount that is deducted from an account of a network information provider associated with the network location upon receipt of a retrieval request for the network location;<br><br>receiving a search request from the searcher;<br><br>identifying the search listings having search terms generating a match with the search request;<br><br>ordering the identified search listings into a search result list in accordance with the values of the respective bid amounts for the identified | 1. A method of generating a search result list substantially in real time in response to a search request from a searcher using a computer network, comprising:<br><br>maintaining a database including a plurality of search listings, wherein each search listing is associated with a network location, at least one search term and a modifiable bid amount that is independent of other components of the search listing, the bid amount being associated with at least one of the search term and the network location, the bid amount corresponding to a money amount that is deducted from an account of a network information provider associated with the network location upon receipt of a retrieval request for the network location;<br><br>receiving a search request from the searcher;<br><br>identifying the search listings having search terms generating a match with the search request;<br><br>ordering the identified search listings into a search result list in accordance with the values of the respective bid amounts for the identified |

| search listings; | search listings; | search listings; |
|---|---|---|
| receiving a retrieval request from the searcher to retrieve information associated with a search listing in the search result list; and | receiving a retrieval request from the searcher to retrieve information associated with a search listing in the search result list; and | receiving a retrieval request from the searcher to retrieve information associated with a search listing in the search result list; and |
| recording a retrieval request event in an account database corresponding to the searcher's [apostrophe] retrieval request. | recording a retrieval request event in account identification information corresponding to the network information provider, to permit maintenance of accurate account debit records. | recording a retrieval request event including account identification information corresponding to the network information provider, to permit maintenance of accurate account debit records. |

3