# EXHIBIT U

|   |   |
|---|---|
| 1 | ROBERT T. HASLAM (#71134) |
| 2 | ROBERT D. FRAM (#126750) |
|   | M. PATRICIA THAYER (#90818) |
| 3 | S. ELIZABETH MITCHELL (#187053) |
|   | ANDREW C. BYRNES (#191516) |
| 4 | HELLER EHRMAN WHITE & MCAULIFFE LLP |
| 5 | 333 Bush Street |
|   | San Francisco, CA 94104-2878 |
| 6 | Telephone: (415) 772-6000 |
| 7 | Facsimile: (415) 772-6268 |
| 8 | BRINKS HOFER GILSON & LIONE |
|   | JACK C. BERENZWEIG |
| 9 | WILLIAM H. FRANKEL |
| 10 | JASON C. WHITE |
|   | NBC Tower--Suite 3600 |
| 11 | 455 North Cityfront Plaza Drive |
|   | Chicago, Illinois 60611 |
| 12 | Telephone: (312) 321-4200 |
| 13 | Facsimile: (312) 321-4299 |
| 14 | Attorneys for Plaintiff, |
|   | OVERTURE SERVICES, INC. |
| 15 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| OVERTURE SERVICES, INC., | E-Filing Case No.: 02-01991 JSW (EDL) |
|---|---|
| Plaintiff and Counterdefendant, | **NOTICE OF MANUAL FILING** |
| v. | Hearing Date: August 10, 2004 |
| GOOGLE INC., | Hearing Time: 9:00 a.m. |
|   | Hon. Elizabeth D. Laporte |
| Defendant and Counterclaimant. |   |

NOTICE OF MANUAL FILING
02-01991 JSW (EDL)

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Pursuant to General Order No. 45, Section VII, this notice has been inserted where
3  documents have been filed under seal under Plaintiff Overture Services, Inc.'s Ex Parte
4  Motion to File Documents Under Seal in Support of Its Opposition to Google Inc.'s
5  [Corrected] Motion to Compel Production of Documents and Testimony re: Prosecution of
6  the '361 Patent. These removed documents are being filed in paper form only and are being
7  maintained under seal in the case file in the Clerk's office.

8  DATED: July 15, 2004          HELLER EHRMAN WHITE & McAULIFFE LLP

11          By /s/ M. Patricia Thayer
            M. PATRICIA THAYER

13          Attorneys for Plaintiff
            OVERTURE SERVICES, INC.

NOTICE OF MANUAL FILING
02-01991 JSW (EDL)