ROBERT T. HASLAM (#71134)
ROBERT D. FRAM (#126750)
M. PATRICIA THAYER (#90818)
S. ELIZABETH MITCHELL (#187053)
ANDREW C. BYRNES (#191516)
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

BRINKS HOFER GILSON & LIONE
JACK C. BERENZWEIG
WILLIAM H. FRANKEL
JASON C. WHITE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys for Plaintiff,
OVERTURE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| OVERTURE SERVICES, INC., | **E-Filing Case No.:** 02-01991 JSW (EDL) |
|---|---|
| Plaintiff and Counterdefendant, | **[PROPOSED] ORDER DENYING DEFENDANT GOOGLE INC.'S MOTION TO COMPEL [CORRECTED MOTION] PRODUCTION OF DOCUMENTS AND TESTIMONY RE: PROSECUTION OF THE '361 PATENT** |
| v. | |
| GOOGLE INC., | |
| Defendant and Counterclaimant. | Hearing Date: August 10, 2004<br>Hearing Time: 9:00 a.m.<br>Hon. Elizabeth D. Laporte |

The motion of Defendant Google Inc. ("Google") for an order compelling privileged documents and testimony concerning the prosecution of U.S. Patent No. 6,269,361 from Plaintiff Overture Services, Inc. ("Overture") came on regularly for hearing on August 10, 2004, at 9:00 a.m.

Having considered the papers filed by the parties in support of and in opposition to

Google's Motion to Compel, and the oral argument of counsel in connection therewith,

IT IS HEREBY ORDERED THAT

Google's motion is DENIED in its entirety.

SO ORDERED.

Dated: _____, 2004        _____
                                     Hon. Elizabeth D. Laporte
                                     Magistrate Judge