ROBERT T. HASLAM (#71134)
ROBERT D. FRAM (#126750)
M. PATRICIA THAYER (#90818)
S. ELIZABETH MITCHELL (#187053)
ANDREW C. BYRNES (#191516)
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  (415) 772-6000
Facsimile: (415) 772-6268

BRINKS HOFER GILSON & LIONE
JACK C. BERENZWEIG
WILLIAM H. FRANKEL
JASON C. WHITE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611
Telephone: (312) 321-4200
Facsimile:  (312) 321-4299

Attorneys for Plaintiff,
OVERTURE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| OVERTURE SERVICES, INC., | **E-Filing Case No.**: 02-01991 JSW (EDL) |
|---|---|
| Plaintiff and Counterdefendant, | **[PROPOSED] ORDER GRANTING PLAINTIFF OVERTURE SERVICES, INC'S *EX PARTE* MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| GOOGLE INC., | Hearing Date:  August 10, 2004 |
| Defendant and Counterclaimant. | Hearing Time:  9:00 a.m.<br>Hon. Elizabeth D. Laporte |

Presently pending before this Court is Plaintiff Overture Services, Inc. *ex parte* motion to file documents under seal in support of its opposition to Google Inc.'s [Corrected] Motion to Compel Production of Documents and Testimony Re: Prosecution of the '361

///

///

///

1

[PROPOSED] ORDER GRANTING OVERTURE'S EX PARTE MOTION TO FILE DOCS UNDER SEAL
02-01991 JSW (EDL)

Patent.  Upon consideration of Overture's motion,

    IT IS HEREBY **ORDERED** THAT

    Overture's motion is **granted**.

    SO ORDERED.

Dated: _____, 2004          _____
                                          Hon. Elizabeth D. Laporte
                                          Magistrate Judge

[PROPOSED] ORDER GRANTING OVERTURE'S EX PARTE MOTION TO FILE DOCS UNDER SEAL
02-01991 JSW (EDL)