| | |
|---|---|
| 1 | ROBERT T. HASLAM (#71134) |
| 2 | ROBERT D. FRAM (#126750) |
|   | M. PATRICIA THAYER (#90818) |
| 3 | S. ELIZABETH MITCHELL (#187053) |
|   | ANDREW C. BYRNES (#191516) |
| 4 | HELLER EHRMAN WHITE & MCAULIFFE LLP |
| 5 | 333 Bush Street |
|   | San Francisco, CA 94104-2878 |
| 6 | Telephone: (415) 772-6000 |
| 7 | Facsimile: (415) 772-6268 |
| 8 | BRINKS HOFER GILSON & LIONE |
|   | JACK C. BERENZWEIG |
| 9 | WILLIAM H. FRANKEL |
|   | JASON C. WHITE |
| 10 | NBC Tower--Suite 3600 |
| 11 | 455 North Cityfront Plaza Drive |
|    | Chicago, Illinois 60611 |
| 12 | Telephone: (312) 321-4200 |
| 13 | Facsimile: (312) 321-4299 |
| 14 | Attorneys for Plaintiff, |
| 15 | OVERTURE SERVICES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., | **E-Filing Case No.:** 02-01991 JSW (EDL) |
| Plaintiff and Counterdefendant, | **PROOF OF SERVICE [OVERTURE SERVICES, INC.'S OPPOSITION TO GOOGLE INC.'S MOTION TO COMPEL PRODUCTION RE '361 PROSECUTION]** |
| v. | |
| GOOGLE INC., | |
| Defendant and Counterclaimant. | Hearing Date: August 10, 2004<br>Hearing Time: 9:00 a.m.<br>Hon. Elizabeth D. Laporte |

PROOF OF SERVICE [OVERTURE SERVICES, INC.'S OPPOSITION TO GOOGLE INC.'S MOTION TO COMPEL PRODUCTION RE '361 PROSECUTION]
02-01991 JSW (EDL)

# PROOF OF SERVICE BY HAND DELIVERY
### CASE NO.: 02-01991 JSW (EDL)

I, Damien Silver, declare as follows:

I am employed with First Legal, whose address is 245 11th Street, San Francisco, CA 94103. I am over the age of eighteen years and not a party to this action.

On July 15, 2004, I served the following:

**PLAINTIFF OVERTURE SERVICES, INC.'S *EX PARTE* MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS OPPOSITION TO GOOGLE INC.'S [CORRECTED] MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY RE: PROSECUTION OF THE '361 PATENT**

on the parties to this action by placing true and correct copies in a sealed envelope(s) addressed as follows:

Daralyn J. Durie, Esq.
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704

☐ (BY MAIL). I placed true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business.

☑ (BY HAND DELIVERY). I placed true copies thereof in a sealed envelope and gave it to First Legal instructing them to serve the same as soon as possible but no later than 5:00 pm on July 15, 2004.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this proof of service was executed on July 15, 2004 at San Francisco, California.

_____

PROOF OF SERVICE [OVERTURE SERVICES, INC.'S OPPOSITION TO GOOGLE INC.'S MOTION TO COMPEL PRODUCTION RE '361 PROSECUTION]
02-01991 JSW (EDL)