ROBERT T. HASLAM (Bar No. 71134)
ROBERT D. FRAM (Bar No. 126750)
M. PATRICIA THAYER (Bar No. 90818)
ANDREW C. BYRNES (Bar No. 191516)
HELLER EHRMAN WHITE & McAULIFFE LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone (650) 324-7000
Facsimile: (650) 324-0638

Attorneys for Plaintiff and Counterdefendant
OVERTURE SERVICES, INC.

JOHN W. KEKER (Bar No. 49092)
DARALYN J. DURIE (Bar No. 169825)
CHRISTINE P. SUN (Bar No. 218701)
RAVIND S. GREWAL (Bar No. 220543)
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant and Counterclaimant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC.,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant and Counterclaimant. | Case No. C-02-01991 JSW (EDL)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANT AND COUNTERCLAIMANT GOOGLE INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY RE PROSECUTION OF THE '361 PATENT**<br><br>Date:  August 10, 2004<br>Time:  9 a.m.<br>Courtroom: E, 15th Floor<br>Judge:  Hon. Elizabeth D. Laporte |

STIPULATION RE PROPOSED
BRIEFING SCHEDULE
CASE NO. C 02-01991 JSW (EDL)

WHEREAS the parties have agreed to the following changes to the briefing schedule for Defendant and Counterclaimant Google Inc.'s Motion to Compel Production of Documents and Testimony Re Prosecution of the '361 Patent, and without alteration to any other deadlines in this case;

IT IS THEREFORE HEREBY STIPULATED, by and between the parties hereto through their respective attorneys of record, that:

1. any reply in support of Defendant and Counterclaimant Google Inc.'s Motion to Compel Production of Documents and Testimony Re Prosecution of the '361 Patent by Defendant and Counterclaimant Google Inc. shall be filed no later than 5:00 p.m. on Friday, July 30, 2004; and

2. oral argument in support of and in opposition to Defendant and Counterclaimant Google Inc.'s Motion to Compel Production of Documents and Testimony Re Prosecution of the '361 Patent shall be heard on August 24, 2004 at 9:00 a.m.

DATED: July 20, 2004

HELLER EHRMAN WHITE & McAULIFFE LLP

By _____
ANDREW C. BYRNES
Attorneys for Plaintiff and Counterdefendant
OVERTURE SERVICES, INC.


KEKER & VAN NEST, LLP

By _____
RAVIND S. GREWAL
Attorneys for Defendant and Counterclaimant
GOOGLE INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 23, 2004            Electronic Signature Authorized
                                _____
                                Honorable Elizabeth D. Laporte
                                Magistrate Judge of the United States of the Northern
                                District Court, Northern District of California

STIPULATION RE PROPOSED                    1
BRIEFING SCHEDULE
CASE NO. C 02-01991 JSW (EDL)