KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
DARALYN J. DURIE - #169825
CHRISTINE P. SUN - #218701
RAVIND S. GREWAL - #220543
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant and Counterclaimant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., <br><br> Plaintiff and Counterdefendant, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant and Counterclaimant. | Case No. C 02-01991 JSW (EDL) <br><br> **DECLARATION OF RAVIND S. GREWAL IN SUPPORT OF REPLY RE MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY RE PROSECUTION OF '361 PATENT** <br><br> Date: August 24, 2004 <br> Time: 9:00 a.m. <br> Courtroom: E, 15th Floor <br> Judge: Hon. Elizabeth D. Laporte |

335989.01

DECLARATION OF RAVIND S. GREWAL IN SUPPORT OF REPLY RE MOTION TO COMPEL
PRODUCTION OF DOCUMENTS AND TESTIMONY RE PROSECUTION OF '361 PATENT
CASE NO. C 02-01991 JSW (EDL)

Dockets.Justia.com

I, RAVIND S. GREWAL, declare as follows:

1. I am an attorney licensed to practice in the State of California and am an associate at the law firm of Keker & Van Nest, LLP, counsel for Defendant and Counterclaimant Google Inc. ("Google") in this matter.

2. Google did not filed its motion to compel for a number of months after the parties concluded their meet-and-confer in November 2003 because its attentions were directed to claim construction briefing and preparation for the claim construction hearing. Further, Google wanted to depose James Naughton, one of the attorneys who prosecuted the '361 patent application, prior to filing its motion. At no point from November 2003 until it filed its motion to compel did Google represent to Overture that it no longer intended to file the motion.

3. Attached hereto as Exhibit A is a true and correct copy of the standard JAMS Confidentiality Agreement, as well as an email from Andrew Byrnes, an attorney representing Overture to Christine Sun, one of Google's attorneys, requesting that a Google attorney execute the agreement prior to the parties' mediation. Counsel for both parties did execute the standard agreement before commencing the mediation.

4. Attached hereto as Exhibit B is a true and correct copy of an excerpt from the July 18, 2003 deposition of Elaine Lee.

5. Attached hereto as Exhibit C are true and correct copies of excerpts from the July 23, 2003 deposition of John G. Rauch.

6. Attached hereto as Exhibit D is a true and correct copy of an excerpt from the April 15, 2004 deposition of James Naughton.

7. Attached hereto as Exhibit E are true and correct copies of excerpts from the May 11, 2004 deposition of Steven Skovran in the *Overture v. FindWhat.com* litigation.

8. Attached hereto as Exhibit F is a true and correct copy of Exhibit 158 from Mr. Skovran's deposition. Mr. Skovran described this document as a copy of a log maintained by GoTo.com prior to the critical date.

9. Attached hereto as Exhibit G is a true and correct copy of an excerpt from the April 27, 2004 deposition of Tod Kurt.

1   I declare under penalty of perjury under the laws of the United States that the foregoing is
2   true and correct.  Executed this 30th day of July, 2004, at San Francisco, California.
3
4                                     /s/ Ravind S. Grewal
                                  RAVIND S. GREWAL
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
DECLARATION OF RAVIND S. GREWAL IN SUPPORT OF REPLY RE MOTION TO COMPEL
PRODUCTION OF DOCUMENTS AND TESTIMONY RE PROSECUTION OF '361 PATENT
CASE NO. C 02-01991 JSW (EDL)

335989.01