# Exhibit B

CONFIDENTIAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>GOOGLE INC., a California corporation,<br><br>      Defendant. | No. C02-01991 CRB |

**ORIGINAL**

CONFIDENTIAL

CONFIDENTIAL

DEPOSITION OF ELAINE K. LEE

San Francisco, California

Friday, July 18, 2003

Reported by:
RACHEL FERRIER

CSR No. 6948

Job No. 44447

CONFIDENTIAL

|  |  |
|---|---|
|  | 1   San Francisco, California; Friday, July 18, 2003 |
|  | 2   9:13 a.m. - 2:27 p.m. |
|  | 3 |
| 09:13 | 4   THE VIDEOGRAPHER: Good morning. |
| 09:13 | 5   My name is David Osgood. I'm a videographer |
|  | 6   and notary public employed by Advanced Courtroom |
|  | 7   Technologies located at 109 Second Street, Sausalito, |
|  | 8   California 94965. Our phone number is (415) 331-3326. |
|  | 9   The court reporter today is Rachel Ferrier of Esquire |
|  | 10  Deposition Services. |
| 09:13 | 11  Today's date is July 18th, 2003, and the time |
|  | 12  on the videotape is 9:13. Today begins Tape 1, |
|  | 13  Volume 1, in the deposition of Elaine Lee in the matter |
|  | 14  of Overture Services, Inc. versus Google Inc., Case No. |
|  | 15  C02-01991 JSW, filed in the U.S. District Court, |
|  | 16  Northern District of California, San Francisco Division. |
| 09:13 | 17  This deposition is being taken on behalf of the |
|  | 18  defense. The location is 710 Sansome Street, |
|  | 19  San Francisco. |
| 09:14 | 20  Counsel, please voice identify yourselves and |
|  | 21  state whom you represent. |
| 09:14 | 22  MS. DURIE: Daralyn Durie representing Google. |
| 09:14 | 23  MS. SUN: Christine Sun representing Google. |
| 09:14 | 24  MR. WHITE: Jason White on behalf of the plaintiff, |
|  | 25  Overture Services, and also on behalf of the witness, |

5

```
           1    Elaine Lee.
09:14      2         THE VIDEOGRAPHER:  Are there any stipulations for
           3    the record?
09:14      4         MS. DURIE:  No.
09:14      5         THE VIDEOGRAPHER:  Would the reporter please swear
           6    in the witness.
09:14      7

           8                      ELAINE K. LEE,
           9    having been first duly sworn to tell the truth,
          10    testified as follows:
          11                       EXAMINATION
09:14     12    BY MS. DURIE:
09:14     13         Q    Good morning.
09:14     14         A    Good morning.
09:14     15         Q    Ms. Lee, have you ever had your deposition
          16    taken before?
09:14     17         A    No.
09:14     18         Q    Okay.  Are you generally familiar with the
          19    deposition procedure?
09:14     20         A    Yes, somewhat.
09:14     21         Q    Okay.  Is there any reason that you can't give
          22    complete and accurate testimony today?
09:14     23         A    Not that I'm aware of.
09:14     24         Q    Can you describe for me your educational
          25    background starting after high school.
```

6

```
 1
 2
 3
 4          I, the undersigned, a Certified Shorthand
 5  Reporter of the State of California, do hereby certify:
 6          That the foregoing proceedings were taken
 7  before me at the time and place herein set forth; that
 8  any witnesses in the foregoing proceedings, prior to
 9  testifying, were placed under oath; that a verbatim
10  record of the proceedings was made by me using machine
11  shorthand which was thereafter transcribed under my
12  direction; further, that the foregoing is an accurate
13  transcription thereof.
14          I further certify that I am neither
15  financially interested in the action nor a relative or
16  employee of any attorney of any of the parties.
17          IN WITNESS HEREOF, I have this date
18  subscribed my name.
19
20  Dated:  _____AUG 0 5 2003_____
21
22
23                                  _____
24                                  RACHEL FERRIER
                                    CSR No. 6948
25
```