# Exhibit D

```
 1
                  IN THE UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
 3

 4   OVERTURE SERVICES, INC., a      )
     Delaware Corporation,           )
 5                                   )
                  Plaintiff,         )
 6                                   ) Case No. C 02-01991
        -vs-                         )   CERTIFIED COPY
 7                                   )
     GOOGLE, INC., a California      )
 8   Corporation,                    )
                                     )
 9                Defendant.         )
10
11           Videotaped deposition of JAMES P. NAUGHTON,
12   ESQ., taken before MARGARET A. BACHNER, CSR, RMR, CRR,
13   and Notary Public, pursuant to the Federal Rules of Civil
14   Procedure for the United States District Courts
15   pertaining to the taking of depositions, at Suite 3600B,
16   NBC Tower, 455 North Cityfront Plaza Drive, Chicago,
17   Illinois, on the 15th day of April, A.D. 2004, at 8:38
18   a.m.
19
20           There were present at the taking of this
21   deposition the following counsel:
22
23
24
                                                              1
```


LEGALINK
A WORDWAVE COMPANY

LegaLink San Francisco
601 Van Ness Ave, Suite 2052
San Francisco, CA 94102

tel (415) 359-2040
tel (800) 869-9132
fax (415) 359-2050

www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

JAMES P. NAUGHTON

```
 1         THE VIDEOGRAPHER:  Good morning.  Here begins
 2    videotape number 1 in the deposition of James P. Naughton
 3    in the matter of Overture Services, Incorporated versus
 4    Google, Incorporated, in the United States District
 5    Court, Northern District of California, San Francisco
 6    Division, Case Number C 02-01991 JSW.
 7             Today's date is April 15th, 2004.  The time on
 8    the video monitor is 8:39 a.m.  The video operator today
 9    is Tim Tupiak, contracted by LegaLink Video Solutions,
10    San Francisco, California.  This video deposition is
11    taking place at 455 North Cityfront Plaza, Suite 3600,
12    Chicago, Illinois.
13             Will counsel please identify themselves for
14    the record and state whom you represent starting with the
15    noticing party?
16         MS. DURIE:  Daralyn Durie from Keker & Van Nest for
17    Google.
18         MS. THAYER:  Patricia Thayer from Heller, Ehrman
19    representing Overture Services and the witness.
20         MR. BERENZWEIG:  Jack Berenzweig from Brinks, Hofer
21    representing Overture Services and the witness.
22         THE VIDEOGRAPHER:  The court reporter today is Margo
23    Bachner of LegaLink, Chicago.  Would the reporter swear
24    in the witness, please?
```

4

```
 1              The undersigned is not interested in the
 2    within case, nor of kin or counsel to any of the parties.
 3              Witness my official signature and seal as
 4    Notary Public in and for DuPage County, Illinois, on this
 5    19th day of April        , A.D. 2004.
 6
 7
 8                        _____
                          Margaret A. Bachner, CSR, RMR, CRR
 9                        Illinois CSR No. 84-1481
                          230 West Monroe Street
10                        Suite 1500
                          Chicago, Illinois  60606
11                        Phone:  (312) 263-3524
12
13                              "OFFICIAL SEAL"
                                MARGARET A. BACHNER
14                              COMMISSION EXPIRES 07/27/06
15
16
17
18
19
20
21
22
23
24
```