# Exhibit E

STEVEN SKOVRAN- CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4   OVERTURE SERVICES, INC.,    )
 5                  Plaintiff, ) Case No.
 6       v.                      ) SACV 03-00685 CJC (Ex)
 7   FINDWHAT.COM,               )
 8                  Defendant.  )
 9   ----------------------------)
10
11            *** OUTSIDE COUNSEL ONLY ***
12            PURSUANT TO PROTECTIVE ORDER
13
14
15
16   VIDEOTAPED DEPOSITION OF:
17                  STEVEN SKOVRAN
18                  TUESDAY, MAY 11, 2004
19                  9:06 A.M.
20
21
22
23   REPORTED BY:
24                  SUSAN NELSON
25                  C.S.R. No. 3202
```

COPY

**LEGALINK®**
A WORDWAVE COMPANY

LegaLink Manhattan
420 Lexington Avenue, Suite 2108
New York, NY 10170

tel (212) 557-7400
tel (800) 325-3376
fax (212) 692-9171

www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

STEVEN SKOVRAN- CONFIDENTIAL

Page 43

| Time | Line | |
|---|---|---|
| 09:56:19 | 1 | THE WITNESS: Thank you. |
| | 2 | BY MR. ACKERMAN: |
| 09:56:31 | 3 | Q. Now, you indicated that in addition to the |
| 09:56:33 | 4 | NCSA Web log entry, GoTo.com was also maintaining an |
| 09:56:38 | 5 | additional log entry. |
| | 6 | A. Yes. |
| 09:56:41 | 7 | Q. I'd just ask you, does Exhibit 158 -- do |
| 09:56:46 | 8 | you recognize that as a page from such a -- a log? |
| | 9 | A. Yes. |
| 09:56:54 | 10 | Q. And the first column of entries before |
| 09:56:56 | 11 | the -- the first two colons, that would be a -- a |
| 09:56:59 | 12 | time stamp? |
| 09:57:01 | 13 | A. Yes. That is a Unix time stamp. |
| 09:57:03 | 14 | Q. Okay. And that would be able to uniquely |
| 09:57:06 | 15 | tell you when a redirect occurred? In time. |
| 09:57:11 | 16 | A. Yes. It fixes the point in time of the |
| 09:57:13 | 17 | redirect. |
| 09:57:13 | 18 | Q. And following the first two colons, there's |
| 09:57:15 | 19 | a -- on the first entry there's a word, "Canada"? |
| | 20 | A. Yes. |
| 09:57:19 | 21 | Q. And what is that? |
| 09:57:20 | 22 | A. That is the user's search term. |
| 09:57:23 | 23 | Q. Okay. And there are two colons and |
| 09:57:27 | 24 | http://CanadaOnline.miningcode.com/ |
| 09:57:34 | 25 | A. Hm-hm. |

CONFIDENTIAL: OUTSIDE COUNSEL ONLY                    OVG050492

STEVEN SKOVRAN- CONFIDENTIAL

Page 44

| Time | # | |
|---|---|---|
| 09:57:34 | 1 | Q. And what would that represent? |
| 09:57:36 | 2 | A. The target URL. |
| 09:57:38 | 3 | Q. That would be the URL of the advertiser who |
| 09:57:41 | 4 | had a search listing for the key word "Canada"? |
| | 5 | A. Yes. |
| 09:57:45 | 6 | Q. And presumably that search listing was |
| 09:57:48 | 7 | provided in a search results page and was clicked on |
| 09:57:51 | 8 | by somebody at the time indicated by that time |
| 09:57:54 | 9 | stamp? |
| 09:57:55 | 10 | A. Yes. |
| 09:57:57 | 11 | Q. Okay. Following what you identified as |
| 09:57:59 | 12 | URL, there's also two colons, and then there's 0.02. |
| 09:58:02 | 13 | And what does that represent? |
| 09:58:04 | 14 | A. That represents the bid. |
| 09:58:06 | 15 | Q. Okay. And then there's additional two |
| 09:58:08 | 16 | colons and then number 1. |
| 09:58:11 | 17 | And what does that number 1 represent? |
| 09:58:13 | 18 | A. The rank. |
| 09:58:15 | 19 | Q. Okay. So looking at this log entry, would |
| 09:58:19 | 20 | it be fair to say that an advertiser at -- at the |
| 09:58:22 | 21 | URL CanadaOnline.miningcode.com had a search listing |
| 09:58:27 | 22 | for the key word "Canada" and that search listing |
