# Exhibit F

OVFE377499

```
888809853::canada::http://canadaonline.miningco.com/::0.02::1
888810213::women::http://www.ivillage.com/::0.03::1
888810294::religion::http://protestantism.miningco.com/::0.02::1
888810412::fishing::http://fishing.miningco.com/::0.02::2
888810680::ireland::http://goireland.miningco.com/::0.02::1
888810708::ireland::http://goireland.miningco.com/::0.02::1
888810725::(x&files)::http://ufos.miningco.com/::0.02::1
888810742::games::http://www.uproar.com/games.html::0.01::4
888810863::domain::http://www.namesecure.com/::0.01::2
888810943::canada::http://canadaonline.miningco.com/::0.02::1
888811021::magazines::http://www.ecola.com/::0.01::3
888811357::women::http://womensissues.miningco.com/::0.02::2
888811756::radio::http://www.digiband.com/::0.01::3
888811791::jobs::http://www.headhunter.net/scripts/extlink.asp?siteid=goto&creativeid=lin
k::0.03::1
888811855::baby::http://babyparenting.miningco.com/::0.02::2
888812009::jobs::http://www.headhunter.net/scripts/extlink.asp?siteid=goto&creativeid=lin
k::0.03::1
888812104::jokes::http://sickjokes.miningco.com/::0.02::2
888812679::internet::http://www.newspage.com/browse/46537/46538/::0.05::1
888813021::investing::http://stocks.miningco.com/::0.02::1
888813079::investing::http://www.stocksmart.com/::0.02::2
888813102::midi::http://midimusic.miningco.com/::0.02::1
888813203::cars::http://www.toyota.com/::0.02::1
888813360::yahoo::http://www.site-see.com/::0.01::1
888813457::jokes::http://sickjokes.miningco.com/::0.02::2
888813932::midi::http://midimusic.miningco.com/::0.02::1
888813948::jokes::http://sickjokes.miningco.com/::0.02::2
888814011::games::http://www.uproar.com/games.html::0.01::4
888814056::diabetes::http://familymedicine.miningco.com/::0.02::1
888814424::(cross&stitch)::http://crossstitch.miningco.com/::0.02::1
888814821::toyota::http://www.toyota.com/::0.02::1
888814838::(real&estate)::http://www.ERA.com/::0.02::2
888815109::orgazzum::http://www.brunching.com/features/feature-orgasm2.html::0.01::1
888815173::genealogy::http://genealogy.miningco.com/::0.02::1
888815966::quilting::http://quilting.miningco.com/::0.02::1
888816976::(stock&market)::http://www.stocksmart.com/::0.02::2
888817009::jokes::http://sickjokes.miningco.com/::0.02::2
888817132::(web&hosting)::http://www.netimpact.net/hosting/::0.01::2
888817169::(web&hosting)::http://www.newspage.com/browse/46537/46538/::0.05::1
888817316::(web&servers)::http://www.newspage.com/browse/46537/46538/::0.05::1
888817414::birding::http://birding.miningco.com/::0.02::1
888817727::chat::http://www.webtalker.com/::0.05::1
888818847::genealogy::http://genealogy.miningco.com/::0.02::1
888819476::(web&design)::http://www.aswas.com/::0.10::1
888820676::(real&audio)::http://www.digiband.com/::0.01::1
888820749::(real&audio)::http://www.silverisland.com/::0.01::2
888821078::quake::http://www.gamespot.com/::0.01::1
888821419::ncaa::http://www.greenpagesports.com/go2index.html::0.01::1
888821450::realaudio::http://www.digiband.com/::0.01::1
888821470::quake::http://www.gamespot.com/::0.01::1
888822160::soundbytes::http://rick.com/::0.05::1
888822194::music::http://rick.com/::0.05::3
888822699::freebies::http://freebies.miningco.com/::0.02::1
888824431::employment::http://www.overseasjobs.com/::0.01::3
888824433::employment::http://www.overseasjobs.com/::0.01::3
888824499::money::http://www.future-fortune.com/::0.02::2
888826758::(veterinary&medicine)::http://vetmedicine.miningco.com/index.htm::0.02::1
888826873::chat::http://www.webtalker.com/::0.05::1
888828718::games::http://www.netaddress.com/tpl/Door/Login?AdInfo=U-012-01-AA-0004-01-1-
01211998::0.02::3
888829645::(free&stuff)::http://freebies.miningco.com/::0.02::1
888829723::ufo::http://ufos.miningco.com/::0.02::1
```

CONFIDENTIAL: OUTSIDE COUNSEL ONLY

Tom Soulanille\006\l inell oos\l INEAD 1998MAPlpaid dickbry 1998Mar

OVFE377499

CONFIDENTIAL: OUTSIDE COUNSEL ONLY

OVG051170