1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  DARALYN J. DURIE - #169825
   CHRISTINE P. SUN - #218701
3  RAVIND S. GREWAL - #220543
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendant and Counterclaimant
   GOOGLE INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  OVERTURE SERVICES, INC.,              Case No. C 02-01991 JSW (EDL)

13         Plaintiff and Counterdefendant,   **NOTICE OF MANUAL FILING**

14      v.                                Date:     August 24, 2004
                                          Time:     9 a.m.
15  GOOGLE INC.,                          Courtroom: E, 15th Floor
                                          Judge:    Hon. Elizabeth D. Laporte
16         Defendant and Counterclaimant.

335985.01

NOTICE OF MANUAL FILING
CASE NO. C 02-01991 JSW (EDL)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Declaration of Christine P. Sun in Support of Reply Re Defendant and Counterclaimant Google Inc.'s Motion to Compel Production of Documents and Testimony Re Prosecution of the '361 Patent ("Sun Reply Decl.") is being filed in paper form only, and is being maintained, under seal, in the case file in the Clerk's office.

The Sun Reply Decl. is being manually filed because it contains information that must be filed under seal under the terms of the protective order entered in this case on December 16, 2002.

Dated:  July 30, 2004                                                KEKER & VAN NEST, LLP


By:  ___/s/ Ravind S. Grewal___
RAVIND S. GREWAL
Attorneys for Defendant and
Counterclaimant GOOGLE INC.

335985.01

NOTICE OF MANUAL FILING
CASE NO. C 02-01991 JSW (EDL)