1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  DARALYN J. DURIE - #169825
   CHRISTINE P. SUN - #218701
3  RAVIND S. GREWAL - #220543
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendant and Counterclaimant
   GOOGLE INC.
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12 | OVERTURE SERVICES, INC.,                | Case No. C 02-01991 JSW (EDL)
13 |         Plaintiff and Counterdefendant, | **NOTICE OF WITHDRAWAL OF REQUEST TO FILE DOCUMENTS UNDER SEAL**
14 |     v.                                  |
15 | GOOGLE INC.,                             | Date:      August 24, 2004
   |                                          | Time:      9:00 a.m.
16 |         Defendant and Counterclaimant.  | Courtroom: E, 15th Floor
   |                                          | Judge:     Hon. Elizabeth D. Laporte

336143.01

NOTICE OF WITHDRAWAL OF REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. C 02-01991 JSW (EDL)

1 | Defendant and Counterclaimant Google Inc. ("Google") hereby withdraws its July 30, 2004 Request to File Documents Under Seal in connection with its Reply in Support of Iits Motion to Compel Production of Documents and Testimony Re Prosecution of the '361 Patent ("Reply").  Google had requested that the Court allow it to file under seal the Declaration of Christine P. Sun in Support of Google's Reply ("Sun Reply Decl."), because the Sun Reply Declaration contained material that had been designated as confidential by plaintiff Overture Services, Inc. ("Overture").  Overture has now de-designated that material, thereby mooting Google's Request.

Google will file a version of the Sun Reply Declaration that contains the material previously designated as confidential, in conjunction with this Notice.

Dated: August 2, 2004

KEKER & VAN NEST, LLP

By:    /s/ Ravind S. Grewal
RAVIND S. GREWAL
Attorneys for Defendant and
Counterclaimant GOOGLE INC.

---

336143.01

1
NOTICE OF WITHDRAWAL OF REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. C 02-01991 JSW (EDL)