| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | JOHN W. KEKER - #49092 |
| 2 | DARALYN J. DURIE - #169825 |
| | CHRISTINE P. SUN - #218701 |
| 3 | RAVIND S. GREWAL - #220543 |
| | 710 Sansome Street |
| 4 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 5 | Facsimile: (415) 397-7188 |
| 6 | Attorneys for Defendant and Counterclaimant |
| | GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., | Case No. C 02-01991 JSW (EDL) |
| Plaintiff and Counterdefendant, | **DECLARATION OF CHRISTINE P. SUN IN SUPPORT OF REPLY RE MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY RE PROSECUTION OF '361 PATENT** |
| v. | |
| GOOGLE INC., | |
| Defendant and Counterclaimant. | Date: August 24, 2004 |
| | Time: 9:00 a.m. |
| | Courtroom: E, 15th Floor |
| | Judge: Hon. Elizabeth D. Laporte |

**(WITH EXHIBITS)**

336142.01

DECLARATION OF CHRISTINE P. SUN IN SUPPORT OF REPLY RE MOTION TO COMPEL PRODUCTION
OF DOCUMENTS AND TESTIMONY RE PROSECUTION OF '361 PATENT (WITH EXHIBITS)
CASE NO. C 02-01991 JSW (EDL)

Dockets.Justia.com

1  I, CHRISTINE P. SUN, declare as follows:

2  1.  I am an attorney licensed to practice in the State of California and am an associate at the law firm of Keker & Van Nest, LLP, counsel for Defendant and Counterclaimant Google Inc. in this matter.

2.  Attached hereto as Exhibit A is a true and correct copy of an excerpt from the April 27, 2004 deposition of Tod Kurt.

3.  Attached hereto as Exhibit B is a true and correct copy of an excerpt from the July 23, 2004 deposition of John G. Rauch.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 2nd day of August, 2004, at San Francisco, California.

    /s/ Christine P. Sun
CHRISTINE P. SUN

336142.01

1
DECLARATION OF CHRISTINE P. SUN IN SUPPORT OF REPLY RE MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY RE PROSECUTION OF '361 PATENT(WITH EXHIBITS)
CASE NO. C 02-01991 JSW (EDL)