# Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

OVERTURE SERVICES, INC.,              )
                                      )
                                      )
                    Plaintiff,        )
                                      )
            vs.                       ) No. C02-01991
                                      )     JSW (EDL)
GOOGLE, INC.,                         )
                                      )
                    Defendant.        )
_____)
AND RELATED CROSS-ACTIONS             )
                                      )
_____)


C O N F I D E N T I A L

(Subject to Protective Order
Outside Counsel Only)

<u>DEPOSITION OF TODD KURT</u>

April 27, 2004


BARBARA DUKE
CSR 9817
172782


BARKLEY
Court Reporters

| Los Angeles | Orange County | San Francisco | San Diego | Inland Empire | Palm Springs | San Fernando Valley | San Jose |
|---|---|---|---|---|---|---|---|
| (310) 207.8000 | (949) 955.0400 | (415) 433.5777 | (858) 455.5444 | (909) 686.0606 | (760) 322.2240 | (818) 702.0202 | (408) 885.0550 |

1  report could not -- this report or a report similar
2  to this couldn't have been generated on May 27th
3  1998, other than the obvious, that it wouldn't be
4  able to capture projected revenue for May 28, 29,
5  30 and 31?
6      A    No.  That data could be -- the only
7  issue is the client column.  As I mentioned before,
8  it's a little bit difficult to determine exactly
9  how many unique clients we had.
10     Q    Okay.  Was data generated prior to May
11 28th 1998 attempting to show how many clients
12 goto.com had at a particular time?
13     A    I remember us trying to determine that
14 many times, yeah.
15     Q    So it might have been possible to
16 generate the report, but there might have been some
17 inaccuracies in the report?
18     A    Correct.
19     Q    I take it then from this report that the
20 virtual revenue on May 1st 1998 was $47.13?
21     A    May 31st?
22     Q    I'm sorry, May 1st.
23     A    May 1st.  From this report, yes.
24     Q    Do you remember when goto.com first
25 achieved $10 in virtual revenue in a single day?

88

TODD KURT

Barkley Court Reporters

```
 1      A     I remember it happening.  I don't
 2  remember a date.  I remember us celebrating.
 3      Q     Okay.  Do you recall it was before May
 4  28th 1998?
 5      A     That sounds about right.  I would hazard
 6  to say it was sometime in April.
 7      Q     How was the data generated to allow
 8  goto.com to conclude that it had generated $10 in
 9  virtual revenue on that day?
10            MS. THAYER:  Objection.  Assumes facts
11  not in evidence.
12            THE WITNESS:  One could simply sum up
13  the bids in the click-through logs and get a value.
14  Now, that is, as we later learned, not sufficient
15  because there are many fraudulent clicks that have
16  to be removed, so it would give a potential maximum
17  revenue.
18      Q     BY MS. DURIE:  Can you describe for me
19  what you mean by a "fraudulent click"?
20      A     You're a competitor to some company.
21  You notice that they are advertising on Goto, and
22  you see that they have a bid amount.  You can click
23  on their link many, many times and thereby
24  hopefully depleting their account.
25      Q     As of May 28th 1998 did goto.com have a
```

89

TODD KURT

BARKLEY
Court Reporters

```
 1  of the testimony given by the witness.  (Fed. R. Civ. P.
 2  30(f)(1).)
 3          Before completion of the deposition, review of
 4  the transcript [ x ] was [  ] was not requested.  If
 5  requested, any changes made by the deponent (and
 6  provided to the reporter) during the period allowed, are
 7  appended hereto.  (Fed. R. Civ. P. 30(e).)
 8
 9  Dated:    5-14-2004            ,
10
11                    /s/ Barbara Dub
12
```

BARKLEY
Court Reporters