# Exhibit B

CONFIDENTIAL - UNDER PROTECTIVE ORDER

1

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5
 6   OVERTURE SERVICES, INC.,        )
 7   a Delaware Corporation,         )
 8             Plaintiff,            )
 9        vs.                        ) CO2-01991 JSW
10   GOGGLE INC., a California       )
11   Corporation,                    )
12             Defendant.            )
13
14
15        The videotaped deposition of JOHN G.
16   RAUCH, taken before DEBORAH A. MILLER, a Notary
17   Public within and for the County of DuPage, State
18   of Illinois, and a Certified Shorthand Reporter of
19   said state, at Suite 3600, 455 North Cityfront
20   Plaza Drive, Chicago, Illinois, on the 23rd day of
21   July, A.D. 2003, at 9:08 a.m.
22
23                     ORIGINAL
24
```

ESQUIRE DEPOSITION SERVICES - CHICAGO
(312) 782-8087

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
| 53    | 1  | much.  I have no further questions.                          |
|       | 2  | MR. BERENZWEIG:  I've got a couple of                        |
|       | 3  | questions on cross.  Let's go off the record for a           |
|       | 4  | minute.                                                      |
| 04:53 | 5  | MS. DURIE:  And that's -- and I want to make                 |
|       | 6  | clear, that's subject to whatever issues I have              |
|       | 7  | with your instructions not to answer.                        |
|       | 8  | MR. BERENZWEIG:  Okay.                                       |
|       | 9  | THE VIDEOGRAPHER:  Off the record at 4:53                    |
|       | 10 | p.m.                                                         |
|       | 11 | (WHEREUPON, a recess was had.)                               |
|       | 12 | THE VIDEOGRAPHER:  Back on the record at 4:54                |
|       | 13 | p.m.                                                         |
|       | 14 | EXAMINATION                                                  |
|       | 15 | BY MR. BERENZWEIG:                                           |
|       | 16 | Q.    As you sit here today, Mr. Rauch, is                   |
|       | 17 | everything in Davis -- is everything in                      |
|       | 18 | Exhibit 12, the Davis declaration 100 percent                |
|       | 19 | true?                                                        |
| 04:54 | 20 | A.    It is, yes.                                            |
|       | 21 | Q.    As you sit here today, are all of the                  |
|       | 22 | remarks that you prepared in Exhibit 31 100                  |
|       | 23 | percent true?                                                |
|       | 24 | A.    Yes, they are.                                         |

Case 3:02-cv-01991-JSW   Document 211-3   Filed 08/02/2004   Page 4 of 5
CONFIDENTIAL - UNDER PROTECTIVE ORDER
254

```
1    STATE OF ILLINOIS )
2                     ) SS:
3    COUNTY OF C O O K )
4              I, DEBORAH A. MILLER, a Notary Public
5    within and for the County of DuPage, State of
6    Illinois, and a Certified Shorthand Reporter of
7    said state, do hereby certify:
8              That previous to the commencement of
9    the examination of the witness, the witness was
10   duly sworn to testify the whole truth concerning
11   the matters herein;
12             That the foregoing deposition
13   transcript was reported stenographically by me,
14   was thereafter reduced to typewriting under my
15   personal direction and constitutes a true record
16   of the testimony given and the proceedings had;
17             That the said deposition was taken
18   before me at the time and place specified;
19             That I am not a relative or employee or
20   attorney or counsel, nor a relative or employee of
21   such attorney or counsel for any of the parties
22   hereto, nor interested directly or indirectly in
23   the outcome of this action.
24             IN WITNESS WHEREOF, I do hereunto set
```

ESQUIRE DEPOSITION SERVICES - CHICAGO
(312) 782-8087

1   my hand and affix my seal of office at Chicago,

2   Illinois, this 28th day of July, 2003.

3

4         *Deborah A. Miller*

5         Notary Public, DuPage County, Illinois.

6   My commission expires 3/01/06.

7

8

9   C.S.R. Certificate No. 84-3889.

OFFICIAL SEAL
DEBORAH A MILLER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 03/01/06