ROBERT T. HASLAM (#71134)
ROBERT D. FRAM (#126750)
M. PATRICIA THAYER (#90818)
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

BRINKS HOFER GILSON & LIONE
JACK C. BERENZWEIG
WILLIAM H. FRANKEL
JASON C. WHITE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys for Plaintiff,
OVERTURE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OVERTURE SERVICES, INC., <br><br> Plaintiff and Counterdefendant, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant and Counterclaimant. | **E-Filing Case No.:** 02-01991 JSW (EDL) <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY AND AGAINST GOOGLE INC.** |

Heller
Ehrman
White &
McAuliffe LLP

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and an agreement settling disputes between Plaintiff and Counterdefendant Overture Services, Inc. and Defendant and Counterclaimant Google Inc., the parties hereby agree and request that all of Overture Services, Inc.'s claims in this action as against Google Inc. and all of Google Inc.'s counterclaims in this action as against Overture Services, Inc. be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

SO STIPULATED.

DATED: August 9, 2004        HELLER EHRMAN WHITE & McAULIFFE LLP

By /s/ S. Elizabeth Mitchell

Attorneys for Plaintiff and Counterdefendant
OVERTURE SERVICES, INC.

DATED: 8/9/04        KEKER & VAN NEST LLP

By [signature]

Attorneys for Defendant and Counterclaimant
GOOGLE INC.

IT IS SO ORDERED.

DATED: _____

Jeffrey S. White
United States District Judge

Heller
Ehrman
White &
McAuliffe LLP