| 09:58:31 | 23 | was number 1 in their search results page? |
| 09:58:33 | 24 | A. Yes. |
| 09:58:34 | 25 | Q. And at the time, that advertiser had a bid |

LEGALINK MANHATTAN (212) 557-7400

CONFIDENTIAL: OUTSIDE COUNSEL ONLY                                         OVG050493

STEVEN SKOVRAN- CONFIDENTIAL

Page 45

| Time | Line | |
|---|---|---|
| 09:58:37 | 1 | amount of -- of $0.02 for that listing? |
| | 2 | A. Yes. |
| 09:58:46 | 3 | Q. Were they -- was the advertiser obligated |
| 09:58:48 | 4 | to pay that zero -- the 2 cents upon that log entry |
| 09:58:54 | 5 | being made? |
| 09:58:55 | 6 | A. Upon the log entry being made? |
| 09:58:57 | 7 | Q. Well, the -- after a -- an advertiser -- |
| 09:59:00 | 8 | actually, I'm sorry. |
| 09:59:00 | 9 | After a searcher clicked on it, would that |
| 09:59:02 | 10 | 2 cents represent the amount that they had agreed to |
| 09:59:05 | 11 | pay to GoTo for that search listing? |
| 09:59:11 | 12 | A. I believe they were told that, yes. |
| 09:59:19 | 13 | Q. Okay. Approximately a quarter to a third |
| 09:59:23 | 14 | up the page, there is an entry for Web -- in |
| 09:59:31 | 15 | parentheses, "Web&design." |
| 09:59:35 | 16 | A. Yes, I see it. |
| 09:59:36 | 17 | Q. Do you see that one? |
| 09:59:37 | 18 | A. Yes. |
| 09:59:37 | 19 | Q. Okay. Now, can you describe for me what |
| 09:59:39 | 20 | those two terms in parentheses refer to? |
| 09:59:48 | 21 | Does that represent two search terms that |
| 09:59:50 | 22 | were searched together, or, you know, what's -- |
| | 23 | A. Oh, I see. |
| 09:59:52 | 24 | Q. -- what's the formatting of that entry? |
| 09:59:56 | 25 | A. I see. Yes. |

LEGALINK MANHATTAN (212) 557-7400

CONFIDENTIAL: OUTSIDE COUNSEL ONLY

OVG050494

STEVEN SKOVRAN- CONFIDENTIAL

Page 48

| Time | Line | |
|---|---|---|
| 10:02:16 | 1 | A. Web log analysis was specifically referring |
| 10:02:18 | 2 | to the NCSA Apache Web logs. |
| 10:02:21 | 3 | Q. Okay. And Exhibit 158 is a different |
| 10:02:22 | 4 | animal? |
| 10:02:25 | 5 | A. Yes. |
| 10:02:25 | 6 | Q. Okay. So what type of analysis did you do |
| 10:02:25 | 7 | on the type of -- if I refer to these as paid |
| 10:02:30 | 8 | click-through logs, will you understand that I'm |
| 10:02:32 | 9 | referring to -- |
| 10:02:32 | 10 | A. Yes. |
| 10:02:32 | 11 | Q. -- Exhibit 158? |
| 10:02:34 | 12 | What type of analysis did you do on the |
| 10:02:38 | 13 | paid click-through logs in March of '98? |
| 10:02:48 | 14 | A. I do what I call aggregations on the data |
| 10:02:54 | 15 | to -- to aggregate the number of clicks. I believe |
| 10:03:06 | 16 | I did aggregations on search terms to see -- to see |
| 10:03:09 | 17 | what terms people were clicking on. Those sorts of |
| 10:03:18 | 18 | analysis. |
| 10:03:21 | 19 | Q. Did your aggregations include number of |
| 10:03:23 | 20 | clicks by URL? |
|  | 21 | A. Yes. |
| 10:03:32 | 22 | Q. So, for example, in March of '98, part of |
| 10:03:36 | 23 | your aggregation analysis, you -- you could |
| 10:03:38 | 24 | determine how many clicks for the URL www.aswas.com |
| 10:03:44 | 25 | were performed by users? |

LEGALINK MANHATTAN (212) 557-7400

CONFIDENTIAL: OUTSIDE COUNSEL ONLY

OVG050497

STEVEN SKOVRAN- CONFIDENTIAL

Page 49

| | | |
|---|---|---|
| | 1 | A. Yes. |
| 10:03:50 | 2 | Q. And in aggregating those clicks, you would |
| 10:03:52 | 3 | also keep track of the -- the bid amount. |
| 10:03:54 | 4 | Would you also be able to aggregate the -- |
| 10:03:58 | 5 | the committed dollar amount based on those clicks? |
| 10:04:00 | 6 | MS. UNDERWOOD: Objection. Ambiguous. |
| 10:04:05 | 7 | THE WITNESS: I -- I was able to aggregate |
| 10:04:05 | 8 | the bid amount times the number of clicks. |
| 10:04:08 | 9 | BY MR. ACKERMAN: |
| 10:04:09 | 10 | Q. Okay. |
| | 11 | A. Yes. |
| 10:04:09 | 12 | Q. So for a particular URL you could aggregate |
| 10:04:12 | 13 | number of clicks to the bid amount to come up with |
| 10:04:16 | 14 | a -- a total dollar amount or representing a |
| 10:04:20 | 15 | total -- total dollar amount. |
| 10:04:22 | 16 | A. Yes. |
| 10:04:39 | 17 | Q. The software that you were working on for |
| 10:04:43 | 18 | performing these aggregations, was that part of the |
| 10:04:45 | 19 | main GoTo.com cer- -- system? |
| 10:04:49 | 20 | MS. UNDERWOOD: Objection. Ambiguous. |
| 10:04:51 | 21 | THE WITNESS: By "system," do you call -- |
| 10:04:54 | 22 | do you refer to the source tree? |
| | 23 | BY MR. ACKERMAN: |
| 10:04:55 | 24 | Q. Yes. |
| 10:04:55 | 25 | A. No. |

LEGALINK MANHATTAN (212) 557-7400

CONFIDENTIAL: OUTSIDE COUNSEL ONLY

OVG050498

STEVEN SKOVRAN- CONFIDENTIAL

Page 50

| Time | # | |
|---|---|---|
| 10:04:56 | 1 | Q. No? Okay. |
| 10:04:58 | 2 | A. It was within the hierarchy, but it was |
| 10:05:00 | 3 | not -- it was off to the side. |
| 10:05:03 | 4 | Q. Was it -- was this source code maintained |
| 10:05:06 | 5 | in the GoTo.com CVS system? |
| 10:05:12 | 6 | A. Initially, yes. |
| 10:05:13 | 7 | Q. At some point, did it migrate out of the |
| 10:05:15 | 8 | CVS system? |
| 10:05:17 | 9 | A. At some point, I did migrate it into -- |
| 10:05:19 | 10 | within the CVS system but into a separate module. |
| 10:05:24 | 11 | CVS is organized into modules. So I moved it out of |
| 10:05:28 | 12 | the GoTo module into a stats module as it did not |
| 10:05:31 | 13 | interact with the GoTo module and was only placed in |
| 10:05:34 | 14 | there because of my limited understanding of CVS at |
| 10:05:38 | 15 | the time. |
| 10:05:41 | 16 | Q. Okay. And when did the migration from the |
| 10:05:43 | 17 | GoTo module to the stats module take place? |
| 10:05:55 | 18 | A. I believe it was complete towards the end |
| 10:05:58 | 19 | of '98. |
| 10:06:06 | 20 | Q. In the March and April time frame of '98, |
| 10:06:10 | 21 | was the software that you had written included |
| 10:06:13 | 22 | within the CVS system -- into the GoTo module, |
| 10:06:16 | 23 | rather? |
|  | 24 | A. Yes. |
| 10:06:20 | 25 | Q. Did you write any software or applications |

LEGALINK MANHATTAN (212) 557-7400

CONFIDENTIAL: OUTSIDE COUNSEL ONLY

OVG050499

STEVEN SKOVRAN- CONFIDENTIAL

Page 51

| Time | # | |
|---|---|---|
| 10:06:24 | 1 | for doing your aggregation analysis that was outside |
| 10:06:27 | 2 | of the GoTo module CVS -- in the CVS system? |
| 10:06:34 | 3 | A. I don't know. |
| 10:06:42 | 4 | Q. What software were you using to program the |
| 10:06:45 | 5 | various aggregation features in March of '98? |
| 10:06:52 | 6 | A. I was using -- you're referring to the |
| 10:06:58 | 7 | result click aggregations? |
| 10:07:00 | 8 | Q. Yeah. Right now, as we're talking about |
| 10:07:01 | 9 | the -- what I was calling the paid click-through log |
| 10:07:04 | 10 | analysis. |
| 10:07:05 | 11 | A. Okay. I -- I would have used Perl and |
| 10:07:10 | 12 | shell scripts. |
| 10:07:29 | 13 | Q. What was the purpose of the various |
| 10:07:30 | 14 | aggregations that you were performing? |
| 10:07:36 | 15 | A. I was performing the aggregations to |
| 10:07:38 | 16 | provide reports to -- well, initially to Bill Gross |
| 10:07:45 | 17 | and -- yeah. |
| 10:07:56 | 18 | Q. And can you describe the type of reports |
| 10:07:58 | 19 | that you were generating in April of '98? |
| 10:08:02 | 20 | A. I was generating a file of -- of |
| 10:08:07 | 21 | aggregations by -- I believe by URL and day. That |
| 10:08:15 | 22 | included the number of clicks, the bids at those -- |
| 10:08:20 | 23 | for those clicks, and the product of those two |
| 10:08:23 | 24 | values, which I would then give to Bill Gross for |
| 10:08:31 | 25 | his analysis. |

LEGALINK MANHATTAN (212) 557-7400

CONFIDENTIAL: OUTSIDE COUNSEL ONLY

OVG050500

STEVEN SKOVRAN- CONFIDENTIAL

Page 52

| Time | Line | |
|---|---|---|
| 10:08:37 | 1 | Q. And where was this -- the file you were |
| 10:08:39 | 2 | generating stored? |
| 10:08:45 | 3 | A. It changed. Initially, I -- initially, I |
| 10:08:50 | 4 | prepared these reports on -- by request. And then I |
| 10:08:57 | 5 | believe in the March time frame, it was stored on a |
| 10:08:59 | 6 | server so that Bill could get them himself. |
| 10:09:09 | 7 | Q. Do you recall which server the reports were |
| 10:09:13 | 8 | served -- were stored on, rather? |
| 10:09:13 | 9 | A. I recall the host name. |
| 10:09:15 | 10 | Q. Okay. |
| 10:09:15 | 11 | A. Or excuse me. I recall the Web host name. |
| 10:09:17 | 12 | I don't re- -- necessarily recall the -- the machine |
| 10:09:19 | 13 | name. |
| 10:09:20 | 14 | Q. And what was the Web host name? |
| 10:09:22 | 15 | A. Stats.GoTo.com. |
| 10:09:50 | 16 | Q. In the March of '98 time frame, did you |
| 10:09:55 | 17 | associate the URL with the particular advertisers |
| 10:09:58 | 18 | who were hosting those URLs? |
| 10:10:04 | 19 | A. I attempted to associate the URLs with a |
| 10:10:06 | 20 | label for the advertisers so that -- so the |
| 10:10:14 | 21 | aggregations would be a little more meaningful to |
| 10:10:17 | 22 | Bill, yes. |
| 10:10:17 | 23 | Q. Okay. And how were you associating the |
| 10:10:18 | 24 | URLs with a label? |
| 10:10:24 | 25 | A. I had what I refer to as the advertiser |

LEGALINK MANHATTAN (212) 557-7400

CONFIDENTIAL: OUTSIDE COUNSEL ONLY

OVG050501

STEVEN SKOVRAN- CONFIDENTIAL

Page 270

1  STATE OF CALIFORNIA        )
2  COUNTY OF LOS ANGELES      ) ss.
3
4      I, SUSAN NELSON, C.S.R. 3202, in and for
5  the State of California, do hereby certify:
6      That, prior to being examined, the witness
7  named in the foregoing deposition was by me duly
8  sworn to testify the truth, the whole truth and
9  nothing but the truth;
10     That said deposition was taken down by me
11 in shorthand at the time and place therein named,
12 and thereafter reduced to typewriting under my
13 direction, and the same is a true, correct and
14 complete transcript of said proceedings;
15     Before completion of the deposition, review
16 of the transcript [ ] was [ ] was not requested. If
17 requested, any changes made by the deponent (and
18 provided to the reporter) during the period allowed
19 are appended hereto.
20     I further certify that I am not interested
21 in the event of the action.
22     Witness my hand this 17th day of May, 2004.
23
24                    _____
                      Susan Nelson, C.S.R. No. 3202
                      Certified Shorthand Reporter
                      State of California
25

LEGALINK MANHATTAN (212) 557-7400

CONFIDENTIAL: OUTSIDE COUNSEL ONLY

OVG050719